# EXHIBIT B

**MAY 2007 IN EXTREMIS GROUP - J. MADDEN TRIAL GROUP - WEITZ and LUXENBERG**

*May 2007 Summary.xls 9/11/2007*

| Plaintiff | Bianco, Frank | Director, James | Felten, Karl | Helfand, Harvey | Holinka, Christian | Nacht, Jack | Ritzer, Frederick | Saccomano, Joseph |
|---|---|---|---|---|---|---|---|---|
| Algoma | | Algoma | | | | | | |
| American Scientific | | | | | American Scientific | | | |
| Azrock | | | | | | Azrock | | |
| Blackman | Blackman | | | | | | | |
| Burnham | Burnham | | | | | | Burnham | |
| Carrier | | | Carrier | | | | Carrier | |
| Cleaver Brooks | Cleaver Brooks | | | | | | | |
| Crane Co. | | Crane Co. | | | | | Crane Co. | |
| Erie City/Zurn | | Erie City/Zurn | | | | | | |
| Fairbanks Co. | | | | | | | Fairbanks Co. | |
| Fischer Scientific | | | | | Fischer Scientific | | | |
| Goodyear | | | Goodyear | | | | | |
| Goulds | Goulds | | | | | | | |
| Kentile | | | | Kentile | | Kentile | | |
| LILCO | | | | | | | | LILCO |
| Mannington | | | | Mannington | | Mannington | | |
| Mansfield | Mansfield | | | | | | | |
| Morse Diesel | | | Morse Diesel | | | | | |
| O.I. | O.I. | | | | | O.I. | O.I. | |
| Peerless | Peerless | | | | | | | |
| Sid Harvey | Sid Harvey | | | | | | | |
| THAN | | THAN | | | | | | |
| VWR | | | | | VWR | | | |
| Weil McClain | Weil McClain | | | | | | | Weil McClain |
| Westinghouse | | | | | | | | |
| York Int. | | | York Int. | | | | | |