# EXHIBIT C

# MAY 2007 IN EXTREMIS GROUP - J. MADDEN TRIAL GROUP - WEITZ and LUXENBERG

*May 2007 Summary.xls v9/2007*

| Plaintiff | Bianco, Frank | Director, James | Felten, Karl | Helfand, Harvey | Holinka, Christian | Nacht, Jack | Ritter, Frederick | Saccomano, Joseph | Sheppard, Robert |
|---|---|---|---|---|---|---|---|---|---|
| AO Smith | AO Smith | | | | | | AO Smith | AO Smith | AO Smith |
| Algoma | | Algoma | | | | | | | |
| American Scientific | | | | American Scientific | | | | | |
| Am Std. | Am Std. | | | | | | | Am Std. | Am Std. |
| Amchem | Amchem | | Amchem | Amchem | Amchem | | | Amchem | Amchem |
| Azrock | | | | | Azrock | | | | |
| Blackman | Blackman | | | | | | | | |
| Burnham | Burnham | | | | | | | Burnham | |
| Carrier | | | Carrier | | | | | Carrier | |
| Cleaver Brooks | Cleaver Brooks | | | | | | | | |
| Crane Co. | Crane Co. | | Crane Co. | | | | Crane Co. | Crane Co. | |
| Dresser Rand | | | Dresser Rand | | | | | | |
| Erie City/Zurn | | | Erie City/Zurn | | | | | | |
| Fairbanks Co. | Fairbanks Co. | | | | | | Fairbanks Co. | | |
| Fischer Scientific | Fischer Scientific | | | Fischer Scientific | | | | | |
| Georgia Pacific | Georgia Pacific | | Georgia Pacific | Georgia Pacific | Georgia Pacific | Georgia Pacific | Georgia Pacific | Georgia Pacific | |
| Goodyear | | | Goodyear | | | | | | |
| Goulds | Goulds | | Goulds | | | | | | |
| Kaiser | | | Kaiser | Kaiser | | | | | |
| Kentile | | | Kentile | Kentile | | Kentile | | | |
| LILCO | | | | | | | LILCO | LILCO | |
| Mannington | | | Mannington | Mannington | | Mannington | | | |
| Mansfield | | | Mansfield | | | | | | |
| Morse Diesel | | | Morse Diesel | | | | | | |
| O.I. | | | O.I. | | | O.I. | O.I. | | |
| Peerless | | | Peerless | | | | | | |
| RA Keasbey | | | | | | | | RA Keasbey | |
| Sid Harvey | | | Sid Harvey | | | | | | |
| Superior | | | Superior | | | | | | |
| THAN | | | THAN | | | | | | |
| Union Carbide | | | Union Carbide | | | Union Carbide | | Union Carbide | Union Carbide |
| VWR | | | | | VWR | | | | |
| Weil McClain | | | Weil McClain | | | | | Weil McClain | |
| Westinghouse | | | Westinghouse | | | | | | |
| York Int. | | | York Int. | | | | | | |