# EXHIBIT D

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN HOLINKA, | CIVIL ACTION NO. |
| Plaintiff, | |
| v. | **CONSENT TO REMOVAL** |
| A.W. CHESTERTON COMPANY, et al., | |
| Defendants. | |

COMES NOW defendant Fisher Scientific International Inc., by and through its undersigned attorneys, and consents to the removal of the above-captioned matter from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York.

*Dated*: September __, 2007
    New York, New York

        Respectfully submitted,

        **HOAGLAND, LONGO, MORAN,
        DUNST & DOUKAS, LLP**

        By: Kristy Kulina Lyons
        40 Paterson Street
        New Brunswick, New Jersey 08901
        (732) 545-4717
        Attorneys for Defendant
        Fisher Scientific International Inc.

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN HOLINKA, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : |
| A.W. CHESTERTON COMPANY, et al., | : **CONSENT TO REMOVAL** |
| Defendants. | : |

COME NOW defendants VWR International, Inc. and Univar USA Inc., by and through their undersigned attorneys, and consent to the removal of the above-captioned matter from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York.

*Dated*: September 12, 2007

New York, New York

Respectfully submitted,

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

By: _Carol M. Tempesta_
Carol M. Tempesta, Esq.
530 Saw Mill River Road
Elmsford, NY 10523
Attorneys for Defendants
VWR International, Inc. and
Univar USA Inc.