# EXHIBIT E

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------- X
                                                          :
In Re: NEW YORK CITY ASBESTOS LITIGATION      :   Hon. Joan Madden
                                                          :   (Part 11)
------------------------------------------------------------------- X
This Document Relates To:                                 : Index No. 114120-06
                                                          :
CHRISTIAN HOLINKA,                                        :
                                                          :
     Plaintiff                    :       **NOTICE OF FILING OF**
                                                          :       **NOTICE OF REMOVAL**
  -against-                                       :
                                                          :
A.W. CHESTERTON COMPANY, et al.,                          :
                                                          :
     Defendants.                  :
                                                          :
------------------------------------------------------------------- X

     TO THE CLERK OF THE SUPREME COURT OF THE STATE OF NEW YORK,

COUNTY OF NEW YORK, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

     PLEASE TAKE NOTICE that on September 12, 2007, defendant Baxter Healthcare

Corporation (alleged to be a successor in interest to American Hospital Supply Corp. and

American Scientific Products), noticed removal of this action to the United States District Court

for the Southern District of New York by filing a Notice of Removal in that Court. A copy of

/ / /

/ / /

/ / /

the Notice of Removal is annexed hereto.  Accordingly, pursuant to 28 U.S.C. § 1446(d), this

Court may proceed no further in this action, unless and until the case is remanded.

*Dated*: September **12** 2007

      New York, New York

                                 Respectfully submitted,

                                 **DRINKER BIDDLE & REATH LLP**

By:  Timothy J. Fraser
       140 Broadway, 39th Floor
       New York, NY 10005
       Tel. (212) 248-3140
       Attorneys for Defendant
       BAXTER HEALTHCARE CORPORATION

TO:    Clerk – Supreme Court of New York
       for the County of New York

TO:    **WEITZ & LUXENBERG, P.C.**
       James Long
       180 Maiden Lane
       New York, NY 10038-4925
       Phone: (212) 558-5500
       Attorneys for Plaintiff

       **HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**
       Kristy Kulina Lyons
       40 Paterson Street
       New Brunswick, New Jersey 08901
       (732) 545-4717
       Attorneys for Defendant
       Fisher Scientific International Inc.

       **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
       Carol M. Tempesta, Esq.
       530 Saw Mill River Road
       Elmsford, NY 10523
       Attorneys for Defendants
       VWR International, Inc. and Univar USA Inc.