UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK **JUDGE STEIN**

|  |  |
|---|---|
| CHRISTIAN HOLINKA, | **07 CIV 8019**<br>CIVIL ACTION NO. |
| Plaintiff, | |
| v. | |
| A.W. CHESTERTON COMPANY, et al., | **DISCLOSURE STATEMENT OF<br>BAXTER HEALTHCARE<br>CORPORATION [F.R.C.P. 7.1]** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Baxter Healthcare Corporation (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:  Baxter Healthcare Corporation is a subsidiary of Baxter International Inc., a publicly traded holding company.

*Dated*: September 12, 2007

New York, New York

Respectfully submitted,

**DRINKER BIDDLE & REATH LLP**

By: Timothy Fraser
140 Broadway, 39th Floor
New York, NY 10005
Tel. (212) 248-3140
Attorneys for Defendant
BAXTER HEALTHCARE CORPORATION

TO:   **WEITZ & LUXENBERG, P.C.**
      James Long
      180 Maiden Lane
      New York, NY 10038-4925
      Phone: (212) 558-5500
      Attorneys for Plaintiff

      **HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**
      Kristy Kulina Lyons
      40 Paterson Street
      New Brunswick, New Jersey 08901
      (732) 545-4717
      Attorneys for Defendant
      Fisher Scientific International Inc.

      **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
      Carol M. Tempesta, Esq.
      530 Saw Mill River Road
      Elmsford, NY 10523
      Attorneys for Defendant
      VWR International, Inc. and Univar USA Inc.