# EXHIBIT D

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN HOLINKA,<br><br>Plaintiff,<br><br>v.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br><br><br>**CONSENT TO REMOVAL** |

COMES NOW defendant Fisher Scientific International Inc., by and through its undersigned attorneys, and consents to the removal of the above-captioned matter from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York.

*Dated*: September __, 2007
    New York, New York

                                              Respectfully submitted,

                                              **HOAGLAND, LONGO, MORAN,**
                                              **DUNST & DOUKAS, LLP**

                                              */s/ Kristy Kulina Lyons*
                                              By: Kristy Kulina Lyons
                                                  40 Paterson Street
                                                  New Brunswick, New Jersey 08901
                                                  (732) 545-4717
                                                  Attorneys for Defendant
                                                  Fisher Scientific International Inc.

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN HOLINKA, | : |
| Plaintiff, | : CIVIL ACTION NO. |
| v. | : |
| A.W. CHESTERTON COMPANY, et al., | : **CONSENT TO REMOVAL** |
| Defendants. | : |

COME NOW defendants VWR International, Inc. and Univar USA Inc., by and through their undersigned attorneys, and consent to the removal of the above-captioned matter from the Supreme Court of the State of New York, County of New York to the United States District Court for the Southern District of New York.

*Dated*: September 12, 2007

New York, New York

Respectfully submitted,

MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

_Carol M. Tempesta_
By: Carol M. Tempesta, Esq.
530 Saw Mill River Road
Elmsford, NY 10523
Attorneys for Defendants
VWR International, Inc. and
Univar USA Inc.