# EXHIBIT E

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------X
In Re: NEW YORK CITY ASBESTOS LITIGATION     : Hon. Joan Madden
                                             : (Part 11)
-------------------------------------------------------------X
This Document Relates To:                    : Index No. 114120-06
                                             :
CHRISTIAN HOLINKA,                           :
                                             :   **NOTICE OF FILING OF**
         Plaintiff                           :   **NOTICE OF REMOVAL**
                                             :
   -against-                                 :
                                             :
A.W. CHESTERTON COMPANY, et al.,             :
                                             :
         Defendants.                         :
-------------------------------------------------------------X

TO THE CLERK OF THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

PLEASE TAKE NOTICE that on September 12, 2007, defendant Baxter Healthcare Corporation (alleged to be a successor in interest to American Hospital Supply Corp. and American Scientific Products), noticed removal of this action to the United States District Court for the Southern District of New York by filing a Notice of Removal in that Court. A copy of

/ / /

/ / /

/ / /

the Notice of Removal is annexed hereto. Accordingly, pursuant to 28 U.S.C. § 1446(d), this Court may proceed no further in this action, unless and until the case is remanded.

Dated: September 12, 2007
       New York, New York

                              Respectfully submitted,
                              **DRINKER BIDDLE & REATH LLP**

       By:  Timothy J. Fraser
              140 Broadway, 39th Floor
              New York, NY 10005
              Tel. (212) 248-3140
              Attorneys for Defendant
              BAXTER HEALTHCARE CORPORATION

TO:    Clerk – Supreme Court of New York
        for the County of New York

TO:    **WEITZ & LUXENBERG, P.C.**
        James Long
        180 Maiden Lane
        New York, NY 10038-4925
        Phone: (212) 558-5500
        Attorneys for Plaintiff

        **HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**
        Kristy Kulina Lyons
        40 Paterson Street
        New Brunswick, New Jersey 08901
        (732) 545-4717
        Attorneys for Defendant
        Fisher Scientific International Inc.

        **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
        Carol M. Tempesta, Esq.
        530 Saw Mill River Road
        Elmsford, NY 10523
        Attorneys for Defendants
        VWR International, Inc. and Univar USA Inc.