UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN HOLINKA, | ECF case |
| Plaintiff, | CIVIL ACTION NO. 07-cv-8019 (SHS) |
| v. | |
| A. W. CHESTERTON COMPANY, et al., | **AFFIDAVIT OF SERVICE** |
| Defendants. | |

STATE OF NEW YORK        )
                                             ) ss:
COUNTY OF NEW YORK  )

Alfred Monico, being duly sworn, deposes and says:

1. I am over the age of eighteen years, and am not a party to this action.

2. On the 12th day of September 2007, I served a true and correct copy of (a) the Notice of Removal in the above-referenced action, (b) the Declaration of Timothy J. Fraser, and (c) the Rule 7.1 Statement of Baxter Healthcare Corporation upon (1) James Long, Esq., at WEITZ & LUXENBERG, P.C., 180 Maiden Lane, New York, NY 10038-4925, (2) Kristy Kulina Lyons, Esq., at HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP, 40 Paterson Street, New Brunswick, New Jersey 08901, and (3) Carol M. Tempesta, Esq., at MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C., 530 Saw

/ / /

/ / /

/ / /

Mill River Road, Elmsford, NY 10523, that being their last known addresses, by overnight delivery by depositing a copy in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of Federal Express within the State of New York.

By: _____
    Alfred Monico

Sworn to before me this
13th day of September 2007

_____
GERTRUDE SOFMAN
Notary Public, State of New York
No. 01SO6092095
Qualified in New York County
Commission Expires July 23, 2011

SF1\389222\1
SFNY1 107318v2

2