AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern                DISTRICT OF                New York

## APPEARANCE

Case Number: 07-cv-8019

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Fisher Scientific International Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/18/2007 | *(signature)* James S. Nowak |
| Date | Signature |
| | James S. Nowak — JN0923 |
| | Print Name — Bar Number |
| | 40 Paterson |
| | Address |
| | New Brunswick   NJ   08903 |
| | City   State   Zip Code |
| | (732) 545-4717   (732) 545-4579 |
| | Phone Number   Fax Number |