AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

__Southern__                     DISTRICT OF                     __New York__

## APPEARANCE

Case Number: 07-cv-08019

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

VWR International, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/21/2007 | _/s/ Carol Tempesta_ |
| Date | Signature |
| | Carol M. Tempesta — CT8514 |
| | Print Name — Bar Number |
| | 530 Saw Mill River Road |
| | Address |
| | Elmsford — New York — 10523 |
| | City — State — Zip Code |
| | (914) 345-3701 — (914) 345-3743 |
| | Phone Number — Fax Number |