AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 07-cv-08019

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Univar USA Inc.

I certify that I am admitted to practice in this court.

| 9/21/2007 | *(signature)* Carol Dempista |
|---|---|
| Date | Signature |

| Carol M. Tempesta | CT8514 |
|---|---|
| Print Name | Bar Number |

530 Saw Mill River Road
Address

| Elmsford | New York | 10523 |
|---|---|---|
| City | State | Zip Code |

| (914) 345-3701 | (914) 345-3743 |
|---|---|
| Phone Number | Fax Number |