SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X  Index No.: 06114120
CHRISTIAN F HOLINKA

Date Filed:

                                      Plaintiff(s),    Plaintiff Designates
**NEW YORK**
               -against-    County as the Place of Trial

A.W. CHESTERTON COMPANY,
AMCHEM PRODUCTS, INC.,    The Basis of Venue is
   n/k/a RHONE POULENC AG COMPANY,    Defendants' Place of Business
   n/k/a BAYER CROPSCIENCE INC.,
ANCHOR PACKING COMPANY,
AQUA-CHEM, INC.,    **SUMMONS**
BAXTER HEALTHCARE CORPORATION,
   Individually and as successor in interest to AMERICAN
      HOSPITAL SUPPLY CORP.
and AMERICAN SCIENTIFIC
      PRODUCTS,
BAXTER INTERNATIONAL INC.,
   Individually and as successor in interest to
      AMERICAN HOSPITAL SUPPLY CORP.,
      and AMERICAN SCIENTIFIC PRODUCTS,
BECKMAN COULTER, INC.,
CBS CORPORATION, a Delaware Corporation,
   f/k/a VIACOM INC. successor by merger to CBS
      CORPORATION, a Pennsylvania Corporation,
   f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
CERTAIN TEED CORPORATION,
CORNING GLASS,
   k/n/a CORNING INCORPORATED,
E.I. DUPONT DE NEMOURS and COMPANY,
EMPIRE-ACE INSULATION MFG. CORP.,
FISHER SCIENTIFIC INTERNATIONAL INC.,
GARLOCK SEALING TECHNOLOGIES LLC,
   f/k/a GARLOCK INC.,
INGERSOLL-RAND COMPANY,
J.H. FRANCE REFRACTORIES COMPANY,
KEWAUNEE SCIENTIFIC CORPORATION,
LENNOX INDUSTRIES, INC.,
MANORCARE HEALTH SERVICES, INC.,
   d/b/a MANOR CARE, INC.,
   Individually and as successor to
      PRECISION-COSMET COMPANY, INC.,
      CENTRAL SCIENTIFIC COMPANY,
      a division of CENCO INCORPORATED;
      CENTRAL SCIENTIFIC COMPANY,
      a division of CENCO INSTRUMENTS CORPORATION,
PREMIER REFRACTORIES, INC.,
   f/k/a ADIENCE, INC.,



FILED
SEP 29 2006
NEW YORK
COUNTY CLERKS O...

f/k/a BMI,
RAPID-AMERICAN CORPORATION,
RHEEM MANUFACTURING COMPANY, INC.,
   Individually and as successor to
   RHEEM MANUFACTURING COMPANY,
   as successor by merger to CIVESTCO, INC.,
UNIVAR USA INC.,
   Individually and as successor to VAN WATERS
   & ROGERS INC., BRAUN CHEMICAL COMPANY
   and WILL SCIENTIFIC, INC.,
VWR INTERNATIONAL, INC.,

                                       Defendants.
-------------------------------------------------------------------------X

To the above named Defendant(s)

     **You are hereby summoned** to answer the **verified** complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated, September 29, 2006
       New York, New York

Defendant's address:

**SEE ATTACHED DEFENDANTS RIDER**

WEITZ & LUXENBERG, P.C.
Attorney(s) for Plaintiff
Post Office Address
180 Maiden Lane
New York, New York 10038
(212) 558-5500

## DEFENDANTS' RIDER

**A.W. CHESTERTON COMPANY**
Joseph E. Riley
225 Fallon Road
Stoneham, MA 02180

**AMCHEM PRODUCTS, INC.,**
   n/k/a RHONE POULENC AG COMPANY,
   n/k/a BAYER CROPSCIENCE INC.
41 State Street
Albany, NY 11207

