46-3004R-100M92

**COUNTY CLERK, NEW YORK COUNTY**

Application for INDEX NUMBER pursuant to Section 8018, C.P.L.R.

**FEE $210.00**

INDEX NUMBER

06114120

Space below to be TYPED or PRINTED by applicant

Do not write in this space

**CHECK ONE**

- [ ] COMMERCIAL ACTION     [X] NOT COMMERCIAL ACTION
- [ ] CONSUMER CREDIT TRANSACTION     [X] NOT CONSUMER CREDIT TRANSACTION
- [ ] THIRD PARTY ACTION     [X] NOT THIRD PARTY ACTION

IF THIRD PARTY ACTION MAIN INDEX NO. _____

**TITLE OF ACTION OR PROCEEDING**

CHRISTIAN F HOLINKA
    Plaintiff(s)

vs

A.W. CHESTERTON COMPANY et al.
    Defendant(s)

Name and address of Attorney for Plaintiff or Petitioner.
Telephone No.

Weitz & Luxenberg, PC
180 Maiden Lane
New York, NY 10038
212-558-5500

Name and address of Attorney for Defendant or Respondent.
Telephone No.

A. Nature and object of action or Nature of special proceeding ___ Personal Injury, Asbestos Exposure

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------------X

CHRISTIAN F HOLINKA

          Plaintiff(s),    **FULL CAPTION**
                   **RIDER**

     -against-

A.W. CHESTERTON COMPANY,
AMCHEM PRODUCTS, INC.,
 n/k/a RHONE POULENC AG COMPANY,
 n/k/a BAYER CROPSCIENCE INC.,
ANCHOR PACKING COMPANY,
AQUA-CHEM, INC.,
BAXTER HEALTHCARE CORPORATION,
 Individually and as successor in interest to AMERICAN
  HOSPITAL SUPPLY CORP.
and AMERICAN SCIENTIFIC
  PRODUCTS,
BAXTER INTERNATIONAL INC.,
 Individually and as successor in interest to
  AMERICAN HOSPITAL SUPPLY CORP.,
  and AMERICAN SCIENTIFIC PRODUCTS,
BECKMAN COULTER, INC.,
CBS CORPORATION, a Delaware Corporation,
 f/k/a VIACOM INC. successor by merger to CBS
  CORPORATION, a Pennsylvania Corporation,
 f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
CERTAIN TEED CORPORATION,
CORNING GLASS,
 k/n/a CORNING INCORPORATED,
E.I. DUPONT DE NEMOURS and COMPANY,
EMPIRE-ACE INSULATION MFG. CORP.,
FISHER SCIENTIFIC INTERNATIONAL INC.,
GARLOCK SEALING TECHNOLOGIES LLC,
 f/k/a GARLOCK INC.,
INGERSOLL-RAND COMPANY,
J.H. FRANCE REFRACTORIES COMPANY,
KEWAUNEE SCIENTIFIC CORPORATION,
LENNOX INDUSTRIES, INC.,
MANORCARE HEALTH SERVICES, INC.,
 d/b/a MANOR CARE, INC.,
 Individually and as successor to
 PRECISION-COSMET COMPANY, INC.,
 CENTRAL SCIENTIFIC COMPANY,
 a division of CENCO INCORPORATED;
 CENTRAL SCIENTIFIC COMPANY,
 a division of CENCO INSTRUMENTS CORPORATION,
PREMIER REFRACTORIES, INC.,
 f/k/a ADIENCE, INC.,
 f/k/a BMI,

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038

RAPID-AMERICAN CORPORATION,
RHEEM MANUFACTURING COMPANY, INC.,
   Individually and as successor to
   RHEEM MANUFACTURING COMPANY,
   as successor by merger to CIVESTCO, INC.,
UNIVAR USA INC.,
   Individually and as successor to VAN WATERS
   & ROGERS INC., BRAUN CHEMICAL COMPANY
   and WILL SCIENTIFIC, INC.,
VWR INTERNATIONAL, INC.,

                                 Defendants.
-------------------------------------------------------------------X
To the above named Defendant(s)

LAW OFFICES
OF
WEITZ
&
LUXENBERG, P.C.
180 MAIDEN LANE
NEW YORK, N.Y. 10038