

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

———————————————————x

IN RE       NEW YORK CITY
            ASBESTOS LITIGATION

———————————————————x

THIS DOCUMENT RELATES TO:                INDEX No. 114120-06

CHRISTIAN F. HOLINKA                     ACKNOWLEDGMENT
                                         OF RECEIPT

———————————————————x

       Defendant Cleaver-Brooks, Inc. hereby acknowledges receipt of the Summons and Complaint of Plaintiff(s) in this action.

       Defendant Cleaver-Brooks, Inc. answers the Complaint in this action by reference to its Standard Answer filed pursuant to the governing NYCAL Case Management Order and raises against Plaintiff(s) each affirmative defense contained in its Standard Answer.

       Defendant Cleaver-Brooks, Inc. hereby raises the cross-claim contained in its Standard Answer.

Dated: New York, New York
      December 8, 2006

MALABY, CARLISLE & BRADLEY, LLC

By: _____
    Cori L. Leavitt, Esq.
Attorneys for Cleaver-Brooks, Inc.
150 Broadway, Suite 600
New York, New York 10038
(212) 791-0285

TO:  WEITZ & LUXENBERG, PC
     Attorneys for Plaintiff(s)
     180 Maiden Lane
     New York, New York 10038
     (212) 558-5500



## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

**James B. Martin**, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in Nassau County, New York.

On December 8, 2006 I caused to be served the within Acknowledgment of Receipt on behalf of defendant Cleaver Brooks Inc. re: Plaintiff(s) CHRISTIAN F. HOLINKA, Index no. 114120-06, by depositing a true copy thereof enclosed in a properly addressed post-paid envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State addressed to:

> Weitz & Luxenberg, PC
> Attorneys for Plaintiff
> 180 Maiden Lane
> New York, NY  10038

_____
James B. Martin

Sworn to before me this
8th day of December, 2006

_____
Notary Public

GRACE DEMARIO
NOTARY PUBLIC, State of New York
No. 02DE6125019
Qualified in Richmond County
My Commission Expires 04/04/2009

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

IN RE NEW YORK CITY ASBESTOS LITIGATION
NYCAL Index No. 40000

THIS DOCUMENT RELATES TO:

INDEX No. 114120-06

CHRISTIAN F. HOLINKA,

Plaintiff(s),

V.

CLEAVER-BROOKS, Inc., et al.,

Defendant(s).

ACKNOWLEDGMENT OF RECEIPT

MALABY, CARLISLE & BRADLEY, LLC
Attorneys for Defendant CLEAVER-BROOKS, Inc.
150 Broadway, Suite 600
New York, New York 10038
(212) 791-0285