SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| PLAINTIFF NAME | INDEX # |
|---|---|
| Amengual, Samuel & Adele | 111618-06 |
| Arnone, Colleen (E/O Arnone, John & Colleen) | 06-113563 |
| Bauer, Antoinette (E/O Bauer, Walter H.) | 113531-06 |
| Bellomo, Angelo & Joanne | 113724-06 |
| Bennett, William J. | 111724-06 |
| Bianco, Francis & Catharina | 115546-06 |
| Colon, Constance D. (E/O Bucci, Joseph P.) | 112802-06 |
| Carthens, Camay | 113271-06 |
| Cosentino, Philip & Mary J. | 06-112804 |
| Depiola, Salvatore A. | 113842-06 |
| Dombrowski, Edward P. (E/O Dombrowski, Edward A.) | 111619-06 |
| Duro, John & Marilyn | 114521-06 |
| Egerton, Arthur | 113297-06 |
| Kotrakos, Carolyn (E/O Evangelista, Armando) | 06-112805 |
| Felten, Karl H. & Ellen | 114005-06 |
| Cox, Joyce (E/O Gottlieb, Edward & Anna) | 114637-06 |
| Minister, Sandra L. & Graves, Richard Dale (Co-E/O Graves, Charles P.) | 113490-06 |
| Holinka, Christian F. | 114120-06 |
| Hutta, Dennis & Joan E. | 112803-06 |
| Johnson, Bernard J. | 109228-06 |
| Kackle, Eva M. (E/O Kackle, Richard & Eva M.) | 112523-06 |
| Lang, Joseph C. & Nancy | 112048-06 |
| Leonardi, Rose C. (E/O Leonardi, Anthony S. & Rose C.) | 111096-06 |
| Masullo, Pasquale & Angelina | 111097-06 |
| Monarchio, James & Barbara | 113486-06 |
| Nacht, Jack | 114274-06 |
| O'Brien, Eileen C. (E/O O'Brien William & Eileen C.) | 113843-06 |
| Prince, Leroy (E/O Prince, Sandra) | 112233-06 |
| Rasmussen, William & Sally | 113489-06 |
| Rupnick, Rose (/O Rupnick, Stanley & Rose) | 112047-06 |
| Saccomano, Joseph P. & Henrietta | 113299-06 |
| Schiavo, Gerard E. | 112522-06 |
| Simon, Margo (E/O Simon, William & Margot) | 113488-06 |
| Simunovich, Neida (E/O Simunovich, Martin & Neida) | 107899-06 |
| Taylor, Jay C. & Claona | 112046-06 |
| Tufano, Neil J. Sr. | 111802-06 |
| Van-Decker, Edward A. & Amy | 113298-06 |
| Westerfield, Robert & Elsie | 112521-06 |

**Acknowledgment of Service**

FILED
NOV 09 2006
NEW YORK
COUNTY CLERK'S OFFICE

Defendant, Rapid-American Corporation, hereby acknowledges receipt of a summons and complaint in the instant actions.

Defendant, Rapid-American Corporation, hereby answers the complaints in this action by reference to its standard answer filed pursuant to NYCAL Amended Case Management Order and raises each of the affirmative defenses and cross-claims contained in its standard answer.

Dated: New York, New York
       November ____, 2006

                                       Yours etc.,
                                       Sonnenschein Nath & Rosenthal LLP

By: _____
                                       Linda Yassky, Esq.
                                       Attorney for Defendant
                                       Rapid-American Corporation
                                       1221 Avenue of the Americas
                                       New York, New York 10020
                                       212 768-6700

TO:   Weitz & Luxenberg
        Attorneys for Plaintiffs
        180 Maiden Lane
        New York, New York 10038

        All Defense Counsel

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK
---------------------------------------------------------------x

IN RE NEW YORK CITY ASBESTOS CASES               NYCAL

---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    }
                     ss.:
COUNTY OF NEW YORK   }

Narelle Ho Sang, being duly sworn, deposes and says: Deponent is not a party to the within action, is over 18 years of age and resides in Peekskill, New York 10566.

That on the 9th day of November, 2006 deponent served the within ACKNOWLEDGMENT OF SERVICE upon:

Weitz & Luxenberg

Attorneys for Plaintiffs
180 Maiden Lane
New York, New York 10038

and all counsel of record, at the address designated by said attorney for that purpose by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Narelle Ho Sang

Sworn to before me
this 9 day of November, 2006

_____
Notary Public

DEAN CAMPBELL
Notary Public, State of New York
No. 01CA6013528
Qualified in Nassau County
Commission Expires Sept. 21, 20 10

Index No. see highlighted number on front page

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

This Document Relates to NYCAL,

ACKNOWLEDGMENT OF SERVICE

SONNENSCHEIN NATH & ROSENTHAL LLP
Attorneys for Defendant
1221 Avenue of the Americas
New York, NY 10020
212.768.6700

Service of a copy of the within
is hereby admitted.
Dated:

_____ Attorney(s) for

NOTICE OF ENTRY

Sir: Please take notice that the within is a (certified) true copy of an ACKNOWLEDGMENT OF SERVICE duly entered in the office of the clerk of the within named court on

Dated:

Yours, etc.

SONNENSCHEIN NATH & ROSENTHAL LLP

By: _____
Name:

[FILED NOV 09 2006 COUNTY CLERK'S OFFICE NEW YORK]

Attorneys for
Office and Post Office Address
1221 AVENUE OF THE AMERICAS
New York, NY 10020
212.768.6700

To:
Attorney(s) for

NOTICE OF SETTLEMENT

Sir: Please take notice that the
of which the within is a true copy will be presented for settlement to the Hon.
one of the judges of the within named Court, at
at                 M.
on the           day of
Dated:

Yours, etc.

Sonnenschein Nath & Rosenthal LLP

By: _____
Name:

Attorney(s) for
Office and Post Office Address
1221 AVENUE OF THE AMERICAS
New York, NY 10020
212.768.6700

To:
Attorney(s) for