SUPREME COUR OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X

CHRISTIAN F. HOLINKA

Plaintiff,

-against-

A.W. CHESTERTON COMPANY,
AMCHEM PRODUCTS, INC.,
    n/k/a RHONE POULENC AG COMPANY,
    n/k/a BAYER CROPSCIENCE INC.,
ANCHOR PACKING COMPANY,
AQUA-CHEM, INC.,
BAXTER HEALTHCARE CORPORATION
    Individually and as successor in interest to
    AMERICAN HOSPITAL SUPPLY CORP. and
    AMERICAN SCIENTIFIC PRODUCTS,
BAXTER INTERNATIONAL INC.,
    Individually and as successor in interest to
    AMERICAN HOSPITAL SUPPLY CORP., and
    AMERICAN SCIENTIFIC PRODUCTS,
BECKMAN COULTER, INC.,
CBS CORPORATION, a Delaware Corporation,
    f/k/a VIACOM INC. successor by merger to CBS
    CORPORATION, a Pennsylvania Corporation,
    f/k/a WESTINGHOUSE ELECTRIC
    CORPORATION,
CERTAIN TEED CORPORATION,
CORNING GLASS, k/n/a CORNING INCORPORATED,
E.I. DUPONT DE NEMOURS and COMPANY,
EMPIRE-ACE INSULATION MFG. CORP.,
FISHER SCIENTIFIC INTERNATIONAL INC.,
GARLOCK SEALING TECHNOLOGIES LLC,
    f/k/s GARLOCK INC.,
INGERSOLL-RAND COMPANY,
J.H. FRANCE REFRACTORIES COMPANY,
KEWAUNEE SCIENTIFIC CORPORATION,
LENNOX INDUSTRIES, INC.,
MANORCARE HEALTH SERVICES, INC.,
    d/b/a MANOR CARE, INC., Individually and as
    successor to PRECISION-COSMET COMPANY,
    INC., CENTRAL SCIENTIFIC COMPANY, a
    division of CENCO INCORPORATED,
    CENTRAL SCIENTIFIC COMPANY, a
    division of CENCO INSTRUMENTS
    CORPORATION,
PREMIER REFRACTORIES, INC.,
    f/k/a ADIENCE, INC., f/k/a BMI,
RAPID-AMERICAN CORPORATION,

{NY022980.1}

Index no.: 114120-06
Date Filed: 9/29/06

Plaintiff Designates
New York County as the
Place of Trial

The Basis of Venue is
Defendants' Place of Business

FILED
NOV 13 2006
NEW YORK
COUNTY CLERK'S OFFICE

RHEEM MANUFACTURING COMPANY, INC.,
 Individually and as successor to  RHEEM
 MANUFACTURING COMPANY, as
 Successor by merger to CIVESTCO, INC.,
UNIVAR USA INC.,
 Individually and as successor to VAN
 WATERS & ROGERS INC., BRAUN
 CHEMICAL COMPANY and
 WILL SCIENTIFIC, INC.,
VWR INTERNATIONAL, INC.,

Defendants.

---------------------------------------------------------------------X

### NOTICE OF BANKRUPTCY

  PITTSBURGH CORNING CORPORATION has filed a Petition for Relief under Chapter 11,

United States Code, in the United States Bankruptcy Court for the Western District of Pennsylvania. The

case has been assigned Case No. 00-22876 JFK.  Pursuant to the "Stipulation and Order Relating to

Injunction As To Corning Incorporated", all asbestos actions against CORNING INCORPORATED have

been stayed by the operation of Chapter 11 United States Code 524 (g), Chapter 11 United States Code

362, and Chapter 11 United States Code 105.   A copy of the "Stipulation and Order Relating to

Injunction As To Corning Incorporated" is attached hereto as Exhibit "A".

