SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| CHRISTIAN F. HOLINKA, | : Index No. 06-114120 |
| | : |
| Plaintiff, | : |
| | : |
| -against- | : |
| | : **STIPULATION FOR EXTENSION** |
| | : **OF TIME TO ANSWER OR** |
| A.W. CHESTERTON COMPANY, et. al., | : **OTHERWISE PLEAD TO THE** |
| | : **COMPLAINT** |
| Defendants. | : |
| | : |
| | : |

-----------------------------------------------------------

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for plaintiff Christian F. Holinka and counsel for defendants VWR International, Inc. ("VWR") and

Univar USA Inc. ("Univar") that the time within which VWR and Univar may respond to the

Complaint is hereby extended for a period of 30 days, up to and including December 13, 2006.

IT IS FURTHER STIPULATED AND AGREED that facsimile signatures shall be deemed

acceptable.

Dated: November 2, 2006

WEITZ & LUXEMBERG
Attorneys for Plaintiff
Christian F. Holinka
180 Maiden Lane
New York, New York 10038-4925
(212) 558-5500

Benjamin Darche

DRINKER BIDDLE & REATH LLP
Attorneys for Defendants
VWR International Inc. and Univar USA Inc.
140 Broadway, 39th floor
New York, New York 10005
(212) 248-3140

Thuy T. Bui

FILED
NOV 20 2006
COUNTY NEW YORK
CLERK'S OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------

CHRISTIAN F. HOLINKA,                          Index No. 06-114120

                    Plaintiff,

        -against-

A.W. CHESTERTON COMPANY, et. al.,

                    Defendants.

------------------------------------------------

**FILED**
NOV 20 2006
NEW YORK
COUNTY CLERK'S OFFICE

---

**STIPULATION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD TO THE COMPLAINT**

---

**DRINKER BIDDLE & REATH LLP**
**Attorneys at Law**
**Attorneys for Defendants**
**VWR International Inc. and Univar USA, Inc.**
**140 Broadway, 39th Floor**
**New York, New York 10005**
**(212) 248-3140**