WHITEMAN OSTERMAN & HANNA LLP
ATTORNEYS AT LAW
ONE COMMERCE PLAZA
ALBANY, NEW YORK 12260

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X

CHRISTIAN F HOLINKA

                Plaintiff(s),

            -against-

A. W. CHESTERTON COMPANY,
AMCHEM PRODUCTS, INC.,
   n/k/a RHONE POULENC AG COMPANY,
   n/k/a BAYER CROPSCIENCE INC.,
ANCHOR PACKING COMPANY,
AQUA-CHEM, INC.,
BAXTER HEATLHCARE CORPORATION,
    Individually and as successor in interest
      AMERICAN HOSPITAL SUPPLY CORP.
and AMERICAN SCIENTIFIC PRODUCTS,
BAXTER INTERNATIONAL INC.,
    Individually and as successor in interest to
      AMERICAN HOSPITAL SUPPLY CORP.,
      and AMERICAN SCIENTIFIC PRODUCTS,
BECKMAN COULTER, INC.,
CBS CORPORATION, a Delaware Corporation,
    f/k/a VIACOM INC. successor by merger to CBS
    CORPORATION, a Pennsylvania Corporation,
    f/k/a WESTINGHOUSE ELECTRIC CORPORATION,
CERTAIN TEED CORPORATION,
CORNING GLASS,
    f/n/a CORNING INCORPORATED,
E.I. DUPONT DE NEMOURS and COMPANY,
EMPIRE-ACE INSULATION MFT. CORP.,
FISHER SCIENTIFIC INTERNATIONAL INC.,
GARLOCK SEALING TECHNOLOGIES LLC,
    f/k/a GARLOCK, INC.,
INGERSOLL-RAND COMPANY,
J.H. FRANCE REFRACTORIES COMPANY,
KEWAUNEE SCIENTIFIC CORPORATION,
LENNOX INDUSTRIES, INC.
MANORCARE HEALTH SERVICES, INC.,
    d/b/a MANOR CARE, INC.,
    Individually and as successor to

AFFIDAVIT OF SERVICE
Index No: 114120-06



FILED
NOV 30 2006
NEW YORK
COUNTY CLERK'S OFFICE

```
PRECISION-COSMET COMPANY, INC.,
CENTRAL SCIENTIFIC COMPANY,
    a division of CENCO INCORPORATED;
CENTRAL SCIENTIFIC COMPANY,
    a division of CENCO INSTRUMENTS
CORPORATION,
PREMIER REFRACTORIES, INC.,
    f/k/a ADIENCE, INC.,
    f/k/a BMI,
RAPID-AMERICAN CORPORATION,
RHEEM MANUFACTURING COMPANY, INC.,
    Individually and as successor to
    RHEEM MANUFACTURING COMPANY,
    as successor by merger to CIVESTCO, INC.
UNIVAR USA INC.,
    Individually and as successor to VAN WATERS
    & ROGERS INC., BRAUN CHEMICAL COMPANY
    and WILL SCIENTIFIC, INC.,
VWR INTERNATIONAL, INC.,

                            Defendants.
------------------------------------------------------------------X
```

STATE OF NEW YORK  )
                   : ss.:
COUNTY OF ALBANY   )

STACY E. LENIHAN being duly sworn, deposes and says:

1. I am over eighteen years of age and am not a party to the above entitled action.

2. I certify that on November 15, 2006, I served Defendant Kewaunee Scientific Corporation's Verified Answer upon the following:

                Benjamin Darche, Esq.
                Weitz & Luxenberg, P.C.
                180 Maiden Lane
                New York, New York  10038

that being the address(es) designated by said attorney(s) for that purpose by depositing true copies thereof, enclosed in postpaid, properly addressed wrapper(s) in an official depository of the United States Postal Service located at One Commerce Plaza, Albany, New York 12260.

_____
STACY E. LENIHAN

Sworn to before me this
15th day of November, 2006

_____
Notary Public

KAREN S. STODDARD
NOTARY PUBLIC, STATE OF NEW YORK
NO. 6042146
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES 5/15/20 10

W:\11300's\11349\Plead\AOS Answer.doc

3