REQUEST FOR JUDICIAL INTERVENTION

USC-840 (REV 1/2000)

ASB-PI

P# 119-OK

SUPREME COURT, New York COUNTY INDEX NO. DATE PURCHASED: 114120/06

For Clerk Only

DEC 12 2006

IAS entry date

PLAINTIFF:
Christian F. Holinka

019190

1-4087901

Judge Assigned

DEFENDANTS:
A.W. Chesterton Company; Amchem Products, Inc.; Anchor Packaging Company; Aqua-Chem, Inc.; Baxter Healthcare Corporation; Baxter International Inc., Beckman Coulter, Inc.; CBS Corporation; Certain Teed Corporation; Corning Glass; E.I. Dupont De Nemours and Company; Empire-Ace Insulation Mfg. Corp.; Fisher Scientific International Inc.; Garlock Sealing Technologies LLC; Ingersoll-Rand Company; J.H. France Refractories Company; Kewaunee Scientific Corporation; Lennox Industries, Inc., Manorcare Health Services, Inc.; Premier Refractories, Inc.; Rapid-American Corporation; Rheem Manufacturing Company, Inc.; Univar USA Inc.; VWR International, Inc.

Date issue joined: 12/4/2006    Bill of particulars served (Y/N): [ ] Yes [X] No

INDEX NUMBER 114120 YEAR 2006
6 RJI FEE          95.00
15 MOTIONS        45.00
TOTAL            140.00
CREDIT CARD      140.00

CONC CASHIER   DATE    TIME   TERM
25932 3000  06 DEC 05 11:23 AM 60-1

NATURE OF JUDICIAL INTERVENTION (check ONE box only AND enter information)

[ ] Request for preliminary conference
[ ] Note of issue and/or certificate of readiness
[X] Notice of Motion (return date: January 4, 2007
[ ] Other ex parte application (specify:

[ ] Notice of petition (return date: Relief sought:
[ ] Notice of medical or dental malpractice action (specify:
[ ] Statement of net worth
[ ] Writ of habeas corpus
[ ] Other (specify:            )

NATURE OF ACTION OR PROCEEDING (Check ONE box only)

MATRIMONIAL
[ ] Contested                    -CM
[ ] Uncontested                  -UM

COMMERCIAL
[ ] Contract                     -CONT
[ ] Corporate                    -CORP
[ ] Insurance (where insurer is a Party, except arbitration)  -INS
[ ] UCC (including sales, negotiable instruments)             -UCC
[ ] *Other Commercial            -OC

REAL PROPERTY
[ ] Tax Certiorari               -TAX
[ ] Foreclosure                  -FOR
[ ] Condemnation                 -COND
[ ] Landlord/Tenant              -LT
[ ] *Other Real Property         -ORP

OTHER MATTERS
[ ] *                            -OTH

TORTS
Malpractice
[ ] Medical/Podiatric            -MM
[ ] Dental                       -DM
[ ] *Other Professional          -OPM

[ ] Motor Vehicle                -MV
[ ] *Products Liability          -PL

[ ] Environmental                -EN
[X] Asbestos                     -ASB
[ ] Breast Implant               -BI
[ ] *Other Negligence            -OTN
    Wrongful Death

[ ] *Other Tort (including Intentional)  -OT

SPECIAL PROCEEDINGS
[ ] Art. 75 (Arbitration)        -ART75
[ ] Art. 77 (Trusts)             -ART77
[ ] Art. 78                      -ART78
[ ] Election Law                 -ELEC
[ ] Guardianship (MHL Art. 81)   -GUARD81
[ ] *Other Mental Hygiene        -MHYG
[ ] Temporary Restraints and Attachments  -OSP

45 DAY RULE DATE*

Check "YES" or "NO" for each of the following questions:

Is this action/proceeding against a

| YES | NO  |                              | YES | NO  |                   |
|-----|-----|------------------------------|-----|-----|-------------------|
| [ ] | [X] | Municipality: (Specify ____) | [ ] | [X] | Public Authority: (Specify ____) |

| YES | NO  |                                                              |
|-----|-----|--------------------------------------------------------------|
| [ ] | [X] | Does this action/proceeding seek equitable relief?           |
| [X] | [ ] | Does this action/proceeding seek recovery for personal injury? |
| [ ] | [X] | Does this action/proceeding seek recovery for property damage? |

**Pre-Note Time Frames:**
(This applies to all cases except contested matrimonials and tax certiorari cases)

Estimated time period for case to be ready for trial (from filing of RJI to filing of Note of Issue):

[ ] Expedited: 0-8 months        [ ] Standard: 9-12 months        [X] Complex: 13-15 months

**Contested Matrimonial Cases Only:** (Check and give date)

Has summons been served?            [ ] No   [ ] Yes,   Date _____

Was a Notice of No Necessity filed? [ ] No   [ ] Yes,   Date _____

ATTORNEY(S) FOR: Plaintiff Christian F. Holinka

| Self Rep.* | Name | Address | Phone # |
|---|---|---|---|
|  | Benjamin Darche, Esq. Weitz & Luxenberg, P.C. | 180 Maiden Lane New York, NY 10038 | (212) 558-5500 |
|  |  |  |  |

ATTORNEY(S) FOR: Defendants Baxter Healthcare Corporation and Baxter International Inc.

| Self Rep.* | Name | Address | Phone # |
|---|---|---|---|
| ☐ | Daniel B. Carroll, Esq. DRINKER BIDDLE & REATH LLP | 140 Broadway, 39th Floor New York, New York 10005-1116 | (212) 248-3140 |
| ☐ |  |  |  |

*Self Represented: parties representing themselves, without an attorney, should check the "Self Rep." Box and enter their name, address, and phone # in the space provided above for attorneys.

INSURANCE CARRIERS:
N/A

RELATED CASES: (IF NONE, write "NONE" below)

**NONE**
Title            Index #            Court            Nature of Relationship

I AFFIRM UNDER PENALTY OF PERJURY THAT, TO MY KNOWLEDGE, OTHER THAN AS NOTED ABOVE, THERE ARE AND HAVE BEEN NO RELATED ACTIONS OR PROCEEDINGS, NOR HAS A REQUEST FOR JUDICIAL INTERVENTION PREVIOUSLY BEEN FILED IN THIS ACTION OR PROCEEDING.

_____
(SIGNATURE)

Daniel B. Carroll
(PRINT OR TYPE NAME)

ANTHONY W. GRANT
ATTORNEY FOR

ATTACH RIDER SHEET IF NECESSARY TO PROVIDE REQUIRED INFORMATION

SFNJ1 1149418v1