SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------ X
CHRISTIAN F. HOLINKA, : Index No. 06114120
:
: Date Filed:
Plaintiff, :
: **NOTICE OF APPEARANCE**
-against- :
:
A.W. CHESTERTON COMPANY, ET AL. :
:
Defendants. :
:
------------------------------------------------------------ X

PLEASE TAKE NOTICE that the undersigned counsel hereby appears for defendants VWR International, Inc. and Univar USA Inc. in this matter. Please serve all pleadings, notices, and other communications upon the undersigned.

DRINKER BIDDLE & REATH LLP

By: /s/ Thuy T. Bui
Thuy T. Bui
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140
Attorneys for Defendants
VWR International, Inc. and
Univar USA Inc.

Dated: December 13, 2006

FILED DEC 13 2006 NEW YORK COUNTY CLERKS OFFICE

SFNY1 107239v1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------- X
CHRISTIAN F. HOLINKA,  :  Index No. 06114120
 :
                    Plaintiff,  :  **AFFIDAVIT OF SERVICE**
 :
     -against-  :
 :
A.W. CHESTERTON COMPANY, ET AL.  :
 :
                Defendants.  :
 :
------------------------------------------------------------- X

    FRANK JOHN affirms under penalty of perjury:

1.    I am over 18 years of age and is not a party to this action.

2.    On the 13th day of December, 2006 I served a true copy of the foregoing Notice of Appearance by first class mail to the following:

                WEITZ & LUXEMBERG
                Attorneys for Plaintiff
                Benjamin Darche
                180 Maiden Lane
                New York, New York 10038-4925
                (212) 558-5500

by depositing a copy in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the U.S. Post Office within the State of New York.

                                                                       _/s/ Frank John_
                                                                       FRANK JOHN

Sworn and subscribed to
before me this 13th day of
December 2006

_____
NOTARY PUBLIC
GERTRUDE SOFMAN
Notary Public, State of New York
No. 01SO6092095
Qualified in New York County
Commission Expires May 12, 2007

SFNY1 107239v1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------- X
: Index No. 06114120
CHRISTIAN F. HOLINKA,
:
                  Plaintiff,
:
-against-
:
A.W. CHESTERTON COMPANY, ET AL.
:
                  Defendants.
:
------------------------------------------------------------------- X

## NOTICE OF APPEARANCE

DRINKER BIDDLE & REATH LLP
Attorneys at Law
Attorneys for Defendants
VWR International, Inc. and
Univar USA Inc.
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140