SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------ X
CHRISTIAN F. HOLINKA,

          Plaintiff,

-against-

A.W. CHESTERTON COMPANY, ET AL.

          Defendants.
------------------------------------------------------------ X

Index No. 06114120

Date Filed:

**VERIFIED ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT, AFFIRMATIVE DEFENSES, ANSWER TO CROSSCLAIMS AND CROSSCLAIMS OF VWR INTERNATIONAL, INC.**

    Defendant, VWR International, Inc. ("VWR"), by its attorneys, Drinker Biddle & Reath LLP, hereby Answers Christian F. Holinka's ("Plaintiff") Verified Complaint, and says:

    1. VWR denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1 through 23 of Plaintiff's Verified Complaint, as they are not directed to VWR and relate to other defendants, and therefore denies those allegations. To the extent that such allegations are directed to VWR, VWR denies each and every allegation contained in paragraphs 1 through 23 of Plaintiff's Verified Complaint.

    2. VWR denies the allegations in paragraph 24 of Plaintiff's Verified Complaint.

    3. VWR denies the allegations in paragraph 25 of Plaintiff's Verified Complaint. By way of further answer, VWR admits that it is a corporation organized under the laws of the State of Delaware and that it does business in the State of New York. VWR denies the remaining allegations set forth in paragraph 25 of Plaintiff's Verified Complaint.

    4. VWR hereby answers the remaining allegations incorporated by reference in Plaintiff's Verified Complaint, by reference to VWR's Standard Answer To Weitz & Luxenberg,

## AFFIRMATION

THUY T. BUI affirms under penalty of perjury:

1. That she is an attorney admitted to practice in the courts of the State of New York;

2. That she is an associate with the firm of Drinker Biddle & Reath LLP, attorneys for defendant VWR International, Inc. in this action;

3. That she has read the foregoing Verified Answer to Plaintiff's Verified Complaint of VWR International, Inc. and knows the contents thereof;

4. That she believes it to be true;

5. That the grounds for affirmant's belief are investigations and information received by affirmant in the course of her duties as the attorney for said defendant; and

6. That the reason why this verification is not made by the defendant is that said defendant is a foreign corporation.

Thuy T. Bui

New York, New York
December 13, 2006

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------ X
                                                             :   Index No. 06114120
CHRISTIAN F. HOLINKA,                                        :
                                                             :
                    Plaintiff,                               :   **AFFIDAVIT OF SERVICE**
                                                             :
        -against-                                            :
                                                             :
A.W. CHESTERTON COMPANY, ET AL.                              :
                                                             :
                    Defendants.                              :
                                                             :
------------------------------------------------------------ X

FRANK JOHN affirms under penalty of perjury:

1. I am over 18 years of age and is not a party to this action.

2. On the 13th day of December, 2006 I served a true copy of the foregoing Verified Answer to Plaintiff's Verified Complaint of VWR International, Inc. by first class mail to the following:

> WEITZ & LUXEMBERG
> Attorneys for Plaintiff
> Benjamin Darche
> 180 Maiden Lane
> New York, New York  10038-4925
> (212) 558-5500

by depositing a copy in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the U.S. Post Office within the State of New York.

_____
FRANK JOHN

Sworn and subscribed to
before me this 13th day of
December 2006

_____
NOTARY PUBLIC
GERTRUDE SOFMAN
Notary Public, State of New York
No. 01SO6092095
Qualified in New York County
Commission Expires May 12, 2007

SFNY1 107232v1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------ X
CHRISTIAN F. HOLINKA,

                Plaintiff,

-against-

A.W. CHESTERTON COMPANY, ET AL.

                Defendants.
------------------------------------------------------------ X

Index No. 06114120

FILED
DEC 13 2006
NEW YORK
COUNTY CLERK'S OFFICE

**VERIFIED ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT, AFFIRMATIVE DEFENSES, ANSWER TO CROSSCLAIMS AND CROSSCLAIMS OF VWR INTERNATIONAL, INC.**

**DRINKER BIDDLE & REATH LLP**
Attorneys at Law
Attorneys for Defendant
VWR International, Inc.
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140