SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------ X
:  Index No. 06114120
CHRISTIAN F. HOLINKA,  :
:  Date Filed:
        Plaintiff,  :
:  **VERIFIED ANSWER TO**
-against-  :  **PLAINTIFF'S VERIFIED**
:  **COMPLAINT, AFFIRMATIVE**
A.W. CHESTERTON COMPANY, ET AL.  :  **DEFENSES, ANSWER TO**
:  **CROSSCLAIMS AND**
        Defendants.  :  **CROSSCLAIMS OF UNIVAR USA**
:  **INC.**
------------------------------------------------------------ X

    Defendant, Univar USA Inc. ("Univar"), by its attorneys, Drinker Biddle & Reath LLP, hereby Answers Christian F. Holinka's ("Plaintiff") Verified Complaint, and says:

    1.    Univar denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 1 through 21 of Plaintiff's Verified Complaint, as they are not directed to Univar and relate to other defendants, and therefore denies those allegations. To the extent that such allegations are directed to Univar, Univar denies each and every allegation contained in paragraphs 1 through 23 of Plaintiff's Verified Complaint.

    2.    Univar denies the allegations in paragraph 22 of Plaintiff's Verified Complaint.

    3.    Univar denies the allegations in paragraph 23 of Plaintiff's Verified Complaint. By way of further answer, Univar admits that it is a corporation organized under the laws of the State of Washington and that it does business in the State of New York. Univar denies the remaining allegations set forth in paragraph 23 of Plaintiff's Verified Complaint.

    4.    Univar denies any knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraphs 24 and 25 of Plaintiff's Verified Complaint, as they are not directed to Univar and relate to other defendants, and therefore denies those allegations. To the

extent that such allegations are directed to Univar, Univar denies each and every allegation contained in paragraphs 24 and 25 of Plaintiff's Verified Complaint.

5. Univar hereby answers the remaining allegations incorporated by reference in Plaintiff's Verified Complaint, by reference to Univar's Standard Answer To Weitz & Luxenberg, P.C. Standard Asbestos Complaint For Personal Injury No. 7, and raises each and every affirmative defense, answer to crossclaim and crossclaim contained therein.

WHEREFORE, Univar demands judgment in its favor dismissing the Verified Complaint and awarding it attorneys' fees and costs of suit and such other relief which this Court may deem proper and just.

DRINKER BIDDLE & REATH LLP

_____
Thuy T. Bui
Drinker Biddle & Reath LLP
140 Broadway – 39th Floor
New York, New York 10005
(212) 248-3140

Attorneys for Defendant
Univar USA Inc.

Dated: December 13, 2006

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------- X
: Index No. 06114120
CHRISTIAN F. HOLINKA, :
:
Plaintiff, : **AFFIDAVIT OF SERVICE**
:
-against- :
:
A.W. CHESTERTON COMPANY, ET AL. :
:
Defendants. :
:
-------------------------------------------------------------- X

FRANK JOHN affirms under penalty of perjury:

1. I am over 18 years of age and is not a party to this action.

2. On the 13th day of December, 2006 I served a true copy of the foregoing Verified Answer to Plaintiff's Verified Complaint of Univar USA Inc. by first class mail to the following:

> WEITZ & LUXEMBERG
> Attorneys for Plaintiff
> Benjamin Darche
> 180 Maiden Lane
> New York, New York 10038-4925
> (212) 558-5500

by depositing a copy in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the U.S. Post Office within the State of New York.

_____
FRANK JOHN

Sworn and subscribed to
before me this 13th day of
December 2006

_____
NOTARY PUBLIC
GERTRUDE SOFMAN
Notary Public, State of New York
No. 01SO6092095
Qualified in New York County
Commission Expires May 12, 2007

SFNY1 107233v1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------- X
CHRISTIAN F. HOLINKA,

               Plaintiff,

    -against-

A.W. CHESTERTON COMPANY, ET AL.

               Defendants.
------------------------------------------------------------- X

Index No. 06114120

---

**VERIFIED ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT, AFFIRMATIVE DEFENSES, ANSWER TO CROSSCLAIMS AND CROSSCLAIMS OF UNIVAR USA INC.**

---

FILED
DEC 13 2006
NEW YORK
COUNTY CLERK

**DRINKER BIDDLE & REATH LLP**
Attorneys at Law
Attorneys for Defendant
Univar USA Inc.
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140