SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

*3-15-07*
*Sub M 130*

---------------------------------------------------------------X

IN RE NEW YORK COUNTY
ASBESTOS LITIGATION

NYCAL
I.A.S. Part 39
(Freedman, J.)

---------------------------------------------------------------X

This document Relates to:
CHRISTIAN F. HOLINKA

Index No. 114120-06

*0030*

Plaintiff,

**NOTICE OF NO OPPOSITION**
**SUMMARY JUDGMENT**
**MOTION**

*002574*

-against-

A.W. CHESTERTON COMPANY, et al.,

Defendants.

*FILED*
*APR 13 2007*
*COUNTY NEW YORK CLERKS OFFICE*

---------------------------------------------------------------

PLEASE TAKE NOTICE that upon the attached No Opposition Summary

Judgment Motion and Order, Baxter International Inc. ("BII") will move this Court, at the

IAS Motion Part, Room 130 of the New York County Courthouse, 60 Centre Street, New

York, New York on March 15, 2007, at 9:30 a.m., or as soon thereafter as counsel can be

heard, for an order dismissing the Verified Complaint with prejudice as to BII.

PLEASE TAKE FURTHER NOTICE that pursuant to Section XVI of the New

York City Asbestos Litigation Amended Case Management Order, dated February 19,

2003, opposition papers, if any, must be served upon the undersigned within 30 days from

the date of personal service.



SUPREME COURT
STATE OF NEW YORK
APPROVED
I.A.S. MOTION
SUPPORT OFFICE
☒ MOT   ☐ X-MOT
CLERK'S
INITIALS

Dated: New York, New York
   January 29, 2007

          DRINKER BIDDLE & REATH LLP

       By:_____

        Daniel B. Carroll
        140 Broadway, 39th Floor
        New York, New York 10005
        (212) 248-3140

          -and-

        Brenda N. Buonaiuto
        50 Fremont Street, 20th Floor
        San Francisco, California 94105-2235
        (415) 591-7675

        Attorneys for Defendant
        Baxter International Inc.

To: SEE ATTACHED COUNSEL LIST

**Holinka v. A.W. Chesterton Company, et al.**
**Index No. 114120/06**

SERVICE LIST:

Benjamin Darche, Esq.
Weitz & Luxenberg
180 Maiden Lane
New York, New York 10038-4925
*(counsel for plaintiff)*

Julie Evans, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
150 East 42nd Street
New York, New York 10017-5639
*(counsel for A.W. Chesterton Co.)*

Judith Yavitz, Esq.
Anderson, Kill, Olick & Oshinsky
1251 Avenue of the Americas
New York, New York 10020-1000
*(counsel for Amchem Products, Inc. and Certain Teed Corporation)*

Theodore Eder, Esq.
Segal McCambridge Singer & Mahoney
830 Third Avenue, Suite 400
New York, New York 10022
*(counsel for Anchor Packing Co., Inc. and Garlock Sealing Technologies LLC)*

Cori L. Leavitt, Esq.
Malaby, Carlisle & Bradley LLC
150 Broadway
New York, New York 10038
*(counsel for Aqua-Chem, Inc., CBS Corporation, J.H. France Refractories Co. and Premier Refractories, Inc.)*

Lawrence McGivney, Esq.
McGivney & Kluger, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*(counsel for Beckman Coulter, Inc.)*

Joseph Colao, Esq.
Leader & Berkon LLP
630 3rd Avenue, 17th Floor
New York, New York 10017
*(counsel for E.I. DuPont de Nemours and Company)*

Marc S. Gaffrey, Esq.
Hoagland, Longo, Moran, Dunst & Doukas
40 Patterson Street
P.O. Box 480
New Brunswick, New Jersey 08903
*(counsel for Fisher Scientific International Inc.)*

Lisa M. Pascarella, Esq.
Pehlivanian, Braaten & Pascarella, LLC
2430 Route 34
Manasquan, New Jersey 08736
*(counsel for Ingersoll-Rand Co.)*

Jennifer Darger, Esq.
Darger & Errante LLP
116 East 27th Street, 12th Floor
New York, New York 10016
*(counsel for Lennox Industries, Inc.)*

Linda Yassky, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, New York 10020
*(counsel for Rapid American Corporation)*

Ian Grodman, Esq.
Law Offices of Ian R. Grodman, P.C.
515 Valley Street, Suite 170
Maplewood, New Jersey 07040
*(counsel for Rheem Manufacturing Company, Inc.)*

Jonathan E. Polonsky, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, New York 10022
*(counsel for Univar USA, Inc.)*

David F. Abernathy, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
*(counsel for VWR International, Inc.)*

Honorable Helen E. Freedman
New York County Supreme Court
60 Centre Street
New York, NY 10007
Phone:       646-386-3208
Fax:          Does not accept faxes
Law Clerk: David S. Cohen

- 3 -

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X
IN RE NEW YORK COUNTY
ASBESTOS LITIGATION
------------------------------------------------------------X
This document Relates to:
CHRISTIAN F. HOLINKA

        Plaintiff,

        -against-

A.W. CHESTERTON COMPANY, et al.,

        Defendants.
------------------------------------------------------------X

NYCAL
I.A.S. Part 39
(Freedman, J.)

