SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

**CHRISTIAN F. HOLINKA**

                Plaintiff,

-against-

**A.O. SMITH WATER PRODUCTS**, et al. including
**RHEEM MANUFACTURING COMPANY,**

                Defendants.

---

NYCAL

Index No.: 114120-06

**ANSWER TO VERIFIED COMPLAINT**

Defendant, **RHEEM MANUFACTURING COMPANY** i/p/a **RHEEM MANUFACTURING CORP.**, through its attorneys **LAW OFFICES OF IAN R. GRODMAN, P.C.**, in answer to plaintiff's Verified Complaint sets forth as follows:

## THE PARTIES

1. This answering defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 1 of the Complaint.

2. This answering defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 2 through 19 of the Complaint.

3. This answering defendant denies the allegations contained in paragraphs 20 and 21 of the Complaint.

4. This answering defendant denies knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 22, 23, 24 and 25 of the Complaint.

Dated:  New York, New York
        January 31, 2007

Yours, etc.
LAW OFFICES OF IAN R. GRODMAN, P.C.
Attorneys for Defendant
**RHEEM MANUFACTURING COMPANY**
i/p/a RHEEM MANUFACTURING CORP.

By: _____
    IAN R. GRODMAN
    116 John, 17th Floor
    New York, NY 10038
    (212) 221-6556
    **Our File No.: 0345-RNY**