SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

**CHRISTIAN F. HOLINKA**

Plaintiffs,

-against-

**A.W. CHESTERON COMPANY**, et al
including **RHEEM MANUFACTURING COMPANY**,

Defendants.

---

NYCAL

Index No.: 114120-06

**ACKNOWLEDGEMENT OF SERVICE**

Defendant, **RHEEM MANUFACTURING COMPANY**, by its attorneys, **LAW OFFICES OF IAN R. GRODMAN, P.C.**, hereby acknowledges receipt of a copy of Plaintiff's verified complaint in the above-captioned action.

1. Pursuant to the NYCAL Standard Answer, defendant, **RHEEM MANUFACTURING COMPANY** hereby answers the complaint in this action by reference to their Standard Answer, which was filed on **October 2, 2004**, to Weitz and Luxenberg's Amended Standard Asbestos Verified Complaint for Personal Injury No. 7, and assert each of the affirmative defenses and interpose each of the cross claims contained therein.

Dated: New York, New York
       February 05, 2007

Yours, etc.
LAW OFFICES OF IAN R. GRODMAN, P.C.
Attorney for Defendant
**RHEEM MANUFACTURING COMPANY**

By: _____
**IAN R. GRODMAN, ESQ.**
116 John Street, 17th Floor
New York, New York 10038
(212) 221-6556
**Our File No.: 0403-RNY**

## AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY  )
                     ) ss.
COUNTY OF ESSEX      )

David Amankwah-Addo, being duly sworn deposes and says:

I am not a party to this action, I am over 18 years of age and I reside in Irvington, New Jersey.

On February 05, 2007, I served the within **ACKNOWLEDGMENT OF SERVICE** upon the attorney listed below at the address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New Jersey.

TO:   WEITZ & LUXENBERG, P.C.
      180 Maiden Lane
      New York, NY 10038

CHRISTIAN F. HOLINKA  -   Rheem Manufacturing Company            0403-RNY
                          Acknowledgment of Service

_____
DAVID AMANKWAH-ADDO

Sworn to before me this
5th day of February, 2007

_____
Attorney at Law, State of New Jersey