SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------X

IN RE NEW YORK COUNTY :  NYCAL
  ASBESTOS LITIGATION :  I.A.S. Part 39
           :  (Freedman, J.)

003790

---------------------------------------------------------X

CHRISTIAN F. HOLINKA,  :  Index No. 06-114120

     Plaintiff,  :

  -against-  :  **NOTICE OF MOTION FOR
            PRO HAC VICE ADMISSION
            OF DAVID F. ABERNETHY
A.W. CHESTERTON COMPANY, et al., : AND BRYAN R. SGRIGNOLI**

   Defendants.  :

**FILED**

MAR 27 2007

COUNTY CLERK'S OFFICE
NEW YORK

---------------------------------------------------------X



PLEASE TAKE NOTICE that upon the annexed Affirmation of Thuy T. Bui affirmed on

February 13, 2007, the attached Affidavits of David F. Abernethy and Bryan R. Sgrignoli, sworn

to on January 10, 2007, and the exhibits thereto, and all prior pleadings and proceedings in this

manner, the undersigned counsel for defendants VWR International, Inc. and Univar USA Inc.,

will move this Court at the New York County Supreme Court Building, 60 Centre Street, Room

130, New York, New York on the 27th day of February, 2007 at half past nine o'clock in the

forenoon thereof for an Order admitting David F. Abernethy, Esq. and Bryan R. Sgrignoli, Esq.,

to appear and participate in the captioned matter pro hac vice, and for such other and further

relief as the Court deems just and proper.

  PLEASE TAKE FURTHER NOTICE that pursuant to CPLR § 2214(b), answering

papers, if any, shall be served upon the undersigned at least two days before the return date of

this motion.

## Christian F. Holinka Service List

| | |
|---|---|
| Benjamin Darche, Esq.<br>WEITZ & LUXENBERG, P.C.<br>180 Maiden Lane<br>New York, New York 10038-4925<br>**Attorneys for Plaintiffs** | Julie Evans, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>150 East 42nd Street<br>New York, NY 10017-5639<br>Phone # (212) 490-3000<br>Fax # (212) 490-3038<br>**Counsel For A.W. Chesterton Co.** |
| Judith Yavitz, Esq.<br>Anderson, Kill, Olick & Oshinsky<br>1251 Avenue of the Americas<br>New York, NY 10020-1000<br>Phone # (212) 278-1000<br>Fax # (212) 278-1733<br>**Counsel for Amchem Products, Inc., n/k/a Rhone Poulenc Ag Co., n/k/a Bayer Cropscience Inc., and Certain Teed Corporation** | Cori L. Leavitt, Esq.<br>William Bradley, Esq.<br>Joseph Carlisle, Esq.<br>Mary Ellen Connor, Esq.<br>Malaby, Carlisle & Bradley LLC<br>150 Broadway<br>New York, NY 10038<br>Phone # (212) 791-0285<br>Fax # (212) 791-0286<br>**Counsel for Aqua-Chem, Inc., CBS Corporation, a Delaware Corp., f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania Corp., f/k/a Westinghouse Electric Corp., Premier Refractories, Inc. f/k/a Adience/BMI and J.H. France Refractories Co.** |
| Theodore Eder, Esq.<br>Chris Gannon, Esq.<br>Segal McCambridge Singer & Mahoney<br>830 Third Avenue, Suite 400<br>New York, NY 10022<br>Phone # (212) 651-7500<br>Fax # (212) 651-7499<br>**Counsel for Anchor Packing Co., Inc., and Garlock Sealing Technologies LLC f/k/a Garlock, Inc.** | Lawrence McGivney, Esq.<br>Monakee Griffin, Esq.<br>McGivney & Kluger, P.C.<br>80 Broad Street, 23rd Floor<br>New York, NY 10004<br>Phone # (212) 509-3456<br>Fax # (212) 509-4420<br>**Counsel for Beckman Coulter, Inc.** |
| Carol M. Tempesta, Esq.<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>530 Saw Mill River Road<br>Elmsford, NY 10523<br>Phone #(914) 345-3701<br>Fax # (914) 345-3743<br>**Counsel for Corning Glass, k/n/a Corning Incorporated** | Joseph Colao, Esq.<br>Helen Chung, Esq.<br>Leader & Berkon LLP<br>630 3rd Avenue, 17th Floor<br>New York, NY 10017<br>Phone # (212) 486-2400<br>Fax # (212) 486-3099<br>**Counsel for E.I. Dupont De Nemours and Company** |

