SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT:  Hon.  HELEN E. FREEDMAN                           PART 39
                          *Justice*

Holinka, Christian F.,                    INDEX NO.      114120/06
                              Plaintiff,  MOTION DATE    _____
              - v -
                                          MOTION SEQ. NO.    002
A.W. Chesterton              Defendant.   MOTION CAL. NO.  _____

The following papers, numbered 1 to _____ were read on this motion to/for _____

|  | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits _____ | _____ |
| Answering Affidavits — Exhibits _____ | _____ |
| Replying Affidavits _____ | _____ |

**Cross-Motion:    [ ] Yes    [x] No**

   Motion for an order granting *pro hac vice* admission is granted without opposition: David F. Abernethy and Bryan R. Sgrignoli, Esqs., may appear on behalf of defendants VWR International, Inc. and Univar USA Inc. in this action only. This is the order of the Court.



FILED
MAR 27 2007
COUNTY CLERK'S OFFICE
NEW YORK

Dated: March 23, 2007

                                                    Helen E. Freedman  J.S.C.

Check one:        [ ] FINAL DISPOSITION    [x] NON-FINAL DISPOSITION

RECEIVED
MAR 27 2007
IAS MOTION
SUPPORT OFFICE