SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: Hon. HELEN E. FREEDMAN
          Justice

PART 39  ORIG

Holinka
                          Plaintiff,

-v-

ACJS
                          Defendant.

INDEX NO. 114120/06
MOTION DATE _____
MOTION SEQ. NO. 63
MOTION CAL. NO. _____

The following papers, numbered 1 to _____ were read on this motion to/for _____

| | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits | |
| Answering Affidavits — Exhibits | |
| Replying Affidavits | |

Cross-Motion: [ ] Yes  [x] No

FILED APR 13 2007 NEW YORK COUNTY CLERK'S OFFICE

ORDERED that this motion by Baxter summary judgment is granted without opposition and the claims and cross-claims against movant(s) are severed from the remaining claims and dismissed; and it is further

ORDERED that the Clerk is directed to enter judgment accordingly. This is the order of the Court. March 29, 2007

Dated:

                                    7
                                 _____
                                    J.S.C.

Check one: [ ] FINAL DISPOSITION  [x] NON-FINAL DISPOSITION

MDAI