SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------- x
IN RE:   NEW YORK CITY              :   NYCAL
         ASBESTOS LITIGATION
-------------------------------------------------------------------  :

Christian F. Holinka,                    Oral Argument Requested
                        Plaintiff(s),  :
                                         Index No. 114120/06
         -against-                     :

                                       :   NOTICE OF MOTION FOR
                                           SUMMARY JUDGMENT
A. W. Chesterton Company, et al.,      :

                        Defendant.         Honorable
                                       :   Helen E. Freedman

                                       :   IAS PART 39
------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Julie R. Evans dated April 4, 2007, together with the pleadings and proceedings heretofore had herein, defendant, A.W.CHESTERTON COMPANY, will move this Court, the Supreme Court of New York, at I.A.S. Motion Submission Part, located at 60 Centre Street, New York, New York, Room 130, on the 2nd day of May, 2007 at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order pursuant to CPLR 3212 granting summary judgment to defendant, A.W.CHESTERTON COMPANY, and dismissing plaintiff's Complaint and all claims and cross-claims against A.W.CHESTERTON COMPANY, and for such other and further relief as the Court may deem just and proper.



JUN 2 1 2007

COUNTY CLERK'S OFFICE
NEW YORK

2755383.1

**PLEASE TAKE FURTHER NOTICE** that any papers in opposition to this motion must be served in accordance with CPLR 2214(b).

Dated:  New York, New York
April 4, 2007

                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
JULIE R. EVANS, ESQ.
Attorneys for Defendant
A.W. CHESTERTON COMPANY
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000
File No. 05335.32378

TO:  Weitz & Luxenberg
180 Maiden Lane
New York, New York 10038

      All Defendants

2755383.1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------- x
IN RE:   NEW YORK CITY                    : NYCAL
         ASBESTOS LITIGATION
--------------------------------------------------------------- :
Christian F. Holinka,
                                          : Index No.: 114120/06
                        Plaintiff(s),
                                          : AFFIRMATION IN
         -against-                          SUPPORT OF MOTION FOR
                                          : SUMMARY JUDGMENT

A. W. Chesterton Company, et al.,         : Honorable
                                            Helen E. Freedman
                                          :
                        Defendant.          IAS PART 39
                                          :

--------------------------------------------------------------- x

JULIE R. EVANS, an attorney duly admitted to practice law before the Courts of the State of New York hereby affirms and says:

1. I am a partner of the firm, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attorneys for defendant, A.W.CHESTERTON COMPANY This Affirmation is submitted in support A.W.CHESTERTON COMPANY's motion for summary judgment pursuant to CPLR 3212 and Section XVI of this Court's Amended Case Management Order dated September 20, 1996 based upon Plaintiff's lack of identification of exposure to any asbestos containing product for which A.W.CHESTERTON COMPANY bears legal responsibility.

2. Plaintiff CHRISTIAN F. HOLINKA alleges that he was exposed to asbestos containing products manufactured, distributed, sold or installed by defendant.

2755383.1

3. A review of all discovery to date does not reveal a basis for plaintiff to pursue this claim as against A.W.CHESTERTON COMPANY. Accordingly, A.W.CHESTERTON COMPANY is entitled to summary judgment dismissal of plaintiff's claims and all cross claims.

4. Pursuant to paragraph XVI of the Amended Case Management Order, this defendant asked plaintiff's counsel for a voluntary dismissal before bringing the present motion. To date plaintiff's counsel has not agreed to this dismissal. (See Exhibit A).

5. No prior application for the relief sought herein has been made to this or any other Court.

**WHEREFORE**, defendant, A.W.CHESTERTON COMPANY respectfully requests that this Court grant it's Motion for Summary Judgment and dismiss all claims and cross claims, and grant such other and further relief as this Court deems just and proper under the circumstances.

Dated:   New York, New York
         April 4, 2007

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: _____
    JULIE R. EVANS, ESQ.
    Attorneys for Defendant
    A.W. CHESTERTON COMPANY
    150 East 42nd Street
    New York, New York 10017-5639
    (212) 490-3000
    File No. 05335.32378

TO:   Weitz & Luxenberg
      180 Maiden Lane
      New York, New York 10038

      All Defendants

2755383.1

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   :ss
COUNTY OF NEW YORK )

  ANN MARIE VIDA, being duly sworn, deposes and says:

  Deponent is not a party to the within action, is over 18 years of age and resides in QUEENS, New York

  That on the 5 of April, 2007 deponent served the within A.W. CHESTERTON COMPANY'S **NOTICE OF MOTION FOR SUMMARY JUDGMENT MOTION AND ORDER** upon:

