SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

IN RE:
NEW YORK CITY ASBESTOS LITIGATION

THIS DOCUMENT RELATES TO:

Christian F Holinka

    Plaintiff(s),

vs.

A.W. Chesterton Company, et als.

    Defendant(s).

(NYCAL)
INDEX NO.: 114120-06

ACKNOWLEDGMENT OF SERVICE AND ANSWER

Defendant, **Fisher Scientific International Inc.**, attorneys, **HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP**, hereby acknowledges receipt of a Summons and a copy of plaintiffs' Verified Complaint in this action.

Defendant, **Fisher Scientific International Inc.**, hereby replies to Verified Complaint in this action by reference to its standard Answer #1 to Weitz & Luxenberg P.C.'s Standard Asbestos Complaint for Personal Injury No. 7 filed pursuant to NYCAL Case Management Order and raises each of the affirmative defenses and cross-claims contained in its Standard Answer.

DATED:    New York, New York
April 25, 2007

HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
Attorneys for Defendant, Fisher Scientific International Inc.

BY: _____
KRISTY KULINA LYONS

TO:    WEITZ & LUXENBERG, P.C.
Attorneys for Plaintiffs

Hoagland, Longo,
Moran, Dunst
& Doukas, LLP
Attorneys at Law

156 Williams Street
11th Floor
New York, NY 10035