SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

*6-14-07*
*SUBM*

---

IN RE:  NEW YORK COUNTY ASBESTOS
LITIGATION

---

This document Relates to:
CHRISTIAN F. HOLINKA.,

            Plaintiff,

      v.

A.W.CHESTERTON COMPANY, et al.,

           Defendants.

---

NYCAL
I.A.S. Part 39
(Freedman, J.)

*114120/06 04   013061*

Index. No. ~~11420/06~~

*006 C*

**NOTICE OF MOTION FOR
PRO HAC VICE ADMISSION OF
BRENDA N. BUONAIUTO**

*SRWC*

     PLEASE TAKE NOTICE that upon the annexed Affirmation of Daniel B. Carroll,

affirmed on May 25, 2007, the attached Affidavit of Brenda N. Buonaiuto, sworn to on May 24,

2007, and the exhibit thereto, and all prior pleadings and proceedings in this manner, the

undersigned counsel for defendant, Baxter Healthcare Corporation, will move this Court at the

I.A.S. Motion Part, room 130 of the New York State Supreme Court Building, 60 Centre Street,

New York, New York 10007, on the 14th day of June, 2007, at half past nine o'clock in the

forenoon thereof for an Order admitting Brenda N. Buonaiuto, Esq., to appear and participate in

the captioned matter pro hac vice, and for such other and further relief as the Court deems just

and proper.

     PLEASE TAKE FURTHER NOTICE that pursuant to CPLR § 2214(b), answering

papers, if any, shall be served upon the undersigned at least two days before the return date of

this application.

VM 2
INDEX NUMBER 114120   YEAR 2006
15 MOTIONS                    45.00
TOTAL                         45.00
CREDIT CARD                   45.00
CONS CASHIER    DATE    TIME  TERM
                             1:52 PM 00-1

*FILED*
*AUG 15 2007*
*NEW YORK
COUNTY CLERK'S OFFICE*

SUPREME COURT
STATE OF NEW YORK
**APPROVED**
I.A.S. MOTION
SUPPORT OFFICE
[X] MOT   [ ] X-MOT
*EA*
CLERK'S
INITIALS

*On adversary will be notified on the change on this notice.*

*Conrad Pym*
*Paralegal*

Dated: New York, New York
      May 25, 2007

DRINKER BIDDLE & REATH LLP

By: _____
      Daniel B. Carroll
140 Broadway, 39th Floor
New York, New York 10005-1116
(212) 248-3140

TO:  SEE ATTACHED COUNSEL LIST

**Holinka v. A.W. Chesterton Company, et al.**
**Index No. 114120/06**

SERVICE LIST:

Benjamin Darche, Esq.
Weitz & Luxenberg
180 Maiden Lane
New York, New York 10038-4925
*(counsel for plaintiff)*

Julie Evans, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
150 East 42nd Street
New York, New York 10017-5639
*(counsel for A.W. Chesterton Co.)*

Judith Yavitz, Esq.
Anderson, Kill, Olick & Oshinsky
1251 Avenue of the Americas
New York, New York 10020-1000
*(counsel for Amchem Products, Inc. and Certain Teed Corporation)*

Theodore Eder, Esq.
Segal McCambridge Singer & Mahoney
830 Third Avenue, Suite 400
New York, New York 10022
*(counsel for Anchor Packing Co., Inc. and Garlock Sealing Technologies LLC)*

Cori L. Leavitt, Esq.
Malaby, Carlisle & Bradley LLC
150 Broadway
New York, New York 10038
*(counsel for Aqua-Chem, Inc., CBS Corporation, J.H. France Refractories Co.,
Kewaunee Scientific Corp., and Premier Refractories, Inc.)*

Lawrence McGivney, Esq.
McGivney & Kluger, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*(counsel for Beckman Coulter, Inc.)*

Carol M. Tempesta, Esq.
Marks, O'Neill, O'Brien & Courtney, P.C.
530 Saw Mill River Road
Elmsford, NY 10523
*(counsel for Corning Glass, k/n/a Corning Incorporated)*

