SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: Hon. HELEN E. FREEDMAN                    PART 39
                                    Justice
_____

Holinka                                    INDEX NO. 114120/06
                          Plaintiff,       MOTION DATE _____
        -v-
                                           MOTION SEQ. NO. 05
                                           MOTION CAL. NO. _____
ACJ                       Defendant.
_____

The following papers, numbered 1 to ____ were read on this motion to/for ____

|                                                              | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits | |
| Answering Affidavits — Exhibits | |
| Replying Affidavits | |

Cross-Motion:  [ ] Yes   [x] No

**FILED JUN 21 2007 COUNTY CLERK'S OFFICE NEW YORK**

ORDERED that this motion by A W Chesterton for summary judgment is granted without opposition and the claims and cross-claims against movant(s) are severed from the remaining claims and dismissed; and it is further

ORDERED that the Clerk is directed to enter judgment accordingly. This is the order of the Court.

June 7, 2007

_____
          J.S.C.

Check one:  [ ] FINAL DISPOSITION   [x] NON-FINAL DISPOSITION