SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------X

IN RE NEW YORK CITY                          :          NYCAL
ASBESTOS LITIGATION                          :          I.A.S. Part 39
                                             :          (Freedman, J.)

---------------------------------------------------X

CHRISTIAN F. HOLINKA,                        :          Index No. 06-114120
                                             :
                        Plaintiff,           :
                                             :
            -against-                        :          **SUBSTITUTION OF**
                                             :          **COUNSEL**
A.W. CHESTERTON COMPANY, et. al.,            :
                                             :
                        Defendants.          :

----------------------------------------------- X

          IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

and the parties hereto, that the law firm of Marks, O'Neill, O'Brien & Courtney, P.C. is

substituted for Drinker Biddle & Reath LLP as counsel of record for Defendant VWR

International, Inc. in the above-captioned action.

RECEIVED
JUN - 8 2007
TRIAL SUPPORT OFFICE

Dated: New York, New York
       June 5 , 2007

FILED
JUL 1 2 2007
COUNTY CLERK'S OFFICE
NEW YORK

DRINKER BIDDLE & REATH LLP          MARKS, O'NEILL, O'BRIEN & COURTNEY P.C

By: _____        _____
    Thuy T. Bui                     Carol M. Tempesta
    Drinker Biddle & Reath LLP      Marks, O'Neill, O'Brien & Courtney, P.C.
    140 Broadway, 39th Floor        530 Saw Mill River Road
    New York, NY 10005              Elmsford, NY 10523
    (212) 248-3140                  (914) 345-3701

{NY028488.1}

AGREED AND CONSENTED TO:

VWR International, Inc.

By: _____

   Amy McDonald
   Assistant General Counsel
   North America

{NY02S483.1}2

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

--------------------------------------------------------X
IN RE NEW YORK COUNTY     :   NYCAL
  ASBESTOS LITIGATION    :   I.A.S. Part 39
             :   (Freedman, J.)
---------------------------------------------------------- X
             :    Index No. 06-114120
CHRISTIAN F. HOLINKA,     :
             :
       Plaintiff,   :
             :
    -against-     :   **AFFIDAVIT OF SERVICE**
             :
A.W. CHESTERTON COMPANY, et. al., :
             :
    Defendants.   :
             :
--------------------------------------------------------- X

STATE OF NEW YORK )
         ) ss:
COUNTY OF NEW YORK )

   Tenisha Herell, being duly sworn, deposes and says:

   1. I am over the age of eighteen years, and am not a party to this action.

   2. On the 8th day of June 2007, I served a true copy of the foregoing Stipulation of Substitution of Counsel for VWR International, Inc. by regular mail to all parties on the attached Service List that being their last known addresses, by depositing copies in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the U.S. Post Office within the State of New York.

                     TENISHA HERELL

Sworn to before me this
8th day of June, 2007

NOTARY PUBLIC

JANICE B. GRUBIN
Notary Public, State of New York
No. 02GR6016469
Qualified in New York County
Commission Expires 01/03/2011

## Christian F. Holinka Service List

| | |
|---|---|
| Benjamin Darche, Esq.<br>WEITZ & LUXENBERG, P.C.<br>180 Maiden Lane<br>New York, New York 10038-4925<br>**Attorneys for Plaintiffs** | Julie Evans, Esq.<br>Wilson, Elser, Moskowitz, Edelman & Dicker<br>150 East 42nd Street<br>New York, NY 10017-5639<br>Phone # (212) 490-3000<br>Fax # (212) 490-3038<br>**Counsel For A.W. Chesterton Co.** |
| Judith Yavitz, Esq.<br>Anderson, Kill, Olick & Oshinsky<br>1251 Avenue of the Americas<br>New York, NY 10020-1000<br>Phone # (212) 278-1000<br>Fax # (212) 278-1733<br>**Counsel for Amchem Products, Inc., n/k/a Rhone Poulenc Ag Co., n/k/a Bayer Cropscience Inc., and Certain Teed Corporation** | Cori L. Leavitt, Esq.<br>William Bradley, Esq.<br>Joseph Carlisle, Esq.<br>Mary Ellen Connor, Esq.<br>Malaby, Carlisle & Bradley LLC<br>150 Broadway<br>New York, NY 10038<br>Phone # (212) 791-0285<br>Fax # (212) 791-0286<br>**Counsel for Aqua-Chem, Inc., CBS Corporation, a Delaware Corp., f/k/a Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania Corp., f/k/a Westinghouse Electric Corp., Premier Refractories, Inc. f/k/a Adience/BMI and J.H. France Refractories Co.** |
| Theodore Eder, Esq.<br>Chris Gannon, Esq.<br>Segal McCambridge Singer & Mahoney<br>830 Third Avenue, Suite 400<br>New York, NY 10022<br>Phone # (212) 651-7500<br>Fax # (212) 651-7499<br>**Counsel for Anchor Packing Co., Inc., and Garlock Sealing Technologies LLC f/k/a Garlock, Inc.** | Lawrence McGivney, Esq.<br>Monakee Griffin, Esq.<br>McGivney & Kluger, P.C.<br>80 Broad Street, 23rd Floor<br>New York, NY 10004<br>Phone # (212) 509-3456<br>Fax # (212) 509-4420<br>**Counsel for Beckman Coulter, Inc.** |
| Carol M. Tempesta, Esq.<br>Marks, O'Neill, O'Brien & Courtney, P.C.<br>530 Saw Mill River Road<br>Elmsford, NY 10523<br>Phone #(914) 345-3701<br>Fax # (914) 345-3743<br>**Counsel for Corning Glass, k/n/a Corning Incorporated** | Joseph Colao, Esq.<br>Helen Chung, Esq.<br>Leader & Berkon LLP<br>630 3rd Avenue, 17th Floor<br>New York, NY 10017<br>Phone # (212) 486-2400<br>Fax # (212) 486-3099<br>**Counsel for E.I. Dupont De Nemours and Company** |

