SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------X
:
In Re: NEW YORK CITY ASBESTOS LITIGATION    :   Hon. Joan Madden
:   (Part 11)
------------------------------------------------------------------X
This Document Relates To:                   :
:
THE FOLLOWING PLAINTIFFS FROM THE WEITZ  :
& LUXENBERG MAY 2007 NYCAL *IN EXTREMIS* :
CLUSTER:                                    :
:
FRANK BIANCO (Index No. 11546-06)           :
JAMES DIRECTOR (Index No. 115923-06)        :
KARL FELTEN (Index No. 114005-06)           :
HARVEY HELFAND (Index No. 117176-06)        :
CHRISTIAN HOLINKA(Index No. 114120-06)      :
JACK NACHT (Index No. 114274-06)            :
FREDERICK RITZER (Index No. 11328-06)       :
JOSEPH SACCOMANO (Index No. 113299-06)      :
ROBERT SHEPPARD (Index No. 117513-06)       :
:
------------------------------------------------------------------X

STATE OF NEW JERSEY:

COUNTY OF MERCER:

      I, April LeGros, being a person over the age of 18 years, attest that on July 16, 2007, for and on behalf of Defendants ManorCare Health Services, Inc. (alleged to be a successor in interest to Central Scientific Company, a division of Cenco, Inc.) ("ManorCare"), Fisher Scientific International Inc. ("Fisher"), Baxter Healthcare Corporation (alleged to be a successor in interest to American Hospital Supply Corp. and American Scientific Products) ("Baxter") and VWR International, Inc. ("VWR") and Univar USA Inc. ("Univar") (collectively, the "Lab Supply Defendants"), I served a Joint Memorandum of Law in Opposition to Plaintiffs' Motion for a Joint Trial and the Affirmation of Greg A. Dadika, Esq. (with exhibits) *via* regular mail to all counsel on the attached service list.

_____
April LeGros

Sworn to me this 16th day
of July, 2007

_____
Notary Public

WANETA ANN TRELA
A Notary Public of New Jersey
My Commission Expires 12/8/2011

PRCLIB-451751 1-GADADIKA 7/16/07 12:16 PM

## MAY 2007 IN EXTREMIS SERVICE LIST
(As of 07/11/07)

Benjamin Darche, Esq.
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038-4925
(Counsel for Plaintiff)

Nancy McDonald, Esq.
McElroy, Deutch & Mulvaney
1300 Mount Kembel Avenue
Morristown, NJ 07962-2075
(Counsel for A.O. Smith Water Products Co.)

Thuy T. Bui, Esq.
Timothy Fraser, Esq.
Drinker Biddle & Reath, LLP
140 Broadway, 39th Floor
New York, NY 10005
(Counsel for Baxter Healthcare Corporation, individually and as successor-in-interest to American Supply Corp. and American Scientific Products, Baxter International Inc., individually and as successor-in-interest to American Hospital Supply Corp., and American Scientific Products, and VWR International, Inc.)

Yvette Harmon, Esq.
Philip Goldstein, Esq.
McGuire Woods LLP
1345 Avenue of the Americas, 7th Floor
New York, NY 10105
(Counsel for American Standard, Inc. and Bell & Gossett Co.)

Arthur G. Cohen, Esq.
Gordon & Silber
355 Lexington Avenue
New York, NY 10017
(Counsel for American Biltrite Company, American Biltrite, Inc., individually and as successor to Amtico Floors and Amtico, a division of American Biltrite)

Suzanne Halbardier, Esq.
Robert Goris, Esq.
Barry, McTiernan & Moore
2 Rector Street, 14th Floor
New York, NY 10006
(Counsel for Blackman Plumping Supply Company, Inc., Domco Products Texas, LP, individually and as successor to Azrock Industries, Inc.)

Anna Dilonardo, Esq.
Weiner Lesniak, LLP
888 Veteran's Memorial Highway
Suite 540
Hauppauge, NY 11788
(Counsel for Borg-Warner Corp., n/k/a Burns International Services Corp.)

