# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020-1182
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Sandra K. Steinman, Esq.
(212) 278-1794
ssteinman@andersonkill.com

July 17, 2007

**BY HAND DELIVERY**

All Counsel on Attached
 Service List

Re:  Frank Bianco,        Index No. 115546-06
     James Director       Index No. 115923-06
     Karl Felten          Index No. 114005-06
     Harvey Helfand       Index No. 117176-06
     Christian Holinka    Index No. 114120-06
     Jack Nacht           Index No. 114274-06
     Frederick Ritzer     Index No. 111328-06
     Joseph Saccomano     Index No. 113299-06
     Robert Sheppard      Index No. 117513-06

Dear Counsel:

Please be advised that we served Union Carbide Chemicals and Plastics Company, Inc. and Amchem Products Company, Inc.'s Affirmation and Memorandum of Law in Opposition to Plaintiffs' Motion for a Joint Trial in the above-referenced matters upon Plaintiffs' counsel.

Please contact the undersigned should you require a copy for your records.

Very truly yours,

Sandra K. Steinman

SKS:ljc
Attachment

New York ■ Chicago ■ Greenwich ■ Newark ■ Philadelphia ■ Washington