TC-4006 (jm) RPM
SUPREME COURT OF THE STATE OF NEW YORK
ALL COUNTIES WITHIN NEW YORK
---------------------------------------------------------x
In Re: NEW YORK CITY
ASBESTOS LITIGATION
---------------------------------------------------------x
JAMES DIRECTOR and SUSAN DIRECTOR,   Index No: 115923-06

    Plaintiffs,

- against -   AFFIRMATION IN
OPPOSITION TO
PLAINTIFF'S MOTION FOR
ALGOMA HARDWOODS, INC. et al,   JOINT TRIAL

    Defendants.
---------------------------------------------------------x

    ROBERT P. MEYERSON, Esq., an attorney duly admitted to practice law in the courts of the State of New York, hereby affirms the truth of the following under penalties of perjury pursuant to CPLR § 2106 as follows:

    I am an associate with the law firm of DeCicco Gibbons & McNamara, P.C., attorneys for defendant Kaiser Gypsum Company, Inc. ("Kaiser") in the James Director (Index # 115923-06) and Harvey H. Helfand (Index # 117176-06) asbestos cases and as such, I am fully familiar with the pleadings and proceedings heretofore had herein based upon a file maintained in this office.

    This affirmation is made in opposition to plaintiff's motion for a joint trial.

    In the interest of judicial economy, Kaiser adopts and incorporates by reference herein the affirmation in opposition of Gregg J. Borri, the attorney for Georgia-Pacific Corporation ("Georgia Pacific"), and the exhibit annexed thereto. Likewise, Kaiser adopts and incorporates herein the resuscitation of each of the legal arguments made by Gregg J. Borri on behalf of Georgia Pacific.

    As is clearly and specifically outlined in the Affirmation in Opposition of Gregg J. Borri on behalf of Georgia Pacific, the Director and Helfand cases should be tried

separately and apart from each other, and separate and apart from the following additional seven asbestos actions that plaintiffs' counsel seeks to join:

| | |
|---|---|
| Bianco, Frank | 115546-06 |
| Felten, Karl | 114005-06 |
| Holinka, Christian | 114120-06 |
| Nacht, Jack | 114274-06 |
| Ritzer, Frederick | 111328-06 |
| Saccomano, Joseph | 113299-06 |
| Sheppard, Robert | 117513-06 |

As is set forth in the Affirmation in Opposition of Greg J. Borri, the Director and Helfand cases involve separate and distinct work sites, trades, years of exposure, and types of exposure. Therefore in order to avoid jury confusion and resulting prejudice, the Director and Helfand cases should be tried separately and apart from the seven other cases. Further, Kaiser Gypsum adopts those arguments raised by defendants who have opposed plaintiffs' application.

WHEREFORE, defendant Kaiser Gypsum Company, Inc. respectfully submits that plaintiffs' motion for a joint trial be denied.

Dated: New York, NY
July 19, 2007

BY: _____
ROBERT P. MEYERSON

JUL-19-2007 03:23PM  FROM-                                         T-462  P.004/006  F-529

## AFFIDAVIT_OF_SERVICE_BY_MAIL

STATE OF NEW YORK  )
                   ) SS.:
COUNTY OF NEW YORK )

Joy Marr, being duly sworn, deposes and says, that the deponent is not a party of the action and is over 18 years of age.

That on the 19 July 2007 deponent served the within

## AFFIRMATION IN OPPOSITION TO
## PLAINTIFF'S MOTION FOR JOINT TRIAL

upon the attorneys named below by depositing a true copy of the same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, and directed to the said attorneys at the address indicated below, such address being the address designated by said attorneys for that purpose.

TO:
  See RIDER

_____
             JOY MARR

Sworn to before me on this
19 July 2007

_____
THERESA KLUWE
Notary Public, State of New York
No. 01KL5062180
   Qualified in Orange
Commission Expires June 24, 2010

JUL-19-2007 03:24PM FROM-                                                T-462  P.005/006  F-529

# RIDER

TO:

