SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: _____    PART 39

Index Number : 114120/2006
HOLINKA, CHRISTIAN F.
vs
A.W. CHESTERTON
Sequence Number : 006
SUBST/RELIEVE/WITHDRAW COUNSEL

INDEX NO. _106_
MOTION DATE _____
MOTION SEQ. NO. _006_
MOTION CAL. NO. _____

The following papers, numbered 1 to _____ were read on this motion to/for _____

| | PAPERS NUMBERED |
|---|---|
| Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ... | |
| Answering Affidavits — Exhibits | |
| Replying Affidavits | |

FILED
AUG 15 2007
NEW YORK COUNTY CLERK'S OFFICE

Cross-Motion:  ☐ Yes   ☒ No

Upon the foregoing papers, it is ordered that this motion by defendant Baxter Healthcare Corp. for pro hac vice admission is granted without opposition; Brenda N. Buonaiuto, Esq. may appear on behalf of Baxter Healthcare Corp. in this action only.

Dated: 8/10/07

RECEIVED
AUG 14 2007
MOTION SUPPORT OFFICE

_____ J.S.C.

Check one:   ☐ FINAL DISPOSITION    ☒ NON-FINAL DISPOSITION
Check if appropriate:    ☐ DO NOT POST

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):

MDAT