# SUPREME COURT OF THE STATE OF NEW YORK — NEW YORK COUNTY

PRESENT: _MADDEN_
Justice

PART _11_

CHRISTIAN HOLINKA
- v -
A, C, + S ~~[crossed out]~~ ET AL

INDEX NO. _114120/06_
MOTION DATE _____
MOTION SEQ. NO. _7_
MOTION CAL. NO. _____

8/24/07

The following papers, numbered 1 to _____ were read on this motion to/for _____

PAPERS NUMBERED

Notice of Motion/ Order to Show Cause — Affidavits — Exhibits ...
Answering Affidavits — Exhibits _____
Replying Affidavits _____

Cross-Motion: ☐ Yes ☐ No

Upon the foregoing papers, it is ordered that this motion _is granted without opposition_,

MOTION/CASE IS RESPECTFULLY REFERRED TO JUSTICE FOR THE FOLLOWING REASON(S):

FILED
AUG 24 2007
NEW YORK
COUNTY CLERK'S OFFICE

RECEIVED
AUG 23 2007
IAS MOTION
SUPPORT OFFICE

Dated: _August 22, 2007_

JOAN A. MADDEN J.S.C.

Check one: ☐ FINAL DISPOSITION    ☒ NON-FINAL DISPOSITION

Check if appropriate: ☐ DO NOT POST   ☐ REFERENCE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF

Index No. 114120/06                                                                                      Year 2006

THIS DOCUMENT RELATES TO:

CHRISTIAN HOLINKA

                                            Plaintiff(s)
-v-

Mannington Mills Inc., York International Corporation, and Fisher Scientific International, et als.
                                            Defendant(s)

ORDER TO SHOW CAUSE FOR ADMITTANCE OF MICHAEL J. BLOCK, ESQ. PRO HAC VICE

HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP

    *Attorney(s) for* Defendant,
                            *Office Address & Tel. No.* 156 Williams Street, 11th Floor
                                                    New York, NY 10038

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: August 14, 2007                           Signature _[signed]_

                                  Print Signer's Name    KRISTY KULINA LYONS

| *Service of a copy of the within* | *is hereby admitted.* |
|---|---|

Dated:

                                           *Attorney(s) for* Defendant

**FILED AUG 24 2007 NEW YORK COUNTY CLERK'S OFFICE**

PLEASE TAKE NOTICE

☐ NOTICE OF ENTRY     *that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on*

☐ NOTICE OF SETTLEMENT     *that an Order of which the within is a true copy will be presented for settlement to the Hon.*    *one of the judges of the within Court,*
                        *at*
                        *on*                   *, at*               *M.*

Dated:

                                            *Attorney(s) for*
To:                                             *Office Address & Tel. No.:*

*Attorney(s) for*