1

1    AMERICAN INDUSTRIAL HYGIENE CONFERENCE & EXPO 2002

2

3

4        Asbestos Exposure Dose Reconstructions

5

6

7                    Forum 244

8

9

10            Code Number AIHce-02-Forum 244

11

12

13    SPEAKERS:

14

15    Fred Boelter

16    Doug Fowler

17    John Spencer

18    Jim Rasmuson

19    Bill Dyson

20

21

22            Transcript from audiotapes

23
            BROWN REPORTING, INC.
24        1740 Peachtree Street, N.W.
            Atlanta, Georgia  30309
25              (404) 876-8979

2

1    SPEAKER:  The AIHA and ACGIH presents

2    Asbestos Exposure Dose Reconstructions, recorded live

3    at the American Industrial Hygiene Conference and

4    Expo 2002.

5    SPEAKER:  This is the Asbestos Exposure

6    Dose Reconstruction Forum 244.  We have five people

7    here today.  One person, unfortunately, was not able

8    to make it.

9    I would like to introduce everyone at the

10   beginning.  This session, by the way, is sponsored by

11   the Risk Assessment Committee of AIHA, and in the

12   back of the room there is a handout that is available

13   for the risk symposium that is going to be sponsored

14   by the Risk Assessment Committee as part of the PCIH

15   this September in Cincinnati, so please pick up a

16   brochure.

17   I think there is an AV person outside.

18   Are there any questions?

19   (Technical difficulties.)

20   I hope you enjoyed your computer class

21   this morning.

22   FRED BOELTER:  The speakers today are --

23   Larry Birkner was unfortunately unable to join us.

24   Larry is a Certified Industrial Hygienist and

25   Certified Safety Professional.

3

1    I am a -- I am Fred Boelter, and I am a

2    Certified Industrial Hygienist and a Licensed

3    Professional Engineer. I have been in the

4    occupational arena since 1973 and have been in the

5    consulting field of my own since 1985.

6    Bill Dyson is a Ph.D. and Certified

7    Industrial Hygienist with Workplace Group. He has an

8    undergraduate in chemical engineering and a masters

9    and doctoral degrees in environmental health

10   engineering. He is also the Past President of the

11   American Academy of Industrial Hygiene and has been

12   an officer with the AIHA.

13   Doug Fowler is a Ph.D. and Certified

14   Industrial Hygienist with Fowler Associates. He's a

15   lecturer for several courses in industrial hygiene at

16   Berkeley. He is also a former program manager with

17   the Stamford Research Institute. He has been a peer

18   reviewer of a number of articles in the Journal of

19   the American Industrial Hygiene Association.

20   Jim Rasmuson is a Ph.D. Certified

21   Industrial Hygienist and Diplomat of the American

22   Board of Toxicology. He has a Ph.D. in analytical

23   chemistry and is certified in both the chemical

24   aspects as well as comprehensive practice of

25   industrial hygiene.

4

1    He has authored a number of papers,

2    including an award winning study on Pathways of Lead

3    Uptake in Kazakhstan Infants and Children.

4    John Spencer is a Certified Industrial

5    Hygienist, Certified Safety Professional, Registered

6    Sanitarian.  He is President of Environmental

7    Profiles in Baltimore and has been a team leader for

8    NIOSH as well as a hygienist for the Coast Guard.

9    I want to give a quick overview of dose

10   reconstruction.  Dose reconstruction is a science

11   based on an exposure assessment.  It's fundamental

12   application is in source pathway receptor analysis,

13   patent transport as some might know it.  Its

14   applications are in risk assessment, accidental

15   releases or disturbances, epidemiologic studies and

16   disease attribution.

17   Dose reconstruction is an examination of

18   past activity potential for injury or disease

19   attribution.  It is also an examination of the risk

20   presented by a recent unanticipated exposure.

21   Techniques are generally accepted by the

22   scientific community and it is reproducible within an

23   acceptable degree of scientific certainty.  The

24   process is one which is intended to correlate the

25   dose with epidemiologic information and standards.

5

1    An exposure assessment is the estimation

2    and measuring of exposures and it is a fundamental

3    part of industrial hygiene and it has been around for

4    more than 60 years.  It has been defined and laid out

5    in a number of studies over the past 20 years.

6    The National Academy of Sciences'

7    four-step paradigm, which includes hazard, slope

8    factors, exposure assessment, and risk assessment,

9    was published in 1983 and is known as the Red Book.

10    U.S. EPA Risk Assessment Guidelines for

11    Superfund was published in 1985 and contains

12    essentially the same process.

13    The U.S. EPA exposure factors also in 1989

14    contain information that is useful in a dose

15    reconstruction, as does the Agency for Toxic

16    Substances Disease Registry, the ATSDR, '92, the

17    U.S. EPA Guidelines for Exposure Assessment in '92,

18    as well as the ASTM Rebecca Guidelines of 1985.

19    In reconstructing a dose, we need an

20    exposure assessment.  Exposure assessment is based on

21    estimates of concentration, work activity duration,

22    employment duration, as well as information that is

23    based on memory, hard data, experience,

24    extrapolations, interpolations, interpretations,

25    reconciliation, judgment, logic.  A reconstructed

6

1   dose is an estimated range.

