1    first two steps, the recognition and the evaluation.

2              First of all, we recognize the exposures.

3    We take into account time factors.  We take into

4    account exposure data.  We take into account factors

5    such as dilution, distance from the process.  We take

6    into account the percent of asbestos in the product.

7              For the case study I am going to talk

8    about this morning, typical exposure factors that I

9    used, and it would vary on a situation, obviously,

10   but if you make these exposure factors wide enough,

11   essentially you can make them wide enough to give

12   yourself some degree of confidence.

13             If you are covering a factor to take into

14   account the fact that you are not doing the work

15   yourself but you are in the immediate area, if you

16   let the factor go from 1 to 30 percent, you know, you

17   probably covered it unless you are working elbow to

18   elbow, or unless you are, you know, several hundred

19   yards away or several hundred feet away.

20             Time your other trades.  That is going to

21   be very case specific.  But, in the case I am talking

22   about today, 2 to 50 percent seemed to cover it.

23             Difference between the indoors and the

24   outdoors may be a factor of between 2 and 20.  The

25   percent asbestos in the product from what I have seen

42

1   is generally -- has a linear dependence on what gets

2   into the air, all other factors being equal.

3            Exposure factors can have somewhat

4   narrower and alternate range values with specific

5   information, but oftentimes I wind up working with

6   ranges like this or some modification of this.

7            This is a tracer gas study that I did to

8   try to further take a look at the so-called bystander

9   factor, that is the factor that would be in the

10  workplace surrounding an individual involved in an

11  asbestos exposure.  Used sulfur hexafluoride as a

12  tracer gas, and you can see that under very stagnant

13  conditions indoors, the surrounding environment, by

14  the time you get 25 feet away, is down to 1 or

15  2 percent of the continual release occurring.

16           We tried to simulate somebody scraping

17  asbestos, and we had a continual release as we moved

18  the hand back and forth, and we had monitoring points

19  set up in this building as indicated by the various

20  dots.

21           On the other hand if we have some directed

22  wind, indoor wind in this case -- and this was just a

23  different ventilation condition, different setup in

24  the building by turning on and off various

25  ventilation systems, you can see that the down wind

43

1    values, when you get about 10 feet away, are about

2    half of the primary exposure.  When you get 35 feet

3    away, it can be 20 percent.  When you get to be 75,

4    85 feet away, it can be something like 10 to

5    15 percent.

6              On the other hand, the upwind

7    concentrations are zero, and to the sides are zero,

8    so on the average you are still talking about, oh,

9    10 percent or so, or less in the same general work

10   space.

11             This has to be tempered by the fact that

12   if you are in a confined area you can have dust

13   buildup in the room, for example, on board ships in

14   other confined areas, and if you had a very vigorous

15   process, you simply can fill the space with fibers

16   and, therefore, we have to be conservative when

17   interpreting this data and that is why I use a wider

18   bystander exposure factor when I actually do these

19   estimations.

20             I want to get into the case history.  This

21   was a pipefitter/plumber, he was born in 1933.  He

22   developed lung cancer in 1999 at the age of 65.  He

23   had some pleural plaques.  He had a low degree of

24   interstitial fibrosis.  He smoked from 1950 until

25   1979.  He didn't smoke any Kent micronite filters

44

1  with crocidolite.

2  He was questioned in detail in nine

3  depositions and in trial testimony about his work

4  history.  Coworker depositions were available also.

5  He worked as a pipefitter/plumber mostly

6  in larger urban commercial sites, 85 to 90 percent

7  new construction.  What is the significance of that?

8  Well, if he is in new construction, he is not

9  removing pipe covering to any appreciable extent,

10  except in some instances tying in to existing systems

11  when he is building a new building as part of a

12  complex.

13  He was a hands-on apprentice when he

14  started.  He became a mechanic.  He worked his way up

15  becoming a foreman, a site superintendent.  His

16  primary exposures lasted until about 1975 to 1980,

17  around 20 to 25 years of exposure.

18  There was information on 45 sites

19  evaluated through 1980.  He had limited hands-on

20  asbestos disturbance.  He was in the vicinity of pipe

21  insulation, fireproofing, and gaskets and had some

22  hands-on associated with these types of material

23  himself.

24  He installed asbestos cement piping using

25  non-power tools.  He reported working frequently side

45

1    by side with asbestos pipe insulators; however, it

2    was often fiberglass materials.  He reported working

3    in the vicinity of tapers and sanders, spray

4    application of fireproofing and joint compound mixing

5    and sanding.

6         I want to talk about the application of

7    the Monte Carlo simulation on this case history

8    briefly.  Basically what Monte Carlo is, it allows

9    you to take several distributions, in this case there

10   you see the distribution for exposures associated

11   with dry mixing, you see the distribution associated

12   with sanding, for application for cleanup.

13        The Monte Carlo technique allows a random

14   number generator to generate values in association

15   with those distributions, and the process is

16   repeated, for example, 20,000 times.  Equations are

17   set up to combine those exposures, taking into

18   account the percentage time for each of those dry

19   mixing, sanding, application, cleanup, and those

20   percentage times can be put in as a range as well,

21   and then taking into account the fact that some of

22   the time the taper/sander is just applying or not

23   being exposed, or you could take -- if the

24   taper/sander also puts up sheetrock, you could

25   essentially have a zero exposure for that activity.

