

M. s.#-015 i PNE

State of New York, held in and for the
County of New York, at 60 Centre Street
New York, New York, on
the _23_ day of August, 2007

PRESENT: HON. JOAN MADDEN, JUSTICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

EX PARTE MOTION OFFICE

This Document Relates To:

CHRISTIAN HOLINKA,

Plaintiff

-against-

A.W. CHESTERTOWN COMPANY, et. al.,

Defendant.

RECEIVED
AUG 2 2 2007
PART II

Index No. 114120

APPROVED
FOR THE PAYMENT
OF MOTION FEE
ONLY

020472

ORDER TO SHOW CAUSE

Upon reading and filing the Affirmation of Greg A. Dadika, Esq., ~~sworn to on~~ dated August 21,

2007, together with the exhibits annexed thereto, and all the pleadings and proceedings had herein,

it is:

**ORDERED** that Plaintiff Christian Holinka show cause at IAS Part 11 of this Court to be

held in and for the County of New York, at the Supreme Court of the State of New York, County of

New York at 60 Centre Street, New York, New York on the 12th day of September, 2007 at 9:30

a.m. why an Order should not be entered preclude plaintiff's experts, Drs. Moline and Strauchen,

from testifying that the Bunsen burner pads and heat mittens at issue caused Plaintiff's

mesothelioma.

**ORDERED** that service of a copy of this Order to Show Cause and the papers upon which

it is based, be made by hand upon Plaintiff's counsel, Benjamin Darche, Esq., Weitz & Luixenberg,

INDEX NUMBER 114120   YEAR 2006
15 MOTIONS                45.00
FORWARDED                 45.00
CHECK                     45.00
--------------------------------
CONS CASHIER   DATE   TIME TERM
-22600 3000  07 AUG 22 11:01 AM 60-1

Um. 351
VAL 3

180 Maiden Lane, New York, NY 10038-4925, and all other defendants and third-party defendants by facsimile to their respective counsel on or before ___Aug___, _28_ 2007, which shall be deemed good and sufficient service;

    **ORDERED** that answering papers, if any, are to be served by hand upon counsel for Defendant, Reed Smith, LLP, Princeton Forrestal Village, 136 Main Street, Suite 250, Princeton, NJ 08543, Attention: Greg A. Dadika, Esq., on or before the _10th_ day of _Sept_ 2007, by 5:00 p.m.

ENTER:

HON. JOAN MADDEN, JUSTICE