SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------- x
:
In Re: NEW YORK CITY ASBESTOS LITIGATION     :     Hon. Joan Madden
:     (Part 11)
------------------------------------------------------------- x
:
CHRISTIAN HOLINKA,                          :          Index No. 114120-06
:
Plaintiff                        :     **AFFIRMATION OF GREG A.**
:     **DADIKA, ESQ. IN SUPPORT OF**
-against-                           :     **LABORATORY SUPPLY**
:     **DEFENDANTS'** *IN LIMINE*
:     **MOTION TO PRECLUDE DRS.**
A.W. CHESTERTON COMPANY, et al.,           :     **MOLINE AND STRAUCHEN**
:     **FROM TESTIFYING AS TO**
Defendants.                        :     **CAUSATION**
:
------------------------------------------------------------- x

I, GREG A. DADIKA, being duly admitted to the bar of the State of New York and

licensed to practice law before the Courts of this State, declare, under penalty of perjury, the

following in support of the joint motion *in limine* to preclude two of Plaintiff's experts, Dr.

Jacqueline Moline and Dr. James Strauchen, from offering any testimony that the Bunsen burner

pads and heat mittens at issue caused Plaintiff's mesothelioma, which has been filed by and on

behalf of Defendants Baxter Healthcare Corporation (alleged to be a successor in interest to

American Hospital Supply Corp. and American Scientific Products) ("Baxter"), ManorCare

Health Services, Inc. (alleged to be a successor in interest to Central Scientific Company, a

division of Cenco, Inc.) ("ManorCare"), Fisher Scientific International Inc. ("Fisher"), VWR

International, Inc. ("VWR") and Univar USA Inc. ("Univar") (collectively, the "Laboratory

Supply Defendants"):

1.    Attached hereto as **Exhibit A** is a true and correct copy of the report of Plaintiff

Christian Holinka's ("Plaintiff") expert, Dr. James Strauchen dated April 30, 2007.

2.    Attached hereto as **Exhibit B** is a true and correct copy of the report of Plaintiff's

expert, Dr. Jacqueline Moline dated March 8, 2007.

3.      Attached hereto as **Exhibit C** is a true and correct copy of the *curriculum vitae* of Plaintiff's expert, Dr. Jacqueline Moline.

4.      Attached hereto as **Exhibit D** is a true and correct copy of the *curriculum vitae* of Plaintiff's expert, Dr. James Strauchen.

5.      Attached hereto as **Exhibit E** is a true and correct copy of excerpts from Transcript Volume II of the Deposition of Christian Holinka dated February 22, 2007.

6.      Attached hereto as **Exhibit F** is a true and correct copy of the report of the Laboratory Supply Defendants' expert, Robert Adams, dated July 18, 2007.

7.      The relief requested herein has not previously been sought, and is not frivolous.

**WHEREFORE,** the Laboratory Supply Defendants respectfully request that the relief requested in their instant application be granted in its entirety.

*Dated*:  August 21, 2007

Greg A. Dadika
**REED SMITH LLP**
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 0850
(609) 987-0050
Attorneys for Defendant
ManorCare Health Services, Inc.

- 2 -

Exhibit A

MAY. 1. 2007  4:34PM                                        NO. 3275   P. 3



MOUNT SINAI
SCHOOL OF
MEDICINE

The Lillian and Henry M. Stratton-Hans Popper      One Gustave L. Levy Place
Department of Pathology                            Box 1194
                                                   New York, NY 10029-4574

                                                   Phone:   (212) 241-8014
                                                   Facsimile: (212) 289-2899

April 30, 2007

Weitz & Luxenberg
Law Offices
180 Maiden Lane
New York, NY 10038-4925

Re:  Christian Holinka

Dear sirs:

I have reviewed the material on Dr. Christian Holinka, consisting of medical records,
deposition transcript volumes I, II, and III, pathology reports and pathology slides.

Asbestos exposure/occupational history:  Dr. Holinka was exposed to a variety of
asbestos containing products in the course of service in the U.S. Army as a medical
laboratory technician and in the course of his training and employment as a research
laboratory scientist.

Smoking history:  Dr. Holinka did not smoke tobacco products.

Summary of medical records:  Cliff P. Connery, M.D., Chief, Thoracic Surgery, Beth
Israel Medical Center, 8/14/06: "I saw Dr. Holinka today on 08/14/2006 for consultation
regarding his newly identified pleural effusion with dyspnea that is suspicious for
malignant pleural effusion.  This very fit 69-year-old Ph.D. has had about a two-week
history of dyspnea.  He noticed this while he was in Berlin and had a reduction in his
exercise capacity.  It should be noted that normally he runs avidly and has had no
respiratory problems or limitations in his activity previously.  This was clearly a
divergence from the norm and he had no other systemic complaints except for some
decreased appetite and mild weight loss.  He had a chest x-ray done in Berlin, which
showed a large right pleural effusion.  He then subsequently returned to New York for
further evaluation.  He did not have any problems with shortness of breath during the
flight.  Even in retrospect, the patient notes that he has not had problems except for a dry
cough for probably about two months' duration, which he had ascribed to allergies.  He
has had no hemoptysis and no important postural changes with breathing.  He has no
chest wall pain.  He is a nonsmoker.  He does relate that since he was a child in post
World War II German that he has been positive for PPD.  He has had no previous
surgery.  No previous medical history.  His review of systems again is negative except for

shortness of breath with vigorous activity for the last two months. On examination, he is
a lean gentleman in no distress. He has no icterus. No adenopathy in the neck. His chest
had moderately decreased breath sounds in the right but some aeration at the apex while
standing. There is no palpable tumor or tenderness in the right chest. The left chest is
clear. Heart has regular rhythm with crisp heart sounds. He has no edema and
neurologically he is grossly intact. The chest x-ray from 08/02/2006 and the CT scan of
the chest from 08/11/06 were reviewed. He has a large right pleural effusion with
multiple pleural-based lesions on the right. The lower lung on the right is obscured and
there is also density immediately in the right lung which is of uncertain significance. My
impression is that Mr. Holinka has an indeterminate large right pleural effusion with
symptoms that most likely could be explained by a malignant pleural effusion. The other
possibility of course could be a granulomatous process especially given his old TB
exposure history albeit he has no symptoms of fever, etc. I had a lung discussion with
Mr. Holinka and with Dr. Fischer who accompanied him. The diagnostic possibilities
and techniques of achieving a diagnosis were explained and discussed. After discussion,
Dr. Holinka requested that we organize an initial percutaneous drainage procedure, which
I recommended we could do by an interventional radiology technique and then reassess
depending on analysis of pleural fluid. If the fluid is non-diagnostic or if it is malignant,
he would likely then subsequently require thoracoscopy and pleurodesis if malignant. He
understands this and we have taken the liberty of organizing interventional radiology
drainage for tomorrow 08/15/2006. I will keep you advised of his progress."

Radiology reports: CT scan of the chest with intravenous contrast, 8/11/06: Impression:
Large right-sided pleural effusion and multiple pleural based nodules. Neoplasm is
suspected and differential possibilities include mesothelioma and metastatic disease.

Pathology reports: Columbia University Medical Center SP06-20320: Diagnosis(es):
Pleura, right, biopsy: Atypical mesothelial cells associated with pleura with moderate
chronic inflammation and focally cellular stroma, malignancy can neither be diagnosed
nor completely excluded, if clinically relevant additional tissue is required. St. Luke's-
Roosevelt Hospital Center 06R0853B: Diagnosis: A,B. Right pleura, biopsy – Biphasic
malignant mesothelioma, see note and immunohistochemistry results. Note: The tumor
is composed of epithelioid cells growing in a sheet-like pattern admixed with fascicles of
spindle cells. These findings are consistent with biphasic malignant mesothelioma.
Immunohistochemistry results: CK7 Positive, CK20 Negative, TTF-1 Negative,
Vimentin Positive, Calretinin Positive, CK5/6 Negative, CEA(M) Negative, CD15
Negative, EMA Positive, WT-1 Positive. Interpretation: Immunohistochemistry results
are most consistent with a tumor of mesothelial cell origin.

Pathology material: Columbia University Medical Center: 1 H&E-stained slide SP06-
20320 A. St. Luke's-Roosevelt Hospital Center: 3 H&E-stained slides 06R-8538 AFS,
A1, B. The slides labeled Columbia University Medical Center SP06-20320 A is
identified as "right pleural biopsy" and consists of a pleural biopsy. This shows atypical
mesothelial cells. The slides labeled St. Luke's-Roosevelt Hospital Center 06R-8538
AFS, A1, and B are identified as "right pleural biopsy" and consist of pleural biopsies.
These show a biphasic malignant mesothelioma of the pleura. No lung tissue is present

to assess for ferruginous (asbestos) bodies or interstitial fibrosis. Report of immunohistochemical studies performed at St. Luke's-Roosevelt Hospital Center indicates the tumor cells are positive for CK7, Vimentin, Calretinin, EMA and WT-1; negative for CK20, TTF-1, CK5/6, CEA(M), and CD15. These findings are those of malignant mesothelioma.

