**ORIGINAL**

At IAS Part 11 of the Supreme Court of the State of New York, held in and for the County of New York, at 60 Centre Street New York, New York, on the 23 day of August, 2007

PRESENT: HON. JOAN MADDEN, JUSTICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

This Document Relates To:

CHRISTIAN HOLINKA,

Plaintiff

-against-

A.W. CHESTERTOWN COMPANY, et. al.,

Defendant.

RECEIVED AUG 2 2 2007 PART II

Index No. 114120-06

EX PARTE MOTION OFFICE
APPROVED
FOR THE PAYMENT
OF MOTION FEE
ONLY

**ORDER TO SHOW CAUSE**

020471

Upon reading and filing the Affirmation of Greg A. Dadika, Esq., sworn to on August 21, 2007, together with the exhibits annexed thereto, and all the pleadings and proceedings had herein, it is:

**ORDERED** that Plaintiff Christian Holinka show cause at IAS Part 11 of this Court to be held in and for the County of New York, at the Supreme Court of the State of New York, County of New York at 60 Centre Street, New York, New York on the 12th day of September, 2007 at 9:30 a.m. why an Order should not be entered precluding evidence regarding the presence of Defendants' catalogs in the laboratories in which Plaintiff worked or studied.

**ORDERED** that service of a copy of this Order to Show Cause and the papers upon which it is based, be made by hand upon Plaintiff's counsel, Benjamin Darche, Esq., Weitz & Luixenberg, 180 Maiden Lane, New York, NY 10038-4925, and all other defendants and third-party defendants

by facsimile to their respective counsel on or before ___AUG___, 28, 2007, which shall be deemed good and sufficient service;

**ORDERED** that answering papers, if any, are to be served by hand upon counsel for Defendant, Reed Smith, LLP, Princeton Forrestal Village, 136 Main Street, Suite 250, Princeton, NJ 08543, Attention: Greg A. Dadika, Esq., on or before the 10th day of SEPT. 2007, by 5:00 p.m.

**ENTER:**

_____
HON. JOAN MADDEN, JUSTICE