SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X

In Re: NEW YORK CITY ASBESTOS LITIGATION       Hon. Joan Madden
                                               (Part 11)
------------------------------------------------------------X

This Document Relates To:

THE FOLLOWING PLAINTIFFS FROM THE WEITZ      **AFFIDAVIT OF SERVICE**
& LUXENBERG MAY 2007 NYCAL *IN EXTREMIS*
CLUSTER:

FRANK BIANCO (Index No. 11546-06)
JAMES DIRECTOR (Index No. 115923-06)
KARL FELTEN (Index No. 114005-06)
HARVEY HELFAND (Index No. 117176-06)
CHRISTIAN HOLINKA (Index No. 114120-06)
JACK NACHT (Index No. 114274-06)
FREDERICK RITZER (Index No. 11328-06)
JOSEPH SACCOMANO (Index No. 113299-06)
ROBERT SHEPPARD (Index No. 117513-06)

------------------------------------------------------------X

STATE OF NEW JERSEY:

COUNTY OF MERCER:

I, April LeGros, being a person over the age of 18 years, attest that on August 27, 2007, for and on behalf of Defendants ManorCare Health Services, Inc. (alleged to be a successor in interest to Central Scientific Company, a division of Cenco, Inc.) ("ManorCare"), Fisher Scientific International Inc. ("Fisher"), Baxter Healthcare Corporation (alleged to be a successor in interest to American Hospital Supply Corp. and American Scientific Products) ("Baxter") and VWR International, Inc. ("VWR") and Univar USA Inc. ("Univar") (collectively, the "Lab Supply Defendants"), in accordance with the Order to Show Cause signed by the Honorable Joan Madden, I served a Memorandum of Law in Support of the Laboratory Supply Defendants' Joint Motion *In Limine* to Preclude Evidence Regarding the Presence of Defendants' Catalogs in the Laboratories in Which Plaintiff Worked or Studied, the Affirmation of Greg A. Dadika, Esq. (with exhibits) and Order to Show Cause entered on August 23, 2007, *via* facsimile and regular mail to all counsel on the attached service list.

                                                                           _____
                                                                            April LeGros

Sworn to me this 27th day
of August, 2007

_____
Notary Public

SHARI M. CARBONE
Notary Public State of New Jersey
Commission Expires 8/29/09

PRCLIB-451751.4-GADADIKA-304800-60043 8/24/07 3:19 PM

## CHRISTIAN F. HOLINKA SERVICE LIST
(As of 07/11/07)

Benjamin Darche, Esq.
Weitz & Luxenberg
180 Maiden Lane
New York, NY 10038-4925
(Counsel for Plaintiff)

Julie Evans, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
150 East 42nd Street
New York, NY 10017-5639
(Counsel for A.W. Chesterton Co.)

Judith Yavitz, Esq.
Anderson, Kill & O'Lick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(Counsel for Amchem Products, Inc. and Certain Teed Corporation)

Theodore Eder, Esq.
Segal, McCambridge, Singer & Mahoney
805 Third Ave.
19th Fl.
New York, NY 10022
(Counsel for Anchor Packing Co., Inc. and Garlock Sealing Technologies LLC)

Cori L. Leavitt, Esq.
William Bradley, Esq.
Joseph Carlisle, Esq.
Mary Ellen Connor, Esq.
Malaby, Carlisle & Bradley LLC
150 Broadway
New York, NJ 10038
(Counsel for Aqua-Chem, Inc., CBS Corporation, J.H. France Refractories Co., Kewaunee Scientific Corp., and Premier Refractories, Inc.)

Lawrence McGivney, Esq.
Monakee Griffin, Esq.
McGivney & Kluger, P.C.
80 Broad Street, 23rd Floor
New York, NY 10004
(Counsel for Beckman Coulter, Inc.)

Carol M. Tempesta, Esq.
Marks, O'Neill, O'Brien & Courtney, P.C.
530 Saw Mill River Road
Elmsford, NJ 10523
(Counsel for Corning Glass, k/n/a Corning Incorporated
VWR International, Inc. and Univar USA Inc.)

Joseph Colao, Esq.
Helen Chung, Esq.
Leader & Berkon LLP
630 3rd Avenue, 17th Floor
New York, NJ 10017
(Counsel for E.I. DuPont de Nemours and Company)

Marc S. Gaffrey, Esq.
Hoagland, Longo, Moran, Dunst & Doukas
40 Patterson Street
Post Office Box 480
New Brunswick, NJ 08903
(Counsel for Fisher Scientific International Inc.)

Lisa M. Pascarella, Esq.
Pehlivanian, Braaten & Pascarella, LLC
2430 Route 34
Manasquan, NJ 08736
(Counsel for Ingersoll-Rand Co.)

Jennifer Darger, Esq.
Vincent A. Errante, Jr., Esq.
Darger & Errante, LLP
116 East 27th Street, 12th Floor
New York, NJ 10016
(Counsel for Lennox Industries, Inc.)

Greg A. Dadika, Esq.
Reed Smith LLP
136 Main Street, Suite 250
Princeton Forrestal Village
Princeton, NJ 08540
(Counsel for Manorcare Health Services, Inc., d/b/a Manor Care, Inc.)

PRCLIB-445087.1-GADADIKA 8/27/07 5:18 PM

Linda Yassky, Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020
(Counsel for Rapid America Corporation)

Ian Grodman, Esq.
Law Offices of Ian R. Grodman, P.C.
515 Valley Street, Suite 170
Maplewood, NJ 07040
(Counsel for Rheem Manufacturing Company, Inc.)

Jonathan E. Polonsky, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022
(Counsel for Univar USA, Inc.)

Timothy Fraser, Esq.
Drinker, Biddle & Reath, LLP
500 Campus Drive
Florham Park, NJ 07932-1047
(Counsel for Baxter Healthcare Corporation)

Gregg Borri, Esquire
Law Offices Gregg J. Borri, Esquire
61 Broadway, Suite 2125
New York, NY 10006
(Counsel for Georgia Pacific Co.)

PRCLIB-445087.1-GADADIKA 8/27/07 5:18 PM