Exhibit C



A Healthier World. A Safer Workplace.

July 24, 2007

Kristy Kulina Lyons
Hoagland, Longo, Moran, Dunst & Doukas, LLP
40 Paterson Street, PO Box 480
New Brunswick, NJ 08903

Carol Tempesta, Esq.
Marks, O'Neill, O'Brein & Courtney, PC
530 Saw Mill River Road
Elmsford, NY 10523

Gregory A. Dadika, Esq.
Reed Smith, LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ 08540-7839

Timothy Fraser, Esq.
Drinker, Biddle & Reath , LLP
500 Campus Drive
Florham Park, NJ 07932-1047

Re:   **Christian Holinka v. A.W. Chesterton, et al.**

Dear Ms. Lyons, Ms. Tempesta, Mr. Dadika, and Mr. Fraser:

I have been asked to review materials for the above referenced case, and to provide an expert opinion regarding Dr. Christian. Holinka's alleged exposure to asbestos from handling certain pieces of laboratory equipment throughout his career.  Dr. Holinka believed that he was exposed to harmful levels of asbestos from various asbestos containing products including asbestos mittens and Bunsen burner support pads.  The materials that I have reviewed include the following:

- Plaintiff's Answers to Interrogatories;

**New York**
125 Baylis Road, Suite 120
Melville, New York 11747
Tel: 631.756.2204 • Fax: 631.756.2213

**Maryland**
22 Cessna Court
Gaithersburg, Maryland 20879
Tel: 301.519.6880 • Fax: 301.519.2105
www.somaonline.com

**Delaware**
1 Innovation Way, Suite 400
Newark, Delaware 19711
Tel: 302.369.0171 • Fax: 302.369.0170

Ms. Kristy Kulina Lyons, Ms. Carol Tempesta, Mr. Gregory A. Dadika, and Mr. Timothy Fraser
July 24, 2007
Page 2

- Plaintiff's Social Security Records; and

- Depositions of Christian Holinka dated February 12, 2007, February 22, 2007 and
  March 1, 2007.

## DESCRIPTION OF EVENTS

Dr. Holinka was born on July 7, 1937 in Schweidnitz, Germany, emigrated to the U.S. in
October 1956 after finish boarding school in Oldenburg, Germany, and currently lives in
Manhattan, where he has resided since 1977. Shortly after moving to the U.S., Dr. Holinka
worked as an elevator operator at the Commodore Hotel in New York.

Dr. Holinka served in the U.S. Army from November 1956 through August 1959, when
he received an honorable discharge. He completed basic training at Fort Dix, New Jersey. After
basic training he was stationed at Fort Sam in Houston, TX for about 2 months where he
received training as a medical laboratory technician. He stated that it was "likely" he was
exposed to asbestos during that time from the use of Bunsen burner pads. He testified that
during his training, perhaps two hours per day was spent in the classroom and the remainder of
the day was spent in the laboratory. He said that "relatively little" of his time was spent working
with Bunsen burners and that he spent approximately three months in the classroom and six
weeks in pathology. In the classroom there were about 25 workstations, while in pathology there
were no Bunsen burners.

Dr. Holinka was then stationed at the 98th General Hospital in Neubruecke, Germany
from July 1957 until July/August 1959. He stated that he worked in all branches of the clinical
medical laboratory including bacteriology, biochemistry, hematology and pathology. He felt that
he was exposed to asbestos while working in the laboratories from Bunsen burner pads and
mittens, which he said he would use on a daily basis. He did not know of any other asbestos
exposures that he may have had during that time. Dr. Holinka testified that he could not recall if
there were any insulated pipes in the various barracks in which he slept in while in the army.

After being honorably discharged from the Army, he lived in Queens for approximately
four months and worked at Booth Memorial Hospital as a lab technician. He stated that his
duties included clinical chemistry and analysis of blood serum and urine. Dr. Holinka stated that
he believed he used asbestos Bunsen burner pads and mittens at Booth. He testified that the
asbestos on the pads "gradually becomes brittle due to the high heat and the heat moves the air
really and one would expect that dust particles would be generated." Also, he said the center of
the pads would become brittle and they would then have to dispose of them. He stated that the
pads would have to be replaced "very frequently" depending upon the frequency of use and then
said "certainly every few days you would replace it." He stated that there were half a dozen
burners in the lab.

Ms. Kristy Kulina Lyons, Ms. Carol Tempesta, Mr. Gregory A. Dadika, and Mr. Timothy Fraser
July 24, 2007
Page 3

Dr. Holinka then moved to California where he attended U.C. Berkeley for two and one-half years and received a BA in French literature with a minor in physiology in 1962. He stated that while in college he believed that he was exposed to asbestos from using Bunsen burner pads and mittens while he worked part-time in the research lab. He said that there were two rooms in the lab, each about 400 – 600 square feet in size, and that each room had "about" two Bunsen burners. With regard to mittens, he said he would use them "several times a week." He testified that he worked between 12 and 20 hours a week in the research lab. Dr. Holinka stated that he also took "about a half a dozen" other lab courses in college that he believed may have involved asbestos exposures. He said that each workbench in the lab would have a Bunsen burner and pad.

After graduating from Berkeley, Dr. Holinka moved to New York and went to Hunter College in the fall of 1962, pursuing a Biology degree. He remained at Hunter through the spring of 1963. He stated that during that time he was exposed to asbestos from Bunsen burner pads in one chemistry lab class. He said the class lasted one semester and met once a week for three hours. In the fall of 1963, Dr. Holinka attended McGill University in Montreal for one semester. He stated that he took "mainly lecture courses and one laboratory course." He did not believe he was exposed to any asbestos during that time.

Dr. Holinka then returned to Berkeley working at the research lab again on a full-time basis. He said he worked there until approximately August of 1964 and felt he was again exposed to asbestos from the Bunsen burner pads and mittens. He did not know the manufacturer or supplier of those items. Dr. Holinka was subsequently accepted as a graduate student in physiology at Berkeley. He stated that he took courses and conducted research on a full time basis until 1966 and did not do any outside work during that time. He again felt he was exposed to asbestos from Bunsen burner pads and mittens which were located in the Life Sciences building, although not in the laboratory in which he studied. He estimated that the laboratory had six to eight burners. In 1966 he received a graduate degree in physiology and then enrolled in graduate school studying comparative literature. He graduated from that program in 1968. Dr. Holinka stated that he did not feel he was exposed to any asbestos during that period of time. From 1968 until 1971, Dr. Holinka was a teaching assistant at Berkeley teaching French. Again, he did not feel he was exposed to any asbestos during that time frame.

Dr. Holinka was then accepted as a graduate student in biological sciences at SUNY Stony Brook and received his PhD in 1974. While in school he worked part-time at Columbia University Presbyterian Medical Center in clinical chemistry. He stated that he worked there two days a week, from midnight to 9:00 A.M. Dr. Holinka testified that he felt he was exposed to asbestos from using Bunsen burner pads and mittens at both the school and at his job. He stated that, at school, he worked in the anatomy department where they had three Bunsen burners in the lab. When asked if he could recall how often he would have to get replacement pads, he stated "about no more than once a month." With regard to the mittens, he estimated that he would use them once every two days. He stated that he was not certain who supplied or manufactured either the pads or gloves/mittens.

Ms. Kristy Kulina Lyons, Ms. Carol Tempesta, Mr. Gregory A. Dadika, and Mr. Timothy Fraser
July 24, 2007
Page 4

After receiving his Ph.D., Dr. Holinka then became a post-doctoral fellow at USC doing biological research and teaching. He stated that 90 percent of his time was spent doing research in the Gerontology building. He said there were four labs, ranging from 400 to 800 square feet in size, and each room had two to five Bunsen burners. In August 1977, Dr. Holinka went to work for Mount Sinai, initially as an instructor and then as an assistant professor in obstetrics, gynecology and reproductive science. He stated that he primarily conducted research in three different rooms. He felt that he was exposed to asbestos from Bunsen burner pads and mittens. He stated that he would have to change the pads "about once every two months" and said there were between two and five burners in each room. He estimated that he used mittens once a day at Mt. Sinai. Dr. Holinka remained at Mt. Sinai until July 1989.

Dr. Holinka then went to work for Organon, Inc. and from 1989 until 1992 he was the Director of Reproductive Medicine. He did not feel he was exposed to any asbestos during that time. In 1992 he then went to work for Johnson & Johnson as Assistant Director of Endocrinology and Metabolism. He stated that he had no reason to believe that he was exposed to any asbestos while working there. In 1996 he went to work for Kyowa Hakko Kogio as Director of Pharmaceutical Development and remained there for about nine months. He then became a full-time consultant; his clients included Johnson & Johnson and others.

According to his answers to interrogatories, Dr. Holinka is a lifelong non-smoker and no one in his household ever smoked. Dr. Holinka testified, however, that his ex-wife did briefly smoke for about a year and a half sometime between 1970, when they got married, and 1974-5 when she moved back to Germany. In July 2006, while on vacation in Germany, Dr. Holinka began experiencing shortness of breath and went to an internist. He subsequently had an x-ray taken which reportedly revealed that his right lung was substantially collapsed. After returning to the U.S. he had a pleural effusion drained, and tests on the fluid were negative. A biopsy of several lesions, however, revealed the presence of "bipolar mesothelioma." Dr. Holinka has since undergone chemotherapy treatments.

**EXPERT OPINION**

I have concluded with a reasonable degree of scientific certainly that Dr. Holinka was not exposed to harmful levels of asbestos from the presence and use of Bunsen burner pads and gloves/mittens, which would cause or contribute to his claimed asbestos related disease. The normal use of asbestos containing gloves/mittens and the Bunsen burners wire gauze with an asbestos center, would not emit levels of asbestos during normal use that could cause or exacerbate Dr. Holinka's diagnosis of mesothelioma. These products were used intermittently by Dr. Holinka for limited periods of time in laboratories, which have good general dilution ventilation.

The asbestos used in such laboratory gloves/mittens as described by Dr. Holinka is woven and maintains its integrity. I have personally conducted a test of an employee wearing asbestos gloves/mittens when repeatedly unloading glass from ovens on a production line and no

Ms. Kristy Kulina Lyons, Ms. Carol Tempesta, Mr. Gregory A. Dadika, and Mr. Timothy Fraser
July 24, 2007
Page 5

measurable levels of asbestos were found based on the limits of detection of the method. Other such tests have also been conducted with similar results. Other tests have been conducted on gloves/mittens finding higher levels of exposure, but these studies were conducted in sealed small volume chambers, did not include background sample checks, did not determine if other sources of asbestos were in the test area, used only phase contrast microscopy (PCM) analyses and heated the gloves/mittens in a manner to which the gloves/mittens are not normally subjected.

