**Page 70**

Christian Holinka     126

1
2    Q    And you would not have an opportunity to
3    see how they were stored there, right?
4    A    No.
5    Q    Did you have any responsibility for
6    ordering any Bunsen burner pads when you were doing
7    your research at this lab?
8    A    No, I did not.
9    Q    Do you know the brand, trade or
10   manufacturer's name specifically of those pads that
11   were supplied to you and used there?
12   A    They were supplied by standard suppliers.
13   Q    I guess my question, sir, is if you did not
14   do the ordering of the supplies, do you know
15   specifically who supplied the --
16   A    Specifically I --
17   MR. DARCHE: I am going to object to the
18   form as being argumentative.
19   Q    And I do not mean to be argumentative, sir.
20   I am just trying to establish that you did not order
21   the pads, right?
22   A    That is correct.
23   Q    And was there anything about the pads
24   identifying who supplied them on the pad itself?
25   A    No, there wasn't.

**Page 71**

Christian Holinka     127

1
2    Q    No logos or writing --
3    A    No.
4    Q    -- or anything imprinted or embossed on the
5    material?
6    A    No.
7    Q    How often would you encounter the --
8    MR. SCHAFFER: Withdrawn.
9    Q    How often would you use the mittens when
10   you were doing your research at this lab?
11   A    About once every two days.
12   Q    Did you ever have to replace the mittens
13   that you were using at the lab?
14   A    Yes.
15   Q    And would you when you needed to get
16   replacement mittens go to the same supply person in
17   the supply room?
18   A    Yes.
19   Q    Do you know specifically the brand, trade
20   or manufacturer's name of the mittens that you used
21   there?
22   A    No.
23   Q    Do you know who supplied specifically those
24   mittens that you used there?
25   A    No.

**Page 72**

Christian Holinka     128

1
2    Q    Did those mittens appear similar to those
3    that you had encountered previously in your career?
4    A    Yes.
5    Q    They were one thumb and then one unit
6    covering all of the fingers?
7    A    That's correct.
8    Q    And did they go approximately the same way
9    up your hand?
10   A    That's correct.
11   Q    And in terms of their consistency and
12   color, everything was similar to that which you had
13   seen before?
14   A    Yes.
15   Q    Let me ask you with respect to the pads at
16   this anatomy department, why do you think that they
17   contained asbestos?
18   A    It was general knowledge that the centers
19   contained asbestos.
20   Q    And how did you first become aware of this
21   general knowledge that the center was asbestos?
22   A    I could not tell you the time.
23   Q    Can you tell me how you came to this
24   general knowledge?
25   A    Through colleagues, co-workers.

**Page 73**

Christian Holinka     129

1
2    Q    Did they specifically, whoever it was,
3    advise you that the material did contain asbestos?
4    A    No.
5    Q    Do you know what, if any, other materials
6    might provide the same sort of abilities as asbestos
7    that may have been used on these pads?
8    MR. DARCHE: Objection.
9    Q    But did you understand my question, sir?
10   A    Yes.
11   Q    You can answer the question then.
12   A    Can I?
13   Q    Yes.
14   A    No, I don't know.
15   Q    And why do you believe that the mittens
16   that you used at the anatomy department contained
17   asbestos?
18   A    I believe it was specified in the catalog,
19   "asbestos mittens."
20   Q    You did not have the responsibility for
21   ordering the mittens, right?
22   A    No, I did not.
23   MR. DARCHE: Objection, asked and answered.
24   If I object wait for me to object before
25   you answer.

19 (Pages 70 to 73)

Page 74

```
 1         Christian Holinka      130
 2    Q    When was the first time that you came to
 3  believe that the mittens that you were using contained
 4  asbestos?
 5    A    I do not recall the exact time.
 6    Q    Can you give me, looking back up to where
 7  we are right now, whether it was before you were
 8  taking your course work at SUNY Stony Brook or after
 9  that?
10         MR. DARCHE: I am just going to object.
11         Don't guess.
12         The witness has already testified as to
13  what he recalls.
14         MR. SCHAFFER: Well, I am asking him the
15  basis for his recollection that they actually
16  were asbestos.
17         MR. DARCHE: So ask him that.
18    Q    Why do you believe the mittens --
19         MR. DARCHE: You already asked him that.
20         MR. SCHAFFER: Right.
21    Q    And my question is when was the first time
22  that you came to the belief that mittens that you used
23  contained asbestos.
24         MR. DARCHE: I am just going to object to
25    the form.
```

Page 75

```
 1         Christian Holinka      131
 2    You can answer, if you can.
 3    A    I do not recall the exact time.
 4    Q    And this is one of those times, sir, that I
 5  am entitled to probe a little further and try and get
 6  a best estimate as to when you came to this knowledge.
 7         MR. DARCHE: But don't guess.
 8    Q    Right, nobody is asking you to guess.
 9    A    I would have to guess.
10    Q    That is fair. Nobody wants you to.
11         When you would receive the mittens from the
12  supply person, did they come packaged in any way?
13    A    No, not to my knowledge.
14    Q    And would you have any understanding as to
15  how long a pair of mittens would last when you were
16  doing your research at SUNY Stony Brook?
17    A    Relatively long because I was the only
18  person at the laboratory, that's the only person using
19  them. Relatively long, I would guess four months.
20    Q    And when the mittens got to a point where
21  you felt that they had to be replaced, what would you
22  do with them?
23    A    I would dispose of them and get a new one,
24  set from the supply room.
25    Q    As you sit here today are there any other
```

Page 76

```
 1  specific ways that you believe you were exposed to
 2  asbestos when you were doing your research work at the
 3  SUNY Stony Brook anatomy department lab?
 4    A    I do not know.
 5    Q    Was the physical layout of the benches and
 6  equipment that may have been in the lab constant from
 7  when you first started doing your research there until
 8  when you left?
 9    A    Yes.
10    Q    Can you estimate how many hours per week
11  you would put in part-time at the Columbia University
12  clinical chemistry department during the time you were
13  there?
14    A    Approximately 12 hours.
15    Q    And this was located where on Columbia
16  Presbyterian's grounds?
17    A    The main building on 168th Street.
18    Q    What floor was the area where you worked?
19    A    I don't remember.
20    Q    Was it in a laboratory as well?
21    A    Yes.
22    Q    And did you work in this one laboratory the
23  entire --
24    A    Yes.
```

Page 77

```
 1         Christian Holinka      133
 2    Q    -- time that you were working there?
 3    A    Yes.
 4    Q    And how do you believe you were exposed to
 5  asbestos there?
 6    A    I used Bunsen burners and heat insulating
 7  mittens.
 8    Q    While you were doing this part-time work at
 9  Columbia, did you have responsibility for ordering
10  either of those materials that you used?
11    A    No, I did not.
12    Q    Did you use any other materials in the
13  course of your part-time work there that you believe
14  caused you to be exposed to asbestos?
15    A    I do not know.
16    Q    Do you believe that you were exposed to
17  asbestos from the Bunsen burner pads in a fashion
18  similar to that as you told us at the other places you
19  talked about?
20    A    That's correct.
21    Q    Anything different about the way you think
22  you were exposed?
23    A    No.
24    Q    Was there anything different physically
25  about how the Bunsen burner pads looked as opposed to
```

**Page 78**

1        Christian Holinka    134
2  what you encountered before?
3    A    No.
4    Q    While you were doing the part-time work at
5  Columbia University, did you have to on occasion
6  replace the pads?
7    A    Yes.
8    Q    How many times did you do that?
9    A    I want to modify this.  They were replaced,
10  I did not replace them myself.
11    Q    How would the replacement process work
12  there then?
13    A    I do not know.
14    Q    Would it be a situation where you would
15  show up one day and it would appear to be a new pad
16  present?
17    A    Yes.
18    Q    Do you know where the new pads would come
19  from?
20    A    I don't.
21    Q    Did you have to replace any of the heat
22  mittens that was used there at any time?
23    A    No.
24    Q    The heat mittens that you used there, how
25  often would you use them?

**Page 79**

1        Christian Holinka    135
2    A    No more than once every two weeks.
3    Q    You told us that you averaged about 12
4  hours a week there during this part-time work?
5    A    Yes.
6    Q    Would that be broken over one day or
7  several days or how did that typically fall?
8    A    Two days.
9    Q    Two six-hour days on average?
10    A    Yes.
11    Q    Perhaps --
12    A    That makes it 18 hours a week, I worked
13  from midnight to nine in the morning.
14    Q    So, you worked there three times a week,
15  midnight to nine?
16    A    Twice a week.
17    Q    The lab was open continuously?
18    A    Yes, sure.
19    Q    Do you know the brand, trade or
20  manufacturer's name of the mittens that you used at
21  Columbia Presbyterian?
22    A    No, I do not.
23    Q    Do you know the brand, trade or
24  manufacturer's name of the Bunsen burner pads that
25  were present at Columbia?

**Page 80**

1        Christian Holinka    136
2    A    I do not.
3    Q    Can you tell me any other specific ways
4  that you believe you may have been exposed to asbestos
5  while working part-time at Columbia University?
6    A    No, I cannot tell you.
7    Q    In 1974 you got your PhD; is that right?
8    A    Yes.
9        MR. SCHAFFER:  Off the record for a second.
10        (Discussion held off the record)
11    Q    In July of 1974 you get your degree from
12  SUNY Stony Brook, your PhD and what happens next in
13  the course of your professional career?
14    A    I became a post-doctoral fellow at the
15  University of Southern California.
16    Q    And was this at Berkeley again or --
17    A    Los Angeles.
18    Q    And how long were you a post-doctoral
19  fellow?
20    A    Until 1977.
21    Q    And what types of things did you do as a
22  post-doctoral fellow there?
23    A    Biological research and teaching.
24    Q    What portion or percentage of your time was
25  dedicated to research as opposed to teaching?

**Page 81**

1        Christian Holinka    137
2    A    About 90 percent research, 90 to 95
3  percent.
4    Q    When you were doing your research, did you
5  conduct it in one particular area of USC Los Angeles?
6    A    Yes.  At the Gerontology Building.
7    Q    And where within the Gerontology Building
8  did you do this research?
9    A    Second floor.
10    Q    What were the dimensions or the layout of
11  the space you worked out of?
12    A    Four rooms, variable size ranging from an
13  estimated 400 square feet to 800 square feet,
14  estimated.
15    Q    And were these rooms comprised of both
16  offices and laboratories?
17    A    Offices were separate.
18    Q    So, the four rooms, were they all labs?
19    A    Yes.
20    Q    Did you work in all of those rooms?
21    A    Yes.
22    Q    Did you have graduate assistants working
23  with you during this time period?
24    A    Yes, I did.
25    Q    What were their names of some of these

Page 82

Christian Holinka        138

1
2  people?
3     A    Monty Heckland (phonetic), undergraduate
4  assistant.
5     Q    Anybody else?
6     A    Not as undergraduate or graduate assistant.
7     Q    How about any other people who assisted you
8  in any way?
9     A    You usually had to do the research
10 yourself. James Nelson.
11    Q    And what was his position or how did he
12 help you?
13    A    Graduate student.
14    Q    Anybody else?
15    A    No.
16    Q    During the time that you were working at
17 USC Los Angeles in the Gerontology Building, do you
18 believe you were exposed to asbestos?
19    A    Yes.
20    Q    In what ways do you believe you were
21 exposed to asbestos there?
22    A    Through Bunsen burner pads and heat
23 insulating mittens.
24    Q    Were there Bunsen burners present in each
25 of the four rooms that you were conducting your

Page 83

Christian Holinka        139

1
2  research in?
3     A    Yes.
4     Q    How many were in each room?
5     A    An estimated two to five.
6     Q    Did the room that you worked out of have
7  any other numerical designation or name that you can
8  recall?
9     A    Room numbers I do not recall.
10    Q    Not named in honor of somebody or
11 so-and-so's lab or anything like that?
12    A    I believe one or two were.
13    Q    As you sit here today, do you know who they
14 may have been referring to?
15    A    No.
16    Q    Were there similar labs on the same floor
17 of that building?
18    A    Yes.
19    Q    Did you have a responsibility as a
20 post-doctoral fellow for ordering any of the Bunsen
21 burner pads that you used there?
22    A    No, I did not.
23    Q    Did you have a responsibility for ordering
24 any of the heat mittens that you used there?
25    A    No.

Page 84

Christian Holinka        140

1
2     Q    Did the Bunsen burner pads that you used
3  there appear similar in their shape and color when
4  compared to the ones you had encountered earlier in
5  your career?
6     A    Yes.
7     Q    Was there anything physically different
8  about them that you can recall at this time as opposed
9  to the others?
10    A    No.
11    Q    Do you know the brand, trade or
12 manufacturer's name of those Bunsen burner pads?
13    A    No.
14    Q    Do you know who specifically supplied those
15 pads that you used as a post-doctoral fellow at the
16 Gerontology Building?
17    A    We had standard suppliers, I do not know
18 which individual standard supplier supplied them.
19    Q    Did you need to get replacement pads on
20 occasion during those three years you were doing
21 research?
22    A    Yes.
23    Q    Where would you get them from?
24    A    From the laboratory supply cabinet.
25    Q    Which would have been located where?

Page 85

Christian Holinka        141

1
2     A    At the laboratory in one of the four rooms.
3     Q    Did you personally obtain new pads on
4  occasion during the three years that you were doing
5  research?
6     A    Yes, I did.
7     Q    And you would go to the storage area and
8  take them yourself?
9     A    Yes.
10    Q    When you would take them out, did they come
11 in any sort of packaging?
12    A    No.
13    Q    They were loose?
14    A    Not to my recollection, no.
15    Q    Your recollection is they were loose?
16    A    Yes.
17    Q    Stacked on top of each other or lined up
18 side by side?
19    A    I believe stacked on top of each other.
20    Q    Did you ever see any paperwork indicating
21 who specifically supplied those pads that you used
22 there?
23    A    I did not.
24    Q    Do you recall a replacement stock of these
25 pads coming in and being placed in that storage area?

