SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------x
                                                            :
In Re: NEW YORK CITY ASBESTOS LITIGATION  :   Hon. Joan A. Madden, J.S.C.
                                                            :   (Part 11)
------------------------------------------------------------x
This Document Relates To:                         :   Index No. 114120/06
                                                            :
CHRISTIAN HOLINKA,                             :
                                                            :
    Plaintiff                                              :   **ORDER TO SHOW CAUSE**
                                                            :   **FOR DEFENDANTS' MOTION IN**
    -against-                                           :   **LIMINE TO PRECLUDE**
                                                            :   **REFERENCE TO "ASBESTOS**
                                                            :   **PRODUCTS"**
A.W. CHESTERTON COMPANY, et al.,      :
                                                            :
    Defendants.                                      :
------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the annexed Affirmation of Timothy J. Fraser, Esq., the Affirmation of Kenneth S. Weinberg, Ph.D., and the Memorandum of Law in Support of Defendants' Motion *In Limine* To Preclude Reference to the Products In Issue as "Asbestos Products," and sufficient cause having been shown, it is

ORDERED, that counsel for the plaintiff show cause in IAS, part 11, Room 351, of the Supreme Court of New York, County of New York, located at 60 Centre Street, New York, New York, before the Honorable Joan A. Madden, J.S.C. on the ____ day of _____, 2007, at ____ __.m. or as soon thereafter as counsel may be heard, why an Order should not be entered granting the motion *in limine* of defendants Baxter Healthcare Corporation (alleged to be a successor in interest to American Hospital Supply Corp. and American Scientific Products), ManorCare Health Services, Inc. (alleged to be a successor in interest to Central Scientific Company, a division of Cenco, Inc.), Fisher Scientific International Inc., VWR International, Inc.

and Univar USA Inc. (collectively, "Defendants") to preclude reference to the products in issue as "asbestos products."

ORDERED, that service of copies of this Order to Show Cause and supporting papers be made to all parties before the _____ day of _____, 2007, by serving a copy thereof by hand delivery on counsel for plaintiff, Benjamin Darche, Esq., at Weitz & Luxenberg, and by first class mail to counsel for all remaining parties, such service shall be deemed sufficient notice.

ORDERED that the papers, if any, in opposition to this motion shall be served by hand delivery upon counsel for the moving defendants no later than ____ day(s) prior to the return date of this motion.

_____
Hon. Joan A Madden, J.S.C

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

NYCAL
I.A.S. Part 39

Index No. 114120-06

IN RE: NEW YORK CITY
ASBESTOS LITIGATION
--------------------------------------------------

CHRISTIAN F. HOLINKA,

                        Plaintiff,

-against-

A.W. CHESTERTON COMPANY, et al.,

                        Defendants.

## ORDER TO SHOW CAUSE FOR DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE REFERENCE TO "ASBESTOS PRODUCTS"

DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
(212) 248-3140

Attorneys for Defendant, BAXTER HEALTHCARE, INC.