SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------------x
                                :

In Re: NEW YORK CITY ASBESTOS LITIGATION  :    Hon. Joan A. Madden, J.S.C.
                                :    (Part 11)

------------------------------------------------------------x
This Document Relates To:                    :    Index No. 114120/06

CHRISTIAN HOLINKA,                  :

       Plaintiff                     :    **AFFIRMATION OF**
                                  :    **TIMOTHY J. FRASER, ESQ.**
      -against-                  :    **IN SUPPORT OF MOTION IN**
                                  :    **LIMINE TO PRECLUDE**
                                  :    **REFERENCE TO "ASBESTOS**
A.W. CHESTERTON COMPANY, et al.,      :    **PRODUCTS"**

      Defendants.                 :
------------------------------------------------------------x

TIMOTHY J. FRASER, being of full age, affirms under penalty of perjury as follows:

      1.     I am an attorney at law of the State of New York and am an associate at the law firm of Drinker Biddle & Reath LLP, attorneys for defendant Baxter Healthcare Corporation. I have personal knowledge of the facts set forth herein.

      2.     I submit this affirmation in support of the motion *in limine* of defendants Baxter Healthcare Corporation (alleged to be a successor in interest to American Hospital Supply Corp. and American Scientific Products) ("Baxter"), ManorCare Health Services, Inc. (alleged to be a successor in interest to Central Scientific Company, a division of Cenco, Inc.) ("ManorCare"), Fisher Scientific International Inc. ("Fisher"), VWR International, Inc. ("VWR") and Univar USA Inc. ("Univar") (collectively, "Defendants") to preclude reference to the products in issue as "asbestos products."

      3.     No previous application has been made for the same or similar relief sought herein.

4.      Exhibit A is a true and complete copy of Plaintiff's Responses to Defendants' Supplemental Interrogatories and Document Requests, dated June 21, 2007.

5.      Exhibit B is a true and complete copy of the transcript of the February 22, 2007 deposition of Christian Holinka.

6.      Exhibit C is a true and complete copy of Baxter's response to the form product identification interrogatories and document requests.

7.      Exhibit D is a true and complete copy of ManorCare's response to the form product identification interrogatories and document requests.

8.      Exhibit E is a true and complete copy of Fisher's response to the form product identification interrogatories and document requests.

9.      Exhibit F is a true and complete copy of VWR's response to the form product identification interrogatories and document requests.

10.     Exhibit G is a true and complete copy of Univar's response to the form product identification interrogatories and document requests.

11.     I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


_____
Timothy J. Fraser

Dated: August 22, 2007

Exhibit A

W E I T Z
&
L U X E N B E R G

A PROFESSIONAL CORPORATION

· L A W   O F F I C E S ·

180 MAIDEN LANE · NEW YORK, N.Y. 10038-4925
TEL. 212-558-5500          FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG ‡‡

ROBERT J. GORDON ‡‡

EDWARD S. BOSEK          ROBIN L. GREENWALD          HADLEY L. MATARAZZO ‡‡          FRANKLIN P. SOLOMON §          · Of Counsel
JOHN M. BROADDUS *       EDWARD J. MANN *            RICHARD S. McGOWAN * ‡‡ ‡   LEMUEL N. SROLOVIC          † Also admitted in CT
DANIEL G. BURKE          CATHERINE HEACOX ‡‡         C. SANDERS McNEW *●         SHERI L. TARR ·             †† Also admitted in FL
PATTI SILVERSTYN ‡‡      RENEE L. HENDERSON **       WILLIAM J. NUGENT            JAMES S. THOMPSON ‡‡        ‡‡ Also admitted in NJ
LISA NATHANSON BUSCH^    MARIE L. MANNIELLO ‡*       MICHAEL E. PEDERSON          JOSH VITOW                  § Also admitted in NJ
BRIAN BUTCHER ○          ERIK JACOBS                 ANGELA F. PACHECO ○          DOUGLAS D. VON OISTE ‡      ○ Also admitted in DC
DAVID A. CHANDLER        GARY R. KLEIN ‡‡            PAUL J. PENNOCK ‡            WILLIAM A. WALSH ‡‡        ◊ Also admitted in NJ and CT
EILEEN CLARKE            GLENN KRAMER ‡‡             STUART S. PERRY *           JOSEPH F. WILLIAMS          ^ Also admitted in NJ and PA
THOMAS COMERFORD ‡‡      JERRY KRISTAL *§            ELLEN RELKIN *&             NICHOLAS WISE               ● Also admitted in NJ and DC
ADAM R. COOPER           DEBBI LAIDAU               STEPHEN J. RIEGEL ‡‡                                    * Also admitted in DC and NJ
BENJAMIN DARCHE          ROBERTO LARACUENTE *        MICHAEL P. ROBERTS          ALLAN ZELKOVIC             & Also admitted in DC, VA
CHARLES M. FERGUSON      HANNAH LIM +               CHRIS ROMANELLI ‡‡          GLENN ZUCKERMAN            + admitted only in NJ
STUART R. FRIEDMAN       JAMES C. LONG, JR. ^●      DAVID ROSENBAND                                         ^ admitted only in DC, MD, PA and VA
STEVEN J. GERMAN ▲       VICTORIA MANIATIS ‡‡        JIM R. ROSS ○                                          = admitted only in CO
LAWRENCE GOLDHIRSCH **   CURT D. MARSHALL ‡          SHELDON SILVER *                                        ▲ admitted only in IL
                                                                                                            ● admitted only in TX

*Via Federal Express*                                                      June 21, 2007

Carol Tempesta, Esq.
Marks, O'Neil, O'Brien, & Courtney P.C.
530 Saw Mill River Road
Elmsford, NY 10523

Tim Fraser, Esq.
Drinker, Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ 07932

Greg Dadika, Esq.
Reed Smith LLP
136 Main Street- Suite 250
Princeton, NJ 08540-7839

Kristy K. Lyons, Esq.
Hoagland, Longo, Moran, Dunst & Doukas, LLP
40 Paterson Street
New Brunswick, NJ 08901

   Re: Holinka v. A.W. Chesterton Co.
   Index No. 114120-06

Dear Counsel:

   Please find enclosed responses to Defendant's Supplemental Set of Interrogatories and Document Requests. Feel free to contact me if you have any questions or concerns.

                                   Very Truly Yours,

                                   Benjamin Darche

RECEIVED
JUN 22 2007

215 South Monarch Street, Suite 202       210 Lake Drive East, Suite 101       76 South Orange Avenue, Suite 201       100 E. 15th Street, Suite 400
Aspen, CO 81611                           Cherry Hill, NJ 08002                 South Orange, NJ 07079                  Fort Worth, Texas 76102
(970) 925-6101                            (856) 755-1115                        (973) 761-8995                          (817) 885-7815

 2179-123

<u>SUPPLEMENTAL INTERROGATORIES</u>

1.    Identify all persons with knowledge of the manufacturer(s), brand name(s) or trade name(s) of the Bunsen burner pads that plaintiff allegedly used at the following sites, or that were supplied for use at the following sites during the time period in which plaintiff worked or studied at each site:

      A.    Booth Memorial Hospital

      B.    University of California, Berkley research laboratory where plaintiff worked from 1960 to 1962

      C.    University of California, Berkley laboratories where plaintiff too undergraduate courses

      D.    Hunter College;

      E.    University of California, Berkley research laboratory where plaintiff worked in 1964;

      F.    University of California, Berkley laboratory where plaintiff conducted his graduate research

      G.    State University of New York at Stony Brook;

      H.    Columbia University;

      I.    University of Southern California; and,

      J.    Mt. Sinai School of Medicine.

**Answer: Upon information and belief, at the present time, other than the plaintiff himself, no one. If at any time this changes, we will notify defense counsel immediately.**

2.    Identify all person with knowledge of the manufacturer(s), brand names(s) or trade(s) name of the heat-resistant mittens that plaintiff allegedly used at the following sites, or that were supplied for use at the following during the time period in which plaintiff worked or studied at each site:

A.    Booth Memorial Hospital

B.    University of California, Berkley research laboratory where plaintiff
      worked from 1960 to 1962

C.    University of California, Berkley laboratories where plaintiff too
      undergraduate courses

D.    University of California, Berkley research laboratory where plaintiff
      worked in 1964;

E.    University of California, Berkley laboratory where plaintiff conducted
      his graduate research

F.    State University of New York at Stony Brook;

G.    Columbia University;

H.    University of Southern California; and,

I.    Mt. Sinai School of Medicine.

**Answer:** Upon information and belief, at the present time, other than the
plaintiff himself, no one. If at any time this changes, we will notify defense counsel
immediately.

3.    Identify all persons with knowledge of the supplier(s) or distributor(s) of the

Bunsen burner pads that plaintiff allegedly used at the following sites, or that were supplied

for use at the following sites during the time period in which plaintiff worked or studied at

each site:

A.    Booth Memorial Hospital

B.    University of California, Berkley research laboratory where plaintiff
      worked from 1960 to 1962

C.    University of California, Berkley laboratories where plaintiff too
      undergraduate courses

D.    Hunter College;

E.    University of California, Berkley research laboratory where plaintiff
      worked in 1964;

F.  University of California, Berkley laboratory where plaintiff conducted his graduate research

G.  State University of New York at Stony Brook;

H.  Columbia University;

I.  University of Southern California; and,

J.  Mt. Sinai School of Medicine.

**Answer: Upon information and belief, no one at this time. If at any time this changes, we will notify defense counsel immediately.**

4.  Identify all persons with knowledge of the supplier(s) or distributor(s) of the heat-resistant mittens that plaintiff allegedly used at the following sites, or that were supplied for use at the following sites during the time period in which plaintiff worked or studied at each site:

A.  Booth Memorial Hospital

B.  University of California, Berkley research laboratory where plaintiff worked from 1960 to 1962

C.  University of California, Berkley laboratories where plaintiff too undergraduate courses

D.  University of California, Berkley research laboratory where plaintiff worked in 1964;

E.  University of California, Berkley laboratory where plaintiff conducted his graduate research

F.  State University of New York at Stony Brook;

G.  Columbia University;

H.  University of Southern California; and,

I.  Mt. Sinai School of Medicine.

**Answer: Upon information and belief, no one at this time. If at any time this changes, we will notify defense counsel immediately.**

## SUPPLEMENTAL DOCUMENT REQUESTS

You are hereby requested to produce the following documents and things:

1.      All written or recorded statements from any of the persons identified in response to the above interrogatories.

**Answer: None**

2.      All documents that relate, refer or pertain to the identity of the manufacturer(s), brand name(s) or trade name(s) of the Bunsen burner pads that plaintiff allegedly used at the following sites:

> A.    Booth Memorial Hospital
>
> B.    University of California, Berkley research laboratory where plaintiff worked from 1960 to 1962
>
> C.    University of California, Berkley laboratories where plaintiff too undergraduate courses
>
> D.    Hunter College;
>
> E.    University of California, Berkley research laboratory where plaintiff worked in 1964;
>
> F.    University of California, Berkley laboratory where plaintiff conducted his graduate research
>
> G.    State University of New York at Stony Brook;
>
> H.    Columbia University;
>
> I.    University of Southern California; and,
>
> J.    Mt. Sinai School of Medicine.

**Answer: None**

2.      All documents that relate, refer or pertain to the identity of the manufacturer(s), brand name(s) or trade name(s) of the heat-resistant mittens that plaintiff allegedly used at the following sites:

    A.    Booth Memorial Hospital

    B.    University of California, Berkley research laboratory where plaintiff worked from 1960 to 1962

    C.    University of California, Berkley laboratories where plaintiff too undergraduate courses

    D.    University of California, Berkley research laboratory where plaintiff worked in 1964;

    E.    University of California, Berkley laboratory where plaintiff conducted his graduate research

    F.    State University of New York at Stony Brook;

    G.    Columbia University;

    H.    University of Southern California; and,

    I.    Mt. Sinai School of Medicine.

Answer: None

4.    All documents that relate, refer or pertain to the identity of the supplier(s) or distributor(s) of the Bunsen burner pad that plaintiff allegedly used at the following sites:

    A.    Booth Memorial Hospital

    B.    University of California, Berkley research laboratory where plaintiff worked from 1960 to 1962

    C.    University of California, Berkley laboratories where plaintiff too undergraduate courses

    D.    Hunter College;

    E.    University of California, Berkley research laboratory where plaintiff worked in 1964;

    F.    University of California, Berkley laboratory where plaintiff conducted his graduate research

    G.    State University of New York at Stony Brook;

    H.    Columbia University;

      I.     University of Southern California; and,

      J.     Mt. Sinai School of Medicine

**Answer: None**

5.    All documents that relate, refer or pertain to the identity of the supplier(s) or distributor(s) of the heat-resistant mittens that plaintiff allegedly used at the following sites:

      A.    Booth Memorial Hospital

      B.    University of California, Berkley research laboratory where plaintiff worked from 1960 to 1962

      C.    University of California, Berkley laboratories where plaintiff too undergraduate courses

      D.    University of California, Berkley research laboratory where plaintiff worked in 1964;

      E.    University of California, Berkley laboratory where plaintiff conducted his graduate research

      F.    State University of New York at Stony Brook;

      G.    Columbia University;

      H.    University of Southern California; and,

      I.     Mt. Sinai School of Medicine.

**Answer: None**

6.    All Fischer Scientific catalogs in the possession of plaintiff or his attorneys.

**Answer: All catalogs possessed by plaintiff will be produced at plaintiff's office for defendants to copy at a mutually agreeable date and time.**

7.    All American Scientific catalogs in the possession of plaintiff or his attorneys.

**Answer: See answer 6.**

8.    All Van Waters & Rogers catalogs in the possession of plaintiff or his attorneys.

**Answer: See answer 6.**

9.    All Cenco catalogs in the possession of plaintiff or his attorneys.

**Answer: See answer 6.**

10.    All deposition or trial transcripts for any employee or former employee of Fisher Scientific.

**Answer: Upon information and belief, any transcript in plaintiff's possession has been provided to us by defense counsel in the current case.**

11.    All deposition or trial transcripts for any employee or former employee of American Scientific.

**Answer: Upon information and belief, none.**

12.    All deposition or trial transcripts for any employee or former employee of Van Water Rogers.

**Answer: Upon information and belief, the only deposition in our possession at this time is that of Martin Taylor in which defendants were present.**

13.    All deposition or trial transcripts for any employee or former employee of Cenco.

**Answer: Upon information and belief, the only deposition in our possession at this time is that of Martin Allen in which defendants were present.**

14.    All deposition or trial transcripts from matters involving claims of asbestos injury for any witness plaintiff intends to call as an expert witness in the case, including Dr. Jacqueline Moline.

