**Page 106**

Christian Holinka     162

1
2 the rooms that you specifically worked in where you
3 say the Bunsen burners were?
4     A    Well, one room they may have converted into
5 offices, I believe, and one other laboratory I saw
6 still was used as a laboratory.
7     Q    During the time that you worked there as
8 the assistant professor, did the physical layout of
9 the Bunsen burners change in any way?
10     A    No.
11     Q    Were any added or removed during that time
12 period?
13     A    To the best of my knowledge, no.
14     Q    And what did you use the mittens for there?
15     A    To handle hot glassware.
16     Q    Associated with the burners?
17     A    Associated with the burners and associated
18 with hot glassware from drying ovens.
19     Q    Are there any other ways that you believe
20 that you were exposed to asbestos from working at
21 Mount Sinai as an assistant professor in this lab
22 besides those we have talked about?
23     A    Not to my knowledge, no.
24     Q    During the time that you worked there, were
25 you aware of any program of asbestos abatement or

**Page 107**

Christian Holinka     163

1
2 removal of any products from the 20th floor?
3     A    No, I was not.
4     Q    Or within the Annenberg Building itself.
5     A    No, I was not.
6     Q    Did the physical appearance of the pads
7 from the last time you used them seem substantially
8 similar to that when you first encountered them years
9 ago?
10     A    They were substantially similar.
11     Q    Were there any physical differences that
12 you could note from the last time that you used them
13 at Mount Sinai from the first time that you used them?
14     A    No.
15     Q    Why did you leave Mount Sinai?
16     A    May I make an additional remark during that
17 period?
18     Q    Yes, sir.
19     A    If it's relevant. I had for two years an
20 adjunct professorship at NYU entirely teaching and for
21 one year at Fordham University entirely teaching.
22     Q    We have some records of your Social
23 Security printout and they indicate that you were at
24 Fordham apparently in 1978, 1979 and 1981; does that
25 sound about right?

**Page 108**

Christian Holinka     164

1
2     A    It does, yes. They know it better than I.
3     Q    Well, that's fair enough. Let me ask you
4 with respect to any of the time that you were at
5 Fordham, all of those jobs would have been of an
6 academic teaching nature?
7     A    That's correct.
8     Q    And not any lab work?
9     A    No.
10     Q    And do you allege any asbestos exposure
11 during the time you were working at Fordham?
12     A    Not to my knowledge.
13     Q    Was this the campus that was up in the
14 Bronx?
15     A    No. It was the Lincoln Center Building.
16     Q    And you said you were also at NYU --
17     A    Yes.
18     Q    -- for a period of time teaching classes?
19     A    Yes.
20     Q    The records we have indicate that you may
21 have been there in 1979 and 1980 and then again in
22 1987; does that sound about right?
23     A    That sounds about correct, yes.
24     Q    With respect to all of those employments,
25 were they all of an academic teaching nature?

**Page 109**

Christian Holinka     165

1
2     A    That's correct, yes.
3     Q    Do you believe that you were exposed to
4 asbestos in any way during any of your employments
5 with New York University?
6     A    Not to my knowledge.
7     Q    As long as we have this, let me just go
8 back a second and go over some other employers if I
9 may. Do you remember working for a place called The
10 Continental House back in the 1950's? A real brief
11 employment.
12     A    The Continental House, that was the
13 Commodore Hotel.
14     Q    That is at least what you associate it
15 with.
16     A    Yes.
17     Q    Do you remember working for someone called
18 Charles Shaw in about 1959?
19     A    No, I don't.
20     Q    We have an address of Indianapolis,
21 Indiana.
22     A    That's the year I got out of the Army, I
23 worked at Booth Memorial.
24     Q    It does not ring any bells?
25     A    No.

28  (Pages 106 to 109)

Page 110

```
             Christian Holinka      166
 1
 2    Q    Did you ever work for the Board of
 3  Education for the City of New York in the late 1970's?
 4    A    No.
 5    Q    Or you do not remember it at least if you
 6  did.
 7    A    I would remember if I did.
 8    Q    Why did you leave Mount Sinai?
 9    A    It was increasingly more difficult to
10  obtain grant support at the time and on the basis of
11  my numerous publications in reproductive medicines, I
12  applied to the pharmaceutical industry.
13    Q    When did you start publishing articles with
14  respect to reproductive literature?
15    A    Well, in the broader sense reproductive
16  biology, my first publication at Berkeley, I think it
17  appeared in 1969.
18    Q    And what did it appear in?
19    A    Endocrinology.  It's a professional
20  journal.
21    Q    Let's take the time period from that up
22  until when you left Mount Sinai, approximately how
23  many articles did you publish or have published?
24    A    Well, original research, probably '55.
25    Q    Were they all generally associated with
```

Page 111

```
             Christian Holinka      167
 1
 2  reproductive biology?
 3    A    They were all associated with reproductive
 4  biology ranging from hormone metabolism to
 5  physiological changes in animals.
 6    Q    What types of journals or publications did
 7  these articles show up in?
 8    A    Professional journals, the Journal of
 9  Steroid Biochemistry and Molecular Biology, Biology of
10  Reproduction.  There was one or two more I don't
11  remember at the moment.
12    Q    Since your time at Mount Sinai, have you
13  continued to publish original works?
14    A    (No verbal response given)
15    Q    If you do not understand the question, I
16  can try to rephrase it.
17    A    I understand the question but I do not have
18  a ready answer.  The answer is basically yes.
19    Q    Would those be articles that would be
20  appearing in the same types of journals that you
21  mentioned?
22    A    They were more medically related articles
23  or the latest publication came out two, three months
24  ago.
25    Q    What was that in?
```

Page 112

```
             Christian Holinka      168
 1
 2    A    And that was in Climacteric, which is an
 3  international journal for post-menopausal medicine.
 4    Q    Have you ever written any articles with
 5  respect to the subject of asbestos or any asbestos
 6  related illnesses or diseases?
 7    A    No.
 8    Q    When you were at Mount Sinai, were you
 9  aware of any physicians there who had a specialty in
10  pneumonconioses or other breathing related illnesses?
11    A    I was not.
12    Q    Since your time at Mount Sinai, have you
13  become aware of any physicians there who do have such
14  specialties?
15    A    Well, now I know or a few years ago
16  Dr. Selikoff, who is a major name or was a major name
17  in the field, but there was no interaction.
18    Q    Was he there when you were there?
19    A    I believe he was.  I don't know when he
20  retired.
21    Q    In any event your work there had nothing to
22  do with whatever work he was doing?
23    A    None.
24    Q    Or any work that was being done by his
25  assistants or adjunct or support staff.
```

Page 113

```
             Christian Holinka      169
 1
 2    A    No.
 3    Q    Who was your next employer after you left
 4  Mount Sinai then?
 5    A    Organon, Inc.
 6    Q    O-R-G-A-N-O-N?
 7    A    Yes.
 8    Q    And how long did you work for Organon?
 9    A    1989 to 1992.
10    Q    What did you do for them?
11    A    I started as a director in reproductive
12  medicine, hormonal replacement therapy and then was
13  the head of reproductive medicine research.
14    Q    And this was, is it fair to say,
15  pharmaceutical company that developed medications for
16  those types of things?
17    A    Yes.
18    Q    Do you have any reason to believe that you
19  were exposed to asbestos during the time that you
20  worked with Organon?
21    A    No, I do not.
22    Q    You did not do any lab work at all of any
23  nature?
24    A    No.
25    Q    What was your next employer after Organon?
```

Page 114

Christian Holinka        170

1
2    A    Johnson and Johnson, Robert Wood Johnson
3    Pharmaceutical Research Institute.
4    Q    I'm sorry, backing up to Organon, where did
5    you work out of for them?
6    A    West Orange, New Jersey.
7    Q    When you worked for Johnson and Johnson,
8    where was that?
9    A    Raritan, New Jersey.
10   Q    How long did you work for Johnson and
11   Johnson?
12   A    1992 to '96.
13   Q    What positions did you hold there for them?
14   A    Assistant director in Endocrinology and
15   metabolism.
16   Q    And that was the only position?
17   A    That was the only position.
18   Q    Do you have any reason to believe that you
19   were exposed to asbestos during the time that you
20   worked at Johnson and Johnson?
21   A    No, I have no reason to believe that.
22   Q    What was your next employer?
23   A    Kyowa Hakko Kogio.
24   Q    I have K-Y-O-W-A, right?
25   A    Yes.

Page 115

Christian Holinka        171

1
2    Q    Do you have any idea how to spell --
3    A    The rest?  I should know.  H-A-K-K-O and
4    new word Kogio; K-O-G-I-O.
5    Q    That's close enough if that's not right.
6         How long did you work for Kyowa?
7    A    Nine months.
8    Q    What did you do for them?
9    A    Clinical research.
10   Q    Did you hold a position?
11   A    Director of pharmaceutical development.
12   Q    Do you believe that you were exposed to
13   asbestos as there?
14   A    No, I don't.
15   Q    During the time that you were employed
16   by --
17   A    I should say I don't believe so.  I don't
18   know whether I was but I don't think so.
19   Q    Nothing as you sit here today comes to you
20   and says maybe I was exposed through this?
21   A    In this case?
22   Q    Yes, in this case right here.
23   A    I do not believe so, no.
24   Q    Now, during the time that you worked for
25   these last few outfits, Organon and Johnson and

Page 116

Christian Holinka        172

1
2    Johnson and Kyowa, did you receive additional
3    compensation for either products you helped develop or
4    any other additional incomes besides the salary that
5    you would have been earning from these companies?
6    A    No, I did not.
7    Q    Did you have any self-employment outside of
8    the work that you were doing for these companies?
9    A    No, I did not.
10   Q    Your Social Security records indicate
11   self-employment in 1992 and 1996.
12   A    Oh, yeah.  May have been -- 1996, that's
13   right.  Okay, '92, at one point I started out of my
14   apartment a small music book journal enterprise which
15   was a loss, so I don't consider it as any kind of
16   lucrative employment.  This is what they may refer to.
17   Q    We have an indication that you earned
18   through self-employment in 1992 almost $70,000, could
19   that be --
20   A    No, that's, that's --
21   Q    -- accurate?
22   A    That's not correct, no.  And that was in
23   1992.
24   Q    Yes, sir.
25   A    No.

