0535

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

IN RE: NEW YORK CITY
ASBESTOS LITIGATION

Hon. Joan A. Madden

Plaintiff(s),

CHRISTIAN HOLINKA

vs.

Defendant(s),

A.C. & S., et al.

At the Ex-Parte Motion Office at the Supreme Court of the State of New York, held in and for the County of New York, at the County Court House, on the 23rd day of August, 2007

Present:

Hon. JOAN A. MADDEN

INDEX NO. 114120-06

INDEX NUMBER 114120  YEAR 2006
15 MOTIONS         45.00
TOTAL              45.00
CHECK              45.00

CONS CASHIER    DATE    TIME
-5316 1000  07 AUG 22  2:21 PM

ORDER TO SHOW CAUSE
FOR MOTION IN LIMINE TO PRECLUDE PLAINTIFF AND HIS WITNESSES FROM REFERRING TO BUNSEN BURNER PADS AND MITTENS AS "DEFENDANT'S PRODUCTS" BECAUSE THERE IS NO EVIDENCE THAT DEFENDANTS DISTRIBUTED THESE PRODUCTS TO THE LABORATORIES AT ISSUE

EX PARTE MOTION OFFICE
APPROVED
FOR THE PAYMENT OF MOTION FEE ONLY

PLEASE TAKE NOTICE that, upon the annexed Affirmation of Kristy Kulina Lyons, Esq., dated August 21, 2007 in support of Defendants Baxter Healthcare Corporation (alleged to be a successor in interest to American Hospital Supply Corp. and American Scientific Products) ("Baxter"), ManorCare Health Services, Inc. (alleged to be a successor in interest to Central Scientific Company, a division of Cenco, Inc.) ("Manor") Fisher Scientific International Inc. ("Fisher"), VWR International, Inc. ("VWR") and Univar USA ("Univar") (collectively, "Defendants"), the accompanying Memorandum of Law, the exhibits attached thereto and upon all prior pleadings and proceedings heretofore had herein, and good cause having been shown, it is hereby:

ORDERED, that counsel for the plaintiffs show cause in IAS part 11, of the Supreme Court of the State of New York, County of New York, located at 60 Centre Street, Room 351, New York, New York,

before the Honorable Joan Madden on the 12th day of SEPT, 2007, at 9:30 AM or as soon thereafter as counsel may be heard, why an Order should not be entered granting the Defendants' Motion *in limine* to preclude Plaintiff and his witnesses from referring to Bunsen burner pads and mittens as "defendant's products" because there is no evidence that Defendants distributed these products to the laboratories at issue; and it is further

ORDERED, sufficient cause having been shown, that service of a copy of this Order to Show Cause, together with its supporting papers, shall be made by courier to counsel for Plaintiffs, Weitz & Luxenberg, and via facsimile or regular mail upon counsel for the defendants on or before the 28th day of Aug., 2007, and such service shall be deemed good and sufficient notice of this application, and it is further

ORDERED that service of answering papers, if any, be made on or before SEPT. 10, 2007, by serving copies thereof on moving party via courier or overnight delivery and by facsimile upon counsel for the defendants.

ORAL ARGUMENT is requested.

ENTERED:

_____
JOAN MADDEN, J.S.C.

ORAL ARGUMENT
DIRECTED
J.S.C.