**ANCHOR PACKING COMPANY**
CT Corporation System
1635 Market Street
Philadelphia, PA 19103

**AQUA-CHEM, INC.**
7800 North 113th Street
Milwaukee, WI 53224

**BAXTER HEALTHCARE CORPORATION,**
   Individually and as successor in interest to AMERICAN
   HOSPITAL SUPPLY CORP. and AMERICAN SCIENTIFIC
   PRODUCTS

1 Baxter Parkway
Deerfield, IL 60015

**BAXTER INTERNATIONAL INC.,**
   Individually and as successor in interest to
   AMERICAN HOSPITAL SUPPLY CORP.,
   and AMERICAN SCIENTIFIC PRODUCTS
One Baxter Parkway
Deerfield, IL 60015

**BECKMAN COULTER, INC.**
2500 Harbor Boulevard
Fullerton, CA 92634

**CBS CORPORATION, a Delaware Corporation,**
   f/k/a VIACOM INC. successor by merger to CBS
   CORPORATION, a Pennsylvania Corporation,
   f/k/a WESTINGHOUSE ELECTRIC CORPORATION
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Case Management & Technology Center
USX Towers
600 Grant Street
Pittsburgh, PA 15219

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

CERTAIN TEED CORPORATION
CT Corporation System
111 8th Avenue
New York, NY 10011

**CORNING GLASS,**
   **k/n/a CORNING INCORPORATED**

Attn: Secretary
One Riverfront Plaza
Corning, NY 14831

**E.I. DUPONT DE NEMOURS and COMPANY**
1007 Market Street
Room 8042
Wilmington, DE 19898

**EMPIRE-ACE INSULATION MFG. CORP.**
c/o THE SECRETARY OF STATE
41 State Street
Albany, NY 12207

**FISHER SCIENTIFIC INTERNATIONAL INC.**
One Liberty Lane
Hampton, NH 03842

**GARLOCK SEALING TECHNOLOGIES LLC,**
   **f/k/a GARLOCK INC.**
CT Corporation System
111 8th Avenue
New York, NY 10011

**INGERSOLL-RAND COMPANY**
CT Corporation Systems
111 8th Avenue
New York, NY 10011

**J.H. FRANCE REFRACTORIES COMPANY**
SPECIAL CLAIMS SERVICES, INC.
809 Coshocton Avenue
Suite 1
Mount Vernon, OH 43050-1931

**KEWAUNEE SCIENTIFIC CORPORATION**
2700 West Front Street
Statesville, NC 28677

**LENNOX INDUSTRIES, INC.**
80 State Street
Albany, NY 12207

**MANORCARE HEALTH SERVICES, INC.,**
  d/b/a MANOR CARE, INC., Individually and as successor to
  PRECISION-COSMET COMPANY, INC., CENTRAL
  SCIENTIFIC COMPANY, a division of CENCO
  INCORPORATED; CENTRAL SCIENTIFIC COMPANY, a
  division of CENCO INSTRUMENTS CORPORATION

333 N. Summit Street
P.O. Box 10086
Toledo, OH 43699-0086

**PREMIER REFRACTORIES, INC.,**
  f/k/a ADIENCE, INC., f/k/a BMI
Special Claims Services, Inc.
809 Coshocton Avenue, Suite 1
Attention: Donald E. Ward, President
Mount Vernon, OH 43050

**RAPID-AMERICAN CORPORATION**
2711 Centerville Road
Wilmington, DE 19808

**RHEEM MANUFACTURING COMPANY, INC.,**
  Individually and as successor to RHEEM
  MANUFACTURING COMPANY, as successor
  by merger to CIVESTCO, INC.
405 Lexington Avenue
22nd Floor
New York, NY 10174-0307

**UNIVAR USA INC.,**
  Individually and as successor to VAN WATERS
  & ROGERS INC., BRAUN CHEMICAL COMPANY
  and WILL SCIENTIFIC, INC.
6100 Carillon Point
Kirkland, WA 98033

**VWR INTERNATIONAL, INC.**
1310 Goshen Parkway
West Chester, PA 19380

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------------X   Index No.:
CHRISTIAN F HOLINKA

Date Filed:

         Plaintiff(s),

      -against-         **VERIFIED**
                    **COMPLAINT**

A.W. CHESTERTON COMPANY,
AMCHEM PRODUCTS, INC.,
 n/k/a RHONE POULENC AG COMPANY,
 n/k/a BAYER CROPSCIENCE INC.,
ANCHOR PACKING COMPANY,
AQUA-CHEM, INC.,
BAXTER HEALTHCARE CORPORATION,
 Individually and as successor in interest to AMERICAN
  HOSPITAL SUPPLY CORP.
and AMERICAN SCIENTIFIC
  PRODUCTS,
BAXTER INTERNATIONAL INC.,
 Individually and as successor in interest to
  AMERICAN HOSPITAL SUPPLY CORP.,
  and AMERICAN SCIENTIFIC PRODUCTS,
BECKMAN COULTER, INC.,
CBS CORPORATION, a Delaware Corporation,
 f/k/a VIACOM INC. successor by merger to CBS
  CORPORATION, a Pennsylvania Corporation,
  f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
CERTAIN TEED CORPORATION,
CORNING GLASS,
 k/n/a CORNING INCORPORATED,
E.I. DUPONT DE NEMOURS and COMPANY,
EMPIRE-ACE INSULATION MFG. CORP.,
FISHER SCIENTIFIC INTERNATIONAL INC.,
GARLOCK SEALING TECHNOLOGIES LLC,
 f/k/a GARLOCK INC.,
INGERSOLL-RAND COMPANY,
J.H. FRANCE REFRACTORIES COMPANY,
KEWAUNEE SCIENTIFIC CORPORATION,
LENNOX INDUSTRIES, INC.,
MANORCARE HEALTH SERVICES, INC.,
 d/b/a MANOR CARE, INC.,
 Individually and as successor to
 PRECISION-COSMET COMPANY, INC.,
 CENTRAL SCIENTIFIC COMPANY,
 a division of CENCO INCORPORATED;
 CENTRAL SCIENTIFIC COMPANY,
 a division of CENCO INSTRUMENTS CORPORATION,
PREMIER REFRACTORIES, INC.,
 f/k/a ADIENCE, INC.,
 f/k/a BMI,

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

RAPID-AMERICAN CORPORATION,
RHEEM MANUFACTURING COMPANY, INC.,
   Individually and as successor to
RHEEM MANUFACTURING COMPANY,
as successor by merger to CIVESTCO, INC.,
UNIVAR USA INC.,
   Individually and as successor to VAN WATERS
   & ROGERS INC., BRAUN CHEMICAL COMPANY
   and WILL SCIENTIFIC, INC.,
VWR INTERNATIONAL, INC.,

                        Defendants.
-----------------------------------------------------------------------X

        Plaintiff(s), CHRISTIAN F HOLINKA, by their attorneys WEITZ & LUXENBERG, P.C., upon information and belief, at all times hereinafter mentioned alleges as follows:

    1.    Plaintiff(s), CHRISTIAN F HOLINKA, by their attorneys, WEITZ & LUXENBERG, P.C., for their **verified complaint** respectfully alleges:

    2.    Defendant AQUA-CHEM, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

    3.    Defendant AQUA-CHEM, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

    4.    Defendant BAXTER HEALTHCARE CORPORATION, Individually and as successor in interest to AMERICAN HOSPITAL SUPPLY CORP. and AMERICAN SCIENTIFIC PRODUCTS, was and still is a duly organized domestic corporation doing business in the State of New York.

    5.    Defendant BAXTER HEALTHCARE CORPORATION, Individually and as successor in interest to AMERICAN HOSPITAL SUPPLY CORP. and AMERICAN SCIENTIFIC PRODUCTS, was and still is a duly organized foreign corporation doing business

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

6. Defendant BAXTER INTERNATIONAL INC., Individually and as successor in interest to AMERICAN HOSPITAL SUPPLY CORP., and AMERICAN SCIENTIFIC PRODUCTS, was and still is a duly organized domestic corporation doing business in the State of New York.