     **Respectfully Submitted**

     **MARKS, O'NEILL O'BRIEN
     & COURTNEY, P.C.**

     BY: _____

      **Carol M. Tempesta, Esquire**
      **Attorney for CORNING INCORPORATED**

{NY022980.1}

## Service List

WEITZ & LUXENBERG, P.C.
Attorneys for Plaintiff
180 Maiden Lane
New York, New York 10038

AMCHEM PRODUCTES, INC.,
n/k/a RHONE POULENC AG COMPANY,
n/k/a BAYER CROPSCIENCE INC.
41 State Street
Albany, New York 11207

AQUA-CHEM, INC.
7800 North 113th Street
Milwaukee, WI 53224

BAXTER HEALTHCARE CORPORATION,
Individually and as successor in enterest to
AMERICAN HOSPITAL SUPPLY CORP. and
AMERICAN SCIENTIFIC PRODUCTS
1 Baxter Parkway
Deerfield, IL 60015

CBS CORPORATION, a Delaware Corporation,
f/k/a VIACOM INC. successor by merger to CBS
CORPORATION, A Pennsylvania Corporation,
f/k/a WESTINGHOUSE ELECTRIC
CORPORATION
Asbestos Litigation Support Manager
ECKERT SEAMANS CHERIN & MELLOTT,
LLC
Case Management & Technology Center
Usx Towers
600 Grant Street
Pittsburgh, PA 15219

FISHER SCIENTIFIC INTERNATIONAL INC.
One Liberty Lane
Hampton, New Hampshire 03842

PEHLIVANIAN, BRAATEN & PASCARELLA
Attorneys for INGERSOL-RAND COMPANY
2430 Route 34
Manasquan, NJ 08736

A. W. CHESTERTON COMPANY
Joseph E. Riley
225 Fallon Road
Stoneham, MA 02180

SEGAL McCAMBRIDGE SINGER &
MAHONEY, Ltd.
Attorneys for ANCHOR PACKING COMPANY
830 Third Avenue, Suite 400
New York, NY 10022

CERTAIN TEED CORPORATION
ANDERSON, KILL & OLICK
1251 Avenue of the Americas
New York, NY 10020

BAXTER INTERNATIONAL INC.,
Individually and as successor in enterest to
AMERICAN HOSPITAL SUPPLY CORP. and
AMERICAN SCIENTIFIC PRODUCTS
1 Baxter Parkway
Deerfield, IL 60015

E.I. DUPONT DE NEMOURS and COMPANY
1007 Market Street
Room 8042
Wilmington, Delaware 19898

SEGAL McCAMBRIDGE SINGER &
MAHONEY, Ltd.
Attorneys for 10022GARLOCK SEALING
TECHNOLOGIES LLC, f/k/a GARLOCK INC.
830 Third Avenue, Suite 400
New York, NY CT Corporation Systems

J.H. France Reprfractories Company
Special Claims Services, Inc.
809 Coshocton Avenue
Suite 1
Mount Vernon, Ohio 43050-1931

{NY022980.1}

KEWAUNEE SCIENTIFIC CORPORATION
2700 West Front Street
Statesville, NC 28677

MANORCARE HEALTH SERVICES, INC., d/b/a
MANOR CARE, INC.,Individually and as
successor to PRECISION-COSMET COMPANY,
INC., CENTRAL SCIENTIFIC COMPANY, a
division of CENCO INCORPORATED;
CENTRAL SCIENTIFIC COMPANY, a division
of CENCO INSTRUMENTS CORPORATION
333 Summit Street
P.O. Box 10086
Toledo, Ohio 43669-0086

RAPID-AMERICAN CORPORATION
2711 Centerville Road
Wilmington, DE 19808

UNIVAR USA INC.,
Individually and as successor to VAN WATERS &
ROGERS INC., BRAUN CHEMICAL
COMPANY and WILL SCIENTIFIC, INC.
6100 Carillon Point
Kirkland, WA 98033

LENNOX INDUSTRIES, INC.
80 State Street
Albany, New York 12207

PREMIER REFRACTORIES, INC., f/k/a
ADIENCE, INC., f/k/a BMI
Special Claims Services, Inc.
809 Coshocton Avenue, Suite 1
Attention: Donald E. Ward, President
Mount Vernon, Ohio 43050

RHEEM MANUFACTURING COMPANY, INC.,
Individually and as successor to RHEEM
MANUFACTURING COMPANY, as successor by
merger to CIVESTCO, INC.
405 Lexington Avenue
22nd Floor
New York, New York 10174-0307

{NY022980.1}

## AFFIDAVIT OF MAILING

STATE OF NEW YORK )
                              ss.:
COUNTY OF WESTCHESTER )

        Regina Tisellano, being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside at Mount Kisco, New York.