Index No. 114120-06

**AFFIDAVIT OF SERVICE**


STATE OF NEW JERSEY  )
                  ) ss:
COUNTY OF MORRIS    )


      Timothy J. Fraser, being duly sworn, deposes and says:

      I am over the age of eighteen and I am not a party to this action. I caused a true and

correct copy of the Notice of No Opposition Summary Judgment Motion to be served on January

30, 2007, via Federal Express upon the following:

                  Benjamin Darche, Esq.
                  Weitz & Luxenberg
                  180 Maiden Lane
                  New York, New York 10038-4925
                  *(counsel for plaintiff)*

      I caused a true and correct copy of the Notice of No Opposition Summary Judgment

Motion to be served on January 30, 2007, via first class mail with adequate postage affixed

thereto upon the following:

                  Julie Evans, Esq.
                  Wilson, Elser, Moskowitz, Edelman & Dicker
                  150 East 42nd Street
                  New York, New York 10017-5639
                  *(counsel for A.W. Chesterton Co.)*

Judith Yavitz, Esq.
Anderson, Kill, Olick & Oshinsky
1251 Avenue of the Americas
New York, New York 10020-1000
*(counsel for Amchem Products, Inc. and Certain Teed Corporation)*

Theodore Eder, Esq.
Segal McCambridge Singer & Mahoney
830 Third Avenue, Suite 400
New York, New York 10022
*(counsel for Anchor Packing Co., Inc. and Garlock Sealing Technologie.
LLC)*

Cori L. Leavitt, Esq.
Malaby, Carlisle & Bradley LLC
150 Broadway
New York,  New York 10038
*(counsel for Aqua-Chem, Inc., CBS Corporation, Premier Refractories,
Inc. and J.H. France Refractories Co.)*

Lawrence McGivney, Esq.
McGivney & Kluger, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*(counsel for Beckman Coulter, Inc.)*

Joseph Colao, Esq.
Leader & Berkon LLP
630 3rd Avenue, 17th Floor
New York, New York 10017
*(counsel for E.I. DuPont de Nemours and Company)*

Marc S. Gaffrey, Esq.
Hoagland, Longo, Moran, Dunst & Doukas
40 Patterson Street
P.O. Box 480
New Brunswick, New Jersey 08903
*(counsel for Fisher Scientific International Inc.)*

Lisa M. Pascarella, Esq.
Pehlivanian, Braaten & Pascarella, LLC
2430 Route 34
Manasquan, New Jersey 08736
*(counsel for Ingersoll-Rand Co.)*

Jennifer Darger, Esq.
Darger & Errante LLP
116 East 27th Street, 12th Floor
New York, New York 10016
*(counsel for Lennox Industries, Inc.)*

Linda Yassky, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, New York 10020
*(counsel for Rapid American Corporation)*

Ian Grodman, Esq.
Law Offices of Ian R. Grodman, P.C.
515 Valley Street, Suite 170
Maplewood, New Jersey 07040
*(counsel for Rheem Manufacturing Company, Inc.)*

Jonathan E. Polonsky, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, New York 10022
*(counsel for Univar USA, Inc.)*

David F. Abernathy, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
*(counsel for VWR International, Inc.)*

this being their last known address.

Timothy J. Fraser

Sworn to and subscribed before me on
This 29th day of January, 2007

Notary Public

**GLORIA DEANE**
**A Notary Public Of New Jersey**
**My Commission Expires December 15, 2007**

- 3 -

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------------------x

In Re: NEW YORK CITY
         ASBESTOS LITIGATION

-----------------------------------------------------------------------x

This Document Applies to:

CHRISTIAN F. HOLINKA,
                  Plaintiff(s)

    -against-

A.W. CHESTERTON COMPANY, et al.,
                  Defendants.

-----------------------------------------------------------------------x

NYCAL

Index No. 114120-06

**NO OPPOSITION
SUMMARY JUDGMENT
<u>MOTION AND ORDER</u>**

WHEREFORE, defendant Baxter International, Inc. hereby requests summary judgment in the above entitled case, pursuant to Civil Practice Law and Rules § 3212, dismissing plaintiffs' complaint against defendant Baxter International, Inc. with prejudice, and there being no opposition thereto,

ORDERED, that upon notice to all co-defendants, all claims and cross claims against defendant Baxter International, Inc. be and the same are hereby dismissed with prejudice and without costs.

Dated: New York, New York
January 26, 2007

_____
Benjamin Darche, Esq.
Attorney for Plaintiff
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, New York 10038
(212) 558-5500

_____
Daniel B. Carroll, Esq.
Attorney for Defendant
Drinker Biddle & Reath LLP
140 Broadway
New York, New York 10005
(212) 248-3140

SO ORDERED, _____
           Hon. Helen E. Freedman

SFNJ1 1157036v1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

NYCAL
I.A.S. Part 39

Index No. 114120-06

**FILED**
APR 13 2007
NEW YORK
COUNTY CLERK'S OFFICE

---

IN RE NEW YORK COUNTY
ASBESTOS LITIGATION
-----------------------------------------------------------

CHRISTIAN F. HOLINKA,

Plaintiff,

-against-

A.W. CHESTERTON COMPANY, et al.,

Defendants.

---

### NO OPPOSITION SUMMARY JUDGMENT MOTION
### AND ORDER

---

DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
(212) 248-3140

Attorneys for Defendant, Baxter International Inc.

NYS SUPREME COURT
RECEIVED
JAN 3 0 2007
IAS MOTION
SUPPORT OFFICE