| | |
|---|---|
| Steve Kevelson, Esq.<br>One Cozine Avenue<br>Brooklyn, NY 11201<br>Phone # (718) 649-4900<br>Fax # (718) 649-4902<br>**Counsel for Empire Ace Insulation MFG. Corp.** | Marc S. Gaffrey, Esq.<br>Hoagland, Longo, Moran, Dunst & Doukas<br>40 Patterson Street<br>P.O. Box 480<br>New Brunswick, NJ 08903<br>Phone # (732) 545-4717<br>Fax # (732) 545-4579<br>**Counsel for Fisher Scientific International Inc.** |
| Lisa M. Pascarella, Esq.<br>Pehlivanian, Braaten & Pascarella, LLC<br>2430 Route 34<br>Manasquan, NJ 08736<br>Phone # (732) 528-8888<br>Fax # (732) 528-4445<br>**Counsel for Ingersoll-Rand Co.** | Andrew M. Johnson, Esq.<br>Whiteman Osterman & Hanna LLP<br>One Commerce Plaza<br>Albany, NY 11260<br>Phone # (518) 487-7600<br>Fax # (518) 487-7777<br>**Counsel for Kewaunee Scientific Corporation** |
| Jennifer Darger, Esq.<br>Vincent A. Errante, Jr., Esq.<br>Darger & Errante LLP<br>116 East 27th Street, 12th Floor<br>New York, NY 10016<br>Phone # (212) 452-5300/5303<br>Fax # (212) 452-5301<br>**Counsel for Lennox Industries, Inc.** | Linda Yassky, Esq.<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Phone # (212) 398-5297<br>Fax # (212) 768-6800<br>**Counsel for Rapid American Corporation** |
| Ian Grodman, Esq.<br>Law Offices of Ian R. Grodman, P.C.<br>515 Valley Street, Suite 170<br>Maplewood, NJ 07040<br>Phone # (973) 313-2424<br>Fax # (973) 313-9712<br>**Counsel for Rheem Manufacturing Company, Inc., Individually and as successor to Rheem Manufacturing Company, as successor by merger to Civestco, Inc.** | Jonathan E. Polonsky, Esq.<br>Thelen Reid & Priest LLP<br>875 Third Avenue<br>New York, NY 10022<br>Phone # (212) 603-2000<br>Fax # (212) 603-2001<br>**Counsel for Univar USA Inc., Individually and as successor to Van Waters & Rogers Inc., Braun Chemical Company and Will Scientific, Inc.** |
| John J. Zefutie, Jr., Esq.<br>Greg A. Dadika, Esq.<br>Reed Smith LLP<br>136 Main Street<br>Princeton Forrestal Village<br>Princeton, NJ 08540<br>Phone # (609) 987-0050<br>Fax # (609) 951-0824<br>**Counsel for Manorcare Health Services, Inc., d/b/a Manor Care, Inc., individually and as successor to Precision-Cosmet Company, Inc., Central Scientific Company, a division of Cenco Incorporated; Central Scientific Company, a division of Cenco Instruments Corporation** | |