**Weitz & Luxenberg**

**180 Maiden Lane**

**New York, New York 10038**

<u>Co-Defendants</u>
See attached rider

  In this action, at the address(es) designated by said attorney(s) for that purpose of depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_Ann Marie Vida_
ANN MARIE VIDA

Sworn to before me this
 5  day of April, 2007

_____
NOTARY PUBLIC

ARLENE FRIED
Notary Public, State of New York
No. 01TA5081251
Qualified in Kings County
Commission Expires June 30, 2007

2759226.1

## RIDER

| | | |
|---|---|---|
| Richard P. O'Leary, Esq.<br>**McCarter & English**<br>245 Park Avenue, 27th Floor<br>New York, NY 10167<br>Phone: (212) 609-6800<br>Fax: (212) 609-6921<br>　　Attorneys for: A.C. & S., Inc.<br>GAF Corporation<br><br>Judith Yavitz, Esq.<br>**Anderson, Kill & Olick**<br>1251 Avenue of the Americans<br>New York, New York 10020-1182<br>(212) 278-1000<br>Fax: (212) 278-1733<br>　　Attorneys for:<br>Armstrong World Industries, Inc.<br>United States Gypsum Company<br>Dana Corporation<br>National Gypsum Company<br>Asbestos Claims Management Corp.<br>Turner & Newall Industries<br>Union Carbide Corp.<br>CCR Defendants<br><br>Robert C. Malaby, Esq.<br>William Bradley, Esq.<br>William T. Miedel, Esq.<br>Cori L. Leavitt, Esq.<br>**Malaby & Carlisle, LLC**<br>150 Broadway, Suite 600<br>New York, New York 10038<br>(212) 791-0285<br>Fax: (212) 791-0286<br>　　Attorneys for:<br>A.P. Green Industries, Inc,<br>Harbison Walker Refractories Co.<br>J.H. France Refractories Co., Inc<br>CBS Corporation f/k/a Westinghouse Electric Corp.,<br>Morse Diesel Construction Co. Inc.<br>Morse Diesel Inc.<br>Cooper Industries, Inc.<br>Superior Boiler Works, Inc.,<br>Pulmosan Safety Equipment Corporation<br>Groen, Inc.<br>Cleaver Brooks<br>Aqua-Chem., Inc.,<br><br>Francis M. Leonard, Esq.<br>**Law Offices of Richard W. Babinecz**<br>4 Irving Place | Saul Wilensky<br>**Michele F. Renna Esq.**<br>Lester Schwab Katz & Dwyer, LLP<br>120 Broadway<br>New York, NY 10271-0071<br>(212) 964-6611<br>Fax: (212) 267-5916<br>　　Attorneys for: J.H.<br>France Refractories<br>Fulton Boiler;<br>Case Corporation<br><br>Laura Beth Hollman, Esq.<br>**McMahon, Martine & Gallagher**<br>90 Broad Street 14th floor<br>New York, New York 10004<br>　　Attorneys for:<br>Eastern Refractories Co., Inc.,<br>Tishman Realty and Construction Co., Inc.