Joseph Colao, Esq.
Leader & Berkon LLP
630 3rd Avenue, 17th Floor
New York, New York 10017
*(counsel for E.I. DuPont de Nemours and Company)*

Steven Kevelson, Esq.
One Cozine Avenue
Brooklyn, NY  101201
*(counsel for Empire Ace Insulation Mfg. Corp.*)

Marc S. Gaffrey, Esq.
Hoagland, Longo, Moran, Dunst & Doukas
40 Patterson Street
P.O. Box 480
New Brunswick, New Jersey 08903
*(counsel for Fisher Scientific International Inc.)*

Lisa M. Pascarella, Esq.
Pehlivanian, Braaten & Pascarella, LLC
2430 Route 34
Manasquan, New Jersey 08736
*(counsel for Ingersoll-Rand Co.)*

Jennifer Darger, Esq.
Darger & Errante LLP
116 East 27th Street, 12th Floor
New York, New York 10016
*(counsel for Lennox Industries, Inc.)*

Greg A. Dadika, Esq.
Reed Smith LLP
136 Main Street, Suite 250
Princeton Forrestal Village
Princeton, New Jersey 08540
*(counsel for Manorcare Health Services, Inc., d/b/a Manor Care, Inc.)*

Linda Yassky, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, New York 10020
*(counsel for Rapid American Corporation)*

Ian Grodman, Esq.
Law Offices of Ian R. Grodman, P.C.
515 Valley Street, Suite 170
Maplewood, New Jersey 07040
*(counsel for Rheem Manufacturing Company, Inc.)*

Jonathan E. Polonsky, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, New York 10022
*(counsel for Univar USA, Inc.)*

David F. Abernethy, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
*(counsel for VWR International, Inc.)*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

IN RE: NEW YORK COUNTY ASBESTOS
LITIGATION

---

This document Relates to:
CHRISTIAN F. HOLINKA.,

               Plaintiff,

    v.

A.W.CHESTERTON COMPANY, et al.,

            Defendants.

---

NYCAL
I.A.S. Part 39
(Freedman, J.)

Index. No. 11420/06

**AFFIRMATION OF
DANIEL B. CARROLL**

---

DANIEL B. CARROLL, an attorney duly admitted to practice law before the Courts of the State of New York, hereby affirms under penalty of perjury that:

1.    I am a partner with the law firm of Drinker Biddle & Reath LLP, attorneys for defendant Baxter Healthcare Corporation ("Baxter"). I am familiar with the facts of this case, and I submit this Affirmation in support of Baxter's application to permit Brenda N. Buonaiuto ("Ms. Buonaiuto") to appear in this action *pro hac vice*.

2.    Ms. Buonaiuto is counsel to Drinker Biddle & Reath LLP and is resident in its San Francisco office. As set forth in the Affidavit of Ms. Buonaiuto, attached as Exhibit A, she is a graduate of Santa Clara University School of Law and is admitted to practice before the Courts of the States of California and Connecticut. Ms. Buonaiuto is a member in good standing of these Bars. A Certificate of Good Standing from the State of California is attached to Ms. Buonaiuto's Affidavit.

3.    Ms. Buonaiuto is familiar with the facts of this case. She has represented Baxter

in litigation similar to this matter, and she has been asked to be actively involved in this action.

4.    There are no disciplinary proceedings pending against Ms. Buonaiuto in any jurisdiction, no discipline has previously been imposed upon her in any jurisdiction, and she has agreed to comply with the rules governing the Courts of New York, including all disciplinary rules.

WHEREFORE, I respectfully request that Brenda N. Buonaiuto be admitted *pro hac vice* for the purpose of appearing and participating in this action on behalf of Baxter, and for such other and further relief as this Court deems appropriate.