| | |
|---|---|
| Steve Kevelson, Esq.<br>One Cozine Avenue<br>Brooklyn, NY 11207<br>Phone # (718) 649-4900<br>Fax # (718) 649-4902<br>**Counsel for Empire Ace Insulation MFG. Corp.** | Marc S. Gaffrey, Esq.<br>Hoagland, Longo, Moran, Dunst & Doukas<br>40 Patterson Street<br>P.O. Box 480<br>New Brunswick, NJ 08903<br>Phone # (732) 545-4717<br>Fax # (732) 545-4579<br>**Counsel for Fisher Scientific International Inc.** |
| Lisa M. Pascarella, Esq.<br>Pehlivanian, Braaten & Pascarella, LLC<br>2430 Route 34<br>Manasquan, NJ 08736<br>Phone # (732) 528-8888<br>Fax # (732) 528-4445<br>**Counsel for Ingersoll-Rand Co.** | Cori L. Leavitt, Esq.<br>Malaby, Carlisle & Bradley LLC<br>150 Broadway<br>New York, NY 10038<br>Phone # (212) 791-0285<br>Fax # (212) 791-0286<br>**Counsel for Kewaunee Scientific Corporation** |
| Jennifer Darger, Esq.<br>Vincent A. Errante, Jr., Esq.<br>Darger & Errante LLP<br>116 East 27th Street, 12th Floor<br>New York, NY 10016<br>Phone # (212) 452-5300/5303<br>Fax # (212) 452-5301<br>**Counsel for Lennox Industries, Inc.** | Linda Yassky, Esq.<br>Sonnenschein Nath & Rosenthal<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Phone # (212) 398-5297<br>Fax # (212) 768-6800<br>**Counsel for Rapid American Corporation** |
| Ian Grodman, Esq.<br>Law Offices of Ian R. Grodman, P.C.<br>515 Valley Street, Suite 170<br>Maplewood, NJ 07040<br>Phone # (973) 313-2424<br>Fax # (973) 313-9712<br>**Counsel for Rheem Manufacturing Company,<br>Inc., Individually and as successor to Rheem<br>Manufacturing Company, as successor by merger<br>to Civestco, Inc.** | Timothy Fraser, Esq.<br>Drinker Biddle & Reath LLP<br>500 Campus Drive<br>Florham Park, New Jersey 07932-1047<br>Phone # (973) 360-1100<br>Fax # (973) 360-9831<br>**Counsel for Baxter International Inc.** |
| John J. Zefutie, Jr., Esq.<br>Greg A. Dadika, Esq.<br>Reed Smith LLP<br>136 Main Street<br>Princeton Forrestal Village<br>Princeton, NJ 08540<br>Phone # (609) 987-0050<br>Fax # (609) 951-0824<br>**Counsel for Manorcare Health Services, Inc., d/b/a<br>Manor Care, Inc., individually and as successor to<br>Precision-Cosmet Company, Inc., Central<br>Scientific Company, a division of Cenco<br>Incorporated; Central Scientific Company, a<br>division of Cenco Instruments Corporation** | |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

-----------------------------------------X

IN RE: NEW YORK COUNTY
ASBESTOS LITIGATION

NYC AL
I.A.S. Part 39
(Freedman, J.)

-----------------------------------------X

CHRISTIAN F. HOLINKA,

Index No. 00-114120

Plaintiff,

against

A.W. CHESTERTON COMPANY, et al.

Defendants.

-----------------------------------------X



SUBSTITUTION OF COUNSEL

DRINKER BIDDLE & REATH LLP
Attorneys at Law
Attorneys for Defendants
VWR International Inc.
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140