John J. Fanning, Esq.
Rosa Lee, Esq.
Cullen & Dykman
177 Montague Street
Brooklyn, NY 11201
(Counsel for Burnham Corporation and Goulds Pump, Inc.)

Frank A. Cecere, Esq.
Ahmuty, Demers & McManus
200 I.U. Willets Road
Albertson, NY 11507
(Counsel for Carrier Corp., as successor-in-interest to Bryant Heating & Cooling Systems)

Andrew Czerepak, Esq.
Consolidated Edison
Four Irving Place
New York, NY 10003
(Counsel for Consolidated Edison Company of New York, Inc.)

Angela Digiglio, Esq
Kirsten A. Kneis, Esq.
Michael Waller, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
One Newark Center
10th Floor
Newark, NJ 07102
(Counsel for Crane Co., and Square D)

James P. Connors, Esq.
Jones Hirsch Connors & Bull P.C.
1 Battery Park Plaza, 28th Floor
New York, NY 10004
(Counsel for ECR International Corp., f/k/a Dunkirk Radiator Corp.)

Ken Roberts, Esq.
Wolf, Block, Schorr & Solis-Cohen, LLP
250 Park Avenue
New York, NY 10177
(Counsel for Federal Pump Corporation)

Gregg Borri, Esq.
Law Offices of Gregg J. Borri, Esq.
61 Broadway, Suite 2125
New York, NY 10006
(Counsel for Georgia Pacific Co.)

Patrick J. Dwyer, Esq.
Smith, Stratton, Wise, Heher & Brennan
2 Research Way
Princeton, NJ 08540
(Counsel for Goodrich Corporation, f/k/a The B.F. Goodrich Company, Individually, and as successor-in-interest to The Cleveland Pneumatic Company, a Division of the Pneumo Abex Corp., a wholly-owned subsidiary of ABEX, Inc.

Scott R. Emery, Esq.
Lynch Daskal Emery LLP
264 West 40th Street
New York, NY 10018
(Counsel for Goodyear Canada, Inc. and Goodyear Tire & Rubber Co.)

Daniel J. McNamare, Esq.
DeCicco, Gibbons & McNamara, P.C.
14 East 38th Street, 5th Floor
New York, NY 10016
(Counsel for Kaiser Gypsum Company, Inc.)

Cynthia Weiss Antonucci, Esq.
Harris, Beach LLP
100 Wall Street
New York, NY 10005
(Counsel for Kentile Floors, Inc.)

Elisa M. Pugliese, Esq.
Keyspan
Legal Department
175 Old Country Road
Hicksville, NY 11801
(Counsel for Keyspan Generation LLC, f/k/a Long Island Power Authority)

Kevin L. Kelly, Esq.
Bradley J. Levien, Esq.
Mintzer, Sarowitz, Zeris, Ledva & Meyers
39 Broadway, Suite 950
New York, NY 10006
(Counsel fo Mansfield Plumbing Products, LLC0

Francis F. Quinn, Esq.
Tim McHugh, Esq.
Lavin, O'Neil, Ricci, Cedrone & DiSipio
420 Lexington Avenue, Suite 2900
Graybar Building
New York, NY 10170
(Counsel for 3M)

Michael A. Cerussi, Esq.
Thomas M. Crispi, Esq.
Cerussi & Spring
One North Lexington Avenue
White Plains, NY 10601
(Co-Counsel for 3M)

Art Bromberg, Esq.
Weiner & Lesniak LLP
629 Parsippany Road
P.O. Box 439
Parsippany, NJ 07054-0438
(Counsel for Peerless Industries, Inc.)**

Anna Dilonardo, Esq.
Weiner Lesniak, LLP
888 Veteran's Memorial Highway, Suite 540
Hauppauge, NY 11788
(Counsel for Robert A. Keasbey Co.)