Via Mail and Fax 212-344-5461

Weitz & Luxenberg
180 Maiden Lane
New York, New York 10038-4925

ALL DEFENSE COUNSEL OF RECORD
Via Fax

| Firm | Fax |
|---|---|
| McElroy, Deutch & Mulvany | 973-425-0161 |
| McGivney & Kluger, PC | 212-509-4420 |
| Drinkle, Biddle & Reath LLP | 212-248-3141 |
| McGuire Woods LLP | 212-715-2315 |
| Anderson, Kill Olick & Oshinsky | 212-278-1733 |
| Gordon & Silber | 212-490-0035 |
| Wilson Elsen Moskowitz et al. | 212-490-3038 |
| Barry McTieman & Moore | 212-608-8902 |
| Weiner Lesniak | 631-232-6184 |
| Cullen & Dykman | 718-935-1509 |
| Ahmuty, Demers & McManus | 516-625-4712 |
| Reed Smith LLP | 609-951-0824 |
| Malaby Carlisle & Brady LLC | 212-791-0286 |
| Consolidated Edison | 212-780-6483 |
| Jones Hirsch Conors & Bull | 212-527-1680 |
| McGivney & Kluger | 212-509-4420 |
| Wolf Block, Schoor & Solis-Cohen | 212-986-0604 |
| Hoagland, Longo, Moran, DUnst & Doukas | 732-545-4579 |
| Law offices of Gregg Borri | 212-208-0969 |
| Smith Stratton, Wise, Heher & Brennan | 609-987-6651 |
| Lynch Daskal Emery LLP | 212-302-2210 |
| Harris Beach LLP | 212-687-0659 |
| Keyspan | 516-545-5029 |
| Mintzer Sarawitz Zens Ledva & Meyers | 212-968-9840 |
| Lavin O'Neil Ricci Cedrone & DiSipio | 212-319-6932 |
| Cerussi & Spring | 914-948-1579 |
| Weiner Lesniak LLP | 973-403-0010 |
| Greenberg Traurig | 212-801-6400 |
| Dorsey & Whitney | 212-953-7201 |
| Darger & Errante, Jr. Esq. | 212-452-5301 |
| Hoagland, Longo, Moran, Dunst & Doukas | 732-545-4579 |
| Kirkpatrick & Lockhart Preston Gates Ellis | 973-848-4001 |
| York International Corp | 414-524-5520 |

JUL-19-2007 03:24PM FROM-    T-462 P.006/006 F-529

SUPREME COURT OF THE STATE OF NEW YORK
ALL COUNTIES WITHIN NEW YORK
---------------------------------------------------------X
In Re: NEW YORK CITY
ASBESTOS LITIGATION
---------------------------------------------------------X
JAMES DIRECTOR and SUSAN DIRECTOR,    Index No: 115923-06

                Plaintiffs,

     - against -

ALGOMA HARDWOODS, INC. *et al,*

                Defendants.
---------------------------------------------------------X
================================================================

## AFFIRMATION IN OPPOSITION TO PLAINTIFF'S MOTION FOR JOINT TRIAL

================================================================

DeCICCO, GIBBONS & McNAMARA, P.C.
Attorneys for defendants
Kaiser Gypsum
Office & P.O. Address
14 East 38th Street
New York, NY 10016
(212) 447-1222

================================================================

JUL-19-2007 03:23PM FROM-                                                                T-462  P.001/006  F-529

| | | |
|---|---|---|
| Philip A. DeCicco | **DeCicco, Gibbons & McNamara**<br>Attorneys at Law | James W. Kachadoorian |
| Joseph T. Gibbons | 14 East 38th Street | Robert P. Meyerson |
| Daniel J. McNamara | New York, NY 10016 | |

TELEPHONE No.: (212) 447-1222
FACSIMILE TRANSMITTAL
FACSIMILE NO.: (212) 689 0153

**TO:**

| | |
|---|---|
| Weitz & Luxenberg | 212-344-5461 |
| McElroy, Deutch & Mulvany | 973-425-0161 |
| McGivney & Kluger, PC | 212-509-4420 |
| Drinkle, Biddle & Reath LLP | 212-248-3141 |
| McGuire Woods LLP | 212-715-2315 |
| Anderson, Kill Olick & Oshinsky | 212-278-1733 |
| Gordon & Silber | 212-490-0035 |
| Wilson Elsen Moskowitz et al. | 212-490-3038 |
| Barry McTiernan & Moore | 212-608-8902 |
| Weiner Lesniak | 631-232-6184 |
| Cullen & Dykman | 718-935-1509 |
| Ahmuty, Demers & McManus | 516-625-4712 |
| Reed Smith LLP | 609-951-0824 |
| Malaby Carlisle & Brady LLC | 212-791-0286 |
| Consolidated Edison | 212-780-6483 |
| Jones Hirsch Conors & Bull | 212-527-1680 |
| McGivney & Kluger | 212-509-4420 |
| Wolf Block, Schoor & Solis-Cohen | 212-986-0604 |
| Hoagland, Longo, Moran, DUnst & Doukas | 732-545-4579 |
| Law offices of Gregg Borri | 212-208-0969 |
| Smith Stratton, Wise, Heher & Brennan | 609-987-6651 |
| Lynch Daskal Emery LLP | 212-302-2210 |
| Harris Beach LLP | 212-687-0659 |
| Keyspan | 516-545-5029 |
| Mintzer Sarawitz Zens Ledva & Meyers | 212-968-9840 |
| Lavin O'Neil Ricci Cedrone & DiSipio | 212-319-6932 |
| Cerussi & Spring | 914-948-1579 |
| Weiner Lesniak LLP | 973-403-0010 |
| Greenberg Traurig | 212-801-6400 |
| Dorsey & Whitney | 212-953-7201 |
| Darger & Errante, Jr. Esq. | 212-452-5301 |
| Hoagland, Longo, Moran, Dunst & Doukas | 732-545-4579 |
| Kirkpatrick & Lockhart Preston Gates Ellis | 973-848-4001 |
| York International Corp | 414-524-5520 |

FROM:  Robert P. Meyerson
DATE:  July 19, 2007
RE:    James Director
Number of pages including this page: 6

054 559 018  Post-it® eFlags