2          Ultimately when we do a dose

3   reconstruction, looking at the result, it has to make

4   sense. Clearly if the dose that is calculated is too

5   high or too low, from what we know as industrial

6   hygienists to be a reasonable range, we have to go

7   back and take a look at the assumptions or the

8   estimates that were used in reconstructing that dose.

9          A simplified dose calculation is

10  concentration times time equals dose. We have an

11  exposure, we have a duration of that exposure, that

12  is equal to the dose.

13         The concentration is going to be based on

14  the activity being performed, the source of the

15  contaminant, the controls that are in use, as well as

16  the proximity of the individual to the source.

17         Time is going to be based on the duration

18  of the task as well as the length of employment.

19         In reporting dose related to asbestos

20  specifically, the dose is reported in the term that

21  is called fiber years per mil, or frequently known as

22  fiber years. It is typically reported as a range of

23  likely doses. It may be a probability distribution,

24  and it may be compared against some reference.

25         What will follow in this forum are the

7

1    techniques used by six professional industrial

2    hygienists who practice in different parts of the

3    country, and the dose reconstructions are performed

4    in essentially the same way:  Build a timeline,

5    reconcile the information, judge the information,

6    select empirical data for use, generate missing data,

7    if possible, and then ultimately analogize in the

8    absence of directly applicable data, and from this

9    process, we calculated a range of likely doses.

10            What I would like to do is to have Doug

11   Fowler do the first presentation as is the order in

12   the announcement.

13            DOUG FOWLER:  Thanks very much, Fred.

14   This is a distinguished audience here today.  One of

15   my former colleagues, Dr. Roy Balzer is here,

16   Dr. Jack Peterson, Mr. Allen Rogers, Mike Williams,

17   Barbara Cohrssen, many people who are my peers in

18   age, at least, some of whom were my bosses from time

19   to time, and it is a great honor to be presenting

20   this material to you.

21            The work I will describe was done on

22   behalf of attorneys for a Plaintiff in the asbestos

23   litigation.  The question was really whether a

24   particular kind of exposure was "significant" or

25   "substantial," and those are words which have special

8

1   legal meaning, I am told. They may have special

2   industrial hygiene meaning as well.

3          This was a unique -- this stuff is way too

4   complicated for me, I am an old person here.

5          What was the purpose of the evaluation?

6   Basically the Plaintiff had mesothelioma, and the

7   presumption is that a person who has mesothelioma and

8   who had asbestos exposure developed the mesothelioma

9   as a consequence of that asbestos exposure.

10         This fellow had had a relatively brief and

11  relatively light history of exposure to asbestos.

12  And I will go into that in a bit. But the specific

13  question was whether the product manufactured by one

14  of the Defendants, who was a gasket manufacturer,

15  could have given rise to exposures to asbestos that

16  were significant or substantial.

17         Now as I am sure most of you are aware,

18  ordinary exposures in handling of gaskets in the

19  normal course of work with gaskets are relatively

20  trivial; however, in this case, the gaskets were

21  stacked and he band sawed those gaskets over a period

22  of a day or so each time he did this activity. And

23  so the Plaintiff's lawyers contended that this

24  operation contributed in some meaningful way to this

25  man's disease.

9

1          So the question that was asked of me was,

2    is that true?  Because the Defendants said no, this

3    is a gasket cutting operation, we all know that

4    cutting gaskets doesn't give rise to significant

5    exposures, and thus this activity did not contribute

6    to the Plaintiff's disease.

7          And the Plaintiff's lawyers, people for

8    whom I have done work over the years, came to me and

9    said:  Are we right or are we wrong?  And by the way,

10   they retained me as a consultant first, and then when

11   I gave them the answer, they offered me as an expert

12   witness.

13         He worked in the shop of a subcontractor

14   to the aerospace industry, and he made insulation

15   pads that were formed of stacks of neoprene asbestos

16   gasketing.  His employer told him that the way we do

17   this is to cut them with a band saw, and so he did

18   that work exactly as his employer directed him to do.

19         Approximately over the period of 1958 to

20   1962, perhaps slightly longer, he didn't remember how

21   many times he had done this, but he did remember that

22   each time it was a full day's activity, eight to nine

23   hours.

24         And did he have other asbestos exposures?

25   Yes, he did.  In the course of making this piece of

1  equipment for which the stacked gaskets were applied,

2  he also cut calcium silicate block insulation, which

3  was used in a conventional fashion for thermal

4  insulation on a tank of heated liquid. Because the

5  manufacturers of the block insulation had settled

6  their case with the Plaintiff, I wasn't asked to

7  compare those exposures; however, in the course of

8  some work quite a long time ago with Dr. Balzer, we

9  had done some studies of potential exposures on a

10  short-term basis in band sawing calcium silicate

11  block insulation, and I will present that information

12  to you today so you can get some sense of the

13  differences.

14          So, my assignment was perform a simulation

15  of the gasket cutting activities and operations as

16  described by the Plaintiff.

17          Number 2, determine whether the asbestos

18  exposures arising from the gasket cutting operations

19  were significant or substantial. What's not stated

20  there is call the lawyer and tell them what my

21  conclusions were.

22          Assuming then that the lawyer believed

23  that this might be helpful to his case, then prepare

24  a report and prepare for testimony at time of trial.