1    The whole idea is the Monte Carlo method

2  allows you to combine these various distributions

3  into an overall distribution that you see on the

4  bottom of that chart, which would be indicative of a

5  typical or average time-weighted average for an

6  eight-hour day, assuming those distributions.

7    And you can see for the taper/sander a

8  1-to-5 fiber per cc range is useful with a central

9  tendency around 3 fibers per cc.

10    The assumptions that I used for the case

11  history were wider than I usually use in this example

12  because I wanted to be inclusive of additional IH

13  viewpoints.  This happened to be involved in

14  litigation, and the Plaintiff's industrial hygienist

15  had higher ranges than what I usually use, and so I

16  said okay, let's not argue about this, let's just

17  make the ranges wide.

18    I also use wider than -- wider exposure

19  factor ranges for bystanders, et cetera, than what I

20  think is necessary, but I wanted to be inclusive.

21  And basically this is an illustration of a what-if

22  scenario, what if the exposures are this high.  What

23  if the exposure factors are in this range.  Or you

24  can use the technique to come up with a best

25  estimate.

47

1        And so it is very careful to find what you
2   are up to in the begin so that you can probably
3   interpret what the results mean.

4        I want to show you with 40 different
5   exposure events or potential exposure events, 45,
6   whatever it was.  I can't show you all of the
7   assumptions that went into this, but I want to show
8   you a few just to give you a feeling for it.

9        For the duration, this is one of the
10  exposure events.  We had a four to seven month.  He
11  couldn't remember precisely, so he put in a range,
12  and we made the probability the same, represented by
13  that green rectangle.

14        For the percent time exposed, as a
15  bystander to insulation work, he had some descriptors
16  that he used in words but didn't have an exact
17  number.  So we came up with a reasonable range of 10
18  to 50 percent, a factor of 5.  For a bystander
19  factor, sometimes he was right in the same room,
20  right next to them, and other times he was at some
21  distance.  Again, we could have let this go
22  essentially 0 to 50 percent, but it doesn't change
23  the result much, so we just let it go at 10 percent
24  to 50 percent.

25        The primary worker exposure, if you look

48

1   at the Cooper Balzer study for general commercial

2   sites, you get about an average of 3 fibers per cc in

3   the 1960s; on the other hand, there are alternative

4   studies out there, but we allowed the highest part of

5   the distribution to be a 3 fibers per cc, but we

6   allowed the range to go from 1 to 43 fibers per cc

7   using the triangular probability distribution that

8   you see at the bottom of the page there.  Or bottom

9   of the slide.

10          Similarly for sheetrock tapers and

11  sanders, when he was in their presence, we use the

12  same time range.  His words indicated a little less

13  time of exposure, so we used a range of 5 to 25

14  percent.  We used a 10 to 50 percent bystander

15  factor.  Probably too high.  But again, we wanted to

16  be inclusive.  And instead of the essentially 1 to 5

17  fiber per cc range that I showed you, we extended it

18  from .25 to 10 for the central with the highest part

19  of that at 3.

20          Similar for people, labor sweeping up, you

21  can see the data there.  Removal of asbestos and

22  pipe/block insulation, sometimes he would do tie-in

23  work.  In this case he did it for two days.  Percent

24  time exposed during the day seemed to be about 5 to

25  10 percent.

49

1    He worked hands on with somebody else

2  doing this.  Sometimes he did it and sometimes his

3  partner did it, so we used a bystander factor there

4  of 50 to 100 percent.

5    And for the primary worker exposure, there

6  can be a great deal of variability when you are

7  removing asbestos.  Again using Cooper Balzer as the

8  most probable, we took 8, but we allowed the exposure

9  range to go from 1 to 97.

10    Scraping of fireproofing, Paik has an

11  article where he puts things in terms of geometric

12  means and geometric standard deviations, and he has

13  done this for essentially the eight-hour workday

14  rather than the short-term event.  And you can see

15  what that distribution looks like graphically at the

16  bottom there, it ranges from about .05 to 2 fibers

17  per cc on a time-weighted average basis.

18    But essentially you can input into the

19  Monte Carlo, you know, a formula, a geometric mean, a

20  geometric standard deviation.  You can input

21  triangular distributions or even probability

22  distributions as suggested by those rectangles.

23    So how did it turn out?  Even using the

24  broad exposure ranges, when you make a lot of little

25  slices, you get a range that looks like this.  And it

50

1    is really not as broad as you might think,

2    considering the broadness of some of the assumptions

3    that go into doing it.  You can see the 95 percent

4    confidence interval.  It is in blue.  2 and a half

5    percent of the data on each side of the distribution

6    is in red.  And so 95 percent of the simulated data

7    points occur in the center as represented by the blue

8    lines.

9            We have roughly a factor of three between

10   the low and the high.  We do the 95 percent

11   confidence interval.

12           How can the use of such wide input ranges

13   provide such a, I think, tight range.  I think a

14   factor of three.  I almost tried to make the ranges

15   wider so that the final result is broader.  It is

16   almost embarrassingly too tight.