Summary and conclusions: Dr. Holinka has a malignant mesothelioma of the pleura. Based on the recognized association of occupational asbestos exposure with the development of malignant mesothelioma and Dr. Holinka's history of occupational asbestos exposure as indicated in his deposition testimony, it is my opinion to a reasonable degree of medical certainty that occupational asbestos exposure was the cause of Dr. Holinka's malignant mesothelioma.

Sincerely,

James A. Strauchen, M.D.
Professor of Pathology and Vice Chair
Director Anatomic Pathology

Exhibit B



Department of Community       One Gustave L. Levy Place
and Preventive Medicine        Box 1057/1058
                               New York, NY 10029-6574

MOUNT SINAI
SCHOOL OF
MEDICINE

March 8, 2007

Mr. James Long
Weitz and Luxenberg
180 Maiden Lane
New York, NY 10038

Re: Christian Holinka

Dear Mr. Long:

I had the opportunity to evaluate Dr. Christian Holinka on February 23, 2007 in order to determine whether he suffers from an asbestos-related disease. He is a 69-year-old research scientist who is currently working as a consultant in the pharmaceutical industry. This report is based on my evaluation of him; no additional medical records were available for my review.

*Clinical History*: Dr. Holinka was in his usual state of health until July 2006 when he noted the onset of mild shortness of breath. He went to see a physician in Berlin, where a chest x-ray showed a right pleural effusion. He returned to New York, where he went to see his primary physician, Dr. Myers, who in turn referred him to Dr. Cliff Connery at Roosevelt Hospital. Dr. Connery performed a thoracentesis, removing 2,700 cubic centimeters of fluid from the right chest. The cytology was negative for malignancy. Dr. Connery then performed a thoracoscopy and biopsy along with talc pleurodesis. The pathology was positive for malignant mesothelioma, biphasic cell type.

Dr. Holinka then went to see Dr. Robert Taub, a medical oncologist at Columbia, and Dr. Jonathan Sonnet, a thoracic surgeon, also at Columbia. Dr. Sonnet performed surgery, removing the pleurodesis material and a small, one-centimeter nodule. He also implanted ports for intrathoracic chemotherapy so that Dr. Holinka could participate in a clinical trial. Dr. Holinka received intrathoracic chemotherapy with gamma-interferon and Cisplatin for three cycles. He also received systemic chemotherapy with Alimta and Cisplatin for three cycles. Approximately three weeks prior to my evaluation, Dr. Holinka underwent a follow-up CT scan that he related showed a good clinical response. Dr. Taub planned to give Dr. Holinka a chemotherapy break until early May 2007.

World Health Organization
Collaborating Centre in
Environmental Epidemiology

Dr. Holinka had some nausea during the chemotherapy but no vomiting or net weight loss. He developed tinnitus in his ears, and notes a sensation of the tinnitus extending up to his head and also notes that sounds appear magnified. He describes a soreness at the port sites in his chest as well as some numbness. He has some pleuritic pain and a prickling sensation when he takes a deep breath. He also has some pain in the right upper quadrant. He has no significant shortness of breath at present, but notes that his energy level is not as high as it used to be. Dr. Holinka is currently working as a consultant, and is able to "work as much as he wants to."

*Past Medical History:* Dr. Holinka has no significant medical history. He was in excellent health prior to the diagnosis of mesothelioma. He is allergic to penicillin. He is not currently taking any medication.

*Cigarette Smoking History:* Dr. Holinka is a non-smoker.

*Occupational History:* Dr. Holinka moved to the United States from Germany around 1956. He served in the United States Army from 1956-1959. He worked as a medical technologist in a laboratory from 1957-1959. He was exposed to asbestos pads that were used in conjunction with Bunsen burners; these were ubiquitous in the laboratory. Dr. Holinka described the pads as being three to eight inches in diameter with a center round insert for a beaker or flask. He noted that these pads became brittle and flaky over time. He also used asbestos mittens whenever he handled anything hot. After completing his military service, he worked for Booth Memorial Hospital as a laboratory technologist in the Clinical Chemistry laboratory for four months. He had similar exposures to asbestos pads and mittens within the course of his laboratory work. From 1960-1962 Dr. Holinka worked in a research laboratory at the University of California, Berkeley, with additional exposures to asbestos pads and mittens. He returned to New York as a graduate student at Hunter College for two semesters, where he recalled one chemistry laboratory where he had asbestos exposure to pads and mittens. Dr. Holinka then attended medical school at McGill University in Montreal for three months. In 1964 he returned to the University of California, Berkeley, where he obtained a Master's Degree in physiology. In the course of his studies he had further laboratory-based exposure to asbestos pads and mittens.

In 1968 Dr. Holinka received a Master's Degree in comparative literature, and then received another degree in Comparative Literature from the Sorbonne in 1969. Dr. Holinka returned to the United States where he received a PhD in Biological Sciences in 1971. He then worked as a post-doc at the University of Southern California from 1971-1977. He continued to have laboratory-based exposure to asbestos during this timeframe. From 1977-1989 Dr. Holinka was a faculty member at Mount Sinai; he had further exposure to asbestos in his laboratory, but was uncertain for how long these asbestos containing products were used. Dr. Holinka then went to work in the pharmaceutical industry, where he has worked from 1989 to the present, and has been working as a consultant since 1996. He is unaware of any exposure to asbestos during his time in the pharmaceutical industry.

*Physical Examination:* Dr. Holinka is a thin white male in no apparent distress. He is 5'11" tall and 143 pounds. His blood pressure was 130/84 mmHg, his pulse was 76 beats

*Dr. J. Moline –Holinka*                                                    *Page 2 of 3*

per minute and his respiratory rate was 14 beats per minute. Examination of his eyes showed arcus senilus. Examination of his chest and lungs showed the presence of an infusion port in the right lateral lower chest and thoracoscopy scars. There were decreased breath sounds in the right lung base. The left lung was clear. Examination of his heart, abdomen, and extremities was unremarkable.

*Conclusion*: Dr. Holinka is a 69 year old man who has been diagnosed with biphasic malignant mesothelioma of the right chest. He has received systemic and intrathoracic chemotherapy (as part of a clinical trial). Assuming the information provided by Dr. Holinka is correct, I believe that Dr. Holinka's mesothelioma is a result of his exposures to asbestos while working in a variety of laboratories, where he had exposure to asbestos containing pads and mittens.

Malignant mesothelioma is caused by exposure to asbestos. Asbestos has been recognized as a cause of malignant mesothelioma for over forty-five years; there are earlier reports in the literature about the connection between asbestos and mesothelioma as well. Exposure to asbestos at varying levels of exposure has been clearly associated with the subsequent exposure to asbestos.

Asbestos is uniformly recognized as a carcinogen by national and international agencies, including the International Agency for Research on Cancer, the US Occupational Safety and Health Administration, the US Environmental Protection Agency, the National Institute for Occupational Safety and Health, and the World Health Organization, to name a few.

Dr. Holinka's malignant mesothelioma was a result of his exposure to asbestos while working in laboratories beginning in 1957. I base this conclusion on the clinical and pathological diagnosis of mesothelioma, the history of asbestos exposure, and the appropriate latency period from the onset of exposure to the development of disease. Dr. Holinka appears to be clinically stable at present, but there is no cure for mesothelioma, and as a result, his prognosis is poor.

Sincerely,

Jacqueline Moline, MD, MSc

Exhibit C

# CURRICULUM VITAE

**NAME:**          Jacqueline Moline, MD, MSc

**MAILING ADDRESS:**   Division of Environmental and Occupational Medicine
Department of Community and Preventive Medicine
Mount Sinai School of Medicine
One Gustave L. Levy Place, Box 1057
New York, NY 10029
Phone:  (212) 241-4792
FAX:  (212) 996-0407
E-mail: jacqueline.moline@mssm.edu

**DATE OF BIRTH:**     October 6, 1962

**PLACE OF BIRTH:**    Buffalo, New York

**EDUCATION:**        B.A., 1984: University of Chicago
M.D., 1988: University of Chicago-Pritzker School of Medicine
M.Sc., 1993: Mount Sinai School of Medicine

**POSTDOCTORAL TRAINING:**

1988-1991   Internal Medicine Residency, Yale University/Yale
New Haven Hospital, New Haven, CT.
1991-1993   Occupational and Environmental Medicine Residency, Mount Sinai School of
Medicine/Mount Sinai Medical Center, New York, NY

**CERTIFICATION:**    National Board of Medical Examiners, 1988
American Board of Internal Medicine: Internal Medicine, 1991 and 2001
American Board of Preventive Medicine: Occupational Medicine, 1995