The asbestos contained in the center of wire gauge is used to hold containers heated by Bunsen burners. Dr. Holinka testified that they were routinely replaced. Further, the temperatures to which the asbestos would be subjected would cause the asbestos to be transformed into forsterite as it degrades and possibly separates from the pad. Based on the routine changing of the pads, the bonding of the asbestos in the pad, the limited use of the pads, the ventilation in the laboratories, and the conversion of asbestos in the pad to forsterite as the pads deteriorate, he would not have been exposed to harmful levels of asbestos.

Furthermore, the type of asbestos used in such gloves/mittens and Bunsen burner pads is chrysotile which is more soluble in the lungs and is removed from the lungs by physiologic actions, and thus, has a lower propensity for causing pulmonary disease than some other forms of asbestos. In addition, valid epidemiology studies have shown that chrysotile has little or no potential for causing an increase in the risk of getting mesothelioma.[1,2] The asbestos dose that Dr. Holinka potentially could have received from wearing asbestos gloves/mittens is insignificant compared to the amount required to develop an asbestos-related disease.

This opinion is based on my education and over 35 years of experience as an industrial hygienist and toxicologist. My experience includes evaluation of health hazards in vehicle repair facilities, foundries, building maintenance, steel mills, manufacturing facilities and shipyards. It also includes evaluations of pneumoconiosis-producing dusts, such as asbestos. As a consultant and former manager of health and safety for the U.S. Environmental Protection Agency, I have evaluated buildings and industrial environments to determine asbestos health hazards from use of asbestos-containing materials (ACMs) used as insulation materials, friction materials, and decorative building materials. I have collected over 1,000 asbestos bulk and air samples in a variety of situations.

I have specifically collected air samples while various ACMs were being handled, used and removed, which included: transite and other encapsulated materials, refractory insulation materials for furnaces, and other equipment in foundries and steel mills, brake linings, as well as thermal insulation used in pipe covering.

Based on over 35 years of experience in the industrial hygiene field, and knowledge of the literature regarding the health hazards of asbestos, I am familiar with the findings and conclusions of researchers in the field of occupational health regarding asbestos health hazards and of the practices of occupational health professionals with respect to safeguarding workers from harmful asbestos products. The following discussion sets forth the basis for my opinions.

Ms. Kristy Kulina Lyons, Ms. Carol Tempesta, Mr. Gregory A. Dadika, and Mr. Timothy Fraser
July 24, 2007
Page 6

## ANALYSIS

### Asbestos Containing Gloves and Bunsen Burner Pads

Asbestos fibers have been used for many years in manufacturing woven textiles including asbestos gloves/mittens used to provide protection from heat. Asbestos gloves/mittens have been used in the past in most laboratories where heated operations such as the use of ovens were involved. I used asbestos gloves and mittens for about ten years in the analytical laboratory of the Occupational and Environmental Health Department of Wayne State University College of Medicine where I was a part time chemist and also where I attended graduate school.

The normal use of such gloves/mittens in handling heated materials would not result in harmful emissions of asbestos fibers as the fibers are embedded in the matrix of the gloves/mittens and the minimal intermittent use would not degrade the materials. As mentioned, I have conducted an air sampling survey of an employee where I obtained a breathing zone air sample which was analyzed for asbestos using an OSHA approved light microscope analysis. The sample was taken while the employee was continuously unloading hot windshield glass from a Lehr bending furnace. The results of the analysis demonstrated that the employee was not exposed to any asbestos from the use of the gloves/mittens based on the limit of detection for the method. A test to determine asbestos emissions from asbestos containing protective equipment has been conducted by the National Institute for Occupational Safety and Health (NIOSH) where the results of placing an air sampling cassette within the breathing zone of an asbestos hood used by firefighter did not show that the wearer of the hood was exposed to harmful levels of asbestos.

Asbestos pads have been used for many years in laboratory settings to protect beakers and other glassware from the intense heat of the flame from Bunsen burners, which can reach up to approximately 1500°C. The pads consisted of a wire screen which was then coated with a thin chrysotile asbestos pad in the center. At temperatures above 500°C, however, chrysotile begins to be transformed into an amorphous mineral called forsterite, which is not fibrous. Forsterite is chemically similar to chrysotile, but without attached water molecules called "water of hydration." This water loss occurs quickly and completely at temperatures of around 700°C to 800°C.[3] When fibrous chrysotile loses these water molecules, it loses its flexible fibrotic nature. Indeed, Dr. Holinka testified that the burner pads that he used became "brittle due to the high heat," which is consistent with the chrysotile fibers decomposing to non-asbestos forsterite. Further, he mentioned that when the pads deteriorated, they were replaced. This he would not have been exposed to harmful levels of asbestos from handling and disposing of old pads.

### Knowledge of asbestos hazards in the past

While excessive exposure to asbestos was known to cause a fibrogenic lung disease early in the last century, it was not identified as a confirmed human carcinogen until some time in the

Ms. Kristy Kulina Lyons, Ms. Carol Tempesta, Mr. Gregory A. Dadika, and Mr. Timothy Fraser
July 24, 2007
Page 7

late seventies or even the early nineteen eighties. Further, high exposures such as those associated with working with large amounts of raw asbestos were thought to be required to cause lung disease. Based on that knowledge, the federal government set an exposure limit of 5 million particles per cubic foot (mppcf) in 1938 which is roughly equivalent to 30 fibers per cubic centimeter or three hundred times the current federal limit. The 5 mppcf limit remained in effect as the federal limit until the early 1970s.

Employees working with finished asbestos products were not thought to be at risk of developing any asbestos related disease. In the mid 1940s, a study was conducted of insulators and the results indicated that insulators were not at risk of developing an asbestos related disease. When epidemiological studies first suggested that asbestos was a carcinogen in the mid 1950s, it was thought that high exposure would be necessary to cause cancer and that some scarring of the lungs would also have to occur. It was not until the mid 1960s when a study of insulators suggested that they were at risk of developing not only a fibrotic lung disease, but also cancer. A study in South Africa in 1960 suggested that exposure to amphibole asbestos caused mesothelioma, but most insulation in the United States was chrysotile. While Selikoff's articles in the mid 1960s saw an increase in cancer in the insulation workers that they were observing, the occupational health community did not conclude that asbestos was a carcinogen. There were also other studies such as the Braun study suggesting that exposure to asbestos did not cause cancer. Selikoff's work did stimulate discussions regarding the carcinogenicity of asbestos and additional studies were undertaken to confirm or deny the conclusions that Selikoff had drawn.

In 1972, the Occupational Safety and Health Administration (OSHA) promulgated their first complete chemical standard which was for asbestos. While they discussed the carcinogenicity of asbestos, they did not regulate as a carcinogen. In fact, they did not regulate asbestos as a carcinogen until 1985 when they attempted to set an emergency standard for asbestos. The National Institute for Occupational Safety and Health (NIOSH) also did not suggest regulating asbestos as a carcinogen in their Criteria Document on asbestos although they did discuss the carcinogenicity of asbestos. NIOSH did not recommend regulating asbestos as a carcinogen until 1976 when additional studies had been conducted providing additional support for the conclusion that asbestos was carcinogenic. As mentioned, within the next few years after that, the occupational health community recognized that asbestos was a known human carcinogen. Most of Dr. Holinka's work in the routine analysis of biological samples when he might have routinely worn asbestos gloves/mittens and used Bunsen burner pads occurred prior to the early 1970s at around the time of the promulgation of the OSHA asbestos standard.

**The Occupational Safety and Health Administration Act and Hazard Communication Standard**

OSHA was created by the Williams-Steiger Occupational Safety and Health Act of 1970 (84 Stat. 1590, et seq., 29 U.S.C., et seq.). The goal was to assure so far as possible that every working man and woman in the Nation, have safe and healthful working conditions and to preserve our human resources. The Act requires, in part, that every employer covered under the Act furnish to his employees "employment and a place of employment which is free from

Ms. Kristy Kulina Lyons, Ms. Carol Tempesta, Mr. Gregory A. Dadika, and Mr. Timothy Fraser
July 24, 2007
Page 8

recognized hazards that are causing or are likely to cause death or serious physical harm." The Act gave the Department of Labor the authority to create standards, conduct inspections, issue citations and propose penalties for alleged violations. OSHA is the agency in the Department of Labor to which the legislation assigns the responsibility for carrying out the aforementioned act.

**Employer Responsibility**

As described in the aforementioned act, it is the employer's responsibility to provide a safe work environment for employees. While the act requires employees to comply with standards and rules that are applicable to their own actions and conduct, it is the employer who has the means to provide a safe environment. Under law, the employer is even empowered to discipline employees who do not comply with health and safety requirements of the employer. When OSHA conducts an inspection and observes an employee not following the regulations, it is the employer who is cited, not the employee. Employees have the right to notify OSHA of alleged violations in their workplace and not have any reprisals against them by the employer.

Only the employer has the ability to ensure that employees work in a safe and healthful environment. The employer is the only entity that can:

- Control what materials are purchased to be used in the facility, including both production and non-production materials;

- Control the ventilation conditions in the building and selection of the building itself;

- Provide and install engineering equipment to protect workers;

- Set work rates and work practices;

- Provide for training of employees in hazard recognition and safe work practices; and

- Monitor the environment to determine if employees are exposed to levels of chemicals, which might be harmful.

Even prior to the formation of OSHA, companies were required to provide safe and healthful working conditions which are also consistent with good industrial hygiene. Dr. Holinka worked at hospitals and from 1977 until 1989 worked at Mt. Sinai, where Dr. Selikoff did his research on asbestos. Thus, Dr. Holinka's employers knew or should have known of the hazards associated with asbestos to the extent that those hazards were known by the occupational health and safety community during the various time periods that he worked for them. A number of states had an asbestos exposure limit well before OSHA promulgated their asbestos standard, which was 5 mppcf as discussed earlier. Thus, Dr. Holinka' employers would have been responsible for ensuring that he was not exposed to harmful levels of asbestos.

Ms. Kristy Kulina Lyons, Ms. Carol Tempesta, Mr. Gregory A. Dadika, and Mr. Timothy Fraser
July 24, 2007
Page 9

## CONCLUSIONS

Dr. Holinka was not exposed to harmful levels of asbestos from the presence and use of asbestos containing gloves/mittens and Bunsen burner pads during his career. The reasons that Dr. Holinka's diagnosis of mesothelioma would not have been caused or exacerbated by possibly working with asbestos containing gloves/mittens and Bunsen burner pads are as follows:

- Studies conducted on asbestos exposure associated with the use of asbestos gloves/mittens have shown that users are not exposed to harmful levels of asbestos;

- The form of asbestos used in both the mittens and the Bunsen burner pads would have been chrysotile and valid epidemiology studies have shown that chrysotile has little or no potential for causing an increase in the risk of developing mesothelioma;

- The use or handling of asbestos mittens and Bunsen burner pads is intermittent and generally for short periods of time;

- Dr. Holinka did not work in laboratory continuously and only worked in routine analytical determinations of biological specimens for a limited period of time;

- Laboratories usually have one pass ventilation, thus diluting any fibers emitted into the air;

- Asbestos gloves/mittens are woven products and the asbestos is contained within the fabric of the glove; and

- The intense heat from the Bunsen burners would have converted the chrysotile fibers in the pads to non-asbestos fosterite.