Page 86

Christian Holinka    142

1
2    A    Not specifically, no.
3    Q    Did you ever encounter a situation there
4    where you had run out of pads and had to arrange to
5    have more pads brought over?
6    A    No.
7    Q    Did you use one set of mittens during the
8    three years there or more than one set?
9    A    Set, you mean --
10    Q    Pair.
11    A    -- individual --
12    Q    Pair I guess is the best way to put it.
13    A    Many more than one.  May I add something?
14    Q    Yes, absolutely.
15    A    To an extended response to your question
16    about collaborators.
17    Q    Yes.
18    A    The chief technician helped the laboratory.
19    Q    Who was that?
20    A    Heinz; H-E-I-N-Z, Osterburg;
21    O-S-T-E-R-B-U-R-G.
22    Q    Did Mr. Osterburg have the responsibility
23    for ordering any replacement supplies?
24    A    Yes.
25    Q    Did you ever have a conversation with

Page 87

Christian Holinka    143

1
2    Mr. Osterburg advising that the lab or labs needed
3    more pads or mittens?
4    A    No.
5    Q    If you needed a replacement pair of
6    mittens, would you get them from the same supply area
7    located in one of those labs?
8    A    Yes.
9    Q    Do you recall how the replacement mittens
10    were stored in this area?
11    A    No.
12    Q    Was there anything different about the
13    physical appearance of these mittens as opposed to
14    mittens that you had encountered earlier in your
15    career?
16    A    No.
17    Q    Can you tell me any other specific type of
18    materials that you believe contained asbestos that you
19    handled there?
20    A    No, I cannot tell you.
21    MR. DARCHE:  Just one second.
22    (Discussion held off the record)
23    Q    Did Mr. Heckland and Mr. Nelson and
24    Mr. Osterburg also use these types of materials in the
25    course of supporting you in your research?

Page 88

Christian Holinka    144

1
2    A    Yes.
3    Q    When was the last time you were in touch
4    with Mr. Heckland?
5    A    About three months ago, four months ago.
6    Q    Is Mr. Heckland aware of your current
7    physical situation?
8    A    Yes.
9    Q    Did you have any discussions with
10    Mr. Heckland about the types of products that you used
11    together while you were at USC Los Angeles?
12    A    No.
13    Q    Did you have any discussion with respect to
14    any products that may have contained asbestos?
15    A    No.
16    Q    Where does he currently live?
17    A    In Baltimore.
18    Q    When was the last time you spoke to
19    Mr. Nelson?
20    A    An estimated three years ago.
21    Q    Did you ever have any discussions with
22    Mr. Nelson about any asbestos-containing components
23    that were in any of the labs where you were?
24    A    No.
25    Q    And Mr. Osterburg, is he still alive?

Page 89

Christian Holinka    145

1
2    A    Yes.
3    Q    Where is he currently?
4    A    In Los Angeles.
5    Q    When was the last time you spoke with him?
6    MR. DARCHE:  Three years ago.
7    A    About half a year ago.
8    MR. SCHAFFER:  We talked about Mr. Nelson
9    before.
10    MR. DARCHE:  Sorry about that.
11    MR. SCHAFFER:  We are talking about
12    Osterburg.
13    MR. DARCHE:  Sorry about that.
14    Q    Is Mr. Osterburg aware of your physical
15    condition?
16    A    Yes, I told him.
17    Q    Did you and he have any discussions whether
18    there were any materials or products in the labs that
19    may have exposed you to asbestos?
20    A    We did not talk about it.
21    Q    Is there anyone that you have talked about
22    with respect to your time at USC LA?
23    A    USC, please.
24    Q    I'm sorry, forgive me.
25    A    Two different universities.

Page 90

Christian Holinka    146

1
2    Q    My apologies.
3        Have you ever discussed the brand, trade or
4    manufacturer's names of any of the materials that you
5    believe contained asbestos that you encountered at USC
6    besides with representatives from your law firm?
7    A    No.
8        MR. DARCHE: Off the record.
9        (Discussion held off the record)
10    Q    Sir, I forgot to ask you, where does
11    Mr. Nelson currently live?
12    A    San Antonio, Texas.
13    Q    Separate and apart from your research that
14    you did at USC, do you believe that you were exposed
15    to asbestos when you were doing the teaching aspect of
16    your post-doctoral fellow work out there?
17    A    I do not know but I do not think so.
18    Q    And did that work result in any additional
19    degrees of any type as a post-doctoral fellow?
20    A    No.
21    Q    When in 1977 did you leave USC LA?
22    A    In July.
23        MR. DARCHE: How are you feeling?
24        THE WITNESS: Okay.
25        MR. SCHAFFER: Let's go off the record a

Page 91

Christian Holinka    147

1
2    second.
3        (Discussion held off the record)
4        (Whereupon, at 12:20 P.M., a lunch recess
5    was taken)
6        (Back on the record at 1:25 P.M.)
7    Q    Sir, we are back on the record and I just
8    want to go back over one or two things before we move
9    forward to your time at Mount Sinai if I may.
10    A    Yes.
11    Q    And I am not sure if I have asked you this
12    question before or if my colleague did or did not, so
13    if I did I apologize.
14        With respect to the mittens that you used
15    when you were at the lab at USC Los Angeles, do you
16    know who specifically manufactured them?
17    A    No, I do not.
18    Q    Do you know who specifically supplied those
19    mittens that you used at that location?
20    A    No, I do not.
21    Q    Let's move forward, your next job was
22    where?
23    A    May I make a small addition to a previous
24    statement?
25    Q    Yes.

Page 92

Christian Holinka    148

1
2    A    Regarding the diameter of the asbestos
3    inset to the Bunsen burner covers, the diameter
4    probably was closer to 8 inches. I said 3 or 4, I
5    believe, I thought in the metric system and it was
6    closer to 8 inches.
7    Q    And let me then ask you this: If the
8    diameter of the pad was 8 inches, what was the length
9    across of the meshing itself when you counted all the
10    meshing?
11    A    An estimated 1 more inch on each side, so
12    it would be about 10 inches.
13    Q    And were those mesh pieces typically square
14    or rectangular?
15    A    Typically square.
16    Q    After the lunch break looking back, is
17    there anything else that you need to amplify or
18    correct from this morning's testimony?
19    A    No, there isn't.
20    Q    Why did you leave the fellow position at
21    USC?
22    A    I had a job offer at Mount Sinai School of
23    Medicine in New York City.
24    Q    How did you come to get that offer?
25    A    At a scientific meeting.

Page 93

Christian Holinka    149

1
2    Q    And when did you start at Mount Sinai?
3    A    August 1977.
4    Q    And how long did you work there?
5    A    Until July 1989.
6    Q    And what was your position there?
7    A    Initially an instructor and then assistant
8    professor in obstetrics, gynecology and reproductive
9    science.
10    Q    How long would you have been an instructor
11    first there at Mount Sinai approximately?
12    A    Approximately two to three years.
13    Q    And the balance of the time that you were
14    there approximately nine or ten years was as an
15    assistant professor?
16    A    Yes.
17    Q    As an instructor there what were your hours
18    typically, if there was such a thing?
19    A    Forty to sixty hours.
20    Q    And would you teach classes both day and
21    night as needed?
22    A    I did not regularly teach classes at Sinai
23    except one or two years a part of a course in
24    reproductive biology to medical students.
25    Q    I'm sorry, I misinterpreted what you meant

24 (Pages 90 to 93)

**Page 94**

1          Christian Holinka      150
2   by instructor then. Can you tell me what your duties
3   were as an instructor?
4       A    Research, the principal duties were
5   research.
6       Q    When did you conduct the research as an
7   instructor there?
8       A    During the period 1977 to '89.
9       Q    When you were an instructor, yes.
10      A    When I was an instructor and thereafter
11  when I was an assistant professor.
12      Q    Where physically within the premises of
13  Mount Sinai did you do the research work as an
14  instructor?
15      A    The Annenberg Building, 20th floor.
16      Q    And was there a separate portion of the
17  floor such as a lab or other area within the 20th
18  floor that you worked at?
19      A    Yes. There were several laboratories on
20  the floor.
21      Q    Did you work in one of them or all of them?
22      A    Principally in two different rooms.
23      Q    And did these rooms have any numerical or
24  other designation?
25      A    Yes.

**Page 95**

1          Christian Holinka      151
2       Q    What were they called, if you remember?
3       A    I don't remember.
4       Q    And did you work in both of these rooms
5   during the time that you held the position of
6   instructor?
7       A    Yes.
8       Q    Do you believe that you were exposed to
9   asbestos at Mount Sinai in the course of your work as
10  an instructor those first two or three years?
11      A    Yes.
12      Q    And how during that time period do you
13  believe you were exposed to asbestos?
14      A    By asbestos pads, Bunsen burner pads and
15  mittens.
16      Q    Did you work yourself with the pads as an
17  instructor?
18      A    Yes.
19      Q    And what would you do with them?
20      A    Well, you use them all the time for heating
21  the agents, heating water, heating media. It was the
22  only heat source at the laboratory.
23      Q    Did you have on occasion the need to
24  replace the pads that you were using when you were an
25  instructor?

**Page 96**

1          Christian Holinka      152
2       A    Yes.
3       Q    Over the two or three years, can you
4   estimate how many times you would have replaced the
5   pads?
6       A    About once every two months.
7       Q    You said that there were two rooms, did
8   both of these rooms have Bunsen burners?
9       A    Yes.
10      Q    Can you tell me how many were in each room?
11      A    Correction, three rooms.
12      Q    Fair enough.
13      A    When we did histology work I used a
14  different room.
15          The answer to your question, between two
16  and five.
17      Q    Were there more Bunsen burners in the
18  histology room or not, if you know?
19      A    About the same.
20      Q    Now, was there anything different about the
21  physical appearance of these Bunsen burner pads that
22  you used there as opposed to those that you had
23  encountered prior in your career?
24      A    No.
25      Q    Did these pads have any words or logos or

**Page 97**

1          Christian Holinka      153
2   printing or anything on them that would identify their
3   manufacturer?
4       A    They did not.
5       Q    Or their supplier.
6       A    They did not.
7       Q    As an instructor did you have the
8   responsibility for ordering any pads that were used at
9   Mount Sinai?
10      A    No.
11      Q    If you needed to pick up a replacement pad
12  at Mount Sinai, where would you go?
13      A    There was a central room for supplies for
14  the laboratory.
15      Q    Was that also located on the 20th floor?
16      A    Yes. It was really a large set of cabinets
17  in one of the laboratories.
18      Q    Was it located in one of the three rooms
19  that you were in as an instructor?
20      A    In one, yes.
21      Q    If I asked you which one could you tell me?
22      A    I believe a storage unit.
23      Q    Do you know which particular room it was in
24  or you believe it was in one of them?
25      A    I think it was in one.

25  (Pages 94 to 97)

**Page 98**

Christian Holinka    154

1
2    Q    When you would go to this storage area, did
3    you see how the pads were kept in it?
4    A    I saw it but I don't remember whether they
5    were stacked or next to each other.
6    Q    And do you recall if there was any
7    packaging associated with any of these new pads that
8    you would take?
9    A    I don't remember.
10    Q    Do you know the brand, trade or
11    manufacturer's name of any of those pads?
12    A    I do not know a specific brand.
13    Q    Do you know who supplied those pads to
14    Mount Sinai during those years that you were an
15    instructor?
16    A    Well, we had basically four suppliers,
17    Fisher Scientific, Van Waters and Rogers, American
18    Scientific, Senco. They were big catalogs, they
19    looked like a book with in the back their names. And
20    there were other companies also that I don't recall
21    who supplied highly specific parts, supplies but those
22    were the main companies and we may even have had a
23    standing account with one, two or three of them.
24    Q    When you say "we," are you talking about
25    Mount Sinai itself or your particular department where

**Page 99**

Christian Holinka    155

1
2    you worked?
3    A    In my department, my laboratory.
4    Q    If there was such a standing type of
5    relationship within your department, who within your
6    department would have been the contact to deal with
7    with respect to that?
8    A    The main person, Dr. Gurpide.
9    Q    Doctor who?
10    A    Erlio; E-R-L-I-O, G-U-R-P-I-D-E.
11    Q    And is Dr. Gurpide still alive?
12    A    Yes.
13    Q    Is he still at Mount Sinai?
14    A    No.
15    Q    Do you know where he lives?
16    A    I don't. He's in a retirement home
17    somewhere in the midwest.
18    Q    When would have been the last time you had
19    occasion to have any contact with him?
20    A    About ten years ago, eight years ago
21    probably.
22    Q    How often would you use the mittens as an
23    instructor at Mount Sinai?
24    A    Regularly.
25    Q    Can you define that?