Answer:  In light of the numerous times Dr. Moline has testified, please see the attached transcript of Dr. Moline's trial testimony from the Robert Croteau case, which addresses the likely defenses to be raised in the current matter.  In addition, if the defendants here intend to dispute Mr. Holinka's mesothelioma diagnosis, we will provide prior testimony transcripts of Dr. Strauchen.

Exhibit

B

Page 1

57

SUPREME COURT

ALL COUNTIES WITHIN THE STATE OF NEW YORK


IN RE:  NEW YORK CITY ASBESTOS LITIGATION




DEPOSITION UNDER ORAL

EXAMINATION OF

CHRISTIAN HOLINKA

(VOLUME II)




This Document Applies To:

CHRISTIAN HOLINKA

INDEX NO.:  114120-06




PRIORITY ONE COURT REPORTING SERVICES, INC.

899 Manor Road

Staten Island, New York  10314

(718) 983-1234

**Page 2**

58

1
2       Transcript of the deposition of the Plaintiff,
3   called for Oral Examination in the above-captioned
4   matter, said deposition being taken pursuant to
5   Federal Rules of Civil Procedure by and before
6   CHERYL F. BAREN, a Notary Public and Shorthand
7   Reporter, at the Offices of Weitz & Luxenberg, 120
8   Wall Street, New York, New York, on Thursday, February
9   22, 2007, commencing at approximately 10:30 in the
10  forenoon.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

60
1
2   DRINKER, BIDDLE & REATH, LLP
3       Attorneys for Defendant Baxter Health Care
        500 Campus Drive
        Florham Park, New Jersey 07932-1047
4   BY: TIMOTHY J. FRASER, ESQ.
5
6   HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
        Attorneys for Defendant Fisher Scientific
7       40 Paterson Street
        P.O. Box 480
8       New Brunswick, New Jersey 08903
    BY: KRISTY KULINA LYONS, ESQ.
9
10
11  McGIVNEY & KLUGER, P.C.
        Attorneys for Defendant Beckman Coulter
        80 Broad Street, 23rd Floor
12      New York, New York 10004
    BY: LAURA HOLLMAN, ESQ.
13
14
15  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
        Attorneys for Defendant A.W. Chesterton
        150 East 42nd Street
16      New York, New York 10017
    BY: TODD DESIMONE, ESQ.
17
18
19  MALABY, CARLISLE & BRADLEY, LLC
        Attorneys for Defendants Adience, CBS,
        and Kewaunee Scientific
20      150 Broadway
        New York, New York 10038
21  BY: DAVID P. SCHAFFER, ESQ.
        KOO LEE, ESQ.
22
23
24
25

**Page 3**

59
1
2   A P P E A R A N C E S :
3
4   WEITZ & LUXENBERG, P.C.
        Attorneys for Plaintiff
5       180 Maiden Lane, 17th Floor
        New York, New York 10038
6   BY: BENJAMIN DARCHE, ESQ.
7
8   DRINKER, BIDDLE & REATH, LLP
        Attorneys for Defendants VWR International,
9       Inc. and Univar USA, Inc.
        One Logan Square
10      18th and Cherry Streets
        Philadelphia, Pennsylvania 19103-6996
11  BY: DAVID F. ABERNETHY, ESQ.
12
13  REED SMITH, LLP
        Attorneys for Defendant Manor Health Care
14      Princeton Forrestal Village
        136 Main Street, Suite 250
15      P.O. Box 7839
        Princeton, New Jersey 08543-7839
16  BY: GREG A. DADIKA, ESQ.
17
18  PEHLIVANIAN, BRAATEN & PASCARELLA, LLC.
        Attorneys for Defendant Ingersoll Rand Co.
19      2430 Route 34
        Manasquan, New Jersey 08736
20  BY: SYLVIA K. LEE, ESQ.
21
22  DARGER & ERRANTE, LLP
        Attorneys for Defendant Lennox Industries
23      116 East 27th Street, 12th Floor
        New York, New York 10016
24  BY: CRAIG GLANTZ, ESQ.
25

**Page 5**

61
1
2   ANDERSON, KILL & OLICK, P.C.
        Attorneys for Defendants
3       Amchem and Certainteed
        1251 Avenue of the Americas
4       New York, New York 10020-1182
    BY: SANDRA STEINMAN, ESQ.
5
6
7   LEADER & BERKON, LLP
        Attorneys for Defendant DuPont
        630 Third Avenue, 17th Floor
8       New York, New York 10017
    BY: JUDITH A. JOSEPH JENKINS, ESQ.
9
10
11  DARGER & ERRANTE, LLP
        Attorneys for Defendant Lennox Industries
        116 East 27th Street, 12th Floor
12      New York, New York 10016
    BY: MICHAEL T. LEWANDOWSKI, ESQ.
13
14
                    *   *   *
15
16
17
18
19
20
21
22
23
24
25

Page 6

```
 1                 62
 2       IT IS HEREBY STIPULATED AND AGREED by and between
 3   the attorneys for the respective parties hereto that
 4   filing, sealing and certification of the within
 5   Examination Before Trial be waived; that all
 6   objections, except as to form, are reserved to the
 7   time of trial.
 8       IT IS FURTHER STIPULATED AND AGREED that the
 9   transcript may be signed before any Notary Public with
10   the same force and effect as if signed before a Clerk
11   or Judge of the Court.
12       IT IS FURTHER STIPULATED AND AGREED that the
13   within examination may be utilized for all purposes as
14   provided by the CPLR.
15       IT IS FURTHER STIPULATED AND AGREED that all
16   rights provided to all parties by the CPLR shall not
17   be deemed waived and the appropriate sections of the
18   CPLR shall be controlling with respect thereto.
19       IT IS FURTHER STIPULATED AND AGREED by and
20   between the attorneys for the respective parties
21   hereto that a copy of the Examination shall be
22   furnished, without charge, to the attorney
23   representing the witness testifying herein.
24
25
```

Page 7

```
 1            Christian Holinka      63
 2       C H R I S T I A N   H O L I N K A , the
 3   Plaintiff herein, after previously having been
 4   duly sworn by a Notary Public of the State of New
 5   York, was examined and testified as follows:
 6   CONTINUED DIRECT EXAMINATION
 7   BY MR. SCHAFFER:
 8       Q    Good morning, sir.
 9       A    Good morning.
10       Q    My name is David Schaffer, we met off the
11   record just a moment ago.  I am with the law firm of
12   Malaby, Carlisle and Bradley, and I am here to
13   continue the questioning that was started by my
14   colleague a couple of weeks ago, Cori Leavitt, who
15   could not be here.
16       I have read your transcript from the
17   testimony you gave a couple of weeks ago and I am
18   going to try not to repeat things.  To the extent that
19   I do, please bear with me and we will get through this
20   as quickly as we can.
21       The same ground rules that Ms. Leavitt went
22   over with you apply.  Please, wait until I finish my
23   question completely before you start your answer.  I
24   will afford you the same courtesy and wait for you to
25   finish your answer before I start my next question.
```

Page 8

```
 1            Christian Holinka      64
 2       If you do not understand any of my
 3   questions, will you be sure to tell me?
 4       A    Yes.
 5       Q    All of your responses do also have to be
 6   verbal because the Court Reporter over here cannot
 7   take down physical gestures or things like that.
 8       Have you had an opportunity to read the
 9   transcript or typed up version of the testimony that
10   you gave a couple of weeks ago?
11       A    Yes, I have.
12       Q    And in review of that, were there any
13   significant changes or alterations that you feel were
14   not properly reflected in the testimony you gave?
15       A    No significant changes.
16       Q    As was the case a couple of weeks ago, if
17   at the moment I ask you a question you do not know the
18   answer to it but then at some point later on it comes
19   to you, that is fine, just let us know and we will
20   deal with it at that time.  We want to make sure there
21   is an accurate record and give you every option to
22   make an accurate record.
23       Did you take any medications before coming
24   here today?
25       A    No.
```

Page 9

```
 1            Christian Holinka      65
 2       Q    When did you review the transcript of the
 3   last session?
 4       A    Today.
 5       Q    How long did you go over it?
 6       A    About ten minutes.
 7       Q    Besides possibly representatives of your
 8   law firm, did you talk with anyone else about the
 9   testimony you gave and plan to give today?
10       A    No.
11       MR. SCHAFFER:  Off the record.
12       (Discussion held off the record)
13       Q    It is my understanding, sir, that you came
14   to the United States in around 1956 after finishing
15   the boarding school in Oldenburg; is that right?
16       A    That's correct.
17       Q    Now, when you came to the United States,
18   what was the first employment that you had?
19       A    I worked briefly as an elevator operator
20   for about five weeks.
21       Q    And where was that job?
22       A    That was at the Commodore Hotel in New York
23   City.
24       Q    And was that in 1956?
25       A    Yes.
```

Page 10

```
1              Christian Holinka      66
2      Q    Do you know approximately when? Even a
3  season would be fine.
4      A    November of '56.
5      Q    And did that employment carry through into
6  1957?
7      A    No.
8      Q    Do you believe that you were exposed to
9  asbestos in any way while you were working as an
10 elevator operator?
11     A    I do not know.
12     Q    What were your duties as an elevator
13 operator?
14     A    Operate the elevator.
15     Q    Bringing individuals up and down the floors
16 of the hotel?
17     A    Yes.
18     Q    Did you run only the passenger elevators as
19 opposed to cargo elevators?
20     A    Only passenger.
21     Q    What was the next job that you held after
22 being an elevator operator?
23     A    United States Army.
24     Q    And when did you join the Army?
25     A    In November 1956.
```

Page 11

```
1              Christian Holinka      67
2      MR. DARCHE: Off the record.
3      (Discussion held off the record.)
4      Q    And you left the Army at what point, sir?
5      A    In 1959, July or August.
6      Q    And at that point, sir, did you hold any
7  other jobs before going on to UC Berkeley?
8      A    Yes.
9      Q    Can you tell me what was the next
10 employment you had after you were discharged?
11     A    Booth Memorial Hospital in New York, in
12 Queens.
13     Q    When did you start at Booth Memorial?
14     A    In late 1959, I think September.
15     Q    And if Ms. Leavitt did not give you this
16 instruction last time, I will give it to you now: To
17 the extent that I am asking you about things that
18 happened to some degree decades even in the past, if
19 there is a way that you can give me your best estimate
20 if you do not know precisely, that is fine,
21 understood? If you are just flat-out guessing, nobody
22 here wants you to do that. Tell me you do not know
23 and we will move forward. But we are entitled to a
24 best estimate and sometimes if you can tie things like
25 dates or events into either events in your personal
```

Page 12

```
1              Christian Holinka      68
2  life or events going on in the world, that helps us
3  work with a timeline a little bit.
4      A    Understood.
5      Q    How long did you work at Booth?
6      A    Three and a half months.
7      Q    What was your position there when you
8  started?
9      A    A laboratory technician.
10     Q    And did you hold that same position
11 throughout the entire time you were there?
12     A    Yes.
13     Q    What were your duties as a laboratory
14 technician?
15     A    Clinical chemistry, analysis of human
16 material serum, urine to an extent.
17     Q    Were you as a technician responsible for
18 screening for any particular types of illnesses or
19 problems with respect to the human materials?
20     A    No.
21     Q    Do you know if your screening involved the
22 screening of any contagions of any type?
23     A    No.
24     Q    You do not know?
25     A    No, I didn't screen for any contagious
```

Page 13

```
1              Christian Holinka      69
2  material.
3      Q    Who was your supervisor when you were
4  working at Booth?
5      A    Dr. Blaustein.
6      Q    Do you remember Dr. Blaustein's first name?
7      A    Ansel.
8      Q    Is Dr. Blaustein still alive, if you know?
9      A    No.  No, he's not still alive.
10     Q    I try not to ask questions in an ambiguous
11 fashion but please, clarify as you are doing.
12          Besides yourself were there other
13 laboratory technicians working alongside you with
14 similar duties?
15     A    The section head of the laboratory.
16     Q    And who was that?
17     A    Her name is Olga, first name, last name
18 Bzrorad. I'm going to try to spell it.
19     Q    Okay, thank you.
20     A    B-Z-R-O-R-A-D. I'm not sure of the
21 spelling.
22     Q    And is Olga still alive?
23     A    Yes -- I don't know but -- I don't know.
24     Q    When was the last time you had any contact
25 with her?
```

4  (Pages 10 to 13)

Page 14

```
1              Christian Holinka      70
2     A    In 1960.
3     Q    So, over 40 years ago?
4     A    Uh-huh.
5     Q    That is a yes, right?
6     A    Yes.
7     Q    So, was the chain of command you would
8   report to Olga and then Dr. Blaustein supervised
9   everybody?
10    A    Yes, that's correct.
11    Q    Did anybody else work with you at Booth
12  during that three and a half months?
13    A    Yes.
14    Q    Who else did?
15    A    I don't remember their names.
16    Q    Did they have duties similar to yours as a
17  lab technician?
18    A    Yes.
19    Q    What were your shift or hours typically?
20    A    Nine to five, day shift.
21    Q    Monday to Friday?
22    A    Yes.
23    Q    How did you get that job?
24    A    I applied for it at the hospital.  Being
25  trained in the Army as a medical laboratory
```