Page 117

Christian Holinka        173

1
2    Q    In 1996 after -- well, why did you leave
3    Kyowa?
4    A    No, in 1992, that is the end period at
5    Organon and I -- wait a minute.  It could be correct
6    because my negotiations with Johnson and Johnson took
7    a few months and head of Organon asked me to stay on
8    as a consultant.
9    Q    I see.
10   A    So, I stand corrected, it could be correct,
11   yes.
12   Q    So, though it would be technically, perhaps
13   in terms of the IRS, self-employment it was consulting
14   work for Organon in 1992?
15   A    Yes.  After I had formerly resigned.
16   Q    And why did you leave Kyowa?
17   A    Johnson and Johnson phoned me whether I
18   would want to do full-time consulting for them, both
19   at Raritan and in Europe in their international
20   division in Switzerland.
21   Q    Did that seem like an opportunity you
22   wanted to take?
23   A    Yes.
24   Q    And did you take it?
25   A    I took that.  And also this was my field,

30 (Pages 114 to 117)

**Page 118**

Christian Holinka    174

1   this is where my authority lay, my knowledge and so
2   forth.
3
4       Q    And have you engaged in this consulting
5   arrangement with Johnson and Johnson since 1996?
6       A    No.
7       Q    How long were you a consultant for Johnson
8   and Johnson?
9       A    I had a number of other clients. This is
10  going to be difficult to answer because I worked by
11  project. The full-time period lasted about two years.
12      Q    When you were exclusively or primarily
13  supporting Johnson and Johnson?
14      A    At that time, yes. Unless you find
15  something else there, those smaller time periods are
16  sometimes difficult to recall.
17      Q    And since that two year or so period, have
18  you done consulting work for a variety of different
19  clients?
20      A    Yes.
21      Q    Let's say in 2005 can you give me an idea
22  of who the clients were that you primarily consulted
23  for?
24      A    For that specific year I could not but for
25  the overall period that I was working independent, I

**Page 119**

Christian Holinka    175

1   have been a consultant for Organon after this period
2   immediately following my employment. I have been
3   consulting and still am consulting for Wyeth
4   Pharmaceuticals. I have been and still am
5   consulting for Pantarhei, I will spell that;
6   P-A-N-T-A-R-H-E-I, Bioscience. It's a Dutch company.
7   I have been consulting for Serrol. I have a feeling
8   I'm missing something.
9       Q    This would be one of those times if it
10  comes to you, would you tell us later?
11      A    Yes. I have been consulting for Ortho also
12  but that's Johnson and Johnson.
13      Q    On any of those consulting jobs that you
14  have been on since 1996, do you have any reason to
15  believe you were exposed to asbestos?
16      A    I have no reason to believe so.
17      Q    In 2005 do you have an understanding as to
18  approximately how much money you earned through the
19  consulting business?
20      A    In 2005 I would guess about --
21      MR. DARCHE: Don't guess.
22      A    I would estimate about --
23      MR. DARCHE: Objection. We are turning
24  over all the lost wages, so --

**Page 120**

Christian Holinka    176

1       MR. SCHAFFER: I am entitled to probe his
2   memory about this because I have a series of
3   questions that follow in relation to it.
4       MR. DARCHE: If he knows he knows but if he
5   doesn't he doesn't.
6       Q    This is one of those times, sir, a best
7   estimate is okay as opposed to down to the penny.
8   What is your best estimate?
9       A    My best estimate is around $180,000.
10      Q    In 2006 do you know how much you earned?
11      A    Best estimate about $100,000.
12      Q    Are you still consulting today?
13      A    Yes.
14      Q    Did you file your 2006 tax return yet?
15      A    No.
16      Q    Besides the consulting work that you do for
17  these various companies, do you have any other sources
18  of income?
19      A    I'm getting Social Security and a pension
20  from J and J, Johnson and Johnson.
21      Q    How much is the pension?
22      A    $511 monthly.
23      Q    And is the Social Security you receive
24  standard as opposed to disability?

**Page 121**

Christian Holinka    177

1       A    Standard.
2       Q    And how much do you receive through that?
3       A    About $1,200 a month. And then I have a
4   pension from Mount Sinai of $71 a month.
5       Q    Do you doing this consulting work have your
6   own business or business entity that you refer to
7   yourself as?
8       A    I have a name, Farm Consult, for my firm.
9   I do not have any employees.
10      Q    Is that incorporated?
11      A    No.
12      Q    Is it any sort of a formal business
13  association or is it more like doing business as?
14      A    I registered it in, I don't know, either
15  the City or the County of New York. I believe the
16  County of New York.
17      Q    When did you register it?
18      A    In 1996 or '97.
19      Q    And is the operating address that you used
20  on the registration where you live?
21      A    I believe so, I'm not sure.
22      Q    Has it ever had any physical offices or
23  space separate from where you live besides perhaps a
24  mail drop somewhere?

31 (Pages 118 to 121)

Page 122

```
1            Christian Holinka      178
2     A     Well, I used to work most of the time at my
3   condo, a small condo on 7th Avenue but now at my
4   apartment.
5     Q     And my colleague asked you some questions
6   about where you currently live, do you own the
7   premises where you currently live?
8     A     No.
9     Q     Do you own any real estate currently?
10    A     I own the apartment, the condo on 147th
11  Avenue.
12    Q     Is there a mortgage outstanding on that?
13    A     No.
14    Q     Do you currently have a tenant there or
15  rent it out?
16    A     No.
17    Q     And what do you use that space for, if
18  anything?
19    A     A friend is living in there.
20    Q     Are there any other jobs that you have held
21  in your life that we have not talked about today that
22  you can recall?
23    A     No, there are not.
24    Q     Are there any other ways that you believe
25  you were exposed to asbestos besides those we have
```

Page 123

```
1            Christian Holinka      179
2   already discussed today?
3     A     No, there are not.
4     Q     Have you told us the names of all of the
5   companies that you believe may have some involvement
6   with respect to the products that you believe caused
7   you asbestos exposure?
8     A     To my knowledge, yes, I have told you.
9     Q     Do you have any product catalogs from any
10  of the years that you were working either at Sinai or
11  any of the other places where you were going to
12  school?
13    A     Do I currently have those?
14    Q     Yes.
15    A     No, I don't.
16    Q     Do you know anybody who has any of these
17  catalogs besides and excluding any that might be in
18  your attorney's possession?
19    A     No, I don't.
20    Q     When you were taking classes in the various
21  educations that you have gone through, was the subject
22  of asbestos and asbestos health hazards ever
23  discussed?
24    A     No.
25    Q     Do you subscribe to any medical journals?
```

Page 124

```
1            Christian Holinka      180
2     A     Currently not but I did regularly subscribe
3   to a whole number of them.
4     Q     Can you give me an idea about what journals
5   you regularly subscribed to?
6     A     Basic and Clinical Aspects of Reproductive
7   Medicine.
8     Q     Any others?
9     A     No.
10    Q     That's it?
11    A     That's it.
12    Q     How long did you maintain that
13  subscription?
14    A     Over the years, 20 years, 30 years.
15    Q     And was --
16    A     But may I add something?
17    Q     Yes.
18    A     I had access to those journals through the
19  laboratories, through libraries, through my companies
20  that I consulted for, so I read those journals
21  regularly.
22    Q     What journals?
23    A     Menopause, Climacteric Journal of
24  Reproductive Medicine, Fertility Sterility, other
25  journals in that area, endocrinologic, gynecologic,
```

Page 125

```
1            Christian Holinka      181
2   Endocrinology.
3     Q     Were you ever involved in any litigation
4   brought against any of the pharmaceutical companies
5   that you worked for, either as a defendant or as a
6   witness for the companies?
7           MR. DARCHE: I am just going to object to
8   that question.
9           MR. SCHAFFER: What is the basis?
10          MR. DARCHE: Relevance. I am trying to
11  think if it was asked at the last deposition
12  whether you have ever been deposed before.
13          MR. SCHAFFER: My question is a little bit
14  different.
15          THE WITNESS: May I answer?
16          MR. DARCHE: Yes.
17    A     No, I have not been involved.
18    Q     When was the first time that you became
19  aware that asbestos could cause adverse health
20  conditions?
21    A     Ten years ago, an estimate.
22    Q     How did you come to learn that?
23    A     Through the press, television, popular
24  media.
25    Q     Do you associate any particular type of
```

32 (Pages 122 to 125)

Page 126

```
              Christian Holinka      182
1
2    event or incident that the press, T.V. or popular
3    media was reporting on ten years ago?
4          MR. DARCHE: Objection.
5     Q    In association with asbestos.
6          MR. DARCHE: I just object to the form.
7     Q    You can answer.
8          MR. DARCHE: I think the question is --
9          MR. SCHAFFER: Ben, please, the question is
10   pretty straightforward and it is one that I ask
11   at every deposition. And the witness is
12   obviously a very intelligent person. If he does
13   not understand the question, he will tell me.
14         MR. DARCHE: Do you understand the
15   question?
16    A    Would you repeat the question.
17    Q    You told me that about ten years ago it was
18   about that time that you became aware of asbestos and
19   health hazards associated with it. When I asked you
20   how you responded press, television and popular media,
21   your words.
22    A    Yes.
23    Q    My question is was there any singular or
24   series of events ten years ago that you associated
25   with coming to this knowledge about asbestos hazards.
```