7. Defendant BAXTER INTERNATIONAL INC., Individually and as successor in interest to AMERICAN HOSPITAL SUPPLY CORP., and AMERICAN SCIENTIFIC PRODUCTS, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

8. Defendant BECKMAN COULTER, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

9. Defendant BECKMAN COULTER, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

10. Defendant CORNING GLASS, k/n/a CORNING INCORPORATED, was and still is a duly organized domestic corporation doing business in the State of New York.

11. Defendant CORNING GLASS, k/n/a CORNING INCORPORATED, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

12. Defendant E.I. DUPONT DE NEMOURS and COMPANY, was and still is a duly organized domestic corporation doing business in the State of New York.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

13. Defendant E.I. DUPONT DE NEMOURS and COMPANY, was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

14. Defendant FISHER SCIENTIFIC INTERNATIONAL INC., was and still is a duly organized domestic corporation doing business in the State of New York.

15. Defendant FISHER SCIENTIFIC INTERNATIONAL INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

16. Defendant LENNOX INDUSTRIES, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

17. Defendant LENNOX INDUSTRIES, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

18. Defendant MANORCARE HEALTH SERVICES, INC., d/b/a MANOR CARE, INC., Individually and as successor to PRECISION-COSMET COMPANY, INC., CENTRAL SCIENTIFIC COMPANY, a division of CENCO INCORPORATED; CENTRAL SCIENTIFIC COMPANY, a division of, was and still is a duly organized domestic corporation doing business in the State of New York.

19. Defendant MANORCARE HEALTH SERVICES, INC., d/b/a MANOR CARE, INC., Individually and as successor to PRECISION-COSMET COMPANY, INC., CENTRAL SCIENTIFIC COMPANY, a division of CENCO INCORPORATED; CENTRAL SCIENTIFIC COMPANY, a division of, was and still is a duly organized foreign corporation

doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

20. Defendant RHEEM MANUFACTURING COMPANY, INC., Individually and as successor to RHEEM MANUFACTURING COMPANY, as successor by merger to CIVESTCO, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

21. Defendant RHEEM MANUFACTURING COMPANY, INC., Individually and as successor to RHEEM MANUFACTURING COMPANY, as successor by merger to CIVESTCO, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

22. Defendant UNIVAR USA INC., Individually and as successor to VAN WATERS & ROGERS INC., BRAUN CHEMICAL COMPANY and WILL SCIENTIFIC, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

23. Defendant UNIVAR USA INC., Individually and as successor to VAN WATERS & ROGERS INC., BRAUN CHEMICAL COMPANY and WILL SCIENTIFIC, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

24. Defendant VWR INTERNATIONAL, INC., was and still is a duly organized domestic corporation doing business in the State of New York.

25. Defendant VWR INTERNATIONAL, INC., was and still is a duly organized foreign corporation doing business and/or transacting business in the State of New York and/or should have expected its acts to have consequences within the State of New York.

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

Plaintiff(s), CHRISTIAN F HOLINKA, repeats and realleges NYAL - WEITZ & LUXENBERG, P.C. STANDARD ASBESTOS COMPLAINT FOR PERSONAL INJURY No. 7 as if fully incorporated herein as it pertains to the defendants in the aforementioned caption.

Dated: *September 29, 2006*
New York, New York

Yours, etc.,

WEITZ & LUXENBERG, P.C

Attorneys for Plaintiff(s)
180 Maiden Lane
New York, NY 10038
(212) 558-5500

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

Index No.:

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

CHRISTIAN F HOLINKA,

Plaintiff(s),

-against-

A.W. CHESTERTON COMPANY, et. al.,

Defendants.

# SUMMONS and COMPLAINT

**WEITZ & LUXENBERG, P.C.**
Attorneys for PLAINTIFFS
180 Maiden Lane
New York, NY 10038
212-558-5500

06114120

To
Attorney(s) for

Service of a copy of the within
                    is hereby admitted.
Dated, September 29, 2006

Attorney(s) for