        On the 6th day of November, 2006, I served a true copy of the annexed **NOTICE OF BANKRUPTCY**, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known addresses on the Service List attached hereto

                                          Regina Tisellano

Sworn to before me on the
6th day of November, 2006.

NOTARY PUBLIC

Martha Agis
Notary Public, State of New York
No. 01AG6039317
Qualified in Rockland County
Commission Expires Mar. 27, 2010

{NY022980.1}

**EXHIBIT A**

COPY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 00-22876 JKF |
| PITTSBURGH CORNING CORPORATION, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| ------------------------------------------ ) | |
| PITTSBURGH CORNING CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 00-2161 JKF |
| ) | |
| JERRY SONNIER, et al., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER**
**RELATING TO INJUNCTION AS TO CORNING INCORPORATED**

WHEREAS, pursuant to the Order of Court Extending Injunction as to Corning Incorporated ("Corning"), dated August 16, 2002 (the "August 16, 2002 Order"), the Court extended the Injunction (as hereinafter defined) as to Corning, through and including January 22, 2003; and

WHEREAS, Corning, Pittsburgh Corning Corporation (the "Debtor" or "PCC"), the Official Committee of Unsecured Asbestos Creditors (the "ACC"), and Lawrence Fitzpatrick, Legal Representative for the Future Asbestos Claimants (the "Futures Representative") entered into a tentative agreement pursuant to which Corning will contribute to the funding of the Debtor's plan of reorganization (the "Conditional Agreement"); and

WHEREAS, pursuant to the Conditional Agreement, the parties have agreed to maintain the status quo, which requires that the Injunction (as hereinafter defined) be reinstated

-07483H1.DOC

in all respects, be expanded to include the Corning Asbestos Actions (as defined in the Motion For Expedited Hearing On Motion To Approve Stipulation and Order Relating to the Injunction As To Corning Incorporated (the "Motion")), and be extended through and including thirty (30) days after the effective date of a plan of reorganization in this case (with all material terms in accordance with the Conditional Agreement) that is no longer subject to appeal or to discretionary appellate review.

THEREFORE, it is hereby:

ORDERED that the Shareholder Injunction (as defined by this Court's April 18, 2001 Order) entered by this Court on April 16, 2000 (the "Injunction"), as extended by the May 2, 2000 Order of Court; by the June 9, 2000 Order Approving Stipulation Extending Injunctive Relief; by the August 15, 2000 Stipulation to Extend the Stipulation and Order Entered June 9, 2000 Extending Injunctive Relief; by the December 5, 2000 Stipulation to Further Extend Stipulation and Order Entered June 9, 2000 Extending Injunctive Relief; by the Order of Court dated April 18, 2001 further extending the Shareholder Injunction until August 23, 2001; by the Order Terminating Exclusivity and Extending Injunction dated July 25, 2001; by the Order Extending Injunction dated November 14, 2001; by the Order Extending Injunction dated December 11, 2001; by the Order Extending Injunction dated February 12, 2002; by the Order Extending Injunction dated April 11, 2002; by the Order Extending Injunction dated May 16, 2002; by the Order Extending Injunction, dated June 14, 2002; by the Order Extending Injunction, dated July 1, 2002; by the Order Extending Injunction, dated July 8, 2002 and by the Order of Court Extending Injunction as to Corning Incorporated, dated August 16, 2002, by the Stipulation and Order Reinstating and Extending Injunction as to Corning Incorporated dated December 24, 2002, and by the Stipulation and Order Extending Injunction