- 2 -

## Christian F. Holinka Service List

| | |
|---|---|
| Benjamin Darche, Esq.<br>WEITZ & LUXENBERG, P.C.<br>180 Maiden Lane<br>New York, New York 10038-4925<br>**Attorneys for Plaintiffs** | Julie Evans, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>150 East 42nd Street<br>New York, NY 10017-5639<br>Phone # (212) 490-3000<br>Fax # (212) 490-3038<br>**Counsel For A.W. Chesterton Co.** |
| Judith Yavitz, Esq.<br>Anderson, Kill, Olick & Oshinsky<br>1251 Avenue of the Americas<br>New York, NY 10020-1000<br>Phone # (212) 278-1000<br>Fax # (212) 278-1733<br>**Counsel for Amchem Products, Inc., n/k/a Rhone Poulenc Ag Co., n/k/a Bayer Cropscience Inc., and Certain Teed Corporation** | Cori L. Leavitt, Esq.<br>William Bradley, Esq.<br>Joseph Carlisle, Esq.<br>Mary Ellen Connor, Esq.<br>Malaby, Carlisle & Bradley LLC<br>150 Broadway<br>New York, NY 10038<br>Phone # (212) 791-0285<br>Fax # (212) 791-0286<br>**Counsel for Aqua-Chem, Inc., CBS Corporation, a Delaware Corp., f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania Corp., f/k/a Westinghouse Electric Corp., Premier Refractories, Inc. f/k/a Adience/BMI and J.H. France Refractories Co.** |
| Theodore Eder, Esq.<br>Chris Gannon, Esq.<br>Segal McCambridge Singer & Mahoney<br>830 Third Avenue, Suite 400<br>New York, NY 10022<br>Phone # (212) 651-7500<br>Fax # (212) 651-7499<br>**Counsel for Anchor Packing Co., Inc., and Garlock Sealing Technologies LLC f/k/a Garlock, Inc.** | Lawrence McGivney, Esq.<br>Monakee Griffin, Esq.<br>McGivney & Kluger, P.C.<br>80 Broad Street, 23rd Floor<br>New York, NY 10004<br>Phone # (212) 509-3456<br>Fax # (212) 509-4420<br>**Counsel for Beckman Coulter, Inc.** |
| Carol M. Tempesta, Esq.<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>530 Saw Mill River Road<br>Elmsford, NY 10523<br>Phone #(914) 345-3701<br>Fax # (914) 345-3743<br>**Counsel for Corning Glass, k/n/a Corning Incorporated** | Joseph Colao, Esq.<br>Helen Chung, Esq.<br>Leader & Berkon LLP<br>630 3rd Avenue, 17th Floor<br>New York, NY 10017<br>Phone # (212) 486-2400<br>Fax # (212) 486-3099<br>**Counsel for E.I. Dupont De Nemours and Company** |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------X
IN RE NEW YORK COUNTY            :     NYCAL
    ASBESTOS LITIGATION          :     I.A.S. Part 39
                                 :     (Freedman, J.)
------------------------------------------------------X
CHRISTIAN F. HOLINKA,             :

           Plaintiff,      :     Index No. 06-114820

    -against-                    :

                                 :

A.W. CHESTERTON COMPANY, et. al., :

      Defendants.            :

------------------------------------------------------X

*FILED*

*MAR 27 2007*

*COUNTY CLERK'S OFFICE NEW YORK*

---

## NOTICE OF MOTION FOR PRO HAC VICE ADMISSION
## OF DAVID F. ABERNETHY AND BRYAN R. SGRIGNOLI

---

**DRINKER BIDDLE & REATH LLP**
**Attorneys at Law**
**Attorneys for Defendants**
**VWR International Inc. and Univar USA, Inc.**
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------X
IN RE NEW YORK COUNTY      :     NYCAL
    ASBESTOS LITIGATION     :     I.A.S. Part 39
                                :     (Freedman, J.)
-----------------------------------------------------X
CHRISTIAN F. HOLINKA,      :     Index No. 06-114120
                                :
           Plaintiff,      :
                                :
        -against-        :     **AFFIRMATION OF THUY T.**
                                :     **BUI IN SUPPORT OF MOTION**
                              :     **FOR ADMISSION PRO HAC**
A.W. CHESTERTON COMPANY, et. al.,  :     **VICE**
                                :
         Defendants.     :
                                :
                                :
-----------------------------------------------------X

*FILED*

*MAR 27 2007*

*COUNTY CLERK'S*
*NEW YORK OFFICE*

     THUY T. BUI , an attorney admitted to practice in the courts of this state, affirms as follows

under penalties of perjury:

    1.     I am an associate with the law firm of Drinker Biddle & Reath LLP, 140

Broadway, 39th Floor, New York, New York 10005.  I am a member in good standing of the bar

of the State of New York and am an attorney of record for defendants VWR International, Inc.