<br>Jason T. Cohen, Esq.<br>Rob Kearnuy<br>**Flemming, Zulack & Williamson, LLP**<br>One Liberty Plaza, 35th Floor<br>New York, New York 10006-1404<br>(212) 412-9500<br>(212) 964-9200<br>　　Attorney for:<br>Crown, Cork & Seal & Company, Inc.<br>Flintkote, Inc.<br>PPG Industries<br>Daimler Chrysler<br>K&F Industries, Inc.,<br>Aircraft Braking Systems Corporation<br><br>Lisa Pascarella, Esq.<br>**Pehlivanian & Braaten LLP**<br>Paynter's Ridge Office Park<br>2430 Route 34<br>P.O. Box 648<br>Manasquan, New Jersey 08736<br>Phone: (732) 528-8888<br>　　Attorney for:<br>Ingersoll-Rand, Co., John Sore, Industrial Welding, Myles. F. Kelly, NJ<br>Boiler Repair, Midco International, and Fromm Electric Pehlivanian & Braaten; Best Manufacturing Co.;<br>General Cable Corp.; Nibco, Inc.;<br>Robbins & Myers, Inc.; Chemineer, Inc.; Moyno, Inc.; Avon Products<br>Avon Products, Inc. | John J. Kot, Esq.<br>Barbara Packer-Rosen, Esq.<br>**Waters, McPherson, McNeil & Rosen**<br>300 Lighting Way, 7th Floor<br>P.O. Box 1560<br>Secaucus, New Jersey 07096<br>(201) 863-4400<br>Fax: (201) 863-2866, 1564 or 8978<br>　　Attorney for:<br>ABB Lummus Crest, Inc.<br>Turner Construction Company<br>Plibrico Co.<br>Weil-McLain Co., Inc.,<br>Patterson Kelly Division<br>Lone Star Industries<br>Serge Elevator Company<br><br>Scott R. Emery, Esq.<br>**Lynch Daskal Emery LLP**<br>264 West 40th Street<br>New York, N.Y. 10018<br>Phone: (212) 302-2400<br>Fax: (212) 302-2210<br>The Goodyear Tire & Rubber Company<br>Goodyear Canada Inc.<br><br>Linda Yassky, Esq.<br>**Sonnenschein Nath & Rosenthal**<br>1221 Avenue of the Americas<br>New York, New York 10020<br>(212) 398-5297<br>Fax: (212) 398-5245<br>　　Attorneys for:<br>　　Rapid-American Corporation<br><br>Gerard D. Nolan, Esq.<br>John Ronca, Jr. Esq.<br>**Ronca, McDonald & Hanley**<br>Five Regent Street-Suite 517<br>Livingston, New Jersey 07039<br>(973) 994-2030<br>Fax: (973) 994-2113<br>　　Attorneys for:<br>New York Protective Covering Industries, Inc.<br>Janos Industrial Insulation, Inc.<br>Standard Insulation<br>Safeguard Industrial Equipment<br>York Industries Corporation<br><br>Anna DiLonardo, Esq.<br>**Weiner Lesniak LLP**<br>888 Veterans Memorial Highway |