Dated: New York, New York
     May 25, 2007              DRINKER BIDDLE & REATH LLP

                                By: _____
                                  Daniel B. Carroll
                               140 Broadway, 39th Floor
                               New York, New York 10005-1116
                               (212) 248-3140

- 2 -

Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| IN RE: NEW YORK COUNTY ASBESTOS LITIGATION | NYCAL I.A.S. Part 39 (Freedman, J.) |
| This document Relates to: CHRISTIAN F. HOLINKA., | Index. No. 11420/06 |
| Plaintiff, | |
| v. | **AFFIDAVIT OF BRENDA N. BUONAIUTO** |
| A.W.CHESTERTON COMPANY, et al., | |
| Defendants. | |

BRENDA N. BUONAIUTO, being duly sworn according to law, upon her oath deposes and says:

1.    I am counsel with the law firm of Drinker Biddle & Reath LLP, which maintains an office at 140 Broadway, 39th Floor, New York, New York.  I practice out of Drinker Biddle & Reath LLP's office located at 50 Fremont Street, 20th Floor, San Francisco, California.

2.    I graduated from Santa Clara University School of Law in 1994.  I am admitted to practice before the Courts of the State of California (1994) and Connecticut (1996).  I am a member in good standing of those Bars.  I actively practice in the State of California and am of inactive status in Connecticut.  A certificate of Good Standing from the State of California is attached as Exhibit A.

3.    I am associated in this matter with Daniel B. Carroll, a member in good standing of the Bar of the State of New York.

4.    I am not currently suspended or disbarred in any jurisdiction.

5.    I am not the subject of any pending disciplinary matter in any jurisdiction, and no discipline has previously been imposed upon me in any jurisdiction.

6.    There is good cause for my admission *pro hac vice* in this matter.  I am counsel in this matter for defendant Baxter Healthcare Corporation.  I have been actively involved in the representation of Baxter in litigation similar to this matter, and I have been asked to be actively involved in this action.  I am familiar with the facts of this case, and I will comply with the rules governing the Courts of New York, including all disciplinary rules.

WHEREFORE, I respectfully request that I be admitted *pro hac vice* for the purpose of appearing and participating in this action and for such other and further relief as this Court deems appropriate.

_____
BRENDA N. BUONAIUTO

Sworn to and subscribed before me on
this the 24th day of May, 2007.

_____
Notary Public



DIANE M. MILLER
Commission # 1630740
Notary Public · California
San Francisco County
My Comm. Expires Dec 17, 2009



## Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *BRENDA NAOMI BUONAIUTO*

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that BRENDA NAOMI BUONAIUTO was on the 7TH day of DECEMBER, 1994, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 23rd day of May, 2007.*

FREDERICK K. OHLRICH _____

*Clerk of the Supreme Court*

By: _____

*Deputy Clerk*

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| IN RE: NEW YORK COUNTY ASBESTOS LITIGATION | NYCAL<br>I.A.S. Part 39<br>(Freedman, J.) |
| This document Relates to:<br>CHRISTIAN F. HOLINKA., | Index. No. 11420/06 |
| Plaintiff, | **AFFIDAVIT OF SERVICE** |
| v. | |
| A.W.CHESTERTON COMPANY, et al., | |
| Defendants. | |

Timothy J. Fraser, being duly sworn, deposes and says:

I am over the age of eighteen and I am not a party to this action. On May 25, 2007, I caused a true and correct copy of the foregoing Motion for Pro Hac Vice Admission of Brenda N. Buonaiuto to be served upon the following via Federal Express:

> Benjamin Darche, Esq.
> Weitz & Luxenberg
> 180 Maiden Lane
> New York, New York 10038-4925
> *(counsel for plaintiff)*

On May 25, 2007, I caused a true and correct copy of the foregoing Motion for Pro Hac Vice Admission of Brenda N. Buonaiuto to be served upon the following via first class mail with adequate postage affixed thereto:

> Julie Evans, Esq.
> Wilson, Elser, Moskowitz, Edelman & Dicker
> 150 East 42nd Street
> New York, New York 10017-5639
> *(counsel for A.W. Chesterton Co.)*