Loring Fenton, Esq.
Greenberg Traurig, LLP
Met Life Building
200 Park Avenue
New York, NY 10166
(Trial Counsel for Robert A. Keasbey Co.)

Zachary W. Carter, Esq.
Dorsey & Whitney LLP
250 Park Avenue
New York, NY 10177-1500
(Trial Counsel for Robert A. Keasbey Co.)

Dresser-Rand Company, as successor-in-interest to Murray Turbines
1200 West Sam Houston Parkway, N.
Houston, Texas 77043

Heidelberg USA, Inc., as successor-in-interest to Harris Corporation
And as successor to Harris-Seybold-Potter Company and Premier-Potter Company
3391 Town Point Drive, Suite 400
Kennesaw, GA 30144

York International Corp.
631 South Richland Avenue
York, PA 17403

Julie Evans, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
150 East 42nd Street
New York, NY 10017-5639
(Counsel for A.W. Chesterton Co.)

Judith Yavitz, Esq.
Anderson, Kill & O'Lick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(Counsel for Amchem Products, Inc. and Certain Teed Corporation)

Theodore Eder, Esq.
Segal, McCambridge, Singer & Mahoney
805 Third Ave.
19th Fl.
New York, NY 10022
(Counsel for Anchor Packing Co., Inc. and Garlock Sealing Technologies LLC)

Cori L. Leavitt, Esq.
William Bradley, Esq.
Joseph Carlisle, Esq.
Mary Ellen Connor, Esq.
Malaby, Carlisle & Bradley LLC
150 Broadway
New York, NJ 10038
(Counsel for Aqua-Chem, Inc., CBS Corporation, J.H. France Refractories Co.,

Kewaunee Scientific Corp., and Premier Refractories, Inc.)

Lawrence McGivney, Esq.
Monakee Griffin, Esq.
McGivney & Kluger, P.C.
80 Broad Street, 23rd Floor
New York, NY 10004
(Counsel for Beckman Coulter, Inc.)


Carol M. Tempesta, Esq.
Marks, O'Neill, O'Brien & Courtney, P.C.
530 Saw Mill River Road
Elmsford, NJ 10523
(Counsel for Corning Glass, k/n/a Corning Incorporated
VWR International, Inc. and Univar USA Inc.)

Joseph Colao, Esq.
Helen Chung, Esq.
Leader & Berkon LLP
630 3rd Avenue, 17th Floor
New York, NJ 10017
(Counsel for E.I. DuPont de Nemours and Company)

Marc S. Gaffrey, Esq.
Hoagland, Longo, Moran, Dunst & Doukas
40 Patterson Street
Post Office Box 480
New Brunswick, NJ 08903
(Counsel for Fisher Scientific International Inc.)

Lisa M. Pascarella, Esq.
Pehlivanian, Braaten & Pascarella, LLC
2430 Route 34
Manasquan, NJ 08736
(Counsel for Ingersoll-Rand Co.)

Jennifer Darger, Esq.
Vincent A. Errante, Jr., Esq.
Darger & Errante, LLP
116 East 27th Street, 12th Floor
New York, NJ 10016
(Counsel for Lennox Industries, Inc.)

Greg A. Dadika, Esq.
Reed Smith LLP
136 Main Street, Suite 250
Princeton Forrestal Village
Princeton, NJ 08540
(Counsel for Manorcare Health Services, Inc., d/b/a Manor Care, Inc.)

Linda Yassky, Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020
(Counsel for Rapid America Corporation)

Ian Grodman, Esq.
Law Offices of Ian R. Grodman, P.C.
515 Valley Street, Suite 170
Maplewood, NJ 07040
(Counsel for Rheem Manufacturing Company, Inc.)

Jonathan E. Polonsky, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022
(Counsel for Univar USA, Inc.)

Timothy Fraser, Esq.
Drinker, Biddle & Reath, LLP
500 Campus Drive
Florham Park, NJ 07932-1047
 (Counsel for Baxter Healthcare Corporation)