25          So what did I do? I went and bought some

1   gasket. Still bought it in 1996. I built a

2   little-bitty chamber, 650 cubic feet, and about 3.2,

3   3.7 air changes per hour through a HEPA filtered

4   unit. Bought a band saw, put it into the chamber.

5            And there is the band saw. There is the

6   chamber. You can see it is one of these little-bitty

7   adjustable negative air pressure units in the back

8   there. And I operated it at the very lowest rate

9   that I could so I wouldn't overwhelm this small

10  chamber with air movement.

11           Here is the band saw. There is some

12  debris. There is some of the pieces that I cut. Air

13  sample filters set up ready to go.

14           I cut the sheet into manageable sheets.

15  This was rolled -- it was very tightly rolled, and I

16  had to cut it into chunks about so big in order that

17  I could handle it comfortably at the band saw. Put

18  it down, put weights on it, let it flatten out.

19           I performed the simulation, and the

20  samples were sent to a qualified lab. The R. J. Lee

21  Group was the laboratory that I used. I determined

22  the potential exposures. Called the lawyer. Wrote a

23  letter. And the case was settled.

24           And that's a guy you might recognize there

25  doing the cutting. And essentially, this is in the

1    actual course of cutting of this, and you cannot see

2    any airborne dust arising, which may have some

3    significance in terms of recollections of folks.

4         By the way, the Plaintiff in his

5    deposition couldn't recollect seeing any airborne

6    dust, except when he was cutting the calcium silicate

7    material.

8         All right. So, what are my results?

9    Well, I took a sample during the saber saw cutting of

10   this material in order to determine whether or not

11   there was any significant exposure. And you will see

12   that I had the samples analyzed three different ways,

13   by phase contrast microscopy, by total structures per

14   cc by TEM, and by structures greater than 5

15   micrometers by TEM.

16        Saber saw cutting, less than .1 by PCM.

17   By TEM, and greater than 5 TEM, somewhat higher.

18   Here I have the personal samples. Four personal

19   samples during band sawing. PCM concentrations, 3.1

20   and 2.2 and 4.9 and 3.1, on average about 3.3 fibers

21   per cc.

22        Area samples, somewhat lower but not too

23   much. Note that here these two samples, which I took

24   for 25 minutes each, total volume in the samples of

25   about 250 liters, were both too overloaded for direct

1    preparation TEM analysis, and so I did not have them

2    analyzed.

3    Again, area samples in the ballpark of

4    about 2 fibers per cc. So about two-thirds as high

5    as the personal samples.

6    Now, if we wanted to compare, which I

7    didn't do for this case, but if you wanted to compare

8    this work to concentrations that might arise from

9    band sawing, some work that Dr. Balzer and Dr. Cooper

10    and I did in the summer of 1970 was relevant. The

11    sample and analysis was different, this was a

12    predecessor method to the P & CAM 239, but

13    essentially equivalent to that method, 37 and 47

14    millimeter filters were used.

15    We tested 3 different brands of calcium

16    silicate, and we took 9 samples for each brand. And

17    we had a couple of different area samples as well as

18    personal samples in the breathing zone of the guy who

19    was doing the work, and as opposed to 2 to 3 fibers

20    per cc from the band sawing of gasketing material,

21    here we have average concentrations in the range of

22    50 to 200 plus. So, although we couldn't determine

23    fiber burden, I couldn't calculate fiber years of

24    exposure because the Plaintiff couldn't remember how

25    often or really for how long he did the work.

14

1    I concluded that his exposures were both
2    significant and substantial during each episode of
3    band sawing the gasketing material, and his exposures
4    were well above the current and recent past OSHA PELs
5    during each episode.
6    Although the conditions were not
7    identical, we had a bigger chamber, we used a
8    different band saw, we used a different sampling and
9    analytical method, it is possible to conclude that
10   exposures from calcium silicate sawing were in the
11   range of 10 to 100 times greater than from the gasket
12   sawing. And it was also possible to conclude,
13   remember based on one sample during saber sawing,
14   that band sawing produced higher concentrations than
15   did saber sawing.
16   Our recommendations -- this was published
17   a couple of years ago, by the way, in The Applied
18   Industrial Hygiene mag, we concluded that such gasket
19   sawing should not be done without controls. And
20   remember, I bought this stuff from the manufacturer
21   of the gasketing material. I called him up and said
22   I want a roll of it and he said okay, and I sent him
23   money and he sent me the gasket.
24   We concluded that if the desired goal for
25   control is that asbestos exposure should be no higher

15

1   than ambient concentrations of asbestos; i.e., no

2   higher than about 1/1,000ths of a fiber per

3   milliliter, then supplied air respiratory protection

4   is needed together with other, as you would expect,

5   other environmental controls.

6            Now, it is noted that as of 1996, the

7   manufacturer specifically recommended against such

8   uses as sawing these gasketing materials, and this

9   was in the form of an enclosure with the material as

10  well as the sticker on the box in which it came, so

11  that as is usually the case, things now are not the

12  same as they were then, conditions have changed and

13  our understanding of the risks associated with

14  asbestos have also changed.

15           If it is my conclusion as to how I would

16  like to control this material, I would say don't do

17  it.  I mean, clearly this is a case where

18  substitution of a nonasbestos product is entirely

19  appropriate.