17           But what I found is that the use of many

18   exposure events per assessment, in essence, slicing

19   up the pie into many events effectively increases

20   end.  It is the best analogy I can give you to try to

21   explain this, which reduces the standard deviation of

22   the mean total dose result.

23           Another factor is that many of the

24   exposure events do not significantly contribute to

25   the total dose, and that is almost the antithesis of

51

1    that first point, but one can determine what is doing

2    what by running a sensitivity analysis on the Monte

3    Carlo.

4            I think the basic idea here is that if you

5    have a lot of data, you are taking a mean, the

6    standard deviation of the mean gets reduced by the

7    square root of the number, measurements that go into

8    the mean or the so-called standard error concept.

9            To compare it, sometimes it is useful to

10   compare a one dose with another.  For example, in the

11   previous talk there was the comparison of the gaskets

12   with the pipe insulation.

13           To cover the range of possibilities and to

14   complete the uncertainty analysis, we need to

15   essentially divide one range of values by another

16   range of values.  The Monte Carlo technique is one

17   method to perform this type of analysis.

18           In this example, one of our clients, which

19   I will fictitiously call Acme, we came up with a

20   range for his products, he was actually a boiler

21   manufacturer, and you see the range up there.  You

22   know, it is a very trivial exposure, it is down in

23   the background range, but it varied from close to

24   zero to about 005 or 006 fiber per cc years.

25           If we want to know what percentage or what

52

1   fraction of a lifetime exposure that represents, we

2   essentially have to divide that by the total lifetime

3   asbestos exposure.  And the Monte Carlo technique

4   allows us to do that.  What we can do is take the

5   Acme-related exposure, divide it by the lifetime

6   exposure, and come up with a ratio-to-lifetime

7   asbestos exposure, which you can see is running from

8   essentially 0 to about 7 parts in 10,000.

9           Uncertainty analysis is a very important

10  part of any kind of exposure assessment or risk

11  assessment.  Wonder if they ask themselves does the

12  exposure assessment make sense.  We can do

13  comparisons to other types of workers.  For example,

14  for this pipefitter, if I started getting results

15  that were indicative of insulators I would say well,

16  it probably isn't making sense.

17          You can make simplified estimations.

18  Instead of cutting the pie into many pieces, you can

19  try to get a sense for the frequency, for the various

20  activities over a lifetime and come up with

21  simplified estimations, and you better get the same

22  results.

23          Is it consistent with what the literature

24  says about the occupation.  There are some

25  estimations of pipefitters in the literature relative

53

1 to disease rates compared with insulators. And this

2 has been primarily for shipboard work. But that can

3 be viewed as a worst case.

4 There is a difference between variability

5 and accuracy. Even though I showed you the

6 variability, that variability is simply the

7 variability associated with the assumptions that I

8 made. It is not the variability from one person

9 doing the exposure assessment to another person doing

10 the exposure assessment.

11 And it shows variability, but the accuracy

12 of the analysis is only as good as my assumptions,

13 and so it is important to not think of the

14 variability that one determines as a full uncertainty

15 analysis. One is to think about both variability and

16 accuracy issues.

17 So it is important not to overstate the

18 utility of the confidence interval range that you

19 determine by this method, and at the same time it is

20 very useful, and I don't think it should be

21 understated either.

22 How good is it from an accuracy

23 standpoint. What I have done is before I started

24 doing Monte Carlo, I essentially do a minimum kind of

25 a mid range and a maximum. And where I had asbestos

54

1   body per gram information from pathologists, I tried

2   to correlate the two, and of course the problem is

3   that chrysotile exposures, the chrysotile fibers

4   don't persist in the lungs, the amosite fibers do,

5   and on top of that, all of us make asbestos bodies at

6   different rates, individual to individual.

7   Nevertheless, if you take the regression line through

8   the data, ignoring those two green points because

9   those are not my data, that was some other data.

10          (This concludes tape 1.  Please go on to

11      Tape 2 for the continuation of this program.)

12          SPEAKER:  Code number AIHce 02/Forum 244,

13   Part 2.

14          JIM RASMUSON:  -- lines going from high to

15   low.  And I think it does illustrate the utility of

16   working with ranges when coming up with this type of

17   work.  Does that indicate accuracy?  No, it indicates

18   correlation.

19          This is an example of retrospective

20   exposure assessments that I have done for dioxin, and

21   it didn't look this good until we averaged the

22   results from two different laboratories.  The risk of

23   cancer from TCDD is using the retrospective exposure

24   assessment, primarily looking at the dermal

25   absorption pathway and taking into account body

1   weight, the sort of things you do for the EPA risk

2   assessment.

3           But is it accurate?  There is variability.

4   The answer is well, it is accurate to a degree, but

5   when we look at -- when we determine the half life of

6   the decay of the dioxin in the body, we come up with

7   a three-year half life for this, and CDC has done

8   this on many more people and has come up with a

9   seven-year half life.

10          And so while we have tremendously good

11  correlation, except for one data point here, it isn't

12  perfectly accurate.  And so one has to think about

13  precision, variability, accuracy in order to put your

14  data into perspective.

15          These are not single-valued estimations,

16  and one has to try to continually get at the idea of

17  what is my variability, what is my accuracy, how well

18  would my results compare with another industrial

19  hygienist doing the same type of work.