**LICENSURE:**        New York State (License 184671)  December, 1990

**HONORS:**           General Honors in the College and Honors, Division of Social Sciences,
University of Chicago, 1984
National Institute of Mental Health Summer Research Grant, 1985
American Medical Women's Association Award, 1988
Alpha Omega Alpha Honor Society, Beta Chapter, University of
Chicago, 1988
Fellowship for Occupational Health and Research, 1993-1995
New Jersey-New York Laborers' Research Foundation Award, 1999
Mount Sinai Faculty Council Junior Faculty Award, 2004
Nomination, IME Teaching Award, 2004
Fellow, The New York Academy of Medicine, 2006

ACADEMIC APPOINTMENTS:

| | |
|---|---|
| 1993-1996 | Instructor, Departments of Community Medicine & Internal Medicine, Mount Sinai School of Medicine |
| 1996-2004 | Assistant Professor, Department of Community and Preventive Medicine and Internal Medicine, Mount Sinai School of Medicine |
| 2002-present | Vice-Chair, Department of Community and Preventive Medicine |
| 2005-present | Associate Professor, Department of Community and Preventive Medicine and Internal Medicine, Mount Sinai School of Medicine |

HOSPITAL APPOINTMENTS:

| | |
|---|---|
| 1994-present | Assistant Attending, Internal Medicine, Mount Sinai Medical Center |
| 1994-2005 | Clinical Associate Attending, Community Medicine, Mount Sinai Medical Center |
| 2002-2004 | Medical Core Director, World Trade Center Worker and Volunteer Medical Screening Program, Mount Sinai Medical Center |
| 2004-2006 | Clinical Services Director and Co-Principal Investigator, World Trade Center Medical Monitoring Program |
| 2006-present | Principal Investigator, World Trade Center Medical Monitoring Program |

TEACHING ACTIVITIES:

| | |
|---|---|
| 1988 | Teaching Assistant, University of Chicago, Pritzker School of Medicine, Chicago, Illinois: Clinical Pathophysiology course for second year medical students |
| 1991-present | Seminar Leader and Lecturer, first year medical student epidemiology courses, Mount Sinai School of Medicine |
| 1993-1997 | Co-Director, Environmental Health Research Training Summer Program for Medical Students (Funded by National Institute of Environmental Health Sciences) |
| 1994-1998 | Co-Director, Occupational Medicine Residency Program, Division of Environmental and Occupational Medicine (Coordinator 1993-1994) |
| 1994-present | Preceptor, Fourth Year Medical Students, Community Medicine Clerkship, Mount Sinai School of Medicine |
| 1996-present | Preceptor, Third Year Medical Students, Internal Medicine Clerkship, Mount Sinai School of Medicine |
| 1997-present | Director, Environmental Health Research Training Summer Program for Medical Students |
| 1998-2006 | Director, Occupational Medicine Residency Program, Division of Environmental and Occupational Medicine |
| 2005-present | Director, NY/NJ Education and Research Center |

## PROFESSIONAL ACTIVITIES:

| | |
|---|---|
| 1988-present | Alpha Omega Alpha Honor Society |
| 1992-present | Consultant, United Federation of Teachers |
| 1994-present | Coordinator, Works in Progress Weekly Seminar Series, Department of Environment and Occupational Medicine |
| 1995-present | Member, Faculty Practice Associates Assembly |
| 1996-present | Residency Advisory Committee, New York Hospital-Cornell Medical Center Preventive Medicine Residency |
| 1998 | Co-Coordinator, Hazardous Substances and Male Reproductive Health- an International Conference, New York, NY |
| 1998-present | Coordinator, Occupational Medicine Training for Primary Care Residents,North General Hospital |
| 1998-present | Coordinator, Community Medicine Journal Club |
| 1999-2003 | Adhoc Reviewer, National Institute for Occupational Safety and Health, Training Grants and Pilot Programs |
| 1999-present | Assistant Director, Pediatric Environmental Health Specialty Unit |
| 2000 | Visiting Scholar, Johns Hopkins School of Medicine, Division of Environmental and Occupational Medicine, December 4, 2001 |
| 2000-2001 | Reviewer, Special Emphasis Panel, National Institute of Environmental Health Sciences |
| 2000-2002 | Secretary/Pres-Elect, Occupational Medicine Residency Directors Association |
| 2000-2004 | Physician Panel, Department of Energy (appointed by the National Institute for Occupational Safety and Health) |
| 2001 | Association of Teachers of Preventive Medicine, Training Project Reviewer, Program Activities |
| 2001-present | Member, New York Occupational Medical Association Executive Board |
| 2001-present | Member, Johns Hopkins Occupational Medicine Resident Advisory Committee |
| 2001-2002 | Member, Chancellor's Committee on Environmental Safety, New York City Department of Education |
| 2002 | Reviewer, Special Emphasis Panel, National Institute for Occupational Safety and Health, Training Grants |
| 2002 | Ad-hoc Reviewer, Review Panel, National Institute of Environmental Health Sciences |
| 2002-present | President, Occupational Medicine Residency Directors Association |
| 2002-present | Member, Workers' Compensation and Occupational Health, Injury Prevention and Control, and Physical Medicine and Rehabilitation (WCOH, IP&C, and PM&R) Committee, The Medical Society of New York |
| 2003 | Planning Committee, UMDNJ – School of Public Health: Occupational Hearing Conservation, January 16, 2004 |

SELECTED INVITED LECTURES:

| | |
|---|---|
| 1998 | 1St International Meeting on Environmental and Occupational Health, Lead and Pregnancy, Rio de Janeiro, Brazil, December 1998 |
| 1998 | SUNY- Stony Brook, Dept. of Community Medicine Seminar, Heavy Metals, October 15, 1998 |
| 1998 | International Conference on Occupational and Environmental Health, "Lead Mobilization during Pregnancy", Instituto Nacional de Salud Publica, Cuernavaca, Mexico, February 1998. |
| 1999 | Sick Building Syndrome, Mount Sinai, Dept. of Allergy and Immunology March 30,1999 |
| 1999 | Lead Mobilization, American Industrial Hygiene Association (New York Chapter) Annual Meeting, June 17,1999 |
| 1999 | Hepatitis - Occupational Issues, American Liver Foundation Seminar, Waldorf Astoria, March 24,1999 |
| 1999 | Lead Poisoning The New York Flushing Hospital Medical Center, Dept. of Medicine Grand Rounds, April 6, 1999 |
| 2000 | Moderator – Metals Session, American College of Occupational and Environmental Medicine, 85th Annual American Occupational Health Conference, Philadelphia, Pennsylvania, June 6, 2000 |
| 2000 | Establishing Causation, National College of Advocacy, ATLA, October 2000 |
| 2000 | SVCMC Family Practice Residency, Overview of Occupational/Environmental Medicine, October 25, 2000 |
| 2000 | Staten Island University Hospital, Conference on Occupational Medicine for the Primary Care Physicians, April 28, 2000 |
| 2000 | Environmental Influences on Children Brain Development and Behavior Invited Speaker, 26th International Congress on Occupational Health, August 30, 2000 |
| 2001 | Staten Island University Hospital, Introduction to Occupational Medicine, Department of Medicine, February 27, 2001 |
| 2001 | American College of Preventive Medicine Leadership Forum, Invited Participant, July 17, 2001 |
| 2001 | World Trade Center Forum, NYU, Occupational Health Risks Related to the World Trade Center Disaster, October 18, 2001 |
| 2001 | Columbia University Primary Care Residency Program: Case Studies in Occupational Medicine Lecture, October 23, 2001 |
| 2002 | Staten Island University Hospital, Grand Rounds: Occupational Medicine for the Primary Care Physicians, January 10, 2002. |
| 2002 | Hudson River PCBs and the Health of River Communities, A Symposium for Health Professionals on the Health Impacts of PCBs, Albany, NY: Endocrine Disruption, April 1, 2002. |
| 2002 | ACOEM SOTAC Conference, Baltimore, MD:  World Trade Center Health Effects, October 27, 2002. |
| 2002 | New York Occupational Medical Association Annual Meeting, New York, NY: World Trade Center Health Effects, November 6, 2002 |
| 2002 | Staten Island University Hospital, Grand Rounds: Occupational Medicine for the Primary Care Physicians, November 14, 2002. |
| 2002 | North General Hospital, Grand Rounds:  World Trade Center Health Effects, November 17, 2002 |