If you have any questions, please do not hesitate to contact me at 301-519-6880.

Sincerely,

*Sheldon Rabinovitz*

Sheldon H. Rabinovitz, PhD, CIH
Certified Industrial Hygienist & Toxicologist

SHR/jps

Ms. Kristy Kulina Lyons, Ms. Carol Tempesta, Mr. Gregory A. Dadika, and Mr. Timothy Fraser
July 24, 2007
Page 10

## REFERENCES

[1] Liddell, F.D.K., McDonald A.D., and McDonald, J.C. "The 1891-1920 Birth Cohort of Health of Quebec Chrysoltile Mines and Millers: Development from 1904 and Mortality to 1992," Annals of Occupational Hygiene, 41 (1): 13-36, 1997.

[2] McDonald, A.D., J.S. Fry, A.J. Woolley and J.C. Mc Donald. "Dust Exposure and Mortality in an American Chrysotile Asbestos Friction Products Plant," British Journal of Industrial Medicine, 41, 151-157, 1984.

[3] Langer, Arthur M. "Reduction of the biological potential of chrysotile asbestos arising form conditions of service on brake pads," Regulatory Toxicology and Pharmacology, 38: 71-77, 2003.



Exhibit D

Page 1

57

SUPREME COURT

ALL COUNTIES WITHIN THE STATE OF NEW YORK


IN RE:  NEW YORK CITY ASBESTOS LITIGATION




DEPOSITION UNDER ORAL

EXAMINATION OF

CHRISTIAN HOLINKA

(VOLUME II)




This Document Applies To:

CHRISTIAN HOLINKA

INDEX NO.:  114120-06




PRIORITY ONE COURT REPORTING SERVICES, INC.

899 Manor Road

Staten Island, New York  10314

(718) 983-1234

## Page 2

```
 1                          58
 2        Transcript of the deposition of the Plaintiff,
 3   called for Oral Examination in the above-captioned
 4   matter, said deposition being taken pursuant to
 5   Federal Rules of Civil Procedure by and before
 6   CHERYL F. BAREN, a Notary Public and Shorthand
 7   Reporter, at the Offices of Weitz & Luxenberg, 120
 8   Wall Street, New York, New York, on Thursday, February
 9   22, 2007, commencing at approximately 10:30 in the
10   forenoon.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1                          60
 2   DRINKER, BIDDLE & REATH, LLP
        Attorneys for Defendant Baxter Health Care
 3      500 Campus Drive
        Florham Park, New Jersey  07932-1047
 4   BY:  TIMOTHY J. FRASER, ESQ.
 5
 6   HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
        Attorneys for Defendant Fisher Scientific
 7      40 Paterson Street
        P.O. Box 480
 8      New Brunswick, New Jersey  08903
 9   BY:  KRISTY KULINA LYONS, ESQ.
10
     McGIVNEY & KLUGER, P.C.
11      Attorneys for Defendant Beckman Coulter
        80 Broad Street, 23rd Floor
12      New York, New York  10004
     BY:  LAURA HOLLMAN, ESQ.
13
14
     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
15      Attorneys for Defendant A.W. Chesterton
        150 East 42nd Street
16      New York, New York  10017
     BY:  TODD DESIMONE, ESQ.
17
18
     MALABY, CARLISLE & BRADLEY, LLC
19      Attorneys for Defendants Adience, CBS,
        and Kewannee Scientific
20      150 Broadway
        New York, New York  10038
21   BY:  DAVID P. SCHAFFER, ESQ.
        KOO LEE, ESQ.
22
23
24
25
```

## Page 3

```
 1                          59
 2   APPEARANCES:
 3
 4   WEITZ & LUXENBERG, P.C.
        Attorneys for Plaintiff
 5      180 Maiden Lane, 17th Floor
        New York, New York  10038
 6   BY:  BENJAMIN DARCHE, ESQ.
 7
 8   DRINKER, BIDDLE & REATH, LLP
        Attorneys for Defendants VWR International,
 9      Inc. and Univar USA, Inc.
        One Logan Square
10      18th and Cherry Streets
        Philadelphia, Pennsylvania 19103-6996
11   BY:  DAVID F. ABERNETHY, ESQ.
12
13   REED SMITH, LLP
        Attorneys for Defendant Manor Health Care
14      Princeton Forrestal Village
        136 Main Street, Suite 250
15      P.O. Box 7839
        Princeton, New Jersey  08543-7839
16   BY:  GREG A. DADIKA, ESQ.
17
18   PEHLIVANIAN, BRAATEN & PASCARELLA, LLC.
        Attorneys for Defendant Ingersoll Rand Co.
19      2430 Route 34
        Manasquan, New Jersey  08736
20   BY:  SYLVIA K. LEE, ESQ.
21
22   DARGER & ERRANTE, LLP
        Attorneys for Defendant Lennox Industries
23      116 East 27th Street, 12th Floor
        New York, New York  10016
24   BY:  CRAIG GLANTZ, ESQ.
25
```

## Page 5

```
 1                          61
 2   ANDERSON, KILL & OLICK, P.C.
        Attorneys for Defendants
 3      Amchem and Certainteed
        1251 Avenue of the Americas
 4      New York, New York  10020-1182
     BY:  SANDRA STEINMAN, ESQ.
 5
 6
 7   LEADER & BERKON, LLP
        Attorneys for Defendant DuPont
 8      630 Third Avenue, 17th Floor
        New York, New York  10017
 9   BY:  JUDITH A. JOSEPH JENKINS, ESQ.
10
11   DARGER & ERRANTE, LLP
        Attorneys for Defendant Lennox Industries
12      116 East 27th Street, 12th Floor
        New York, New York  10016
     BY:  MICHAEL T. LEWANDOWSKI, ESQ.
13
14
15           *   *   *
16
17
18
19
20
21
22
23
24
25
```

Page 6

```
 1                    62
 2      IT IS HEREBY STIPULATED AND AGREED by and between
 3   the attorneys for the respective parties hereto that
 4   filing, sealing and certification of the within
 5   Examination Before Trial be waived; that all
 6   objections, except as to form, are reserved to the
 7   time of trial.
 8      IT IS FURTHER STIPULATED AND AGREED that the
 9   transcript may be signed before any Notary Public with
10   the same force and effect as if signed before a Clerk
11   or Judge of the Court.
12      IT IS FURTHER STIPULATED AND AGREED that the
13   within examination may be utilized for all purposes as
14   provided by the CPLR.
15      IT IS FURTHER STIPULATED AND AGREED that all
16   rights provided to all parties by the CPLR shall not
17   be deemed waived and the appropriate sections of the
18   CPLR shall be controlling with respect thereto.
19      IT IS FURTHER STIPULATED AND AGREED by and
20   between the attorneys for the respective parties
21   hereto that a copy of the Examination shall be
22   furnished, without charge, to the attorney
23   representing the witness testifying herein.
24
25
```

Page 7

```
 1              Christian Holinka    63
 2      CHRISTIAN HOLINKA, the
 3   Plaintiff herein, after previously having been
 4   duly sworn by a Notary Public of the State of New
 5   York, was examined and testified as follows:
 6   CONTINUED DIRECT EXAMINATION
 7   BY MR. SCHAFFER:
 8      Q   Good morning, sir.
 9      A   Good morning.
10      Q   My name is David Schaffer, we met off the
11   record just a moment ago. I am with the law firm of
12   Malaby, Carlisle and Bradley, and I am here to
13   continue the questioning that was started by my
14   colleague a couple of weeks ago, Cori Leavitt, who
15   could not be here.
16      I have read your transcript from the
17   testimony you gave a couple of weeks ago and I am
18   going to try not to repeat things. To the extent that
19   I do, please bear with me and we will get through this
20   as quickly as we can.
21      The same ground rules that Ms. Leavitt went
22   over with you apply. Please, wait until I finish my
23   question completely before you start your answer. I
24   will afford you the same courtesy and wait for you to
25   finish your answer before I start my next question.
```

Page 8

```
 1              Christian Holinka    64
 2      If you do not understand any of my
 3   questions, will you be sure to tell me?
 4      A   Yes.
 5      Q   All of your responses do also have to be
 6   verbal because the Court Reporter over here cannot
 7   take down physical gestures or things like that.
 8      Have you had an opportunity to read the
 9   transcript or typed up version of the testimony that
10   you gave a couple of weeks ago?
11      A   Yes, I have.
12      Q   And in review of that, were there any
13   significant changes or alterations that you feel were
14   not properly reflected in the testimony you gave?
15      A   No significant changes.
16      Q   As was the case a couple of weeks ago, if
17   at the moment I ask you a question you do not know the
18   answer to it but then at some point later on it comes
19   to you, that is fine, just let us know and we will
20   deal with it at that time. We want to make sure there
21   is an accurate record and give you every option to
22   make an accurate record.
23      Did you take any medications before coming
24   here today?
25      A   No.
```

Page 9

```
 1              Christian Holinka    65
 2      Q   When did you review the transcript of the
 3   last session?
 4      A   Today.
 5      Q   How long did you go over it?
 6      A   About ten minutes.
 7      Q   Besides possibly representatives of your
 8   law firm, did you talk with anyone else about the
 9   testimony you gave and plan to give today?
10      A   No.
11      MR. SCHAFFER:  Off the record.
12      (Discussion off the record)
13      Q   It is my understanding, sir, that you came
14   to the United States in around 1956 after finishing
15   the boarding school in Oldenburg; is that right?
16      A   That's correct.
17      Q   Now, when you came to the United States,
18   what was the first employment that you had?
19      A   I worked briefly as an elevator operator
20   for about five weeks.
21      Q   And where was that job?
22      A   That was at the Commodore Hotel in New York
23   City.
24      Q   And was that in 1956?
25      A   Yes.
```

Page 10

```
1           Christian Holinka      66
2     Q    Do you know approximately when? Even a
3  season would be fine.
4     A    November of '56.
5     Q    And did that employment carry through into
6  1957?
7     A    No.
8     Q    Do you believe that you were exposed to
9  asbestos in any way while you were working as an
10 elevator operator?
11    A    I do not know.
12    Q    What were your duties as an elevator
13 operator?
14    A    Operate the elevator.
15    Q    Bringing individuals up and down the floors
16 of the hotel?
17    A    Yes.
18    Q    Did you run only the passenger elevators as
19 opposed to cargo elevators?
20    A    Only passenger.
21    Q    What was the next job that you held after
22 being an elevator operator?
23    A    United States Army.
24    Q    And when did you join the Army?
25    A    In November 1956.
```