**Page 100**

Christian Holinka    156

1
2    A    Once a day, whenever there was something
3    hot to touch, once a day, once every two days, twice a
4    day.
5    Q    Did the physical appearance of these
6    mittens to you seem the same as those as you had
7    encountered earlier in your career?
8    A    Yes.
9    Q    Was there anything different about what
10    those mittens looked like as compared to the earlier
11    ones?
12    A    Not to my recollection, no.
13    Q    Besides those mittens did you use any other
14    types of gloves or mittens during your time as an
15    instructor?
16    A    No.
17    Q    Do you know the brand, trade or
18    manufacturer's name of any of those mittens that you
19    used while you were an instructor?
20    A    No.
21    Q    Do you know specifically who supplied any
22    of those mittens that you used as an instructor?
23    A    Specific suppliers I don't know.
24    Q    And you have mentioned four companies that
25    you believe generally provided supplies --

**Page 101**

Christian Holinka    157

1
2    A    Yes.
3    Q    -- when you were in that position.
4    A    Yes.
5    Q    Can you tell me any other ways that you
6    specifically believe that you were exposed to asbestos
7    while you were working as an instructor in these three
8    rooms in the Annenberg Building?
9    A    No, I cannot.
10    Q    Did you have a supervisor or some sort of a
11    boss that you had to report to for those two or three
12    years?
13    A    Dr. Gurpide.
14    Q    Did you typically work alone or with other
15    people?
16    A    I had a technician for most of the period.
17    Q    And what was the technician's name?
18    A    Mila de la Pena; MILA, D-E, L-A, and
19    capital P-E-N-A.
20    Q    And is that assistant still alive?
21    A    Yes.
22    Q    And do you know -- is it he or she?
23    A    She.
24    Q    Do you know where she currently lives?
25    A    Somewhere on Long Island, I don't know the

26 (Pages 98 to 101)

**Page 102**

1        Christian Holinka     158
2   town.
3       Q    Do you know if she is still affiliated with
4   Sinai?
5       A    No, she's not.
6       Q    Do you know who she works for?
7       A    She works for her own company not related
8   to clinical research or not related to laboratories.
9       Q    She has her own business?
10      A    Yes.
11      Q    You told us that after two or three years
12  your position changed and you became an assistant
13  professor; is that right?
14      A    Yes.
15      Q    And that was the position you held the
16  balance of your time at Mount Sinai?
17      A    Yes.
18      Q    During your career there as an assistant
19  professor, do you believe that you were exposed to
20  asbestos?
21      A    Yes.
22      Q    And in what ways do you believe you were
23  exposed to asbestos during that nine to ten year
24  period?
25      A    Via pads, Bunsen burner pads and heat

**Page 103**

1        Christian Holinka     159
2   insulating mittens.
3       Q    As an assistant professor did you typically
4   hold classes in one location or in a variety of
5   locations on the campus?
6       A    I gave guest lectures on the campus but not
7   full classes, not full courses.
8       Q    As an assistant professor were your duties
9   different than those of an instructor that you had
10  told us about?
11      A    No, they were not.
12      Q    Basically a change in pay or a change in
13  grade; is that right?
14      A    Yes, that's correct.
15      Q    Did your use of the pads increase, decrease
16  or stay approximately the same during the time period
17  that you were an assistant professor?
18      A    Stayed approximately the same.
19      Q    Did your use of the mittens decrease,
20  increase or stay about the same?
21      A    Stayed about the same.
22      Q    Did you have any additional technicians
23  that assisted you over these nine years besides the
24  woman you mentioned before?
25      A    No.

**Page 104**

1        Christian Holinka     160
2       Q    She stayed with you the entire time?
3       A    Almost the entire time for about nine
4   years, something like that.
5       Q    And did Dr. Gurpide maintain the position
6   of your supervisor the entire time you were there?
7       A    Yes, he did.
8       Q    And just so the record is clear, do you
9   know the brand, trade or manufacturer's name of any of
10  the pads that you would have used during this time
11  period?
12      A    No, I do not.
13      Q    Do you know the brand, trade or
14  manufacturer's name of any of the gloves that you used
15  during this time period?
16      A    No, I don't.
17      Q    Do you specifically know which of the
18  companies supplied either of those products to your
19  lab when you were working there in that position?
20      A    Specifically I don't but we had standard
21  suppliers.
22      Q    And you mentioned when you were --
23          MR. SCHAFFER:  Withdrawn.
24      Q    When you were doing the assistant professor
25  position, was that located within the same premises on

**Page 105**

1        Christian Holinka     161
2   the 20th floor of the Annenberg Building?
3       A    It was.
4       Q    Did you ever work anywhere else at Mount
5   Sinai during the entire time that you were there
6   outside of teaching courses in the halls?
7       A    No, I did not.
8       Q    And when you were teaching the courses in
9   the halls, do you have any reason to believe you were
10  exposed to asbestos during that --
11      A    No, I do not have any reason.
12      Q    So, it was physically in Mount Sinai where
13  you are alleging asbestos exposure on the 20th floor
14  of the Annenberg Building.
15      A    Yes.
16      Q    When was the last time you were up there?
17      A    About two years ago.
18      Q    Did you have an opportunity to view a
19  portion of the floor where you used to work?
20      A    Yes, I did.
21      Q    And in terms of its physical layout
22  currently, is it the same, different or something
23  else?
24      A    It has slightly changed.
25      Q    Did you get a chance to see the layout of

Page 106

1       Christian Holinka      162
2   the rooms that you specifically worked in where you
3   say the Bunsen burners were?
4       A    Well, one room they may have converted into
5   offices, I believe, and one other laboratory I saw
6   still was used as a laboratory.
7       Q    During the time that you worked there as
8   the assistant professor, did the physical layout of
9   the Bunsen burners change in any way?
10      A    No.
11      Q    Were any added or removed during that time
12  period?
13      A    To the best of my knowledge, no.
14      Q    And what did you use the mittens for there?
15      A    To handle hot glassware.
16      Q    Associated with the burners?
17      A    Associated with the burners and associated
18  with hot glassware from drying ovens.
19      Q    Are there any other ways that you believe
20  that you were exposed to asbestos from working at
21  Mount Sinai as an assistant professor in this lab
22  besides those we have talked about?
23      A    Not to my knowledge, no.
24      Q    During the time that you worked there, were
25  you aware of any program of asbestos abatement or

Page 107

1   removal of any products from the 20th floor?
2       A    No, I was not.
3       Q    Or within the Annenberg Building itself.
4       A    No, I was not.
5       Q    Did the physical appearance of the pads
6   from the last time you used them seem substantially
7   similar to that when you first encountered them years
8   ago?
9       A    They were substantially similar.
10      Q    Were there any physical differences that
11  you could note from the last time that you used them
12  at Mount Sinai from the first time that you used them?
13      A    No.
14      Q    Why did you leave Mount Sinai?
15      A    May I make an additional remark during that
16  period?
17      Q    Yes, sir.
18      A    If it's relevant. I had for two years an
19  adjunct professorship at NYU entirely teaching and for
20  one year at Fordham University entirely teaching.
21      Q    We have some records of your Social
22  Security printout and they indicate that you were at
23  Fordham apparently in 1978, 1979 and 1981; does that
24  sound about right?
25

Page 108

1       Christian Holinka      164
2       A    It does, yes. They know it better than I.
3       Q    Well, that's fair enough. Let me ask you
4   with respect to any of the time that you were at
5   Fordham, all of those jobs would have been of an
6   academic teaching nature?
7       A    That's correct.
8       Q    And not any lab work?
9       A    No.
10      Q    And do you allege any asbestos exposure
11  during the time you were working at Fordham?
12      A    Not to my knowledge.
13      Q    Was this the campus that was up in the
14  Bronx?
15      A    No. It was the Lincoln Center Building.
16      Q    And you said you were also at NYU --
17      A    Yes.
18      Q    -- for a period of time teaching classes?
19      A    Yes.
20      Q    The records we have indicate that you may
21  have been there in 1979 and 1980 and then again in
22  1987; does that sound about right?
23      A    That sounds about correct, yes.
24      Q    With respect to all of those employments,
25  were they all of an academic teaching nature?

Page 109

1       Christian Holinka      165
2       A    That's correct, yes.
3       Q    Do you believe that you were exposed to
4   asbestos in any way during any of your employments
5   with New York University?
6       A    Not to my knowledge.
7       Q    As long as we have this, let me just go
8   back a second and go over some other employers if I
9   may. Do you remember working for a place called The
10  Continental House back in the 1950's? A real brief
11  employment.
12      A    The Continental House, that was the
13  Commodore Hotel.
14      Q    That is at least what you associate it
15  with.
16      A    Yes.
17      Q    Do you remember working for someone called
18  Charles Shaw in about 1959?
19      A    No, I don't.
20      Q    We have an address of Indianapolis,
21  Indiana.
22      A    That's the year I got out of the Army, I
23  worked at Booth Memorial.
24      Q    It does not ring any bells?
25      A    No.

28  (Pages 106 to 109)

Page 110

Christian Holinka      166

1   Q   Did you ever work for the Board of
2   Education for the City of New York in the late 1970's?
3   A   No.
4   Q   Or you do not remember it at least if you
5   did.
6   A   I would remember if I did.
7   Q   Why did you leave Mount Sinai?
8   A   It was increasingly more difficult to
9   obtain grant support at the time and on the basis of
10  my numerous publications in reproductive medicines, I
11  applied to the pharmaceutical industry.
12  Q   When did you start publishing articles with
13  respect to reproductive literature?
14  A   Well, in the broader sense reproductive
15  biology, my first publication at Berkeley, I think it
16  appeared in 1969.
17  Q   And what did it appear in?
18  A   Endocrinology. It's a professional
19  journal.
20  Q   Let's take the time period from that up
21  until when you left Mount Sinai, approximately how
22  many articles did you publish or have published?
23  A   Well, original research, probably '55.
24  Q   Were they all generally associated with

Page 111

Christian Holinka      167

1   reproductive biology?
2   A   They were all associated with reproductive
3   biology ranging from hormone metabolism to
4   physiological changes in animals.
5   Q   What types of journals or publications did
6   these articles show up in?
7   A   Professional journals, the Journal of
8   Steroid Biochemistry and Molecular Biology, Biology of
9   Reproduction. There was one or two more I don't
10  remember at the moment.
11  Q   Since your time at Mount Sinai, have you
12  continued to publish original works?
13  A   (No verbal response given)
14  Q   If you do not understand the question, I
15  can try to rephrase it.
16  A   I understand the question but I do not have
17  a ready answer. The answer is basically yes.
18  Q   Would those be articles that would be
19  appearing in the same types of journals that you
20  mentioned?
21  A   They were more medically related articles
22  or the latest publication came out two, three months
23  ago.
24  Q   What was that in?

Page 112

Christian Holinka      168

1   A   And that was in Climacteric, which is an
2   international journal for post-menopausal medicine.
3   Q   Have you ever written any articles with
4   respect to the subject of asbestos or any asbestos
5   related illnesses or diseases?
6   A   No.
7   Q   When you were at Mount Sinai, were you
8   aware of any physicians there who had a specialty in
9   pneumoconioses or other breathing related illnesses?
10  A   I was not.
11  Q   Since your time at Mount Sinai, have you
12  become aware of any physicians there who do have such
13  specialties?
14  A   Well, now I know or a few years ago
15  Dr. Selikoff, who is a major name or was a major name
16  in the field, but there was no interaction.
17  Q   Was he there when you were there?
18  A   I believe he was. I don't know when he
19  retired.
20  Q   In any event your work there had nothing to
21  do with whatever work he was doing?
22  A   None.
23  Q   Or any work that was being done by his
24  assistants or adjunct or support staff.

Page 113

Christian Holinka      169

1   A   No.
2   Q   Who was your next employer after you left
3   Mount Sinai then?
4   A   Organon, Inc.
5   Q   O-R-G-A-N-O-N?
6   A   Yes.
7   Q   And how long did you work for Organon?
8   A   1989 to 1992.
9   Q   What did you do for them?
10  A   I started as a director in reproductive
11  medicine, hormonal replacement therapy and then was
12  the head of reproductive medicine research.
13  Q   And this was, is it fair to say,
14  pharmaceutical company that developed medications for
15  those types of things?
16  A   Yes.
17  Q   Do you have any reason to believe that you
18  were exposed to asbestos during the time that you
19  worked with Organon?
20  A   No, I do not.
21  Q   You did not do any lab work at all of any
22  nature?
23  A   No.
24  Q   What was your next employer after Organon?

29 (Pages 110 to 113)

Page 114

```
1           Christian Holinka      170
2      A    Johnson and Johnson, Robert Wood Johnson
3  Pharmaceutical Research Institute.
4      Q    I'm sorry, backing up to Organon, where did
5  you work out of for them?
6      A    West Orange, New Jersey.
7      Q    When you worked for Johnson and Johnson,
8  where was that?
9      A    Raritan, New Jersey.
10     Q    How long did you work for Johnson and
11 Johnson?
12     A    1992 to '96.
13     Q    What positions did you hold there for them?
14     A    Assistant director in Endocrinology and
15 metabolism.
16     Q    And that was the only position?
17     A    That was the only position.
18     Q    Do you have any reason to believe that you
19 were exposed to asbestos during the time that you
20 worked at Johnson and Johnson?
21     A    No, I have no reason to believe that.
22     Q    What was your next employer?
23     A    Kyowa Hakko Kogio.
24     Q    I have K-Y-O-W-A, right?
25     A    Yes.
```

Page 115

```
1           Christian Holinka      171
2      Q    Do you have any idea how to spell --
3      A    The rest? I should know. H-A-K-K-O and
4  new word Kogio; K-O-G-I-O.
5      Q    That's close enough if that's not right.
6           How long did you work for Kyowa?
7      A    Nine months.
8      Q    What did you do for them?
9      A    Clinical research.
10     Q    Did you hold a position?
11     A    Director of pharmaceutical development.
12     Q    Do you believe that you were exposed to
13 asbestos as there?
14     A    No, I don't.
15     Q    During the time that you were employed
16 by --
17     A    I should say I don't believe so. I don't
18 know whether I was but I don't think so.
19     Q    Nothing as you sit here today comes to you
20 and says maybe I was exposed through this?
21     A    In this case?
22     Q    Yes, in this case right here.
23     A    I do not believe so, no.
24     Q    Now, during the time that you worked for
25 these last few outfits, Organon and Johnson and
```