Page 15

```
1              Christian Holinka      71
2   technologist I was qualified.
3     Q    During the time that you were at Booth, do
4   you believe that you were exposed to asbestos in any
5   way?
6     A    Yes.
7     Q    Do you believe that you personally handled
8   any materials that contained asbestos while at Booth?
9     A    Yes.
10    Q    Can you tell me all the different types of
11  materials that you handled that you believe contained
12  asbestos when you worked there?
13    A    Bunsen burner pads that had a center round
14  asbestos component to diffuse the heat, distribute the
15  heat uniformly.  And heat mittens that were used to
16  handle hot glass work from drying ovens or otherwise
17  hot.
18    Q    How do you believe that you were exposed to
19  asbestos from the Bunsen burner pads at Booth?
20    A    The asbestos gradually becomes brittle due
21  to the high heat and the heat moves the air really and
22  one would expect that dust particles would be
23  generated.  Also once the Bunsen burner pad was no
24  longer usable because the center piece became brittle,
25  you dispose of it.
```

Page 16

```
1              Christian Holinka      72
2     Q    And replace it?
3     A    And replace it, yes.
4     Q    Can you give us any sort of a
5   quantification as to how long a Bunsen burner pad
6   would last?
7     A    It depends on the frequency of its use.
8   And usually a Bunsen burner is the principal heat
9   source of all the laboratories I've worked in.
10  Usually it's used pretty frequently, meaning certainly
11  daily, very frequently.  I would guess, and that's not
12  a precise answer, that certainly every few days you
13  would replace it.  But again, it depends upon the
14  frequency of use.
15    Q    Understood.  Would it also depend on the
16  temperature of the flame that was being used in any
17  application?
18    A    I would say the flame temperature is pretty
19  constant.  It's gas that comes right out of a burner.
20    Q    Do you know what the temperature of the gas
21  typically was out of those Bunsen burners?
22    A    No.  Interesting question.
23    Q    Do you know what the fuel source of the gas
24  was?
25    A    I would imagine the same fuel source that
```

Page 17

```
1              Christian Holinka      73
2   was used in households for gas flames.
3         MR. DARCHE:  Don't guess.
4     A    I don't know.
5     Q    And I am just asking you what you know.
6         How many Bunsen burners were in the lab
7   when you worked there?
8     A    Half a dozen.
9     Q    If there was an occasion as you described
10  that the pad had to be replaced, where would you get
11  the replacement pad from?
12    A    It was standard equipment at a laboratory.
13  There was a supply cabinet and I took it from there.
14    Q    Do you recall what the supply cabinet at
15  Booth looked like?
16    A    No.
17    Q    Do you recall what color the pads were at
18  Booth?  Let's start with the new ones first.
19    A    Well, the metal grid was grayish metal,
20  fine grayish metal, and the center round pad was tan,
21  whitish-tan, whitish-gray.
22    Q    And the metal portion, was that like a
23  mesh?
24    A    Yes.
25    Q    How far across in diameter would the pad
```

5 (Pages 14 to 17)

**Page 18**

```
1            Christian Holinka       74
2  section of that be?
3      A    About that wide. (Indicating)
4      Q    Which would be what, sir?  Since the Court
5  Reporter cannot take down that gesture.
6      A    About 3 1/2 inches.
7      Q    And did the material protrude from the
8  plane of the mesh both above and below it?  Do you
9  know what I mean?
10     A    Above, to my recollection mainly above.
11     Q    Any idea how thick the material was?
12     A    A few millimeters.
13     Q    Do you know the brand, trade or
14 manufacturer's name of any of the Bunsen burner pads
15 that you used at Booth Memorial?
16     A    There were standard suppliers to that lab
17 and later during my research career such as Fisher
18 Scientific, American Scientific, Senco, Van Waters and
19 Rogers.  Those were the major suppliers.
20     MS. LYONS:  Could you read that back,
21 please.
22     (Whereupon, at this time, the requested
23 portion was read back by the reporter)
24     Q    And with respect, sir, and just limiting
25 our question right now to the time you were at Booth,
```

**Page 19**

```
1            Christian Holinka       75
2  do you know what company supplied the pads that were
3  used at Booth?
4      A    No, I do not.
5      Q    The names that you gave me are names that
6  you associate with supplier's pads throughout your
7  career; is that right?
8      A    Yes.  And if I may say so, Booth was a job.
9  I walked in there in the morning, did my work unlike
10 later my scientific career, did my work and was not
11 really further involved in any of the details of the
12 laboratory.
13     Q    I understand.  Did you have any
14 responsibility for ordering any of the supplies that
15 were used at that lab?
16     A    No.
17     Q    Did you ever see any paperwork that
18 accompanied any of the supplies that were ordered at
19 the lab and present in the supply area?
20     A    No, I didn't.
21     Q    You indicated that you also used heat
22 mittens at Booth?
23     A    Yes.
24     Q    With what frequency would you use the heat
25 mittens?
```

**Page 20**

```
1            Christian Holinka       76
2      A    Daily.
3      Q    And I believe you said that you would use
4  them to handle hot glassware; is that right?
5      A    Yes.
6      Q    Did you use them for any other application?
7      A    No.
8      Q    Did the mittens that you used at Booth --
9      MR. SCHAFFER:  Withdrawn.
10     Q    When you first started using the mittens at
11 Booth, what did they look like?  Let's start with
12 color.
13     A    Tanish, light gray.  And they had a thumb
14 compartment and a compartment for the whole hand.
15     Q    So, they did not have individual fingers?
16     A    No.
17     Q    Did they cover just the hand or did they
18 run a length up your arm to some degree?
19     A    Including the wrist.  (Indicating)
20     Q    Did the gloves appear to be made of one
21 continuous piece or did they have a sleeve or anything
22 around the end of them by the wrist?  Do you
23 understand my question?
24     A    Yes.
25     Q    Okay.
```

**Page 21**

```
1            Christian Holinka       77
2      A    They did not have a sleeve to the best of
3  my recollection.
4      Q    Were there any words or logos or anything
5  of any nature printed on the gloves themselves that
6  you used at Booth?
7      A    Not to my recollection, no.
8      Q    Did they have a different material on their
9  inside as opposed to their outside?
10     A    By inside you mean inside the glove or on
11 the one side of the glove versus the other?
12     Q    Well, let me start with the portion of the
13 glove that you would slide your hand into that was
14 immediately contacting your skin, was that surface
15 similar to the surface that you would see on the
16 outside of the glove?
17     A    To the best of my recollection, yes.
18     Q    And was there a difference in the exterior
19 surface of the glove between the portion that covered
20 your palm as opposed to the portion that covered the
21 back of your hand?
22     A    To the best of my recollection, no.
23     Q    Do you have any information as to the
24 brand, trade, manufacturer's name or supplier of the
25 gloves that were used at Booth, specifically at Booth?
```

Page 22

Christian Holinka    78

1
2   A    They were standard suppliers that were used
3   by the laboratory.
4       Q    When you say standard suppliers, sir, let
5   me ask you as with the Bunsen burner pads, did you
6   have any responsibility to order the gloves that were
7   used at the lab?
8   A    No, I didn't.
9       Q    Do you know who did have that
10  responsibility?
11  A    No.
12      Q    And I can appreciate the fact that that was
13  just a job for you, sir, but specifically with respect
14  to Booth, do you know who manufactured or supplied any
15  of the gloves that you used there?
16  A    There were major suppliers for laboratory
17  equipment and those suppliers supplied a broad
18  spectrum of what was needed at the laboratory.
19      Q    Understood. But with respect to Booth, do
20  you know who specifically supplied the gloves you used
21  there?
22  A    No, I do not.
23      Q    Besides the gloves and the Bunsen burner
24  pads, do you believe you personally handled any other
25  types of materials at Booth that you think caused you

Page 23

Christian Holinka    79

1
2   to be exposed to asbestos?
3   A    I do not know.
4       Q    How long would a pair of gloves typically
5   last when you were using them?
6   A    Again, it depends on the use of course. I
7   cannot estimate.
8       Q    And as you sit here today, besides the pads
9   and the mittens -- I'm sorry, we have been calling
10  them gloves interchangeably.
11  A    Gloves, mittens, yes.
12      Q    Besides the pads and the mittens, are you
13  aware as you sit here today of any other way that you
14  may have been exposed to asbestos when you worked at
15  the lab at Booth?
16  A    No, I am not aware of any other way.
17      Q    Why did you leave the job at Booth?
18  A    Because I was accepted by the University of
19  California at Berkeley as an undergraduate student.
20      Q    And you went out to Berkeley and began your
21  study; is that right?
22  A    Yes.
23      Q    As an undergraduate student did you have
24  any major or particular field of study that you
25  pursued?

Page 24

Christian Holinka    80

1
2   A    Physiology and French literature.
3       Q    And did you get your undergraduate degree
4   in four years?
5   A    In two and a half years.
6       Q    Were you in a combined undergraduate and
7   Master's program?
8   A    No.
9       Q    Did you take classes 12 months of the year
10  to accelerate your graduation?
11  A    That's correct.
12      Q    During the time that you were taking
13  undergraduate classes at UC Berkeley, do you believe
14  that you were exposed to asbestos in any way?
15  A    Yes, I was.
16      Q    And again, limiting it to the two and a
17  half years that you were there as an undergraduate,
18  how do you believe that you were exposed to asbestos?
19  A    I worked part-time at a research laboratory
20  with standard equipment including, of course, Bunsen
21  burners, heat mittens.
22      Q    Besides the work part-time at the research
23  laboratory for those two and a half years, do you
24  believe that you were exposed to asbestos in any other
25  way while you were an undergraduate?

Page 25

Christian Holinka    81

1
2   A    Well, as part of your laboratory courses in
3   academia, you do experiments requiring Bunsen burners.
4       Q    Let's talk about then the part-time work
5   you did first. What was the name of the research
6   laboratory that you did the part-time work at?
7   A    Department of physiology.
8       Q    So, this was a lab that was affiliated with
9   the school?
10  A    Yes.
11      Q    When did you first start working there
12  part-time as an undergraduate?
13  A    In spring 1960.
14      Q    Did you work there continuously part-time?
15  A    Yes.
16      Q    For how long did you work there
17  continuously part-time?
18  A    Until mid-1962.
19      Q    And it was at that point that you had
20  completed your undergraduate work?
21  A    Yes.
22      Q    Where was the department of physiology lab
23  located?
24  A    At the Life Sciences Building on the main
25  campus, University of Cal Berkeley.

7 (Pages 22 to 25)

Page 26

Christian Holinka        82

1
2    Q    Do you know if that building is still
3    there?
4    A    Yes.
5    Q    It is?
6    A    Yes, it is.
7    Q    And when was the last time that you had an
8    opportunity to be in that building?
9    A    About a year and a half ago, two years ago.
10    Q    Did you have the opportunity to go to the
11    space where you worked out of in your last visit?
12    A    I had the opportunity but I did not go into
13    the laboratories. The building has been completely
14    changed and renovated.
15    Q    So, you understand that the physical layout
16    of the area where you were working part-time has
17    changed from the time that you were there?
18    A    Yes.
19    Q    When you were there can you give me an idea
20    of the size of the laboratory that you were in?
21    A    In square feet?
22    Q    Or by length and width, height, anything
23    you can do.
24    A    It was two different rooms about 4 to 600
25    square feet.

Page 27

Christian Holinka        83

1
2    Q    And did you work in both rooms?
3    A    Yes.
4    Q    Were the Bunsen burners in one room or both
5    rooms?
6    A    In both.
7    Q    How many Bunsen burners were in the rooms?
8    A    About two each.
9    Q    Did these Bunsen burners in their physical
10    appearance seem similar to those that you encountered
11    when you were at Booth?
12    A    Yes.
13    Q    How do you believe that you were exposed to
14    asbestos from the Bunsen burners as a part-time worker
15    at UC Berkeley?
16    A    As the flame when it was used frequently,
17    the insert became brittle, it generated dust and it
18    had to be exposed -- disposed of and replaced by
19    another pad.
20    Q    Was there anything different about the
21    nature you believe you were exposed from those Bunsen
22    burners at UC Berkeley as opposed to those you
23    encountered at Booth?
24    A    No.
25    Q    Did you ever have any responsibility for

Page 28

Christian Holinka        84

1
2    replacing these spent pads while you were working
3    part-time at Berkeley?
4    A    Yes.
5    Q    And where would you get the replacement
6    pads from?
7    A    The departmental supply cabinet.
8    Q    And thinking back to the lab at Berkeley,
9    where was that located?
10    A    At the Life Sciences Building in the
11    physiology department.
12    Q    Was it located within the physical space of
13    the two rooms that comprised the lab?
14    A    It was in a separate room, the supply room.
15    Q    Down a hallway or something like that?
16    A    Down a hallway, yes.
17    Q    How many times do you recall picking up
18    replacement pads?
19    A    I do not recall exactly.
20    Q    Was there --
21    A    An estimate is once every two or three
22    weeks.
23    Q    And the replacement process would entail
24    removing the old pad, then what would happen with it?
25    A    You dispose the old pad in general garbage,

Page 29

Christian Holinka        85

1
2    trash. There was to my knowledge no precaution
3    required at the time.
4    Q    In order to remove the pad, did you have to
5    remove any screws or snaps or anything to take it away
6    from the rest of the burner itself?
7    A    No, I didn't.
8    Q    Just lifted it right up and it went?
9    A    Yes.
10    Q    Do you know the brand, trade or
11    manufacturer's name first of any of the Bunsen burner
12    pads that you replaced at Berkeley?
13    A    I do not. We had standard suppliers and
14    the big suppliers were Fisher Scientific, American
15    Scientific, Van Waters and Rogers, Senco.
16    Q    How do you spell Senco?
17    A    S-E-N-C-O.
18    Q    Do you know that each of those companies
19    was a supplier of materials generally to the lab that
20    you worked at part-time?
21    A    Yes.
22    Q    How did you know that each of them supplied
23    materials of whatever nature?
24    A    They were major suppliers and I know they
25    were used for a number of materials for the

Page 30

Christian Holinka          86

1    laboratory.
3    Q    What I am trying to find out, sir, is why
4  you believe that those companies supplied materials of
5  any nature to that lab, how did you come into that
6  knowledge?
7    A    Because they were standard suppliers.
8    Q    How did you know that they were standard
9  suppliers?
10   A    Well, among other things I ordered from
11 them.
12   Q    When you were at the lab.
13   A    Yes.
14   Q    As a part-timer.
15   A    Yes.
16   Q    Did these companies have catalogs of their
17 material available?
18   A    Very conspicuously, yes.
19   Q    Did each one of those companies have
20 catalogs at the lab?
21   A    I do not specifically recall at Berkeley
22 during my undergraduate days.
23   Q    Did the physical appearance of the pads
24 that you used at Berkeley seem similar to those that
25 you encountered at Booth?