Page 127

```
              Christian Holinka      183
1
2     A    No, I don't. I would like to make another
3    remark if I may.
4     Q    Sure.
5     A    In the course I taught at NYU, there was
6    certainly topics of carcinogenesis. To the best of my
7    knowledge, I did not include asbestos.
8     Q    Was that course associated with carcinogens
9    relating to reproductive issues?
10    A    That also, yes, breast cancer.
11         MR. DARCHE: Answer the question that he is
12   asking you.
13    Q    That is all I am looking for.
14         Is there any additional schooling that you
15   have been through that we have not gone over today?
16    A    No.
17    Q    Were you ever injured in an on-the-job
18   accident in which you filed a worker's compensation
19   claim?
20    A    No, I wasn't.
21    Q    Have you ever been diagnosed with
22   pneumonia?
23    A    No.
24    Q    Bronchitis?
25    A    No.
```

Page 128

```
              Christian Holinka      184
1
2     Q    Chronic obstructive pulmonary disease or
3    COPD?
4     A    No.
5     Q    Asthma?
6     A    No.
7     Q    Emphysema?
8     A    No.
9     Q    Do you have any allergies?
10    A    Penicillin.
11    Q    When did you learn you were allergic to
12   Penicillin?
13    A    About 15 years ago.
14    Q    Do you have to do anything with respect to
15   that, tell your physicians not to prescribe it to you,
16   anything like that?
17    A    They ask routinely about your allergies.
18    Q    Did you ever smoke, sir?
19    A    No.
20    Q    At all.
21    A    At all, no.
22    Q    If there is any reference in your medical
23   records to previously having smoked, do you have any
24   understanding as to why that would be there?
25         MR. DARCHE: I am going to object to the
```

Page 129

```
              Christian Holinka      185
1
2    form of that question.
3     A    No. Because it shouldn't be there because
4    I never smoked.
5     Q    You have been seen by a number of doctors
6    over the course of your life; is that fair to say?
7     A    Yes.
8     Q    Including most recently and perhaps not so
9    recently; is that right?
10    A    Yes.
11    Q    When these doctors would examine you, would
12   they on occasion ask you background questions about
13   your past health history, past habits, employment,
14   things like that?
15    A    Yes.
16    Q    When you were asked those questions, did
17   you do your best to answer them truthfully and
18   accurately?
19    A    Yes.
20    Q    Did you ever intentionally withhold any
21   information when you were posed any of those questions
22   by any of your doctors?
23    A    No.
24    Q    When was the first time in your life that
25   you would have been hospitalized for any reason?
```

33 (Pages 126 to 129)

Page 130

Christian Holinka    186

1
2    A    Last --
3    Q    Meaning an overnight stay.
4    A    In the last year, late July -- I'm sorry,
5    August, late to mid-August.
6    Q    And is that hospitalization in connection
7    with what you understand to be your current illness?
8    A    Yes, it is.
9    Q    When you were growing up, did you have a
10    family doctor or a general practitioner that your
11    family would take you to if you were ill?
12    A    No, I didn't.
13    Q    When you came to the States, did you
14    eventually have a doctor who held that role as family
15    doctor or general practitioner?
16    A    No.
17    Q    During the time that you were married, did
18    you and your wife have anybody that would meet that
19    role?
20    A    No.
21    Q    When was the first time that you can recall
22    going to a doctor for any reason?
23    A    As a result of a physical for Kyowa, which
24    was in 1996. And there was a brief physical when I
25    started at Organon and a very brief physical at

Page 131

Christian Holinka    187

1
2    Johnson and Johnson.
3    Q    Were these physicals that were administered
4    by staff doctors for each of those outfits?
5    A    J and J was a staff doctor. Organon, I
6    believe, was a contract physician.
7    Q    Do you recall who that contract physician
8    was?
9    A    No, I don't.
10    Q    And was there another employment physical
11    that you had to take that you just mentioned for
12    Kyowa?
13    A    Yes.
14    Q    Was Kyowa a contract physician or someone
15    on staff?
16    A    Yes, he was. Dr. Meyers who is now my
17    personal physician.
18    Q    Was that the first time that you had seen
19    Dr. Meyers?
20    A    Yes.
21    Q    I want to, sir, have you think about the
22    time period of your life from your birth up until
23    approximately August or mid-year 2006, excluding
24    everything from August '06 forward. During that time
25    period were you ever treated in a hospital for any

Page 132

Christian Holinka    188

1
2    reason such as emergency room or as a result of a car
3    accident or anything like that?
4    A    No, I wasn't.
5    Q    And up until the time --
6        MR. SCHAFFER: Withdrawn.
7    Q    Had you seen Dr. Meyers before he had
8    administered this physical to you as a result of your
9    Kyowa employment?
10    A    No, I had not.
11    Q    It was as a result of that physical that
12    Dr. Meyers ultimately became your family doctor?
13    A    Yes.
14    Q    Before Dr. Meyers did you have any family
15    doctor or general practitioner or someone you would go
16    to if you had a cold or the flu or something like
17    that?
18    A    No.
19    Q    Do you have copies of any of the physicals
20    that were done with respect to your employments at
21    Johnson or Kyowa or the other outfit?
22    A    No.
23    Q    Did any of the doctors that examined you in
24    connection with those three employments do chest
25    X-rays?

Page 133

Christian Holinka    189

1
2    A    I do not -- Dr. Meyers, no. Johnson and
3    Johnson, no. Organon, no.
4    Q    When was the first time you had a chest
5    X-ray?
6    A    As a child.
7    Q    And what was that in relation to?
8    A    Routine chest X-ray.
9    Q    And was that in Europe or over here in the
10    States?
11    A    That was in Europe.
12    Q    Do you recall who administered that X-ray?
13    A    No.
14    Q    When would have been the next time you had
15    a chest X-ray?
16    A    I believe in the Army. I'm not sure.
17    Q    The Army required some physical as well; is
18    that what you are saying?
19    A    Oh, yeah.
20    Q    Let's go past the Army, do you recall
21    having another chest X-ray up until the point of, say,
22    mid-last year?
23    A    I don't recall but I'm virtually certain
24    no, I did not.
25    Q    Have you ever been treated in an emergency

34 (Pages 130 to 133)

Page 134

```
              Christian Holinka      190
 1   room for any reason?
 2
 3     A   Oh, yeah.  Once at Mount Sinai.
 4     Q   And what happened?
 5     A   What happened, I had bad pain in my lower
 6   left and they thought it was a kidney stone.  And it
 7   was a long way, I went up to my laboratory, my office,
 8   it was excruciating, painful and then suddenly it went
 9   away.  So, I went back downstairs and told them I do
10   not need anything apparently and they sent me to a
11   Sinai associated physician whose name I don't recall
12   for, I believe, a contrast dye just to be sure that
13   there were no kidney stones and it turned out
14   negative.
15     Q   So, do you recall having the contrast dye
16   done?
17     A   Yes, yes, it was done.
18     Q   Do you know how old you were when this
19   happened?  If not that is fine.
20     A   This was in the early 80's.
21     Q   Have you ever had a heavy blow injury to
22   your chest?
23     A   No.
24     Q   Have you ever broken any ribs or been told
25   you broke any ribs?
```

Page 135

```
              Christian Holinka      191
 1
 2     A   As a child on a bike I once fell and they
 3   thought there may be an injury to my rib.
 4     Q   And was this while you were in Europe?
 5     A   Yes.
 6     Q   Outside of that event any other heavy blow
 7   injuries in your chest or potential rib injuries?
 8     A   No.
 9     Q   Did you notice a change in your health take
10   place sometime in the last year or so?
11     A   In my general health, no.
12     Q   In any aspect of your health.
13     A   In July I developed some shortness of
14   breath.
15     Q   And where were you when this occurred?
16     A   I was in Berlin, Germany.
17     Q   On vacation?
18     A   On vacation.
19     Q   Did you have any other symptoms besides the
20   shortness of breath at that time?
21     A   No.
22     Q   Did you seek medical treatment in Germany
23   for that?
24     A   Yes, I did.
25     Q   Where did you go?
```

Page 136

```
              Christian Holinka      192
 1
 2     A   I went to an internist initially.
 3     Q   And do you recall the internist's name?
 4     A   Yeah.  Henrietta Mayer; M-A-Y-E-R.
 5     Q   And had you ever seen Dr. Mayer before?
 6     A   No.
 7     Q   How did you come to go to Dr. Mayer?
 8     A   She was across the street from my place.
 9     Q   And did Dr. Mayer do any tests?
10     A   She examined me basically with a
11   stethoscope.
12     Q   Did she make any recommendations as to what
13   would be the next step?
14     A   Well, she said everything was normal.
15     Q   You were still experiencing the shortness
16   of breath?
17     A   Yes.
18     Q   So, what did you do next?
19     A   I asked her I would like to go to a physician
20   to have an X-ray taken and have the physician diagnose
21   the X-ray.
22     Q   What did she say?
23     A   She referred me immediately.
24     Q   To where?
25     A   To the big university clinic Charite in
```

Page 137

```
              Christian Holinka      193
 1
 2   Berlin.
 3     Q   And did you have the X-ray there?
 4     A   Yes.
 5     Q   Do you recall the names of any of the
 6   doctors who treated you?
 7     A   Yeah.  The person in charge was Professor
 8   Huckauf; H-U-C-K-A-U-F.
 9     Q   And besides the X-ray did you have any
10   other sort of diagnostic tests there?
11     A   No.
12     Q   Were you told the results of the X-ray?
13     A   Yes.
14     Q   What were you told?
15     A   I was told and shown that my right lung was
16   substantially collapsed, virtually entirely collapsed
17   and there was pleural fluid in my right chest cavity.
18     Q   And Dr. Huckauf made this report to you?
19     A   Yes.
20     Q   And what, if anything, was recommended for
21   your next stage of treatment?
22     A   The most immediate recommendation was to
23   drain the fluid.
24     Q   Was that done in Germany?
25     A   No.  I decided to have it done here,
```

35 (Pages 134 to 137)

Page 138

Christian Holinka     194

1  immediately flew back.
2     Q     And when you flew back here, did you see a
4  doctor first or did you just go to a hospital?
5     A     I saw Dr. Meyers.
6     Q     And did Dr. Meyers administer any tests at
7  that time?
8     A     No, he did not.
9     Q     Did you have the X-ray from the physician
10  in Germany?
11     A     Yes.
12     Q     Did he then admit you to have the fluid
13  drained?
14     A     Yes, he did.
15     Q     Where was that?
16     A     At Roosevelt.
17     Q     When did you go in for that procedure?
18     A     Late August last year.
19     Q     How long were you treated there?
20     A     I believe I was in the hospital for two
21  nights.
22     Q     Do you have an understanding as to what
23  tests were administered to you during this stay?
24     A     Routine hospital admission tests, I imagine
25  I had a blood test, urinalysis.