as to Corning Incorporated dated January 15, 2003, except as modified herein or in prior orders of this Court, shall be and is hereby reinstated, in all respects, as to Corning, and shall remain in full force and effect as to Corning, shall be and is hereby expanded to include the Corning Asbestos Actions (as defined in the Motion); provided, however, that the injunction shall not apply to any action alleging an asbestos-related injury or disease relating to Corhart in which Corning has not retained or assumed legal responsibility, nor shall it apply to any actions against Corhart for asbestos products, if any, for which Corhart maintains insurance which cannot be accessed by Corning, and shall be and is hereby extended through and including thirty (30) days after the effective date of a plan of reorganization (with all material terms in accordance with the Conditional Agreement) that is no longer subject to appeal or to discretionary appellate review, and all other deadlines contained in the Injunction are accordingly extended.

-3-

0748341.DOC

ORDERED that Corning shall serve a copy of this Stipulation and Order Relating to Injunction as to Corning Incorporated on the Service List Effective 02/18/03, persons requesting notice in this case and parties to the above-captioned adversary proceeding.

BY THE COURT:

Date:_____

_____
Judith K. Fitzgerald
United States Bankruptcy Judge

Consented to:

PITTSBURGH CORNING                 CORNING INCORPORATED
CORPORATION

Paul M. Singer (PA ID # 00286)      Andrew M. Burns
James J. Restivo, Jr. (PA ID # 10113)   Nixon Peabody LLP
David Ziegler (PA ID # 37527)       Clinton Square
Reed Smith, LLP                     Rochester, NY 14604
435 Sixth Avenue                    (585) 263-1091
Pittsburgh, PA 15219                and
(412) 288-3131                      Kimberly Luff Wakim (PA ID #55542)
                                    Elene Mountis Moran (PA ID #76077)
By: _____        Thorp Reed & Armstrong, LLP
                                    301 Grant Street, 14th Floor
                                    Pittsburgh, PA 15219-1425
                                    (412) 394-7728

                                    By: _____

ORDERED that Corning shall serve a copy of this Stipulation and Order Relating

to Injunction as to Corning Incorporated on the Service List Effective 02/18/03, persons

requesting notice in this case and parties to the above-captioned adversary proceeding.

BY THE COURT:

Date: _4/22/03_

_Judith K. Fitzgerald_
Judith K. Fitzgerald
United States Bankruptcy Judge

Consented to:

PITTSBURGH CORNING
CORPORATION

Paul M. Singer (PA ID # 00286)
James J. Restivo, Jr. (PA ID # 10113)
David Ziegler (PA ID # 37527)
Reed Smith, LLP
435 Sixth Avenue
Pittsburgh, PA 15219
(412) 288-3131

By: _____

CORNING INCORPORATED

Andrew M. Burns
Nixon Peabody LLP
Clinton Square
Rochester, NY 14604
(585) 263-1091
and
Kimberly Luff Wakim (PA ID #55542)
Elene Mountis Moran (PA ID #76077)
Thorp Reed & Armstrong, LLP
301 Grant Street, 14th Floor
Pittsburgh, PA 15219-1425
(412) 394-7728

By: _Andrew Burns_

_Kimberly Luff Wakim, Esq_

↳ Movant shall immediately serve a
copy of this order on all parties
listed on the current service list
and any other parties in interest
and file a certificate of service
with the Clerk of the Bankruptcy
Court within ten (10) days hereof.

FILED
23
APR 24 2003
JUDITH K. FITZGERALD
BANKRUPTCY JUDGE

00440081.DOC                                -4-



OFFICIAL COMMITTEE OF
UNSECURED ASBESTOS CREDITORS

Elihu Inselbuch
Caplin & Drysdale, Chartered
399 Park Avenue, 27th Floor
New York, NY 10022
(212) 319-7125
and
Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005
(202) 862-5000
and
Douglas A. Campbell (PA ID #23143)
Philip E. Milch (PA I.D. #53519)
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219
(412) 261-0310


By: _____


cc:    David Ziegler
       Reed Smith LLP
       435 Sixth Avenue
       Pittsburgh, PA 15219
       (412) 288-3026
       (412) 288-3063 (facsimile)