("VWR") and Univar USA Inc. ("Univar").  I make this affirmation in support of VWR's

Motion for David F. Abernethy and Bryan R. Sgrignoli to be admitted to participate *pro hac vice*

in this action.

    2.     This is a personal injury action stemming from allegations of exposure to

asbestos-containing materials.  Mr. Abernethy and Mr. Sgrignoli are familiar with the facts of

this case.

3.      Mr. Abernethy and Mr. Sgrignoli are attorneys with the Philadelphia,
Pennsylvania office of my law firm, Drinker Biddle & Reath LLP, and are both members in good
standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey.

4.      Accompanying this affirmation is an affidavit from Mr. Abernethy (Exhibit 1)
setting forth his qualifications and attaching certificates of good standing from the courts of the
states in which he is admitted to practice law.

5.      There are no disciplinary proceedings pending against Mr. Abernethy in any
jurisdiction, no discipline has previously been imposed upon him in any jurisdiction, and he has
agreed to comply with the rules governing the Courts of New York, including all disciplinary
rules.

6.      Also accompanying this affirmation is an affidavit from Mr. Sgrignoli (Exhibit 2)
setting forth his qualifications and attaching certificates of good standing from the courts of the
states in which he is admitted to practice law.

7.      There are no disciplinary proceedings pending against Mr. Sgrignoli in any
jurisdiction, no discipline has previously been imposed upon him in any jurisdiction, and he has
agreed to comply with the rules governing the Courts of New York, including all disciplinary
rules.

WHEREFORE, I respectfully request that David F. Abernethy and Bryan R. Sgrignoli be admitted *pro hac vice* for the purpose of appearing and participating in this action on behalf of VWR International, Inc. and Univar USA, Inc. and for such other and further relief as this Court deems appropriate.

Thuy T. Bui

Dated: New York, NY
February 13, 2007

SFNY1 107323v1

Exhibit 1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------

CHRISTIAN F. HOLINKA,                          :  Index No. 06-114120
                                               :
                    Plaintiff,                 :
                                               :
                                               :
       -against-                               :
                                               :  **AFFIDAVIT OF DAVID F.**
                                               :  **ABERNETHY IN SUPPORT OF**
A.W. CHESTERTON COMPANY, et. al.,              :  **MOTION FOR ADMISSION PRO**
                                               :  **HAC VICE**
                    Defendants.                :
                                               :
                                               :

------------------------------------------------------------

       DAVID F. ABERNETHY, being duly sworn, deposes and says:

       1.      I am a member of the law firm of Drinker Biddle & Reath LLP, located at One

Logan Square, 18th & Cherry Streets, Philadelphia, Pennsylvania. I submit this affidavit in

support of my application for admission *pro hac vice* on behalf of defendants VWR

International, Inc. ("VWR") and Univar USA Inc. ("Univar") in this action. My firm also

maintains an office in New York County at 140 Broadway, 39th Floor, New York, New York

10005.

       2.      I have been a member in good standing of the bar of the Commonwealth of

Pennsylvania since 1982 and the State of New Jersey since 1998, and I am eligible to practice in

the courts of these jurisdictions. Certificates of Good Standing from the Pennsylvania Supreme

Court and the New Jersey Supreme Court are annexed hereto.

       3.      I am associated in this litigation with Thuy T. Bui of the New York office of

Drinker Biddle & Reath, LLP, who is authorized to practice law in the State of New York. I will

participate with Ms. Bui in this litigation on behalf of VWR and Univar.

4.    I have never been suspended or disbarred from the practice of law in any jurisdiction in which I am admitted to practice, nor have I ever resigned from the practice of law.