978025.1

| | | |
|---|---|---|
| New York, New York 10003<br>(212) 460-3355<br>Fax: (212) 780-6483<br>    Attorney for:<br>Consolidated Edison Company of New York, Inc.<br><br>Nancy Roux, Esq.<br>**Danaher, Tedford, Lagnese & Neal**<br>Capitol Place<br>21 Oak Street #700<br>Hartford, Connecticut 06106<br>    Attorneys for:<br>Pittsburgh Corning Corp.<br>U.S. Mineral<br><br>Art Bromberg, Esq.<br>**Weiner Lesniak LLP**<br>629 Parsippany Road<br>P.O. Box 438<br>Parsippany, New Jersey 07054-0438<br>Phone: (973) 403-1100<br>Fax: (973) 403-0010<br><br>Marc R. Wilner<br>**Goldfein & Hosmer**<br>5 Hanover Square, 21st Floor<br>New York, New York 10004<br>(212) 791-0340<br>Fax (212) 791-0347<br>Attorneys for:     Garlock, Inc.<br><br>Thomas M. Canevari, Esq.<br>**Freehill, Hogan & Mahar**<br>80 Pine Street<br>NY, NY 10005-1759<br>Phone: (212) 425-1900<br>    Attorneys for:<br>Maritime Defendants<br>K-Sea Transportation Corp.,<br>Great Lakes Dredge & Dock Co.,<br>Spentonbush Red/Star Companies, Inc.<br>Buchanan Marine, Inc.<br>P&O Nedlloyd Global Logistics, Inc. and P&O Nedlloyd Limited.<br><br>Yvette Harmon, Esq.<br>**McGuireWoods LLP**<br>    1345 Avenue of the Americas, 7th Floor<br>New York, New York 10105<br>(212) 548-2100<br>Fax: (212) 548-2150<br>    Attorneys for:<br>American Standard, Inc.<br>ITT Industries, Inc., | Bird Incorporated<br><br>Jennifer H. Lin<br>**Winston & Strawn**<br>200 Park Ave., 42nd Floor<br>NY, NY 10166<br>    Attorneys for:<br>Whiting Corporation<br>Swenson Process Equipment Evaporator, Inc.<br><br>David M. Katzenstein, Esq.<br>Charles McGivney, Esq.<br>Chris Gannon, Esq.<br>**McGivney & Kluger, P.C.**<br>23 Vreeland Road,<br>Suite 220, Florham Park,<br>New Jersey 07932<br>(973) 822-1110<br>Fax: (973) 822-1116<br>    Attorneys for:<br>John W. Wallace & Co.<br>American Hardware & Paint Co.<br>Sid Harvey Industries<br>Burns & Roe Enterprises, Inc.<br>Puerto Rico Safety Equipment Corp.<br>Raritan Supply<br>H.B. Fuller<br>Durodyne<br>Gerosa Inc.<br>Avocet Enterprises, Inc.,<br>Courtier & Company Inc.<br>Treadwell<br>Aurora Pump Company<br><br>Suzanne Halbardier, Esq.<br>**Barry, McTiernan & Moore**<br>2 Rector Street – 14th Floor<br>New York, New York 10006-1847<br>(212) 608-8999<br>Fax: (212) 608-8902<br>    Attorneys for:<br>Fulton Boiler Works, Inc.,<br>The Synkoloid Company<br>Kolbelco Steward Bolling, Inc.<br><br>Gregg J. Borri, Esq.<br>900 Third Avenue, Suite #1200<br>New York, New York 10022<br>(212) 980-8866<br>Fax: (212) 752-3196<br>    Attorneys for:<br>Georgia-Pacific Corporation<br><br>William F. Mueller, Esq.<br>**Clemente, Mueller, Tobia, P.A.**<br>218 Ridgedale Avenue<br>P.O. Box 1296 | Hauppauge, NY 11788<br>Ph:  631-232-6130<br>Fx:  631-232-6185<br>    Attorneys for:<br>Old Orchard Industrial Corp. (a/k/a Vapor Corp.)<br>BMCE, Inc., (F/K/A/ United Centrifical Pumps)<br>Robert A. Keasbey Co.,<br>The Okonite Co.,<br>Borg-Warner<br>Eastco Industries<br>Proko Industries<br><br>Jan Michael Rykfogel, Esq.<br>Andrew Sapon, Esq.<br>**Bivona & Cohen, P.C.**<br>Wall Street Plaza<br>88 Pine Street<br>New York, New York 10005-1886<br>(212) 363-3100<br>Fax: (212) 363-9824<br>Bivonacohen@earhlink.com<br>    Attorney for:<br>Thomas O'Connor & Co., Inc.<br>Dykes Lumber Co., Inc.<br>Taylored Industries, Inc.<br>Aluminum Company of America<br>Nathan Mezrahi<br>R.V. Davies, Inc.,<br><br>Jennifer W. Darger, Esq.<br>Vincent A. Errante, Jr.<br>**Darger & Errante, LLP**<br>116 East 27th Street, 12th Fl.<br>New York, NY 10016<br>Phone: (212) 452-5300<br>    Attorneys for: Flexitallic Gasket Company,<br>Hobart Brothers Company<br>The Lincoln Electric Company, Inc., & The BOC Group, Inc.<br><br>**O'Melveny & Myers LLP**<br>Citicorp Center<br>153 East 53rd Street<br>New York, Ny 10022-4611<br>    Attorneys for: Treadwell Corporation<br><br>De Orchis, Walker & Corsa LLP<br>61 Broadway 26th Floor<br>New York, NY 10006<br>    Attorneys for:<br>Farrell Lines Incorporated<br><br>Edward P. Abbot<br>**Smith Abbot, LLP** |