Judith Yavitz, Esq.
Anderson, Kill, Olick & Oshinsky
1251 Avenue of the Americas
New York, New York 10020-1000
*(counsel for Amchem Products, Inc. and Certain Teed Corporation)*

Theodore Eder, Esq.
Segal McCambridge Singer & Mahoney
830 Third Avenue, Suite 400
New York, New York 10022
*(counsel for Anchor Packing Co., Inc. and Garlock Sealing Technologies LLC)*

Cori L. Leavitt, Esq.
Malaby, Carlisle & Bradley LLC
150 Broadway
New York, New York 10038
*(counsel for Aqua-Chem, Inc., CBS Corporation, J.H. France Refractories Co.,
Kewaunee Scientific Corp., and Premier Refractories, Inc.)*

Lawrence McGivney, Esq.
McGivney & Kluger, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
*(counsel for Beckman Coulter, Inc.)*

Carol M. Tempesta, Esq.
Marks, O'Neill, O'Brien & Courtney, P.C.
530 Saw Mill River Road
Elmsford, NY 10523
*(counsel for Corning Glass, k/n/a Corning Incorporated)*

Joseph Colao, Esq.
Leader & Berkon LLP
630 3rd Avenue, 17th Floor
New York, New York 10017
*(counsel for E.I. DuPont de Nemours and Company)*

Steven Kevelson, Esq.
One Cozine Avenue
Brooklyn, NY 101201
*(counsel for Empire Ace Insulation Mfg. Corp.)*

- 2 -

Marc S. Gaffrey, Esq.
Hoagland, Longo, Moran, Dunst & Doukas
40 Patterson Street
P.O. Box 480
New Brunswick, New Jersey 08903
*(counsel for Fisher Scientific International Inc.)*

Lisa M. Pascarella, Esq.
Pehlivanian, Braaten & Pascarella, LLC
2430 Route 34
Manasquan, New Jersey 08736
*(counsel for Ingersoll-Rand Co.)*

Jennifer Darger, Esq.
Darger & Errante LLP
116 East 27th Street, 12th Floor
New York, New York 10016
*(counsel for Lennox Industries, Inc.)*

Greg A. Dadika, Esq.
Reed Smith LLP
136 Main Street, Suite 250
Princeton Forrestal Village
Princeton, New Jersey 08540
*(counsel for Manorcare Health Services, Inc., d/b/a Manor Care, Inc.)*

Linda Yassky, Esq.
Sonnenschein Nath & Rosenthal
1221 Avenue of the Americas
New York, New York 10020
*(counsel for Rapid American Corporation)*

Ian Grodman, Esq.
Law Offices of Ian R. Grodman, P.C.
515 Valley Street, Suite 170
Maplewood, New Jersey 07040
*(counsel for Rheem Manufacturing Company, Inc.)*

Jonathan E. Polonsky, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, New York 10022
*(counsel for Univar USA, Inc.)*

- 3 -

David F. Abernethy, Esq.
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6996
*(counsel for VWR International, Inc.)*


these being their last known addresses.


_____
Timothy J. Fraser


Sworn to and subscribed before me on
this the 25th day of May, 2007.

_____
Notary Public

**GLORIA DEANE**
**A Notary Public Of New Jersey**
**My Commission Expires December 15, 2007**

- 4 -

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

NYCAL
I.A.S. Part 39

Index No. 114120-06

---

IN RE NEW YORK COUNTY
ASBESTOS LITIGATION

CHRISTIAN F. HOLINKA,

                    Plaintiff,

-against-

A.W. CHESTERTON COMPANY, et al.,

                    Defendants.

NYS SUPREME COURT
RECEIVED

MAY 25 2007

IAS MOTION
SUPPORT OFFICE

---

## MOTION TO ADMIT BRENDA N. BUONAIUTO
### *PRO HAC VICE*

---

DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
(212) 248-3140

Attorneys for Defendant, Baxter International Inc.