20           Thank you very much.

21           (Applause.)

22           FRED BOELTER:  Thank you, Dr. Fowler.  I

23  am now going to ask John Spencer to give his

24  presentation.

25           JOHN SPENCER:  Thank you, Fred, and good

1    morning to you all.

2             I think that is great.

3             As an industrial hygienist, I have been

4    involved in a number of different federal agencies

5    and worked for private organizations and I have my

6    own consulting group now as I have for the past nine

7    to ten years. As part of that I have been asked to

8    do a number of exposure assessments, and asbestos has

9    certainly been one of the types of exposures that

10   even today doesn't seem to go away, so -- however,

11   the types of products certainly have changed, and as

12   industrial hygienists we are asked the question to

13   differentiate and evaluate exposures to asbestos and

14   many other products, but just because a product has

15   asbestos in it, does it carry the same weight, that

16   is, does a friable product present the same type of

17   exposure as an encapsulated product. So often I am

18   asked to make the -- to differentiate and determine

19   the difference between those two types of products.

20            Now the example I am going to present to

21   you this morning deals with exposures, primarily

22   shipboard exposures, which having worked with the

23   Coast Guard and worked on other Navy vessels and

24   clients today who are involved in scrapping of ships,

25   including military vessels. We continue to do these

17

1  types of exposure assessments, and I want to

2  differentiate the contribution of exposure from a

3  friable product pipe insulation, primarily, versus an

4  encapsulated product.  And in this example I am going

5  to use a gasket material.

6        We have gone, certainly in this country

7  and around the world, from being concerned about

8  exposures.  Magnitudes of levels have changed.  I

9  know in growing up, in my time we were worried about

10  rivers catching on fire and now we are concerned

11  about parts per quadrillion of a particular chemical

12  in that same river.  So our priorities have changed

13  but it is often difficult to differentiate the

14  low-level exposure from some of the higher levels of

15  exposure.

16        In this example, what I am going to

17  utilize -- what I am actually going to do is

18  calculate a dose, a fiber year dose based on various

19  parameters that I will identify in a moment, but we

20  are going to assume this individual had six years of

21  Navy experience, and we will define the tasks that

22  that individual was doing.  He worked around friable

23  insulating materials, primarily removing these

24  materials, as part of his job activities, and also in

25  conjunction with that, removed some gasket products.

18

1          Again, the purpose for retrospective
2    exposure assessment is because as industrial
3    hygienists we can't always go back in time and
4    monitor each and every workplace environment.  We
5    don't have data for each and every specific situation
6    that an individual is in, so there is a scientific
7    process for going backwards in time and assigning an
8    exposure as a best estimate, or in most cases, a
9    worst case scenario.
10         In doing an exposure assessment, I kind
11   of -- in review of the literature, and in particular
12   the one book that sold through the American
13   Industrial Hygiene Association, The Strategies for
14   Occupational Exposure Assessment, and also what used
15   to be the NIOSH White Book, which is also now sold
16   through the AIHA, The Occupational Environment's
17   Evaluation and Control, defines the scientific
18   process for doing an exposure assessment, and
19   certainly there is many other papers on this process
20   as well.
21         I have basically broken these down into
22   four different areas, which includes characterizing
23   the product itself, is it a friable product or is it
24   an encapsulated product.  Looking at the workplace
25   environment, if I am going to do a retrospective

19

1    exposure assessment, is the environment in the

2    published literature or the reports that I am looking

3    at similar to the environments that the individual

4    that I am focused on worked in, is it similar or the

5    same, was the ventilation the same, was the air

6    movement, was the size of the room the same.

7              And then also as importantly, look at the

8    task descriptions themselves.  Is the data that we

9    have on the actual tasks, including the frequency and

10   the duration of those tasks, is that similar or the

11   same as what is in the reported documentation, the

12   literature or other studies that have been done.

13             And finally, were there controls that were

14   used, local exhaust ventilation or other fans in the

15   area, or even respiratory protection.

16             Other considerations:  Are the sampling

17   and analytical methods the same or similar from each

18   of the studies that I am using.  That is why we, as

19   industrial hygienists, use a standard NIOSH and OSHA

20   sampling and analytical methods, so we can compare

21   our data over time and among one another.

22   Unfortunately this is not always done out there, and

23   you need to use caution when evaluating this data.

24             Just as a side bar, one of the areas that

25   I have been looking at most recently has to do with

20

1    brakes, automotive brakes, and it is very interesting

2    to me.  If you look at that data, a lot of it is --

3    they might have PCM data, but they never did a bulk

4    sample analysis to determine whether there was any

5    asbestos in the product or not.  They didn't do TEM

6    data to determine whether the PCM fibers they were

7    seeing in the air were asbestos or not.

8          So it is important that we use

9    standardized sampling and analytical protocols, and

10   when you refer to the literature that you use, only

11   that literature that has those standardized and

12   accepted protocols.