20          One of the interesting things that is

21  becoming more and more important is the difference in

22  fiber type.  There is good workers on both sides of

23  this issue.  Some would think that chrysotile is very

24  potent for mesothelioma.  Many of the epidemiological

25  studies do not support this.  And one possible

56

1    utility for the Monte Carlo analysis that I have

2    talked about is to do a fiber type analysis within an

3    exposure assessment, come up with dose percentage of

4    exposure.

5         In addition, the technique is useful for

6    specific situations, accidental releases.  I have

7    used it relative to risk communication situations

8    involved with maintenance workers, that sort of

9    thing.

10        Thank you very much.

11        (Applause.)

12        FRED BOELTER:  Thank you, Dr. Rasmuson.

13   The next speaker is Dr. Bill Dyson.

14        BILL DYSON:  Well good morning.  I have

15   been sitting about as long as you have and it felt

16   good to me to stand up, and so I thought you might

17   want to stand up for just a second.  Stretch a little

18   bit.

19        I will continue to talk while you are

20   stretch, though, to tell you why I have chosen this

21   topic, which is just a little bit of an extension

22   beyond exposure reconstruction, and that is to talk

23   about mesothelioma cases.

24        What is at risk in this country today is

25   very simple to calculate.  There are around one per

57

1   hundred thousand cases of mesothelioma is the rate,

2   and so that means that we have somewhere between 2500

3   and 3,000 cases occurring each year within the

4   country.  These are -- what is at stake for each of

5   those cases is somewhere between 2 million and $10

6   million, so if you multiply that out, and assume

7   that, say, 50 percent of them, or 40 percent, even,

8   are going to come to a legal setting where the claim

9   is that it is due to asbestos exposure, you are

10  talking about an industry somewhere between 2 and 12

11  billion dollars a year.  So there is a great deal at

12  risk in talking about this.

13          Sorry, I have got to go back.  And I don't

14  know how to go back.  Okay, back where I should be.

15          What I want to talk about here is

16  attributable risk based on going a bit beyond just

17  the simple calculation of exposure dose.  This is

18  applicable to mesothelioma.  It is not -- it is

19  certainly not applicable to lung cancer or to

20  asbestosis from asbestos exposure.

21          The objective is to attribute the risk to

22  individual exposure sources and determine the

23  relative contribution of each of those sources to the

24  total risk that the individual might have.

25          Obviously if the mesothelioma is an

58

1    asbestos-related disease, then the total risk

2    necessary to cause the disease is the sum of the

3    individual risk attributable to those sources.  And

4    the relative contribution is the ratio of the risk

5    from the individual sources to the total risk.

6            I only pushed it once.

7            The first cut at this is a risk assessment

8    based on exposure dose, and the equation or the

9    proportionality that we would use here is that it is

10   proportionate to the exposure intensity and the

11   duration of exposures.  You have heard that several

12   times this morning.

13           This model for epidemiology does not fit

14   the data; however, if you use it, and it is necessary

15   to do this in each and every case, you can look and

16   see if the lowest cumulative doses at which

17   mesothelioma has been associated with asbestos

18   exposure, is reached.  And in my estimation, in

19   epidemiological studies, that is somewhere in the

20   range of 1 to 5 fiber years per cc.

21           I am going to try.  There we go.

22           The particular example that I would like

23   to use here is the case of an individual who early in

24   his life was in the Navy.  He came out and

25   essentially became a carpenter's apprentice and then

1    worked his lifetime as a carpenter.

2         The individual sources of exposure here
3    were 5 in his history, that was he worked as a boiler
4    tender between the years of 1944 and 1946.  For a
5    period of time between 1960 and '61 he was cutting
6    some asbestos cement board in building a cooling
7    tower.  He also used vermiculite to mix with plaster
8    over the period of 1955 to 1961.  It is a similar
9    exposure but cutting shingles, asbestos cement
10   shingles between 1950 and 1960, and then finally the
11   exposure that he might have had as a result of
12   drywall construction.

13        Dr. Rasmuson gave you the data on exposure
14   from Monte Carlo analysis for drywall tapers, and you
15   will see how I use similar data to that.

16        Doing just the exposure dose calculation
17   in this case, the Navy, and I do it on a worst case
18   scenario basis and do it in a fairly simplistic
19   fashion because I find that I can explain it better
20   to juries if I can get it down almost to sound bites
21   and small categories like this.

22        But, the Navy exposure I attributed a .1
23   fiber per cc over a 2-year period for a total dose of
24   .2 fiber years per cc.  And in going on down, you see
25   the various attributions here.  But, particularly the

60

1    drywall exposure I use the upper end of the range on

2    that, again, for a worst case scenario of 10  fibers

3    per cc.  He did it in 50 homes, 5 hours per home, so

4    his total cumulative exposure here was about

5    two-and-a-half fiber years per cc.

6            The largest contribution of which, just

7    based on an exposure dose analysis, is the drywall

8    application.  Now, what I would conclude from this,

9    of course, if I stopped here, is that he did have

10   sufficient exposure or sufficient minimum exposure

11   for the mesothelioma to be asbestos related, and if I

12   looked at it just on the basis of exposure dose

13   alone, I would attribute a good portion of his -- the

14   attributable risk here to the drywall installation.