| | |
|---|---|
| 2002 | New Jersey OMA Annual Meeting:  World Trade Center Health Effects, December 10, 2002 |
| 2003 | New York State United Teachers Health and Safety Conference, Albany, NY:  Occupational Health Issues in the Schools, February 28, 2003. |
| 2003 | United Brotherhood of Carpenters (Dockbuilders and Piledrivers), Palm Springs, CA:  Health Effects of Creosote – Series of Six Workshops, March 12-14, 2003. |
| 2003 | Yale School of Public Health, Department of Occupational Medicine Seminar:  World Trade Center Health Effects, April 15, 2003. |
| 2003 | Yale School of Public Health, Department of Occupational Medicine Seminar:  Lead Exposure and Consequences, April 24, 2003. |
| 2003 | Evaluating the Physiological and Psychological Impacts to Rescue and Recovery Personnel at the WTC Site, June 24, 2003. |
| 2003 | World Congress on Risk, Brussels, Belgium:  Evaluating the Physiological and Psychological Impacts to Rescue and Recovery Personnel at the WTC Site, June 23, 2003.2003 Elmhurst       Hospital Grand Rounds, Elmhurst, NY:  WTC Aftermath – Health Effects Related to Exposure, September 11, 2003. |
| 2004 | Emerging Threats in Health and Medicine Conference, New York: World Trade Center Disease, March 24, 2004. |
| 2004 | Convocatoria Reunion Nal Invest Mexico, Mexico City, Mexico: Occupational Medicine Training in the US, March 25, 2004. |
| 2004 | 9/11 World Trade Center Dust Health Effects Conference, NYU Medical Center, New York, NY:  Mt. Sinai Exams of WTC Responders/Worker, September 12, 2004. |
| 2005 | Mount Sinai School of Medicine Grand Rounds, Dept. of Medicine. Health Effects from the WTC Disaster, September 13, 2005. |
| 2005 | University of Medicine and Dentistry of New Jersey (UMDNJ). Conference Name: "Protecting the Protectors" – Medical, psychological and environmental surveillance needs for workers involved in incident response under the National Response Plan. Title of Talk: Lessons learned from the WTC worker and volunteer medical screening program, September 27, 2005. |
| 2006 | The American College of Occupational Medicine SOTAC conference. Disaster Medicine: From Shock to Public Health Response. October 21, 2006 |
| 2006 | North General Hospital Grand Rounds, Department of Medicine.  The World Trade Center Disaster: A 5Year Assessment. November 15, 2006. |

PROFESSIONAL SOCIETIES:

| | |
|---|---|
| 1991-present | American College of Physicians |
| 1992-present | American College of Occupational and Environmental Medicine |
| 1993-present | Medical Society of the State of New York, Environmental Committee |
| 1995-present | American Medical Women's Association |
| 1991-present | American Public Health Association |
| 1994-present | New York Academy of Sciences |
| 2001-present | American Medical Association |

EDITORIAL BOARDS:

| 1999-present | Contributing Editor, American Journal of Industrial Medicine |
| 1993-present | Reviewer, American Journal of Industrial Medicine |
| 1993-present | Reviewer, Environmental Research |
| 1994-present | Reviewer, Journal of Occupational & Environmental Medicine |

## PUBLICATIONS:

Moline JM and Markowitz SB. Medical surveillance for workers exposed to tuberculosis. Occup. Med. 9(4):695-721, 1994.

Todd AC, Wetmur JG, Moline JM, Godbold JH, Levin SM and Landrigan PJ. Unravelling the chronic toxicity of lead: an essential priority for environmental health. Environ Health Perspect. 104 Suppl. 1:141-146, 1996. Review.

Gunderson E, J Moline J, Catalano P. Risk of developing noise-induced hearing loss in employees of urban music clubs. Am J Ind Med. 31(1):75-79, 1997.

Hatch M, Moline J. Women, work and health. Am J Ind. Med. 32(3):303-308, 1997.

Szeinuk J, de la Hoz R, Moline J. Lead Intoxication. Can J of Med. 6(2):2-8, 1999.

Moline JM, Golden AL, Todd AC, Godbold JH, Berkowitz GS. Lead exposure among young urban women. Salud Publica Mex 41 Suppl. 2:S82-S87, 1999.

Berkowitz GS, Moline JM, Todd AC. Methodological issues related to studies of lead mobilization during menopause. Salud Publica Mex 41 Suppl. 2:S88-S92, 1999.

Golden AL, Moline JM, Bar-Chama N. Male reproduction and environmental and occupational exposures: a review of epidemiologic methods. Salud Publica Mex 41 Suppl. 2:S93-S105, 1999.

Forman J, Moline J, Cernichiari E, Sayegh S, Torres JC, Landrigan MM, Hudson J, Adel HN, Landrigan PJ. A cluster of pediatric metallic mercury exposure cases treated with Meso 2,3-Dimercaptosuccinic acid (DMSA). Environ Health Perspect. 108(6):575-577, 2000.

Moline J, Bukharovich IF, Wolff MS, Phillips R. Dietary flavonoids and hypertension: is there a link? Medical Hypotheses 55(4):306-309, 2000.

Moline JM, Golden AL, Bar-Chama N, Smith E, Rauch ME, Chapin RE, Perreault SD, Schrader SM, Suk WA, Landrigan PJ. Exposure to hazardous substances and male reproductive health: a research framework. Environ Health Perspect. 108(9):803-813, 2000.

Moline J, Lopez Carrillo L, Torres Sanchez L, Godbold J, Todd A. Lactation and lead body burden turnover: a pilot study in Mexico. J Occup Environ. Med 42(11):1070-1075, 2000.

Lopez-Carillo L, Torres-Sanchez L, Moline J, Ireland K, Wolff MS. Breast-feeding and serum DDT Levels among Mexican women of childbearing age. Environ Res. 87(3):131-135, 2001.

Moline JM, Golden AL, Highland JH, Kao AS. Health Effects Evaluation of Theatrical Smoke, Haze, and Pyrotechnics. New York: Equity-League Pension and Health Trust Funds (2000) and at http://www.actorsequity.org/TheatreNews/smokefog_0501.html, Theatre News: Landmark Theatrical "Smoke and Fog" Study (2001).

Mitchell C, Moline J, et. al. Letters to the Editor: In response to the 2002, Vol 22, No. 4 article entitled "The Rise and Fall of Occupational Medicine in the United States." Am J of Prev Med 23(4):307-309, 2002.

Levin S, Herbert R, Skloot G, Szeinuk J, Teirstein A, Fischler D, Milek D, Piligian G, Wilk-Rivard E, Moline J. Health effects of World Trade Center site workers. Am J of Ind Med. 42:545-547, 2002.

Osinubi OY, Moline J, Rovner, E, Sinha S, Perez-Lugo M, Demissee K, Kipen H. A pilot study of telephone-based smoking cessation intervention in asbestos workers. J Occup Environ Med.45:569-574, 2003.

de la Hoz R. E., Afilaka A. A., Bienenfeld L. A., Moline J., Szeinuk J., Levin S., Herbert R. Health status of the World Trade Center rescue, recovery and restoration workers. Am J Respir Crit Care Med. 169:A646, 2004.

Centers for Disease Control and Prevention. Physical Health Status of World Trade Center Rescue and Recovery Workers and Volunteers - New York City, July 2002-August 2004. MMWR 2004; 53 (35): 807-812.

Centers for Disease Control and Prevention. Mental Health Status of World Trade Center Rescue and Recovery Workers and Volunteers - New York City, July 2002-August 2004. MMWR 2004; 53 (35): 812-815.

Liu Z, Wolff MS, Moline JM. Determination of Environmental Biomarkers in Urine Using An Electrochemical Detector. Journal of Chromatography B. 2005 May 5; 819 (1): 155-159.

Piligian G, Szeinuk J, Levin S, Moline J, Milek D, Afilaka A, Wilk-Rivard E. Nonspecific triggers also provoke occupational asthma. Am J Respir Crit Care Med. 2006 Feb 1; 173(3):357.

Moline J., Herbert R., Nguyen N. Health Consequences of the September 11th World Trade Center Attacks: A Review". Cancer Invest. 2006 Apr-May; 24(3):294-301.

Trasande L, Schechter C, Falk R, Graber N, Boscarino J, Dunkel G, Geslani J, Kaplan-Liss E, Moline J, Miller RK, Korfmacher K, Carpenter D, Balk SJ, Laraque D, Frumkin H, Landrigan PJ. The Environment in Pediatric Practice: A Study of New York Pediatricians' Attitudes, Beliefs, and Practices towards Children's Environmental Health. Journal of Urban Health. 2006 Jul;83(4):760-72.

Herbert R, Moline J, Skloot G, Metzger K, Baron S, Luft B, Markowitz S, Udasin I, Harrison D, Stein D, Todd A, Enright P, Stellman JM, Landrigan PJ, Levin S. The World Trade Center Disaster and the Health of Workers: Five-Year Assessment of a Unique Medical Screening Program. *Environ Health Perspect* doi:10.1289/ehp.9592 (available at <http://dx.doi.org/>), Online 6 September 2006.

INVITED ABSTRACTS

Sokas RK, Moline JM, Ryan M, Manyak MJ, Bar-Chama, Landrigan PJ. Depressed testosterone levels among five cadmium-exposed workers: San Diego, American Public Health Association Annual Meeting, 1995.

Moline J, Todd A, Golden A, Godbold J, Brown Y, Ginde N, Berkowitz G. Lead Mobilization During Pregnancy and Lactation in Urban Women. Presented at Superfund Basic Research Program: A Decade of Improving Health Through Multi-Disciplinary Research, February, 1997; Chapel Hill, NC.

Woo P, Ostrowski R, Moline J, Schaefer-Mojica J, Minasian A. Perceptual/Acoustic Qualities of the Broadway Voice Before and After Performance: Pennsylvania, The Voice Foundation's 29th Annual Symposium, Presented June 2000.