Page 11

```
1           Christian Holinka      67
2     MR. DARCHE:  Off the record.
3     (Discussion held off the record)
4     Q    And you left the Army at what point, sir?
5     A    In 1959, July or August.
6     Q    And at that point, sir, did you hold any
7  other jobs before going on to UC Berkeley?
8     A    Yes.
9     Q    Can you tell me what was the next
10 employment you had after you were discharged?
11    A    Booth Memorial Hospital in New York, in
12 Queens.
13    Q    When did you start at Booth Memorial?
14    A    In late 1959, I think September.
15    Q    And if Ms. Leavitt did not give you this
16 instruction last time, I will give it to you now: To
17 the extent that I am asking you about things that
18 happened to some degree decades even in the past, if
19 there is a way that you can give me your best estimate
20 if you do not know precisely, that is fine,
21 understood? If you are just flat-out guessing, nobody
22 here wants you to do that.  Tell me you do not know
23 and we will move forward.  But we are entitled to a
24 best estimate and sometimes if you can tie things like
25 dates or events into either events in your personal
```

Page 12

```
1           Christian Holinka      68
2  life or events going on in the world, that helps us
3  work with a timeline a little bit.
4     A    Understood.
5     Q    How long did you work at Booth?
6     A    Three and a half months.
7     Q    What was your position there when you
8  started?
9     A    A laboratory technician.
10    Q    And did you hold that same position
11 throughout the entire time you were there?
12    A    Yes.
13    Q    What were your duties as a laboratory
14 technician?
15    A    Clinical chemistry, analysis of human
16 material serum, urine to an extent.
17    Q    Were you as a technician responsible for
18 screening for any particular types of illnesses or
19 problems with respect to the human materials?
20    A    No.
21    Q    Do you know if your screening involved the
22 screening of any contagions of any type?
23    A    No.
24    Q    You do not know?
25    A    No, I didn't screen for any contagious
```

Page 13

```
1           Christian Holinka      69
2  material.
3     Q    Who was your supervisor when you were
4  working at Booth?
5     A    Dr. Blaustein.
6     Q    Do you remember Dr. Blaustein's first name?
7     A    Ansel.
8     Q    Is Dr. Blaustein still alive, if you know?
9     A    No.  No, he's not still alive.
10    Q    I try not to ask questions in an ambiguous
11 fashion but please, clarify as you are doing.
12         Besides yourself were there other
13 laboratory technicians working alongside you with
14 similar duties?
15    A    The section head of the laboratory.
16    Q    And who was that?
17    A    Her name is Olga, first name, last name
18 Bzrorad. I'm going to try to spell it.
19    Q    Okay, thank you.
20    A    B-Z-R-O-R-A-D.  I'm not sure of the
21 spelling.
22    Q    And is Olga still alive?
23    A    Yes -- I don't know but -- I don't know.
24    Q    When was the last time you had any contact
25 with her?
```

4  (Pages 10 to 13)

Page 14

```
 1            Christian Holinka      70
 2     A    In 1960.
 3     Q    So, over 40 years ago?
 4     A    Uh-huh.
 5     Q    That is a yes, right?
 6     A    Yes.
 7     Q    So, was the chain of command you would
 8  report to Olga and then Dr. Blaustein supervised
 9  everybody?
10     A    Yes, that's correct.
11     Q    Did anybody else work with you at Booth
12  during that three and a half months?
13     A    Yes.
14     Q    Who else did?
15     A    I don't remember their names.
16     Q    Did they have duties similar to yours as a
17  lab technician?
18     A    Yes.
19     Q    What were your shift or hours typically?
20     A    Nine to five, day shift.
21     Q    Monday to Friday?
22     A    Yes.
23     Q    How did you get that job?
24     A    I applied for it at the hospital.  Being
25  trained in the Army as a medical laboratory
```

Page 15

```
 1            Christian Holinka      71
 2  technologist I was qualified.
 3     Q    During the time that you were at Booth, do
 4  you believe that you were exposed to asbestos in any
 5  way?
 6     A    Yes.
 7     Q    Do you believe that you personally handled
 8  any materials that contained asbestos while at Booth?
 9     A    Yes.
10     Q    Can you tell me all the different types of
11  materials that you handled that you believe contained
12  asbestos when you worked there?
13     A    Bunsen burner pads that had a center round
14  asbestos component to diffuse the heat, distribute the
15  heat uniformly.  And heat mittens that were used to
16  handle hot glass work from drying ovens or otherwise
17  hot.
18     Q    How do you believe that you were exposed to
19  asbestos from the Bunsen burner pads at Booth?
20     A    The asbestos gradually becomes brittle due
21  to the high heat and the heat moves the air really and
22  one would expect that dust particles would be
23  generated.  Also once the Bunsen burner pad was no
24  longer usable because the center piece became brittle,
25  you dispose of it.
```

Page 16

```
 1            Christian Holinka      72
 2     Q    And replace it?
 3     A    And replace it, yes.
 4     Q    Can you give us any sort of a
 5  quantification as to how long a Bunsen burner pad
 6  would last?
 7     A    It depends on the frequency of its use.
 8  And usually a Bunsen burner is the principal heat
 9  source of all the laboratories I've worked in.
10  Usually it's used pretty frequently, meaning certainly
11  daily, very frequently.  I would guess, and that's not
12  a precise answer, that certainly every few days you
13  would replace it.  But again, it depends upon the
14  frequency of use.
15     Q    Understood.  Would it also depend on the
16  temperature of the flame that was being used in any
17  application?
18     A    I would say the flame temperature is pretty
19  constant.  It's gas that comes right out of a burner.
20     Q    Do you know what the temperature of the gas
21  typically was out of those Bunsen burners?
22     A    No.  Interesting question.
23     Q    Do you know what the fuel source of the gas
24  was?
25     A    I would imagine the same fuel source that
```

Page 17

```
 1            Christian Holinka      73
 2  was used in households for gas flames.
 3         MR. DARCHE:  Don't guess.
 4     A    I don't know.
 5     Q    And I am just asking you what you know.
 6         How many Bunsen burners were in the lab
 7  when you worked there?
 8     A    Half a dozen.
 9     Q    If there was an occasion as you described
10  that the pad had to be replaced, where would you get
11  the replacement pad from?
12     A    It was standard equipment at a laboratory.
13  There was a supply cabinet and I took it from there.
14     Q    Do you recall what the supply cabinet at
15  Booth looked like?
16     A    No.
17     Q    Do you recall what color the pads were at
18  Booth?  Let's start with the new ones first.
19     A    Well, the metal grid was grayish metal,
20  fine grayish metal, and the center round pad was tan,
21  whitish-tan, whitish-gray.
22     Q    And the metal portion, was that like a
23  mesh?
24     A    Yes.
25     Q    How far across in diameter would the pad
```

**Page 18**

Christian Holinka    74

1
2  section of that be?
3    A   About that wide. (Indicating)
4    Q   Which would be what, sir?  Since the Court
5  Reporter cannot take down that gesture.
6    A   About 3 1/2 inches.
7    Q   And did the material protrude from the
8  plane of the mesh both above and below it?  Do you
9  know what I mean?
10   A   Above, to my recollection mainly above.
11   Q   Any idea how thick the material was?
12   A   A few millimeters.
13   Q   Do you know the brand, trade or
14  manufacturer's name of any of the Bunsen burner pads
15  that you used at Booth Memorial?
16   A   There were standard suppliers to that lab
17  and later during my research career such as Fisher
18  Scientific, American Scientific, Senco, Van Waters and
19  Rogers.  Those were the major suppliers.
20      MS. LYONS:  Could you read that back,
21  please.
22      (Whereupon, at this time, the requested
23      portion was read back by the reporter)
24   Q   And with respect, sir, and just limiting
25  our question right now to the time you were at Booth,

**Page 19**

Christian Holinka    75

1
2  do you know what company supplied the pads that were
3  used at Booth?
4    A   No, I do not.
5    Q   The names that you gave me are names that
6  you associate with supplier's pads throughout your
7  career; is that right?
8    A   Yes.  And if I may say so, Booth was a job.
9  I walked in there in the morning, did my work unlike
10  later my scientific career, did my work and was not
11  really further involved in any of the details of the
12  laboratory.
13   Q   I understand.  Did you have any
14  responsibility for ordering any of the supplies that
15  were used at that lab?
16   A   No.
17   Q   Did you ever see any paperwork that
18  accompanied any of the supplies that were ordered at
19  the lab and present in the supply area?
20   A   No, I didn't.
21   Q   You indicated that you also used heat
22  mittens at Booth?
23   A   Yes.
24   Q   With what frequency would you use the heat
25  mittens?

**Page 20**

Christian Holinka    76

1
2    A   Daily.
3    Q   And I believe you said that you would use
4  them to handle hot glassware; is that right?
5    A   Yes.
6    Q   Did you use them for any other application?
7    A   No.
8    Q   Did the mittens that you used at Booth --
9      MR. SCHAFFER:  Withdrawn.
10   Q   When you first started using the mittens at
11  Booth, what did they look like?  Let's start with
12  color.
13   A   Tanish, light gray.  And they had a thumb
14  compartment and a compartment for the whole hand.
15   Q   So, they did not have individual fingers?
16   A   No.
17   Q   Did they cover just the hand or did they
18  run a length up your arm to some degree?
19   A   Including the wrist.  (Indicating)
20   Q   Did the gloves appear to be made of one
21  continuous piece or did they have a sleeve or anything
22  around the end of them by the wrist?  Do you
23  understand my question?
24   A   Yes.
25   Q   Okay.

**Page 21**

Christian Holinka    77

1
2    A   They did not have a sleeve to the best of
3  my recollection.
4    Q   Were there any words or logos or anything
5  of any nature printed on the gloves themselves that
6  you used at Booth?
7    A   Not to my recollection, no.
8    Q   Did they have a different material on their
9  inside as opposed to their outside?
10   A   By inside you mean inside the glove or on
11  the one side of the glove versus the other?
12   Q   Well, let me start with the portion of
13  glove that you would slide your hand into that was
14  immediately contacting your skin, was that surface
15  similar to the surface that you would see on the
16  outside of the glove?
17   A   To the best of my recollection, yes.
18   Q   And was there a difference in the exterior
19  surface of the glove between the portion that covered
20  your palm as opposed to the portion that covered the
21  back of your hand?
22   A   To the best of my recollection, no.
23   Q   Do you have any information as to the
24  brand, trade, manufacturer's name or supplier of the
25  gloves that were used at Booth, specifically at Booth?