Page 116

```
1           Christian Holinka      172
2  Johnson and Kyowa, did you receive additional
3  compensation for either products you helped develop or
4  any other additional incomes besides the salary that
5  you would have been earning from these companies?
6      A    No, I did not.
7      Q    Did you have any self-employment outside of
8  the work that you were doing for these companies?
9      A    No, I did not.
10     Q    Your Social Security records indicate
11 self-employment in 1992 and 1996.
12     A    Oh, yeah. May have been -- 1996, that's
13 right. Okay, '92, at one point I started out of my
14 apartment a small music book journal enterprise which
15 was a loss, so I don't consider it as any kind of
16 lucrative employment. This is what they may refer to.
17     Q    We have an indication that you earned
18 through self-employment in 1992 almost $70,000, could
19 that be --
20     A    No, that's, that's --
21     Q    -- accurate?
22     A    That's not correct, no. And that was in
23 1992.
24     Q    Yes, sir.
25     A    No.
```

Page 117

```
1           Christian Holinka      173
2      Q    In 1996 after -- well, why did you leave
3  Kyowa?
4      A    No, in 1992, that is the end period at
5  Organon and I -- wait a minute. It could be correct
6  because my negotiations with Johnson and Johnson took
7  a few months and head of Organon asked me to stay on
8  as a consultant.
9      Q    I see.
10     A    So, I stand corrected, it could be correct,
11 yes.
12     Q    So, though it would be technically, perhaps
13 in terms of the IRS, self-employment it was consulting
14 work for Organon in 1992?
15     A    Yes. After I had formerly resigned.
16     Q    And why did you leave Kyowa?
17     A    Johnson and Johnson phoned me whether I
18 would want to do full-time consulting for them, both
19 at Raritan and in Europe in their international
20 division in Switzerland.
21     Q    Did that seem like an opportunity you
22 wanted to take?
23     A    Yes.
24     Q    And did you take it?
25     A    I took that. And also this was my field,
```

Page 118

Christian Holinka       174

1    this is where my authority lay, my knowledge and so
2    forth.
3    Q    And have you engaged in this consulting
4    arrangement with Johnson and Johnson since 1996?
5    A    No.
6    Q    How long were you a consultant for Johnson
7    and Johnson?
8    A    I had a number of other clients. This is
9    going to be difficult to answer because I worked by
10   project. The full-time period lasted about two years.
11   Q    When you were exclusively or primarily
12   supporting Johnson and Johnson?
13   A    At that time, yes. Unless you find
14   something else there, those smaller time periods are
15   sometimes difficult to recall.
16   Q    And since that two year or so period, have
17   you done consulting work for a variety of different
18   clients?
19   A    Yes.
20   Q    Let's say in 2005 can you give me an idea
21   of who the clients were that you primarily consulted
22   for?
23   A    For that specific year I could not but for
24   the overall period that I was working independent, I

Page 119

Christian Holinka       175

1    have been a consultant for Organon after this period
2    immediately following my employment. I have been
3    consulting and still am consulting for Wyeth
4    Pharmaceuticals. I have been and still am
5    consulting for Pantarhei, I will spell that;
6    P-A-N-T-A-R-H-E-I, Bioscience. It's a Dutch company.
7    I have been consulting for Serrol. I have a feeling
8    I'm missing something.
9    Q    This would be one of those times if it
10   comes to you, would you tell us later?
11   A    Yes. I have been consulting for Ortho also
12   but that's Johnson and Johnson.
13   Q    On any of those consulting jobs that you
14   have been on since 1996, do you have any reason to
15   believe you were exposed to asbestos?
16   A    I have no reason to believe so.
17   Q    In 2005 do you have an understanding as to
18   approximately how much money you earned through the
19   consulting business?
20   A    In 2005 I would guess about --
21   MR. DARCHE: Don't guess.
22   A    I would estimate about --
23   MR. DARCHE: Objection. We are turning
24   over all the lost wages, so --

Page 120

Christian Holinka       176

1    MR. SCHAFFER: I am entitled to probe his
2    memory about this because I have a series of
3    questions that follow in relation to it.
4    MR. DARCHE: If he knows he knows but if he
5    doesn't he doesn't.
6    Q    This is one of those times, sir, a best
7    estimate is okay as opposed to down to the penny.
8    What is your best estimate?
9    A    My best estimate is around $180,000.
10   Q    In 2006 do you know how much you earned?
11   A    Best estimate about $100,000.
12   Q    Are you still consulting today?
13   A    Yes.
14   Q    Did you file your 2006 tax return yet?
15   A    No.
16   Q    Besides the consulting work that you do for
17   these various companies, do you have any other sources
18   of income?
19   A    I'm getting Social Security and a pension
20   from J and J, Johnson and Johnson.
21   Q    How much is the pension?
22   A    $511 monthly.
23   Q    And is the Social Security you receive
24   standard as opposed to disability?

Page 121

Christian Holinka       177

1    A    Standard.
2    Q    And how much do you receive through that?
3    A    About $1,200 a month. And then I have a
4    pension from Mount Sinai of $71 a month.
5    Q    Do you doing this consulting work have your
6    own business or business entity that you refer to
7    yourself as?
8    A    I have a name, Farm Consult, for my firm.
9    I do not have any employees.
10   Q    Is that incorporated?
11   A    No.
12   Q    Is it any sort of a formal business
13   association or is it more like doing business as?
14   A    I registered it in, I don't know, either
15   the City or the County of New York. I believe the
16   County of New York.
17   Q    When did you register it?
18   A    In 1996 or '97.
19   Q    And is the operating address that you used
20   on the registration where you live?
21   A    I believe so, I'm not sure.
22   Q    Has it ever had any physical offices or
23   space separate from where you live besides perhaps a
24   mail drop somewhere?

31 (Pages 118 to 121)

**Page 122**

Christian Holinka    178

1
2    A    Well, I used to work most of the time at my
3    condo, a small condo on 7th Avenue but now at my
4    apartment.
5    Q    And my colleague asked you some questions
6    about where you currently live, do you own the
7    premises where you currently live?
8    A    No.
9    Q    Do you own any real estate currently?
10   A    I own the apartment, the condo on 147th
11   Avenue.
12   Q    Is there a mortgage outstanding on that?
13   A    No.
14   Q    Do you currently have a tenant there or
15   rent it out?
16   A    No.
17   Q    And what do you use that space for, if
18   anything?
19   A    A friend is living in there.
20   Q    Are there any other jobs that you have held
21   in your life that we have not talked about today that
22   you can recall?
23   A    No, there are not.
24   Q    Are there any other ways that you believe
25   you were exposed to asbestos besides those we have

**Page 123**

Christian Holinka    179

1
2    already discussed today?
3    A    No, there are not.
4    Q    Have you told us the names of all of the
5    companies that you believe may have some involvement
6    with respect to the products that you believe caused
7    you asbestos exposure?
8    A    To my knowledge, yes, I have told you.
9    Q    Do you have any product catalogs from any
10   of the years that you were working either at Sinai or
11   any of the other places where you were going to
12   school?
13   A    Do I currently have those?
14   Q    Yes.
15   A    No, I don't.
16   Q    Do you know anybody who has any of these
17   catalogs besides and excluding any that might be in
18   your attorney's possession?
19   A    No, I don't.
20   Q    When you were taking classes in the various
21   educations that you have gone through, was the subject
22   of asbestos and asbestos health hazards ever
23   discussed?
24   A    No.
25   Q    Do you subscribe to any medical journals?

**Page 124**

Christian Holinka    180

1
2    A    Currently not but I did regularly subscribe
3    to a whole number of them.
4    Q    Can you give me an idea about what journals
5    you regularly subscribed to?
6    A    Basic and Clinical Aspects of Reproductive
7    Medicine.
8    Q    Any others?
9    A    No.
10   Q    That's it?
11   A    That's it.
12   Q    How long did you maintain that
13   subscription?
14   A    Over the years, 20 years, 30 years.
15   A    And was --
16   A    But may I add something?
17   Q    Yes.
18   A    I had access to those journals through the
19   laboratories, through libraries, through my companies
20   that I consulted for, so I read those journals
21   regularly.
22   Q    What journals?
23   A    Menopause, Climacteric Journal of
24   Reproductive Medicine, Fertility Sterility, other
25   journals in that area, endocrinologic, gynecologic,

**Page 125**

Christian Holinka    181

1
2    Endocrinology.
3    Q    Were you ever involved in any litigation
4    brought against any of the pharmaceutical companies
5    that you worked for, either as a defendant or as a
6    witness for the companies?
7        MR. DARCHE:  I am just going to object to
8    that question.
9        MR. SCHAFFER:  What is the basis?
10       MR. DARCHE:  Relevance.  I am trying to
11   think if it was asked at the last deposition
12   whether you have ever been deposed before.
13       MR. SCHAFFER:  My question is a little bit
14   different.
15       THE WITNESS:  May I answer?
16       MR. DARCHE:  Yes.
17   A    No, I have not been involved.
18   Q    When was the first time that you became
19   aware that asbestos could cause adverse health
20   conditions?
21   A    Ten years ago, an estimate.
22   Q    How did you come to learn that?
23   A    Through the press, television, popular
24   . media.
25   Q    Do you associate any particular type of

Page 126

Christian Holinka    182

1
2  event or incident that the press, T.V. or popular
3  media was reporting on ten years ago?
4      MR. DARCHE: Objection.
5  Q   In association with asbestos.
6      MR. DARCHE: I just object to the form.
7  Q   You can answer.
8      MR. DARCHE: I think the question is --
9      MR. SCHAFFER: Ben, please, the question is
10 pretty straightforward and it is one that I ask
11 at every deposition. And the witness is
12 obviously a very intelligent person. If he does
13 not understand the question, he will tell me.
14     MR. DARCHE: Do you understand the
15 question?
16 A   Would you repeat the question.
17 Q   You told me that about ten years ago it was
18 about that time that you became aware of asbestos and
19 health hazards associated with it. When I asked you
20 how you responded press, television and popular media,
21 your words.
22 A   Yes.
23 Q   My question is was there any singular or
24 series of events ten years ago that you associated
25 with coming to this knowledge about asbestos hazards.

Page 127

Christian Holinka    183

1
2  A   No, I don't. I would like to make another
3  remark if I may.
4  Q   Sure.
5  A   In the course I taught at NYU, there was
6  certainly topics of carcinogenesis. To the best of my
7  knowledge, I did not include asbestos.
8  Q   Was that course associated with carcinogens
9  relating to reproductive issues?
10 A   That also, yes, breast cancer.
11     MR. DARCHE: Answer the question that he is
12 asking you.
13 Q   That is all I am looking for.
14     Is there any additional schooling that you
15 have been through that we have not gone over today?
16 A   No.
17 Q   Were you ever injured in an on-the-job
18 accident in which you filed a worker's compensation
19 claim?
20 A   No, I wasn't.
21 Q   Have you ever been diagnosed with
22 pneumonia?
23 A   No.
24 Q   Bronchitis?
25 A   No.

Page 128

Christian Holinka    184

1
2  Q   Chronic obstructive pulmonary disease or
3  COPD?
4  A   No.
5  Q   Asthma?
6  A   No.
7  Q   Emphysema?
8  A   No.
9  Q   Do you have any allergies?
10 A   Penicillin.
11 Q   When did you learn you were allergic to
12 Penicillin?
13 A   About 15 years ago.
14 Q   Do you have to do anything with respect to
15 that, tell your physicians not to prescribe it to you,
16 anything like that?
17 A   They ask routinely about your allergies.
18 Q   Did you ever smoke, sir?
19 A   No.
20 Q   At all.
21 A   At all, no.
22 Q   If there is any reference in your medical
23 records to previously having smoked, do you have any
24 understanding as to why that would be there?
25     MR. DARCHE: I am going to object to the

Page 129

Christian Holinka    185

1
2  form of that question.
3  A   No. Because it shouldn't be there because
4  I never smoked.
5  Q   You have been seen by a number of doctors
6  over the course of your life; is that fair to say?
7  A   Yes.
8  Q   Including most recently and perhaps not so
9  recently; is that right?
10 A   Yes.
11 Q   When these doctors would examine you, would
12 they on occasion ask you background questions about
13 your past health history, past habits, employment,
14 things like that?
15 A   Yes.
16 Q   When you were asked those questions, did
17 you do your best to answer them truthfully and
18 accurately?
19 A   Yes.
20 Q   Did you ever intentionally withhold any
21 information when you were posed any of those questions
22 by any of your doctors?
23 A   No.
24 Q   When was the first time in your life that
25 you would have been hospitalized for any reason?

33 (Pages 126 to 129)

Page 130

Christian Holinka    186

1
2    A    Last --
3    Q    Meaning an overnight stay.
4    A    In the last year, late July -- I'm sorry,
5    August, late to mid-August.
6    Q    And is that hospitalization in connection
7    with what you understand to be your current illness?
8    A    Yes, it is.
9    Q    When you were growing up, did you have a
10    family doctor or a general practitioner that your
11    family would take you to if you were ill?
12    A    No, I didn't.
13    Q    When you came to the States, did you
14    eventually have a doctor who held that role as family
15    doctor or general practitioner?
16    A    No.
17    Q    During the time that you were married, did
18    you and your wife have anybody that would meet that
19    role?
20    A    No.
21    Q    When was the first time that you can recall
22    going to a doctor for any reason?
23    A    As a result of a physical for Kyowa, which
24    was in 1996. And there was a brief physical when I
25    started at Organon and a very brief physical at

Page 131

Christian Holinka    187

1
2    Johnson and Johnson.
3    Q    Were these physicals that were administered
4    by staff doctors for each of those outfits?
5    A    J and J was a staff doctor. Organon, I
6    believe, was a contract physician.
7    Q    Do you recall who that contract physician
8    was?
9    A    No, I don't.
10    Q    And was there another employment physical
11    that you had to take that you just mentioned for
12    Kyowa?
13    A    Yes.
14    Q    Was Kyowa a contract physician or someone
15    on staff?
16    A    Yes, he was. Dr. Meyers who is now my
17    personal physician.
18    Q    Was that the first time that you had seen
19    Dr. Meyers?
20    A    Yes.
21    Q    I want to, sir, have you think about the
22    time period of your life from your birth up until
23    approximately August or mid-year 2006, excluding
24    everything from August '06 forward. During that time
25    period were you ever treated in a hospital for any

Page 132

Christian Holinka    188

1
2    reason such as emergency room or as a result of a car
3    accident or anything like that?
4    A    No, I wasn't.
5    Q    And up until the time --
6    MR. SCHAFFER:  Withdrawn.
7    Q    Had you seen Dr. Meyers before he had
8    administered this physical to you as a result of your
9    Kyowa employment?
10    A    No, I had not.
11    Q    It was as a result of that physical that
12    Dr. Meyers ultimately became your family doctor?
13    A    Yes.
14    Q    Before Dr. Meyers did you have any family
15    doctor or general practitioner or someone you would go
16    to if you had a cold or the flu or something like
17    that?
18    A    No.
19    Q    Do you have copies of any of the physicals
20    that were done with respect to your employments at
21    Johnson or Kyowa or the other outfit?
22    A    No.
23    Q    Did any of the doctors that examined you in
24    connection with those three employments do chest
25    X-rays?