Page 31

Christian Holinka          87

1
2    A    Yes, they did.
3    Q    Same diameter of the pad area within the
4  mesh?
5    A    Yes.
6    Q    And same width too?
7    A    Yes.
8    Q    How often would you be required to use heat
9  mittens when you were part-time at the lab?
10   A    Several times a week.
11   Q    And for what application at the lab as a
12 part-time worker would you use the mittens?
13   A    To handle hot glass work.
14   Q    And where would the glass work be coming
15 from?
16   A    Standard glass work at the laboratory that
17 they used for research. Erlenmeyer flasks, other
18 flasks, beakers, standard glass material.
19   Q    What application would require you to use
20 the gloves to handle these standard pieces of
21 glassware?
22   A    When you have a flask you put it on the
23 Bunsen burner pad, you heat water or whatever liquid,
24 you swirl it, obviously you have to use the glove
25 because the glass is hot.

Page 32

Christian Holinka          88

1
2    Q    To transport it from point A to point B?
3    A    Or even to swirl it while it is being
4  heated.
5    Q    I see, to grab the flask itself?
6    A    To dissolve the material. And you also use
7  the mittens when you dry glassware in a hot drying
8  oven at very high temperatures and then you handle it.
9  If you want to cool it, you take it fast, you take it
10 out into the open space.
11   Q    Besides the Bunsen burners and the mittens,
12 do you believe that you personally used any other
13 materials that contained asbestos while part-time at
14 the lab?
15   A    I don't know.
16   Q    Is there anything that as you sit here
17 today leads you to believe that there was other
18 products that you handled that may have contained
19 asbestos there?
20   A    I don't know.
21   Q    Besides the products that you handled, do
22 you believe that you were exposed to asbestos in any
23 other way when you were working part-time at the lab?
24   A    I don't know.
25   Q    You cannot give me any other specific way

Page 33

Christian Holinka          89

1
2  that you think you may have been exposed to asbestos
3  when you were at the lab?
4        MR. DARCHE:  Objection to the form.
5        MR. SCHAFFER:  I will rephrase the
6  question.
7    Q    Looking back is there any other way that
8  you can think of at this time that you may have been
9  exposed to asbestos there?
10   A    I do not know what other equipment may or
11 may not have contained asbestos.
12   Q    Did you --
13   A    If yes then --
14       MR. DARCHE:  Don't guess.
15   Q    Going to the mittens for a moment, did
16 these resemble those that you had encountered at
17 Booth?
18   A    Yes.
19   Q    Was there anything different about their
20 physical appearance in terms of their color or their
21 size or anything at all that distinguished them from
22 those at Booth?
23   A    No, they were similar.
24   Q    Do you know specifically the brand, trade
25 or manufacturer of the mittens that were used when you

9  (Pages 30 to 33)

Page 34

Christian Holinka        90

1    were at the lab part-time?
2    A    No.
3    Q    Do you believe that they were supplied by
4    one of the companies that you have identified?
5    A    Yes.
6    Q    Do you know which of those companies, if
7    any, actually supplied the mittens while you were
8    there?
9    A    I do not know any specific company. Again,
10   they were standard suppliers.
11   Q    You said that as a part --
12   MR. SCHAFFER: Withdrawn.
13   Q    You said that while working there part-time
14   you had some responsibility for ordering supplies; is
15   that right?
16   A    Yes.
17   Q    Do you specifically recall ordering any
18   Bunsen burner pads?
19   A    No, I never did.
20   Q    Do you specifically recall ordering any
21   mittens while you were there part-time?
22   A    No, I never did order any.
23   Q    While you were there part-time, do you know
24   who had that responsibility when you were there?

Page 35

Christian Holinka        91

1    A    I don't know.
2    Q    Did you work with other people there?
3    A    No, I didn't.
4    Q    Were there other students who held
5    part-time positions similar to you?
6    A    Yes, at other laboratories.
7    Q    At other laboratories located on the
8    campus?
9    A    In the physiology department, yes, on the
10   campus.
11   Q    Were there additional laboratories in this
12   building where other students worked where you did not
13   work?
14   A    I don't know.
15   Q    Did the two room laboratory in the Life
16   Sciences Building have any specific name or room
17   number or designation or anything like that?
18   A    A room number.
19   Q    Yes.
20   A    Certainly.
21   Q    Do you remember what that was?
22   A    No.
23   Q    You mentioned also that you took lab
24   courses while you were an undergraduate.

Page 36

Christian Holinka        92

1    A    Yes.
2    Q    How many lab courses did you take?
3    MR. SCHAFFER: I'm sorry, I will withdraw
4    the question.
5    Q    My question is how many lab courses did you
6    take that you believe may have involved asbestos
7    exposure.
8    A    About a half a dozen.
9    Q    What type of courses were these?
10   A    Chemistry, physiology.
11   Q    Did you take these classes in the Life
12   Sciences Building?
13   A    In several buildings, physiology and the
14   Life Sciences Building.
15   Q    Were the physiology classes taken at least
16   in part in the same lab where you worked part-time?
17   A    No.
18   Q    Different space entirely?
19   A    Yes.
20   Q    Just going back for a moment to when you
21   were a part-time worker, about how many hours on
22   average did you put in there?
23   A    Between 12 and 20 hours a week.
24   Q    And who was your supervisor when you were

Page 37

Christian Holinka        93

1    there?
2    A    Dr. Cook.
3    Q    Do you know Dr. Cook's first name?
4    A    Sherburne.
5    Q    And is Dr. Cook still alive?
6    A    No.
7    Q    The classes that you took in chemistry and
8    physiology, how do you believe you were exposed to
9    asbestos through taking those classes?
10   A    The asbestos pad, as I said, when exposed
11   to high heat disintegrated eventually. There were
12   cracks in it and it generated fine dust. I did not
13   dispose, that was somebody else's job.
14   Q    So, it would have been through your use of
15   the Bunsen burners and these pads --
16   A    Yes.
17   Q    -- at times while taking these classes?
18   A    Yes.
19   Q    Was there a standard amount of Bunsen
20   burners present in the labs that you would take these
21   classes in?
22   A    One per workbench.
23   Q    Would you typically work at the same
24   workbench each class or would it just be random?

10  (Pages 34 to 37)

Page 38

Christian Holinka          94

1
2    A    In a given course the same workbench.
3    Q    Did you wind up taking different courses,
4  say in chemistry, that wound up being in the same room
5  but different work spaces?
6    A    I don't think the same room and, therefore,
7  also different work spaces.
8    Q    And then going to the physiology classes,
9  did you take different courses in physiology where you
10 used these Bunsen burners?
11   A    Yes.
12   Q    Were they all in the same classroom or
13 different classrooms?
14   A    Different laboratories.
15   Q    And different work spaces?
16   A    Yes.
17   Q    Do you know the brand, trade or
18 manufacturer's name of any of the pads that were used
19 on the Bunsen burners that you encountered in any of
20 these classes?
21   A    Of the pads, you're saying?
22   Q    Yes, of the pads.
23   A    I do not specifically know the brand names.
24   Q    Do you know who was the supplier of those
25 pads that you encountered specifically in those rooms?

Page 39

Christian Holinka          95

1
2    A    There were standard suppliers also to the
3  physiology department.
4    Q    As a student you did not have
5  responsibilities for ordering supplies, right?
6    A    No, I did not.
7    Q    Besides encountering the Bunsen burner
8  pads, are there any other ways that you think you were
9  exposed to asbestos during the course work that you
10 took at UC Berkeley?
11   A    We did use heat mittens but otherwise to my
12 knowledge, no.
13   Q    How often would you need to use a heat
14 mitten during the course of a class?
15   A    At a given session several times.
16   Q    Did you need to use them during every
17 session?
18   A    No.
19   Q    And a session or a period was how long,
20 sir, about?
21   A    Typically about twice a week for 12 weeks.
22   Q    And each session twice a week would be
23 about how long?
24   A    About three hours.
25   Q    And do you know the brand, trade or

Page 40

Christian Holinka          96

1
2  manufacturer's name of any of the mittens that you
3  used in any of these courses?
4    A    No.
5    Q    Were they similar in appearance to the
6  mittens that you encountered while working part-time
7  in the lab?
8    A    Yes, they were.
9    Q    Anything distinguishing in your mind about
10 them as opposed to what you saw in the lab?
11   A    To my knowledge, no.
12   Q    That is all I am asking is to your
13 knowledge.
14   A    Okay.
15   Q    Outside of the Bunsen burner pads and the
16 mittens, do you believe that you were exposed to
17 asbestos in any other way while taking the classes as
18 an undergraduate?
19   A    I do not know.
20   Q    Can you, as you sit here today, give me any
21 other specific way that you think you may have been
22 exposed to asbestos from the classes besides what you
23 told me?
24   A    No, I cannot.
25   Q    Besides the course work in the labs, are

Page 41

Christian Holinka          97

1
2  there any other ways that you believe that you were
3  exposed to asbestos as an undergraduate at UC Berkeley
4  through your studies as opposed to work?
5    A    I do not believe so.
6    Q    What degree did you get?
7    A    A BA.
8    Q    In what?
9    A    French literature and physiology as a
10 minor.
11   Q    After you graduated did you become employed
12 at the school?
13   A    No, I did not.
14   Q    What was your next, after you obtained your
15 undergraduate degree, what was next in your
16 professional career?
17   A    I started, I worked as a graduate student
18 in physiology, I was a graduate student in physiology.
19   Q    And when did you -- you graduated, I'm
20 sorry, undergrad in middle 1962?
21   A    Yes.
22   Q    And that would have been sometime in the
23 summer?
24   A    Yes.
25   Q    And did you go right into the graduate

Page 42

```
 1          Christian Holinka      98
 2   student program at that time?
 3      A   No, I did not.
 4      Q   What happened in between the time that you
 5   left undergrad and you started graduate studies?
 6      A   I was in New York part-time for a period of
 7   time not involving any laboratory.
 8      Q   Well, how long were you in New York after
 9   you finished undergrad?
10      A   For about six months.
11      Q   Taking us from when to when?
12      A   Taking us from the end of the year -- well,
13   there was a very brief period I was in medical school.
14      Q   Okay.
15      A   But not really in a major, about three
16   months.
17      Q   So, let's kind of break it down a little
18   bit more.  You finished your undergraduate degree in
19   the middle of 1962, and then you started med school,
20   would that be in the fall of 1962?
21      A   There is a kind of a hiatus.
22      Q   All right.
23      A   I was at Hunter -- from New York, from
24   Berkeley I was at Hunter College as a student for two
25   semesters.
```

Page 43

```
 1          Christian Holinka      99
 2      Q   Let me then, what I want to try to do, sir,
 3   is keep it as ordered chronologically as much as we
 4   can.  So, after you leave UC Berkeley --
 5      MR. SCHAFFER:  Withdrawn.
 6      Q   After you graduate from UC Berkeley, did
 7   you move to New York at that time?
 8      A   Yes, I did.
 9      Q   So, you moved to New York.
10      A   Yes.
11      Q   When do you get to New York approximately?
12      A   In the fall -- late summer of that year,
13   1962.
14      Q   From the time that you graduated until you
15   came to New York, did you work at all in California?
16      A   No.
17      Q   Why did you come to New York?
18      A   I like New York.
19      Q   And when you came to New York, is that when
20   you began your studies at Hunter?
21      A   Yes.
22      Q   Were those full-time studies?
23      A   Yes.
24      Q   And what degree or types of course work
25   were you pursuing at that time?
```

Page 44

```
 1          Christian Holinka      100
 2      A   Graduate work, graduate studies.
 3      Q   And you started that course work in the
 4   fall of 1962?
 5      A   Yes.
 6      Q   And you took it for two semesters?
 7      A   Yes.
 8      Q   That would take us into the late spring or
 9   early summer of 1963?
10      A   That's correct.
11      Q   What was the nature of the studies that you
12   were pursuing at Hunter at that time?
13      A   Biology.
14      Q   Were you accepted into a graduate program?
15      A   Yes.
16      Q   Do you believe that you were exposed to
17   asbestos in any of the courses that you took over
18   those two semesters at Hunter?
19      A   Yes.
20      Q   And how do you believe that you were
21   exposed to asbestos while attending the course work at
22   Hunter for those two semesters?
23      A   There was one chemistry laboratory that had
24   practical sessions, laboratory sessions.
25      Q   And how do you believe you were exposed to
```