Page 139

Christian Holinka     195

1
2     Q     X-ray, CAT scan, anything like that?
3     A     Yes, X-ray.
4     Q     Did you have the fluid drained at that
5  time?
6     A     Yes. Dr. Connory took X-rays and I was
7  there for two surgical procedures, the initial was to
8  drain the fluid.
9     Q     Were both surgical procedures done during
10  this two night stay?
11     A     No. There was another, another operation.
12     Q     I want to keep it compartmentalized if I
13  could.
14     A     Okay, sorry.
15     Q     We will get through it all, it is just
16  easier to do it in this fashion.
17           The first two night stay that you were
18  there approximately two nights, was the fluid drained
19  at that point?
20     A     Yes.
21     Q     And then at some point did somebody report
22  the results of any testing done on the fluid to you?
23     A     Yes, they did.
24     Q     And was that Dr. Connory?
25     A     Dr. Connory.

Page 140

Christian Holinka     196

1
2     Q     Was that the first time you had seen
3  Dr. Connory?
4     A     Yes.
5     Q     Dr. Connory's first name is Cliff; is that
6  right?
7     A     Yes.
8     Q     When did Dr. Connory discuss any tests that
9  were done on the fluid?
10     A     Approximately two days later, three days
11  later.
12     Q     And was this at Dr. Connory's office?
13     A     Yes.
14     Q     Do you know how much fluid was drained?
15     A     2.7 liters, 2,700 milliliters.
16     Q     What did Dr. Connory report to you about
17  the results of the testing done on the fluid?
18     A     The fluid was negative.
19     Q     Did he suggest any further course of
20  treatment or follow-up testing to be done?
21     A     Yes.
22     Q     What was suggested?
23     A     To take biopsies of several lesions he had
24  shown in the X-ray after the fluid had been removed.
25     Q     Where to your understanding were the

Page 141

Christian Holinka     197

1
2  lesions located?
3     A     In the visceral pleura, the pleura that
4  lines the lung and I believe one in the diaphragm.
5     Q     Did the removal of the fluid ease your
6  breathing problems?
7     A     Yes.
8     Q     Did you ultimately go in to have the
9  procedures that were recommended to you by
10  Dr. Connory?
11     A     Yes.
12     Q     And when did that take place?
13     A     About two weeks after the first operation.
14     Q     And were you admitted overnight for that?
15     A     Yes.
16     Q     How long was that admission?
17     A     I believe it was one night.
18     Q     And to your understanding were they able to
19  obtain the biopsies?
20     A     Yes.
21     Q     Were you told the results of any testing
22  done on the biopsies?
23     A     Yes.
24     Q     What were you told?
25     A     Bipolar mesothelioma.

Page 142

Christian Holinka    198

1
2      Q    Were you familiar with that illness prior
3   to your being diagnosed with it?
4      A    Mesothelioma?  Yes.
5      Q    When did you first become familiar with
6   mesothelioma as an illness?
7      A    Twenty years ago, fifteen years ago.
8      Q    And in what context did you first become
9   familiar with that illness?
10     A    Through the lay literature information and
11  very likely also chanced upon in the professional
12  literature.
13     Q    Had you ever known anyone diagnosed with
14  mesothelioma?
15     A    No.
16     Q    Had you ever known anyone being treated for
17  any mesothelioma related conditions?
18     A    No.
19     Q    Dr. Connory reported these results to you?
20     A    Yes.
21     Q    Did Dr. Connory suggest what was the next
22  stage of treatment?
23     A    May I add to this?
24     Q    Yes.
25     A    Dr. Connory and an oncology physician at

Page 143

Christian Holinka    199

1
2   Roosevelt whose name I don't recall.
3      Q    Did Dr. Connory suggest a further course of
4   treatment?
5      A    I asked for a second opinion --
6      Q    And did you go get --
7      A    -- before he suggested.
8      Q    Did you go get the second opinion?
9      A    Yes.
10     Q    Where was that at?
11     A    Dr. Taub at Presbyterian.
12     Q    When did you see Dr. Taub?
13     A    September last year.
14     Q    And did you have --
15     A    No, please, excuse me.  It may be early
16  October but I believe it was in September.
17     Q    And let me represent to you, sir, that we
18  have not had an opportunity to obtain all of your
19  medical records right now, so we will have a chance to
20  get them all and review them.  I am just asking for
21  your best recollections.
22          When you had the examination, the meeting
23  with Dr. Connory, did you have your test results from St.
24  Luke's with you?
25     A    Yes.

Page 144

Christian Holinka    200

1
2      Q    And what was Dr. Taub's opinion?
3      A    He confirmed the opinion of Dr. Connory.
4      Q    Did he suggest a follow-up course of
5   treatment?
6      A    Yes.  Systemic chemotherapy and topical
7   chemotherapy.
8      Q    Did you begin the systemic chemotherapy?
9      A    Yes.
10     Q    When did you begin that?
11     A    In late October, early November.  I think
12  it was even mid-October.
13     Q    And where were those treatments
14  administered?
15     A    Presbyterian.
16     Q    Are you still undergoing the systemic
17  chemotherapy?
18     A    Not at the moment.  I'm on furlough as
19  Dr. Taub said until early May.
20     Q    When did you have your last session of the
21  systemic chemotherapy?
22     A    About mid-December, early to mid-December.
23     Q    Then you had additional chemotherapy after
24  that?
25     A    No.

Page 145

Christian Holinka    201

1
2      Q    I'm sorry, you had mentioned two types of
3   chemotherapy.
4      A    Yes.  The topical chemotherapy was
5   concurrent and there was one operation prior to both
6   of them.  Dr. Sonnet implanted two ports to directly
7   administer to the thorax the cisplatin and
8   gammatafirin.  (Phonetic)
9      Q    And this was all in the course of your
10  concurrent chemotherapy treatments?
11     A    It was prior.
12     Q    Prior to it?
13     A    Yes, just prior to it.
14     Q    When was the last topical chemotherapy
15  treatment administered?
16     A    At the same time I believe as, yes, I know,
17  the last systemic chemotherapy.
18     Q    Were you told the results of the
19  chemotherapy treatments at any time?
20     A    At the end of my third course.
21     Q    What were you told?
22     A    Dr. Taub told me that I'm responding well
23  and that he was putting me on furlough, as he put it,
24  for three months.
25     Q    Did he tell you how large the lesions were

37 (Pages 142 to 145)

Page 146

```
 1          Christian Holinka      202
 2   when they were first seen?
 3      A   I believe he said the largest was 1
 4   centimeter.
 5      Q   Do you have an understanding as to the size
 6   of the lesions now after the chemotherapy treatments?
 7      A   He said it's been reduced in size.
 8      Q   Did he give you any idea of the size of the
 9   reduction?
10      A   No.
11      Q   Have you had to have fluid drained since
12   the initial draining of 2.7 liters?
13      A   No.
14      Q   Have you experienced shortness of breath
15   since the pleura fluid was drained?
16      A   No.
17      Q   Do you take any over-the-counter
18   medications for any pain currently that you associate
19   with this illness as opposed to headaches?
20      A   Currently, no.
21      Q   Did you take any medications with respect
22   to the surgeries that you had to have for the
23   implanting of the ports or anything like that?
24      A   Some pain medicine.
25      Q   And when would have been the last time that
```

Page 147

```
 1          Christian Holinka      203
 2   you took any of that?
 3      A   I just took it for two days after the
 4   operation.
 5      Q   You say that you are currently on furlough,
 6   your word, do you have an understanding as to when
 7   your next currently scheduled medical appointment is
 8   with anybody in association with your diagnosis?
 9      A   There is an interim CAT scan to be
10   scheduled in early March, I don't know the exact date
11   yet.
12      Q   Have you seen any other doctors in
13   association with your diagnosis of bipolar
14   mesothelioma?
15      A   No.
16      Q   There was an indication I think in some
17   records that I did have a chance to look at of a
18   Dr. Fischer, who is that?
19      A   Dr. Fischer is an old friend of mine from
20   my undergraduate days, he's a professor of medicine at
21   Stanford University.  And Dr. Fischer, he came to New
22   York and actually accompanied me to both Connory and
23   Dr. Taub.
24      Q   But Dr. Fischer is not involved in your
25   treatment regimen at all?
```

Page 148

```
 1          Christian Holinka      204
 2      A   No.
 3      Q   Is Dr. Grossban or Dr. Grossbard?
 4      A   Gross.
 5      Q   Grossbard or Grossband, does that name ring
 6   any bells?
 7      A   I think it may have been the name of the
 8   oncologist at Roosevelt but I don't recall his name.
 9      Q   And have you had any other --
10      A   Yeah, I think another physician briefly
11   examined me in the oncology department at Roosevelt.
12      Q   And outside of the names you have mentioned
13   and the names I have mentioned, are there any other
14   doctors that you can recall having treated with since,
15   say, summer of 2006?
16      A   No.
17      Q   Did any of the doctors report to you as to
18   what they believe the cause of the bipolar
19   mesothelioma was?
20      A   Well, Dr. Taub certainly pointed out the
21   association between asbestos and the illness.
22      Q   Did Dr. --
23      A   With Connory I do not think we discussed
24   causeology.
25      Q   Did Dr. Taub ask you questions as to
```