       Kimberly Luff Wakim
       Thorp Reed & Armstrong, LLP
       301 Grant Street, 14th Floor
       Pittsburgh, Pennsylvania 15219-1425
       (412) 394-7728
       (412) 394-2555 (facsimile)

FUTURE CLAIMANTS' REPRESENTATIVE

James L. Patton, Jr., Esq.
Edwin J. Harron, Esq.
YOUNG Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 291
Wilmington, DE 19899
(302) 571-6600
and
Joel M. Helmrich, Esq.
Meyer Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222
(412) 456-2841

Counsel for the Future Claimants' Representative


By: _Elvis J. Harron_

Index No.:  114120          Year       2006     RJI No.                    Hon.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

CHRISTIAN F. HOLINKA,

                                          Plaintiff

          -against-

A.W. CHESTERTON COMPANY, AMCHEM PRODUCTS, INC., n/k/a RHONE POULENC AG COMPANY, n/k/a BAYER
CROPSCIENCE INC., ANCHOR PACKING COMPANY, AQUA-CHEM, INC., BAXTER HEALTHCARE CORPORATION
Individually and as successor in interest to AMERICAN HOSPITAL SUPPLY CORP. and AMERICAN SCIENTIFIC PRODUCTS,
BAXTER INTERNATIONAL INC., Individually and as successor in interest to AMERICAN HOSPITAL SUPPLY CORP., and
AMERICAN SCIENTIFIC PRODUCTS, BECKMAN COULTER, INC., CBS CORPORATION, a Delaware Corporation, f/k/a
VIACOM INC. successor by merger to CBS CORPORATION, a Pennsylvania Corporation, f/k/a WESTINGHOUSE ELECTRIC
CORPORATION, CERTAIN TEED CORPORATION, CORNING GLASS, k/n/a CORNING INCORPORATED, E.I. DUPONT DE
NEMOURS and COMPANY, EMPIRE-ACE INSULATION MFG. CORP., FISHER SCIENTIFIC INTERNATIONAL INC.,
GARLOCK SEALING TECHNOLOGIES LLC, f/k/s GARLOCK INC., INGERSOLL-RAND COMPANY, J.H. FRANCE
REFRACTORIES COMPANY, KEWAUNEE SCIENTIFIC CORPORATION, LENNOX INDUSTRIES, INC., MANORCARE
HEALTH SERVICES, INC., d/b/a MANOR CARE, INC., Individually and as successor to PRECISION-COSMET COMPANY,
INC., CENTRAL SCIENTIFIC COMPANY, a division of CENCO INCORPORATED, CENTRAL SCIENTIFIC COMPANY, a
division of CENCO INSTRUMENTS CORPORATION, PREMIER REFRACTORIES, INC., f/k/a ADIENCE, INC., f/k/a BMI,
RAPID-AMERICAN CORPORATION, RHEEM MANUFACTURING COMPANY, INC., Individually and as successor to RHEEM
MANUFACTURING COMPANY, as Successor by merger to CIVESTCO, INC., UNIVAR USA INC., Individually and as successor to
VAN WATERS & ROGERS INC., BRAUN CHEMICAL COMPANY and WILL SCIENTIFIC, INC., VWR INTERNATIONAL,
INC.,

                                          Defendants.

---

                                  **NOTICE OF BANKRUPTCY**

                    **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
                    Attorneys for Defendants, CORNING GLASS, k/n/a CORNING INCORPORATED
                              Office and Post Office Address, Telephone
                                    530 Saw Mill River Road
                                    Elmsford, New York 10523
                                        (914) 345-3701

---

To                                                    Signature (Rule 130-1.1-a)
                                                      _____

                                                      Print name beneath
Attorney(s) for

---

Service of a copy of the within                       is hereby admitted.

Dated,
                                                      Attorney(s) for

---

Please take notice
☐ NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the  within named court on
☐ NOTICE OF SETTLEMENT
that an order                                of which the within is a true copy will be presented for
settlement to the HON.                                            one of the judges
of the within named court, at
on                                  at                    M
Dated,

                                  Yours, etc.

                    **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
                         Office and Post Office Address
                              530 Saw Mill River Road
                              Elmsford, New York 10523