5.    I have become familiar with the standards of professional conduct imposed upon members of the New York Bar and relevant statutes, rules and procedures and will abide by them.

6.    I have appeared *pro hac vice* in the courts of the State of New York in one other matter: I am currently appearing in an action now pending in the court of Westchester County, State of New York, entitled *Yelin v. Amchem Products, Inc., et al.*, Index No. 1578-05. I have never been disciplined in connection with my pro hac vice appearances in the courts of the State of New York.

_____
David F. Abernethy

Dated:  1/10/07

Sworn to before me this
10th day of January, 2007

_____
Notary Public

NOTARIAL SEAL
Renay L. Wanser, Notary Public
City of Philadelphia, Philadelphia County
My commission expires July 06, 2010

-2-

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **DAVID F ABERNETHY**

(No. **008091994** ) was constituted and appointed an Attorney at Law of New Jersey on **June 01, 1994** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **26TH** day of **January** , 20 **07**

Clerk of the Supreme Court



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *David Ford Abernethy, Esq.*

**DATE OF ADMISSION**

*October 19, 1982*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: February 9, 2007**

Patricia A. Johnson
Chief Clerk



Exhibit 2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------------------------

CHRISTIAN F. HOLINKA,                        :  Index No. 06-114120
                                             :
                    Plaintiff,               :
                                             :
                                             :
          -against-                          :
                                             :  **AFFIDAVIT OF BRYAN R.**
                                             :  **SGRIGNOLI IN SUPPORT OF**
A.W. CHESTERTON COMPANY, et. al.,            :  **MOTION FOR ADMISSION PRO**
                                             :  **HAC VICE**
                    Defendants.              :
                                             :
                                             :

-----------------------------------------------------------

     BRYAN R. SGRIGNOLI, being duly sworn, deposes and says:

     1.     I am an associate of the law firm of Drinker Biddle & Reath LLP, located at One

Logan Square, 18th & Cherry Streets, Philadelphia, Pennsylvania. I submit this affidavit in

support of my application for admission *pro hac vice* on behalf of defendants VWR

International, Inc. ("VWR") and Univar USA Inc. ("Univar") in this action. My firm also

maintains an office in New York County at 140 Broadway, 39th Floor, New York, New York

10005.

     2.     I have been a member in good standing of the bars of the Commonwealth of

Pennsylvania and the State of New Jersey since 2005, and I am eligible to practice in the courts

of these jurisdictions. Certificates of Good Standing from the Pennsylvania Supreme Court and

the New Jersey Supreme Court are annexed hereto.

     3.     I am associated in this litigation with Thuy T. Bui of the New York office of

Drinker Biddle & Reath, LLP, who is authorized to practice law in the State of New York. I will

participate with Ms. Bui in this litigation on behalf of VWR and Univar.

4.    I have never been suspended or disbarred from the practice of law in any jurisdiction in which I am admitted to practice, nor have I ever resigned from the practice of law.

5.    I have become familiar with the standards of professional conduct imposed upon members of the New York Bar and relevant statutes, rules and procedures and will abide by them.

6.    I have never appeared *pro hac vice* in the courts of the State of New York.


_____
Bryan R. Sgrignoli

Dated:    1/10/07


Sworn to before me this
10th day of January, 2007

_____
Notary Public

NOTARIAL SEAL
Renay L. Wanser, Notary Public
City of Philadelphia, Philadelphia County
My commission expires July 06, 2010

-2-

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **BRYAN R SGRIGNOLI**

(No. **015852005** ) was constituted and appointed an Attorney at Law of New Jersey on **November 21, 2005** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **31ST** day of **January** , 20**07**

Clerk of the Supreme Court



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Bryan Roger Sgrignoli, Esq.*

**DATE OF ADMISSION**

*October 31, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  January 26, 2007**

Patricia A. Johnson
Chief Clerk

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

----------------------------------------X

IN RE NEW YORK COUNTY
    ASBESTOS LITIGATION

       :    NYCAL
       :    I.A.S. Part 39
       :    (Freedman, J.)