978025.1

| | | |
|---|---|---|
| ITT Fluid Productions Corporation<br>ITT Technology Corporation<br>Weyerhaeuser Company<br><br>Karen Ciano, Esq.<br>**DEBEVIOSE & PLIMPTON**<br>875 3rd Ave.<br>New York, NY 10022<br>    Attorneys for:  Owens Corning Fiberglass<br><br>Steven Kramer, Esq.<br>Michelle S. Regan, Esq.<br>**Lavin, O'Neill, Ricci, Cedrone & DiSipio**<br>420 Lexington Avenue, Suite 2900<br>Graybar Building<br>New York, New York 10170<br>(212) 319-6898<br>Fax: (212) 319-6932<br>    Attorneys for:<br>Minnesota Mining and Manufacturing Company<br>Toyota Motor Sales, U.S.A., Inc. (s/h/a Toyota Motor USA Corp.)<br>General Motors Corporation<br><br>Arthur Lash, Esq.<br>**Taylor & Colicchio & Silverman, LLP**<br>502 Carnegie Center, Suite #103<br>Princeton, New Jersey 08540<br>(690) 987-0022<br>Fax: (609) 987-1381<br>    Attorneys for: Giamboi Bros., Inc.<br><br>Kevin C. Tierney<br>**Tierney Law Offices**<br>1125 Land Title Building<br>100 South Broad Street<br>Philadelphia, PA 19110<br>(215) 790-2400<br>Fax: (215) 790-2409<br>    Attorneys for:<br>Guyon General Piping, Inc.<br><br>John J. Fanning, Esq.<br>**Cullen & Dykman Bleakley Platt LLP**<br>177 Montague Street<br>Brooklyn, New York 11201-3611<br>(718) 855-9000<br>Fax: (718) 855-4282<br>    Attorney for:<br>Kewanee Boiler Co., Inc.<br>Goulds Pumps, Inc., | Morristown, New Jersey 07962-1296<br>(973) 455-8008<br>Fax: (973) 455-8118<br>    Attorneys for:<br>Durabla Manufacturing Company<br><br>Robert A. Fitch, Esq.<br>**Newman, Fitch, Altheim, Myers, P.C.**<br>305 Broadway<br>NY, NY 10007<br>    Attorneys for: Maritime Defendants<br><br>John F. Parker, Esq.<br>**Mound, Cotton, Wollan & Greengrass**<br>One Battery Park Plaza<br>New York, New York 10004-1486<br>    Attorney for Ecolaire<br><br>Jeffrey S. Berkowitz<br>**LeBoeuf, Lamb, Greene & MacRae, LLP**<br>125 West 55th Street<br>New York, New York 10019-5389<br>Phone: (212) 424-8000<br>Fax:    (212) 424-8500<br>    Attorneys for:<br>United States Steel Corporation<br><br>Donald E. Ward<br>**Special Claims Services, Inc.**<br>809 Coshocton Avenue – Suite I<br>Mount Vernon, Ohio 43050-1931<br>(740) 397-6700<br>Fax: (740) 397-6701<br>    Attorneys for:<br>Foster Wheeler Corporation<br><br>Patrick J. Feeley, Esq.<br>**Dorsey & Whitney**<br>250 Park Avenue<br>New York, New York 10177<br>(212) 415-9200<br>Fax: (212) 953-7201<br>    Attorneys for: Research-Cottrell, Inc.<br><br>John V. Fabiani, Jr.<br>Ann-Gail B. Hult, Esq.<br>**Fabiani & Cohen L.L.P.**<br>570 Lexington Avenue, 4th Floor<br>New York, New York 10022<br>(212) 644-4420<br>Fax: (212) 207-8182 | Attorneys and Counselors at Law<br>Three New York Plaza<br>New York, NY 10004<br>(212) 613-0303<br>    Attorneys for:<br>The Budd Company<br>Pneumo Abex<br>Cooper Industries Inc.,<br>Eckel Industries, Inc.<br><br>Cynthia Weiss Antonucci, Esq.<br>**Harris Beach & Wilcox, LLP**<br>805 Third Avenue, 19th Floor<br>New York, New York 10022<br>Phone (212) 687-0100<br>Fax (212) 687-0659<br>    Attorneys for:<br>Cochrane, Inc. /Crane<br>Kentile Floors, Inc<br>Paccar, Inc.,<br>Gardner Denver<br>Xerox Corporation<br>General Cable Corporation f/k/a Robbins & Myers Corporation<br>Brandon Drying Products<br>Crane Co.<br>Crownlite Manufacturing Corp.<br><br>Norman Senior, Esq.<br>**Greenfield Eisenberg Stein & Senior**<br>600 Third Avenue<br>New York, New York 10016<br>(212) 818-9600<br>Fax: (212) 818-1264<br>    Attorneys for: Uniroyal, Inc.<br><br>Richard P. Marin, Esq.<br>**Marin Goodman, LLP**<br>40 Wall Street<br>57th Floor<br>New York, New York 10005<br>(212) 661-1151<br>Fax: (212) 661-1141<br>    Attorneys for:<br>Keeler-Dorr-Oliver Boiler Company<br>Geo V. Hamilton, Inc.,<br><br>**Quirk & Bakalor**<br>845 Third Ave.<br>New York, NY 10022<br>    Attorneys for:<br>Minnesota Mining Company<br>Westinghouse Electric Corporation<br>Weil McLain<br><br>Elizabeth M. Young |