13         And what I am talking about there in

14   particular, today we used the OSHA 7400 Method and we

15   used the TEM method 7402 as a backup, not necessarily

16   to count fibers, but to develop a ratio which is then

17   used and applied to the results of the PCM data.  In

18   other words, if you find 50 percent -- if you have

19   one fiber per cc by PCM analysis, and you want to do

20   a TEM because you think some of those may be

21   cellulose fibers or cotton fibers, you use TEM, and

22   if you come up with 50 percent of your fibers being

23   nonasbestos, you apply that 50 percent ratio to your

24   PCM findings.

25         That is how OSHA basically spells out and

21

1    how NIOSH spells out the use of the 7400 and the

2    7402.  It is not always used that way, so again you

3    have got to use caution when you are using historical

4    exposure data.

5               The other thing that I found, there are

6    people today who are out there doing what they may

7    call an exposure assessment, and they are using

8    environmental air sampling and monitoring and

9    analysis methods and don't clearly understand the

10   difference between an environmental assessment, in

11   which you are looking for the presence of a

12   particular material like asbestos, versus an

13   occupational exposure assessment, where you are

14   looking to compare your results to the occupational

15   health standards.

16               So again, one must use caution when

17   selecting the appropriate data.

18               What I did for the data I am about to show

19   you is I collected data from shipboard monitoring

20   exposures done historically.  And it was also based

21   on a lot of my own experience in removing the, I

22   would say, miles and tons of friable pipe insulation

23   from Coast Guard and Navy vessels.

24               I also have data of gasket fabrication

25   studies that have been conducted over the years by a

22

1  variety of people.  Probably the earliest and most

2  well-documented one was one done by the Navy.  Larry

3  Liukonen and others conducted a study, the Bremerton

4  Naval Shipyard in the late 1970s.  Used that data.

5       I have conducted my own assessments in

6  chambers under controlled conditions, and I will talk

7  a little more about that, and have generated data

8  that was similar.

9       Obviously the shipboard environment, for

10  those of you who haven't been aboard, machinery

11  spaces are the main focus of the insulating

12  materials.  We have done calculations taking ship

13  specifications and have actually computed the amount

14  of friable materials, pipe insulation and cement that

15  was aboard the ships.

16       This is just from machinery spaces, and we

17  are looking at amosite asbestos felted over almost

18  17,000 linear feet.  The insulation of cement was

19  primarily used around pipe joints and valve

20  assemblies, nearly 250 pounds of that material.  This

21  is per ship.  Just in the engine room and the boiler

22  rooms, doesn't even count the rest of the ship.

23       So we had a lot of mixture of both amosite

24  and chrysotile, but you can kind of get the sense for

25  the amount of material on board these ships.

23

1    From the exposure data, and it seems that

2  Dr. Balzer's name and Dr. Fowler's name keep coming

3  up in some of this historical data, and I really

4  don't mean anything beyond that, it was just good

5  historical data.

6    Did a number of studies and showed levels

7  of exposure from 16 to almost 114 fibers per cc.

8  There is other data out there. Another commonly

9  quoted shipboard exposure set of data is a British

10  study from P. G. Harries. Again, you have to look

11  at -- when you are going back and doing retrospective

12  exposure assessments, you have to use caution.

13    In using some of that data, their numbers

14  were even higher than this. I believe that some of

15  that is attributed to they used a different type of

16  asbestos product that contained much higher amounts

17  of amosite in there. Can't necessarily explain the

18  reasons why other than amosite. My own experience

19  seems to be more prolific in its ability to become

20  airborne. It is a dryer material and less bound into

21  the product itself. So, you have to use caution in

22  the data you are selecting when you are doing a

23  retrospective exposure assessment.

24    Some of the data, and I will show you a

25  summary of data that we use, but we actually -- I

24

1    have been involved in a number of gasket studies.

2    And asbestos-containing gasket materials, as

3    Dr. Fowler pointed out, is still available on the

4    market today.  Many of the encapsulated products,

5    that is the case, packing materials, some roofing

6    material.

7         I have been to Home Depot and bought

8    mastic material to repair a roof on my building has 5

9    percent asbestos in it.  So those products are still

10   on the market.

11        There weren't a lot of gasket studies as

12   there was for the friable pipe insulation for obvious

13   reasons, thus the need to do some further studies.

14        When people started focusing on gasket

15   materials as a potential source of asbestos exposure,

16   these types of studies didn't exist because, for the

17   obvious reason, that a friable product is much more

18   likely to release fibers into the environment than an

19   encapsulated product like a gasket material.

20        We actually set up a chamber where we had

21   no ventilation and we fabricated gaskets, cut them

22   out using a standard trade practices.  We removed

23   gaskets, again, using standard trade practices.

24   Scraping and hand wire brushing and power wire

25   brushing.

25

1    (This concludes side one.  Please turn the

2    type over for a continuation of the

3    presentation.)

4        JOHN SPENCER:  It was important for us

5    when looking at gasket materials to make sure we had

6    the environment clean.  We actually wore Tyvek

7    coveralls in this environment because we found that

8    standard clothing, whether cotton or wool fibers,

9    when you are looking at such low levels, would show

10   up under PCM, so you are constantly getting

11   interferences from other types of fibers.

12       So, that was -- our only source of control

13   was to control fibers from entering the chamber and

14   from fibers emanating from the clothing that we wore.

15       Just to give you -- the other thing that

16   we evaluated as part of this task and compared that

17   to the literature as well was the task times.  And

18   again, it is important to understand how long it took

19   and how frequently someone would do these particular

20   tasks in order to ultimately calculate a dose, a

21   fiber dose.