15           But let's take a further refinement of

16   this model.  And that is a risk assessment based on

17   latency.  This is commonly called the Peto analysis

18   in the world of asbestos litigation, at least.

19           It was -- the mathematics of it were shown

20   in a paper by Morgan in around 1988 that he tongue in

21   cheek called who done it, or assessing liability in

22   asbestos litigation.  And what this says is is that

23   the risk is proportionate to the period between when

24   the diagnosis for mesothelioma occurred and the

25   initial exposure for that particular individual to

61

1    asbestos raised it somewhere in the range of the

2    third to the fourth power.

3    In applying this, we used three for

4    chrysotile exposures, four for amphibole exposures,

5    or some people used just an average of 3.5 for mixed

6    exposures.  This acknowledges what we have seen in

7    the epidemiological literature that early exposures

8    contribute more to the risk of mesothelioma.

9    If we applied this to the case of the

10   individual in this case, the relative risk, just

11   based on those latencies from the diagnosis of

12   mesothelioma in the year 2000 and the early exposure

13   periods in the Navy and drywall and so forth, again

14   the relative risk looks like the drywall exposure's

15   the biggest contributor to this individual's risk of

16   mesothelioma.

17   The others, again, based on the wide time

18   frames and so forth for the asbestos cement siding on

19   the house, gives a large relative risk as well.

20   But then we take it a step further.  This

21   is a risk assessment model that was used, it was

22   proposed initially by Dr. Nicholson, it was used by

23   OSHA in their risk assessment for asbestos to

24   determine the permissible exposure limit, and what

25   this says is that the absolute risk of mesothelioma

62

1    is proportionate to the exposure intensity as well as

2    the latency raised to the third power.

3              There are few refinements of this, of

4    course.  Some people say that the minimum latency is

5    10 years, so you need to subtract 10 from the latency

6    that is calculated here.

7              But for the few epidemiological studies

8    that we have that show a dose response relationship

9    for mesothelioma, the proportionality factor here has

10   been estimated about 10 to the minus 8.

11             So again, taking this same example and

12   applying it to the individual that we have used

13   before, the slight difference and nuance of this in

14   this application is that you will notice that the

15   intensity numbers that I am using here are different.

16             They are not different for the Navy

17   because that was a fairly continuous exposure, but in

18   the case of the cutting of the asbestos cement board

19   here and here, what I used was the dose, the total

20   dose that I calculated, divided by the number of

21   years.  In this case it was .4 fiber years per cc,

22   but it is divided by only one year, so that is the

23   average exposure intensity in fibers per cc.  Here

24   you are dividing it over a 10-year period the same

25   dose, but it is -- the intensity average and

63

1   intensity over that period of time is lower.

2       This is necessary to do because the -- if

3   you don't, the numbers get skewed on this.  And

4   again, note where I used a 10 for the intensity for

5   the few months or the 50 homes that he did drywall

6   work in, if you attributed over that entire duration,

7   the average intensity over that duration is 0.7.

8       So now we begin to see a slight shift in

9   the relative risk of mesothelioma using this

10  particular model.  Now the drywall element of this

11  exposure goes down as a relative contributor, and the

12  Navy portion of it goes up somewhat.

13      The next refinement of this model,

14  Dr. Rasmuson mentioned that we have interesting

15  information about the potency of various fiber types

16  to cause mesothelioma.  I don't think that there is

17  any doubt in anyone's mind that there is a different

18  potency or certain variability by fiber type.

19      The best estimate that we have from this

20  comes from a fairly recent article of Hodgson and

21  Darrington, and they say that the relative potency by

22  fiber type between the fibers ranges from 1 to 100

23  between chrysotile and amosite -- they didn't mention

24  tremolite, but it is in the same category -- and 1 to

25  500 between chrysotile and crocidolite.

64

1      So using this information we can refine

2  our model somewhat further.  And in this case now,

3  say that the risk of mesothelioma is proportionate to

4  not only the exposure intensity and the latency

5  cubed, but also the potency of the fiber type

6  involved.

7      Applying that particular model, the chart

8  becomes larger, the numbers become smaller, and I

9  apologize to those of you in the back of the room,

10 hopefully you can read some of it, at least.

11     We have an interesting situation because

12 of the fiber types.  Most of the fibers here in the

13 cutting of asbestos cement board, and in the drywall

14 we are talking about chrysotile where we attribute a

15 potency of one.

16     On the other hand, in the Navy we have a

17 mixed exposure with amosite, and the vermiculite

18 exposure is to tremolite where we would put an

19 exposure potency of a hundred.

20     When you run the calculations using this

21 particular risk model, things change very

22 dramatically, the two contributors, the two largest

23 contributors in terms of risk to this individual's

24 mesothelioma were the Navy exposure out here, and the

25 vermiculite exposure that he had.

65

1        Primarily as you can see it is due to

2 latency and potency as opposed to the intensity

3 element of it.  Based on this, I conclude, at least,

4 that exposure dose estimates alone are not sufficient

5 for attributing risk and doing relative risk

6 attribution in mesothelioma cases.  As they are, it

7 is sufficient in lung cancer and asbestosis cases.