Moline JM, Golden AL, Todd AC. Disparities in Environmental Lead Exposure in the United States: Boston, American Public Health Association Conference, November, 2000.

Moline, J, Golden A, Kao A, Highland. Health Effects Evaluation of Theatrical Smoke, Haze, and Pyrotechnics: Atlanta, American Occupational Health Conference, May, 2003.

Stern P, Chan K, Moline J. Health Effects of the World Trade Center Disaster: A Chart Review: Atlanta, American Occupational Health Conference, May, 2003.

Herbert, R, Levin, S, Moline, J, Todd, AC, Fang, S, Skloot, G, Katz, C, Landsbergis, P. The World Trade Center Worker and Volunteer Medical Screening Program: Preliminary Findings: Atlanta, American Occupational Health Conference, May, 2003.

Garapati A, Skloot G, Grundfast S, Schechter C, Goldman M, Levin S, Herbert R, Moline J, Teirstein A. Forced Oscillation Testing in Symptomatic and Asymptomatic Individuals Exposed at the World Trade Center Disaster Site. ATS International Conference, Seattle, May 2003.

## BOOK CHAPTERS

Moline J, Levy S. Plumbers and Pipefitters. In: Greenberg MI, Hamilton RJ, Phillips SD, eds. Occupational, Industrial, and Environmental Toxicology, 2nd edition, 2001.

Moline J, Landrigan P. Lead. In: Rosenstock, L, Cullen M, Brodkin D, Redlich C, eds, Textbook of Occupational and Environmental Medicine, 2nd edition, 2003 (in press).

## BOOK REVIEW

Moline, J. "Insights on asthma at work". The Lancet, 354: 1217, October 2, 1999.

Exhibit D

## CURRICULUM VITAE FOR JAMES A. STRAUCHEN, M.D.

**NAME:**                         James A. Strauchen, M.D.

**MAILING ADDRESS:**              65 East 96th Street
                                  New York, NY 10128

**TELEPHONE:**                    (212) 241-9142

**DATE OF BIRTH:**                July 11, 1948

**PLACE OF BIRTH:**               New York, New York

**CITIZENSHIP:**                  U.S.A.

**EDUCATION:**
    1968              A.B., Magna Cum Laude, Columbia College, New York, NY

    1972              M.D., with Honors, New York University, New York, NY

**POSTDOCTORAL TRAINING:**
    1972-73           Intern, Internal Medicine, H.C. Moffit-University of California
                                  Hospitals, San Francisco, California

    1973-74           Resident, Internal Medicine, H.C. Moffit-University of California
                                  Hospitals, San Francisco, California

    1974-76           Fellow, Hematology and Medical Oncology, Clinical Oncology
                                  Program, National Cancer Institute, Bethesda, Maryland

    1976-78           Resident, Anatomic Pathology, Laboratory of Pathology, National
                                  Cancer Institute, Bethesda, Maryland

**CERTIFICATION:**
    1978              American Board of Pathology, Anatomic Pathology
    1981              American Board of Pathology, Hematology
    1975              American Board of Internal Medicine, Internal Medicine
    1977              American Board of Internal Medicine, Medical Oncology
    1978              American Board of Internal Medicine, Hematology

**LICENSURE:**
    1973              California, #G26089
    1981              New York, #147990

**HONORS AND AWARDS:**

| | |
|---|---|
| 1965-68 | Westinghouse Science Talent Search Scholarship |
| 1968 | Phi Beta Kappa, Columbia University |
| 1968 | A.B., Magna Cum Laude, Columbia University |
| 1970 | Hippolyte M. Wertheim Prize for Excellence in Academic Work (Pre-Clinical Sciences), New York University School of Medicine |
| 1971 | Alpha Omega Alpha, New York University School of Medicine |
| 1971-72 | President, Alpha Omega Alpha, Delta Chapter of Medicine |
| 1972 | Samuel Spiegel Prize for Excellence in Academic Achievement, New York University School of Medicine |
| 1972 | Andrew Friedland Memorial Prize for Excellence in Internal Medicine, New York University School of Medicine |
| 1972 | James E. Tower Award in Surgery, New York University School of Medicine |
| 1972 | M.D. with Honors, New York University School of Medicine |

**ACADEMIC APPOINTMENTS:**

| | |
|---|---|
| 1978-81 | Assistant Professor of Pathology and Medicine, Stanford University School of Medicine. Stanford, California, Director, Hematology Laboratory, Palo Alto Veterans Administration Medical Center |
| 1981-82 | Assistant Professor of Neoplastic Diseases, Mount Sinai School of Medicine, Assistant Attending, The Mount Sinai Hospital, New York, NY |
| 1982-83 | Associate Professor of Pathology, University of Rochester School of Medicine, Senior Associate Pathologist, Strong Memorial Hospital - University of Rochester Medical Center, Rochester, NY |
| 1983-88 | Associate Professor of Pathology, Associate Professor of Neoplastic Diseases, Mount Sinai School of Medicine; Associate Attending Pathologist, Associate Attending, Derald H. Ruttenberg Cancer Center; Associate Director, Immunopathology and Diagnostic Molecular Pathology; Director, Pathology Residency Program, the Mount Sinai Hospital, New York, NY |
| 1988-05 | Professor of Pathology, Professor of Neoplastic Diseases, Mount Sinai School of Medicine; Attending Pathologist, Attending, Derald H. Ruttenberg Cancer Center; Director, Anatomic Pathology Training; Associate Director, Immunopathology and Diagnostic Molecular Pathology; Director, Pathology Residency Program, The Mount Sinai Hospital, New York, NY |

| 2005-Present | Vice Chair for Anatomic Pathology, Professor of Pathology, Professor of Oncological Sciences, Mount Sinai School of Medicine; Director of Anatomic Pathology, The Mount Sinai Hospital, Attending Pathologist, Attending Physician, Derald H. Ruttenberg Cancer Center, New York, N.Y. |

**MILITARY SERVICE:**

| 1974-78 | U.S. Public Health Service Commissioned Corps |

**PROFESSIONAL SOCIETIES:**

| 1990 – | Association of Directors of Anatomic and Surgical Pathology |
| 1990 – | Program Directors Section, Association of Pathology Chairs |
| 1993 – | American Society of Hematology |
| 1993 – | Arkadi M. Rywlin Pathology Club |
| 1998 – | New York Cancer Society |
| 2000 – | New York Pathological Society |
| 2000 – | Society for the Study of Blood |
| 2006 – | President New York Cancer Society |

**GRANT SUPPORT:**

| 1980-81 | Veterans Administration Research Grant |
| 1982-83 | American Cancer Society Institutional Grant IN-18-X |

**MISCELLANEOUS:**

**COMMITTEES:**

| 1984-93 | Laboratory Committee, The Mount Sinai Hospital, New York NY |
| 1986-89 | Faculty Practice Assembly, The Mount Sinai School of Medicine, New York, NY |
| 1989 – | Cancer Committee, The Mount Sinai Hospital, New York, NY |
| 1990-92 | Executive Council, Faculty Practice Associates, The Mount Sinai School of Medicine, New York, NY |
| 1993 – | Board of Directors, Association of the Attending Staff, The Mount Sinai Hospital, New York, NY |

**EDITORIAL APPOINTMENTS:**

| 1986-89 | Pathology and Immunopathology Research |
| 2003-04 | Cancer Investigation, Journal as a University - Pathology |

**COOPERATIVE NATIONAL GROUPS:**

| 1985 – | Co-principal Investigator, Pediatric Oncology Group |
| 1987 – | Pathology Committee, Cancer and Leukemia Group B |

PUBLICATIONS:

1.  Strauchen, J.A., Moldow, C.M., Silber, R.:  Erythrocyte metabolism in a case of familial
    hemolytic anemia.  Report of the Will Rogers Summer Research Institute, 1969

2.  Strauchen, J.A., Moldow, C.M., Silber, R.:  Secretion of a phytohemaglutinin binding
    glycoprotein in man.  J. Immunol. 104:766-768, 1970.

3.  Applebaum, F.R., Strauchen, J.A., Graw, R.G., et al.:  Acute lethal carditis caused by
    high dose chemotherapy.  Lancet 1:58-62, 1976.

4.  Strauchen, J.A.:  An augmented Schilling test in the diagnosis of pernicious anemia.
    Lancet 2:545-547, 1976.

5.  Strauchen, J.A., Young, N.A., Friedman, R.M.:  Interferon mediated inhibition of mouse
    mammary tumor virus expression in cultured cells.  Virology 82:232-236, 1977.

6.  Strauchen, J.A., Young, R.C., DeVita, V.T., Anderson, T., Fantone, F.C., Berard, C.W.:
    Clinical revelance of the histopathological sub-classification of diffuse "histiocytic"
    lymphoma.  New England Journal of Medicine 299:1382-1387, 1978.