Page 22

|  |  |
|---|---|
| 1 | Christian Holinka      78 |
| 2 | A   They were standard suppliers that were used |
| 3 | by the laboratory. |
| 4 | Q   When you say standard suppliers, sir, let |
| 5 | me ask you as with the Bunsen burner pads, did you |
| 6 | have any responsibility to order the gloves that were |
| 7 | used at the lab? |
| 8 | A   No, I didn't. |
| 9 | Q   Do you know who did have that |
| 10 | responsibility? |
| 11 | A   No. |
| 12 | Q   And I can appreciate the fact that that was |
| 13 | just a job for you, sir, but specifically with respect |
| 14 | to Booth, do you know who manufactured or supplied any |
| 15 | of the gloves that you used there? |
| 16 | A   There were major suppliers for laboratory |
| 17 | equipment and those suppliers supplied a broad |
| 18 | spectrum of what was needed at the laboratory. |
| 19 | Q   Understood. But with respect to Booth, do |
| 20 | you know who specifically supplied the gloves you used |
| 21 | there? |
| 22 | A   No, I do not. |
| 23 | Q   Besides the gloves and the Bunsen burner |
| 24 | pads, do you believe you personally handled any other |
| 25 | types of materials at Booth that you think caused you |

Page 23

|  |  |
|---|---|
| 1 | Christian Holinka      79 |
| 2 | to be exposed to asbestos? |
| 3 | A   I do not know. |
| 4 | Q   How long would a pair of gloves typically |
| 5 | last when you were using them? |
| 6 | A   Again, it depends on the use of course.  I |
| 7 | cannot estimate. |
| 8 | Q   And as you sit here today, besides the pads |
| 9 | and the mittens -- I'm sorry, we have been calling |
| 10 | them gloves interchangeably. |
| 11 | A   Gloves, mittens, yes. |
| 12 | Q   Besides the pads and the mittens, are you |
| 13 | aware as you sit here today of any other way that you |
| 14 | may have been exposed to asbestos when you worked at |
| 15 | the lab at Booth? |
| 16 | A   No, I am not aware of any other way. |
| 17 | Q   Why did you leave the job at Booth? |
| 18 | A   Because I was accepted by the University of |
| 19 | California at Berkeley as an undergraduate student. |
| 20 | Q   And you went out to Berkeley and began your |
| 21 | study; is that right? |
| 22 | A   Yes. |
| 23 | Q   As an undergraduate student did you have |
| 24 | any major or particular field of study that you |
| 25 | pursued? |

Page 24

|  |  |
|---|---|
| 1 | Christian Holinka      80 |
| 2 | A   Physiology and French literature. |
| 3 | Q   And did you get your undergraduate degree |
| 4 | in four years? |
| 5 | A   In two and a half years. |
| 6 | Q   Were you in a combined undergraduate and |
| 7 | Master's program? |
| 8 | A   No. |
| 9 | Q   Did you take classes 12 months of the year |
| 10 | to accelerate your graduation? |
| 11 | A   That's correct. |
| 12 | Q   During the time that you were taking |
| 13 | undergraduate classes at UC Berkeley, do you believe |
| 14 | that you were exposed to asbestos in any way? |
| 15 | A   Yes, I was. |
| 16 | Q   And again, limiting it to the two and a |
| 17 | half years that you were there as an undergraduate, |
| 18 | how do you believe that you were exposed to asbestos? |
| 19 | A   I worked part-time at a research laboratory |
| 20 | with standard equipment including, of course, Bunsen |
| 21 | burners, heat mittens. |
| 22 | Q   Besides the work part-time at the research |
| 23 | laboratory for those two and a half years, do you |
| 24 | believe that you were exposed to asbestos in any other |
| 25 | way while you were an undergraduate? |

Page 25

|  |  |
|---|---|
| 1 | Christian Holinka      81 |
| 2 | A   Well, as part of your laboratory courses in |
| 3 | academia, you do experiments requiring Bunsen burners. |
| 4 | Q   Let's talk about then the part-time work |
| 5 | you did first.  What was the name of the research |
| 6 | laboratory that you did the part-time work at? |
| 7 | A   Department of physiology. |
| 8 | Q   So, this was a lab that was affiliated with |
| 9 | the school? |
| 10 | A   Yes. |
| 11 | Q   When did you first start working there |
| 12 | part-time as an undergraduate? |
| 13 | A   In spring 1960. |
| 14 | Q   Did you work there continuously part-time? |
| 15 | A   Yes. |
| 16 | Q   For how long did you work there |
| 17 | continuously part-time? |
| 18 | A   Until mid-1962. |
| 19 | Q   And it was at that point that you had |
| 20 | completed your undergraduate work? |
| 21 | A   Yes. |
| 22 | Q   Where was the department of physiology lab |
| 23 | located? |
| 24 | A   At the Life Sciences Building on the main |
| 25 | campus, University of Cal Berkeley. |

7 (Pages 22 to 25)

Page 26

Christian Holinka     82

1
2  Q    Do you know if that building is still
3  there?
4  A    Yes.
5  Q    It is?
6  A    Yes, it is.
7  Q    And when was the last time that you had an
8  opportunity to be in that building?
9  A    About a year and a half ago, two years ago.
10  Q    Did you have the opportunity to go to the
11  space where you worked out of in your last visit?
12  A    I had the opportunity but I did not go into
13  the laboratories. The building has been completely
14  changed and renovated.
15  Q    So, you understand that the physical layout
16  of the area where you were working part-time has
17  changed from the time that you were there?
18  A    Yes.
19  Q    When you were there can you give me an idea
20  of the size of the laboratory that you were in?
21  A    In square feet?
22  Q    Or by length and width, height, anything
23  you can do.
24  A    It was two different rooms about 4 to 600
25  square feet.

Page 27

Christian Holinka     83

1
2  Q    And did you work in both rooms?
3  A    Yes.
4  Q    Were the Bunsen burners in one room or both
5  rooms?
6  A    In both.
7  Q    How many Bunsen burners were in the rooms?
8  A    About two each.
9  Q    Did these Bunsen burners in their physical
10  appearance seem similar to those that you encountered
11  when you were at Booth?
12  A    Yes.
13  Q    How do you believe that you were exposed to
14  asbestos from the Bunsen burners as a part-time worker
15  at UC Berkeley?
16  A    As the flame when it was used frequently,
17  the insert became brittle, it generated dust and it
18  had to be exposed – disposed of and replaced by
19  another pad.
20  Q    Was there anything different about the
21  nature you believe you were exposed from those Bunsen
22  burners at UC Berkeley as opposed to those you
23  encountered at Booth?
24  A    No.
25  Q    Did you ever have any responsibility for

Page 28

Christian Holinka     84

1
2  replacing these spent pads while you were working
3  part-time at Berkeley?
4  A    Yes.
5  Q    And where would you get the replacement
6  pads from?
7  A    The departmental supply cabinet.
8  Q    And thinking back to the lab at Berkeley,
9  where was that located?
10  A    At the Life Sciences Building in the
11  physiology department.
12  Q    Was it located within the physical space of
13  the two rooms that comprised the lab?
14  A    It was in a separate room, the supply room.
15  Q    Down a hallway or something like that?
16  A    Down a hallway, yes.
17  Q    How many times do you recall picking up
18  replacement pads?
19  A    I do not recall exactly.
20  Q    Was there –
21  A    An estimate is once every two or three
22  weeks.
23  Q    And the replacement process would entail
24  removing the old pad, then what would happen with it?
25  A    You dispose the old pad in general garbage,

Page 29

Christian Holinka     85

1
2  trash. There was to my knowledge no precaution
3  required at the time.
4  Q    In order to remove the pad, did you have to
5  remove any screws or snaps or anything to take it away
6  from the rest of the burner itself?
7  A    No, I didn't.
8  Q    Just lifted it right up and it went?
9  A    Yes.
10  Q    Do you know the brand, trade or
11  manufacturer's name first of any of the Bunsen burner
12  pads that you replaced at Berkeley?
13  A    I do not. We had standard suppliers and
14  the big suppliers were Fisher Scientific, American
15  Scientific, Van Waters and Rogers, Senco.
16  Q    How do you spell Senco?
17  A    S-E-N-C-O.
18  Q    Do you know that each of those companies
19  was a supplier of materials generally to the lab that
20  you worked at part-time?
21  A    Yes.
22  Q    How did you know that each of them supplied
23  materials of whatever nature?
24  A    They were major suppliers and I know they
25  were used for a number of materials for the

Page 30

Christian Holinka    86

1 laboratory.
2    Q    What I am trying to find out, sir, is why
3 you believe that those companies supplied materials of
4 any nature to that lab, how did you come into that
5 knowledge?
6    A    Because they were standard suppliers.
7    Q    How did you know that they were standard
8 suppliers?
9    A    Well, among other things I ordered from
10 them.
11    Q    When you were at the lab.
12    A    Yes.
13    Q    As a part-timer.
14    A    Yes.
15    Q    Did these companies have catalogs of their
16 material available?
17    A    Very conspicuously, yes.
18    Q    Did each one of those companies have
19 catalogs at the lab?
20    A    I do not specifically recall at Berkeley
21 during my undergraduate days.
22    Q    Did the physical appearance of the pads
23 that you used at Berkeley seem similar to those that
24 you encountered at Booth?

Page 31

Christian Holinka    87

1    A    Yes, they did.
2    Q    Same diameter of the pad area within the
3 mesh?
4    A    Yes.
5    Q    And same width too?
6    A    Yes.
7    Q    How often would you be required to use heat
8 mittens when you were part-time at the lab?
9    A    Several times a week.
10    Q    And for what application at the lab as a
11 part-time worker would you use the mittens?
12    A    To handle hot glass work.
13    Q    And where would the glass work be coming
14 from?
15    A    Standard glass work at the laboratory that
16 they used for research. Erlenmeyer flasks, other
17 flasks, beakers, standard glass material.
18    Q    What application would require you to use
19 the gloves to handle these standard pieces of
20 glassware?
21    A    When you have a flask you put it on the
22 Bunsen burner pad, you heat water or whatever liquid,
23 you swirl it, obviously you have to use the glove
24 because the glass is hot.