Page 133

Christian Holinka    189

1
2    A    I do not -- Dr. Meyers, no. Johnson and
3    Johnson, no. Organon, no.
4    Q    When was the first time you had a chest
5    X-ray?
6    A    As a child.
7    Q    And what was that in relation to?
8    A    Routine chest X-ray.
9    Q    And was that in Europe or over here in the
10    States?
11    A    That was in Europe.
12    Q    Do you recall who administered that X-ray?
13    A    No.
14    Q    When would have been the next time you had
15    a chest X-ray?
16    A    I believe in the Army. I'm not sure.
17    Q    The Army required some physical as well; is
18    that what you are saying?
19    A    Oh, yeah.
20    Q    Let's go past the Army, do you recall
21    having another chest X-ray up until the point of, say,
22    mid-last year?
23    A    I don't recall but I'm virtually certain
24    no, I did not.
25    Q    Have you ever been treated in an emergency

34  (Pages 130 to 133)

Page 134

Christian Holinka    190

1
2 room for any reason?
3    A    Oh, yeah.  Once at Mount Sinai.
4    Q    And what happened?
5    A    What happened, I had bad pain in my lower
6 left and they thought it was a kidney stone.  And it
7 was a long way, I went up to my laboratory, my office,
8 it was excruciating, painful and then suddenly it went
9 away.  So, I went back downstairs and told them I do
10 not need anything apparently and they sent me to a
11 Sinai associated physician whose name I don't recall
12 for, I believe, a contrast dye just to be sure that
13 there were no kidney stones and it turned out
14 negative.
15    Q    So, do you recall having the contrast dye
16 done?
17    A    Yes, yes, it was done.
18    Q    Do you know how old you were when this
19 happened?  If not that is fine.
20    A    This was in the early 80's.
21    Q    Have you ever had a heavy blow injury to
22 your chest?
23    A    No.
24    Q    Have you ever broken any ribs or been told
25 you broke any ribs?

Page 135

Christian Holinka    191

1
2    A    As a child on a bike I once fell and they
3 thought there may be an injury to my rib.
4    Q    And was this while you were in Europe?
5    A    Yes.
6    Q    Outside of that event any other heavy blow
7 injuries in your chest or potential rib injuries?
8    A    No.
9    Q    Did you notice a change in your health take
10 place sometime in the last year or so?
11    A    In my general health, no.
12    Q    In any aspect of your health.
13    A    In July I developed some shortness of
14 breath.
15    Q    And where were you when this occurred?
16    A    I was in Berlin, Germany.
17    Q    On vacation?
18    A    On vacation.
19    Q    Did you have any other symptoms besides the
20 shortness of breath at that time?
21    A    No.
22    Q    Did you seek medical treatment in Germany
23 for that?
24    A    Yes, I did.
25    Q    Where did you go?

Page 136

Christian Holinka    192

1
2    A    I went to an internist initially.
3    Q    And do you recall the internist's name?
4    A    Yeah.  Henrietta Mayer; M-A-Y-E-R.
5    Q    And had you ever seen Dr. Mayer before?
6    A    No.
7    Q    How did you come to go to Dr. Mayer?
8    A    She was across the street from my place.
9    Q    And did Dr. Mayer do any tests?
10    A    She examined me basically with a
11 stethoscope.
12    Q    Did she make any recommendations as to what
13 would be the next step?
14    A    Well, she said everything was normal.
15    Q    You were still experiencing the shortness
16 of breath?
17    A    Yes.
18    Q    So, what did you do next?
19    A    I asked her I would like to go to a physician
20 to have an X-ray taken and have the physician diagnose
21 the X-ray.
22    Q    What did she say?
23    A    She referred me immediately.
24    Q    To where?
25    A    To the big university clinic Charite in

Page 137

Christian Holinka    193

1
2 Berlin.
3    Q    And did you have the X-ray there?
4    A    Yes.
5    Q    Do you recall the names of any of the
6 doctors who treated you?
7    A    Yeah.  The person in charge was Professor
8 Huckauf; H-U-C-K-A-U-F.
9    Q    And besides the X-ray did you have any
10 other sort of diagnostic tests there?
11    A    No.
12    Q    Were you told the results of the X-ray?
13    A    Yes.
14    Q    What were you told?
15    A    I was told and shown that my right lung was
16 substantially collapsed, virtually entirely collapsed
17 and there was pleural fluid in my right chest cavity.
18    Q    And Dr. Huckauf made this report to you?
19    A    Yes.
20    Q    And what, if anything, was recommended for
21 your next stage of treatment?
22    A    The most immediate recommendation was to
23 drain the fluid.
24    Q    Was that done in Germany?
25    A    No.  I decided to have it done here,

35 (Pages 134 to 137)

**Page 138**

Christian Holinka      194

1
2 immediately flew back.
3    Q    And when you flew back here, did you see a
4 doctor first or did you just go to a hospital?
5    A    I saw Dr. Meyers.
6    Q    And did Dr. Meyers administer any tests at
7 that time?
8    A    No, he did not.
9    Q    Did you have the X-ray from the physician
10 in Germany?
11    A    Yes.
12    Q    Did he then admit you to have the fluid
13 drained?
14    A    Yes, he did.
15    Q    Where was that?
16    A    At Roosevelt.
17    Q    When did you go in for that procedure?
18    A    Late August last year.
19    Q    How long were you treated there?
20    A    I believe I was in the hospital for two
21 nights.
22    Q    Do you have an understanding as to what
23 tests were administered to you during this stay?
24    A    Routine hospital admission tests, I imagine
25 I had a blood test, urinalysis.

**Page 139**

Christian Holinka      195

1
2    Q    X-ray, CAT scan, anything like that?
3    A    Yes, X-ray.
4    Q    Did you have the fluid drained at that
5 time?
6    A    Yes.  Dr. Connory took X-rays and I was
7 there for two surgical procedures, the initial was to
8 drain the fluid.
9    Q    Were both surgical procedures done during
10 this two night stay?
11    A    No.  There was another, another operation.
12    Q    I want to keep it compartmentalized if I
13 could.
14    A    Okay, sorry.
15    Q    We will get through it all, it is just
16 easier to do it in this fashion.
17         The first two night stay that you were
18 there approximately two nights, was the fluid drained
19 at that point?
20    A    Yes.
21    Q    And then at some point did somebody report
22 the results of any testing done on the fluid to you?
23    A    Yes, they did.
24    Q    And was that Dr. Connory?
25    A    Dr. Connory.

**Page 140**

Christian Holinka      196

1
2    Q    Was that the first time you had seen
3 Dr. Connory?
4    A    Yes.
5    Q    Dr. Connory's first name is Cliff; is that
6 right?
7    A    Yes.
8    Q    When did Dr. Connory discuss any tests that
9 were done on the fluid?
10    A    Approximately two days later, three days
11 later.
12    Q    And was this at Dr. Connory's office?
13    A    Yes.
14    Q    Do you know how much fluid was drained?
15    A    2.7 liters, 2,700 milliliters.
16    Q    What did Dr. Connory report to you about
17 the results of the testing done on the fluid?
18    A    The fluid was negative.
19    Q    Did he suggest any further course of
20 treatment or follow-up testing to be done?
21    A    Yes.
22    Q    What was suggested?
23    A    To take biopsies of several lesions he had
24 shown in the X-ray after the fluid had been removed.
25    Q    Where to your understanding were the

**Page 141**

Christian Holinka      197

1
2 lesions located?
3    A    In the visceral pleura, the pleura that
4 lines the lung and I believe one in the diaphragm.
5    Q    Did the removal of the fluid ease your
6 breathing problems?
7    A    Yes.
8    Q    Did you ultimately go in to have the
9 procedures that were recommended to you by
10 Dr. Connory?
11    A    Yes.
12    Q    And when did that take place?
13    A    About two weeks after the first operation.
14    Q    And were you admitted overnight for that?
15    A    Yes.
16    Q    How long was that admission?
17    A    I believe it was one night.
18    Q    And to your understanding were they able to
19 obtain the biopsies?
20    A    Yes.
21    Q    Were you told the results of any testing
22 done on the biopsies?
23    A    Yes.
24    Q    What were you told?
25    A    Bipolar mesothelioma.

Page 142

```
                              Christian Holinka      198
 1
 2      Q     Were you familiar with that illness prior
 3   to your being diagnosed with it?
 4      A     Mesothelioma? Yes.
 5      Q     When did you first become familiar with
 6   mesothelioma as an illness?
 7      A     Twenty years ago, fifteen years ago.
 8      Q     And in what context did you first become
 9   familiar with that illness?
10      A     Through the lay literature information and
11   very likely also chanced upon in the professional
12   literature.
13      Q     Had you ever known anyone diagnosed with
14   mesothelioma?
15      A     No.
16      Q     Had you ever known anyone being treated for
17   any mesothelioma related conditions?
18      A     No.
19      Q     Dr. Connory reported these results to you?
20      A     Yes.
21      Q     Did Dr. Connory suggest what was the next
22   stage of treatment?
23      A     May I add to this?
24      Q     Yes.
25      A     Dr. Connory and an oncology physician at
```

Page 143

```
                              Christian Holinka      199
 1
 2   Roosevelt whose name I don't recall.
 3      Q     Did Dr. Connory suggest a further course of
 4   treatment?
 5      A     I asked for a second opinion --
 6      Q     And did you go get --
 7      A     -- before he suggested.
 8      Q     Did you go get the second opinion?
 9      A     Yes.
10      Q     Where was that at?
11      A     Dr. Taub at Presbyterian.
12      Q     When did you see Dr. Taub?
13      A     September last year.
14      Q     And did you have --
15      A     No, please, excuse me. It may be early
16   October but I believe it was in September.
17      Q     And let me represent to you, sir, that we
18   have not had an opportunity to obtain all of your
19   medical records right now, so we will have a chance to
20   get them all and review them. I am just asking for
21   your best recollections.
22            When you had the examination, the meeting
23   with Dr. Taub, did you have your test results from St.
24   Luke's with you?
25      A     Yes.
```

Page 144

```
                              Christian Holinka      200
 1
 2      Q     And what was Dr. Taub's opinion?
 3      A     He confirmed the opinion of Dr. Connory.
 4      Q     Did he suggest a follow-up course of
 5   treatment?
 6      A     Yes. Systemic chemotherapy and topical
 7   chemotherapy.
 8      Q     Did you begin the systemic chemotherapy?
 9      A     Yes.
10      Q     When did you begin that?
11      A     In late October, early November. I think
12   it was even mid-October.
13      Q     And where were those treatments
14   administered?
15      A     Presbyterian.
16      Q     Are you still undergoing the systemic
17   chemotherapy?
18      A     Not at the moment. I'm on furlough as
19   Dr. Taub said until early May.
20      Q     When did you have your last session of the
21   systemic chemotherapy?
22      A     About mid-December, early to mid-December.
23      Q     Then you had additional chemotherapy after
24   that?
25      A     No.
```

Page 145

```
                              Christian Holinka      201
 1
 2      Q     I'm sorry, you had mentioned two types of
 3   chemotherapy.
 4      A     Yes. The topical chemotherapy was
 5   concurrent and there was one operation prior to both
 6   of them. Dr. Sonnet implanted two ports to directly
 7   administer to the thorax the cisplatin and
 8   gammatafirin. (Phonetic)
 9      Q     And this was all in the course of your
10   concurrent chemotherapy treatments?
11      A     It was prior.
12      Q     Prior to it?
13      A     Yes, just prior to it.
14      Q     When was the last topical chemotherapy
15   treatment administered?
16      A     At the same time I believe as, yes, I know,
17   the last systemic chemotherapy.
18      Q     Were you told the results of the
19   chemotherapy treatments at any time?
20      A     At the end of my third course.
21      Q     What were you told?
22      A     Dr. Taub told me that I'm responding well
23   and that he was putting me on furlough, as he put it,
24   for three months.
25      Q     Did he tell you how large the lesions were
```

**Page 146**

1          Christian Holinka      202
2  when they were first seen?
3      A    I believe he said the largest was 1
4  centimeter.
5      Q    Do you have an understanding as to the size
6  of the lesions now after the chemotherapy treatments?
7      A    He said it's been reduced in size.
8      Q    Did he give you any idea of the size of the
9  reduction?
10      A    No.
11      Q    Have you had to have fluid drained since
12  the initial draining of 2.7 liters?
13      A    No.
14      Q    Have you experienced shortness of breath
15  since the pleura fluid was drained?
16      A    No.
17      Q    Do you take any over-the-counter
18  medications for any pain currently that you associate
19  with this illness as opposed to headaches?
20      A    Currently, no.
21      Q    Did you take any medications with respect
22  to the surgeries that you had to have for the
23  implanting of the ports or anything like that?
24      A    Some pain medicine.
25      Q    And when would have been the last time that

**Page 147**

1          Christian Holinka      203
2  you took any of that?
3      A    I just took it for two days after the
4  operation.
5      Q    You say that you are currently on furlough,
6  your word, do you have an understanding as to when
7  your next currently scheduled medical appointment is
8  with anybody in association with your diagnosis?
9      A    There is an interim CAT scan to be
10  scheduled in early March, I don't know the exact date
11  yet.
12      Q    Have you seen any other doctors in
13  association with your diagnosis of bipolar
14  mesothelioma?
15      A    No.
16      Q    There was an indication I think in some
17  records that I did have a chance to look at of a
18  Dr. Fischer, who is that?
19      A    Dr. Fischer is an old friend of mine from
20  my undergraduate days, he's a professor of medicine at
21  Stanford University.  And Dr. Fischer, he came to New
22  York and actually accompanied me to both Connory and
23  Dr. Taub.
24      Q    But Dr. Fischer is not involved in your
25  treatment regimen at all?