Page 45

```
 1          Christian Holinka      101
 2   asbestos taking those sessions?
 3      A   By using Bunsen burners.  I do not recall
 4   using heat mittens.
 5      Q   What building was the laboratory in, if you
 6   know?
 7      A   On the Park Avenue building.
 8      Q   And was this one class that you took or
 9   more than one class in the laboratory?
10      A   I believe it was only one class.
11      Q   And do you know whether this was in your
12   first semester or second semester there?
13      A   I don't remember.
14      Q   How long did that class typically last?
15      A   One semester, approximately four months.
16      Q   And each week how many sessions and how
17   long were they?
18      A   I believe one session.
19      Q   And how many hours would the session be?
20      A   Three hours.
21      Q   And do you believe that you were exposed to
22   asbestos from the Bunsen burners at this laboratory in
23   a fashion similar to those that you described in your
24   prior employments and course work?
25      A   Yes.
```

12 (Pages 42 to 45)

Page 46

```
                    Christian Holinka    102
1
2     Q     Was there anything physically different
3     about the Bunsen burners there as opposed to ones you
4     had encountered before?
5     A     No.
6     Q     Do you know the brand, trade or
7     manufacturer's name of any of the Bunsen burners or
8     any of their components that you saw at the chemistry
9     lab at Hunter?
10    A     No.
11    Q     Do you know who supplied any of the Bunsen
12    burners or Bunsen burner components that you used
13    there at that lab?
14    A     No, I don't.
15    Q     Did you ever have to replace any of the
16    Bunsen burner pads there in a fashion similar to what
17    you told us before?
18    A     No, I did not.
19    Q     Are there any other ways --
20          MR. SCHAFFER:  Withdrawn.
21    Q     Are there any other ways that you believe
22    you were exposed to asbestos while attending school at
23    Hunter?
24    A     Not to my knowledge.
25    Q     Why did you stop attending Hunter?
```

Page 47

```
                    Christian Holinka    103
1
2     A     I was accepted to medical school.
3     Q     And what medical school?
4     A     McGill University, Montreal.
5     Q     And were you accepted to begin course work
6     in the fall of 1963?
7     A     That's correct.
8     Q     From the time you left your graduate
9     studies at Hunter until the time that you --
10          MR. SCHAFFER:  Withdrawn.
11    Q     Did you actually start medical school at
12    McGill?
13    A     Yes, yes, I did.
14    Q     From the time you left Hunter until the
15    time you went to Montreal to begin medical school,
16    what type of employment did you have, if any?
17    A     I did not have any employment.
18    Q     That summer you did not work?
19    A     Right.
20    Q     What did you do?
21    A     Read.
22    Q     To get ready --
23    A     Listen to music.
24          MR. DARCHE:  Could we take a quick break,
25    please.
```

Page 48

```
                    Christian Holinka    104
1
2          (Whereupon, at 11:20 A.M., a short recess
3     was taken)
4          (Back on the record at 11:30 A.M.)
5     Q     Sir, we are back on the record and I think
6     we had your chronology up to when you were starting
7     medical school at McGill in the fall of 1963.  You
8     told us that you were in medical school for
9     approximately three months?
10    A     That's correct.
11    Q     Until around the holiday season of 1953?
12    A     No, '63.
13    Q     I'm sorry, '63.
14    A     Early '64, I believe.
15    Q     Did you finish one semester there and start
16    another?
17    A     Yes.  I did not start another.
18    Q     During the time that you were there for
19    that one semester, what types of course work did you
20    take?
21    A     Mainly lecture courses and one laboratory
22    course.
23    Q     Do you believe that any of your course work
24    while you were attending medical school at McGill
25    caused you to be exposed to asbestos?
```

Page 49

```
                    Christian Holinka    105
1
2     A     No, I was not, I do not believe having been
3     exposed to asbestos.
4     Q     And did you leave medical school for
5     academic reasons?
6     A     No.
7     Q     Why did you leave medical school?
8     A     Because I didn't like the medical
9     curriculum.
10    Q     While you were attending medical school at
11    McGill, was there any time to hold part-time work?
12    A     No.
13    Q     And after you left medical school, what did
14    you do next?
15    A     I went back to Berkeley, California.
16    Q     You had mentioned at one point that you
17    were in New York part-time for about six months
18    although we had not discussed that yet, are we still
19    before that period of time happens?
20    A     We are before that period of time.
21    Q     So, you went back to Berkeley and --
22    A     And it was longer than six months.
23    Q     Then when you went back to Berkeley, what
24    did you do when you went back to Berkeley?
25    A     I worked at the same research laboratory
```

Page 50

Christian Holinka     106

1 that I had worked in as an undergraduate under
2 essentially the same conditions and the same space.
3
4     Q     Were you taking classes at this time when
5 you went back to Berkeley?
6     A     No.
7     Q     So, you were an employee of the school; is
8 that fair to say?
9     A     Yes.
10     Q     And when you went back to work at the lab
11 at Berkeley, it was in the same physical space, the
12 two rooms that you discussed in the Life Sciences
13 Building?
14     A     That's correct.
15     Q     As a full-time employee what was your shift
16 there?
17     A     Depended on the project. I worked
18 full-time essentially during the day.
19     Q     Let me ask --
20     A     But it was flexible.
21     Q     Let me ask it a different way:  On average
22 how many hours a week did you put in?
23     A     Forty hours.
24     Q     And how long did you hold this position as
25 an employee of the university working in the lab?

Page 51

Christian Holinka     107

1
2     A     Until approximately August of that year,
3 1964.
4     Q     Did you go right back to Berkeley after you
5 ended your studies at McGill?
6     A     Yes.
7     Q     So, the total time back at Berkeley is
8 somewhere in the seven or eight month range; is that
9 fair, sound about right?
10     A     So far, yes.
11     Q     Right.
12     A     Where we are now.
13     Q     Where we are now.
14     A     Yes.
15     Q     During the time that you were back at the
16 laboratory as an employee of the school working
17 full-time, do you believe that you were exposed to
18 asbestos?
19     A     Yes.
20     Q     Do you believe that you were exposed to --
21         MR. SCHAFFER:  Withdrawn.
22     Q     For this six month period how do you think
23 you were exposed to asbestos?
24     A     By Bunsen burner pads and heat insulating
25 mittens.

Page 52

Christian Holinka     108

1
2     Q     During this time that you were working for
3 the school at the lab, did you have responsibility for
4 ordering any of these materials that were used during
5 this period?
6     A     No, I did not.
7     Q     Was there anything different about the
8 Bunsen burner pads in terms of their physical
9 appearance during this employment as compared to those
10 you had seen previously?
11     A     No.
12     Q     Was there anything different about the
13 appearance of the mittens?
14     A     No.
15     Q     And do you know the brand, trade or
16 manufacturer's names of any of the pads that you
17 encountered during this time that you were employed by
18 the school up to 1964, August?
19     A     It was standard suppliers.
20     Q     But specifically with respect to the pads
21 that you used or encountered during that period in
22 1964, do you know who made or supplied them?
23     A     No, I don't.  But they were routinely
24 ordered from standard suppliers, the companies; Fisher
25 Scientific, American Scientific, Senco, Van Waters and

Page 53

Christian Holinka     109

1
2 Rogers.
3     Q     Do you know who had the responsibility for
4 ordering materials that were used during that time
5 period in 1964 that you worked working at the lab?
6     A     No, I do not.  They were centrally ordered.
7     Q     Do you know specifically the brand, trade
8 or manufacturer's name of the mittens that you used
9 during that time period in 1964?
10     A     No, I do not.
11     Q     Did you use or encounter both of those
12 materials --
13         MR. SCHAFFER:  Withdrawn.
14     Q     Was there anything different about the
15 frequency that you used these materials while you were
16 employed as opposed to that when you were working
17 part-time?
18     A     I used them proportionally more frequent.
19     Q     As a full-time person?
20     A     Yes.
21     Q     Who was your supervisor or the person you
22 reported to there?
23     A     Dr. Cook, Professor Sherburne S. Cook.
24     Q     How would you spell Sherburne?
25     A     S-H-E-R-B-U-R-N-E.

14  (Pages 50 to 53)

Page 54

```
1              Christian Holinka      110
2     Q    Are there any other -- as you sit here
3  today, do you believe that you were exposed to
4  asbestos in any other way working at the lab as a
5  full-time employee in 1964?
6     A    I do not know.
7     Q    You cannot tell me any other specific ways
8  at this time?
9     A    No.
10    Q    The number of burners were the same in both
11 rooms as you had seen before?
12    A    Yes.
13    Q    Was the attendant equipment the same as it
14 had been before?
15    A    Yes.
16    Q    What happened next after you were working
17 full-time in August of 1964?
18    A    I was accepted as a graduate student in
19 physiology by the University of California, Berkeley.
20    Q    And did you ultimately obtain your graduate
21 degree?
22    A    Yes.
23    Q    When did you get the graduate degree?
24    A    1968.
25    Q    When about?
```

Page 55

```
1              Christian Holinka      111
2     A    Summer, I think in August 1968.
3     Q    And what was the nature of the graduate
4  degree?
5     A    Physiology.
6     Q    Did you go to classes full-time during the
7  time period you were a graduate student?
8     A    I did full-time research and involving some
9  courses.
10    Q    During the time period August 1964 to
11 August 1968, did you hold any employment at all?
12    A    Yes.
13    Q    Were you working at the lab again?
14    A    No.  Perhaps it -- probably, if I may
15 suggest, it would be easier to go chronical.
16    Q    That would be fine and I would appreciate
17 that.
18         When you started in August of 1964, were
19 you taking courses full-time?
20    A    Courses and research full-time.
21    Q    And how long did that remain constant,
22 courses and classes full-time?
23    A    Until 1966.
24    Q    During the time 1964 to 1966, did you hold
25 any employment, did you work at all?
```

Page 56

```
1              Christian Holinka      112 .
2     A    No.
3     Q    Were you a full-time student?
4     A    Yes.
5     Q    Do you believe that you were exposed to
6  asbestos being a full-time graduate student from 1964
7  to 1966?
8     A    Yes, I was.
9     Q    And how do you believe you were exposed to
10 asbestos during that time period?
11    A    Bunsen burner pads and heat insulating
12 mittens.
13    Q    And were these items located within the
14 same Life Sciences Building laboratory that we have
15 been discussing?
16    A    Not the same laboratory but the same
17 building, the same floor.
18    Q    Then let's talk about the room that this
19 took place.  What did this laboratory look like, first
20 in terms of the number of rooms?
21    A    It was one room, a large laboratory.
22    Q    How many Bunsen burners were in there?
23    A    An estimated six to eight.
24    Q    Was there anything different about how
25 these Bunsen burners and their pads appeared as
```

Page 57

```
1              Christian Holinka      113
2  opposed to those you had encountered in the other lab
3  in the building?
4     A    No, there wasn't.
5     Q    Was there anything different about the
6  appearance of the mittens that you had encountered?
7     A    No, there wasn't.
8     Q    As a full-time graduate student you were
9  taking courses in the labs; is that right?
10    A    Courses in the classroom and research, my
11 own research project at the laboratory.
12    Q    Did you have to complete a dissertation of
13 some sort to get your degree?
14    A    Yes, I did.
15    Q    What was your dissertation?
16    A    Estrogen receptors in the hypothalamus of
17 the brain.
18    Q    And that required you to do research in the
19 lab in order to complete your paper?
20    A    Yes, I did.
21    Q    Did you have a faculty advisor that you
22 were required to report the status of your project to?
23    A    Yes, I did.
24    Q    And did that person work with you --
25         MR. SCHAFFER: Withdrawn.
```

Page 58

Christian Holinka    114

1
2     Q    Did that person have responsibility to be
3  with you while you were conducting the research side
4  of the paper?
5     A    She was the head of the laboratory and
6  supervised my research, the answer is yes.
7     Q    Who was that?
8     A    Dr. Paola Timiras. Should I spell it?
9     Q    Yes, that would be great.
10    A    First name P-A-O-L-A, last name
11 T-I-M-I-R-A-S.
12    Q    And would you have any information as to
13 whether she is still alive?
14    A    No, I don't.
15    Q    But the last time you would have spoken
16 with her had been when you were at the university at
17 some point?
18    A    No, it wasn't.
19    Q    When was it?
20    A    It was about six years ago.
21    Q    Where was she living at the time?
22    A    In Berkeley, California.
23    Q    Was she still at the school?
24    A    That was the occasion of her retirement but
25 she remained an active emeritus professor.

Page 59

Christian Holinka    115

1
2     Q    Do you know specifically the brand, trade
3  or manufacturer's name of any of the Bunsen burner
4  pads that you encountered while a graduate student
5  during this time period 1964 to 1966?
6     A    They were ordered from standard suppliers,
7  the names I have mentioned before.
8     Q    You were not responsible for doing the
9  ordering during this period?
10    A    No, I was not.
11    Q    Who was?
12    A    A simple supply person.
13    Q    I do not understand what that means. Can
14 you give me an idea what you are talking about when
15 you use that term?
16    A    Well, typically in the department there was
17 a technician who was responsible for supplies. If you
18 needed specific research supplies for your own
19 research, you looked at the catalog, Fisher
20 Scientific, the main catalogs, Van Waters and Rogers,
21 and picked out the things you needed very specifically
22 for your research. General supplies were ordered
23 centrally periodically because they were standard
24 supplies at each laboratory.
25    Q    And when you use the term "standard

Page 60

Christian Holinka    116

1
2  supplies," would it be fair to say that these were
3  items regularly used that would try to be kept in
4  stock for use in the labs?
5     A    That is correct to say.
6     Q    Was the stockroom that supported this other
7  one room lab you are in the same stockroom that
8  supported the lab we talked about before?
9     A    To an extent, yes, the answer is yes.
10    Q    Did you while you were a full-time graduate
11 student need to replace any of the pads?
12    A    Yes, I did.
13    Q    When you needed to replace them, where
14 would you go to get the replacement pads?
15    A    From the supply room.
16    Q    The same supply room we talked about?
17    A    Yes.
18    Q    Are there any other specific ways that you
19 believe that you were exposed to asbestos while
20 working at this lab from 1964 to 1966?
21    A    I do not know.
22    Q    As you sit here today, do you have any
23 reason to believe that you were exposed to asbestos in
24 any other way besides what you have told us with
25 respect to this lab?