Page 149

```
 1          Christian Holinka      205
 2   whether you thought that you were exposed to asbestos
 3   in any way?
 4          MR. DARCHE:  I am just going to object.
 5          But you can answer.
 6      A   Yes, he did.  And I told him about my
 7   association.
 8      Q   Has anybody given you a prognosis?
 9      A   No.
10      Q   Have you done any independent research
11   yourself with respect to either the causes of
12   mesothelioma or potential treatments?
13      A   You might not believe it but the answer is
14   absolutely no.  Psychologically it is too difficult.
15      Q   Has anybody done any research on your
16   behalf or at your behest?
17      A   No.
18      Q   Did you ever have to care for anyone that
19   was diagnosed with cancer?
20      A   No.
21      Q   Have you ever been diagnosed with any other
22   type of cancer?
23      A   No.
24      Q   Besides, I believe, you said the follow-up
25   CAT scan, do you have any other future medical
```

Page 150

```
 1          Christian Holinka    206
 2   appointments or treatments that you are aware of?
 3      A    In early May at the end of my three months
 4   presumably Dr. Taub will see me.  I'll find out in
 5   early March.
 6          MR. DARCHE:  Why don't we take a little
 7   break.
 8          (Whereupon, at 2:35 P.M., a short recess
 9   was taken)
10          (Back on the record at 2:45 P.M.)
11      Q    Sir, I just have a couple of other
12   additional questions for you and then I am going to
13   pass the questioning.
14          MR. DARCHE:  Your last question was still
15   on the table, I think.
16          MR. SCHAFFER:  Could you read back the last
17   question, please.
18          (Whereupon, at this time, the requested
19   portion was read back by the reporter)
20      Q    Anything else?
21      A    I would like to add this, that I have an
22   appointment with Dr. Moline at Mount Sinai.
23      Q    An appointment for Dr. Moline to?
24      A    To examine me.
25      Q    To examine you.
```

Page 151

```
 1          Christian Holinka    207
 2      A    Yes.
 3      Q    When is that scheduled for?
 4      A    Tomorrow.
 5      Q    Have you ever been examined by Dr. Moline
 6   before?
 7      A    No.
 8      Q    Did Dr. Taub refer you to Dr. Moline?
 9      A    I do not know about the process.
10      Q    Are you aware of any of your doctors
11   referring you to Dr. Moline?
12      A    No, I am not.
13      Q    Have you ever been diagnosed with diabetes?
14      A    No.
15      Q    Have you ever been diagnosed with any heart
16   problems?
17      A    No.
18      Q    Have you ever been diagnosed with high
19   cholesterol?
20      A    Moderately high cholesterol.  Could I add
21   to that?
22      Q    Yes, sir.
23      A    That went away, diet control and exercise.
24      Q    Did you ever have to take any medications
25   in relation to that?
```

Page 152

```
 1          Christian Holinka    208
 2      A    I took for a brief period, I took Lipitor
 3   medication and then I discontinued.
 4      Q    When was that approximately?
 5      A    Approximately three, four years ago.
 6      Q    How tall are you?
 7      A    5'11".
 8      Q    How much do you currently weigh?
 9      A    143.
10      Q    Thinking back to 2005, what was your
11   average adult weight?
12      A    About 15 pounds more.  About 162, 20 pounds
13   more.
14      Q    Do you belong to any civic or religious
15   organizations?
16      A    No.
17      Q    Do you have any hobbies or what do you like
18   to do in your spare time?
19      A    Read, listen to music, do science.
20      Q    How large is the living space that you
21   currently reside in?
22      A    700 square feet.
23      Q    Do you need to have anybody come in to do
24   any cleaning of those premises or do you do it
25   yourself?
```

Page 153

```
 1          Christian Holinka    209
 2      A    No, I do it myself.
 3      Q    Have you been able to do that since your
 4   diagnosis last year?
 5      A    Well, not during the operations and less so
 6   now because I do have some pain in my right chest.
 7      Q    Do you have any out-of-pocket expenses
 8   associated with any of the medical treatments or
 9   procedures that you have undergone since mid-2006?
10      A    Yes.
11      Q    And can you give me a best estimate as to
12   how much you are out of pocket, what you have not been
13   covered for?
14      A    At this time about $500, $700.
15      Q    And have you incurred any other
16   out-of-pocket expenses associated with any chores or
17   other responsibilities that you might have?
18      A    No.  Occasionally a taxi to Columbia.
19          MR. SCHAFFER:  All right, sir, I am going
20   to pass the questioning right now to one of my
21   colleagues here.  I want to thank you very much
22   for your time and for your patience.
23          THE WITNESS:  Thank you.
24   CROSS-EXAMINATION
25   BY MR. ABERNETHY:
```

39 (Pages 150 to 153)

Page 154

```
          Christian Holinka    210
1
2    Q   Good afternoon.
3    A   Good afternoon.
4    Q   My name is David Abernethy. I am with the
5  law firm of Drinker, Biddle and Reath in Philadelphia,
6  Pennsylvania. I represent Univar USA, Incorporated
7  and VWR International, Incorporated which are two of
8  the defendants in this lawsuit.
9        All the same instructions that you were
10 previously given still hold including, of course,
11 letting me know if you need to clarify a question or
12 if you need a break for any reason.
13       I want to start -- and let me add one more
14 thing: I am going to be touching on testimony and
15 questions that you have already given. It may seem
16 like I am jumping around a little bit, at times it may
17 seem a little bit repetitious. I will try not to
18 repeat any more than I absolutely have to for context
19 but when you go second or third or fourth, you are
20 asking about things that have already been covered to
21 some extent, so you have to do some of that.
22       You were asked a lot of questions --
23       MR. DARCHE: And if you get tired or you
24 want to stop, just let us know, it is not a
25 marathon.
```

Page 155

```
          Christian Holinka    211
1
2    Q   Yes. If it becomes necessary to stop, you
3  can let us know that or if you just need a break.
4        You were asked a number of questions about
5  where certain of the places you worked got particular
6  products, particularly the Bunsen burner pads and
7  mittens and I want to get into that in a minute but
8  first I would like you to clarify something for me
9  about Bunsen burners.
10       Did any of the Bunsen burners themselves
11 that you worked with have any asbestos in them or was
12 it just the Bunsen burner pads?
13       MR. DARCHE: I am going to object to the
14       form for lack of foundation.
15       But you can answer.
16 A   To my knowledge, no, they did not contain
17 asbestos.
18 Q   The burners themselves did not?
19 A   That's correct, they did not.
20 Q   So, if you had any exposure to asbestos in
21 connection with the use of Bunsen burners, it was
22 either from the pads or from the mittens you used with
23 the glassware; is that right?
24 A   That's correct.
25 Q   Now, if you could clarify something for me
```

Page 156

```
          Christian Holinka    212
1
2  with respect to the pads. If I understood your
3  testimony correctly, the pads were a wire mesh of some
4  kind with a round asbestos-containing pad inside?
5    A   Yes.
6    Q   Was the mesh completely closed in those
7  things so that it is just one closed item or unit; do
8  you know what I mean?
9    A   The inside pad and the mesh were one unit.
10   Q   And when you would discard one of these
11 things after it had been used for a while, which you
12 described earlier, would you throw the whole thing
13 away, both the pad and the mesh, or just throw the pad
14 away and put a new pad inside the old mesh?
15   A   We would throw the whole thing away.
16   Q   So, it was all one product that you used
17 and then threw away.
18   A   Yes.
19   Q   You were asked a lot of questions about who
20 supplied or manufactured certain products and a number
21 of times you referred to standard suppliers; do you
22 recall that?
23   A   Yes, I do.
24   Q   I need to get a little more detail about
25 that from you. Let me start backwards if I could with
```

Page 157

```
          Christian Holinka    213
1
2  Mount Sinai, the time that you worked in the lab as an
3  instructor or assistant professor. Tell me again all
4  the companies that you recall that you described as
5  standard suppliers at Mount Sinai?
6    A   I recall the major companies, Fisher
7  Scientific, Van Waters and Rogers, American
8  Scientific, Senco. And others were for specific
9  things like hormones or specific research areas.
10   Q   And when you referred to these four
11 companies that you just listed as major suppliers,
12 what is the basis for that, did you know, did you have
13 actual knowledge that they sold products that were
14 used in the lab at Mount Sinai?
15       (All defendants object to the form)
16       THE WITNESS: Can I answer?
17       MR. DARCHE: You can answer.
18 A   Yes, I did.
19 Q   And how did you know that they sold
20 products to --
21 A   Well -- sorry.
22       MR. DARCHE: Let him finish.
23 Q   How did you know that those companies sold
24 products that were used in the lab at Mount Sinai?
25 A   First, we had large catalogs of those
```

Page 158

Christian Holinka    214

1  companies. They're really catalogs, that's an
2  understatement, they're like books, 600, 800 pages,
3  whatever, with the names of those companies in the
4  back of the books clearly visible.
5       Secondly, for my specific research I
6  actually ordered, may have ordered things from those
7  companies. If you needed a small or a minor flask or
8  something specifically related to your own research.
9    Q    You started by saying "ordered" and then
10  you said "may have ordered," which is it? Do you have
11  an actual recollection of specific companies that you
12  ordered from for your research at Mount Sinai?
13    A    I did order from certainly any one or
14  several of those companies, I could not tell you at
15  this time which one and what I ordered.
16    Q    And you said for your specific research.
17  When you ordered for your specific research, were you
18  ordering general lab supplies or unusual things that
19  were just needed for your work?
20    MR. DARCHE: I am going to just object to
21    the terminology of "unusual."
22    MR. ABERNETHY: Let me rephrase the
23    question.
24    Q    When you yourself went to -- would you ask

Page 159

Christian Holinka    215

1  someone to order for you or would you actually do the
2  ordering yourself?
3    A    I would ask somebody to include it in
4  another order unless it was very urgent. And as I
5  said that we may, may even have had a special ordering
6  venue with one or several companies.
7    Q    When you asked someone at Mount Sinai to
8  order something specifically for your research, who
9  was the person that you asked?
10    A    My technician or the head of the
11  laboratory.
12    Q    Did you ever specifically ask for Bunsen
13  burner pads or mittens to be ordered specifically for
14  your research?
15    A    No, I did not.
16    Q    So, those were the general supplies that
17  were ordinarily ordered?
18    A    That is correct. Standard laboratory
19  equipment.
20    Q    And who was the person who ordered those
21  general kinds of supplies at Mount Sinai?
22    A    At my laboratory I could not tell you. We
23  may have gotten it from the central supply room.
24    Q    So, whoever the actual employee was at