----------------------------------------X

CHRISTIAN F. HOLINKA,

                 Plaintiff,

       -against-

A.W. CHESTERTON COMPANY, et. al.,

        Defendants.

----------------------------------------X

Index No. 06-114120

**[ FILED ]**
**MAR 27 2007**
**COUNTY CLERKS OFFICE**
**NEW YORK**

---

### AFFIRMATION OF THUY T. BUI IN SUPPORT
### OF MOTION FOR ADMISSION PRO HAC VICE

---

**DRINKER BIDDLE & REATH LLP**
Attorneys at Law
**Attorneys for Defendants**
**VWR International Inc. and Univar USA, Inc.**
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------X
IN RE NEW YORK COUNTY      :      NYCAL
     ASBESTOS LITIGATION      :      I.A.S. Part 39
     :      (Freedman, J.)
-------------------------------------------------------X
CHRISTIAN F. HOLINKA,      :      Index No. 06-114120
     :
           Plaintiff,      :
     :
     -against-      :      **ORDER GRANTING**
     :      **ADMISSION TO PRACTICE**
     :      **PRO HAC VICE**
A.W. CHESTERTON COMPANY, et. al.,      :
     :
           Defendants.      :
     :
-------------------------------------------------------X

*FILED*

*MAR 27 2007*

*COUNTY CLERK'S OFFICE*
*NEW YORK*

David F. Abernethy, Esq. and Bryan R. Sgrignoli having applied to this court for

admission *pro hac vice* to represent defendants VWR International, Inc. and Univar USA Inc. in

this action, and said applicant having submitted in support thereof an affirmation of Thuy T. Bui,

Esq., a member of the Bar of the State of New York and attorney of record herein for VWR

International, Inc., affidavits of the applicants dated January 10, 2007 and Certificates of Good

Standing from the jurisdictions in which the applicants were admitted to the practice of law, and

the court having reviewed the foregoing submissions and due deliberation having been had, it is

now therefore

     ORDERED that the motion is granted, and David F. Abernethy, Esq. and Bryan R.

Sgrignoli are permitted to appear and to participate in this action on behalf of VWR

International, Inc. and Univar USA Inc.; and it is further

     ORDERED that they shall at all times be associated herein with counsel who is a member

in good standing of the Bar of the State of New York and is attorney of record for the party in

question and all pleadings, briefs and other papers filed with the court shall be signed by the attorney of record, who shall be held responsible for such papers and for the conduct of this action; and it is further

ORDERED that, pursuant to Section 520.11 of the Rules of the Court of Appeals and Section 602.2 of the Rules of the Appellate Division, First Department, the attorneys hereby admitted *pro hac vice* shall abide by the standards of professional conduct imposed upon members of the New York Bar, including the Rules of the Courts governing the conduct of attorneys and the Disciplinary Rules of the Code of Professional Responsibility; and it is further

ORDERED that they shall be subject to the jurisdiction of the courts of the State of New York with respect to any acts occurring during the course of his participation in this matter; and it is further

ORDERED that said counsel shall notify the court immediately of any matter or event in this or any other jurisdiction which affects their standing as members of the Bar.


ENTER:


_____
Hon. Helen E. Freedman, J.S.C.

SFNY1 107327v1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X

IN RE NEW YORK COUNTY                          NYCAL
      ASBESTOS LITIGATION                      I.A.S. Part 39
                                               (Freedman, J.)
---------------------------------------------------------------X

CHRISTIAN F. HOLINKA,                          Index No. 06-114120

                        Plaintiff,

            -against-

A.W. CHESTERTON COMPANY, et al.,

                        Defendants.
---------------------------------------------------------------X

FILED

MAR 27 2007

COUNTY CLERKS OFFICE
NEW YORK

ORDER GRANTING ADMISSION TO PRACTICE PRO HAC VICE

RECEIVED

FEB 13 2007

IAS MOTION
SUPPORT OFFICE

DRINKER BIDDLE & REATH LLP
Attorneys at Law
Attorneys for Defendants
VWR International Inc. and Univar USA, Inc.
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140