- 3 -

978025.1

| | | |
|---|---|---|
| Spence Engineering Company, Inc., Leslie Controls.Inc., Hoke, Inc<br><br>Kevin E. Hoffman, Esq.<br>**Kent & McBride, P.C.**<br>420 Lexington Avenue<br>Twenty Ninth Floor<br>New York, NY 10170<br>Phone: (212) 588-9460<br>Fax: (212) 588-9818<br>　　Attorneys for:<br>Mooney Brothers Corporation<br>National Boiler Works, Inc.,<br>Pennco, Inc.,<br><br>Elisa Gilbert, Esq.<br>**Francis A. Montbach, Esq.**<br>Mound, Cotton, Wollan & Greengrass<br>One Battery Park Plaza<br>New York, New York 10004-1486<br>(212) 804-4200<br>Fax: (212) 344-8066<br>　　Attorney for: George Fuller Co.<br>Astel Hill<br><br>Peter C. Langenus, Esq.<br>**Schnader Harrison Segal & Lewis LLP**<br>140 Broadway, Suite 3100<br>New York, NY 10005-9998<br>(212) 973-8000<br>　　Attorneys for:<br>Dunham-Bush<br>Cummins Engine Company, Inc.<br>Philips Electronics North America Corporation<br>Fort Kent Holdings, Inc., f/k/a Dunham-Bush, Inc.,<br><br>Anthony J. Caruso, Esq.<br>**Picillo & Caruso**<br>371 Franklin Avenue<br>P.O. Box 570<br>Nutley, New Jersey 07110<br>(973) 667-8100<br>Fax: (973) 667-8200<br>　　Attorney for:<br>Combustion Engineering, Inc.<br>ABB Lummus Crest, Inc.<br>Ingersoll-Rand<br><br>Kirsten A. Kneis<br>**Kirkpatrick & Lockhart Preston Gates Ellis LLP ("KL Gates")**<br>One Newark Center, Tenth Floor | Attorneys for: Thishman Liquidating Corporation<br><br>Rob C. Tonogbanua<br>**Dickie, McCamey & Chilcote, P.C.**<br>Public Ledger Building<br>Suite 901<br>150 South Independence Mall, West<br>Philadelphia, PA 19106-3409<br>Phone: (856) 354-0192<br>Fax: (856) 354-8164<br>　　Attorneys for:<br>　　Tyco International (U.S.), Inc.<br><br>Mary Jo Herrscher<br>**Feldman, Kieffer & Heman, LLP**<br>The Dun Building<br>110 Pearl Street, Suite 400<br>Buffalo, New York 14202<br>Fax: (716) 852-4253<br>　　(716) 852-5875<br>　　Attorneys for: Oblebay Norton<br><br>Russell A. Pepe, Esq.<br>**Harwood Lloyd, LLC**<br>350 Fifth Avenue, Suite 3304<br>Empire State Building<br>New York, New York 10118<br>　　Attorneys for: Schiavone-Bonomolo Corp.<br><br>James G. Bartolotto, Esq.<br>**Porzio, Bromberg & Newman, P.C.**<br>156 West 56th Street, Suite 1902<br>New York, New York 10019-3800<br>Phone (212) 265-6888<br>　　Attorneys for: Lac d' Amiante Du Quebec. Ltee,<br><br>Stephen L. Dreyfuss<br>**Hellring, Lindeman, Goldstein & Siegal LLP**<br>One Gateway Center<br>Newark, New Jersey 07102<br>(212) 567-1007<br>(973) 621-9020<br>　　Attorneys for:<br>Consolidated Engineering Company, Inc.<br><br>Ian R. Grodman, Esq.<br>**Law Office of Ian R. Grodman, P.C.**<br>515 Valley Street, Suite 170<br>Maplewood, NJ 07040 | **Aaronson Rappaport Feinstein & Deutsch, LLP**<br>757 Third Avenue<br>New York, N.Y. 10017<br>Ph: 212-593-6792<br>Fx: 212-593-6970<br>　　Attorneys for:<br>International Business Machines Corporation<br>Hatzel & Buehler<br><br>Marc E. Kasowitz, Esq.<br>**Kasowitz, Benson, Torres & Friedman LLP**<br>1633 Broadway<br>New York, NY 10019<br>(212) 506-1700<br>　　Attorneys for: Maremont Corporation<br><br>Stephen S. Davie<br>**Mackenzie Hughes LLP**<br>101 South Salina Street<br>PO BOX 4967<br>Syracuse, New York 13221-4967<br>　　Attorneys for: Ray Oil Burner Company<br><br>Heather Laschewer<br>Steven Weiner<br>**Kaufman Borgeest & Ryan**<br>99 Park Avenue, 19th Floor<br>New York, New York 10016<br>Phone: (212) 980-9600<br>Fax　: (212) 980-9291<br>　　Attorney for:<br>St. Clare's Hospital and Health Center<br>Cypress Medical Products<br><br>Marc Gaffrey<br>**Hoagland, Longo, Moran, Dunst & Douka**　　40 Paterson Street<br>New Brunswick, NJ 08903<br>　　Attorney for:<br>Fisher Scientific Company<br><br>Nancy Kelly<br>**Cetrulo & Capone LLP**<br>20 Exchange Place 43rd Floor<br>New York, New York 10005<br>Phone (212) 635-2230<br>Fax (212) 635-2239<br>　　Attorneys for: NYCAL<br><br>Lisa Linsky<br>**McDermott, Will & Emery LLP**<br>340 Madison Avenue |

978025.1

Newark, NJ 07102-5285
Phone: (973-848-4134
Fax: (973) 848-4001
Kirsten.kneis@klgates.com
   Attorneys for: Citibank, N.A.