22       Gasket removal with a scraper, generally 5

23   to 10 minutes.  Carl Mangold, another industrial

24   hygienist with an extraordinary historical

25   background, we looked at his numbers that he had also

26

1    reported and studies that he has done, similar

2    studies under similar conditions, and looked at --

3    again, looked at the work as I knew it. I evaluated

4    these types of exposures as an industrial hygienist

5    with the Coast Guard, and so we had a good handle on

6    what the task duration was.

7         And then removing/installing gaskets,

8    looking at the whole process itself. Again, we went

9    to the literature, we pulled out what data was

10   available, we relied on our own studies and then my

11   own experience as well to get a realistic handle on

12   what these task duration frequencies were.

13        And then again, this is a summary of some

14   of the reported literature on removal, gasket removal

15   with scraping and hand wire brushing, work done by a

16   number of people, including Fred Boelter, who is

17   sitting here today.

18        There is generally a good consistency in

19   the data. Some of the higher numbers, the Navy

20   Bremerton study, which is the yellow bar, and the

21   Cheng McDermott papers, it is interesting, the

22   numbers are a little higher there, the eight-hour

23   time-weighted averages, but they are different from

24   the other studies that were done, which were in that

25   they were actually done in the field, so there were

27

1    no controls for other sources of fibers.

2           The other studies that were done by

3    Boelter and Carmel and EPI, that is my firm,

4    Environmental Profiles, and Mangold, were done in a

5    controlled setting in that we controlled for other

6    sources of fibers.

7           So as a result, you see the actual

8    contribution of fibers from the gasket-handling

9    activities.

10          Now, what I did is I took the data from my

11   review of what the individual described they did.

12   They removed pipe insulation.  How often did they do

13   it?  What was the frequency and duration?  We looked

14   at what they did with regards to gasket, handling

15   gaskets, working with gaskets.  And they defined the

16   vessels that he was on, the number of days that he

17   was on that vessel.  And there is generally a vessel

18   service history that you can pull this information

19   directly from.  You describe the job tasks.  This is

20   on duty.  Removing pipe insulation.  Claims to have

21   done this four hours a day, one time per day.  So his

22   total time was four hours per day.

23          As to gaskets, again, he said he did it

24   four hours a day, one time -- and we just consider

25   that one time a day.  Off duty, 16 hours aboard that

28

1  vessel.

2         Here again the same vessel, removing pipe

3  insulation, 8 hours per day, 7 days a week.  This was

4  a military type setting.  We wanted to present a

5  worst case scenario, so quite often in the military

6  they are working 7 days a week.  They really don't

7  have much time off when they are on board these

8  vessels.

9         Again, this is true for the gasket,

10 removing and installing gaskets, 8 hours a day.  We

11 put 5 days a week.  Again, that was based on the

12 description; yeah, I did this a little less in terms

13 of handling gaskets.  The pipe insulation was

14 something I got into a lot more.

15         So, the potential exposure for the pipe

16 insulation work, we just took an average number of 16

17 fibers per cc.  Now, that may be a low number, and

18 perhaps it could be a little lower.  I think it is a

19 good average number.  I think certainly there is an

20 argument for that number to be higher based on the

21 literature.

22         And he only did this 4 hours a day, so his

23 eight-hour time-weighted average was half of 16, so

24 that is 4 fibers per cc.

25         He did this, his task occurrence was 45

1    days per year.  You normalize that to a number of

2    years.  This is -- so we used -- I don't know what we

3    used here, 365 or 240.  Or I am sorry, we divided 45

4    by, I don't remember now, 240 or 365, and you get the

5    number of equivalent years.  And he did this for 6

6    years.  And again, we carried this through all the

7    way for each activity that the individual did.

8              By the way, this is a very simplified

9    version of this task analysis.  There is a lot more

10   detail that goes into this, but time does not permit

11   that description.

12             So, we have removing pipe insulation, an

13   equivalent number of days, 6 years times 45 days per

14   year.  Well, there is 135 equivalent days.  His

15   cumulative exposure, it looks like 5.9.  If I am

16   reading that correctly from here.  That is 5.9 fiber

17   years.  Unfortunately I have PPM years up there.  We

18   do the same sort of association for benzene.

19   Anything that has a cumulative type of exposure you

20   use the same sort of approach for.

21             And then over in this column it is just

22   carried out.  It is an additive sort of effect.  So

23   here we have the pipe insulation for his 6-year

24   exposure at 5.9 fiber years -- I am sorry, that was

25   on board this ship for 2200 days.  We added up each

1  ship and the amount of time that he was on each

2  vessel removing pipe insulation.

3         We assigned a background level of asbestos

4  while just being on board the ship. Again, there is

5  data. The Navy has conducted studies. I have been

6  aboard ships underway and measuring asbestos as

7  background levels, and we inserted that data, so

8  provided the exposure based on that data as well.

9         And then we have removing and installing

10 gaskets under this 2200-day period. There was an

11 equivalent of 180 days of removing and installing

12 gaskets. And his cumulative dose as a result of that

13 was .005 fibers per cc.

14         You add all these up and ultimately what

15 you come out with for insulation, you add up just the

16 insulation exposure, 7.4 fiber years.