8 The latency and potency of the fiber type are very,

9 very critical factors and oftentimes the most

10 critical factors.

11        And then finally it is my opinion that all

12 factors must be considered in the risk assessment for

13 mesothelioma cases to get an adequate idea of the

14 relative contribution of the individual components of

15 the exposure.

16        Thank you so much.

17        (Applause.)

18        FRED BOELTER:  I am going to talk about

19 two cases, one involves a historical exposure

20 assessment similar to the previous speakers where we

21 are looking back in time using information gleaned

22 from interviews as well as depositions or studies,

23 and ultimately calculating a total lifetime dose.

24        Another study I am going to share is more

25 contemporary experience where it is not unusual that

66

1    asbestos is in buildings today, and people encounter

2    it accidentally.  And I will show how to use the same

3    concept of dose reconstruction to determine a dose

4    associated with that to communicate the significance

5    of the exposure and the risk associated with it.

6          What we have developed is software to be

7    able to look at a dose reconstruction.  It is built

8    on the principles that all the other speakers have

9    discussed; namely, the establishment of exposure

10   events and the building of a timeline.

11         What is shown here is a small portion of

12   the discrete events.  Each line is called an exposure

13   event, and it has a start date and a stop date and

14   thus a total number of days.  For a default value in

15   determining the number of equivalent years between a

16   start and a stop date on a calendar is 250 days.  So

17   250 work days per year equals one year for the

18   purposes of doing a fiber year calculation when

19   looking at an occupational experience.

20         So what we do is in looking at the

21   person's work history, develop this timeline; namely,

22   what was their first employment or engagement with

23   asbestos, through to their most recent or last one.

24         Each timeline is either defined by the

25   period of time that the person was employed for a

67

1   particular employer, or it is defined by specific

2   activities that are performed at that employer.  So

3   this summary table is the employment periods.

4          For each exposure event, therefore, each

5   line that I showed on the previous chart, is an

6   exposure event form.  This will contain the name of

7   the employer, the location.  In this particular case,

8   it was a deposition source.  So the location

9   specifically in the deposition where that information

10  was contained, where the employer was located,

11  information related to the activities, and the nature

12  of the activities, in this case, the renovation of

13  homes, where those were located.  And then the

14  individual activities that were performed for this

15  exposure event, therefore -- or the activity was the

16  working on renovating homes, but there were a series

17  of different specific activities that could have an

18  exposure associated with them while doing this work,

19  such as cutting through flooring, pulling cable,

20  cleaning up, removing insulation, cutting through the

21  ceiling.  Each of these are specific activities that

22  have to do with this exposure event.

23         What we also have is links to literature

24  so that there is a basis for each entry in the

25  process of building this timeline.  For each of those

68

1  activities that I showed on the previous chart, there

2  is going to be a specific activity information

3  summary.

4         The information, for example, cutting

5  through the floor, there will be a description of

6  what that activity involved.  There is an attribution

7  to a particular type of manufacturer material or

8  specific manufacturer.  There will be information

9  entered, if it is known, about the composition of the

10  material in terms of the fiber type.  The general

11  categories are amosite, crocidolite and chrysotile,

12  as the previous -- several speakers discussed the

13  potency differences between these fiber types.

14         There is also information entered about

15  the proximity, whether the person performed the work,

16  whether they were near the work, or whether they were

17  around the work as the concentrations will vary

18  depending upon the proximity.

19         And then we begin the process of

20  estimating the amount of time during the day.  The

21  individual might say well, you know, it was somewhere

22  between 5 and 15 percent of the day, or there might

23  be some other type of information that we will

24  utilize to come up with a time estimate, realizing

25  the exposure event was an annual experience.  Looking

69

1    at the activities, it is a daily experience.

2            So during the day there is some portion of

3    the day that is directed toward this activity that

4    was described as cutting the hole through the floor.

5    It is clearly not an all-day activity, some portion

6    of the day.  So that information would be entered

7    here.

8            The frequency is going to be the number of

9    hours per day, not in terms of the percent of the

10   day, but whether it was an eight-hour workday, a

11   twelve-hour workday, a ten-hour workday, we need to

12   adjust the equivalent number of years that that would

13   represent, and thus adjust accordingly the number of

14   fiber years calculations.

15           There might be information about the

16   frequency per week, it might be five days a week, it

17   might be only one day a week.  It might be once every

18   two weeks, in which case the time that would be

19   entered would be .5.

20           Then we are going to estimate the

21   eight-hour time-weighted average if the person were

22   to have performed the job all day long, as if it were

23   an eight-hour time-weighted average.  That will then

24   be adjusted based on the percent of the day that the

25   person actually performed the work.

70

1      If there is information on the attribution

2   of a specific material, realizing there are a number

3   of manufacturers of the same type of product, if

4   there was a specific interest in looking at a

5   manufacturer's material, we can enter the percent of

6   use that that particular manufacturer represented.

7      We do this for each activity.   Each

8   activity for each event.   So, this process is a

9   cumulative one.

10      We have links to a library of data sources

11   that allow as a basis for either the estimates of

12   time, the estimates of concentration, the duration of

13   the activity, the content of the material.   So at

14   each step in the process, if there is a linkable

15   reference, we can link to it.