7.  Strauchen, J.A., Bergman, S.M., Javadpour, N., Hanson, T.A.S.:  Abnormal seminiferous
    tubule cells associated with choriocarcinoma:  Immuno-peroxidase study.  Urology
    14:613-616, 1979.

8.  Strauchen, J.A., Araya, S., Young, N.A., Tralka, T., Engel, L.:  Search for retrovirus-like
    particles in human breast cancer cells in continuous culture.  Cancer Research 40:3880-
    3885, 1980.

9.  Strauchen, J.A., Bergman, S.M., Hanson, T.A.S.:  Expression of A and B tissue
    isoantigens in benign and malignant lesions of the breast.  Cancer 45:214902155, 1980.

10. Engel, L.W., Strauchen, J.A., Chiazze, L., Held, M.:  Accuracy of death certification in an
    autopsied population with specific attention to malignant neoplasms.  American Journal
    of Epidemiology. 111:99-112, 1980.

11. Strauchen, J.A.:  Enzymatic markers in hematologic malignancy.  Laboratory
    Management 18:33-38, 1980.

12. Strauchen, J.A.:  Malignant lymphoma, cell surface markers and advances in
    classification.  West J. Med. 135:2760284, 1981.

13. Strauchen, J.A., Alston, W., Anderson, J., Gustafson, Z., Fajardo, L.F.: Inaccuracy in automated measurement of hematocrit and corpuscular indices in the presence of severe hyperglycemia. Blood 57:1065-1067, 1981.

14. Lombard, C.M., Strauchen, J.A.: Postshunt hemochromatosis and cardiomyopathy. Human Pathology 12:1149-1151, 1981.

15. Jaffe, E., Strauchen, J.A., Berard, C.: Predictability of immunologic phenotype by morphologic criteria in diffuse aggressive non-Hodgkins lymphoma. American Journal of Clinical Pathology 77:46-49, 1982.

16. Warnke, R., Strauchen, J.A., Burke, J., Hoppe, R., Campbell, B., Brown, B., Dorfman, R.: Morphologic types of diffuse large cell lymphoma: A clinicopathologic study. Cancer 50:690-695, 1982.

17. Strauchen, J.A., Strefling, A.M.: Epidermal inclusion cyst of the meniscus. J. Bone Joint Surgery 64:290, 1982.

18. Strauchen, J.A.: Fluoresceinated lectins as probe for cell surface changes associated with lymphocyte transformation. American Journal of Hematology 12:227-233, 1982.

19. Strauchen, J.A., Kosek, J.C., Egbert, B., Misfeldt, D.: Morphologic and clinical determinants of response to therapy in small cell carcinoma of the lung. Cancer 52:1088-1092, 1983.

20. Brumback, R.A., Gerber, J.E., Hicks, D., Strauchen, J.A.: Adenocarcinoma of the stomach following irradiation and chemotherapy for lymphoma in young patients. Cancer 54:994-998, 1984.

21. Strauchen, J.A.: Lectin receptors as markers of lymphoid cells. I. Demonstration in tissue sections by peroxidase technique. American Journal of Pathology 116:294-304, 1984.

22. Strauchen, J.A.: Lectin receptors as markers of lymphoid cells. II. Reed-Sternberg cells share lectin binding properties of monocyte-macrophages. American Journal of Pathology 116:370-376, 1984.

23. Strauchen, J.A.: Lectin binding properties of human follicular center lymphocytes and follicular (nodular) lymphomas. Hematol. Oncol. 2:249-257, 1984.

24. Owens, M.R., Strauchen, J.A., Rowe, J.M., Bennett, J.M.: Prolymphocytic leukemia: histologic findings in atypical cases. Hematol. Oncol. 3:11-23, 1985.

25. Perlow, L., Ohnuma, T., Andrejczuk, A., Shafir, M., Strauchen, J.A., Holland, J.F.: Pharmacology and toxicology of a seven day infusion of a 1-beta-D-arabinofuranosyl-cytosine plus uridine in dogs. Cancer Research 45:2572-2577, 1985.

26.  Childs, C.C., Chrystal, G.S., Strauchen, J.A.:  Biphenotypic lymphoblastic lymphoma:
     An unusual tumor with lymphocytic and granulocytic differentiation.  Cancer 57:1019-
     1023, 1986.

27.  Plous, R.L., Childs, C.C., Strauchen, J.A.:  Lymphadenopathy in patients at risk for the
     acquired immunodeficiency syndrome:  Immunopathologic study in comparison to
     controls.  Mount Sinai Journal of Medicine 53:668-672, 1986.

28.  Spigelman, M.K., Zapulla, R.A., Strauchen, J.A., Feuer, E.J., Johnson, J., Goldsmith,
     S.J., Malis, J.L., Holland, J.F.:  Etoposide induced blood brain barrier disruption -
     duration of opening and histologic sequelae.  Cancer Research 46:1453-157, 1986.

29.  Davis, R.P., Spigelman, M.K., Zapulla, R.A., Sacher, M., Strauchen, J.A.:  Isolated
     central nervous system metastasis from transitional cell carcinoma of the bladder:  Report
     of a case and a review of the literature.  Neurosurgery 18:622-624, 1986.

30.  Unger, P., Strauchen, J.A.:  Hodgkin's disease in AIDS complex patients.  Report of four
     cases and tissue immunologic marker studies.  Cancer 58:821-825, 1986.

31.  Strauchen, J.A., Dimitriu-Bona, A.:  Immunopathology of Hodgkins's disease.
     Characterization of Reed-sternberg cells with monoclonal antibodies.  Am. J. Pathol.
     123:293-300, 1986.

32.  Strauchen, J.A., Dimitriu-Bona, A.:  Malignant fibrous histiocytoma.  Expression of
     monocyte-macrophage differentiation antigens detected with monoclonal antibodies.
     Am. J. Pathol. 124:303-309, 1986.

33.  Strauchen, J.A.:  Immunopathology of Hodgkin's disease.  Pathol. Immunopathol. Res.
     5:253-264, 1986

34.  Unger, P., Strauchen, J.A.:  Necrotizing lymphadenitis (Kikuchi's Disease).  Report of
     four  cases of an unusual pseudolymphomatous lesion and immunologic marker studies.
     Arch. Pathol. Lab. Med. 111:1031-1034, 1987.

35.  Strauchen, J.A., May, M.M., Crown, J.:  Large cell transformation of subclinical small
     lymphocytic leukemia/ lymphoma: A variant of Richter's syndrome.   Hematol. Oncol.
     5:167-174, 1987.

36.  Strauchen, J.A., Breakstone, B.:  Leu M-1 antigen: Comparative expression in Hodgkin's
     disease and T-cell lymphoma. Hematol. Oncol. 5:107-114, 1987.

37.  Strauchen, J.A., Breakstone, B.:  IL-2 receptor expression in human lymphoid lesions.
     Immunohistochemical study of 166 cases.  Am. J. Pathol. 126:506-512, 1987.

38.   Strauchen, J.A., Moran, C., Goldsmith, M., Greenberg, M.:  Spontaneous regression of
      gastric lymphoma.   Cancer 60:1872-1875, 1987.

39.   Bleiweiss, I.J., Strauchen, J.A.:  Lymphomatoid granulomatosis of the lung:  Report of a
      case with gene rearrangement studies.  Hum. Pathol. 19:1109-1112, 1988.

40.   Beckhardt, R.N., Nauder, F., May, M., Torres, R.A., Strauchen, J.A.:  Increased incidence
      of malignant lymphoma in AIDS:  A Comparison of Risk Groups and Possible Etiologic
      Factors.  Mount Sinai Journal of Medicine 55:383-389, 1988.

41.   Leboit, P.E., Berger, T.G., Egbert, B.M., Benedict-Yen, S., Stoler, M.H., Bonfiglio, T.A.,
      Strauchen, J.A., English, C.K., Wear, J.A.:  Epithelioid haemangioma-like vascular
      proliferation in AIDS:  manifestation of cat scratch disease bacillus infection:  Lancet
      1:960-963, 1988.

42.   Bleiweiss, I.J., Jagirdar, J.S., Klein, M.J., Siegel, J.L., Krellenstein, D.J., Gribetz, A.R.,
      Strauchen, J.A.:  Granulomatous pneumcystis carinii pneumonia in three patients with the
      acquired immunodeficiency syndrome.  Chest 94:580-583, 1988.

43.   Siegel, M.J., Dalton, J., Friedman, A.H., Strauchen, J.A., Watson, C.:  Ten year
      experience with primary ocular "reticulum cell sarcoma" (large cell lymphoma).  Br. J.
      Opthalmol. 73:342-346, 1989.

44.   Strauchen, J.A.:  Leukocyte common antigen in the differential diagnosis of Hodgkin's
      disease.  Hematol. Oncol. 7:149-153, 1989.

45.   Song, S.K., Schwartz, I.S., Strauchen, J.A., Huang, Y.P., Sachdev, V., Daftary, D.R.:
      Meningeal Nodules with features of extranodal sinus histiocytosis.  American Journal of
      Surgical Pathology 13:406-412, 1989.