Page 32

Christian Holinka    88

1    Q    To transport it from point A to point B?
2    A    Or even to swirl it while it is being
3 heated.
4    Q    I see, to grab the flask itself?
5    A    To dissolve the material. And you also use
6 the mittens when you dry glassware in a hot drying
7 oven at very high temperatures and then you handle it.
8 If you want to cool it, you take it fast, you take it
9 out into the open space.
10    Q    Besides the Bunsen burners and the mittens,
11 do you believe that you personally used any other
12 materials that contained asbestos while part-time at
13 the lab?
14    A    I don't know.
15    Q    Is there anything that as you sit here
16 today leads you to believe that there was other
17 products that you handled that may have contained
18 asbestos there?
19    A    I don't know.
20    Q    Besides the products that you handled, do
21 you believe that you were exposed to asbestos in any
22 other way when you were working part-time at the lab?
23    A    I don't know.
24    Q    You cannot give me any other specific way

Page 33

Christian Holinka    89

1 that you think you may have been exposed to asbestos
2 when you were at the lab?
3        MR. DARCHE: Objection to the form.
4        MR. SCHAFFER: I will rephrase the
5 question.
6    Q    Looking back is there any other way that
7 you can think of at this time that you may have been
8 exposed to asbestos there?
9    A    I do not know what other equipment may or
10 may not have contained asbestos.
11    Q    Did you --
12    A    If yes then --
13        MR. DARCHE: Don't guess.
14    Q    Going to the mittens for a moment, did
15 these resemble those that you had encountered at
16 Booth?
17    A    Yes.
18    Q    Was there anything different about their
19 physical appearance in terms of their color or their
20 size or anything at all that distinguished them from
21 those at Booth?
22    A    No, they were similar.
23    Q    Do you know specifically the brand, trade
24 or manufacturer of the mittens that were used when you

Page 34

Christian Holinka        90

1  were at the lab part-time?
2   A   No.
3   Q   Do you believe that they were supplied by
4  one of the companies that you have identified?
5   A   Yes.
6   Q   Do you know which of those companies, if
7  any, actually supplied the mittens while you were
8  there?
9   A   I do not know any specific company.  Again,
10  they were standard suppliers.
11   Q   You said that as a part --
12      MR. SCHAFFER:  Withdrawn.
13   Q   You said that while working there part-time
14  you had some responsibility for ordering supplies; is
15  that right?
16   A   Yes.
17   Q   Do you specifically recall ordering any
18  Bunsen burner pads?
19   A   No, I never did.
20   Q   Do you specifically recall ordering any
21  mittens while you were there part-time?
22   A   No, I never did order any.
23   Q   While you were there part-time, do you know
24  who had that responsibility when you were there?

Page 35

Christian Holinka        91

1   A   I don't know.
2   Q   Did you work with other people there?
3   A   No, I didn't.
4   Q   Were there other students who held
5  part-time positions similar to you?
6   A   Yes, at other laboratories.
7   Q   At other laboratories located on the
8  campus?
9   A   In the physiology department, yes, on the
10  campus.
11   Q   Were there additional laboratories in this
12  building where other students worked where you did not
13  work?
14   A   I don't know.
15   Q   Did the two room laboratory in the Life
16  Sciences Building have any specific name or room
17  number or designation or anything like that?
18   A   A room number.
19   Q   Yes.
20   A   Certainly.
21   Q   Do you remember what that was?
22   A   No.
23   Q   You mentioned also that you took lab
24  courses while you were an undergraduate.

Page 36

Christian Holinka        92

1   A   Yes.
2   Q   How many lab courses did you take?
3      MR. SCHAFFER:  I'm sorry, I will withdraw
4  the question.
5   Q   My question is how many lab courses did you
6  take that you believe may have involved asbestos
7  exposure.
8   A   About a half a dozen.
9   Q   What type of courses were these?
10   A   Chemistry, physiology.
11   Q   Did you take these classes in the Life
12  Sciences Building?
13   A   In several buildings, physiology and the
14  Life Sciences Building.
15   Q   Were the physiology classes taken at least
16  in part in the same lab where you worked part-time?
17   A   No.
18   Q   Different space entirely?
19   A   Yes.
20   Q   Just going back for a moment to when you
21  were a part-time worker, about how many hours on
22  average did you put in there?
23   A   Between 12 and 20 hours a week.
24   Q   And who was your supervisor when you were

Page 37

Christian Holinka        93

1  there?
2   A   Dr. Cook.
3   Q   Do you know Dr. Cook's first name?
4   A   Sherburne.
5   Q   And is Dr. Cook still alive?
6   A   No.
7   Q   The classes that you took in chemistry and
8  physiology, how do you believe you were exposed to
9  asbestos through taking those classes?
10   A   The asbestos pad, as I said, when exposed
11  to high heat disintegrated eventually.  There were
12  cracks in it and it generated fine dust.  I did not
13  dispose, that was somebody else's job.
14   Q   So, it would have been through your use of
15  the Bunsen burners and these pads --
16   A   Yes.
17   Q   -- at times while taking these classes?
18   A   Yes.
19   Q   Was there a standard amount of Bunsen
20  burners present in the labs that you would take these
21  classes in?
22   A   One per workbench.
23   Q   Would you typically work at the same
24  workbench each class or would it just be random?

10  (Pages 34 to 37)

Page 38

Christian Holinka     94

1
2     A     In a given course the same workbench.
3     Q     Did you wind up taking different courses,
4 say in chemistry, that wound up being in the same room
5 but different work spaces?
6     A     I don't think the same room and, therefore,
7 also different work spaces.
8     Q     And then going to the physiology classes,
9 did you take different courses in physiology where you
10 used these Bunsen burners?
11     A     Yes.
12     Q     Were they all in the same classroom or
13 different classrooms?
14     A     Different laboratories.
15     Q     And different work spaces?
16     A     Yes.
17     Q     Do you know the brand, trade or
18 manufacturer's name of any of the pads that were used
19 on the Bunsen burners that you encountered in any of
20 these classes?
21     A     Of the pads, you're saying?
22     Q     Yes, of the pads.
23     A     I do not specifically know the brand names.
24     Q     Do you know who was the supplier of those
25 pads that you encountered specifically in those rooms?

Page 39

Christian Holinka     95

1
2     A     There were standard suppliers also to the
3 physiology department.
4     Q     As a student you did not have
5 responsibilities for ordering supplies, right?
6     A     No, I did not.
7     Q     Besides encountering the Bunsen burner
8 pads, are there any other ways that you think you were
9 exposed to asbestos during the course work that you
10 took at UC Berkeley?
11     A     We did use heat mittens but otherwise to my
12 knowledge, no.
13     Q     How often would you need to use a heat
14 mitten during the course of a class?
15     A     At a given session several times.
16     Q     Did you need to use them during every
17 session?
18     A     No.
19     Q     And a session or a period was how long,
20 sir, about?
21     A     Typically about twice a week for 12 weeks.
22     Q     And each session twice a week would be
23 about how long?
24     A     About three hours.
25     Q     And do you know the brand, trade or

Page 40

Christian Holinka     96

1
2 manufacturer's name of any of the mittens that you
3 used in any of these courses?
4     A     No.
5     Q     Were they similar in appearance to the
6 mittens that you encountered while working part-time
7 in the lab?
8     A     Yes, they were.
9     Q     Anything distinguishing in your mind about
10 them as opposed to what you saw in the lab?
11     A     To my knowledge, no.
12     Q     That is all I am asking is to your
13 knowledge.
14     A     Okay.
15     Q     Outside of the Bunsen burner pads and the
16 mittens, do you believe that you were exposed to
17 asbestos in any other way while taking the classes as
18 an undergraduate?
19     A     I do not know.
20     Q     Can you, as you sit here today, give me any
21 other specific way that you think you may have been
22 exposed to asbestos from the classes besides what you
23 told me?
24     A     No, I cannot.
25     Q     Besides the course work in the labs, are

Page 41

Christian Holinka     97

1
2 there any other ways that you believe that you were
3 exposed to asbestos as an undergraduate at UC Berkeley
4 through your studies as opposed to work?
5     A     I do not believe so.
6     Q     What degree did you get?
7     A     A BA.
8     Q     In what?
9     A     French literature and physiology as a
10 minor.
11     Q     After you graduated did you become employed
12 at the school?
13     A     No, I did not.
14     Q     What was your next, after you obtained your
15 undergraduate degree, what was next in your
16 professional career?
17     A     I started, I worked as a graduate student
18 in physiology, I was a graduate student in physiology.
19     Q     And when did you -- you graduated, I'm
20 sorry, undergrad in middle 1962?
21     A     Yes.
22     Q     And that would have been sometime in the
23 summer?
24     A     Yes.
25     Q     And did you go right into the graduate

11 (Pages 38 to 41)

Page 42

Christian Holinka        98

1
2   student program at that time?
3       A    No, I did not.
4       Q    What happened in between the time that you
5   left undergrad and you started graduate studies?
6       A    I was in New York part-time for a period of
7   time not involving any laboratory.
8       Q    Well, how long were you in New York after
9   you finished undergrad?
10      A    For about six months.
11      Q    Taking us from when to when?
12      A    Taking us from the end of the year -- well,
13  there was a very brief period I was in medical school.
14      Q    Okay.
15      A    But not really in a major, about three
16  months.
17      Q    So, let's kind of break it down a little
18  bit more.  You finished your undergraduate degree in
19  the middle of 1962, and then you started med school,
20  would that be in the fall of 1962?
21      A    There is a kind of a hiatus.
22      Q    All right.
23      A    I was at Hunter -- from New York, from
24  Berkeley I was at Hunter College as a student for two
25  semesters.

Page 43

Christian Holinka        99

1
2       Q    Let me then, what I want to try to do, sir,
3   is keep it as ordered chronologically as much as we
4   can.  So, after you leave UC Berkeley --
5           MR. SCHAFFER:  Withdrawn.
6       Q    After you graduate from UC Berkeley, did
7   you move to New York at that time?
8       A    Yes, I did.
9       Q    So, you moved to New York.
10      A    Yes.
11      Q    When do you get to New York approximately?
12      A    In the fall -- late summer of that year,
13  1962.
14      Q    From the time that you graduated until you
15  came to New York, did you work at all in California?
16      A    No.
17      Q    Why did you come to New York?
18      A    I like New York.
19      Q    And when you came to New York, is that when
20  you began your studies at Hunter?
21      A    Yes.
22      Q    Were those full-time studies?
23      A    Yes.
24      Q    And what degree or types of course work
25  were you pursuing at that time?

Page 44

Christian Holinka        100

1
2       A    Graduate work, graduate studies.
3       Q    And you started that course work in the
4   fall of 1962?
5       A    Yes.
6       Q    And you took it for two semesters?
7       A    Yes.
8       Q    That would take us into the late spring or
9   early summer of 1963?
10      A    That's correct.
11      Q    What was the nature of the studies that you
12  were pursuing at Hunter at that time?
13      A    Biology.
14      Q    Were you accepted into a graduate program?
15      A    Yes.
16      Q    Do you believe that you were exposed to
17  asbestos in any of the courses that you took over
18  those two semesters at Hunter?
19      A    Yes.
20      Q    And how do you believe that you were
21  exposed to asbestos while attending the course work at
22  Hunter for those two semesters?
23      A    There was one chemistry laboratory that had
24  practical sessions, laboratory sessions.
25      Q    And how do you believe you were exposed to

Page 45

Christian Holinka        101

1
2   asbestos taking those sessions?
3       A    By using Bunsen burners.  I do not recall
4   using heat mittens.
5       Q    What building was the laboratory in, if you
6   know?
7       A    On the Park Avenue building.
8       Q    And was this one class that you took or
9   more than one class in the laboratory?
10      A    I believe it was only one class.
11      Q    And do you know whether this was in your
12  first semester or second semester there?
13      A    I don't remember.
14      Q    How long did that class typically last?
15      A    One semester, approximately four months.
16      Q    And each week how many sessions and how
17  long were they?
18      A    I believe one session.
19      Q    And how many hours would the session be?
20      A    Three hours.
21      Q    And do you believe that you were exposed to
22  asbestos from the Bunsen burners at this laboratory in
23  a fashion similar to those that you described in your
24  prior employments and course work?
25      A    Yes.