**Page 148**

1          Christian Holinka      204
2      A    No.
3      Q    Is Dr. Grossban or Dr. Grossbard?
4      A    Gross.
5      Q    Grossbard or Grossband, does that name ring
6  any bells?
7      A    I think it may have been the name of the
8  oncologist at Roosevelt but I don't recall his name.
9      Q    And have you had any other --
10      A    Yeah, I think another physician briefly,
11  examined me in the oncology department at Roosevelt.
12      Q    And outside of the names you have mentioned
13  and the names I have mentioned, are there any other
14  doctors that you can recall having treated with since,
15  say, summer of 2006?
16      A    No.
17      Q    Did any of the doctors report to you as to
18  what they believe the cause of the bipolar
19  mesothelioma was?
20      A    Well, Dr. Taub certainly pointed out the
21  association between asbestos and the illness.
22      Q    Did Dr. --
23      A    With Connory I do not think we discussed
24  causeology.
25      Q    Did Dr. Taub ask you questions as to

**Page 149**

1          Christian Holinka      205
2  whether you thought that you were exposed to asbestos
3  in any way?
4          MR. DARCHE:  I am just going to object.
5          But you can answer.
6      A    Yes, he did.  And I told him about my
7  association.
8      Q    Has anybody given you a prognosis?
9      A    No.
10      Q    Have you done any independent research
11  yourself with respect to either the causes of
12  mesothelioma or potential treatments?
13      A    You might not believe it but the answer is
14  absolutely no.  Psychologically it is too difficult.
15      Q    Has anybody done any research on your
16  behalf or at your behest?
17      A    No.
18      Q    Did you ever have to care for anyone that
19  was diagnosed with cancer?
20      A    No.
21      Q    Have you ever been diagnosed with any other
22  type of cancer?
23      A    No.
24      Q    Besides, I believe, you said the follow-up
25  CAT scan, do you have any other future medical

38 (Pages 146 to 149)

Page 150

Christian Holinka    206

1  appointments or treatments that you are aware of?
3  A   In early May at the end of my three months
4  presumably Dr. Taub will see me. I'll find out in
5  early March.
6       MR. DARCHE: Why don't we take a little
7  break.
8       (Whereupon, at 2:35 P.M., a short recess
9  was taken)
10      (Back on the record at 2:45 P.M.)
11  Q   Sir, I just have a couple of other
12  additional questions for you and then I am going to
13  pass the questioning.
14      MR. DARCHE: Your last question was still
15  on the table, I think.
16      MR. SCHAFFER: Could you read back the last
17  question, please.
18      (Whereupon, at this time, the requested
19  portion was read back by the reporter)
20  Q   Anything else?
21  A   I would like to add this, that I have an
22  appointment with Dr. Moline at Mount Sinai.
23  Q   An appointment for Dr. Moline to?
24  A   To examine me.
25  Q   To examine you.

Page 151

Christian Holinka    207

1
2  A   Yes.
3  Q   When is that scheduled for?
4  A   Tomorrow.
5  Q   Have you ever been examined by Dr. Moline
6  before?
7  A   No.
8  Q   Did Dr. Taub refer you to Dr. Moline?
9  A   I do not know about the process.
10  Q   Are you aware of any of your doctors
11  referring you to Dr. Moline?
12  A   No, I am not.
13  Q   Have you ever been diagnosed with diabetes?
14  A   No.
15  Q   Have you ever been diagnosed with any heart
16  problems?
17  A   No.
18  Q   Have you ever been diagnosed with high
19  cholesterol?
20  A   Moderately high cholesterol. Could I add
21  to that?
22  Q   Yes, sir.
23  A   That went away, diet control and exercise.
24  Q   Did you ever have to take any medications
25  in relation to that?

Page 152

Christian Holinka    208

1
2  A   I took for a brief period, I took Lipitor
3  medication and then I discontinued.
4  Q   When was that approximately?
5  A   Approximately three, four years ago.
6  Q   How tall are you?
7  A   5'11".
8  Q   How much do you currently weigh?
9  A   143.
10  Q   Thinking back to 2005, what was your
11  average adult weight?
12  A   About 15 pounds more. About 162, 20 pounds
13  more.
14  Q   Do you belong to any civic or religious
15  organizations?
16  A   No.
17  Q   Do you have any hobbies or what do you like
18  to do in your spare time?
19  A   Read, listen to music, do science.
20  Q   How large is the living space that you
21  currently reside in?
22  A   700 square feet.
23  Q   Do you need to have anybody come in to do
24  any cleaning of those premises or do you do it
25  yourself?

Page 153

Christian Holinka    209

1
2  A   No, I do it myself.
3  Q   Have you been able to do that since your
4  diagnosis last year?
5  A   Well, not during the operations and less so
6  now because I do have some pain in my right chest.
7  Q   Do you have any out-of-pocket expenses
8  associated with any of the medical treatments or
9  procedures that you have undergone since mid-2006?
10  A   Yes.
11  Q   And can you give me a best estimate as to
12  how much you are out of pocket, what you have not been
13  covered for?
14  A   At this time about $500, $700.
15  Q   And have you incurred any other
16  out-of-pocket expenses associated with any chores or
17  other responsibilities that you might have?
18  A   No. Occasionally a taxi to Columbia.
19      MR. SCHAFFER: All right, sir, I am going
20  to pass the questioning right now to one of my
21  colleagues here. I want to thank you very much
22  for your time and for your patience.
23      THE WITNESS: Thank you.
24  CROSS-EXAMINATION
25  BY MR. ABERNETHY:

**Page 154**

Christian Holinka    210

1
2    Q    Good afternoon.
3    A    Good afternoon.
4    Q    My name is David Abernethy. I am with the
5    law firm of Drinker, Biddle and Reath in Philadelphia,
6    Pennsylvania. I represent Univar USA, Incorporated
7    and VWR International, Incorporated which are two of
8    the defendants in this lawsuit.
9        All the same instructions that you were
10   previously given still hold including, of course,
11   letting me know if you need to clarify a question or
12   if you need a break for any reason.
13       I want to start -- and let me add one more
14   thing: I am going to be touching on testimony and
15   questions that you have already given. It may seem
16   like I am jumping around a little bit, at times it may
17   seem a little bit repetitious. I will try not to
18   repeat any more than I absolutely have to for context
19   but when you go second or third or fourth, you are
20   asking about things that have already been covered to
21   some extent, so you have to do some of that.
22       You were asked a lot of questions --
23       MR. DARCHE: And if you get tired or you
24   want to stop, just let us know, it is not a
25   marathon.

**Page 155**

Christian Holinka    211

1
2    Q    Yes. If it becomes necessary to stop, you
3    can let us know that or if you just need a break.
4        You were asked a number of questions about
5    where certain of the places you worked got particular
6    products, particularly the Bunsen burner pads and
7    mittens and I want to get into that in a minute but
8    first I would like you to clarify something for me
9    about Bunsen burners.
10       Did any of the Bunsen burners themselves
11   that you worked with have any asbestos in them or was
12   it just the Bunsen burner pads?
13       MR. DARCHE: I am going to object to the
14   form for lack of foundation.
15       But you can answer.
16   A    To my knowledge, no, they did not contain
17   asbestos.
18   Q    The burners themselves did not?
19   A    That's correct, they did not.
20   Q    So, if you had any exposure to asbestos in
21   connection with the use of Bunsen burners, it was
22   either from the pads or from the mittens you used with
23   the glassware; is that right?
24   A    That's correct.
25   Q    Now, if you could clarify something for me

**Page 156**

Christian Holinka    212

1
2    with respect to the pads. If I understood your
3    testimony correctly, the pads were a wire mesh of some
4    kind with a round asbestos-containing pad inside?
5    A    Yes.
6    Q    Was the mesh completely closed in those
7    things so that it is just one closed item or unit; do
8    you know what I mean?
9    A    The inside pad and the mesh were one unit.
10   Q    And when you would discard one of these
11   things after it had been used for a while, which you
12   described earlier, would you throw the whole thing
13   away, both the pad and the mesh, or just throw the pad
14   away and put a new pad inside the old mesh?
15   A    We would throw the whole thing away.
16   Q    So, it was all one product that you used
17   and then threw away.
18   A    Yes.
19   Q    You were asked a lot of questions about who
20   supplied or manufactured certain products and a number
21   of times you referred to standard suppliers; do you
22   recall that?
23   A    Yes, I do.
24   Q    I need to get a little more detail about
25   that from you. Let me start backwards if I could with

**Page 157**

Christian Holinka    213

1
2    Mount Sinai, the time that you worked in the lab as an
3    instructor or assistant professor. Tell me again all
4    the companies that you recall that you described as
5    standard suppliers at Mount Sinai?
6    A    I recall the major companies, Fisher
7    Scientific, Van Waters and Rogers, American
8    Scientific, Senco. And others were for specific
9    things like hormones or specific research areas.
10   Q    And when you referred to these four
11   companies that you just listed as major suppliers,
12   what is the basis for that, did you know, did you have
13   actual knowledge that they sold products that were
14   used in the lab at Mount Sinai?
15       (All defendants object to the form)
16       THE WITNESS: Can I answer?
17       MR. DARCHE: You can answer.
18   A    Yes, I did.
19   Q    And how did you know that they sold
20   products to --
21   A    Well -- sorry.
22       MR. DARCHE: Let him finish.
23   Q    How did you know that those companies sold
24   products that were used in the lab at Mount Sinai?
25   A    First, we had large catalogs of those

Page 158

Christian Holinka    214

1
2 companies. They're really catalogs, that's an
3 understatement, they're like books, 600, 800 pages,
4 whatever, with the names of those companies in the
5 back of the books clearly visible.
6         Secondly, for my specific research I
7 actually ordered, may have ordered things from those
8 companies. If you needed a small or a minor flask or
9 something specifically related to your own research.
10    Q    You started by saying "ordered" and then
11 you said "may have ordered," which is it? Do you have
12 an actual recollection of specific companies that you
13 ordered from for your research at Mount Sinai?
14    A    I did order from certainly any one or
15 several of those companies, I could not tell you at
16 this time which one and what I ordered.
17    Q    And you said for your specific research.
18 When you ordered for your specific research, were you
19 ordering general lab supplies or unusual things that
20 were just needed for your work?
21        MR. DARCHE: I am going to just object to
22    the terminology of "unusual."
23        MR. ABERNETHY: Let me rephrase the
24    question.
25    Q    When you yourself went to -- would you ask

Page 159

Christian Holinka    215

1
2 someone to order for you or would you actually do the
3 ordering yourself?
4    A    I would ask somebody to include it in
5 another order unless it was very urgent. And as I
6 said that we may, may even have had a special ordering
7 venue with one or several companies.
8    Q    When you asked someone at Mount Sinai to
9 order something specifically for your research, who
10 was the person that you asked?
11    A    My technician or the head of the
12 laboratory.
13    Q    Did you ever specifically ask for Bunsen
14 burner pads or mittens to be ordered specifically for
15 your research?
16    A    No, I did not.
17    Q    So, those were the general supplies that
18 were ordinarily ordered?
19    A    That is correct. Standard laboratory
20 equipment.
21    Q    And who was the person who ordered those
22 general kinds of supplies at Mount Sinai?
23    A    At my laboratory I could not tell you. We
24 may have gotten it from the central supply room.
25    Q    So, whoever the actual employee was at

Page 160

Christian Holinka    216

1
2 Mount Sinai who got those things from the companies,
3 you do not know the person's name?
4    A    My technician may have gotten some but I do
5 not recall the details.
6    Q    Can you tell me from your own knowledge
7 which, if any, of those major suppliers sold Bunsen
8 burner pads to Mount Sinai, which specific companies?
9    A    I would not know a specific company.
10    Q    Can you tell me which specific companies
11 among those four, if any, sold mittens to Mount Sinai?
12        (All defendants object)
13    A    No, I could not.
14    Q    Did you ever talk to any of the people who
15 ordered supplies at Mount Sinai about which specific
16 companies they ordered specific items from?
17    A    No, I didn't.
18    Q    Did you ever see any documents at Mount
19 Sinai that indicated what company's particular items
20 had been ordered from?
21    A    To the best of my knowledge, yes, ordering
22 forms that specified VWR, Fisher Scientific.
23    Q    Let me ask you about that. When you say
24 ordering forms, do you mean the blank forms that were
25 used to place an order or a form that had already been

Page 161

Christian Holinka    217

1
2 filled out with a specific order?
3    A    Very likely both, filled out forms and
4 blank forms. And I do not even recall the type of the
5 form.
6    Q    Do you recall any of the specific contents
7 of any filled out forms that listed specific items
8 that were being ordered?
9    A    No, I don't.
10    Q    Where were the catalogs at Mount Sinai?
11    A    At the laboratory, shelves.
12    Q    How many catalogs were there?
13    A    Twenty, twenty-five.
14    Q    Did each catalog cover a different company?
15    A    Yes.
16    Q    Do you remember the names of any of the
17 other companies?
18    A    No, I don't.
19    Q    Did any of the other companies other than
20 the four that you listed sell Bunsen burner pads?
21        MR. DARCHE: If you know.
22    Q    Well, they are all if you know. Let me
23 repeat what has already been said: I only want to
24 know what you know, I do not want you to guess.
25    A    I don't know.