Page 61

Christian Holinka    117

1
2     A    I do not know.
3     Q    You obtained your graduate degree in --
4     MR. SCHAFFER: Withdrawn.
5     Q    What happens in 1966?
6     A    In 1966 I was admitted to graduate school
7  at Berkeley in comparative literature.
8     Q    So, in 1966 did you get your graduate
9  degree in physiology?
10    A    Yes.
11    Q    And this was the degree that had the paper
12 you told us about associated with that.
13    A    Yes.
14    Q    And then you went on for another graduate
15 degree there?
16    A    Yes, I did.
17    Q    And did you get that second degree?
18    A    Yes, I did.
19    Q    And is that the degree you got in August of
20 1968?
21    A    Yes, that's correct.
22    Q    During the time that you were going for
23 this additional graduate degree, did you work at all?
24    A    As a teaching assistant.
25    Q    Did you do any work in the lab at all?

Page 62

1              Christian Holinka      118
2      A    No.
3      Q    Do you believe that you were exposed to
4   asbestos in any way from the time period 1966 to
5   August 1968?
6      A    I do not believe so but I don't know.
7      Q    We are in August of 1968 now.  Did you go
8   on to take any other classes at Berkeley once you had
9   obtained these two graduate degrees on top of your
10  undergraduate degree?
11     A    I continued as a graduate student.
12     Q    And were you continuing as a full-time
13  graduate student starting in August of 1968?
14     A    Yes.  Together with teaching as a teaching
15  assistant.
16     Q    And what types of course work were you
17  involved in as a teaching assistant?
18     A    French language.
19     Q    More associated with your literature
20  graduate degree?
21     A    Yes.
22     Q    And how long did you take additional
23  courses and also work as a teaching assistant?
24     A    And do library research until 1971.
25     Q    Did you obtain another degree?

Page 63

1              Christian Holinka      119
2      A    No, I didn't.  However, during that period
3   I had a stipend for a year in Paris and I do have a
4   certificate, a degree from the Sorbonne.
5      Q    From the time frame of August of 1968 until
6   1971, do you believe that you were exposed to asbestos
7   in any way?
8      A    I do not know but I don't believe so.
9      Q    Besides working as a teaching assistant,
10  did you hold any other for-pay employments during this
11  time period?
12     A    I taught intermittently language at the
13  Berlitz School and a course in literature in Berkeley
14  above the level of teaching assistant.
15     Q    And during that time period do you recall
16  holding any other jobs aside from what you told us?
17     A    No.
18         MR. SCHAFFER:  Off the record for one
19  second.
20         (Discussion held off the record)
21     Q    When did you finish this period of time in
22  your life when you were teaching literature and taking
23  graduate classes, you told us it was in 1971, I am
24  trying to find out when.
25     A    Yes.  In the spring semester ending in May

Page 64

1              Christian Holinka      120
2   or June.
3      Q    And after that what was the next thing that
4   you did in your life?
5      A    I was accepted as a graduate student in
6   biological sciences at the State University of New
7   York at Stony Brook.
8      Q    And how long did you attend graduate school
9   at SUNY Stony Brook?
10     A    Until 1974.
11     Q    What month did you finish there?
12     A    In July, end of June or July.
13     Q    Did you get a degree from SUNY Stony Brook?
14     A    Yes, I did.
15     Q    What was that degree?
16     A    PhD.
17     Q    In what?
18     A    Biological sciences.
19     Q    Was this full-time academic studies?
20     A    It was full-time academic studies but I
21  also worked part-time in addition.
22     Q    Where did you work part-time?
23     A    Columbia University Presbyterian Medical
24  Center, clinical chemistry.
25     Q    When did you start doing the part-time work

Page 65

1              Christian Holinka      121
2   at Columbia?
3      A    1971.
4      Q    Would it have been contemporaneous with the
5   course work at SUNY?
6      A    Yes, it was.
7      Q    Did you get the job through connections at
8   SUNY?
9      A    No, I did not.
10     Q    How did you come to get that job?
11     A    I applied personally through somebody, a
12  professor there who I knew.
13     Q    How long did you work in the clinical
14  chemistry department at Columbia University?
15     A    Until 1974.
16     Q    And was it basically employment there
17  continuous with the time that you were taking the
18  studies at SUNY Stony Brook?
19     A    Yes.
20     Q    During the time that you were out at Stony
21  Brook, do you believe that you were exposed to
22  asbestos while taking your studies?
23     A    Yes, I was.
24     Q    During the time that you were working for
25  Columbia, do you believe that you were exposed to

17  (Pages 62 to 65)

Page 66

Christian Holinka    122

1  asbestos?
2  A  Yes, I was exposed.
3  Q  We are going to break them both down then.
4
5  When you were taking the courses at SUNY
6  Stony Brook, did you also take course work during the
7  summers?
8  A  Yes.
9  Q  And how do you believe that you were
10  exposed to asbestos when you were taking the graduate
11  school studies at Stony Brook?
12  A  In my research for my degree.
13  Q  And how do you believe in conducting this
14  research you were exposed to asbestos?
15  A  Through Bunsen burner pads and heat
16  insulating mittens.
17  Q  With what frequency would you be --
18  MR. SCHAFFER:  Withdrawn.
19  Q  Did you handle both of these types of
20  items --
21  A  Yes.
22  Q  -- while you were at SUNY Stony Brook?
23  A  Yes, I did.
24  Q  With what frequency would you be handling
25  Bunsen burner pads?

Page 67

Christian Holinka    123

1
2  A  Regularly.
3  Q  Any way to quantify what "regularly" would
4  be?
5  MR. DARCHE:  Don't guess.
6  A  Daily, daily.  The days I was at the
7  laboratory obviously.
8  Q  Where was the laboratory that you used
9  these pads at SUNY Stony Brook?
10  A  In the anatomy department.
11  Q  Did you work out of one lab in the anatomy
12  department?
13  A  Yes.
14  Q  Do you know if that lab had any other type
15  of designation by room number or name or something
16  like that?
17  A  By room number, I don't recall the name.
18  Q  Was it the first floor, second floor or
19  something like that?
20  A  First floor.
21  Q  Describe for me what that lab looked like
22  first in terms of its dimensions.
23  A  Medium size, square feet I cannot estimate.
24  Q  Did it have work stations or tables?
25  A  About three large benches.

Page 68

Christian Holinka    124

1
2  Q  And how many Bunsen burners were in there?
3  A  I would estimate three.
4  Q  One per bench, you think?
5  A  Yes, pretty much.
6  Q  How do you believe that you were exposed to
7  asbestos from the Bunsen burner pads there?
8  A  As the Bunsen burner experienced heat, the
9  material degenerated, cracked and emitted dust.
10  Q  Did these pads that we are talking about
11  appear similar in their appearance to those that you
12  had encountered previous to that?
13  A  Yes, they did.
14  Q  Was there anything different about their
15  size, their shape, their consistency of the material
16  or anything else from those that you had encountered
17  previously?
18  A  To my knowledge, no.
19  Q  Did the circumference of the material
20  inside the mesh look the same to you?
21  A  Yes.
22  Q  Did you have to at any time replace those
23  pads that you encountered at the lab in the anatomy
24  department at Stony Brook?
25  A  Yes, I did.

Page 69

Christian Holinka    125

1
2  Q  And where would you go to get replacement
3  pads on those occasions?
4  A  The supply room in biology.
5  Q  And where would that be in relation to the
6  anatomy department that you were in?
7  A  That was in a different building.
8  Q  How often do you recall getting replacement
9  pads over that period of time that you were working
10  out of that lab?  I'm sorry, doing research out of
11  that lab.
12  A  About no more than once a month.
13  Q  Did the pads when you picked them up from
14  the supply area come packaged in any way?
15  A  No.
16  Q  How were they stored there?
17  A  I do not know how the supplier supplied
18  them.  I would --
19  Q  Let me see if I understand the process.
20  You would walk into the supply room and would there be
21  somebody there supporting the supply room?
22  A  Yes.
23  Q  And would you ask the person in there I
24  need X-Y-Z and that person would go get it?
25  A  Exactly, yes.

18  (Pages 66 to 69)

**Page 70**

Christian Holinka    126

1
2    Q    And you would not have an opportunity to
3    see how they were stored there, right?
4    A    No.
5    Q    Did you have any responsibility for
6    ordering any Bunsen burner pads when you were doing
7    your research at this lab?
8    A    No, I did not.
9    Q    Do you know the brand, trade or
10   manufacturer's name specifically of those pads that
11   were supplied to you and used there?
12   A    They were supplied by standard suppliers.
13   Q    I guess my question, sir, is if you did not
14   do the ordering of the supplies, do you know
15   specifically who supplied the --
16   A    Specifically I --
17   MR. DARCHE: I am going to object to the
18   form as being argumentative.
19   Q    And I do not mean to be argumentative, sir.
20   I am just trying to establish that you did not order
21   the pads, right?
22   A    That is correct.
23   Q    And was there anything about the pads
24   identifying who supplied them on the pad itself?
25   A    No, there wasn't.

**Page 71**

Christian Holinka    127

1
2    Q    No logos or writing --
3    A    No.
4    Q    -- or anything imprinted or embossed on the
5    material?
6    A    No.
7    Q    How often would you encounter the --
8    MR. SCHAFFER: Withdrawn.
9    Q    How often would you use the mittens when
10   you were doing your research at this lab?
11   A    About once every two days.
12   Q    Did you ever have to replace the mittens
13   that you were using at the lab?
14   A    Yes.
15   Q    And would you when you needed to get
16   replacement mittens go to the same supply person in
17   the supply room?
18   A    Yes.
19   Q    Do you know specifically the brand, trade
20   or manufacturer's name of the mittens that you used
21   there?
22   A    No.
23   Q    Do you know who supplied specifically those
24   mittens that you used there?
25   A    No.

**Page 72**

Christian Holinka    128

1
2    Q    Did those mittens appear similar to those
3    that you had encountered previously in your career?
4    A    Yes.
5    Q    They were one thumb and then one unit
6    covering all of the fingers?
7    A    That's correct.
8    Q    And did they go approximately the same way
9    up your hand?
10   A    That's correct.
11   Q    And in terms of their consistency and
12   color, everything was similar to that which you had
13   seen before?
14   A    Yes.
15   Q    Let me ask you with respect to the pads at
16   this anatomy department, why do you think that they
17   contained asbestos?
18   A    It was general knowledge that the centers
19   contained asbestos.
20   Q    And how did you first become aware of this
21   general knowledge that the center was asbestos?
22   A    I could not tell you the time.
23   Q    Can you tell me how you came to this
24   general knowledge?
25   A    Through colleagues, co-workers.

**Page 73**

Christian Holinka    129

1
2    Q    Did they specifically, whoever it was,
3    advise you that the material did contain asbestos?
4    A    No.
5    Q    Do you know what, if any, other materials
6    might provide the same sort of abilities as asbestos
7    that may have been used on these pads?
8    MR. DARCHE: Objection.
9    Q    But did you understand my question, sir?
10   A    Yes.
11   Q    You can answer the question then.
12   A    Can I?
13   Q    Yes.
14   A    No, I don't know.
15   Q    And why do you believe that the mittens
16   that you used at the anatomy department contained
17   asbestos?
18   A    I believe it was specified in the catalog,
19   "asbestos mittens."
20   Q    You did not have the responsibility for
21   ordering the mittens, right?
22   A    No, I did not.
23   MR. DARCHE: Objection, asked and answered.
24   If I object wait for me to object before
25   you answer.

19 (Pages 70 to 73)

Page 74

Christian Holinka    130

1
2    Q    When was the first time that you came to
3    believe that the mittens that you were using contained
4    asbestos?
5    A    I do not recall the exact time.
6    Q    Can you give me, looking back up to where
7    we are right now, whether it was before you were
8    taking your course work at SUNY Stony Brook or after
9    that?
10    MR. DARCHE:  I am just going to object.
11    Don't guess.
12    The witness has already testified as to
13    what he recalls.
14    MR. SCHAFFER:  Well, I am asking him the
15    basis for his recollection that they actually
16    were asbestos.
17    MR. DARCHE:  So ask him that.
18    Q    Why do you believe the mittens --
19    MR. DARCHE:  You already asked him that.
20    MR. SCHAFFER:  Right.
21    Q    And my question is when was the first time
22    that you came to the belief that mittens that you used
23    contained asbestos.
24    MR. DARCHE:  I am just going to object to
25    the form.