Page 160

Christian Holinka    216

1  Mount Sinai who got those things from the companies,
2  you do not know the person's name?
3    A    My technician may have gotten some but I do
4  not recall the details.
5    Q    Can you tell me from your own knowledge
6  which, if any, of those major suppliers sold Bunsen
7  burner pads to Mount Sinai, which specific companies?
8    A    I would not know a specific company.
9    Q    Can you tell me which specific companies
10  among those four, if any, sold mittens to Mount Sinai?
11    (All defendants object)
12    A    No, I could not.
13    Q    Did you ever talk to any of the people who
14  ordered supplies at Mount Sinai about which specific
15  companies they ordered specific items from?
16    A    No, I didn't.
17    Q    Did you ever see any documents at Mount
18  Sinai that indicated what company's particular items
19  had been ordered from?
20    A    To the best of my knowledge, yes, ordering
21  forms that specified VWR, Fisher Scientific.
22    Q    Let me ask you about that. When you say
23  ordering forms, do you mean the blank forms that were
24  used to place an order or a form that had already been

Page 161

Christian Holinka    217

1  filled out with a specific order?
2    A    Very likely both, filled out forms and
3  blank forms. And I do not even recall the type of the
4  form.
5    Q    Do you recall any of the specific contents
6  of any filled out forms that listed specific items
7  that were being ordered?
8    A    No, I don't.
9    Q    Where were the catalogs at Mount Sinai?
10    A    At the laboratory, shelves.
11    Q    How many catalogs were there?
12    A    Twenty, twenty-five.
13    Q    Did each catalog cover a different company?
14    A    Yes.
15    Q    Do you remember the names of any of the
16  other companies?
17    A    No, I don't.
18    Q    Did any of the other companies other than
19  the four that you listed sell Bunsen burner pads?
20    MR. DARCHE: If you know.
21    Q    Well, they are all if you know. Let me
22  repeat what has already been said: I only want to
23  know what you know, I do not want you to guess.
24    A    I don't know.

41 (Pages 158 to 161)

**Page 162**

Christian Holinka    218

1

2    Q    You do not know whether any of the others
3    did or didn't.
4    A    That's correct, I don't know.
5    Q    Do you know whether any of the companies
6    other than those four that you just named sold
7    asbestos mittens?
8    A    I don't know.
9    Q    Who else used the catalogs or --
10    MR. ABERNETHY:  Let me withdraw that.
11    Q    Who else looked at the catalogs besides
12    you, if you know?
13    A    In terms of names or people that worked at
14    the lab?
15    Q    Either.  Whatever information --
16    A    Pretty much graduate students and post
17    docs, post doctoral students.
18    Q    Did the graduate students or post doctorate
19    students order from the catalogs?
20    A    Very likely, yes.  That was the source of
21    information.
22    Q    While you were at Mount Sinai, did you ever
23    see any of the original packaging or crates or cartons
24    that any Bunsen burner pads came in?
25    A    No, I did not.

**Page 163**

Christian Holinka    219

1

2    Q    While you were at Mount Sinai, did you ever
3    see any of the original packaging or cartons or crates
4    that asbestos mittens came in?
5    A    To the best of my recollection, I did not.
6    Q    Do you know whether or not Mount Sinai
7    bought asbestos Bunsen burner pads from any companies
8    other than the four that you specifically recall the
9    names of?
10    A    I do not know.
11    Q    Do you know if they bought mittens from any
12    other companies?
13    A    I do not know.
14    Q    Let me touch on a question that you were
15    asked with respect to certain places but I want to
16    make sure that we covered it for all.
17    During any of the time periods that you
18    worked with Bunsen burner pads, were there any pads
19    sold by any specific company that looked unique or
20    different from the pads sold by other companies?
21    MR. DARCHE:  I am just going to object to
22    the form and the basis is it is too broad.  Is
23    there a specific, is there a specific, you know,
24    thing that you are -- it would be different if
25    you are talking about the size, the width, the

**Page 164**

Christian Holinka    220

1

2    color, it could be a million things.
3    MR. ABERNETHY:  Let me try it a different
4    way and we will break it down so that we are not
5    too broad, we will take it place by place.
6    Q    While you worked with or handled Bunsen
7    burner pads at Mount Sinai, if you went into the lab
8    on a particular day and picked up a particular pad,
9    would there be anything about the appearance of that
10    pad that would enable you to identify who specifically
11    made or sold it?
12    A    Not about the appearance but in retrospect
13    it is likely that they were different sizes.
14    Q    You used that term before "it is likely," I
15    want to probe that a little bit more.
16    A    Or it -- okay.
17    Q    Let me ask you a specific question:  Do you
18    specifically recall as you sit here today handling
19    different sizes of Bunsen burner pads?
20    A    No, I don't.
21    Q    Is there anything that you can recall about
22    any specific Bunsen burner pad that you handled at
23    Mount Sinai that enabled you to identify it as coming
24    from a particular maker or supplier?
25    A    No.

**Page 165**

Christian Holinka    221

1

2    Q    So, as a general rule if you went into the
3    lab and picked up a pad, it could have come from any
4    number of companies, you would not know which one just
5    by looking at it, correct?
6    A    That's correct, I wouldn't know which one.
7    Q    Were there any asbestos mittens that you
8    handled in the lab at Mount Sinai at any time that you
9    were able to identify the maker or supplier from the
10    size, appearance, color or any other observable
11    characteristics?
12    A    No, I would not be able to identify.
13    Q    Is that true of the other places that you
14    handled asbestos mittens, the earlier employment or
15    lab work that you did?  Were there ever any asbestos
16    mittens that you handled that you could identify the
17    maker or seller by something about the appearance?
18    A    No, I couldn't.  But may I add a but to
19    this?
20    MR. DARCHE:  Go ahead.
21    A    I have no idea if perhaps there was a
22    little bit in the bag, a tiny label inside which is
23    unlikely.  But ordinarily, ordinary use I would not be
24    able to identify one company from another.
25    Q    Did you ever see a label on any asbestos

42 (Pages 162 to 165)

Page 166

Christian Holinka    222

1  mitten at any location –
2  mitten at any location –
3     A    No.
4     Q    – that identified the maker or seller?
5     A    No, I did not.
6     Q    Did you ever see a label or a logo or a
7  word or symbol or imprint or anything physically
8  observable on a Bunsen burner pad that told you who
9  made or sold that pad?
10    A    No, I did not.
11    Q    Let me ask you a few questions about the
12  mittens. In the mittens that you worked with in labs
13  that you believe contained asbestos, where physically
14  in the product was the asbestos?
15    A    I do not know but they were identified as
16  asbestos mittens.
17    Q    How were they identified as asbestos
18  mittens?
19    A    In the catalogs.
20    Q    Did you ever order mittens from any catalog
21  yourself?
22    A    No, I did not.
23    Q    When you worked with mittens in the labs,
24  the various labs that you worked in, did you ever
25  compare a particular set of mittens to an entry or a

Page 167

Christian Holinka    223

1  picture in a catalog to confirm that they contained
2  picture in a catalog to confirm that they contained
3  asbestos?
4     MR. DARCHE: I am going to object. You
5  cannot confirm it by – I am going to object to
6  the form.
7     MR. ABERNETHY: Object to the form, do not
8  testify as to why you think something is or
9  isn't.
10    MR. DARCHE: I am going to object to the
11  form of the question, there you go.
12    MR. ABERNETHY: Let me rephrase it and
13  maybe this will satisfy your concern.
14    Q    When you used the asbestos mittens in the
15  lab, did you always have the catalog handy to look at
16  at the same time?
17    A    No.
18    Q    Did you ever look at the catalog while you
19  were holding or using a pair of asbestos mittens?
20    A    No.
21    Q    Did any of the companies from whom these
22  labs ordered mittens sell mittens that did not contain
23  asbestos, if you know?
24    A    I don't know.
25    Q    Did you simply assume when you used mittens

Page 168

Christian Holinka    224

1  in the lab that they contained asbestos because some
2  in the lab that they contained asbestos because some
3  of the catalogs referred to asbestos mittens?
4     MR. DARCHE: Objection to the form. It
5  mischaracterizes the witness' prior testimony
6  that also said it was stated by colleagues and
7  co-workers that these gloves were asbestos.
8     MR. ABERNETHY: Well, first of all, I am
9  not characterizing his testimony, I am not asking
10  him about his testimony. I am asking him why he
11  thought a particular thing and he can tell me. I
12  would rather have him tell me than have you
13  testify for him as to why he --
14    MR. DARCHE: I just ask that you rephrase
15  the question.
16    Q    You saw catalog pages from time to time
17  that referred to asbestos mittens, correct?
18    A    Yes.
19    Q    Did you have any other basis for believing
20  that a particular pair of mittens contained asbestos?
21    A    It was common knowledge in our working
22  situation.
23    Q    Any other basis for believing that the
24  mittens that you used contained asbestos beyond what
25  you have already told me?