Steven J. Loewenthal
**HPM&B**
99 Park Avenue
New York, New York 10016-1601
Phone: (212) 286-8585
Fax   : (212) 490-8966
   Attorneys for: Alstom Power, Inc.,

Joseph G. Colao, Esq.
**Leader & Berkon LLP**
630 Third Avenue #17
New York, New York 10017-6705
(212) 486-2400
Fax: (212) 486-3099
   Attorneys for: IMO Industries, Inc.
Monsanto Corporation

John Horenstein, Esq.
**Condon & Forsyth LLP**
7 Times SQ
New York, New York 10036-6524
(212) 894-6750
Fax: (212) 894-6751
   Attorneys for: M.W. Kellogg Company

Wm. Lee Kinnally, Jr.
**Gibney, Anthony & Flaherty, LLP**
665 Fifth Avenue
New York, New York 10022-5305
Phone: (212) 688-5151
Fax   : (212) 935-7892
   Attorneys for:
Grinnell Corporation

Arthur G. Cohen
**Gordon & Silber, P.C.**
355 Lexington Avenue, 7th Floor
New York, New York 10017
Phone: (212) 834-0600
   Attorneys for:
American Biltrite, Inc.,s/h/a American Biltrite, Individually and as Successor to Amtico Floors Corp.

Daniel S. Moretti
**Landman Corsi Ballaine & Ford P.C.**

Phone: (973) 313-2424
Fax: (973) 313-9712
File#: 1LNY
   Attorneys for:
LIPE AUTOMATION CORP.
Argo International
Darcoid Company of California
Mayer Malbin Company
Rheem Manufacturing Company

Nancy McDonald, Esq.
**McElroy, Deutsch & Mulvaney, LLP**
1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07
Phone: (973) 993-8100
Fax: (973) 425-0161
   Attorneys for: Eaton Aeroquip, Inc. f/k/a Aeroquip Corporation

Benjamin E. Haglund
**Day Pitney LLP**
7 Times Square New York, N.Y. 10036-7311
   Tel: 212-297-5800
   Fax: 212-916-2940
   Attorneys for: Phelps Dodge Industries, Inc.

Russell A. Pepe, Esq.
**Harwood Lloyd,LLC**
130 Main Street
Hackensack, NJ 07601
Phone: (201) 487-1080
Fax: (201) 487-4758
   Attorneys for:
Motion Control Industries, Inc.,

Michael P. Naughton, Esq.
**Brown Gavalas & Fromm LLP**
355 Lexington Avenue
New York, New York 10017
Phone: (212) 983-8500
   Attorneys for: Eastern Aero Supply
Elisa M. Pugliese, Esq.
**KeySpan**
175 East Old Country Road
Hicksville, New York 11801
Phone: (516) 545-4161
Fax:   (516) 545-5029
   Attorney For: KeySpan

New York, New York 10173-1922
Phone: (212) 547-5400
Fax : (212) 547-5444
   Attorneys for: Honeywell International Inc., f/k/a AlliedSignal, Inc., as successor in Interest to the Bendix Corporation

Michael T. Lewandowski
Richard Fama, Esq.
**Cozen O'Connor**
45 Broadway, 17th Floor
New York, New York 10006
(212) 509-9400
   Attorneys for: Goodall Rubber Company
   Hatzel & Buehler, Inc.

Paul A. Scrudato
**Schiff Hardin & Waite**
623 Fifth Avenue, 28th Floor
New York, New York 10022-6831
Phone: (212) 753-5000
   Attorneys for:
Ballantyne of Omaha, Inc.

Patrick J. Dwyer, Esq.
**Smith, Stratton, Wise, Heher & Brennan, LLP**
2 Research Way
Princeton NJ 08540
Phone: (609) 924-6000
Fax: (609) 924-6651
   Attorneys for: Goodrich Company
James D. Williams, Jr.
**Epstein, Becker & Green, P.C.**
250 Park Avenue
New York, New York 10177-1211
Phone: (212) 351-4500
Fax: (212) 661-0989
   Attorneys for:
Honeywell International as successor in interest to the Midland Ross Corp.
Midland Ross Corporation

Robert R. Rigolosi
**Segal McCambridge Singer & Mahoney, Ltd.**
830 Third Avenue, Suite 400
New York, New York 10022
Phone: (212) 651-7500
   Attorneys for:
Garlock Sealing Technologies, LLC
The Anchor Packing Company
Fairbanks Morse Pump Corporation