17         The gasket exposure data was 0.005 fiber

18 years. So, ultimately if you are adding up his total

19 cumulative dose, you would add all the gasket data

20 together, you add all of his years in the different

21 vessels that he served aboard with his pipe

22 insulation exposure, and that is how you come out

23 with a cumulative dose.

24         And that is how you compare one against --

25 one product type against the other, whereas in years

31

1  past when I was working on board these ships, it was
2  nearly impossible to differentiate the exposures from
3  gasket and the total contribution of exposure on
4  board the ship because we had not only asbestos all
5  over the ship, but we had fiberglass and cellulose
6  and other sources of fibers on the ship. It was hard
7  to make that distinction. This is a process that
8  allows us to make that distinction.
9       These types of -- this type of approach is
10  good in evaluating what I call a worst case scenario.
11  And I think when you approach this, you take the data
12  in that respect and do a worst case analysis, what we
13  tend to do as industrial hygienists, since we can't
14  monitor everyone under every situation at every point
15  in time.
16       It is a long and it must be a -- it is a
17  meticulous process to make sure that you have
18  selected the appropriate data, that you have applied
19  the appropriate work task frequency and duration, and
20  that you have looked at the product to make sure that
21  it is similar or the same as the historical types of
22  products.
23       And so through this process one can get an
24  understanding of the relative contribution of various
25  products. And again, you can use this with other

32

1  types of exposures.  Benzene is another good one if

2  you want to evaluate different types -- different

3  exposures or contributions from different sources.

4      One of the things that I have found in

5  doing these types of assessment, as industrial

6  hygienists, we use professional judgment, and I think

7  through experience and education that you can apply

8  your common sense to this type of approach, but it is

9  a scientific process that I believe can be utilized

10 to clearly differentiate one type of product from

11 another.

12      So with that, I thank you for your time.

13      FRED BOELTER:  Thank you, John.  The next

14 speaker is Dr. Rasmuson.

15      JIM RASMUSON:  Good morning.  Larry

16 Birkner sends his regrets that he couldn't be here.

17 I am honored and pleased to be here in his place.

18      The objectives that I would like to talk

19 about this morning are to explore methodologies for

20 doing what we are talking about this morning, but

21 particularly with respect to individuals who have had

22 work over a varying history, in other words,

23 construction workers, maintenance workers, people who

24 have -- it is hard to pin them down, they are moving

25 from.site to site, they are doing different tasks,

33

1   some sites are being exposed to asbestos and other

2   sites they may not be.

3           I want to demonstrate how the uses of

4   ranges and a particular technique for dealing with

5   those ranges, the Monte Carlo simulation method, can

6   be used in the absence of specific exposure and

7   specific exposure factor data, and I want to discuss

8   how that can also be applied to the -- taking a look

9   at uncertainty analysis relative to the estimated

10  dose reconstruction.

11          Particularly I want to discuss the

12  differences between variability accuracy, and I want

13  to talk a little bit about the limitations of the

14  method as well as the strengths of the method.

15          I think that this type of work, it is very

16  important to, just in the beginning, say that we need

17  to not try to find data to support our preconceived

18  notions, but rather let the data drive the

19  conclusions.  And this is almost true without saying

20  it and yet it is something that as consultants I

21  think that we need to remind ourselves of once in

22  awhile.

23          This is one potential solution to the

24  problem.  This is a time machine that we have

25  designed, and the rest of the talk will be discussed

34

1    and geared towards that.  But, actually, no.

2         I want to talk about the elements of the

3    retrospective exposure assessment very briefly.

4    Others have touched on that.  And then we will try to

5    get through that quickly and get into some meat.

6         Basically what you want to do is determine

7    the work and exposure history, assign an exposure

8    range to each exposure event, estimate exposure

9    factor ranges.  Sometimes the exposure events are

10   known for the primary worker, but people in the same

11   area have also been exposed, or they are using

12   different types of products with different asbestos

13   contents, and then we have to apply factors to those

14   primary exposures to help estimate the exposure

15   ranges for the workers being actually exposed.

16        You want to calculate each exposure event

17   dose range.  Now an exposure event dose range is a

18   specific job working with a specific product.  In my

19   experience, the more slices you can make of the work

20   history, the better job you can do because you are

21   paying more attention to details.  And I will be

22   talking about that later.

23        The danger in doing that is sometimes if

24   you are working off of a work history, which has been

25   gathered by interviews or from deposition testimony

35

1    or something of that nature, there is gaps in periods

2    of time that can be missing and one has to be careful

3    to try to cover those periods as well and include

4    that in the uncertainty analysis.

5            Then finally, the estimated doses for all

6    the various exposure events are added together to

7    come up with a lifetime exposure range.

8            The work and exposure history is

9    determined by interview, deposition testimony,

10   workplace and other records.  There is other ways of

11   doing it as well, using personnel records, Social

12   Security records, union records, military records,

13   whatever you have that allows you to piece that

14   together.

15           In interviewing workers, these are some of

16   the principles that I have come to adopt.  I don't

17   always get to interview workers, particularly if I am

18   working for attorneys doing that kind of consulting

19   work for Defendants.  On the other hand, when I have

20   worked for Plaintiff attorneys, and in other

21   situations, I have been able to better interact with

22   the workers.