16      By then clicking on that particular

17   reference, we can call it up out of the database.   We

18   have approximately 1200 specific references in our

19   database.

20      When we then go back to looking at the

21   event summary, we have the individual activities with

22   the event, and we can take a look at the effective

23   mean dose associated with this specific event.   Along

24   the way it is calculating and recalculating the dose

25   as the information is updated.

71

1    This total dose is then reflected on the
2  first sheet that I had shown you, which are the
3  individual line items, and there are many of them,
4  which are -- each are called an exposure event, which
5  when added together form a cumulative dose that we
6  call an effective median dose, in this case, it is
7  about 24 fiber years for this individual's total
8  dose.

9    We also can perform a Monte Carlo analysis
10 on this accumulation of information.  It is analyzing
11 the variability associated with time, variability
12 associated with concentration, variability associated
13 with the estimates that are being used in this
14 reconciled reconstruction of a person's work history.

15    The output of the Monte Carlo analysis, as
16 Dr. Rasmuson spoke, is a probability distribution
17 with a mean in this particular case of about 27 fiber
18 years.  So 95 percent confidence -- 90 percent
19 confidence, the range for this individual was between
20 24 and 29, almost 30 fiber years for a cumulative
21 lifetime dose.  And this is built on the systematic
22 slicing up of the information into component parts
23 where we can provide estimates of time and exposure
24 through concentration.

25    There is also an output from the analysis

72

1    to look at the statistics of the inputs and outputs

2    as well as a sensitivity analysis on which of the

3    particular inputs had the greatest variability

4    associated with them and thus would influence the

5    results most significantly.

6          So not only do we get an output in terms

7    of a range, we also get an analysis on which

8    particular input variables effect the output the most

9    significantly.  And this is that sensitivity

10   analysis; and it says in this particular case, it

11   says that this particular activity, which you can go

12   back to the chart, was the highest ranked as having

13   the greatest influence on the results.

14         As a result of having this, you can go

15   back to see whether you can refine the results or

16   refine the input more carefully, or whether it just

17   happens to be the activity for which we have the

18   least amount of information.

19         There are various outputs then that would

20   be produced in terms of a report.  This is a summary

21   of the references that were used in compiling the

22   basis for the ultimate dose calculation.

23         A dose analysis summary, which looks at

24   the individual's work history in terms of

25   chronological time, this being the oldest exposure,

73

1   this being the most recent exposure, and looking at

2   the time period during which the greatest exposures

3   occurred, and looking at the significance of the

4   exposure in terms of the height of the bar.

5          We also have an event and activity summary

6   output.  So for each of those line item entries is a

7   generation of report which looks at the individual

8   activities and the inputs associated with that, as

9   well as the specifically cited sources.

10          And then finally we have a reconstruction

11   summary output that looks at the significance of a

12   particular exposure with respect to a product as well

13   as the manufacturer.  So through this process we can

14   systematically compile a person's timeline, develop a

15   work history through event, exposure event

16   compilations, and output that information in terms of

17   product type, period of time, or activity that was

18   performed on those individual products.

19          Well, that is a historic reconstruction.

20   Let's talk about one that is a more contemporary one.

21   In this particular case, an individual was putting in

22   a fire annunciator system and didn't realize that the

23   acoustical plaster that was on the ceiling was

24   asbestos-containing.  What the individual did was

25   drill holes through the ceiling accidentally, and the

74

1  activity occurred for some period of time, and once

2  it was discovered it was stopped, but nevertheless,

3  the individual was very concerned in wanting to know

4  when they were going to develop cancer as a result of

5  having been exposed.

6          Now as industrial hygienists, intuitively

7  we know how to answer that question, but the

8  objective here was to put some science and

9  mathematics behind determining what the dose was of

10 the event.

11         And we can use the same process to be able

12 to do that.  We look at the construction incident as

13 an exposure event.  So this incident is the exposure

14 event.  It was composed of specific activities, in

15 this case cutting through the ceiling.  It was an

16 activity that through interview was determined to

17 have taken a specific amount of time.  However, there

18 was a range associated with the time.  Well, I think

19 it was at least this long and I don't think it was

20 any longer than this.  That defined the range of the

21 time.

22         The acoustical plaster was able to be

23 sampled, it actually was inventoried as part of the

24 building record, and so we knew what the material was

25 composed of.  We were able to compile then an

1    activity description of drilling the three-quarter

2    inch holes into the ceiling. We knew what the -- we

3    knew it was a 15 percent chrysotile material. We

4    knew that the person was working with the material.

5    We knew that it took somewhere between 3 and 12

6    percent of the day, an 8-hour day, 5 days a week,

7    except it was 1 day that this activity occurred.

8              We referenced back to a specific article

9    since we weren't there to measure it. This is the

10   article that was referenced. Having to do with a

11   sprayed material, it seemed to be the closest fit to

12   the description of the activity. And here is the

13   link to that specific article.

14             The calculated dose then from drilling a

15   hole through the ceiling for the period of time that

16   it was described to have taken was a minimum dose of

17   .000002 fiber years.