46.   Bleiweiss, I.J., Harpaz, N., Strauchen, J.A., Wagner, R., Biller, H.F.:  Functioning
      lipoadenoma of the parathyroid:  Case report and literature review.  Mount Sinai Journal
      of Medicine 56:114-117, 1989.

47.   Strauchen, J.A., Dalton, J., Friedman, A.H.:  Chemotherapy in the management of
      intraocular lymphoma.  Cancer 63:1918-1921, 1989.

48.   Pearl, D., Strauchen, J.A.:  Kikuchi's disease as a cause of fever of unknown origin
      (letter).  New England Journal of Medicine 320: 1147-1148, 1989.

49.   Gennuso, R., Spigelman, M.D., Vallabhajosula, S., Moore, F., Zappulla, R.A., Nieves, J.,
      Strauchen, J.A., Paciucci, P.A., Malis, L.I., Goldsmith, S.J., Holland, J.F.:  Systemic
      biodistribution of radioiodinated interleukin-2 in the rat.  J. Biol. Resp. Modif. 8:375-384,
      1989.

50.   Keohane, M.E., Lazam, C., Halperin, J.L., Strauchen, J.A., Ergin, A.: Angiosarcoma of the left atrium mimicking myxoma. Human Pathol. 20:599-601, 1989.

51.   Schwartz, I.S., Strauchen, J.A.: Lymphocytic mastopathy. An autoimmune disease of the breast? Am. J. Clin. Pathol. 93:725-730, 1990.

52.   Mayer, R., Logtenberg, T., Strauchen, J., Dimitriu-Bona, A., Mayer, L., Mechanic, S., Chiorazzi, N., Borche, L., Dighiero, G., Mannheimer-Lory, A., Diamond, B., Alt., F., Bona, C.: CD5 and immunoglobulin V gene expression in B-cell lymphomas and chronic lymphocytic leukemia. Blood 75:1518-1524, 1990.

53.   Brandwein, M., Choi, H., Strauchen, J., Stoler, M., Jagirdar, J.: Spindle cell reaction to nontuberculous mycobacteriosis in AIDS mimicking a spindle cell neoplasm. Evidence for dual histiocytic and fibroblast-like characteristics of spindle cells. Virchow Archiv A Pathol Anat 416:281-286, 1990.

54.   Brandwein, M., LeBenger, J., Strauchen, J., Biller, H.: Atypical Granular cell tumor of the larynx. Head & Neck 12:154-159, 1990.

55.   Hellman, J., Phelps, R.G., Baral, J., Fasy, T.M., Ahern, C.M., Strauchen, J.A.: Lymphomatoid papulosis with antigen deletion and clonal rearrangement in a four year old boy. Ped. Dermatol. 7:42-47, 1990.

56.   Strauchen, J.A.: Immunoglobulin Expression in B-cell lymphoma. Immunohistochemical study of 345 cases. Am. J. Clin. Pathol. 95:692-695, 1991.

57.   Ree, H.J., Strauchen, J.A., Gold, J., Crowley, J.P., Khan, H., Zalusky, R.: Human immunodeficiency virus-associated Hodgkin's disease. Clinicopathologic study of 24 cases and preponderance of mixed cellularity type characterized by the occurrence of fibrohistiocytoid stromal cells. Cancer 67:1614-1621, 1991.

58.   Kahn, H., Strauchen, J.A., Gilbert, H.S., Fuchs, A.: Immunoglobulin related amyloidosis presenting as recurrent isolated lymph node involvement. Arch. Pathol. Lab. Med. 115:948-950, 1991.

59.   Strauchen, J.A.: Sarcomatoid neoplasm of monocytic lineage (letter). Am. J. Surg. Pathol. 15:1206-1207, 1991.

60.   Hayes, D.F., Mesa-Tejada, R., Papsidero, L.D., Croghan, G.A., Korzun, A.H., Norton, L., Wood, W., Strauchen, J.A. et al.: Prediction of prognosis in primary breast cancer by detection of a high molecular weight mucin-like antigen using monoclonal antibodies DF3, F36/22 and CU 18: A cancer and leukemia Group B study. J. Clin. Oncol. 9:1113-1123, 1991.

61.   Hytiroglou, P., Brandwein, M., Strauchen, J.A., Mirante, J.P., Urken, M.L., Biller, H.:
      Inflammatory pseudotumor of the parapharyngeal space: Case report and review of the
      literature. Head & Neck 14:230-234, 1992.

62.   Hytiroglou, P., Phelps, R.G., Wattenberg, D.J., Strauchen, J.A.: Histiocytic cytophagic
      panniculitis: Molecular evidence for a clonal T-cell disorder. J. Am. Acad. Dermatol.
      27:333-336, 1992.

63.   Greenstein, A.J., Mullin, G.E., Strauchen, J.A., Heimann, T., Janowitz, H.D., Aufses,
      A.H., Sachar, D.B.: Lymphoma in inflammatory bowel disease. Cancer 69:1119-1123,
      1992.

64.   Celikoglu, F., Tierstein, A.S., Krellenstein, D.J., Strauchen, J.A.: Pleural effusion in non-
      Hodgkins lymphoma. Chest 101:1357-1360, 1992.

65.   Mir, R., Strauchen, J.A., Anderson, J., Nissen, N., Cooper, M.R., Rafla, S., Canellos,
      G.P., Peterson, B., Barcos, M.: Hodgkin's disease in patients sixty years of age and older:
      histologic and clinical features of advanced stage disease. Cancer 71:1857-1688, 1993.

66.   Hytiroglou, P., Strauchen, J.A., Vrettou, E., Papadimitriou, C., Fasy, T.M., Morgello, S.:
      Epstein-Barr virus and primary lung lymphoma: A study utilizing the polymerase chain
      reaction. Modern Pathol. 6:575-580, 1993.

67.   Kalir, T., Chan, K.S., Liu, Z., Strauchen, J., Gil, J.: Semi-automatic quantitation of
      nucleolar organizer regions in non-Hodgkins lymphomas. Pathol. Res. Practice 190:124-
      128, 1994.

68.   Tong, T.R., Gil, J., Batheja, N., Strauchen, J.A., Kaneko, M., Chan, O.W.H.,
      Krellenstein, D.J., Gattani, A.: Inflammatory pseudotumor of the mediastinum associated
      with azacytidine therapy, acute myeloid leukemia, and previous chemotherapy for
      astrocytoma: Case report and review of the literature. Int. J. Surg. Pathol. 3:49-58, 1995.

69.   Tulchin, L., Lee, F.S., Ornstein, L., Strauchen, J.A., Cardiff, R.D.: C-Myc protein
      distribution: Mammary adenocarcinomas of MTV/myc transgenic mice. Int. J. Oncol.
      7:5-9, 1995.

70.   Fiel, M.I., Strauchen, J.A., LoValvo, R., Meyer, R.J., Unger, P.D.: Acute granulocytic
      leukemia with ascites as the initial manifestation. Acta Cytologica 39:608-609, 1995.

71.   Seijo, L., Unger, P.D., Strauchen, J.A.: Inflammatory pseudotumor of the spleen: A case
      report and review of the literature. Int. Surg. Pathol. 3:289-298, 1996.

72.   Strauchen, J.A., Hauser, A.D., Burstein, D., Jimenez, R., Moore, P.S., Chang, Y.: Body-
      cavity-based malignant lymphoma containing Kaposi sarcoma-associated herpes virus in
      an HIV-negative man with previous Kaposi sarcoma. Ann Intern Med.125:822-825, 1996.

73. Tulchin N, Lee FS, Ornstein L, Strauchen J, Cardiff RD. Immunohistologic c-myc protein in benign breast disease and cancer. Int J Oncol 9:419-425, 1996.

74. Hague, K.L., Rothschild, M., Catalano, P., Strauchen, J.A., Fyfe, B.: Post-transplant lymphoproliferative disorder presenting as upper airway obstruction in a 3 year old child. Ann Otol Rhinol Laryngol 106: 244-247, 1997.

75. Clarke, H., Shepard C., Burstein, D., Strauchen, J.A., Batheja, N.: Solitary plasmacytoma of cervical lymph node: Fine needle aspiration and post-FNA regression. Acta Cytologica. 41: 1244 - 1246, 1997.

76. Wang, Q., Unger, P.D., Strauchen, J.A.: T-cell-rich B large cell lymphoma simulating Hodgkins disease: Report of two cases with transformation to pleomorphic B large cell lymphoma. Int. J. Surg. Pathol. 5:31-36, 1997

77. Saiz, AD, Chan O., Strauchen, J.A.: Follicular dendritic cell tumor in Castleman's disease. A report of two cases. Int J Surg Pathol. 5:25-29, 1997.

78. Dumas, A., Strauchen, J.: Does lymphoma "cure" rheumatoid arthritis? (letter). Ann Rheum Dis. 56: 278, 1997.

79. Unger, PD, Strauchen, JA, Greenberg, M., Kirschenbaum, A., Rabinowitz, A., Parsons, RB.: Testicular plasmacytoma: A report of a case and a review of the literature. J. Urol. Pathol. 7:207-214, 1997.