12  (Pages 42 to 45)

Page 46

```
1           Christian Holinka      102
2      Q    Was there anything physically different
3  about the Bunsen burners there as opposed to ones you
4  had encountered before?
5      A    No.
6      Q    Do you know the brand, trade or
7  manufacturer's name of any of the Bunsen burners or
8  any of their components that you saw at the chemistry
9  lab at Hunter?
10     A    No.
11     Q    Do you know who supplied any of the Bunsen
12 burners or Bunsen burner components that you used
13 there at that lab?
14     A    No, I don't.
15     Q    Did you ever have to replace any of the
16 Bunsen burner pads there in a fashion similar to what
17 you told us before?
18     A    No, I did not.
19     Q    Are there any other ways --
20         MR. SCHAFFER:  Withdrawn.
21     Q    Are there any other ways that you believe
22 you were exposed to asbestos while attending school at
23 Hunter?
24     A    Not to my knowledge.
25     Q    Why did you stop attending Hunter?
```

Page 47

```
1           Christian Holinka      103
2      A    I was accepted to medical school.
3      Q    And what medical school?
4      A    McGill University, Montreal.
5      Q    And were you accepted to begin course work
6  in the fall of 1963?
7      A    That's correct.
8      Q    From the time you left your graduate
9  studies at Hunter until the time that you --
10         MR. SCHAFFER:  Withdrawn.
11     Q    Did you actually start medical school at
12 McGill?
13     A    Yes, yes, I did.
14     Q    From the time you left Hunter until the
15 time you went to Montreal to begin medical school,
16 what type of employment did you have, if any?
17     A    I did not have any employment.
18     Q    That summer you did not work?
19     A    Right.
20     Q    What did you do?
21     A    Read.
22     Q    To get ready --
23     A    Listen to music.
24         MR. DARCHE:  Could we take a quick break,
25 please.
```

Page 48

```
1           Christian Holinka      104
2          (Whereupon, at 11:20 A.M., a short recess
3  was taken)
4          (Back on the record at 11:30 A.M.)
5      Q    Sir, we are back on the record and I think
6  we had your chronology up to when you were starting
7  medical school at McGill in the fall of 1963.  You
8  told us that you were in medical school for
9  approximately three months?
10     A    That's correct.
11     Q    Until around the holiday season of 1953?
12     A    No, '63.
13     Q    I'm sorry, '63.
14     A    Early '64, I believe.
15     Q    Did you finish one semester there and start
16 another?
17     A    Yes.  I did not start another.
18     Q    During the time that you were there for
19 that one semester, what types of course work did you
20 take?
21     A    Mainly lecture courses and one laboratory
22 course.
23     Q    Do you believe that any of your course work
24 while you were attending medical school at McGill
25 caused you to be exposed to asbestos?
```

Page 49

```
1           Christian Holinka      105
2      A    No, I was not, I do not believe having been
3  exposed to asbestos.
4      Q    And did you leave medical school for
5  academic reasons?
6      A    No.
7      Q    Why did you leave medical school?
8      A    Because I didn't like the medical
9  curriculum.
10     Q    While you were attending medical school at
11 McGill, was there any time to hold part-time work?
12     A    No.
13     Q    And after you left medical school, what did
14 you do next?
15     A    I went back to Berkeley, California.
16     Q    You had mentioned at one point that you
17 were in New York part-time for about six months
18 although we had not discussed that yet, are we still
19 before that period of time happens?
20     A    We are before that period of time.
21     Q    So, you went back to Berkeley and --
22     A    And it was longer than six months.
23     Q    Then when you went back to Berkeley, what
24 did you do when you went back to Berkeley?
25     A    I worked at the same research laboratory
```

13 (Pages 46 to 49)

Page 50

Christian Holinka    106

1
2  that I had worked in as an undergraduate under
3  essentially the same conditions and the same space.
4      Q    Were you taking classes at this time when
5  you went back to Berkeley?
6      A    No.
7      Q    So, you were an employee of the school; is
8  that fair to say?
9      A    Yes.
10     Q    And when you went back to work at the lab
11  at Berkeley, it was in the same physical space, the
12  two rooms that you discussed in the Life Sciences
13  Building?
14     A    That's correct.
15     Q    As a full-time employee what was your shift
16  there?
17     A    Depended on the project.  I worked
18  full-time essentially during the day.
19     Q    Let me ask --
20     A    But it was flexible.
21     Q    Let me ask it a different way:  On average
22  how many hours a week did you put in?
23     A    Forty hours.
24     Q    And how long did you hold this position as
25  an employee of the university working in the lab?

Page 51

Christian Holinka    107

1
2      A    Until approximately August of that year,
3  1964.
4      Q    Did you go right back to Berkeley after you
5  ended your studies at McGill?
6      A    Yes.
7      Q    So, the total time back at Berkeley is
8  somewhere in the seven or eight month range; is that
9  fair, sound about right?
10     A    So far, yes.
11     Q    Right.
12     A    Where we are now.
13     Q    Where we are now.
14     A    Yes.
15     Q    During the time that you were back at the
16  laboratory as an employee of the school working
17  full-time, do you believe that you were exposed to
18  asbestos?
19     A    Yes.
20     Q    Do you believe that you were exposed to --
21          MR. SCHAFFER:  Withdrawn.
22     Q    For this six month period how do you think
23  you were exposed to asbestos?
24     A    By Bunsen burner pads and heat insulating
25  mittens.

Page 52

Christian Holinka    108

1
2      Q    During this time that you were working for
3  the school at the lab, did you have responsibility for
4  ordering any of these materials that were used during
5  this period?
6      A    No, I did not.
7      Q    Was there anything different about the
8  Bunsen burner pads in terms of their physical
9  appearance during this employment as compared to those
10  you had seen previously?
11     A    No.
12     Q    Was there anything different about the
13  appearance of the mittens?
14     A    No.
15     Q    And do you know the brand, trade or
16  manufacturer's names of any of the pads that you
17  encountered during this time that you were employed by
18  the school up to 1964, August?
19     A    It was standard suppliers.
20     Q    But specifically with respect to the pads
21  that you used or encountered during that period in
22  1964, do you know who made or supplied them?
23     A    No, I don't.  But they were routinely
24  ordered from standard suppliers, the companies; Fisher
25  Scientific, American Scientific, Senco, Van Waters and

Page 53

Christian Holinka    109

1
2  Rogers.
3      Q    Do you know who had the responsibility for
4  ordering materials that were used during that time
5  period in 1964 that you were working at the lab?
6      A    No, I do not.  They were centrally ordered.
7      Q    Do you know specifically the brand, trade
8  or manufacturer's name of the mittens that you used
9  during that time period in 1964?
10     A    No, I do not.
11     Q    Did you use or encounter both of those
12  materials --
13          MR. SCHAFFER:  Withdrawn.
14     Q    Was there anything different about the
15  frequency that you used these materials while you were
16  employed as opposed to that when you were working
17  part-time?
18     A    I used them proportionally more frequent.
19     Q    As a full-time person?
20     A    Yes.
21     Q    Who was your supervisor or the person you
22  reported to there?
23     A    Dr. Cook, Professor Sherburne S. Cook.
24     Q    How would you spell Sherburne?
25     A    S-H-E-R-B-U-R-N-E.

14 (Pages 50 to 53)

Page 54

```
1              Christian Holinka      110
2      Q    Are there any other — as you sit here
3   today, do you believe that you were exposed to
4   asbestos in any other way working at the lab as a
5   full-time employee in 1964?
6      A    I do not know.
7      Q    You cannot tell me any other specific ways
8   at this time?
9      A    No.
10     Q    The number of burners were the same in both
11  rooms as you had seen before?
12     A    Yes.
13     Q    Was the attendant equipment the same as it
14  had been before?
15     A    Yes.
16     Q    What happened next after you were working
17  full-time in August of 1964?
18     A    I was accepted as a graduate student in
19  physiology by the University of California, Berkeley.
20     Q    And did you ultimately obtain your graduate
21  degree?
22     A    Yes.
23     Q    When did you get the graduate degree?
24     A    1968.
25     Q    When about?
```

Page 55

```
1              Christian Holinka      111
2      A    Summer, I think in August 1968.
3      Q    And what was the nature of the graduate
4   degree?
5      A    Physiology.
6      Q    Did you go to classes full-time during the
7   time period you were a graduate student?
8      A    I did full-time research and involving some
9   courses.
10     Q    During the time period August 1964 to
11  August 1968, did you hold any employment at all?
12     A    Yes.
13     Q    Were you working at the lab again?
14     A    No.  Perhaps it -- probably, if I may
15  suggest, it would be easier to go chronical.
16     Q    That would be fine and I would appreciate
17  that.
18          When you started in August of 1964, were
19  you taking courses full-time?
20     A    Courses and research full-time.
21     Q    And how long did that remain constant,
22  courses and classes full-time?
23     A    Until 1966.
24     Q    During the time 1964 to 1966, did you hold
25  any employment, did you work at all?
```

Page 56

```
1              Christian Holinka      112
2      A    No.
3      Q    Were you a full-time student?
4      A    Yes.
5      Q    Do you believe that you were exposed to
6   asbestos being a full-time graduate student from 1964
7   to 1966?
8      A    Yes, I was.
9      Q    And how do you believe you were exposed to
10  asbestos during that time period?
11     A    Bunsen burner pads and heat insulating
12  mittens.
13     Q    And were these items located within the
14  same Life Sciences Building laboratory that we have
15  been discussing?
16     A    Not the same laboratory but the same
17  building, the same floor.
18     Q    Then let's talk about the room that this
19  took place.  What did this laboratory look like, first
20  in terms of the number of rooms?
21     A    It was one room, a large laboratory.
22     Q    How many Bunsen burners were in there?
23     A    An estimated six to eight.
24     Q    Was there anything different about how
25  these Bunsen burners and their pads appeared as
```

Page 57

```
1              Christian Holinka      113
2   opposed to those you had encountered in the other lab
3   in the building?
4      A    No, there wasn't.
5      Q    Was there anything different about the
6   appearance of the mittens that you had encountered?
7      A    No, there wasn't.
8      Q    As a full-time graduate student you were
9   taking courses in the labs; is that right?
10     A    Courses in the classroom and research, my
11  own research project at the laboratory.
12     Q    Did you have to complete a dissertation of
13  some sort to get your degree?
14     A    Yes, I did.
15     Q    What was your dissertation?
16     A    Estrogen receptors in the hypothalamus of
17  the brain.
18     Q    And that required you to do research in the
19  lab in order to complete your paper?
20     A    Yes, I did.
21     Q    Did you have a faculty advisor that you
22  were required to report the status of your project to?
23     A    Yes, I did.
24     Q    And did that person work with you --
25          MR. SCHAFFER:  Withdrawn.
```

15 (Pages 54 to 57)

Page 58

Christian Holinka     114

1
2    Q   Did that person have responsibility to be
3  with you while you were conducting the research side
4  of the paper?
5    A   She was the head of the laboratory and
6  supervised my research, the answer is yes.
7    Q   Who was that?
8    A   Dr. Paola Timiras.  Should I spell it?
9    Q   Yes, that would be great.
10    A   First name P-A-O-L-A, last name
11  T-I-M-I-R-A-S.
12    Q   And would you have any information as to
13  whether she is still alive?
14    A   No, I don't.
15    Q   But the last time you would have spoken
16  with her had been when you were at the university at
17  some point?
18    A   No, it wasn't.
19    Q   When was it?
20    A   It was about six years ago.
21    Q   Where was she living at the time?
22    A   In Berkeley, California.
23    Q   Was she still at the school?
24    A   That was the occasion of her retirement but
25  she remained an active emeritus professor.