41 (Pages 158 to 161)

| | Page 162 |
|---|---|

```
              Christian Holinka    218
 1
 2     Q    You do not know whether any of the others
 3   did or didn't.
 4     A    That's correct, I don't know.
 5     Q    Do you know whether any of the companies
 6   other than those four that you just named sold
 7   asbestos mittens?
 8     A    I don't know.
 9     Q    Who else used the catalogs or --
10         MR. ABERNETHY:  Let me withdraw that.
11     Q    Who else looked at the catalogs besides
12   you, if you know?
13     A    In terms of names or people that worked at
14   the lab?
15     Q    Either.  Whatever information --
16     A    Pretty much graduate students and post
17   docs, post doctoral students.
18     Q    Did the graduate students or post doctorate
19   students order from the catalogs?
20     A    Very likely, yes.  That was the source of
21   information.
22     Q    While you were at Mount Sinai, did you ever
23   see any of the original packaging or crates or cartons
24   that any Bunsen burner pads came in?
25     A    No, I did not.
```

| | Page 163 |
|---|---|

```
              Christian Holinka    219
 1
 2     Q    While you were at Mount Sinai, did you ever
 3   see any of the original packaging or cartons or crates
 4   that asbestos mittens came in?
 5     A    To the best of my recollection, I did not.
 6     Q    Do you know whether or not Mount Sinai
 7   bought asbestos Bunsen burner pads from any companies
 8   other than the four that you specifically recall the
 9   names of?
10     A    I do not know.
11     Q    Do you know if they bought mittens from any
12   other companies?
13     A    I do not know.
14     Q    Let me touch on a question that you were
15   asked with respect to certain places but I want to
16   make sure that we covered it for all.
17         During any of the time periods that you
18   worked with Bunsen burner pads, were there any pads
19   sold by any specific company that looked unique or
20   different from the pads sold by other companies?
21         MR. DARCHE:  I am just going to object to
22     the form and the basis is it is too broad.  Is
23     there a specific, is there a specific, you know,
24     thing that you are -- it would be different if
25     you are talking about the size, the width, the
```

| | Page 164 |
|---|---|

```
              Christian Holinka    220
 1
 2   color, it could be a million things.
 3         MR. ABERNETHY:  Let me try it a different
 4   way and we will break it down so that we are not
 5   too broad, we will take it place by place.
 6     Q    While you worked with or handled Bunsen
 7   burner pads at Mount Sinai, if you went into the lab
 8   on a particular day and picked up a particular pad,
 9   would there be anything about the appearance of that
10   pad that would enable you to identify who specifically
11   made or sold it?
12     A    Not about the appearance but in retrospect
13   it is likely that they were different sizes.
14     Q    You used that term before "it is likely," I
15   want to probe that a little bit more.
16     A    Or it -- okay.
17     Q    Let me ask you a specific question:  Do you
18   specifically recall as you sit here today handling
19   different sizes of Bunsen burner pads?
20     A    No, I don't.
21     Q    Is there anything that you can recall about
22   any specific Bunsen burner pad that you handled at
23   Mount Sinai that enabled you to identify it as coming
24   from a particular maker or supplier?
25     A    No.
```

| | Page 165 |
|---|---|

```
              Christian Holinka    221
 1
 2     Q    So, as a general rule if you went into the
 3   lab and picked up a pad, it could have come from any
 4   number of companies, you would not know which one just
 5   by looking at it, correct?
 6     A    That's correct, I wouldn't know which one.
 7     Q    Were there any asbestos mittens that you
 8   handled in the lab at Mount Sinai at any time that you
 9   were able to identify the maker or supplier from the
10   size, appearance, color or any other observable
11   characteristics?
12     A    No, I would not be able to identify.
13     Q    Is that true of the other places that you
14   handled asbestos mittens, the earlier employment or
15   lab work that you did?  Were there ever any asbestos
16   mittens that you handled that you could identify the
17   maker or seller by something about the appearance?
18     A    No, I couldn't.  But may I add a but to
19   this?
20         MR. DARCHE:  Go ahead.
21     A    I have no idea if perhaps there was a
22   little bit in the bag, a tiny label inside which is
23   unlikely.  But ordinarily, ordinary use I would not be
24   able to identify one company from another.
25     Q    Did you ever see a label on any asbestos
```

42 (Pages 162 to 165)

Page 166

Christian Holinka    222

1
2  mitten at any location --
3     A    No.
4     Q    -- that identified the maker or seller?
5     A    No, I did not.
6     Q    Did you ever see a label or a logo or a
7  word or symbol or imprint or anything physically
8  observable on a Bunsen burner pad that told you who
9  made or sold that pad?
10    A    No, I did not.
11    Q    Let me ask you a few questions about the
12 mittens. In the mittens that you worked with in labs
13 that you believe contained asbestos, where physically
14 in the product was the asbestos?
15    A    I do not know but they were identified as
16 asbestos mittens.
17    Q    How were they identified as asbestos
18 mittens?
19    A    In the catalogs.
20    Q    Did you ever order mittens from any catalog
21 yourself?
22    A    No, I did not.
23    Q    When you worked with mittens in the labs,
24 the various labs that you worked in, did you ever
25 compare a particular set of mittens to an entry or a

Page 167

Christian Holinka    223

1
2  picture in a catalog to confirm that they contained
3  asbestos?
4     MR. DARCHE: I am going to object. You
5  cannot confirm it by -- I am going to object to
6  the form.
7     MR. ABERNETHY: Object to the form, do not
8  testify as to why you think something is or
9  isn't.
10    MR. DARCHE: I am going to object to the
11 form of the question, there you go.
12    MR. ABERNETHY: Let me rephrase it and
13 maybe this will satisfy your concern.
14    Q    When you used the asbestos mittens in the
15 lab, did you always have the catalog handy to look at
16 at the same time?
17    A    No.
18    Q    Did you ever look at the catalog while you
19 were holding or using a pair of asbestos mittens?
20    A    No.
21    Q    Did any of the companies from whom these
22 labs ordered mittens sell mittens that did not contain
23 asbestos, if you know?
24    A    I don't know.
25    Q    Did you simply assume when you used mittens

Page 168

Christian Holinka    224

1
2  in the lab that they contained asbestos because some
3  of the catalogs referred to asbestos mittens?
4     MR. DARCHE: Objection to the form. It
5  mischaracterizes the witness' prior testimony
6  that also said it was stated by colleagues and
7  co-workers that these gloves were asbestos.
8     MR. ABERNETHY: Well, first of all, I am
9  not characterizing his testimony, I am not asking
10 him about his testimony. I am asking him why he
11 thought a particular thing and he can tell me. I
12 would rather have him tell me than have you
13 testify for him as to why he --
14    MR. DARCHE: I just ask that you rephrase
15 the question.
16    Q    You saw catalog pages from time to time
17 that referred to asbestos mittens, correct?
18    A    Yes.
19    Q    Did you have any other basis for believing
20 that a particular pair of mittens contained asbestos?
21    A    It was common knowledge in our working
22 situation.
23    Q    Any other basis for believing that the
24 mittens that you used contained asbestos beyond what
25 you have already told me?

Page 169

Christian Holinka    225

1
2     A    No.
3     Q    Do you have any knowledge as to what
4  portions of the mittens, what physical parts of the
5  product contained asbestos?
6     A    No.
7     Q    Describe the mittens for me a little bit
8  more if you could; what was the outside made of, the
9  outside surface made of or what did it appear to be
10 made of?
11    A    Well, it was -- that's a difficult
12 question. It was a somewhat coarse material, tanish,
13 grayish. I don't have an obvious comparison. And
14 certainly relatively sturdy, it wasn't like cloth.
15    Q    Would you compare, would it be fair to
16 compare it to some kind of coarse or rough fabric of
17 some kind?
18    A    Yes.
19    Q    What was underneath that outer surface, if
20 you know?
21    A    I don't know.
22    Q    Did you ever see what was underneath the
23 outer surface?
24    A    No.
25    Q    Did you ever cut open a pair of gloves to

43 (Pages 166 to 169)

Page 170

Christian Holinka    226

1  see?
2
3    A    No.
4    Q    Did you ever see a glove that was torn open
5  so that you could see inside?
6    A    No.
7    Q    Do you know anything about what was the
8  appearance or characteristics of the gloves other than
9  what you could observe or feel on the outer surface?
10    A    No. Other than their shape, that's part of
11  the appearance.
12    Q    Was the surface on the inside --
13    MR. ABERNETHY: Let me rephrase.
14    Q    Was the surface that touched your hand as
15  opposed to the surface facing away from your hand, was
16  that the same material, those two sides?
17    MR. DARCHE: If you remember.
18    A    I do not recall.
19    Q    Were all the mittens that you used in the
20  various labs in which you worked or did academic
21  research the same color or approximately the same
22  color?
23    A    Yes.
24    Q    You do not recall any that had any
25  distinctive color that stood out like bright blue or

Page 171

Christian Holinka    227

1
2  red or anything like that?
3    A    No, I do not recall.
4    Q    Was there anything about the design or
5  construction of any particular pair of asbestos gloves
6  or mittens that looked different than the others?
7    A    No, not to my knowledge.
8    Q    If I touched on this already, I apologize:
9  Did you ever use any specific set of asbestos mittens
10  that had something distinct or observable about it
11  that enabled you to identify who made them or sold
12  them?
13    MR. DARCHE: I am going to object to the
14    form.
15    But you can answer.
16    A    No.
17    Q    How do you believe you were exposed to
18  asbestos from mittens?
19    MR. DARCHE: I am going to object that this
20    was gone over.
21    But you can answer again.
22    MR. ABERNETHY: I think he testified as to
23    how he used mittens and what they were used for.
24    Q    What I am trying to find out is how, if you
25  know, did asbestos actually get from the mittens into

Page 172

Christian Holinka    228

1
2  your body, if it did.
3    A    Debris, micro debris, if you want, dust.
4  The gloves, of course, were used to handle very hot
5  materials and heat has deteriorating effects on any
6  material. So, over longer periods of time there was
7  disintegration, it's inevitable of any material that
8  you use in this particular circumstance.
9    Q    So, am I correct that you believe or
10  observed that whatever was in that, on that surface of
11  the glove would degrade over time and give off dust?
12    A    The surface as well as perhaps the inside.
13    Q    Did you ever see -- I thought you testified
14  a few minutes ago you never saw the inside of any
15  glove.
16    MR. DARCHE: I am just going to object to
17    the argumentative nature of that question.
18    MR. ABERNETHY: I will rephrase it.
19    Q    Do you recall testifying a few minutes ago
20  that you did not see the inside of any asbestos
21  mittens?
22    MR. DARCHE: I am going to object to the
23    form, it mischaracterizes his testimony. That
24    was not the question asked.
25    MR. ABERNETHY: Well, that is my question.

Page 173

Christian Holinka    229

1
2    MR. DARCHE: You can answer if you can.
3    A    Okay, I don't recall exactly whether I said
4  I didn't see it. Wasn't the question more whether the
5  outside and the inside were similar?
6    Q    Did you ever see the material that was
7  underneath the external surface of the asbestos
8  mittens that you worked with?
9    A    I did not.
10    MR. DARCHE: Off the record.
11    (Discussion held off the record)
12    Q    Do you recall any of the specific companies
13  that sold Bunsen burner pads to the lab that you
14  worked in at Columbia Presbyterian?
15    A    No, I don't.
16    Q    Do you recall any of the specific companies
17  that sold Bunsen burner pads to the lab that you
18  worked in at SUNY Stony Brook?
19    A    No, I don't.
20    Q    Do you recall any of the specific companies
21  that sold Bunsen burner pads to the lab where you did
22  your chemistry lab at Hunter College?
23    A    No.
24    Q    Do you recall any of the specific companies
25  that sold Bunsen burner pads to the laboratory where

44 (Pages 170 to 173)

Page 174

Christian Holinka    230

1  Christian Holinka    230
2  you did your academic work at the University of
3  California at Berkeley?
4      A    No, I don't.  But with there again, it was
5  a large research unit and they used standard
6  suppliers.
7      Q    And tell me again who the standard
8  suppliers were that you recall that were used in the
9  large research lab at UC Berkeley.
10      A    Fisher Scientific, Van Waters and Rogers,
11  American Scientific, Senco.
12      Q    But as you sit here today, can you tell me
13  which specific companies, if any, in that group sold
14  Bunsen burner pads for that lab?
15      A    I could not.
16      Q    Do you know whether any other companies
17  sold Bunsen burner pads to that lab?
18      A    I do not know.
19      Q    Do you know whether any other companies
20  sold Bunsen burner pads to the lab at Hunter College?
21      A    No, I don't know.
22      Q    Do you know if any other companies sold
23  Bunsen burner pads to the lab at SUNY Stony Brook?
24      A    No, I don't know.
25      Q    Do you know if any other companies sold

Page 175

1  Christian Holinka    231
2  Bunsen burner pads to the lab at Columbia Presbyterian?
3      A    No, I don't.
4      Q    As you sit here today can you tell me what
5  specific companies sold Bunsen burner pads to the lab
6  at Booth Hospital?
7      A    No, I don't know.
8      Q    Do you know if any companies other than the
9  ones that you mentioned earlier as standard suppliers
10  sold Bunsen burner pads to the lab at Booth Hospital?
11      A    No, I don't know.
12      Q    Let me ask you the same couple of questions
13  about mittens:  As you sit here now can you identify
14  any specific company that sold Bunsen burner pads used
15  in the lab at Booth Hospital?
16      A    No, I cannot identify a specific company.
17      MR. DARCHE:  Off the record.
18      (Discussion held off the record)
19      Q    Again, the question is, can you identify a
20  specific company that sold mittens to the lab at Booth
21  Hospital?
22      A    No, I cannot.
23      Q    And do you know whether any company other
24  than the standard suppliers sold mittens to Booth
25  Hospital?