Page 75

Christian Holinka    131

1
2    You can answer, if you can.
3    A    I do not recall the exact time.
4    Q    And this is one of those times, sir, that I
5    am entitled to probe a little further and try and get
6    a best estimate as to when you came to this knowledge.
7    MR. DARCHE:  But don't guess.
8    Q    Right, nobody is asking you to guess.
9    A    I would have to guess.
10    Q    That is fair.  Nobody wants you to.
11    When you would receive the mittens from the
12    supply person, did they come packaged in any way?
13    A    No, not to my knowledge.
14    Q    And would you have any understanding as to
15    how long a pair of mittens would last when you were
16    doing your research at SUNY Stony Brook?
17    A    Relatively long because I was the only
18    person at the laboratory, that's the only person using
19    them. Relatively long, I would guess four months.
20    Q    And when the mittens got to a point where
21    you felt that they had to be replaced, what would you
22    do with them?
23    A    I would dispose of them and get a new one,
24    set from the supply room.
25    Q    As you sit here today are there any other

Page 76

Christian Holinka    132

1
2    specific ways that you believe you were exposed to
3    asbestos when you were doing your research work at the
4    SUNY Stony Brook anatomy department lab?
5    A    I do not know.
6    Q    Was the physical layout of the benches and
7    equipment that may have been in the lab constant from
8    when you first started doing your research there until
9    when you left?
10    A    Yes.
11    Q    Can you estimate how many hours per week
12    you would put in part-time at the Columbia University
13    clinical chemistry department during the time you were
14    there?
15    A    Approximately 12 hours.
16    Q    And this was located where on Columbia
17    Presbyterian's grounds?
18    A    The main building on 168th Street.
19    Q    What floor was the area where you worked?
20    A    I don't remember.
21    Q    Was it in a laboratory as well?
22    A    Yes.
23    Q    And did you work in this one laboratory the
24    entire --
25    A    Yes.

Page 77

Christian Holinka    133

1
2    Q    -- time that you were working there?
3    A    Yes.
4    Q    And how do you believe you were exposed to
5    asbestos there?
6    A    I used Bunsen burners and heat insulating
7    mittens.
8    Q    While you were doing this part-time work at
9    Columbia, did you have responsibility for ordering
10    either of those materials that you used?
11    A    No, I did not.
12    Q    Did you use any other materials in the
13    course of your part-time work there that you believe
14    caused you to be exposed to asbestos?
15    A    I do not know.
16    Q    Do you believe that you were exposed to
17    asbestos from the Bunsen burner pads in a fashion
18    similar to that as you told us at the other places you
19    talked about?
20    A    That's correct.
21    Q    Anything different about the way you think
22    you were exposed?
23    A    No.
24    Q    Was there anything different physically
25    about how the Bunsen burner pads looked as opposed to

20  (Pages 74 to 77)

Page 78

Christian Holinka    134

1  what you encountered before?
2     A    No.
3     Q    While you were doing the part-time work at
4  Columbia University, did you have to on occasion
5  replace the pads?
6     A    Yes.
7     Q    How many times did you do that?
8     A    I want to modify this. They were replaced,
9  I did not replace them myself.
10    Q    How would the replacement process work
11  there then?
12    A    I do not know.
13    Q    Would it be a situation where you would
14  show up one day and it would appear to be a new pad
15  present?
16    A.   Yes.
17    Q    Do you know where the new pads would come
18  from?
19    A    I don't.
20    Q    Did you have to replace any of the heat
21  mittens that was used there at any time?
22    A    No.
23    Q    The heat mittens that you used there, how
24  often would you use them?

Page 79

Christian Holinka    135

1     A    No more than once every two weeks.
2     Q    You told us that you averaged about 12
3  hours a week there during this part-time work?
4     A    Yes.
5     Q    Would that be broken over one day or
6  several days or how did that typically fall?
7     A    Two days.
8     Q    Two six-hour days on average?
9     A    Yes.
10    Q    Perhaps --
11    A    That makes it 18 hours a week, I worked
12  from midnight to nine in the morning.
13    Q    So, you worked there three times a week,
14  midnight to nine?
15    A    Twice a week.
16    Q    The lab was open continuously?
17    A    Yes, sure.
18    Q    Do you know the brand, trade or
19  manufacturer's name of the mittens that you used at
20  Columbia Presbyterian?
21    A    No, I do not.
22    Q    Do you know the brand, trade or
23  manufacturer's name of the Bunsen burner pads that
24  were present at Columbia?

Page 80

Christian Holinka    136

1     A    I do not.
2     Q    Can you tell me any other specific ways
3  that you believe you may have been exposed to asbestos
4  while working part-time at Columbia University?
5     A    No, I cannot tell you.
6     Q    In 1974 you got your PhD; is that right?
7     A    Yes.
8        MR. SCHAFFER:  Off the record for a second.
9        (Discussion held off the record)
10    Q    In July of 1974 you get your degree from
11  SUNY Stony Brook, your PhD and what happens next in
12  the course of your professional career?
13    A    I became a post-doctoral fellow at the
14  University of Southern California.
15    Q    And was this at Berkeley again or --
16    A    Los Angeles.
17    Q    And how long were you a post-doctoral
18  fellow?
19    A    Until 1977.
20    Q    And what types of things did you do as a
21  post-doctoral fellow there?
22    A    Biological research and teaching.
23    Q    What portion or percentage of your time was
24  dedicated to research as opposed to teaching?

Page 81

Christian Holinka    137

1     A    About 90 percent research, 90 to 95
2  percent.
3     Q    When you were doing your research, did you
4  conduct it in one particular area of USC Los Angeles?
5     A    Yes. At the Gerontology Building.
6     Q    And where within the Gerontology Building
7  did you do this research?
8     A    Second floor.
9     Q    What were the dimensions or the layout of
10  the space you worked out of?
11    A    Four rooms, variable size ranging from an
12  estimated 400 square feet to 800 square feet,
13  estimated.
14    Q    And were these rooms comprised of both
15  offices and laboratories?
16    A    Offices were separate.
17    Q    So, the four rooms, were they all labs?
18    A    Yes.
19    Q    Did you work in all of those rooms?
20    A    Yes.
21    Q    Did you have graduate assistants working
22  with you during this time period?
23    A    Yes, I did.
24    Q    What were their names of some of these

21 (Pages 78 to 81)

Page 82

Christian Holinka    138

1
2 people?
3    A    Monty Heckland (phonetic), undergraduate
4 assistant.
5    Q    Anybody else?
6    A    Not as undergraduate or graduate assistant.
7    Q    How about any other people who assisted you
8 in any way?
9    A    You usually had to do the research
10 yourself. James Nelson.
11    Q    And what was his position or how did he
12 help you?
13    A    Graduate student.
14    Q    Anybody else?
15    A    No.
16    Q    During the time that you were working at
17 USC Los Angeles in the Gerontology Building, do you
18 believe you were exposed to asbestos?
19    A    Yes.
20    Q    In what ways do you believe you were
21 exposed to asbestos there?
22    A    Through Bunsen burner pads and heat
23 insulating mittens.
24    Q    Were there Bunsen burners present in each
25 of the four rooms that you were conducting your

Page 83

Christian Holinka    139

1
2 research in?
3    A    Yes.
4    Q    How many were in each room?
5    A    An estimated two to five.
6    Q    Did the room that you worked out of have
7 any other numerical designation or name that you can
8 recall?
9    A    Room numbers I do not recall.
10    Q    Not named in honor of somebody or
11 so-and-so's lab or anything like that?
12    A    I believe one or two were.
13    Q    As you sit here today, do you know who they
14 may have been referring to?
15    A    No.
16    Q    Were there similar labs on the same floor
17 of that building?
18    A    Yes.
19    Q    Did you have a responsibility as a
20 post-doctoral fellow for ordering any of the Bunsen
21 burner pads that you used there?
22    A    No, I did not.
23    Q    Did you have a responsibility for ordering
24 any of the heat mittens that you used there?
25    A    No.

Page 84

Christian Holinka    140

1
2    Q    Did the Bunsen burner pads that you used
3 there appear similar in their shape and color when
4 compared to the ones you had encountered earlier in
5 your career?
6    A    Yes.
7    Q    Was there anything physically different
8 about them that you can recall at this time as opposed
9 to the others?
10    A    No.
11    Q    Do you know the brand, trade or
12 manufacturer's name of those Bunsen burner pads?
13    A    No.
14    Q    Do you know who specifically supplied those
15 pads that you used as a post-doctoral fellow at the
16 Gerontology Building?
17    A    We had standard suppliers, I do not know
18 which individual standard supplier supplied them.
19    Q    Did you need to get replacement pads on
20 occasion during those three years you were doing
21 research?
22    A    Yes.
23    Q    Where would you get them from?
24    A    From the laboratory supply cabinet.
25    Q    Which would have been located where?

Page 85

Christian Holinka    141

1
2    A    At the laboratory in one of the four rooms.
3    Q    Did you personally obtain new pads on
4 occasion during the three years that you were doing
5 research?
6    A    Yes, I did.
7    Q    And you would go to the storage area and
8 take them yourself?
9    A    Yes.
10    Q    When you would take them out, did they come
11 in any sort of packaging?
12    A    No.
13    Q    They were loose?
14    A    Not to my recollection, no.
15    Q    Your recollection is they were loose?
16    A    Yes.
17    Q    Stacked on top of each other or lined up
18 side by side?
19    A    I believe stacked on top of each other.
20    Q    Did you ever see any paperwork indicating
21 who specifically supplied those pads that you used
22 there?
23    A    I did not.
24    Q    Do you recall a replacement stock of these
25 pads coming in and being placed in that storage area?

22 (Pages 82 to 85)

Page 86

|   |   | Christian Holinka        142 |
|---|---|---|
| 1 |   | Christian Holinka        142 |
| 2 | A | Not specifically, no. |
| 3 | Q | Did you ever encounter a situation there |
| 4 | where you had run out of pads and had to arrange to |
| 5 | have more pads brought over? |
| 6 | A | No. |
| 7 | Q | Did you use one set of mittens during the |
| 8 | three years there or more than one set? |
| 9 | A | Set, you mean -- |
| 10 | Q | Pair. |
| 11 | A | -- individual -- |
| 12 | A | Pair I guess is the best way to put it. |
| 13 | A | Many more than one. May I add something? |
| 14 | Q | Yes, absolutely. |
| 15 | A | To an extended response to your question |
| 16 | about collaborators. |
| 17 | Q | Yes. |
| 18 | A | The chief technician helped the laboratory. |
| 19 | Q | Who was that? |
| 20 | A | Heinz; H-E-I-N-Z, Osterburg; |
| 21 | O-S-T-E-R-B-U-R-G. |
| 22 | Q | Did Mr. Osterburg have the responsibility |
| 23 | for ordering any replacement supplies? |
| 24 | A | Yes. |
| 25 | Q | Did you ever have a conversation with |

Page 87

1           Christian Holinka        143
2  Mr. Osterburg advising that the lab or labs needed
3  more pads or mittens?
4     A   No.
5     Q   If you needed a replacement pair of
6  mittens, would you get them from the same supply area
7  located in one of those labs?
8     A   Yes.
9     Q   Do you recall how the replacement mittens
10 were stored in this area?
11    A   No.
12    Q   Was there anything different about the
13 physical appearance of these mittens as opposed to
14 mittens that you had encountered earlier in your
15 career?
16    A   No.
17    Q   Can you tell me any other specific type of
18 materials that you believe contained asbestos that you
19 handled there?
20    A   No, I cannot tell you.
21        MR. DARCHE: Just one second.
22        (Discussion held off the record)
23    Q   Did Mr. Heckland and Mr. Nelson and
24 Mr. Osterburg also use these types of materials in the
25 course of supporting you in your research?

Page 88

1           Christian Holinka        144
2     A   Yes.
3     Q   When was the last time you were in touch
4  with Mr. Heckland?
5     A   About three months ago, four months ago.
6     Q   Is Mr. Heckland aware of your current
7  physical situation?
8     A   Yes.
9     Q   Did you have any discussions with
10 Mr. Heckland about the types of products that you used
11 together while you were at USC Los Angeles?
12    A   No.
13    Q   Did you have any discussion with respect to
14 any products that may have contained asbestos?
15    A   No.
16    Q   Where does he currently live?
17    A   In Baltimore.
18    Q   When was the last time you spoke to
19 Mr. Nelson?
20    A   An estimated three years ago.
21    Q   Did you ever have any discussions with
22 Mr. Nelson about any asbestos-containing components
23 that were in any of the labs where you were?
24    A   No.
25    Q   And Mr. Osterburg, is he still alive?

Page 89

1           Christian Holinka        145
2     A   Yes.
3     Q   Where is he currently?
4     A   In Los Angeles.
5     Q   When was the last time you spoke with him?
6        MR. DARCHE: Three years ago.
7     A   About half a year ago.
8        MR. SCHAFFER: We talked about Mr. Nelson
9  before.
10       MR. DARCHE: Sorry about that.
11       MR. SCHAFFER: We are talking about
12 Osterburg.
13       MR. DARCHE: Sorry about that.
14    Q   Is Mr. Osterburg aware of your physical
15 condition?
16    A   Yes, I told him.
17    Q   Did you and he have any discussions whether
18 there were any materials or products in the labs that
19 may have exposed you to asbestos?
20    A   We did not talk about it.
21    Q   Is there anyone that you have talked about
22 with respect to your time at USC LA?
23    A   USC, please.
24    Q   I'm sorry, forgive me.
25    A   Two different universities.