Page 169

Christian Holinka    225

1     A    No.
2     A    No.
3     Q    Do you have any knowledge as to what
4  portions of the mittens, what physical parts of the
5  product contained asbestos?
6     A    No.
7     Q    Describe the mittens for me a little bit
8  more if you could; what was the outside made of, the
9  outside surface made of or what did it appear to be
10  made of?
11    A    Well, it was -- that's a difficult
12  question. It was a somewhat coarse material, tanish,
13  grayish. I don't have an obvious comparison. And
14  certainly relatively sturdy, it wasn't like cloth.
15    Q    Would you compare, would it be fair to
16  compare it to some kind of coarse or rough fabric of
17  some kind?
18    A    Yes.
19    Q    What was underneath that outer surface, if
20  you know?
21    A    I don't know.
22    Q    Did you ever see what was underneath the
23  outer surface?
24    A    No.
25    Q    Did you ever cut open a pair of gloves to

**Page 170**

1  see?
2
3  A  No.
4  Q  Did you ever see a glove that was torn open
5  so that you could see inside?
6  A  No.
7  Q  Do you know anything about what was the
8  appearance or characteristics of the gloves other than
9  what you could observe or feel on the outer surface?
10  A  No.  Other than their shape, that's part of
11  the appearance.
12  Q  Was the surface on the inside --
13  MR. ABERNETHY: Let me rephrase.
14  Q  Was the surface that touched your hand as
15  opposed to the surface facing away from your hand, was
16  that the same material, those two sides?
17  MR. DARCHE: If you remember.
18  A  I do not recall.
19  Q  Were all the mittens that you used in the
20  various labs in which you worked or did academic
21  research the same color or approximately the same
22  color?
23  A  Yes.
24  Q  You do not recall any that had any
25  distinctive color that stood out like bright blue or

**Page 171**

1  red or anything like that?
2  A  No, I do not recall.
3  Q  Was there anything about the design or
4  construction of any particular pair of asbestos gloves
5  or mittens that looked different than the others?
6  A  No, not to my knowledge.
7  Q  If I touched on this already, I apologize:
8  Did you ever use any specific set of asbestos mittens
9  that had something distinct or observable about it
10  that enabled you to identify who made them or sold
11  them?
12  MR. DARCHE: I am going to object to the
13  form.
14  But you can answer.
15  A  No.
16  Q  How do you believe you were exposed to
17  asbestos from mittens?
18  MR. DARCHE: I am going to object that this
19  was gone over.
20  But you can answer again.
21  MR. ABERNETHY: I think he testified as to
22  how he used mittens and what they were used for.
23  Q  What I am trying to find out is how, if you
24  know, did asbestos actually get from the mittens into

**Page 172**

1  your body, if it did.
2
3  A  Debris, micro debris, if you want, dust.
4  The gloves, of course, were used to handle very hot
5  materials and heat has deteriorating effects on any
6  material.  So, over longer periods of time there was
7  disintegration, it's inevitable of any material that
8  you use in this particular circumstance.
9  Q  So, am I correct that you believe or
10  observed that whatever was in that, on that surface of
11  the glove would degrade over time and give off dust?
12  A  The surface as well as perhaps the inside.
13  Q  Did you ever see -- I thought you testified
14  a few minutes ago you never saw the inside of any
15  glove.
16  MR. DARCHE: I am just going to object to
17  the argumentative nature of that question.
18  MR. ABERNETHY: I will rephrase it.
19  Q  Do you recall testifying a few minutes ago
20  that you did not see the inside of any asbestos
21  mittens?
22  MR. DARCHE: I am going to object to the
23  form, it mischaracterizes his testimony.  That
24  was not the question asked.
25  MR. ABERNETHY: Well, that is my question.

**Page 173**

1  MR. DARCHE: You can answer if you can.
2  A  Okay, I don't recall exactly whether I said
3  I didn't see it.  Wasn't the question more whether the
4  outside and the inside were similar?
5  Q  Did you ever see the material that was
6  underneath the external surface of the asbestos
7  mittens that you worked with?
8  A  I did not.
9  MR. DARCHE: Off the record.
10  (Discussion held off the record)
11  Q  Do you recall any of the specific companies
12  that sold Bunsen burner pads to the lab that you
13  worked in at Columbia Presbyterian?
14  A  No, I don't.
15  Q  Do you recall any of the specific companies
16  that sold Bunsen burner pads to the lab that you
17  worked in at SUNY Stony Brook?
18  A  No, I don't.
19  Q  Do you recall any of the specific companies
20  that sold Bunsen burner pads to the lab where you did
21  your chemistry lab at Hunter College?
22  A  No.
23  Q  Do you recall any of the specific companies
24  that sold Bunsen burner pads to the laboratory where

44 (Pages 170 to 173)

Page 174

Christian Holinka    230

1
2  you did your academic work at the University of
3  California at Berkeley?
4      A    No, I don't. But with there again, it was
5  a large research unit and they used standard
6  suppliers.
7      Q    And tell me again who the standard
8  suppliers were that you recall that were used in the
9  large research lab at UC Berkeley.
10     A    Fisher Scientific, Van Waters and Rogers,
11  American Scientific, Senco.
12     Q    But as you sit here today, can you tell me
13  which specific companies, if any, in that group sold
14  Bunsen burner pads for that lab?
15     A    I could not.
16     Q    Do you know whether any other companies
17  sold Bunsen burner pads to that lab?
18     A    I do not know.
19     Q    Do you know whether any other companies
20  sold Bunsen burner pads to the lab at Hunter College?
21     A    No, I don't know.
22     Q    Do you know if any other companies sold
23  Bunsen burner pads to the lab at SUNY Stony Brook?
24     A    No, I don't know.
25     Q    Do you know if any other companies sold

Page 175

Christian Holinka    231

1
2  Bunsen burner pads to the lab at Columbia Presbyterian?
3      A    No, I don't.
4      Q    As you sit here today can you tell me what
5  specific companies sold Bunsen burner pads to the lab
6  at Booth Hospital?
7      A    No, I don't know.
8      Q    Do you know if any companies other than the
9  ones that you mentioned earlier as standard suppliers
10  sold Bunsen burner pads to the lab at Booth Hospital?
11     A    No, I don't know.
12     Q    Let me ask you the same couple of questions
13  about mittens: As you sit here now can you identify
14  any specific company that sold Bunsen burner pads used
15  in the lab at Booth Hospital?
16     A    No, I cannot identify a specific company.
17     MR. DARCHE: Off the record.
18     (Discussion held off the record)
19     Q    Again, the question is, can you identify a
20  specific company that sold mittens to the lab at Booth
21  Hospital?
22     A    No, I cannot.
23     Q    And do you know whether any company other
24  than the standard suppliers sold mittens to Booth
25  Hospital?

Page 176

Christian Holinka    232

1
2      A    I do not know.
3      Q    Can you identify any specific company that
4  sold mittens to any of the labs that you did work in
5  at Cal Berkeley?
6      A    No, I cannot.
7      Q    Do you know whether anybody other than
8  standard suppliers as you described them sold mittens
9  to the lab at UCal Berkeley?
10     A    No, I do not know.
11     Q    Do you know who specifically sold mittens
12  to the lab at Hunter College?
13     A    No, I don't.
14     Q    Do you know whether any companies other
15  than those you recall as the standard suppliers sold
16  at Hunter College mittens?
17     A    No, I don't.
18     Q    Can you identify the specific company that
19  sold mittens to the lab at SUNY Stony Brook?
20     A    No, I don't.
21     Q    Do you know whether any other than the
22  standard suppliers did?
23     A    I don't.
24     Q    Do you know who sold, the specific company
25  who sold mittens to the lab at Columbia Presbyterian?

Page 177

Christian Holinka    233

1
2      A    No, I don't.
3      Q    Do you know if any companies other than
4  those you described as the standard suppliers did?
5      A    No, I don't.
6      Q    Without going through every location let me
7  just ask you this: Do you recall as you sit here
8  today ever discussing with any of the people who were
9  responsible for ordering supplies at any of these labs
10  the specific sources they used to get Bunsen burner
11  pads?
12     A    No, I do not recall.
13     Q    Do you recall ever talking with any of
14  those people about the specific sources they used to
15  get asbestos mittens?
16     A    No, I do not recall.
17     Q    Do you have or do you know the location of
18  any documents that might indicate what specific
19  companies sold to any of the labs where you worked?
20     A    No, I don't.
21     Q    Do you recall answering written questions
22  called interrogatories in connection with this
23  lawsuit?
24     MR. DARCHE: Answer the question to the
25  best of your ability, if you can.

45 (Pages 174 to 177)

Page 178

Christian Holinka        234

1
2    A    I filled out some questionnaires related to
3    Mr. Darche's questions.
4    Q    Is it your understanding that your lawyers
5    served on the other parties to this case written
6    answers to specific questions including questions
7    about your asbestos exposures, do you have an
8    understanding about that?
9    A    No, I don't have any direct understanding.
10   Q    I will represent to you that it is my
11   understanding that answers to written interrogatories
12   were served on your behalf in this litigation and one
13   of the answers to the written interrogatories makes
14   reference to potential exposure to asbestos in
15   connection with a product called an autoclave. Do you
16   recall answering any question indicating that you were
17   exposed to asbestos from a product called an
18   autoclave?
19       MR. DARCHE: Objection. The
20   interrogatories that you are referring to were
21   not verified by this witness, so it is my
22   position that you are not really confronting him
23   with something that he has verified.
24       MR. ABERNETHY: Well, forget the
25   verification, let me just ask a simpler question.