978025.1

| | | |
|---|---|---|
| 120 Broadway, 27th Floor<br>New York, New York 10271-0079<br>Phone: (212) 238-4800<br>　　　　Attorneys for: Sequoia Ventures, Inc. f/k/a Bechtel Corporation<br><br>Kevin T. Hughes<br>**Lord, Bissell & Brook LLP**<br>885 Third Avenue, 26th Floor<br>New York, New York 10022<br>　　　　Attorneys for: Lucas Automotive GMBH and Lucas Girling S.A.<br><br>David P. Schaffer, Esq.<br>**Malaby, Carlisle & Bradley, L.L.C**<br>150 Broadway, Suite 600<br>New York, New York 10038<br>Phone: (212) 791-0285<br>　　　　Attorneys for: Foster Wheeler L.L.C. and Foster Wheeler Energy Corp.<br>　　　　Kewaunee Scientific Corp.<br><br>Tyler Jay Lory<br>**Clausen Miller, P.C.**<br>One Chase Manhattan Plaza<br>New York, New York 10005<br>　　　　Attorneys for:<br>Scott Fetzer Company d/b/a Wayne Combustion Systems<br><br>Frank. A. Cecere, Esq.<br>Jonn Ryan, Esq.<br>**Ahmuty, Demers & McManus**<br>200 I.U. Willets Road<br>Albertson, New York 11507<br>Phone: (516) 535-2407<br>　　　　Attorneys for:<br>Connell Limited Partnership and Yuba Heat<br>National Lighting Company, INC<br>Tishman Construction Corporation | Christopher Hannan, Esq.<br>**Kelley Jasons McGowan Spinelli & Hanna, LLP**<br>120 Wall Street, 30th Floor<br>New York, NY<br>Phone(212) 344-7400<br>　　　Attorneys for: FMC Corporation<br><br>Christina S. Zirpoli<br>**Morrison Mahoney LLP,**<br>17 State Street, Suite 1110,<br>New York NY 10004<br>　　　Attorneys for: Zemex Corporation<br>　　　Suzorite Mineral Products | Fairbanks Morse Engine<br>Cummins Inc. s/h/a Cummins Engine Company, Inc.,<br>Greene, Tweed & Co.<br>BW/IP, Inc. |

Exhibit A

## WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 E. 42nd Street, New York, New York 10017  Tel: (212) 490-3000  Fax: (212) 490-3038

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris*

www.wilsonelser.com

March 26, 2007

Benjamin Darche, Esq.
Weitz & Luxenberg, P.C.
Attorney for Plaintiff
180 Maiden Lane
New York, N.Y., 10038

Re: **May 2007 In- Extremis Trial Cluster**
Christian Holinka
Joseph Saccomano
Our File No: 05335.00001

Dear Mr. Darche:

We have reviewed all discovery in the above referenced matters and do not find any basis for plaintiffs to pursue these claims as against defendant A.W. Chesterton.

Accordingly we take this opportunity to request that you sign the enclosed No Opposition Summary Judgment Motions and Orders in favor of defendant A.W. Chesterton and return copies to our office. Should you decline to sign the orders please advise as to the basis of plaintiffs' claims against A.W. Chesterton.

If you have any questions please do not hesitate to contact us.

Sincerely,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Ann Marie Vida

Enclosures
cc: All Co-Defendants

2745137.1

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------x
IN RE NEW YORK COUNTY
    ASBESTOS LITIGATION

NYCAL
I.A.S. Part 39
(Freedman, J.)

-------------------------------------------------x
This Document Relates To:

Christian Holinka

Index No: 114120/06

**NO OPPOSITION SUMMARY JUDGMENT MOTION AND ORDER**

-------------------------------------------------x

    WHEREFORE, defendant **A.W. CHESTERTON COMPANY** hereby requests summary judgment in the above-entitled case, pursuant to Civil Practice Law and Rules Section 3212, dismissing plaintiff's complaint against defendants **A.W. CHESTERTON COMPANY** with prejudice, and there being no opposition thereto,

    ORDERED, that upon notice to all co-defendants, all claims and cross claims against defendants **A.W. CHESTERTON COMPANY**, be and the same are hereby dismissed with prejudice and without costs.

Dated:    New York, New York
           March 26, 2007

_____
Benjamin Darche, Esq.
Weitz & Luxenberg
Attorney for Plaintiff
180 Maiden Lane
New York, NY 10038

_____
Julie Evans, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
Attorney for Defendant
A.W. CHESTERTON COMPANY
150 East 42nd Street
New York, New York 10017
212-490-3000
File No. 05335.32378

SO ORDERED, _____
             Hon. Helen E. Freedman

2744684.1

Index No.                                                                                   Julie Evans, Esq.
                                                                                            05335.00001

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

In Re: New York Asbestos Litigation

```
NYS SUPREME COURT
    RECEIVED

   APR 1 0 2007

    IAS MOTION
 SUPPORT OFFICE
```

### NOTICE OF MOTION FOR SUMMARY JUDGMENT

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*Attorneys For* A.W. CHESTERTON COMPANY

*Office & Post Office Address, Telephone*
150 EAST 42ND STREET
NEW YORK, NEW YORK 10017-5639
(212) 490-3000