23           These are some of the lessons I have

24   learned from that type of work:  Basically to avoid

25   leading questions, have your forms, your questions,

36

1  predetermined.  A one on one interview is better so

2  you don't have kind of the group biasing and

3  developing kind of a group thing, pushing things in

4  certain different directions.  I try to standardize

5  exposure descriptors.  Try to use common, if I am

6  talking about estimating a dose, for example, to an

7  organic solvent or dioxin-containing material, that

8  sort of thing.  We try to standardize relative to

9  splashes how many drops, how many quarts, what

10  percent of the surface area of the arm, in other

11  words, the top of the arm, the whole arm, did you get

12  wet up to your elbows, was it just your fingers, how

13  long did it stay wet, did you go wash your hands.

14  Things of that nature.  We try to put words in

15  terms -- try to use words that the workers can relate

16  to.

17          We visit the site whenever possible.  That

18  is very important.  Estimations are best made in

19  ranges because we can't be real precise in this.  And

20  if we can get estimations from several sources, that

21  is always the best.

22          The work and exposure history

23  characterizes each exposure event.  We try to define

24  the type of ACMs in the process.  We are talking --

25  the other slide was more general, this is for

37

1    asbestos.

2          The process, hands-on, bystander,

3    et cetera.  What duration or overall percent of the

4    work week are we talking about.  That can be in terms

5    of minutes, number of times, lots of different units.

6          How often did that happen.  Over how many

7    years did that happen.  It is the old intensity,

8    duration, frequency and length of time idea.

9          Typically all of the information is

10   typically known within broad ranges, and maybe broad

11   ranges at best.

12          I found it useful when I organize data to

13   put it into a spreadsheet, taking into account the

14   relevant dates, the employer, location, occupation,

15   job description, work environment, what type of

16   product is it, who manufactured it, the personal

17   protective equipment, the duration/frequency/length

18   idea.  And I also document by each exposure event in

19   the spreadsheet the related exposure values from the

20   literature, factors, basis for estimations, and then

21   I do the exposure calculations all on the same

22   spreadsheet.  It is just very useful to kind of keep

23   organized in that sense.  There is different ways of

24   doing it.  This is just the way I happen to do that.

25          Another useful thing that sometimes I do

1   is I come up with exposure range categories, kind of

2   order of magnitude values dividing the exposure

3   ranges into seven categories, for example. It kind

4   of goes like this, less than .01, .01 to .1, .1 to 1,

5   et cetera. Kind of an order of magnitude thing. And

6   there I use judgment on each exposure event taking

7   into account bystander factors, differences, all the

8   various exposure factors and what the literature

9   might say, and I use judgment. But by using judgment

10  on many individual events, the overall -- I found in

11  my experience that the overall assessment has some

12  measure of objectivity to it.

13          Basically what we are talking about when

14  we assign the exposure range is we are talking about

15  historical databases. There is a need to standardize

16  these. I think that the more we can talk as a

17  society and to each other about what exposure ranges

18  we are using, and then we can standardize this, it is

19  going to be -- we are going to create more

20  reproducible exposure assessments from one industrial

21  hygienist to another.

22          We can also do -- we have to be very

23  careful because short-term measurements oftentimes

24  have been made, and that is different than TWA

25  values, and sometimes the literature is confusing and

39

1    we have to be very careful about that.

2            We can make inference from measurements

3    involving similar materials.  I have tried to do

4    modeling.  The biggest limitation I found when I

5    tried to model the exposures is an unknown source

6    term, that is trying to figure out what is the mass

7    per unit time that enters the air.  And I have been

8    able to do some useful work relative to particular

9    exposures using various models, but modeling is

10   problematic in many cases.  But principles of

11   modeling can be used to modify data and to better

12   understand.

13           For example, if you move an indoor

14   exposure to the outdoors and you use a box model, you

15   use the same source term in terms of mass per unit

16   time being put into the air, you can make generalized

17   conclusions.  But there again, you have to make --

18   you have to have caution so that you don't

19   overinterpret what you are doing.

20           Basically there are elephant-sized

21   exposures, there are medium-sized exposures, and

22   there are snail-sized exposures.

23           You know, without exposure data, there is

24   quite a bit you can do based on judgment.  If you are

25   talking about friable products, then you are talking

40

1   about exposures that are generally greater than the 1

2   to 20 fiber per cc range, either in that range or

3   greater.

4          Or as Dr. Fowler just discussed, if you

5   take a friable -- nonfriable material and you apply a

6   power tool to it, then of course you can also get

7   into that range.

8          If you are talking about materials, such

9   as cloths, papers, things of that nature that can

10  give off a little bit of dust but they are not really

11  friable, in my experience they are typically in that

12  0.1 to 1 fiber per cc range on a time-weighted

13  average; of course it can be less if you are not

14  handling the material much.

15         If you are dealing with nonfriable

16  materials and you are not rendering it friable, with

17  power tools typically you are in the less than .01 to

18  .1 fiber per cc range.  And some simple

19  categorization schemes like this can help fill gaps.

20  And in fact I believe the National Academy of

21  Sciences in their exposure assessment guidelines

22  talks about making extrapolations like this to fill

23  in data gaps.

24         The exposure evaluation process then

25  essentially is the industrial hygiene process, the