18             With that -- when we go back to the first

19   page where that is shown, it is too small to be able

20   to be shown in the effective dose, but we were able

21   to do a Monte Carlo analysis on that and demonstrate

22   that based on the inputs, these variable inputs, that

23   the range was between about 6 and 17 to the minus 6

24   fiber years of dose associated with that specific

25   event.

76

1      This is helpful in being able to

2  communicate the significance of the event. Clearly

3  it is not something we want people doing from a

4  preventative standpoint, but when these occur, and

5  they do occur, there is a mechanism to be able to

6  reconstruct that event and communicate effectively

7  with the individual about the significance of the

8  event. We can do a similar summary on that as well

9  as a detailed statistical analysis and a sensitivity

10 analysis as well to determine whether it is a close

11 fit.

12      With that, I would like to thank all of

13 you for your participation. We have some time for

14 questions and answers. And I appreciate all of you

15 showing up on the morning to participate in this

16 experience.

17      Are there any questions?

18      Yes.

19      MORTON CORN:  Would you entertain a

20 comment?

21      FRED BOELTER:  Please, Dr. Corn.

22      MORTON CORN:  I am Morton Corn, Professor

23 Emeritus Johns Hopkins University.

24      I think there is a very important

25 philosophical component to discussing these

77

techniques, and I would like to briefly elaborate on that.

Retrospective exposure assessment had its roots in epidemiologic studies, and I was privileged to be involved in many of those early ones, where we worked with a cohort of workers to address the question, is there a dose response curve, and these studies involved 18,000 workers, 5,000 workers.

We had anchor points for exposure with time in the same facilities, and the challenge was to fill in the missing years and the missing exposures which could be correlated with technological change usually, and that became known as the job exposure matrix and retrospective exposure assessment. And the techniques were extraordinarily useful because they did, indeed, focus on some thresholds where disease was recognized by the epidemiologist. We did have to pool our data into classes to correlate, very low exposure, low exposure, medium, high. The data were not usually good enough for the individual correlation.

What we have been talking about today is not that. And I think that is science and is judged as science. We have been listening to that technique reversed in response to the legal arena. We have

78

1    been asked to take retrospective exposure for an

2    individual, not for a cohort, and to use the

3    techniques developed for a cohort to answer questions

4    in the legal arena in the dispensing of justice. And

5    those questions are to be answered with a more likely

6    than not, or a high degree of scientific uncertainty

7    to the individual performing the exposure analysis.

8    And the question is usually, since the -- in the

9    asbestos arena, the cohort studies have given us, I

10    believe, a threshold for fibrosis, and a threshold

11    for lung cancer, and a suggested threshold for

12    mesothelioma. We are being asked was the exposure

13    consistent with those guidelines, do we believe the

14    exposure could cause the disease, because there is a

15    lot of argument about what fibrosis is, and there is

16    a lot of argument if the lung cancer is due to

17    smoking or to asbestos. So the first question is,

18    was the threshold passed.

19          Second question we are being asked with

20    the presentations given this morning is what is the

21    assignment of damages, assuming that the disease is

22    the manifestation of the totality of exposure.

23          In doing that, and I think we have heard

24    some very good utilizations of the exposure

25    assessment methodology, but I think we should be

79

1    aware that not only is this a science and an art, I

2    think it is an art and a science.  We have drawn on

3    some of the science to persuade juries or judges of

4    the answers to those two questions.

5    We are using data for individuals not in

6    those places where they worked.  We all know the

7    variability of the workplace.  We have heard some

8    point estimates which I think we just cannot give.

9    The variability is essential to the data we assume,

10   and it is even greater when you realize that data is

11   not for the establishments for the individuals

12   involved.

13   So uncertainty is absolutely critical in

14   all of this for the integrity of the presentation.

15   I believe some of the methodologies given

16   have the capacity to fool us with the specificities

17   and the readouts of the computer.  Bill, for

18   instance, is drawing on assumptions that are hot

19   arguments.  Fiber type is still not accepted, Bill.

20   And while I would agree with you, you have got a big

21   persuasion argument with the assignment of factors.

22   Peto's time analysis is still not totally

23   accepted.

24   The bottom line for what I am saying is,

25   we are going to be faced in the courtroom with one of

80

1    us on one side and one of us on the other side

2    presenting these arguments one to the pleasure of the

3    Plaintiff and one to the pleasure of the defense, and

4    the stakes are not only individual credibility but

5    the credibility of our field.  Do not oversell these

6    methods.

7                 I think the progress I listened to here

8    today was superb and I think some of it was literally

9    the state of the art of doing this.  But as the

10   practitioners, we should recognize just how soft much

11   of it is and that we are in an arena to persuade.

12   This isn't science.  Thank you.

13                 (Applause.)

14                 FRED BOELTER:  Thank you.  Do any of the

15   panelists wish to comment?

16                 ALLEN ROGERS:  Allen Rogers from

17   Australia --

18                 FRED BOELTER:  Excuse me just one minute.

19   Just a minute.  Dr. Fowler is going to have a

20   comment, thank you.

21                 DOUG FOWLER:  Dr. Corn's comments are

22   similar to those that I have made in court under oath

23   on occasion in that there is always grave uncertainty

24   about attribution of exposure of individuals 40 or 50

25   years ago when the only information about that