80. Boshoff, C., Gao, S-J., Healy, L., Mathews, S., Thomas, AJ, Coignet, L., Warnke. RA., Strauchen, JA., Matutes, E., Kamel, OW., Moore, PS., Weiss, RA, Chang, Y.: Establishing a KSHV-positive cell line (BCP-1) from peripheral blood and characterizing its growth in Nod/ SCID mice. Blood 91:1671-1679, 1998.

81. Jiang, JD., Wang, Y., Roboz, J., Strauchen, J., Holland, JF., Bekesi, JG.: Inhibition of microtubule assembly in tumor cells by 3-bromoacetylamino benzoylurea, a new cancericidal compound. Cancer Res. 58:2126-2133, 1998.

82. Wang, B.Y., Brandwein, M.S., Gordon, R.E., Chahinian, P.A., Strauchen, J.A., Harpaz, N.: Gastrointestinal autonomic nerve tumor of the colon. A case report with immunohistochemical and ultrastructural studies. Int J Surg Pathol 6:171-176, 1998.

83. Matsushima, A.Y., Strauchen, J.A., Lee, G., Scigliano, E., Hale, E.E., Weisse, M.T., Burstein, D., Kamel, O., Moore, P.S., Chang, Y.: Posttransplantation plasmacytic proliferations related to Kaposi's sarcoma-associated herpesvirus. Am J Surg Pathol 23:1393-1400, 1999.

84. Schiller, A.L., Strauchen, J.A.  Foucar K: chronic lymphoid leukemias and lymphoproliferative disorders (letter).  Mod Pathol 12:990, 1999.

85. Ye, MQ, Suriawinata, A, Black, C, Min, AD, Strauchen, JA, Thung, SN.: Primary hepatic marginal zone B-cell lymphoma of mucosa-associated lymphoid tissue (MALT) type in a patient with primary biliary cirrhosis.  Arch Pathol Lab Med 124:604-608, 2000.

86. Natarajan S, Post KD, Strauchen J, Morgello S.  Primary intracerebral Rosai-Dorfman disease: a case report.  J Neurooncol 47:73-77, 2000.

87. Suriawinata A, Ye MQ, Emre S, Strauchen JA, Thung SN.  Hepatocellular carcinoma and non-Hodgkin lymphoma in a patient with hepatitis C and cirrhosis.  Arch Pathol Lab Med 124:1532-1534, 2000.

88. Strauchen, JA.  Further "teleconsultation" called for (letter).  Am J Clin Pathol 113:595, 2000.

89. Strauchen JA.  Indolent T-lymphoblastic proliferation.  Report of a case with an eleven year history and association with myasthenia gravis.  Am J Surg Pathol 25:411-415, 2001.

90. Wang BY, Strauchen JA, Rabinowitz D, Tillem SM, Unger PD.  Renal cell carcinoma with intravascular lymphomatosis.  A case report of unusual collision tumors with literature review.  Arch Pathol Lab Med 125:1239-1241, 2001.

91. Strauchen JA.  Criteria for the diagnosis of acute megakaryocytic leukemia (letter).  Blood 97:1898, 2001.

92. Strauchen JA, Miller LK.  Terminal deoxynucleotidyl transferase-positive cells in human tonsils.  Am J Clin Pathol 116:12-16, 2001.

93. Cuttner J, Werther JL, McGlynn P, Chen A, Bodian C, Ogata S, Strauchen J, Troy K, Itzkowitz S.  Seroprevalence of Helicobacter pylori infection in patients with lymphoma.  Leuk Lymphoma 40:591-597, 2001.

94. Miller MK, Strauchen JA, Phelps RG.  Concurrent chronic lymphocytic leukemia cutis and acute myelogenous leukemia cutis in a patient with untreated CLL.  Am J Dermatopathol 23:334-340, 2001.

95. Strauchen JA, Gordon RE.  Crystalline inclusions in granulocytic sarcoma: report of two cases and ultrastructural studies.  Arch Pathol Lab Med 126:87-89, 2002.

96. Cunningham-Rundles C, Cooper DL, Duffy TP, Strauchen J.  Lymphomas of mucosal-associated lymphoid tissue in common variable immunodeficiency.  Am J Hematol 69:171-178, 2002.

97. Lee LY, Harpaz N, Strauchen JA. Post-transplant CD30 (Ki-1)-positive anaplastic large cell lymphoma. A case report and literature review. Arch Pathol Lab Med 127:349-51, 2003.

98. Strauchen JA, Miller LK. Lymph node infarction: An immunohistochemical study of eleven cases. Arch Pathol Lab Med 127:60-63, 2003.

99. Strauchen JA. Primary bone marrow B-cell lymphoma: report of four cases. Mount Sinai J Med 70:133-138, 2003.

100. Burstein DE, Oami S, Dembitzer F, Chu C, Cernaianu G, Leytin A, Misilim E, Jammula SR, Strauchen JA, Khotz DS. Monoclonal antibody specific for histone H1 phosphorylated by cyclin-dependent kinases: a novel immunohistochemical probe of proliferation and neoplasia. Mod Pathol 15:705-711, 2002.

101. Strauchen JA. Germ-line mutations in nonsyndromic pheochromocytoma (letter). N Engl J Med 347:854-855, 2002.

102. Wang BY, Brandwein MS, Gordon RE, Chahinian PA, Strauchen JA. Gastrointestinal autonomic nerve tumor in the colon (letter). Am J Surg Pathol 26:396, 2002.

103. Strauchen JA, Miller LK. Lymphoid progenitor cells in human tonsils. Int J Surg Pathol 11:21-24, 2003.

104. Strauchen JA. The Journal as a University – Pathology. Introduction. Cancer Invest 21:805-806, 2003.

105. Xiao GQ, Strauchen JA. Pathologic quiz case: a 72-year-old woman presenting with intestinal obstruction and perforation. Small cell neuroendocrine carcinoma of small intestine. Arch Pathol Lab Med 127:e357-8, 2003.

106. Rottnek M, Strauchen J, Moore F, Morgello S. Primary dural mucosa-associated lymphoid tissue-type lymphoma: case report and review of the literature. J Neuro-Oncol 68:19-23, 2004.

107. Strauchen JA. Immunophenotypic and molecular studies in the diagnosis and classification of malignant lymphoma. Cancer Invest 22:138-148, 2004.

108. Idrees MT, Brandwein-Gensler M, Strauchen JA, Gil J, Wang BY. Extranodal follicular dendritic cell tumor of the tonsil. Report of a diagnostic pitfall and literature review. Arch Otolaryngol Head Neck Surg 130:1109-1113, 2004.

109. Idress M, Gandhi C, Betchen S, Strauchen J, King W, Wolfe D. Intracranial peripheral primitive neuroectodermal tumors of the cavernous sinus: a diagnostic peculiarity. Arch Pathol Lab Med 129; e11-15, 2005.

110. Jeong W, Seiter K, Strauchen J, Rafael T, Lau HC, Breakstone B, Ahmed T, Liu D. PET scan-positive cat scratch disease in a patient with T cell lymphoblastic lymphoma. Leuk Res 29:591-594, 2005.

111. Bitar M, Strauchen JA, Sequeira RJ, Wu M. A case of lower gastrointestinal bleeding and small bowel tumorous masses. Arch Pathol Lab Med 129:800-802, 2005.

112. Qiu L, Unger PD, Dillon RW, Strauchen JA. Low-grade mucosa-associated lymphoid tissue lymphoma involving the kidney: report of three cases and review of the literature. Arch Pathol Lab Med 130:86-89, 2006.


BOOKS:

1. Strauchen, J.A.: Diagnostic Histopathology of the Bone Marrow. New York, Oxford University Press, 1996

2. Strauchen, J.A.: Diagnostic Histopathology of the Lymph Node. New York, Oxford University Press, 1998.


BOOK CHAPTERS:

1. Strauchen, J.A.: Histiocytic lymphoma. In: Fries J.F. and Ehrlich G.E., eds., Prognosis: Contemporary outcomes of disease. J.F. Fries and G.E. Ehrlich, Eds., Prentice-Hall, 1981.

2. Strauchen, J.A., Kleinerman, J.: The lung in malignant hematologic disease. In: Fishman, A.P., ed., Pulmonary diseases and disorders, 2nd ed., New York, McGraw-Hill, 1988.

3. Strauchen, J.A.: Interleukin receptors in lymphoid lesions: Relevance to biology, diagnosis and therapy. In: Rosen, P.P. and Fechner, R.E., eds., Pathology Annual, Vol. 24, Appleton-Lange, 1989.

4. Strauchen, J.A.: Lymph Nodes and Bone Marrow. In: Moran, C.M. and Mullick F.G., eds., Systemic Pathology of HIV Infection and AIDS in Children. Washington, DC, Armed Forces Institute of Pathology, 1997.