Page 59

Christian Holinka     115

1
2    Q   Do you know specifically the brand, trade
3  or manufacturer's name of any of the Bunsen burner
4  pads that you encountered while a graduate student
5  during this time period 1964 to 1966?
6    A   They were ordered from standard suppliers,
7  the names I have mentioned before.
8    Q   You were not responsible for doing the
9  ordering during this period?
10    A   No, I was not.
11    Q   Who was?
12    A   A simple supply person.
13    Q   I do not understand what that means.  Can
14  you give me an idea what you are talking about when
15  you use that term?
16    A   Well, typically in the department there was
17  a technician who was responsible for supplies.  If you
18  needed specific research supplies for your own
19  research, you looked at the catalog, Fisher
20  Scientific, the main catalogs, Van Waters and Rogers,
21  and picked out the things you needed very specifically
22  for your research.  General supplies were ordered
23  centrally periodically because they were standard
24  supplies at each laboratory.
25    Q   And when you use the term "standard

Page 60

Christian Holinka     116

1
2  supplies," would it be fair to say that these were
3  items regularly used that would try to be kept in
4  stock for use in the labs?
5    A   That is correct to say.
6    Q   Was the stockroom that supported this other
7  one room lab you are in the same stockroom that
8  supported the lab we talked about before?
9    A   To an extent, yes, the answer is yes.
10    Q   Did you while you were a full-time graduate
11  student need to replace any of the pads?
12    A   Yes, I did.
13    Q   When you needed to replace them, where
14  would you go to get the replacement pads?
15    A   From the supply room.
16    Q   The same supply room we talked about?
17    A   Yes.
18    Q   Are there any other specific ways that you
19  believe that you were exposed to asbestos while
20  working at this lab from 1964 to 1966?
21    A   I do not know.
22    Q   As you sit here today, do you have any
23  reason to believe that you were exposed to asbestos in
24  any other way besides what you have told us with
25  respect to this lab?

Page 61

Christian Holinka     117

1
2    A   I do not know.
3    Q   You obtained your graduate degree in --
4    MR. SCHAFFER:  Withdrawn.
5    Q   What happens in 1966?
6    A   In 1966 I was admitted to graduate school
7  at Berkeley in comparative literature.
8    Q   So, in 1966 did you get your graduate
9  degree in physiology?
10    A   Yes.
11    Q   And this was the degree that had the paper
12  you told us about associated with that.
13    A   Yes.
14    Q   And then you went on for another graduate
15  degree there?
16    A   Yes, I did.
17    Q   And did you get that second degree?
18    A   Yes, I did.
19    Q   And is that the degree you got in August of
20  1968?
21    A   Yes, that's correct.
22    Q   During the time that you were going for
23  this additional graduate degree, did you work at all?
24    A   As a teaching assistant.
25    Q   Did you do any work in the lab at all?

16  (Pages 58 to 61)

Page 62

Christian Holinka    118

1
2    A    No.
3    Q    Do you believe that you were exposed to
4 asbestos in any way from the time period 1966 to
5 August 1968?
6    A    I do not believe so but I don't know.
7    Q    We are in August of 1968 now.  Did you go
8 on to take any other classes at Berkeley once you had
9 obtained these two graduate degrees on top of your
10 undergraduate degree?
11    A    I continued as a graduate student.
12    Q    And were you continuing as a full-time
13 graduate student starting in August of 1968?
14    A    Yes.  Together with teaching as a teaching
15 assistant.
16    Q    And what types of course work were you
17 involved in as a teaching assistant?
18    A    French language.
19    Q    More associated with your literature
20 graduate degree?
21    A    Yes.
22    Q    And how long did you take additional
23 courses and also work as a teaching assistant?
24    A    And do library research until 1971.
25    Q    Did you obtain another degree?

Page 63

Christian Holinka    119

1
2    A    No, I didn't.  However, during that period
3 I had a stipend for a year in Paris and I do have a
4 certificate, a degree from the Sorbonne.
5    Q    From the time frame of August of 1968 until
6 1971, do you believe that you were exposed to asbestos
7 in any way?
8    A    I do not know but I don't believe so.
9    Q    Besides working as a teaching assistant,
10 did you hold any other for-pay employments during this
11 time period?
12    A    I taught intermittently language at the
13 Berlitz School and a course in literature in Berkeley
14 above the level of teaching assistant.
15    Q    And during that time period do you recall
16 holding any other jobs aside from what you told us?
17    A    No.
18    MR. SCHAFFER:  Off the record for one
19 second.
20    (Discussion held off the record)
21    Q    When did you finish this period of time in
22 your life when you were teaching literature and taking
23 graduate classes, you told us it was in 1971, I am
24 trying to find out when.
25    A    Yes.  In the spring semester ending in May

Page 64

Christian Holinka    120

1
2 or June.
3    Q    And after that what was the next thing that
4 you did in your life?
5    A    I was accepted as a graduate student in
6 biological sciences at the State University of New
7 York at Stony Brook.
8    Q    And how long did you attend graduate school
9 at SUNY Stony Brook?
10    A    Until 1974.
11    Q    What month did you finish there?
12    A    In July, end of June or July.
13    Q    Did you get a degree from SUNY Stony Brook?
14    A    Yes, I did.
15    Q    What was that degree?
16    A    PhD.
17    Q    In what?
18    A    Biological sciences.
19    Q    Was this full-time academic studies?
20    A    It was full-time academic studies but I
21 also worked part-time in addition.
22    Q    Where did you work part-time?
23    A    Columbia University Presbyterian Medical
24 Center, clinical chemistry.
25    Q    When did you start doing the part-time work

Page 65

Christian Holinka    121

1
2 at Columbia?
3    A    1971.
4    Q    Would it have been contemporaneous with the
5 course work at SUNY?
6    A    Yes, it was.
7    Q    Did you get the job through connections at
8 SUNY?
9    A    No, I did not.
10    Q    How did you come to get that job?
11    A    I applied personally through somebody, a
12 professor there who I knew.
13    Q    How long did you work in the clinical
14 chemistry department at Columbia University?
15    A    Until 1974.
16    Q    And was it basically employment there
17 continuous with the time that you were taking the
18 studies at SUNY Stony Brook?
19    A    Yes.
20    Q    During the time that you were out at Stony
21 Brook, do you believe that you were exposed to
22 asbestos while taking your studies?
23    A    Yes, I was.
24    Q    During the time that you were working for
25 Columbia, do you believe that you were exposed to

17  (Pages 62 to 65)

Page 66

Christian Holinka    122

1  asbestos?
2      A    Yes, I was exposed.
3      Q    We are going to break them both down then.
4      When you were taking the courses at SUNY
5  Stony Brook, did you also take course work during the
6  summers?
7      A    Yes.
8      Q    And how do you believe that you were
9  exposed to asbestos when you were taking the graduate
10 school studies at Stony Brook?
11     A    In my research for my degree.
12     Q    And how do you believe in conducting this
13 research you were exposed to asbestos?
14     A    Through Bunsen burner pads and heat
15 insulating mittens.
16     Q    With what frequency would you be --
17     MR. SCHAFFER: Withdrawn.
18     Q    Did you handle both of these types of
19 items --
20     A    Yes.
21     Q    -- while you were at SUNY Stony Brook?
22     A    Yes, I did.
23     Q    With what frequency would you be handling
24 Bunsen burner pads?

Page 67

Christian Holinka    123

1      A    Regularly.
2      Q    Any way to quantify what "regularly" would
3  be?
4      MR. DARCHE: Don't guess.
5      A    Daily, daily.  The days I was at the
6  laboratory obviously.
7      Q    Where was the laboratory that you used
8  these pads at SUNY Stony Brook?
9      A    In the anatomy department.
10     Q    Did you work out of one lab in the anatomy
11 department?
12     A    Yes.
13     Q    Do you know if that lab had any other type
14 of designation by room number or name or something
15 like that?
16     A    By room number, I don't recall the name.
17     Q    Was it the first floor, second floor or
18 something like that?
19     A    First floor.
20     Q    Describe for me what that lab looked like
21 first in terms of its dimensions.
22     A    Medium size, square feet I cannot estimate.
23     Q    Did it have work stations or tables?
24     A    About three large benches.

Page 68

Christian Holinka    124

1      Q    And how many Bunsen burners were in there?
2      A    I would estimate three.
3      Q    One per bench, you think?
4      A    Yes, pretty much.
5      Q    How do you believe that you were exposed to
6  asbestos from the Bunsen burner pads there?
7      A    As the Bunsen burner experienced heat, the
8  material degenerated, cracked and emitted dust.
9      Q    Did these pads that we are talking about
10 appear similar in their appearance to those that you
11 had encountered previous to that?
12     A    Yes, they did.
13     Q    Was there anything different about their
14 size, their shape, their consistency of the material
15 or anything else from those that you had encountered
16 previously?
17     A    To my knowledge, no.
18     Q    Did the circumference of the material
19 inside the mesh look the same to you?
20     A    Yes.
21     Q    Did you have to at any time replace those
22 pads that you encountered at the lab in the anatomy
23 department at Stony Brook?
24     A    Yes, I did.

Page 69

Christian Holinka    125

1      Q    And where would you go to get replacement
2  pads on those occasions?
3      A    The supply room in biology.
4      Q    And where would that be in relation to the
5  anatomy department that you were in?
6      A    That was in a different building.
7      Q    How often do you recall getting replacement
8  pads over that period of time that you were working
9  out of that lab? I'm sorry, doing research out of
10 that lab.
11     A    About no more than once a month.
12     Q    Did the pads when you picked them up from
13 the supply area come packaged in any way?
14     A    No.
15     Q    How were they stored there?
16     A    I do not know how the supplier supplied
17 them. I would --
18     Q    Let me see if I understand the process.
19 You would walk into the supply room and would there be
20 somebody there supporting the supply room?
21     A    Yes.
22     Q    And would you ask the person in there I
23 need X-Y-Z and that person would go get it?
24     A    Exactly, yes.

18 (Pages 66 to 69)