Page 176

1  Christian Holinka    232
2      A    I do not know.
3      Q    Can you identify any specific company that
4  sold mittens to any of the labs that you did work in
5  at Cal Berkeley?
6      A    No, I cannot.
7      Q    Do you know whether anybody other than
8  standard suppliers as you described them sold mittens
9  to the lab at UCal Berkeley?
10      A    No, I do not know.
11      Q    Do you know who specifically sold mittens
12  to the lab at Hunter College?
13      A    No, I don't.
14      Q    Do you know whether any companies other
15  than those you recall as the standard suppliers sold
16  at Hunter College mittens?
17      A    No, I don't.
18      Q    Can you identify the specific company that
19  sold mittens to the lab at SUNY Stony Brook?
20      A    No, I don't.
21      Q    Do you know whether any other than the
22  standard suppliers did?
23      A    I don't.
24      Q    Do you know who sold, the specific company
25  who sold mittens to the lab at Columbia Presbyterian?

Page 177

1  Christian Holinka    233
2      A    No, I don't.
3      Q    Do you know if any companies other than
4  those you described as the standard suppliers did?
5      A    No, I don't.
6      Q    Without going through every location let me
7  just ask you this:  Do you recall as you sit here
8  today ever discussing with any of the people who were
9  responsible for ordering supplies at any of these labs
10  the specific sources they used to get Bunsen burner
11  pads?
12      A    No, I do not recall.
13      Q    Do you recall ever talking with any of
14  those people about the specific sources used to
15  get asbestos mittens?
16      A    No, I do not recall.
17      Q    Do you have or do you know the location of
18  any documents that might indicate what specific
19  companies sold to any of the labs where you worked?
20      A    No, I don't.
21      Q    Do you recall answering written questions
22  called interrogatories in connection with this
23  lawsuit?
24      MR. DARCHE:  Answer the question to the
25  best of your ability, if you can.

45  (Pages 174 to 177)

Page 178

Christian Holinka    234

1
2    A    I filled out some questionnaires related to
3    Mr. Darche's questions.
4    Q    Is it your understanding that your lawyers
5    served on the other parties to this case written
6    answers to specific questions including questions
7    about your asbestos exposures, do you have an
8    understanding about that?
9    A    No, I don't have any direct understanding.
10    Q    I will represent to you that it is my
11    understanding that answers to written interrogatories
12    were served on your behalf in this litigation and one
13    of the answers to the written interrogatories makes
14    reference to potential exposure to asbestos in
15    connection with a product called an autoclave. Do you
16    recall answering any question indicating that you were
17    exposed to asbestos from a product called an
18    autoclave?
19        MR. DARCHE: Objection. The
20    interrogatories that you are referring to were
21    not verified by this witness, so it is my
22    position that you are not really confronting him
23    with something that he has verified.
24        MR. ABERNETHY: Well, forget the
25    verification, let me just ask a simpler question.

Page 179

Christian Holinka    235

1
2    Q    Do you believe that you were exposed to
3    asbestos at any location from a product called an
4    autoclave?
5    A    I'm not sure. Initially I thought maybe
6    but I'm not even sure if it contains, an autoclave
7    contains asbestos.
8    Q    You are familiar with a product or a type
9    of product referred to as an autoclave?
10    A    Yes.
11    Q    What is an autoclave?
12    A    An autoclave sterilizes at high heat and
13    steam bacterial cultures or anything that you may want
14    to sterilize.
15    Q    In any of the laboratory or other work that
16    you have done, which the other counsel went over in
17    great detail earlier, in any of that work did you work
18    with autoclaves?
19    A    I did in the Army and I did at Sinai.
20    Q    What specifically did you do with
21    autoclaves in the Army?
22    A    Put in bacterial cultures, TB cultures,
23    gonorrhea cultures after you had diagnosed them and
24    sterilized them.
25    Q    Do you know the makers or suppliers of any

Page 180

Christian Holinka    236

1
2    of the autoclaves that you worked with in the Army?
3    A    I don't.
4    Q    Can you describe the physical appearance of
5    any of the autoclaves you worked with in the Army?
6    A    Yeah. It's typically a large round tube
7    about -- stainless steel on the outside, about 4 feet,
8    5 feet long, about 3 feet in diameter that has a door
9    with this circular handle to close tight and then you
10    push a few buttons to let the steam and the heat in.
11    Q    Did you work with more than one autoclave
12    while you were in the Army?
13    A    I don't recall exactly but I don't believe
14    so.
15    Q    And am I correct you do not know who made
16    or sold that autoclave, the one that you remember?
17    A    You are correct, I don't remember.
18    Q    And as you sit here today you do not
19    remember whether it contained any asbestos or not?
20    A    That's correct, I don't know.
21    Q    What did you do with an autoclave or
22    autoclaves at Mount Sinai?
23    A    Sterilize cell cultures, culture dishes and
24    media.
25    Q    Was it one device that you worked with

Page 181

Christian Holinka    237

1
2    there or more than one?
3    A    One device.
4    Q    Can you describe what it looked like?
5    A    Comparable to my earlier description. You
6    want me to repeat it?
7    Q    You do not have to repeat the earlier
8    description but do you remember what color it was?
9    A    Also stainless steel.
10    Q    Do you know what the source of power or
11    heat for it was?
12    A    No, I don't.
13    Q    Do you know who made it or sold it?
14    A    I don't.
15    Q    And you do not know whether it contained
16    any asbestos?
17    A    No, I don't know.
18    Q    Did you have any involvement in ordering or
19    buying the autoclave at Mount Sinai?
20    A    No.
21    Q    Was it there when you got there?
22    A    Yes.
23    Q    Was the same one in use when you left?
24    A    Yes.
25    Q    Did it have any logo, marking, nameplate,

46 (Pages 178 to 181)

Page 182

```
1              Christian Holinka      238
2    anything identifying marked on it?
3       A    It very likely did.
4       Q    Do you recall what it said?
5       A    No, I don't.
6       Q    Where was it located in the lab?
7       A    It was located in the culture room.
8       Q    Do you know when that device was acquired
9    by Mount Sinai?
10      A    No, I don't.
11      Q    Do you know when it was put in service?
12      A    I don't.
13      Q    Between the time that you were told that
14   you had been diagnosed with bipolar mesothelioma and
15   today, have you looked at any catalogs for laboratory
16   supplies or any portions of any such catalogs?
17      A    I have not.
18      Q    Have you talked to anyone other than your
19   counsel about the potential suppliers of any of the
20   laboratory equipment that you worked with in the
21   various locations where you did research or academic
22   work while you were employed?
23      A    I have not.
24      Q    When was the last time you can recall
25   seeing any catalog from any of the suppliers that you
```

Page 183

```
1              Christian Holinka      239
2    mentioned by name earlier in your testimony?
3       A    In 1989 at Sinai.
4       Q    Did you do laboratory work at Mount Sinai
5    only at one location?
6       A    On one floor in several rooms.
7       Q    But it was just in that one building, not
8    in any other facility?
9       A    Yes, only on the 20th floor.
10      Q    Since the time that you were diagnosed with
11   bipolar mesothelioma we are told that you had been
12   given this diagnosis, have you had any conversation
13   with any former co-workers or supervisors about any of
14   the asbestos exposures that you believe you may have
15   had?
16      A    Not about the asbestos exposure, no.
17      Q    What have you talked to them about?
18      A    My diagnosis.
19           MR. DARCHE:  Just note my objection.
20           You can answer.
21      Q    And in the context of those discussions
22   about your diagnosis, your asbestos exposure was not
23   discussed with any of them?
24      A    Well, it was pretty much recognized that
25   that was -- well, they really knew that this related
```

Page 184

```
1              Christian Holinka      240
2    to asbestos.
3           MR. DARCHE:  Answer his question.
4       A    Would you repeat the question again?
5       Q    Were any of the specific facts of your
6    exposures to asbestos discussed in any of the
7    conversations that you have had with any former
8    co-workers since the time you were told of your
9    diagnosis?
10      A    I don't understand what you mean by
11   specific facts.
12      Q    Did you talk to them about any of the
13   circumstances under which you believe you had been
14   exposed to asbestos?
15      A    I did talk to them but not about specific
16   facts as to the origin of the asbestos.  Simply in
17   relation to my research activities.
18           MR. SCHAFFER:  I'm sorry, could you read
19      back that answer, please.
20           (Whereupon, at this time, the requested
21      portion was read back by the reporter)
22      Q    As you sit here today, do you know the
23   residence or business address of any of the people
24   that you worked with in any of the locations where you
25   believe you were exposed to asbestos?
```

Page 185

```
1              Christian Holinka      241
2       A    I do but in some instances, but not right
3    here, I couldn't give it to you right now.
4       Q    Do you have any of that information
5    recorded in an address book or a document or anything
6    of that nature?
7       A    I do have an address book, yes, with some
8    of their names.
9       Q    So, you do not recall them, you do not
10   recall street numbers, city, town, zip code as you sit
11   here but you have some of them written down.
12      A    That's correct.
13           MR. DARCHE:  Off the record.
14           (Discussion held off the record)
15      Q    This topic was touched on, I think, in at
16   least a couple of locations but I am not sure it was
17   covered for all, so let me just ask you a couple of
18   questions briefly about the different places that you
19   worked.
20           While you were at Mount Sinai, to your
21   knowledge were there asbestos materials installed in
22   the building in any of the locations where you worked?
23      A    No, there weren't.
24      Q    Was there any substantial renovation work
25   done while you were at Sinai in any of the specific
```

Page 186

```
1              Christian Holinka      242
2  locations where you worked?
3      A    No.
4      Q    Was there any asbestos material to your
5  knowledge installed in the building in any of the
6  locations where you did work at Columbia Presbyterian?
7      A    To my knowledge, no.
8      Q    Were there any renovations of any substance
9  done in the areas where you worked at Columbia
10 Presbyterian while you were there?
11     A    No.
12     Q    Was there any asbestos material to your
13 knowledge installed in the lab where you did work at
14 SUNY Stony Brook?
15     A    No.
16     Q    Were there any renovations done to that lab
17 while you were employed there or while you did your
18 academic work there?
19     A    No.
20     Q    Was there any asbestos material installed
21 in any of the facilities at Hunter College while you
22 were studying there?
23     A    Not to my knowledge.
24     Q    Were there any renovations done in any of
25 the locations where you were living or studying or
```

Page 187

```
1              Christian Holinka      243
2  doing lab work at Hunter College?
3      A    No.
4      Q    Was there any asbestos material installed
5  in any of the labs where you worked or did research or
6  academic work at the University of California at
7  Berkeley?
8      A    No.
9      Q    Were there any renovations underway in any
10 of the classrooms or laboratory space where you
11 studied or did research work or were employed at the
12 University of California at Berkeley?
13     A    No.
14     Q    Were there any asbestos materials installed
15 anywhere where you worked at Booth Hospital?
16     A    No.
17     Q    Was that lab renovated at all while you
18 were working there?
19     A    No, it wasn't.
20     MR. ABERNETHY:  Bear with me just one
21 second.
22     Q    Was there any substantial renovation work
23 done while you were employed in any of the facilities
24 where you worked when you were employed by the
25 pharmaceutical companies that you mentioned earlier?
```

Page 188

```
1              Christian Holinka      244
2  A    No.
3      MR. ABERNETHY:  Those are all the questions
4  I have for you.  Thank you very much.
5      MR. DARCHE:  We will stop now for the day
6  and I will send out a deposition notice tomorrow.
7      (Whereupon, at 3:40 P.M., the
8      examination of this witness was concluded)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 189

```
1              Christian Holinka      245
2
3  W I T N E S S   C E R T I F I C A T I O N
4
5      I have read the foregoing transcript of my
6  testimony and find it to be true and accurate to
7  the best of my knowledge and belief.
8
9
10 _____
         CHRISTIAN HOLINKA
11
12 Subscribed and sworn to
13 before me on this _____ day
14 of _____, 2007.
15
16
17 _____
         NOTARY PUBLIC
18
19
20
21
22
23
24
25
```



Page 190

246
INDEX TO TESTIMONY
Page    Line

Continued Direct Examination by        63        8
Mr. Schaffer

Cross-Examination by Mr. Abernethy     210       2

Page 191

CERTIFICATE OF NOTARY    247

I, CHERYL F. BAREN, a Stenotype Shorthand
Reporter and Notary Public within and for the State of
New York, do hereby certify that the within Continued
Examination Before Trial of CHRISTIAN HOLINKA was held
before me and I faithfully and impartially recorded
stenographically the questions, answers and colloquy.

I further certify that after said examination was
recorded stenographically by me, it was reduced to
typewriting under my supervision, and I hereby submit
that the within contents of said examination are true
and accurate to the best of my ability.

I further certify that I am not a relative of nor
an attorney for any of the parties connected with the
aforesaid examination, nor otherwise interested in the
testimony of the witness.

_____
CHERYL F. BAREN