Page 90

Christian Holinka    146

1  
2    Q    My apologies.
3        Have you ever discussed the brand, trade or
4    manufacturer's names of any of the materials that you
5    believe contained asbestos that you encountered at USC
6    besides with representatives from your law firm?
7    A    No.
8        MR. DARCHE:  Off the record.
9        (Discussion held off the record)
10    Q    Sir, I forgot to ask you, where does
11   Mr. Nelson currently live?
12    A    San Antonio, Texas.
13    Q    Separate and apart from your research that
14   you did at USC, do you believe that you were exposed
15   to asbestos when you were doing the teaching aspect of
16   your post-doctoral fellow work out there?
17    A    I do not know but I do not think so.
18    Q    And did that work result in any additional
19   degrees of any type as a post-doctoral fellow?
20    A    No.
21    Q    When in 1977 did you leave USC LA?
22    A    In July.
23        MR. DARCHE:  How are you feeling?
24        THE WITNESS:  Okay.
25        MR. SCHAFFER:  Let's go off the record a

Page 91

Christian Holinka    147

1  
2    second.
3        (Discussion held off the record)
4        (Whereupon, at 12:20 P.M., a lunch recess
5    was taken)
6        (Back on the record at 1:25 P.M.)
7    Q    Sir, we are back on the record and I just
8    want to go back over one or two things before we move
9    forward to your time at Mount Sinai if I may.
10    A    Yes.
11    Q    And I am not sure if I have asked you this
12   question before or if my colleague did or did not, so
13   if I did I apologize.
14        With respect to the mittens that you used
15   when you were at the lab at USC Los Angeles, do you
16   know who specifically manufactured them?
17    A    No, I do not.
18    Q    Do you know who specifically supplied those
19   mittens that you used at that location?
20    A    No, I do not.
21    Q    Let's move forward, your next job was
22   where?
23    A    May I make a small addition to a previous
24   statement?
25    Q    Yes.

Page 92

Christian Holinka    148

1  
2    A    Regarding the diameter of the asbestos
3    inset to the Bunsen burner covers, the diameter
4    probably was closer to 8 inches.  I said 3 or 4, I
5    believe, I thought in the metric system and it was
6    closer to 8 inches.
7    Q    And let me then ask you this:  If the
8    diameter of the pad was 8 inches, what was the length
9    across of the meshing itself when you counted all the
10   meshing?
11    A    An estimated 1 more inch on each side, so
12   it would be about 10 inches.
13    Q    And were those mesh pieces typically square
14   or rectangular?
15    A    Typically square.
16    Q    After the lunch break looking back, is
17   there anything else that you need to amplify or
18   correct from this morning's testimony?
19    A    No, there isn't.
20    Q    Why did you leave the fellow position at
21   USC?
22    A    I had a job offer at Mount Sinai School of
23   Medicine in New York City.
24    Q    How did you come to get that offer?
25    A    At a scientific meeting.

Page 93

Christian Holinka    149

1  
2    Q    And when did you start at Mount Sinai?
3    A    August 1977.
4    Q    And how long did you work there?
5    A    Until July 1989.
6    Q    And what was your position there?
7    A    Initially an instructor and then assistant
8    professor in obstetrics, gynecology and reproductive
9    science.
10    Q    How long would you have been an instructor
11   first there at Mount Sinai approximately?
12    A    Approximately two to three years.
13    Q    And the balance of the time that you were
14   there approximately nine or ten years was as an
15   assistant professor?
16    A    Yes.
17    Q    As an instructor there what were your hours
18   typically, if there was such a thing?
19    A    Forty to sixty hours.
20    Q    And would you teach classes both day and
21   night as needed?
22    A    I did not regularly teach classes at Sinai
23   except one or two years a part of a course in
24   reproductive biology to medical students.
25    Q    I'm sorry, I misinterpreted what you meant

24  (Pages 90 to 93)

Page 94

Christian Holinka        150

1  by instructor then. Can you tell me what your duties
2  were as an instructor?
3
4     A    Research, the principal duties were
5  research.
6     Q    When did you conduct the research as an
7  instructor there?
8     A    During the period 1977 to '89.
9     Q    When you were an instructor, yes.
10    A    When I was an instructor and thereafter
11 when I was an assistant professor.
12    Q    Where physically within the premises of
13 Mount Sinai did you do the research work as an
14 instructor?
15    A    The Annenberg Building, 20th floor.
16    Q    And was there a separate portion of the
17 floor such as a lab or other area within the 20th
18 floor that you worked at?
19    A    Yes. There were several laboratories on
20 the floor.
21    Q    Did you work in one of them or all of them?
22    A    Principally in two different rooms.
23    Q    And did these rooms have any numerical or
24 other designation?
25    A    Yes.

Page 95

Christian Holinka        151

1
2     Q    What were they called, if you remember?
3     A    I don't remember.
4     Q    And did you work in both of these rooms
5  during the time that you held the position of
6  instructor?
7     A    Yes.
8     Q    Do you believe that you were exposed to
9  asbestos at Mount Sinai in the course of your work as
10 an instructor those first two or three years?
11    A    Yes.
12    Q    And how during that time period do you
13 believe you were exposed to asbestos?
14    A    By asbestos pads, Bunsen burner pads and
15 mittens.
16    Q    Did you work yourself with the pads as an
17 instructor?
18    A    Yes.
19    Q    And what would you do with them?
20    A    Well, you use them all the time for heating
21 the agents, heating water, heating media. It was the
22 only heat source at the laboratory.
23    Q    Did you have on occasion the need to
24 replace the pads that you were using when you were an
25 instructor?

Page 96

Christian Holinka        152

1
2     A    Yes.
3     Q    Over the two or three years, can you
4  estimate how many times you would have replaced the
5  pads?
6     A    About once every two months.
7     Q    You said that there were two rooms, did
8  both of these rooms have Bunsen burners?
9     A    Yes.
10    Q    Can you tell me how many were in each room?
11    A    Correction, three rooms.
12    Q    Fair enough.
13    A    When we did histology work I used a
14 different room.
15        The answer to your question, between two
16 and five.
17    Q    Were there more Bunsen burners in the
18 histology room or not, if you know?
19    A    About the same.
20    Q    Now, was there anything different about the
21 physical appearance of these Bunsen burner pads that
22 you used there as opposed to those that you had
23 encountered prior in your career?
24    A    No.
25    Q    Did these pads have any words or logos or

Page 97

Christian Holinka        153

1
2  printing or anything on them that would identify their
3  manufacturer?
4     A    They did not.
5     Q    Or their supplier.
6     A    They did not.
7     Q    As an instructor did you have the
8  responsibility for ordering any pads that were used at
9  Mount Sinai?
10    A    No.
11    Q    If you needed to pick up a replacement pad
12 at Mount Sinai, where would you go?
13    A    There was a central room for supplies for
14 the laboratory.
15    Q    Was that also located on the 20th floor?
16    A    Yes. It was really a large set of cabinets
17 in one of the laboratories.
18    Q    Was it located in one of the three rooms
19 that you were in as an instructor?
20    A    In one, yes.
21    Q    If I asked you which one could you tell me?
22    A    I believe a storage unit.
23    Q    Do you know which particular room it was in
24 or you believe it was in one of them?
25    A    I think it was in one.

25 (Pages 94 to 97)

Page 98

```
 1        Christian Holinka      154
 2    Q   When you would go to this storage area, did
 3 you see how the pads were kept in it?
 4    A   I saw it but I don't remember whether they
 5 were stacked or next to each other.
 6    Q   And do you recall if there was any
 7 packaging associated with any of these new pads that
 8 you would take?
 9    A   I don't remember.
10    Q   Do you know the brand, trade or
11 manufacturer's name of any of those pads?
12    A   I do not know a specific brand.
13    Q   Do you know who supplied those pads to
14 Mount Sinai during those years that you were an
15 instructor?
16    A   Well, we had basically four suppliers,
17 Fisher Scientific, Van Waters and Rogers, American
18 Scientific, Senco.  They were big catalogs, they
19 looked like a book with in the back their names.  And
20 there were other companies also that I don't recall
21 who supplied highly specific parts, supplies but those
22 were the main companies and we may even have had a
23 standing account with one, two or three of them.
24    Q   When you say "we," are you talking about
25 Mount Sinai itself or your particular department where
```

Page 99

```
 1        Christian Holinka      155
 2 you worked?
 3    A   In my department, my laboratory.
 4    Q   If there was such a standing type of
 5 relationship within your department, who within your
 6 department would have been the contact to deal with
 7 with respect to that?
 8    A   The main person, Dr. Gurpide.
 9    Q   Doctor who?
10    A   Erlio; E-R-L-I-O, G-U-R-P-I-D-E.
11    Q   And is Dr. Gurpide still alive?
12    A   Yes.
13    Q   Is he still at Mount Sinai?
14    A   No.
15    Q   Do you know where he lives?
16    A   I don't.  He's in a retirement home
17 somewhere in the midwest.
18    Q   When would have been the last time you had
19 occasion to have any contact with him?
20    A   About ten years ago, eight years ago
21 probably.
22    Q   How often would you use the mittens as an
23 instructor at Mount Sinai?
24    A   Regularly.
25    Q   Can you define that?
```

Page 100

```
 1        Christian Holinka      156
 2    A   Once a day, whenever there was something
 3 hot to touch, once a day, once every two days, twice a
 4 day.
 5    Q   Did the physical appearance of these
 6 mittens to you seem the same as those as you had
 7 encountered earlier in your career?
 8    A   Yes.
 9    Q   Was there anything different about what
10 those mittens looked like as compared to the earlier
11 ones?
12    A   Not to my recollection, no.
13    Q   Besides those mittens did you use any other
14 types of gloves or mittens during your time as an
15 instructor?
16    A   No.
17    Q   Do you know the brand, trade or
18 manufacturer's name of any of those mittens that you
19 used while you were an instructor?
20    A   No.
21    Q   Do you know specifically who supplied any
22 of those mittens that you used as an instructor?
23    A   Specific suppliers I don't know.
24    Q   And you have mentioned four companies that
25 you believe generally provided supplies --
```

Page 101

```
 1        Christian Holinka      157
 2    A   Yes.
 3    Q   -- when you were in that position.
 4    A   Yes.
 5    Q   Can you tell me any other ways that you
 6 specifically believe that you were exposed to asbestos
 7 while you were working as an instructor in these three
 8 rooms in the Annenberg Building?
 9    A   No, I cannot.
10    Q   Did you have a supervisor or some sort of a
11 boss that you had to report to for those two or three
12 years?
13    A   Dr. Gurpide.
14    Q   Did you typically work alone or with other
15 people?
16    A   I had a technician for most of the period.
17    Q   And what was the technician's name?
18    A   Mila de la Pena; MILA, D-E, L-A, and
19 capital P-E-N-A.
20    Q   And is that assistant still alive?
21    A   Yes.
22    Q   And do you know -- is it he or she?
23    A   She.
24    Q   Do you know where she currently lives?
25    A   Somewhere on Long Island, I don't know the
```

26  (Pages 98 to 101)

Page 102

```
 1            Christian Holinka      158
 2  town.
 3     Q    Do you know if she is still affiliated with
 4  Sinai?
 5     A    No, she's not.
 6     Q    Do you know who she works for?
 7     A    She works for her own company not related
 8  to clinical research or not related to laboratories.
 9     Q    She has her own business?
10     A    Yes.
11     Q    You told us that after two or three years
12  your position changed and you became an assistant
13  professor; is that right?
14     A    Yes.
15     Q    And that was the position you held the
16  balance of your time at Mount Sinai?
17     A    Yes.
18     Q    During your career there as an assistant
19  professor, do you believe that you were exposed to
20  asbestos?
21     A    Yes.
22     Q    And in what ways do you believe you were
23  exposed to asbestos during that nine to ten year
24  period?
25     A    Via pads, Bunsen burner pads and heat
```

Page 103

```
 1            Christian Holinka      159
 2  insulating mittens.
 3     Q    As an assistant professor did you typically
 4  hold classes in one location or in a variety of
 5  locations on the campus?
 6     A    I gave guest lectures on the campus but not
 7  full classes, not full courses.
 8     Q    As an assistant professor were your duties
 9  different than those of an instructor that you had
10  told us about?
11     A    No, they were not.
12     Q    Basically a change in pay or a change in
13  grade; is that right?
14     A    Yes, that's correct.
15     Q    Did your use of the pads increase, decrease
16  or stay approximately the same during the time period
17  that you were an assistant professor?
18     A    Stayed approximately the same.
19     Q    Did your use of the mittens decrease,
20  increase or stay about the same?
21     A    Stayed about the same.
22     Q    Did you have any additional technicians
23  that assisted you over these nine years besides the
24  woman you mentioned before?
25     A    No.
```

Page 104

```
 1            Christian Holinka      160
 2     Q    She stayed with you the entire time?
 3     A    Almost the entire time for about nine
 4  years, something like that.
 5     Q    And did Dr. Gurpide maintain the position
 6  of your supervisor the entire time you were there?
 7     A    Yes, he did.
 8     Q    And just so the record is clear, do you
 9  know the brand, trade or manufacturer's name of any of
10  the pads that you would have used during this time
11  period?
12     A    No, I do not.
13     Q    Do you know the brand, trade or
14  manufacturer's name of any of the gloves that you used
15  during this time period?
16     A    No, I don't.
17     Q    Do you specifically know which of the
18  companies supplied either of those products to your
19  lab when you were working there in that position?
20     A    Specifically I don't but we had standard
21  suppliers.
22     Q    And you mentioned when you were --
23            MR. SCHAFFER:  Withdrawn.
24     Q    When you were doing the assistant professor
25  position, was that located within the same premises on
```

Page 105

```
 1            Christian Holinka      161
 2  the 20th floor of the Annenberg Building?
 3     A    It was.
 4     Q    Did you ever work anywhere else at Mount
 5  Sinai during the entire time that you were there
 6  outside of teaching courses in the halls?
 7     A    No, I did not.
 8     Q    And when you were teaching the courses in
 9  the halls, do you have any reason to believe you were
10  exposed to asbestos during that --
11     A    No, I do not have any reason.
12     Q    So, it was physically in Mount Sinai where
13  you are alleging asbestos exposure on the 20th floor
14  of the Annenberg Building.
15     A    Yes.
16     Q    When was the last time you were up there?
17     A    About two years ago.
18     Q    Did you have an opportunity to view a
19  portion of the floor where you used to work?
20     A    Yes, I did.
21     Q    And in terms of its physical layout
22  currently, is it the same, different or something
23  else?
24     A    It has slightly changed.
25     Q    Did you get a chance to see the layout of
```

27 (Pages 102 to 105)