Page 179

Christian Holinka        235

1
2    Q    Do you believe that you were exposed to
3    asbestos at any location from a product called an
4    autoclave?
5    A    I'm not sure. Initially I thought maybe
6    but I'm not even sure if it contains, an autoclave
7    contains asbestos.
8    Q    You are familiar with a product or a type
9    of product referred to as an autoclave?
10   A    Yes.
11   Q    What is an autoclave?
12   A    An autoclave sterilizes at high heat and
13   steam bacterial cultures or anything that you may want
14   to sterilize.
15   Q    In any of the laboratory or other work that
16   you have done, which the other counsel went over in
17   great detail earlier, in any of that work did you work
18   with autoclaves?
19   A    I did in the Army and I did at Sinai.
20   Q    What specifically did you do with
21   autoclaves in the Army?
22   A    Put in bacterial cultures, TB cultures,
23   gonorrhea cultures after you had diagnosed them and
24   sterilized them.
25   Q    Do you know the makers or suppliers of any

Page 180

Christian Holinka        236

1
2    of the autoclaves that you worked with in the Army?
3    A    I don't.
4    Q    Can you describe the physical appearance of
5    any of the autoclaves you worked with in the Army?
6    A    Yeah. It's typically a large round tube
7    about -- stainless steel on the outside, about 4 feet,
8    5 feet long, about 3 feet in diameter that has a door
9    with this circular handle to close tight and then you
10   push a few buttons to let the steam and the heat in.
11   Q    Did you work with more than one autoclave
12   while you were in the Army?
13   A    I don't recall exactly but I don't believe
14   so.
15   Q    And am I correct you do not know who made
16   or sold that autoclave, the one that you remember?
17   A    You are correct, I don't remember.
18   Q    And as you sit here today you do not
19   remember whether it contained any asbestos or not?
20   A    That's correct, I don't know.
21   Q    What did you do with an autoclave or
22   autoclaves at Mount Sinai?
23   A    Sterilize cell cultures, culture dishes and
24   media.
25   Q    Was it one device that you worked with

Page 181

Christian Holinka        237

1
2    there or more than one?
3    A    One device.
4    Q    Can you describe what it looked like?
5    A    Comparable to my earlier description. You
6    want me to repeat it?
7    Q    You do not have to repeat the earlier
8    description but do you remember what color it was?
9    A    Also stainless steel.
10   Q    Do you know what the source of power or
11   heat for it was?
12   A    No, I don't.
13   Q    Do you know who made it or sold it?
14   A    I don't.
15   Q    And you do not know whether it contained
16   any asbestos?
17   A    No, I don't know.
18   Q    Did you have any involvement in ordering or
19   buying the autoclave at Mount Sinai?
20   A    No.
21   Q    Was it there when you got there?
22   A    Yes.
23   Q    Was the same one in use when you left?
24   A    Yes.
25   Q    Did it have any logo, marking, nameplate,

46 (Pages 178 to 181)

Page 182

```
                Christian Holinka    238
1
2   anything identifying marked on it?
3       A    It very likely did.
4       Q    Do you recall what it said?
5       A    No, I don't.
6       Q    Where was it located in the lab?
7       A    It was located in the culture room.
8       Q    Do you know when that device was acquired
9   by Mount Sinai?
10      A    No, I don't.
11      Q    Do you know when it was put in service?
12      A    I don't.
13      Q    Between the time that you were told that
14  you had been diagnosed with bipolar mesothelioma and
15  today, have you looked at any catalogs for laboratory
16  supplies or any portions of any such catalogs?
17      A    I have not.
18      Q    Have you talked to anyone other than your
19  counsel about the potential suppliers of any of the
20  laboratory equipment that you worked with in the
21  various locations where you did research or academic
22  work while you were employed?
23      A    I have not.
24      Q    When was the last time you can recall
25  seeing any catalog from any of the suppliers that you
```

Page 183

```
                Christian Holinka    239
1
2   mentioned by name earlier in your testimony?
3       A    In 1989 at Sinai.
4       Q    Did you do laboratory work at Mount Sinai
5   only at one location?
6       A    On one floor in several rooms.
7       Q    But it was just in that one building, not
8   in any other facility?
9       A    Yes, only on the 20th floor.
10      Q    Since the time that you were diagnosed with
11  bipolar mesothelioma we are told that you had been
12  given this diagnosis, have you had any conversation
13  with any former co-workers or supervisors about any of
14  the asbestos exposures that you believe you may have
15  had?
16      A    Not about the asbestos exposure, no.
17      Q    What have you talked to them about?
18      A    My diagnosis.
19          MR. DARCHE: Just note my objection.
20          You can answer.
21      Q    And in the context of those discussions
22  about your diagnosis, your asbestos exposure was not
23  discussed with any of them?
24      A    Well, it was pretty much recognized that
25  that was -- well, they really knew that this related
```

Page 184

```
                Christian Holinka    240
1
2   to asbestos.
3           MR. DARCHE: Answer his question.
4       A    Would you repeat the question again?
5       Q    Were any of the specific facts of your
6   exposures to asbestos discussed in any of the
7   conversations that you have had with any former
8   co-workers since the time you were told of your
9   diagnosis?
10      A    I don't understand what you mean by
11  specific facts.
12      Q    Did you talk to them about any of the
13  circumstances under which you believe you had been
14  exposed to asbestos?
15      A    I did talk to them but not about specific
16  facts as to the origin of the asbestos. Simply in
17  relation to my research activities.
18          MR. SCHAFFER: I'm sorry, could you read
19      back that answer, please.
20          (Whereupon, at this time, the requested
21      portion was read back by the reporter)
22      Q    As you sit here today, do you know the
23  residence or business address of any of the people
24  that you worked with in any of the locations where you
25  believe you were exposed to asbestos?
```

Page 185

```
                Christian Holinka    241
1
2       A    I do but in some instances, but not right
3   here, I couldn't give it to you right now.
4       Q    Do you have any of that information
5   recorded in an address book or a document or anything
6   of that nature?
7       A    I do have an address book, yes, with some
8   of their names.
9       Q    So, you do not recall them, you do not
10  recall street numbers, city, town, zip code as you sit
11  here but you have some of them written down.
12      A    That's correct.
13          MR. DARCHE: Off the record.
14          (Discussion held off the record)
15      Q    This topic was touched on, I think, in at
16  least a couple of locations but I am not sure it was
17  covered for all, so let me just ask you a couple of
18  questions briefly about the different places that you
19  worked.
20          While you were at Mount Sinai, to your
21  knowledge were there asbestos materials installed in
22  the building in any of the locations where you worked?
23      A    No, there weren't.
24      Q    Was there any substantial renovation work
25  done while you were at Sinai in any of the specific
```

47 (Pages 182 to 185)

Page 186

| | |
|---|---|
| 1 | Christian Holinka    242 |
| 2 | locations where you worked? |
| 3 | A    No. |
| 4 | Q    Was there any asbestos material to your |
| 5 | knowledge installed in the building in any of the |
| 6 | locations where you did work at Columbia Presbyterian? |
| 7 | A    To my knowledge, no. |
| 8 | Q    Were there any renovations of any substance |
| 9 | done in the areas where you worked at Columbia |
| 10 | Presbyterian while you were there? |
| 11 | A    No. |
| 12 | Q    Was there any asbestos material to your |
| 13 | knowledge installed in the lab where you did work at |
| 14 | SUNY Stony Brook? |
| 15 | A    No. |
| 16 | Q    Were there any renovations done to that lab |
| 17 | while you were employed there or while you did your |
| 18 | academic work there? |
| 19 | A    No. |
| 20 | Q    Was there any asbestos material installed |
| 21 | in any of the facilities at Hunter College while you |
| 22 | were studying there? |
| 23 | A    Not to my knowledge. |
| 24 | Q    Were there any renovations done in any of |
| 25 | the locations where you were living or studying or |

Page 187

| | |
|---|---|
| 1 | Christian Holinka    243 |
| 2 | doing lab work at Hunter College? |
| 3 | A    No. |
| 4 | Q    Was there any asbestos material installed |
| 5 | in any of the labs where you worked or did research or |
| 6 | academic work at the University of California at |
| 7 | Berkeley? |
| 8 | A    No. |
| 9 | Q    Were there any renovations underway in any |
| 10 | of the classrooms or laboratory space where you |
| 11 | studied or did research work or were employed at the |
| 12 | University of California at Berkeley? |
| 13 | A    No. |
| 14 | Q    Were there any asbestos materials installed |
| 15 | anywhere where you worked at Booth Hospital? |
| 16 | A    No. |
| 17 | Q    Was that lab renovated at all while you |
| 18 | were working there? |
| 19 | A    No, it wasn't. |
| 20 | MR. ABERNETHY:  Bear with me just one |
| 21 | second. |
| 22 | Q    Was there any substantial renovation work |
| 23 | done while you were employed in any of the facilities |
| 24 | where you worked when you were employed by the |
| 25 | pharmaceutical companies that you mentioned earlier? |

Page 188

| | |
|---|---|
| 1 | Christian Holinka    244 |
| 2 | A    No. |
| 3 | MR. ABERNETHY:  Those are all the questions |
| 4 | I have for you.  Thank you very much. |
| 5 | MR. DARCHE:  We will stop now for the day |
| 6 | and I will send out a deposition notice tomorrow. |
| 7 | (Whereupon, at 3:40 P.M., the |
| 8 | examination of this witness was concluded) |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Page 189

| | |
|---|---|
| 1 | Christian Holinka    245 |
| 2 | |
| 3 | W I T N E S S   C E R T I F I C A T I O N |
| 4 | |
| 5 | I have read the foregoing transcript of my |
| 6 | testimony and find it to be true and accurate to |
| 7 | the best of my knowledge and belief. |
| 8 | |
| 9 | |
| 10 | _____ |
| | CHRISTIAN HOLINKA |
| 11 | |
| 12 | Subscribed and sworn to |
| 13 | before me on this _____ day |
| 14 | of _____, 2007. |
| 15 | |
| 16 | |
| 17 | _____ |
| | NOTARY PUBLIC |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

48 (Pages 186 to 189)



Page 190

```
1                    246
2           INDEX TO TESTIMONY
3                  Page    Line
4  Continued Direct Examination by    63      8
   Mr. Schaffer
5
   Cross-Examination by Mr. Abernethy   210     2
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 191

```
1      CERTIFICATE OF NOTARY    247
2
3      I, CHERYL F. BAREN, a Stenotype Shorthand
4  Reporter and Notary Public within and for the State of
5  New York, do hereby certify that the within Continued
6  Examination Before Trial of CHRISTIAN HOLINKA was held
7  before me and I faithfully and impartially recorded
8  stenographically the questions, answers and colloquy.
9
10     I further certify that after said examination was
11 recorded stenographically by me, it was reduced to
12 typewriting under my supervision, and I hereby submit
13 that the within contents of said examination are true
14 and accurate to the best of my ability.
15
16     I further certify that I am not a relative of nor
17 an attorney for any of the parties connected with the
18 aforesaid examination, nor otherwise interested in the
19 testimony of the witness.
20
21
                    _____
22              CHERYL F. BAREN
23
24
25
```