Exhibit A

Page 1

57

SUPREME COURT

ALL COUNTIES WITHIN THE STATE OF NEW YORK



IN RE:  NEW YORK CITY ASBESTOS LITIGATION

DEPOSITION UNDER ORAL

EXAMINATION OF

CHRISTIAN HOLINKA

(VOLUME II)

This Document Applies To:

CHRISTIAN HOLINKA

INDEX NO.:  114120-06

PRIORITY ONE COURT REPORTING SERVICES, INC.

899 Manor Road

Staten Island, New York  10314

(718) 983-1234

Page 2

58
1
2   Transcript of the deposition of the Plaintiff,
3   called for Oral Examination in the above-captioned
4   matter, said deposition being taken pursuant to
5   Federal Rules of Civil Procedure by and before
6   CHERYL F. BAREN, a Notary Public and Shorthand
7   Reporter, at the Offices of Weitz & Luxenberg, 120
8   Wall Street, New York, New York, on Thursday, February
9   22, 2007, commencing at approximately 10:30 in the
10  forenoon.

Page 3

59
1
2   A P P E A R A N C E S :
3
4       WEITZ & LUXENBERG, P.C.
5           Attorneys for Plaintiff
            180 Maiden Lane, 17th Floor
            New York, New York 10038
6       BY:  BENJAMIN DARCHE, ESQ.
7
8       DRINKER, BIDDLE & REATH, LLP
9           Attorneys for Defendants VWR International,
            Inc. and Univar USA, Inc.
            One Logan Square
10          18th and Cherry Streets
            Philadelphia, Pennsylvania 19103-6996
11      BY:  DAVID F. ABERNETHY, ESQ.
12
13      REED SMITH, LLP
14          Attorneys for Defendant Manor Health Care
            Princeton Forrestal Village
            136 Main Street, Suite 250
15          P.O. Box 7839
            Princeton, New Jersey 08543-7839
16      BY:  GREG A. DADIKA, ESQ.
17
18      PEHLIVANIAN, BRAATEN & PASCARELLA, LLC.
            Attorneys for Defendant Ingersoll Rand Co.
19          2430 Route 34
            Manasquan, New Jersey 08736
20      BY:  SYLVIA K. LEE, ESQ.
21
22      DARGER & ERRANTE, LLP
            Attorneys for Defendant Lennox Industries
23          116 East 27th Street, 12th Floor
            New York, New York 10016
24      BY:  CRAIG GLANTZ, ESQ.
25

Page 4

60
1
2   DRINKER, BIDDLE & REATH, LLP
        Attorneys for Defendant Baxter Health Care
3       500 Campus Drive
        Florham Park, New Jersey 07932-1047
4   BY:  TIMOTHY J. FRASER, ESQ.
5
6   HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP.
        Attorneys for Defendant Fisher Scientific
7       40 Paterson Street
        P.O. Box 480
8       New Brunswick, New Jersey 08903
    BY:  KRISTY KULINA LYONS, ESQ.
9
10
    McGIVNEY & KLUGER, P.C.
11      Attorneys for Defendant Beckman Coulter
        80 Broad Street, 23rd Floor
12      New York, New York 10004
    BY:  LAURA HOLLMAN, ESQ.
13
14
    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
15      Attorneys for Defendant A.W. Chesterton
        150 East 42nd Street
16      New York, New York 10017
    BY:  TODD DESIMONE, ESQ.
17
18
    MALABY, CARLISLE & BRADLEY, LLC
19      Attorneys for Defendants Adience, CBS,
        and Kewannee Scientific
20      150 Broadway
        New York, New York 10038
21  BY:  DAVID P. SCHAFFER, ESQ.
        KOO LEE, ESQ.
22
23
24
25

Page 5

61
1
2   ANDERSON, KILL & OLICK, P.C.
        Attorneys for Defendants
3       Amchem and Certainteed
        1251 Avenue of the Americas
4       New York, New York 10020-1182
    BY:  SANDRA STEINMAN, ESQ.
5
6
    LEADER & BERKON, LLP
7       Attorneys for Defendant DuPont
        630 Third Avenue, 17th Floor
8       New York, New York 10017
    BY:  JUDITH A. JOSEPH JENKINS, ESQ.
9
10
    DARGER & ERRANTE, LLP
11      Attorneys for Defendant Lennox Industries
        116 East 27th Street, 12th Floor
12      New York, New York 10016
    BY:  MICHAEL T. LEWANDOWSKI, ESQ.
13
14
15              *   *   *
16
17
18
19
20
21
22
23
24
25

**Page 6**

62

1
2 IT IS HEREBY STIPULATED AND AGREED by and between
3 the attorneys for the respective parties hereto that
4 filing, sealing and certification of the within
5 Examination Before Trial be waived; that all
6 objections, except as to form, are reserved to the
7 time of trial.
8 IT IS FURTHER STIPULATED AND AGREED that the
9 transcript may be signed before any Notary Public with
10 the same force and effect as if signed before a Clerk
11 or Judge of the Court.
12 IT IS FURTHER STIPULATED AND AGREED that the
13 within examination may be utilized for all purposes as
14 provided by the CPLR.
15 IT IS FURTHER STIPULATED AND AGREED that all
16 rights provided to all parties by the CPLR shall be
17 be deemed waived and the appropriate sections of the
18 CPLR shall be controlling with respect thereto.
19 IT IS FURTHER STIPULATED AND AGREED by and
20 between the attorneys for the respective parties
21 hereto that a copy of the Examination shall be
22 furnished, without charge, to the attorney
23 representing the witness testifying herein.
24
25

**Page 7**

Christian Holinka     63

1
2 C H R I S T I A N   H O L I N K A, the
3 Plaintiff herein, after previously having been
4 duly sworn by a Notary Public of the State of New
5 York, was examined and testified as follows:
6 CONTINUED DIRECT EXAMINATION
7 BY MR. SCHAFFER:
8 Q Good morning, sir.
9 A Good morning.
10 Q My name is David Schaffer, we met off the
11 record just a moment ago. I am with the law firm of
12 Malaby, Carlisle and Bradley, and I am here to
13 continue the questioning that was started by my
14 colleague a couple of weeks ago, Cori Leavitt, who
15 could not be here.
16 I have read your transcript from the
17 testimony you gave a couple of weeks ago and I am
18 going to try not to repeat things. To the extent that
19 I do, please bear with me and we will get through this
20 as quickly as we can.
21 The same ground rules that Ms. Leavitt went
22 over with you apply. Please, wait until I finish my
23 question completely before you start your answer. I
24 will afford you the same courtesy and wait for you to
25 finish your answer before I start my next question.

**Page 8**

Christian Holinka     64

1
2 If you do not understand any of my
3 questions, will you be sure to tell me?
4 A Yes.
5 Q All of your responses do also have to be
6 verbal because the Court Reporter over here cannot
7 take down physical gestures or things like that.
8 Have you had an opportunity to read the
9 transcript or typed up version of the testimony that
10 you gave a couple of weeks ago?
11 A Yes, I have.
12 Q And in review of that, were there any
13 significant changes or alterations that you feel were
14 not properly reflected in the testimony you gave?
15 A No significant changes.
16 Q As was the case a couple of weeks ago, if
17 at the moment I ask you a question you do not know the
18 answer to it but then at some point later on it comes
19 to you, that is fine, just let us know and we will
20 deal with it at that time. We want to make sure there
21 is an accurate record and give you every option to
22 make an accurate record.
23 Did you take any medications before coming
24 here today?
25 A No.

**Page 9**

Christian Holinka     65

1
2 Q When did you review the transcript of the
3 last session?
4 A Today.
5 Q How long did you go over it?
6 A About ten minutes.
7 Q Besides possibly representatives of your
8 law firm, did you talk with anyone else about the
9 testimony you gave and plan to give today?
10 A No.
11 MR. SCHAFFER: Off the record.
12 (Discussion held off the record)
13 Q It is my understanding, sir, that you came
14 to the United States in around 1956 after finishing
15 the boarding school in Oldenburg; is that right?
16 A That's correct.
17 Q Now, when you came to the United States,
18 what was the first employment that you had?
19 A I worked briefly as an elevator operator
20 for about five weeks.
21 Q And where was that job?
22 A That was at the Commodore Hotel in New York
23 City.
24 Q And was that in 1956?
25 A Yes.

Page 10

1          Christian Holinka     66
2     Q   Do you know approximately when?  Even a
3   season would be fine.
4     A   November of '56.
5     Q   And did that employment carry through into
6   1957?
7     A   No.
8     Q   Do you believe that you were exposed to
9   asbestos in any way while you were working as an
10  elevator operator?
11    A   I do not know.
12    Q   What were your duties as an elevator
13  operator?
14    A   Operate the elevator.
15    Q   Bringing individuals up and down the floors
16  of the hotel?
17    A   Yes.
18    Q   Did you run only the passenger elevators as
19  opposed to cargo elevators?
20    A   Only passenger.
21    Q   What was the next job that you held after
22  being an elevator operator?
23    A   United States Army.
24    Q   And when did you join the Army?
25    A   In November 1956.

Page 11

1          Christian Holinka     67
2     MR. DARCHE:  Off the record.
3     (Discussion held off the record)
4     Q   And you left the Army at what point, sir?
5     A   In 1959, July or August.
6     Q   And at that point, sir, did you hold any
7   other jobs before going on to UC Berkeley?
8     A   Yes.
9     Q   Can you tell me what was the next
10  employment you had after you were discharged?
11    A   Booth Memorial Hospital in New York, in
12  Queens.
13    Q   When did you start at Booth Memorial?
14    A   In late 1959, I think September.
15    Q   And if Ms. Leavitt did not give you this
16  instruction last time, I will give it to you now:  To
17  the extent that I am asking you about things that
18  happened to some degree decades even in the past, if
19  there is a way that you can give me your best estimate
20  if you do not know precisely, that is fine,
21  understood?  If you are just flat-out guessing, nobody
22  here wants you to do that.  Tell me you do not know
23  and we will move forward.  But we are entitled to a
24  best estimate and sometimes if you can tie things like
25  dates or events into either events in your personal

Page 12

1          Christian Holinka     68
2   life or events going on in the world, that helps us
3   work with a timeline a little bit.
4     A   Understood.
5     Q   How long did you work at Booth?
6     A   Three and a half months.
7     Q   What was your position there when you
8   started?
9     A   A laboratory technician.
10    Q   And did you hold that same position
11  throughout the entire time you were there?
12    A   Yes.
13    Q   What were your duties as a laboratory
14  technician?
15    A   Clinical chemistry, analysis of human
16  material serum, urine to an extent.
17    Q   Were you as a technician responsible for
18  screening for any particular types of illnesses or
19  problems with respect to the human materials?
20    A   No.
21    Q   Do you know if your screening involved the
22  screening of any contagions of any type?
23    A   No.
24    Q   You do not know?
25    A   No, I didn't screen for any contagious

Page 13

1          Christian Holinka     69
2   material.
3     Q   Who was your supervisor when you were
4   working at Booth?
5     A   Dr. Blaustein.
6     Q   Do you remember Dr. Blaustein's first name?
7     A   Ansel.
8     Q   Is Dr. Blaustein still alive, if you know?
9     A   No.  No, he's not still alive.
10    Q   I try not to ask questions in an ambiguous
11  fashion but please, clarify as you are doing.
12       Besides yourself were there other
13  laboratory technicians working alongside you with
14  similar duties?
15    A   The section head of the laboratory.
16    Q   And who was that?
17    A   Her name is Olga, first name, last name
18  Bzrorad.  I'm going to try to spell it.
19    Q   Okay, thank you.
20    A   B-Z-R-O-R-A-D.  I'm not sure of the
21  spelling.
22    Q   And is Olga still alive?
23    A   Yes -- I don't know but -- I don't know.
24    Q   When was the last time you had any contact
25  with her?

Page 14

Christian Holinka          70

1
2     A    In 1960.
3     Q    So, over 40 years ago?
4     A    Uh-huh.
5     Q    That is a yes, right?
6     A    Yes.
7     Q    So, was the chain of command you would
8  report to Olga and then Dr. Blaustein supervised
9  everybody?
10    A    Yes, that's correct.
11    Q    Did anybody else work with you at Booth
12  during that three and a half months?
13    A    Yes.
14    Q    Who else did?
15    A    I don't remember their names.
16    Q    Did they have duties similar to yours as a
17  lab technician?
18    A    Yes.
19    Q    What were your shift or hours typically?
20    A    Nine to five, day shift.
21    Q    Monday to Friday?
22    A    Yes.
23    Q    How did you get that job?
24    A    I applied for it at the hospital.  Being
25  trained in the Army as a medical laboratory

Page 15

Christian Holinka          ·71

1
2  technologist I was qualified.
3     Q    During the time that you were at Booth, do
4  you believe that you were exposed to asbestos in any
5  way?
6     A    Yes.
7     Q    Do you believe that you personally handled
8  any materials that contained asbestos while at Booth?
9     A    Yes.
10    Q    Can you tell me all the different types of
11  materials that you handled that you believe contained
12  asbestos when you worked there?
13    A    Bunsen burner pads that had a center round
14  asbestos component to diffuse the heat, distribute the
15  heat uniformly.  And heat mittens that were used to
16  handle hot glass work from drying ovens or otherwise
17  hot.
18    Q    How do you believe that you were exposed to
19  asbestos from the Bunsen burner pads at Booth?
20    A    The asbestos gradually becomes brittle due
21  to the high heat and the heat moves the air really and
22  one would expect that dust particles would be
23  generated.  Also once the Bunsen burner pad was no
24  longer usable because the center piece became brittle,
25  you dispose of it.

Page 16

Christian Holinka          72

1
2     Q    And replace it?
3     A    And replace it, yes.
4     Q    Can you give us any sort of a
5  quantification as to how long a Bunsen burner pad
6  would last?
7     A    It depends on the frequency of its use.
8  And usually a Bunsen burner is the principal heat
9  source of all the laboratories I've worked in.
10  Usually it's used pretty frequently, meaning certainly
11  daily, very frequently.  I would guess, and that's not
12  a precise answer, that certainly every few days you
13  would replace it.  But again, it depends upon the
14  frequency of use.
15    Q    Understood.  Would it also depend on the
16  temperature of the flame that was being used in any
17  application?
18    A    I would say the flame temperature is pretty
19  constant.  It's gas that comes right out of a burner.
20    Q    Do you know what the temperature of the gas
21  typically was out of those Bunsen burners?
22    A    No.  Interesting question.
23    Q    Do you know what the fuel source of the gas
24  was?
25    A    I would imagine the same fuel source that

Page 17

Christian Holinka          73

1
2  was used in households for gas flames.
3          MR. DARCHE:  Don't guess.
4     A    I don't know.
5     Q    And I am just asking you what you know.
6          How many Bunsen burners were in the lab
7  when you worked there?
8     A    Half a dozen.
9     Q    If there was an occasion as you described
10  that the pad had to be replaced, where would you get
11  the replacement pad from?
12    A    It was standard equipment at a laboratory.
13  There was a supply cabinet and I took it from there.
14    Q    Do you recall what the supply cabinet at
15  Booth looked like?
16    A    No.
17    Q    Do you recall what color the pads were at
18  Booth?  Let's start with the new ones first.
19    A    Well, the metal grid was grayish metal,
20  fine grayish metal, and the center round pad was tan,
21  whitish-tan, whitish-gray.
22    Q    And the metal portion, was that like a
23  mesh?
24    A    Yes.
25    Q    How far across in diameter would the pad

Page 18

Christian Holinka        74

1
2  section of that be?
3     A   About that wide.  (Indicating)
4     Q   Which would be what, sir?  Since the Court
5  Reporter cannot take down that gesture.
6     A   About 3 1/2 inches.
7     Q   And did the material protrude from the
8  plane of the mesh both above and below it?  Do you
9  know what I mean?
10    A   Above, to my recollection mainly above.
11    Q   Any idea how thick the material was?
12    A   A few millimeters.
13    Q   Do you know the brand, trade or
14  manufacturer's name of any of the Bunsen burner pads
15  that you used at Booth Memorial?
16    A   There were standard suppliers to that lab
17  and later during my research career such as Fisher
18  Scientific, American Scientific, Senco, Van Waters and
19  Rogers.  Those were the major suppliers.
20    MS. LYONS:  Could you read that back,
21    please.
22    (Whereupon, at this time, the requested
23    portion was read back by the reporter)
24    Q   And with respect, sir, and just limiting
25  our question right now to the time you were at Booth,

Page 19

Christian Holinka        75

1
2  do you know what company supplied the pads that were
3  used at Booth?
4     A   No, I do not.
5     Q   The names that you gave me are names that
6  you associate with supplier's pads throughout your
7  career; is that right?
8     A   Yes.  And if I may say so, Booth was a job.
9  I walked in there in the morning, did my work unlike
10  later my scientific career, did my work and was not
11  really further involved in any of the details of the
12  laboratory.
13    Q   I understand.  Did you have any
14  responsibility for ordering any of the supplies that
15  were used at that lab?
16    A   No.
17    Q   Did you ever see any paperwork that
18  accompanied any of the supplies that were ordered at
19  the lab and present in the supply area?
20    A   No, I didn't.
21    Q   You indicated that you also used heat
22  mittens at Booth?
23    A   Yes.
24    Q   With what frequency would you use the heat
25  mittens?

Page 20

Christian Holinka        76

1
2     A   Daily.
3     Q   And I believe you said that you would use
4  them to handle hot glassware; is that right?
5     A   Yes.
6     Q   Did you use them for any other application?
7     A   No.
8     Q   Did the mittens that you used at Booth --
9     MR. SCHAFFER:  Withdrawn.
10    Q   When you first started using the mittens at
11  Booth, what did they look like?  Let's start with
12  color.
13    A   Tanish, light gray.  And they had a thumb
14  compartment and a compartment for the whole hand.
15    Q   So, they did not have individual fingers?
16    A   No.
17    Q   Did they cover just the hand or did they
18  run a length up your arm to some degree?
19    A   Including the wrist.  (Indicating)
20    Q   Did the gloves appear to be made of one
21  continuous piece or did they have a sleeve or anything
22  around the end of them by the wrist?  Do you
23  understand my question?
24    A   Yes.
25    Q   Okay.

Page 21

Christian Holinka        77

1
2     A   They did not have a sleeve to the best of
3  my recollection.
4     Q   Were there any words or logos or anything
5  of any nature printed on the gloves themselves that
6  you used at Booth?
7     A   Not to my recollection, no.
8     Q   Did they have a different material on their
9  inside as opposed to their outside?
10    A   By inside you mean inside the glove or on
11  the one side of the glove versus the other?
12    Q   Well, let me start with the portion of the
13  glove that you would slide your hand into that was
14  immediately contacting your skin, was that surface
15  similar to the surface that you would see on the
16  outside of the glove?
17    A   To the best of my recollection, yes.
18    Q   And was there a difference in the exterior
19  surface of the glove between the portion that covered
20  your palm as opposed to the portion that covered the
21  back of your hand?
22    A   To the best of my recollection, no.
23    Q   Do you have any information as to the
24  brand, trade, manufacturer's name or supplier of the
25  gloves that were used at Booth, specifically at Booth?

Page 22

Christian Holinka    78

1
2    A    They were standard suppliers that were used
3    by the laboratory.
4    Q    When you say standard suppliers, sir, let
5    me ask you as with the Bunsen burner pads, did you
6    have any responsibility to order the gloves that were
7    used at the lab?
8    A    No, I didn't.
9    Q    Do you know who did have that
10   responsibility?
11   A    No.
12   Q    And I can appreciate the fact that that was
13   just a job for you, sir, but specifically with respect
14   to Booth, do you know who manufactured or supplied any
15   of the gloves that you used there?
16   A    There were major suppliers for laboratory
17   equipment and those suppliers supplied a broad
18   spectrum of what was needed at the laboratory.
19   Q    Understood.  But with respect to Booth, do
20   you know who specifically supplied the gloves you used
21   there?
22   A    No, I do not.
23   Q    Besides the gloves and the Bunsen burner
24   pads, do you believe you personally handled any other
25   types of materials at Booth that you think caused you

Page 23

Christian Holinka    79

1    to be exposed to asbestos?
2    A    I do not know.
3    Q    How long would a pair of gloves typically
4    last when you were using them?
5    A    Again, it depends on the use of course.  I
6    cannot estimate.
7    Q    And as you sit here today, besides the pads
8    and the mittens -- I'm sorry, we have been calling
9    them gloves interchangeably.
10   A    Gloves, mittens, yes.
11   Q    Besides the pads and the mittens, are you
12   aware as you sit here today of any other way that you
13   may have been exposed to asbestos when you worked at
14   the lab at Booth?
15   A    No, I am not aware of any other way.
16   Q    Why did you leave the job at Booth?
17   A    Because I was accepted by the University of
18   California at Berkeley as an undergraduate student.
19   Q    And you went out to Berkeley and began your
20   study; is that right?
21   A    Yes.
22   Q    As an undergraduate student did you have
23   any major or particular field of study that you
24   pursued?

Page 24

Christian Holinka    80

1
2    A    Physiology and French literature.
3    Q    And did you get your undergraduate degree
4    in four years?
5    A    In two and a half years.
6    Q    Were you in a combined undergraduate and
7    Master's program?
8    A    No.
9    Q    Did you take classes 12 months of the year
10   to accelerate your graduation?
11   A    That's correct.
12   Q    During the time that you were taking
13   undergraduate classes at UC Berkeley, do you believe
14   that you were exposed to asbestos in any way?
15   A    Yes, I was.
16   Q    And again, limiting it to the two and a
17   half years that you were there as an undergraduate,
18   how do you believe that you were exposed to asbestos?
19   A    I worked part-time at a research laboratory
20   with standard equipment including, of course, Bunsen
21   burners, heat mittens.
22   Q    Besides the work part-time at the research
23   laboratory for those two and a half years, do you
24   believe that you were exposed to asbestos in any other
25   way while you were an undergraduate?

Page 25

Christian Holinka    81

1
2    A    Well, as part of your laboratory courses in
3    academia, you do experiments requiring Bunsen burners.
4    Q    Let's talk about then the part-time work
5    you did first.  What was the name of the research
6    laboratory that you did the part-time work at?
7    A    Department of physiology.
8    Q    So, this was a lab that was affiliated with
9    the school?
10   A    Yes.
11   Q    When did you first start working there
12   part-time as an undergraduate?
13   A    In spring 1960.
14   Q    Did you work there continuously part-time?
15   A    Yes.
16   Q    For how long did you work there
17   continuously part-time?
18   A    Until mid-1962.
19   Q    And it was at that point that you had
20   completed your undergraduate work?
21   A    Yes.
22   Q    Where was the department of physiology lab
23   located?
24   A    At the Life Sciences Building on the main
25   campus, University of Cal Berkeley.

7  (Pages 22 to 25)

Page 26

Christian Holinka        82

1
2    Q    Do you know if that building is still
3    there?
4    A    Yes.
5    Q    It is?
6    A    Yes, it is.
7    Q    And when was the last time that you had an
8    opportunity to be in that building?
9    A    About a year and a half ago, two years ago.
10    Q    Did you have the opportunity to go to the
11    space where you worked out of in your last visit?
12    A    I had the opportunity but I did not go into
13    the laboratories. The building has been completely
14    changed and renovated.
15    Q    So, you understand that the physical layout
16    of the area where you were working part-time has
17    changed from the time that you were there?
18    A    Yes.
19    Q    When you were there can you give me an idea
20    of the size of the laboratory that you were in?
21    A    In square feet?
22    Q    Or by length and width, height, anything
23    you can do.
24    A    It was two different rooms about 4 to 600
25    square feet.

Page 27

Christian Holinka        83

1
2    Q    And did you work in both rooms?
3    A    Yes.
4    Q    Were the Bunsen burners in one room or both
5    rooms?
6    A    In both.
7    Q    How many Bunsen burners were in the rooms?
8    A    About two each.
9    Q    Did these Bunsen burners in their physical
10    appearance seem similar to those that you encountered
11    when you were at Booth?
12    A    Yes.
13    Q    How do you believe that you were exposed to
14    asbestos from the Bunsen burners as a part-time worker
15    at UC Berkeley?
16    A    As the flame when it was used frequently,
17    the insert became brittle, it generated dust and it
18    had to be exposed -- disposed of and replaced by
19    another pad.
20    Q    Was there anything different about the
21    nature you believe you were exposed from those Bunsen
22    burners at UC Berkeley as opposed to those you
23    encountered at Booth?
24    A    No.
25    Q    Did you ever have any responsibility for

Page 28

Christian Holinka        84

1
2    replacing these spent pads while you were working
3    part-time at Berkeley?
4    A    Yes.
5    Q    And where would you get the replacement
6    pads from?
7    A    The departmental supply cabinet.
8    Q    And thinking back to the lab at Berkeley,
9    where was that located?
10    A    At the Life Sciences Building in the
11    physiology department.
12    Q    Was it located within the physical space of
13    the two rooms that comprised the lab?
14    A    It was in a separate room, the supply room.
15    Q    Down a hallway or something like that?
16    A    Down a hallway, yes.
17    Q    How many times do you recall picking up
18    replacement pads?
19    A    I do not recall exactly.
20    Q    Was there --
21    A    An estimate is once every two or three
22    weeks.
23    Q    And the replacement process would entail
24    removing the old pad, then what would happen with it?
25    A    You dispose the old pad in general garbage,

Page 29

Christian Holinka        85

1
2    trash. There was to my knowledge no precaution
3    required at the time.
4    Q    In order to remove the pad, did you have to
5    remove any screws or snaps or anything to take it away
6    from the rest of the burner itself?
7    A    No, I didn't.
8    Q    Just lifted it right up and it went?
9    A    Yes.
10    Q    Do you know the brand, trade or
11    manufacturer's name first of any of the Bunsen burner
12    pads that you replaced at Berkeley?
13    A    I do not. We had standard suppliers and
14    the big suppliers were Fisher Scientific, American
15    Scientific, Van Waters and Rogers, Senco.
16    Q    How do you spell Senco?
17    A    S-E-N-C-O.
18    Q    Do you know that each of those companies
19    was a supplier of materials generally to the lab that
20    you worked at part-time?
21    A    Yes.
22    Q    How did you know that each of them supplied
23    materials of whatever nature?
24    A    They were major suppliers and I know they
25    were used for a number of materials for the

Page 30

```
1          Christian Holinka      86
2    laboratory.
3      Q    What I am trying to find out, sir, is why
4    you believe that those companies supplied materials of
5    any nature to that lab, how did you come into that
6    knowledge?
7      A    Because they were standard suppliers.
8      Q    How did you know that they were standard
9    suppliers?
10     A    Well, among other things I ordered from
11   them.
12     Q    When you were at the lab.
13     A    Yes.
14     Q    As a part-timer.
15     A    Yes.
16     Q    Did these companies have catalogs of their
17   material available?
18     A    Very conspicuously, yes.
19     Q    Did each one of those companies have
20   catalogs at the lab?
21     A    I do not specifically recall at Berkeley
22   during my undergraduate days.
23     Q    Did the physical appearance of the pads
24   that you used at Berkeley seem similar to those that
25   you encountered at Booth?
```

Page 31

```
1          Christian Holinka      87
2      A    Yes, they did.
3      Q    Same diameter of the pad area within the
4    mesh?
5      A    Yes.
6      Q    And same width too?
7      A    Yes.
8      Q    How often would you be required to use heat
9    mittens when you were part-time at the lab?
10     A    Several times a week.
11     Q    And for what application at the lab as a
12   part-time worker would you use the mittens?
13     A    To handle hot glass work.
14     Q    And where would the glass work be coming
15   from?
16     A    Standard glass work at the laboratory that
17   they used for research.  Erlenmeyer flasks, other
18   flasks, beakers, standard glass material.
19     Q    What application would require you to use
20   the gloves to handle these standard pieces of
21   glassware?
22     A    When you have a flask you put it on the
23   Bunsen burner pad, you heat water or whatever liquid,
24   you swirl it, obviously you have to use the glove
25   because the glass is hot.
```

Page 32

```
1          Christian Holinka      88
2      Q    To transport it from point A to point B?
3      A    Or even to swirl it while it is being
4    heated.
5      Q    I see, to grab the flask itself?
6      A    To dissolve the material.  And you also use
7    the mittens when you dry glassware in a hot drying
8    oven at very high temperatures and then you handle it.
9    If you want to cool it, you take it fast, you take it
10   out into the open space.
11     Q    Besides the Bunsen burners and the mittens,
12   do you believe that you personally used any other
13   materials that contained asbestos while part-time at
14   the lab?
15     A    I don't know.
16     Q    Is there anything that as you sit here
17   today leads you to believe that there was other
18   products that you handled that may have contained
19   asbestos there?
20     A    I don't know.
21     Q    Besides the products that you handled, do
22   you believe that you were exposed to asbestos in any
23   other way when you were working part-time at the lab?
24     A    I don't know.
25     Q    You cannot give me any other specific way
```

Page 33

```
1          Christian Holinka      89
2    that you think you may have been exposed to asbestos
3    when you were at the lab?
4          MR. DARCHE:  Objection to the form.
5          MR. SCHAFFER:  I will rephrase the
6    question.
7      Q    Looking back is there any other way that
8    you can think of at this time that you may have been
9    exposed to asbestos there?
10     A    I do not know what other equipment may or
11   may not have contained asbestos.
12     Q    Did you --
13     A    If yes then --
14         MR. DARCHE:  Don't guess.
15     Q    Going to the mittens for a moment, did
16   these resemble those that you had encountered at
17   Booth?
18     A    Yes.
19     Q    Was there anything different about their
20   physical appearance in terms of their color or their
21   size or anything at all that distinguished them from
22   those at Booth?
23     A    No, they were similar.
24     Q    Do you know specifically the brand, trade
25   or manufacturer of the mittens that were used when you
```

Page 34

Christian Holinka          90

1 were at the lab part-time?
2
3    A    No.
4    Q    Do you believe that they were supplied by
5 one of the companies that you have identified?
6    A    Yes.
7    Q    Do you know which of those companies, if
8 any, actually supplied the mittens while you were
9 there?
10   A    I do not know any specific company.  Again,
11 they were standard suppliers.
12   Q    You said that as a part --
13        MR. SCHAFFER:  Withdrawn.
14   Q    You said that while working there part-time
15 you had some responsibility for ordering supplies; is
16 that right?
17   A    Yes.
18   Q    Do you specifically recall ordering any
19 Bunsen burner pads?
20   A    No, I never did.
21   Q    Do you specifically recall ordering any
22 mittens while you were there part-time?
23   A    No, I never did order any.
24   Q    While you were there part-time, do you know
25 who had that responsibility when you were there?

Page 35

Christian Holinka          91

1
2    A    I don't know.
3    Q    Did you work with other people there?
4    A    No, I didn't.
5    Q    Were there other students who held
6 part-time positions similar to you?
7    A    Yes, at other laboratories.
8    Q    At other laboratories located on the
9 campus?
10   A    In the physiology department, yes, on the
11 campus.
12   Q    Were there additional laboratories in this
13 building where other students worked where you did not
14 work?
15   A    I don't know.
16   Q    Did the two room laboratory in the Life
17 Sciences Building have any specific name or room
18 number or designation or anything like that?
19   A    A room number.
20   Q    Yes.
21   A    Certainly.
22   Q    Do you remember what that was?
23   A    No.
24   Q    You mentioned also that you took lab
25 courses while you were an undergraduate.

Page 36

Christian Holinka          92

1
2    A    Yes.
3    Q    How many lab courses did you take?
4        MR. SCHAFFER:  I'm sorry, I will withdraw
5 the question.
6    Q    My question is how many lab courses did you
7 take that you believe may have involved asbestos
8 exposure.
9    A    About a half a dozen.
10   Q    What type of courses were these?
11   A    Chemistry, physiology.
12   Q    Did you take these classes in the Life
13 Sciences Building?
14   A    In several buildings, physiology and the
15 Life Sciences Building.
16   Q    Were the physiology classes taken at least
17 in part in the same lab where you worked part-time?
18   A    No.
19   Q    Different space entirely?
20   A    Yes.
21   Q    Just going back for a moment to when you
22 were a part-time worker, about how many hours on
23 average did you put in there?
24   A    Between 12 and 20 hours a week.
25   Q    And who was your supervisor when you were

Page 37

Christian Holinka          93

1
2 there?
3    A    Dr. Cook.
4    Q    Do you know Dr. Cook's first name?
5    A    Sherburne.
6    Q    And is Dr. Cook still alive?
7    A    No.
8    Q    The classes that you took in chemistry and
9 physiology, how do you believe you were exposed to
10 asbestos through taking those classes?
11   A    The asbestos pad, as I said, when exposed
12 to high heat disintegrated eventually.  There were
13 cracks in it and it generated fine dust.  I did not
14 dispose, that was somebody else's job.
15   Q    So, it would have been through your use of
16 the Bunsen burners and these pads --
17   A    Yes.
18   Q    -- at times while taking these classes?
19   A    Yes.
20   Q    Was there a standard amount of Bunsen
21 burners present in the labs that you would take these
22 classes in?
23   A    One per workbench.
24   Q    Would you typically work at the same
25 workbench each class or would it just be random?

Page 38

Christian Holinka    94

1
2    A    In a given course the same workbench.
3    Q    Did you wind up taking different courses,
4    say in chemistry, that wound up being in the same room
5    but different work spaces?
6    A    I don't think the same room and, therefore,
7    also different work spaces.
8    Q    And then going to the physiology classes,
9    did you take different courses in physiology where you
10    used the Bunsen burners?
11    A    Yes.
12    Q    Were they all in the same classroom or
13    different classrooms?
14    A    Different laboratories.
15    Q    And different work spaces?
16    A    Yes.
17    Q    Do you know the brand, trade or
18    manufacturer's name of any of the pads that were used
19    on the Bunsen burners that you encountered in any of
20    these classes?
21    A    Of the pads, you're saying?
22    Q    Yes, of the pads.
23    A    I do not specifically know the brand names.
24    Q    Do you know who was the supplier of those
25    pads that you encountered specifically in those rooms?

Page 39

Christian Holinka    95

1
2    A    There were standard suppliers also to the
3    physiology department.
4    Q    As a student you did not have
5    responsibilities for ordering supplies, right?
6    A    No, I did not.
7    Q    Besides encountering the Bunsen burner
8    pads, are there any other ways that you think you were
9    exposed to asbestos during the course work that you
10    took at UC Berkeley?
11    A    We did use heat mittens but otherwise to my
12    knowledge, no.
13    Q    How often would you need to use a heat
14    mitten during the course of a class?
15    A    At a given session several times.
16    Q    Did you need to use them during every
17    session?
18    A    No.
19    Q    And a session or a period was how long,
20    sir, about?
21    A    Typically about twice a week for 12 weeks.
22    Q    And each session twice a week would be
23    about how long?
24    A    About three hours.
25    Q    And do you know the brand, trade or

Page 40

Christian Holinka    96

1
2    manufacturer's name of any of the mittens that you
3    used in any of these courses?
4    A    No.
5    Q    Were they similar in appearance to the
6    mittens that you encountered while working part-time
7    in the lab?
8    A    Yes, they were.
9    Q    Anything distinguishing in your mind about
10    them as opposed to what you saw in the lab?
11    A    To my knowledge, no.
12    Q    That is all I am asking is to your
13    knowledge.
14    A    Okay.
15    Q    Outside of the Bunsen burner pads and the
16    mittens, do you believe that you were exposed to
17    asbestos in any other way while taking the classes as
18    an undergraduate?
19    A    I do not know.
20    Q    Can you, as you sit here today, give me any
21    other specific way that you think you may have been
22    exposed to asbestos from the classes besides what you
23    told me?
24    A    No, I cannot.
25    Q    Besides the course work in the labs, are

Page 41

Christian Holinka    97

1
2    there any other ways that you believe that you were
3    exposed to asbestos as an undergraduate at UC Berkeley
4    through your studies as opposed to work?
5    A    I do not believe so.
6    Q    What degree did you get?
7    A    A BA.
8    Q    In what?
9    A    French literature and physiology as a
10    minor.
11    Q    After you graduated did you become employed
12    at the school?
13    A    No, I did not.
14    Q    What was your next, after you obtained your
15    undergraduate degree, what was next in your
16    professional career?
17    A    I started, I worked as a graduate student
18    in physiology, I was a graduate student in physiology.
19    Q    And when did you -- you graduated, I'm
20    sorry, undergrad in middle 1962?
21    A    Yes.
22    Q    And that would have been sometime in the
23    summer?
24    A    Yes.
25    Q    And did you go right into the graduate

Page 42

1            Christian Holinka        98
2  student program at that time?
3      A    No, I did not.
4      Q    What happened in between the time that you
5  left undergrad and you started graduate studies?
6      A    I was in New York part-time for a period of
7  time not involving any laboratory.
8      Q    Well, how long were you in New York after
9  you finished undergrad?
10     A    For about six months.
11     Q    Taking us from when to when?
12     A    Taking us from the end of the year -- well,
13  there was a very brief period I was in medical school.
14     Q    Okay.
15     A    But not really in a major, about three
16  months.
17     Q    So, let's kind of break it down a little
18  bit more.  You finished your undergraduate degree in
19  the middle of 1962, and then you started med school,
20  would that be in the fall of 1962?
21     A    There is a kind of a hiatus.
22     Q    All right.
23     A    I was at Hunter -- from New York, from
24  Berkeley I was at Hunter College as a student for two
25  semesters.

Page 43

1            Christian Holinka        99
2      Q    Let me then, what I want to try to do, sir,
3  is keep it as ordered chronologically as much as we
4  can.  So, after you leave UC Berkeley --
5          MR. SCHAFFER:  Withdrawn.
6      Q    After you graduate from UC Berkeley, did
7  you move to New York at that time?
8      A    Yes, I did.
9      Q    So, you moved to New York.
10     A    Yes.
11     Q    When do you get to New York approximately?
12     A    In the fall -- late summer of that year,
13  1962.
14     Q    From the time that you graduated until you
15  came to New York, did you work at all in California?
16     A    No.
17     Q    Why did you come to New York?
18     A    I like New York.
19     Q    And when you came to New York, is that when
20  you began your studies at Hunter?
21     A    Yes.
22     Q    Were those full-time studies?
23     A    Yes.
24     Q    And what degree or types of course work
25  were you pursuing at that time?

Page 44

1            Christian Holinka       100
2      A    Graduate work, graduate studies.
3      Q    And you started that course work in the
4  fall of 1962?
5      A    Yes.
6      Q    And you took it for two semesters?
7      A    Yes.
8      Q    That would take us into the late spring or
9  early summer of 1963?
10     A    That's correct.
11     Q    What was the nature of the studies that you
12  were pursuing at Hunter at that time?
13     A    Biology.
14     Q    Were you accepted into a graduate program?
15     A    Yes.
16     Q    Do you believe that you were exposed to
17  asbestos in any of the courses that you took over
18  those two semesters at Hunter?
19     A    Yes.
20     Q    And how do you believe that you were
21  exposed to asbestos while attending the course work at
22  Hunter for those two semesters?
23     A    There was one chemistry laboratory that had
24  practical sessions, laboratory sessions.
25     Q    And how do you how you were exposed to

Page 45

1            Christian Holinka       101
2  asbestos taking those sessions?
3      A    By using Bunsen burners.  I do not recall
4  using heat mittens.
5      Q    What building was the laboratory in, if you
6  know?
7      A    On the Park Avenue building.
8      Q    And was this one class that you took or
9  more than one class in the laboratory?
10     A    I believe it was only one class.
11     Q    And do you know whether this was in your
12  first semester or second semester there?
13     A    I don't remember.
14     Q    How long did that class typically last?
15     A    One semester, approximately four months.
16     Q    And each week how many sessions and how
17  long were they?
18     A    I believe one session.
19     Q    And how many hours would the session be?
20     A    Three hours.
21     Q    And do you believe that you were exposed to
22  asbestos from the Bunsen burners at this laboratory in
23  a fashion similar to those that you described in your
24  prior employments and course work?
25     A    Yes.

Page 46

```
1        Christian Holinka     102
2     Q   Was there anything physically different
3  about the Bunsen burners there as opposed to ones you
4  had encountered before?
5     A   No.
6     Q   Do you know the brand, trade or
7  manufacturer's name of any of the Bunsen burners or
8  any of their components that you saw at the chemistry
9  lab at Hunter?
10    A   No.
11    Q   Do you know who supplied any of the Bunsen
12 burners or Bunsen burner components that you used
13 there at that lab?
14    A   No, I don't.
15    Q   Did you ever have to replace any of the
16 Bunsen burner pads there in a fashion similar to what
17 you told us before?
18    A   No, I did not.
19    Q   Are there any other ways --
20      MR. SCHAFFER:  Withdrawn.
21    Q   Are there any other ways that you believe
22 you were exposed to asbestos while attending school at
23 Hunter?
24    A   Not to my knowledge.
25    Q   Why did you stop attending Hunter?
```

Page 47

```
1        Christian Holinka     103
2     A   I was accepted to medical school.
3     Q   And what medical school?
4     A   McGill University, Montreal.
5     Q   And were you accepted to begin course work
6  in the fall of 1963?
7     A   That's correct.
8     Q   From the time you left your graduate
9  studies at Hunter until the time that you --
10      MR. SCHAFFER:  Withdrawn.
11    Q   Did you actually start medical school at
12 McGill?
13    A   Yes, yes, I did.
14    Q   From the time you left Hunter until the
15 time you went to Montreal to begin medical school,
16 what type of employment did you have, if any?
17    A   I did not have any employment.
18    Q   That summer you did not work?
19    A   Right.
20    Q   What did you do?
21    A   Read.
22    Q   To get ready --
23    A   Listen to music.
24      MR. DARCHE:  Could we take a quick break,
25 please.
```

Page 48

```
1        Christian Holinka     104
2     (Whereupon, at 11:20 A.M., a short recess
3     was taken)
4     (Back on the record at 11:30 A.M.)
5     Q   Sir, we are back on the record and I think
6  we had your chronology up to when you were starting
7  medical school at McGill in the fall of 1963.  You
8  told us that you were in medical school for
9  approximately three months?
10    A   That's correct.
11    Q   Until around the holiday season of 1953?
12    A   No, '63.
13    Q   I'm sorry, '63.
14    A   Early '64, I believe.
15    Q   Did you finish one semester there and start
16 another?
17    A   Yes.  I did not start another.
18    Q   During the time that you were there for
19 that one semester, what types of course work did you
20 take?
21    A   Mainly lecture courses and one laboratory
22 course.
23    Q   Do you believe that any of your course work
24 while you were attending medical school at McGill
25 caused you to be exposed to asbestos?
```

Page 49

```
1        Christian Holinka     105
2     A   No, I was not, I do not believe having been
3  exposed to asbestos.
4     Q   And did you leave medical school for
5  academic reasons?
6     A   No.
7     Q   Why did you leave medical school?
8     A   Because I didn't like the medical
9  curriculum.
10    Q   While you were attending medical school at
11 McGill, was there any time to hold part-time work?
12    A   No.
13    Q   And after you left medical school, what did
14 you do next?
15    A   I went back to Berkeley, California.
16    Q   You had mentioned at one point that you
17 were in New York part-time for about six months
18 although we had not discussed that yet, are we still
19 before that period of time happens?
20    A   We are before that period of time.
21    Q   So, you went back to Berkeley and --
22    A   And it was longer than six months.
23    Q   Then when you went back to Berkeley, what
24 did you do when you went back to Berkeley?
25    A   I worked at the same research laboratory
```

13 (Pages 46 to 49)

Page 50

Christian Holinka       106

1
2  that I had worked in as an undergraduate under
3  essentially the same conditions and the same space.
4      Q    Were you taking classes at this time when
5  you went back to Berkeley?
6      A    No.
7      Q    So, you were an employee of the school; is
8  that fair to say?
9      A    Yes.
10     Q    And when you went back to work at the lab
11 at Berkeley, it was in the same physical space, the
12 two rooms that you discussed in the Life Sciences
13 Building?
14     A    That's correct.
15     Q    As a full-time employee what was your shift
16 there?
17     A    Depended on the project.  I worked
18 full-time essentially during the day.
19     Q    Let me ask --
20     A    But it was flexible.
21     Q    Let me ask it a different way:  On average
22 how many hours a week did you put in?
23     A    Forty hours.
24     Q    And how long did you hold this position as
25 an employee of the university working in the lab?

Page 51

Christian Holinka       107

1
2      A    Until approximately August of that year,
3  1964.
4      Q    Did you go right back to Berkeley after you
5  ended your studies at McGill?
6      A    Yes.
7      Q    So, the total time back at Berkeley is
8  somewhere in the seven or eight month range; is that
9  fair, sound about right?
10     A    So far, yes.
11     Q    Right.
12     Q    Where we are now.
13     Q    Where we are now.
14     A    Yes.
15     Q    During the time that you were back at the
16 laboratory as an employee of the school working
17 full-time, do you believe that you were exposed to
18 asbestos?
19     A    Yes.
20     Q    Do you believe that you were exposed to --
21     MR. SCHAFFER:  Withdrawn.
22     Q    For this six month period how do you think
23 you were exposed to asbestos?
24     A    By Bunsen burner pads and heat insulating
25 mittens.

Page 52

Christian Holinka       108

1
2      Q    During this time that you were working for
3  the school at the lab, did you have responsibility for
4  ordering any of these materials that were used during
5  this period?
6      A    No, I did not.
7      Q    Was there anything different about the
8  Bunsen burner pads in terms of their physical
9  appearance during this employment as compared to those
10 you had seen previously?
11     A    No.
12     Q    Was there anything different about the
13 appearance of the mittens?
14     A    No.
15     Q    And do you know the brand, trade or
16 manufacturer's names of any of the pads that you
17 encountered during this time that you were employed by
18 the school up to 1964, August?
19     A    It was standard suppliers.
20     Q    But specifically with respect to the pads
21 that you used or encountered during that period in
22 1964, do you know who made or supplied them?
23     A    No, I don't.  But they were routinely
24 ordered from standard suppliers, the companies; Fisher
25 Scientific, American Scientific, Senco, Van Waters and

Page 53

Christian Holinka       109

1
2  Rogers.
3      Q    Do you know who had the responsibility for
4  ordering materials that were used during that time
5  period in 1964 that you were working at the lab?
6      A    No, I do not.  They were centrally ordered.
7      Q    Do you know specifically the brand, trade
8  or manufacturer's name of the mittens that you used
9  during that time period in 1964?
10     A    No, I do not.
11     Q    Did you use or encounter both of those
12 materials --
13     MR. SCHAFFER:  Withdrawn.
14     Q    Was there anything different about the
15 frequency that you used these materials while you were
16 employed as opposed to that when you were working
17 part-time?
18     A    I used them proportionately more frequent.
19     Q    As a full-time person?
20     A    Yes.
21     Q    Who was your supervisor or the person you
22 reported to there?
23     A    Dr. Cook, Professor Sherburne S. Cook.
24     Q    How would you spell Sherburne?
25     A    S-H-E-R-B-U-R-N-E.

14  (Pages 50 to 53)

Page 54

Christian Holinka    110

1
2    Q    Are there any other -- as you sit here
3    today, do you believe that you were exposed to
4    asbestos in any other way working at the lab as a
5    full-time employee in 1964?
6    A    I do not know.
7    Q    You cannot tell me any other specific ways
8    at this time?
9    A    No.
10   Q    The number of burners were the same in both
11   rooms as you had seen before?
12   A    Yes.
13   Q    Was the attendant equipment the same as it
14   had been before?
15   A    Yes.
16   Q    What happened next after you were working
17   full-time in August of 1964?
18   A    I was accepted as a graduate student in
19   physiology by the University of California, Berkeley.
20   Q    And did you ultimately obtain your graduate
21   degree?
22   A    Yes.
23   Q    When did you get the graduate degree?
24   A    1968.
25   Q    When about?

Page 55

Christian Holinka    111

1
2    A    Summer, I think in August 1968.
3    Q    And what was the nature of the graduate
4    degree?
5    A    Physiology.
6    Q    Did you go to classes full-time during the
7    time period you were a graduate student?
8    A    I did full-time research and involving some
9    courses.
10   Q    During the time period August 1964 to
11   August 1968, did you hold any employment at all?
12   A    Yes.
13   Q    Were you working at the lab again?
14   A    No.  Perhaps it -- probably, if I may
15   suggest, it would be easier to go chronical.
16   Q    That would be fine and I would appreciate
17   that.
18        When you started in August of 1964, were
19   you taking courses full-time?
20   A    Courses and research full-time.
21   Q    And how long did that remain constant,
22   courses and classes full-time?
23   A    Until 1966.
24   Q    During the time 1964 to 1966, did you hold
25   any employment, did you work at all?

Page 56

Christian Holinka    112

1
2    A    No.
3    Q    Were you a full-time student?
4    A    Yes.
5    Q    Do you believe that you were exposed to
6    asbestos being a full-time graduate student from 1964
7    to 1966?
8    A    Yes, I was.
9    Q    And how do you believe you were exposed to
10   asbestos during that time period?
11   A    Bunsen burner pads and heat insulating
12   mittens.
13   Q    And were these items located within the
14   same Life Sciences Building laboratory that we have
15   been discussing?
16   A    Not the same laboratory but the same
17   building, the same floor.
18   Q    Then let's talk about the room that this
19   took place.  What did this laboratory look like, first
20   in terms of the number of rooms?
21   A    It was one room, a large laboratory.
22   Q    How many Bunsen burners were in there?
23   A    An estimated six to eight.
24   Q    Was there anything different about how
25   these Bunsen burners and their pads appeared as

Page 57

Christian Holinka    113

1
2    opposed to those you had encountered in the other lab
3    in the building?
4    A    No, there wasn't.
5    Q    Was there anything different about the
6    appearance of the mittens that you had encountered?
7    A    No, there wasn't.
8    Q    As a full-time graduate student you were
9    taking courses in the labs; is that right?
10   A    Courses in the classroom and research, my
11   own research project at the laboratory.
12   Q    Did you have to complete a dissertation of
13   some sort to get your degree?
14   A    Yes, I did.
15   Q    What was your dissertation?
16   A    Estrogen receptors in the hypothalamus of
17   the brain.
18   Q    And that required you to do research in the
19   lab in order to complete your paper?
20   A    Yes, I did.
21   Q    Did you have a faculty advisor that you
22   were required to report the status of your project to?
23   A    Yes, I did.
24   Q    And did that person work with you --
25        MR. SCHAFFER:  Withdrawn.

Page 58

Christian Holinka    114

1
2    Q    Did that person have responsibility to be
3  with you while you were conducting the research side
4  of the paper?
5    A    She was the head of the laboratory and
6  supervised my research, the answer is yes.
7    Q    Who was that?
8    A    Dr. Paola Timiras. Should I spell it?
9    Q    Yes, that would be great.
10    A    First name P-A-O-L-A, last name
11  T-I-M-I-R-A-S.
12    Q    And would you have any information as to
13  whether she is still alive?
14    A    No, I don't.
15    Q    But the last time you would have spoken
16  with her had been when you were at the university at
17  some point?
18    A    No, it wasn't.
19    Q    When was it?
20    A    It was about six years ago.
21    Q    Where was she living at the time?
22    A    In Berkeley, California.
23    Q    Was she still at the school?
24    A    That was the occasion of her retirement but
25  she remained an active emeritus professor.

Page 59

Christian Holinka    115

1
2    Q    Do you know specifically the brand, trade
3  or manufacturer's name of any of the Bunsen burner
4  pads that you encountered while a graduate student
5  during this time period 1964 to 1966?
6    A    They were ordered from standard suppliers,
7  the names I have mentioned before.
8    Q    You were not responsible for doing the
9  ordering during this period?
10    A    No, I was not.
11    Q    Who was?
12    A    A simple supply person.
13    Q    I do not understand what that means. Can
14  you give me an idea what you are talking about when
15  you use that term?
16    A    Well, typically in the department there was
17  a technician who was responsible for supplies. If you
18  needed specific research supplies for your own
19  research, you looked at the catalog, Fisher
20  Scientific, the main catalogs, Van Waters and Rogers,
21  and picked out the things you needed very specifically
22  for your research. General supplies were ordered
23  centrally periodically because they were standard
24  supplies at each laboratory.
25    Q    And when you use the term "standard

Page 60

Christian Holinka    116

1
2  supplies," would it be fair to say that these were
3  items regularly used that would try to be kept in
4  stock for use in the labs?
5    A    That is correct to say.
6    Q    Was the stockroom that supported this other
7  one room lab you are in the same stockroom that
8  supported the lab we talked about before?
9    A    To an extent, yes, the answer is yes.
10    Q    Did you while you were a full-time graduate
11  student need to replace any of the pads?
12    A    Yes, I did.
13    Q    When you needed to replace them, where
14  would you go to get the replacement pads?
15    A    From the supply room.
16    Q    The same supply room we talked about?
17    A    Yes.
18    Q    Are there any other specific ways that you
19  believe that you were exposed to asbestos while
20  working at this lab from 1964 to 1966?
21    A    I do not know.
22    Q    As you sit here today, do you have any
23  reason to believe that you were exposed to asbestos in
24  any other way besides what you have told us with
25  respect to this lab?

Page 61

Christian Holinka    117

1
2    A    I do not know.
3    Q    You obtained your graduate degree in --
4    MR. SCHAFFER:  Withdrawn.
5    Q    What happens in 1966?
6    A    In 1966 I was admitted to graduate school
7  at Berkeley in comparative literature.
8    Q    So, in 1966 did you get your graduate
9  degree in physiology?
10    A    Yes.
11    Q    And this was the degree that had the paper
12  you told us about associated with that.
13    A    Yes.
14    Q    And then you went on for another graduate
15  degree there?
16    A    Yes, I did.
17    Q    And did you get that second degree?
18    A    Yes, I did.
19    Q    And is that the degree you got in August of
20  1968?
21    A    Yes, that's correct.
22    Q    During the time that you were going for
23  this additional graduate degree, did you work at all?
24    A    As a teaching assistant.
25    Q    Did you do any work in the lab at all?

16 (Pages 58 to 61)

Page 62

Christian Holinka    118

1
2    A    No.
3    Q    Do you believe that you were exposed to
4    asbestos in any way from the time period 1966 to
5    August 1968?
6    A    I do not believe so but I don't know.
7    Q    We are in August of 1968 now. Did you go
8    on to take any other classes at Berkeley once you had
9    obtained these two graduate degrees on top of your
10    undergraduate degree?
11    A    I continued as a graduate student.
12    Q    And were you continuing as a full-time
13    graduate student starting in August of 1968?
14    A    Yes. Together with teaching as a teaching
15    assistant.
16    Q    And what types of course work were you
17    involved in as a teaching assistant?
18    A    French language.
19    Q    More associated with your literature
20    graduate degree?
21    A    Yes.
22    Q    And how long did you take additional
23    courses and also work as a teaching assistant?
24    A    And do library research until 1971.
25    Q    Did you obtain another degree?

Page 63

Christian Holinka    119

1
2    A    No, I didn't. However, during that period
3    I had a stipend for a year in Paris and I do have a
4    certificate, a degree from the Sorbonne.
5    Q    From the time frame of August of 1968 until
6    1971, do you believe that you were exposed to asbestos
7    in any way?
8    A    I do not know but I don't believe so.
9    Q    Besides working as a teaching assistant,
10    did you hold any other for-pay employments during this
11    time period?
12    A    I taught intermittently language at the
13    Berlitz School and a course in literature in Berkeley
14    above the level of teaching assistant.
15    Q    And during that time period do you recall
16    holding any other jobs aside from what you told us?
17    A    No.
18    MR. SCHAFFER: Off the record for one
19    second.
20    (Discussion held off the record)
21    Q    When did you finish this period of time in
22    your life when you were teaching literature and taking
23    graduate classes, you told us it was in 1971, I am
24    trying to find out when.
25    A    Yes. In the spring semester ending in May

Page 64

Christian Holinka    120

1
2    or June.
3    Q    And after that what was the next thing that
4    you did in your life?
5    A    I was accepted as a graduate student in
6    biological sciences at the State University of New
7    York at Stony Brook.
8    Q    And how long did you attend graduate school
9    at SUNY Stony Brook?
10    A    Until 1974.
11    Q    What month did you finish there?
12    A    In July, end of June or July.
13    Q    Did you get a degree from SUNY Stony Brook?
14    A    Yes, I did.
15    Q    What was that degree?
16    A    PhD.
17    Q    In what?
18    A    Biological sciences.
19    Q    Was this full-time academic studies?
20    A    It was full-time academic studies but I
21    also worked part-time in addition.
22    Q    Where did you work part-time?
23    A    Columbia University Presbyterian Medical
24    Center, clinical chemistry.
25    Q    When did you start doing the part-time work

Page 65

Christian Holinka    121

1
2    at Columbia?
3    A    1971.
4    Q    Would it have been contemporaneous with the
5    course work at SUNY?
6    A    Yes, it was.
7    Q    Did you get the job through connections at
8    SUNY?
9    A    No, I did not.
10    Q    How did you come to get that job?
11    A    I applied personally through somebody, a
12    professor there who I knew.
13    Q    How long did you work in the clinical
14    chemistry department at Columbia University?
15    A    Until 1974.
16    Q    And was it basically employment there
17    continuous with the time that you were taking the
18    studies at SUNY Stony Brook?
19    A    Yes.
20    Q    During the time that you were out at Stony
21    Brook, do you believe that you were exposed to
22    asbestos while taking your studies?
23    A    Yes, I was.
24    Q    During the time that you were working for
25    Columbia, do you believe that you were exposed to

17 (Pages 62 to 65)

Page 66

```
 1          Christian Holinka     122
 2   asbestos?
 3       A   Yes, I was exposed.
 4       Q   We are going to break them both down then.
 5          When you were taking the courses at SUNY
 6   Stony Brook, did you also take course work during the
 7   summers?
 8       A   Yes.
 9       Q   And how do you believe that you were
10   exposed to asbestos when you were taking the graduate
11   school studies at Stony Brook?
12       A   In my research for my degree.
13       Q   And how do you believe in conducting this
14   research you were exposed to asbestos?
15       A   Through Bunsen burner pads and heat
16   insulating mittens.
17       Q   With what frequency would you be --
18          MR. SCHAFFER: Withdrawn.
19       Q   Did you handle both of these types of
20   items --
21       A   Yes.
22       Q   -- while you were at SUNY Stony Brook?
23       A   Yes, I did.
24       Q   With what frequency would you be handling
25   Bunsen burner pads?
```

Page 67

```
 1          Christian Holinka     123
 2       A   Regularly.
 3       Q   Any way to quantify what "regularly" would
 4   be?
 5          MR. DARCHE: Don't guess.
 6       A   Daily, daily. The days I was at the
 7   laboratory obviously.
 8       Q   Where was the laboratory that you used
 9   these pads at SUNY Stony Brook?
10       A   In the anatomy department.
11       Q   Did you work out of one lab in the anatomy
12   department?
13       A   Yes.
14       Q   Do you know if that lab had any other type
15   of designation by room number or name or something
16   like that?
17       A   By room number, I don't recall the name.
18       Q   Was it the first floor, second floor or
19   something like that?
20       A   First floor.
21       Q   Describe for me what that lab looked like
22   first in terms of its dimensions.
23       A   Medium size, square feet I cannot estimate.
24       Q   Did it have work stations or tables?
25       A   About three large benches.
```

Page 68

```
 1          Christian Holinka     124
 2       Q   And how many Bunsen burners were in there?
 3       A   I would estimate three.
 4       Q   One per bench, you think?
 5       A   Yes, pretty much.
 6       Q   How do you believe that you were exposed to
 7   asbestos from the Bunsen burner pads there?
 8       A   As the Bunsen burner experienced heat, the
 9   material degenerated, cracked and emitted dust.
10       Q   Did these pads that we are talking about
11   appear similar in their appearance to those that you
12   had encountered previous to that?
13       A   Yes, they did.
14       Q   Was there anything different about their
15   size, their shape, their consistency of the material
16   or anything else from those that you had encountered
17   previously?
18       A   To my knowledge, no.
19       Q   Did the circumference of the material
20   inside the mesh look the same to you?
21       A   Yes.
22       Q   Did you have to at any time replace those
23   pads that you encountered at the lab in the anatomy
24   department at Stony Brook?
25       A   Yes, I did.
```

Page 69

```
 1          Christian Holinka     125
 2       Q   And where would you go to get replacement
 3   pads on those occasions?
 4       A   The supply room in biology.
 5       Q   And where would that be in relation to the
 6   anatomy department that you were in?
 7       A   That was in a different building.
 8       Q   How often do you recall getting replacement
 9   pads over that period of time that you were working
10   out of that lab? I'm sorry, doing research out of
11   that lab.
12       A   About no more than once a month.
13       Q   Did the pads when you picked them up from
14   the supply area come packaged in any way?
15       A   No.
16       Q   How were they stored there?
17       A   I do not know how the supplier supplied
18   them. I would --
19       Q   Let me see if I understand the process.
20   You would walk into the supply room and would there be
21   somebody there supporting the supply room?
22       A   Yes.
23       Q   And would you ask the person in there I
24   need X-Y-Z and that person would go get it?
25       A   Exactly, yes.
```

Page 70

```
 1          Christian Holinka    126
 2    Q    And you would not have an opportunity to
 3  see how they were stored there, right?
 4    A    No.
 5    Q    Did you have any responsibility for
 6  ordering any Bunsen burner pads when you were doing
 7  your research at this lab?
 8    A    No, I did not.
 9    Q    Do you know the brand, trade or
10  manufacturer's name specifically of those pads that
11  were supplied to you and used there?
12    A    They were supplied by standard suppliers.
13    Q    I guess my question, sir, is if you did not
14  do the ordering of the supplies, do you know
15  specifically who supplied the --
16    A    Specifically I --
17       MR. DARCHE: I am going to object to the
18  form as being argumentative.
19    Q    And I do not mean to be argumentative, sir.
20  I am just trying to establish that you did not order
21  the pads, right?
22    A    That is correct.
23    Q    And was there anything about the pads
24  identifying who supplied them on the pad itself?
25    A    No, there wasn't.
```

Page 71

```
 1          Christian Holinka    127
 2    Q    No logos or writing --
 3    A    No.
 4    Q    -- or anything imprinted or embossed on the
 5  material?
 6    A    No.
 7    Q    How often would you encounter the --
 8       MR. SCHAFFER: Withdrawn.
 9    Q    How often would you use the mittens when
10  you were doing your research at this lab?
11    A    About once every two days.
12    Q    Did you ever have to replace the mittens
13  that you were using at the lab?
14    A    Yes.
15    Q    And would you when you needed to get
16  replacement mittens go to the same supply person in
17  the supply room?
18    A    Yes.
19    Q    Do you know specifically the brand, trade
20  or manufacturer's name of the mittens that you used
21  there?
22    A    No.
23    Q    Do you know who supplied specifically those
24  mittens that you used there?
25    A    No.
```

Page 72

```
 1          Christian Holinka    128
 2    Q    Did those mittens appear similar to those
 3  that you had encountered previously in your career?
 4    A    Yes.
 5    Q    They were one thumb and then one unit
 6  covering all of the fingers?
 7    A    That's correct.
 8    Q    And did they go approximately the same way
 9  up your hand?
10    A    That's correct.
11    Q    And in terms of their consistency and
12  color, everything was similar to that which you had
13  seen before?
14    A    Yes.
15    Q    Let me ask you with respect to the pads at
16  this anatomy department, why do you think that they
17  contained asbestos?
18    A    It was general knowledge that the centers
19  contained asbestos.
20    Q    And how did you first become aware of this
21  general knowledge that the center was asbestos?
22    A    I could not tell you the time.
23    Q    Can you tell me how you came to this
24  general knowledge?
25    A    Through colleagues, co-workers.
```

Page 73

```
 1          Christian Holinka    129
 2    Q    Did they specifically, whoever it was,
 3  advise you that the material did contain asbestos?
 4    A    No.
 5    Q    Do you know what, if any, other materials
 6  might provide the same sort of abilities as asbestos
 7  that may have been used on these pads?
 8       MR. DARCHE: Objection.
 9    Q    But did you understand my question, sir?
10    A    Yes.
11    Q    You can answer the question then.
12    A    Can I?
13    Q    Yes.
14    A    No, I don't know.
15    Q    And why do you believe that the mittens
16  that you used at the anatomy department contained
17  asbestos?
18    A    I believe it was specified in the catalog,
19  "asbestos mittens."
20    Q    You did not have the responsibility for
21  ordering the mittens, right?
22    A    No, I did not.
23       MR. DARCHE: Objection, asked and answered.
24    If I object wait for me to object before
25  you answer.
```

19 (Pages 70 to 73)

Page 74

Christian Holinka    130

1
2    Q    When was the first time that you came to
3    believe that the mittens that you were using contained
4    asbestos?
5    A    I do not recall the exact time.
6    Q    Can you give me, looking back up to where
7    we are right now, whether it was before you were
8    taking your course work at SUNY Stony Brook or after
9    that?
10    MR. DARCHE:  I am just going to object.
11    Don't guess.
12    The witness has already testified as to
13    what he recalls.
14    MR. SCHAFFER:  Well, I am asking him the
15    basis for his recollection that they actually
16    were asbestos.
17    MR. DARCHE:  So ask him that.
18    Q    Why do you believe the mittens --
19    MR. DARCHE:  You already asked him that.
20    MR. SCHAFFER:  Right.
21    Q    And my question is when was the first time
22    that you came to the belief that mittens that you used
23    contained asbestos.
24    MR. DARCHE:  I am just going to object to
25    the form.

Page 75

Christian Holinka    131

1
2    You can answer, if you can.
3    A    I do not recall the exact time.
4    Q    And this is one of those times, sir, that I
5    am entitled to probe a little further and try and get
6    a best estimate as to when you came to this knowledge.
7    MR. DARCHE:  But don't guess.
8    Q    Right, nobody is asking you to guess.
9    A    I would have to guess.
10    Q    That is fair.  Nobody wants you to.
11    When you would receive the mittens from the
12    supply person, did they come packaged in any way?
13    A    No, not to my knowledge.
14    Q    And would you have any understanding as to
15    how long a pair of mittens would last when you were
16    doing your research at SUNY Stony Brook?
17    A    Relatively long because I was the only
18    person at the laboratory, that's the only person using
19    them.  Relatively long, I would guess four months.
20    Q    And when the mittens got to a point where
21    you felt that they had to be replaced, what would you
22    do with them?
23    A    I would dispose of them and get a new one,
24    set from the supply room.
25    Q    As you sit here today are there any other

Page 76

Christian Holinka    132

1
2    specific ways that you believe you were exposed to
3    asbestos when you were doing your research work at the
4    SUNY Stony Brook anatomy department lab?
5    A    I do not know.
6    Q    Was the physical layout of the benches and
7    equipment that may have been in the lab constant from
8    when you first started doing your research there until
9    when you left?
10    A    Yes.
11    Q    Can you estimate how many hours per week
12    you would put in part-time at the Columbia University
13    clinical chemistry department during the time you were
14    there?
15    A    Approximately 12 hours.
16    Q    And this was located where on Columbia
17    Presbyterian's grounds?
18    A    The main building on 168th Street.
19    Q    What floor was the area where you worked?
20    A    I don't remember.
21    Q    Was it in a laboratory as well?
22    A    Yes.
23    Q    And did you work in this one laboratory the
24    entire --
25    A    Yes.

Page 77

Christian Holinka    133

1
2    Q    -- time that you were working there?
3    A    Yes.
4    Q    And how do you believe you were exposed to
5    asbestos there?
6    A    I used Bunsen burners and heat insulating
7    mittens.
8    Q    While you were doing this part-time work at
9    Columbia, did you have responsibility for ordering
10    either of those materials that you used?
11    A    No, I did not.
12    Q    Did you use any other materials in the
13    course of your part-time work there that you believe
14    caused you to be exposed to asbestos?
15    A    I do not know.
16    Q    Do you believe that you were exposed to
17    asbestos from the Bunsen burner pads in a fashion
18    similar to that as you told us at the other places you
19    talked about?
20    A    That's correct.
21    Q    Anything different about the way you think
22    you were exposed?
23    A    No.
24    Q    Was there anything different physically
25    about how the Bunsen burner pads looked as opposed to

| | |
|---|---|
| **Page 78** | **Page 80** |

Page 78

Christian Holinka        134

2 what you encountered before?
3    A   No.
4    Q   While you were doing the part-time work at
5 Columbia University, did you have to on occasion
6 replace the pads?
7    A   Yes.
8    Q   How many times did you do that?
9    A   I want to modify this.  They were replaced,
10 I did not replace them myself.
11    Q   How would the replacement process work
12 there then?
13    A   I do not know.
14    Q   Would it be a situation where you would
15 show up one day and it would appear to be a new pad
16 present?
17    A   Yes.
18    Q   Do you know where the new pads would come
19 from?
20    A   I don't.
21    Q   Did you have to replace any of the heat
22 mittens that was used there at any time?
23    A   No.
24    Q   The heat mittens that you used there, how
25 often would you use them?

Page 79

Christian Holinka        135

2    A   No more than once every two weeks.
3    Q   You told us that you averaged about 12
4 hours a week there during this part-time work?
5    A   Yes.
6    Q   Would that be broken over one day or
7 several days or how did that typically fall?
8    A   Two days.
9    Q   Two six-hour days on average?
10    A   Yes.
11    Q   Perhaps --
12    A   That makes it 18 hours a week, I worked
13 from midnight to nine in the morning.
14    Q   So, you worked there three times a week,
15 midnight to nine?
16    A   Twice a week.
17    Q   The lab was open continuously?
18    A   Yes, sure.
19    Q   Do you know the brand, trade or
20 manufacturer's name of the mittens that you used at
21 Columbia Presbyterian?
22    A   No, I do not.
23    Q   Do you know the brand, trade or
24 manufacturer's name of the Bunsen burner pads that
25 were present at Columbia?

Page 80

Christian Holinka        136

2    A   I do not.
3    Q   Can you tell me any other specific ways
4 that you believe you may have been exposed to asbestos
5 while working part-time at Columbia University?
6    A   No, I cannot tell you.
7    Q   In 1974 you got your PhD; is that right?
8    A   Yes.
9       MR. SCHAFFER:  Off the record for a second.
10       (Discussion held off the record)
11    Q   In July of 1974 you get your degree from
12 SUNY Stony Brook, your PhD and what happens next in
13 the course of your professional career?
14    A   I became a post-doctoral fellow at the
15 University of Southern California.
16    Q   And was this at Berkeley again or --
17    A   Los Angeles.
18    Q   And how long were you a post-doctoral
19 fellow?
20    A   Until 1977.
21    Q   And what types of things did you do as a
22 post-doctoral fellow there?
23    A   Biological research and teaching.
24    Q   What portion or percentage of your time was
25 dedicated to research as opposed to teaching?

Page 81

Christian Holinka        137

2    A   About 90 percent research, 90 to 95
3 percent.
4    Q   When you were doing your research, did you
5 conduct it in one particular area of USC Los Angeles?
6    A   Yes.  At the Gerontology Building.
7    Q   And where within the Gerontology Building
8 did you do this research?
9    A   Second floor.
10    Q   What were the dimensions or the layout of
11 the space you worked out of?
12    A   Four rooms, variable size ranging from an
13 estimated 400 square feet to 800 square feet,
14 estimated.
15    Q   And were these rooms comprised of both
16 offices and laboratories?
17    A   Offices were separate.
18    Q   So, the four rooms, were they all labs?
19    A   Yes.
20    Q   Did you work in all of those rooms?
21    A   Yes.
22    Q   Did you have graduate assistants working
23 with you during this time period?
24    A   Yes, I did.
25    Q   What were their names of some of these

Page 82

Christian Holinka     138

1 people?
2
3     A     Monty Heckland (phonetic), undergraduate
4 assistant.
5     Q     Anybody else?
6     A     Not as undergraduate or graduate assistant.
7     Q     How about any other people who assisted you
8 in any way?
9     A     You usually had to do the research
10 yourself. James Nelson.
11     Q     And what was his position or how did he
12 help you?
13     A     Graduate student.
14     Q     Anybody else?
15     A     No.
16     Q     During the time that you were working at
17 USC Los Angeles in the Gerontology Building, do you
18 believe you were exposed to asbestos?
19     A     Yes.
20     Q     In what ways do you believe you were
21 exposed to asbestos there?
22     A     Through Bunsen burner pads and heat
23 insulating mittens.
24     Q     Were there Bunsen burners present in each
25 of the four rooms that you were conducting your

Page 83

Christian Holinka     139

1
2 research in?
3     A     Yes.
4     Q     How many were in each room?
5     A     An estimated two to five.
6     Q     Did the room that you worked out of have
7 any other numerical designation or name that you can
8 recall?
9     A     Room numbers I do not recall.
10     Q     Not named in honor of somebody or
11 so-and-so's lab or anything like that?
12     A     I believe one or two were.
13     Q     As you sit here today, do you know who they
14 may have been referring to?
15     A     No.
16     Q     Were there similar labs on the same floor
17 of that building?
18     A     Yes.
19     Q     Did you have a responsibility as a
20 post-doctoral fellow for ordering any of the Bunsen
21 burner pads that you used there?
22     A     No, I did not.
23     Q     Did you have a responsibility for ordering
24 any of the heat mittens that you used there?
25     A     No.

Page 84

Christian Holinka     140

1
2     Q     Did the Bunsen burner pads that you used
3 there appear similar in their shape and color when
4 compared to the ones you had encountered earlier in
5 your career?
6     A     Yes.
7     Q     Was there anything physically different
8 about them that you can recall at this time as opposed
9 to the others?
10     A     No.
11     Q     Do you know the brand, trade or
12 manufacturer's name of those Bunsen burner pads?
13     A     No.
14     Q     Do you know who specifically supplied those
15 pads that you used as a post-doctoral fellow at the
16 Gerontology Building?
17     A     We had standard suppliers, I do not know
18 which individual standard supplier supplied them.
19     Q     Did you need to get replacement pads on
20 occasion during those three years you were doing
21 research?
22     A     Yes.
23     Q     Where would you get them from?
24     A     From the laboratory supply cabinet.
25     Q     Which would have been located where?

Page 85

Christian Holinka     141

1
2     A     At the laboratory in one of the four rooms.
3     Q     Did you personally obtain new pads on
4 occasion during the three years that you were doing
5 research?
6     A     Yes, I did.
7     Q     And you would go to the storage area and
8 take them yourself?
9     A     Yes.
10     Q     When you would take them out, did they come
11 in any sort of packaging?
12     A     No.
13     Q     They were loose?
14     A     Not to my recollection, no.
15     Q     Your recollection is they were loose?
16     A     Yes.
17     Q     Stacked on top of each other or lined up
18 side by side?
19     A     I believe stacked on top of each other.
20     Q     Did you ever see any paperwork indicating
21 who specifically supplied those pads that you used
22 there?
23     A     I did not.
24     Q     Do you recall a replacement stock of these
25 pads coming in and being placed in that storage area?

Page 86

```
 1            Christian Holinka     142
 2     A    Not specifically, no.
 3     Q    Did you ever encounter a situation there
 4  where you had run out of pads and had to arrange to
 5  have more pads brought over?
 6     A    No.
 7     Q    Did you use one set of mittens during the
 8  three years there or more than one set?
 9     A    Set, you mean --
10     A    Pair.
11     A    -- individual --
12     Q    Pair I guess is the best way to put it.
13     A    Many more than one.  May I add something?
14     Q    Yes, absolutely.
15     A    To an extended response to your question
16  about collaborators.
17     Q    Yes.
18     A    The chief technician helped the laboratory.
19     Q    Who was that?
20     A    Heinz; H-E-I-N-Z, Osterburg;
21  O-S-T-E-R-B-U-R-G.
22     Q    Did Mr. Osterburg have the responsibility
23  for ordering any replacement supplies?
24     A    Yes.
25     Q    Did you ever have a conversation with
```

Page 87

```
 1            Christian Holinka     143
 2  Mr. Osterburg advising that the lab or labs needed
 3  more pads or mittens?
 4     A    No.
 5     Q    If you needed a replacement pair of
 6  mittens, would you get them from the same supply area
 7  located in one of those labs?
 8     A    Yes.
 9     Q    Do you recall how the replacement mittens
10  were stored in this area?
11     A    No.
12     Q    Was there anything different about the
13  physical appearance of these mittens as opposed to
14  mittens that you had encountered earlier in your
15  career?
16     A    No.
17     Q    Can you tell me any other specific type of
18  materials that you believe contained asbestos that you
19  handled there?
20     A    No, I cannot tell you.
21     MR. DARCHE:  Just one second.
22     (Discussion held off the record)
23     Q    Did Mr. Heckland and Mr. Nelson and
24  Mr. Osterburg also use these types of materials in the
25  course of supporting you in your research?
```

Page 88

```
 1            Christian Holinka     144
 2     A    Yes.
 3     Q    When was the last time you were in touch
 4  with Mr. Heckland?
 5     A    About three months ago, four months ago.
 6     Q    Is Mr. Heckland aware of your current
 7  physical situation?
 8     A    Yes.
 9     Q    Did you have any discussions with
10  Mr. Heckland about the types of products that you used
11  together while you were at USC Los Angeles?
12     A    No.
13     Q    Did you have any discussion with respect to
14  any products that may have contained asbestos?
15     A    No.
16     Q    Where does he currently live?
17     A    In Baltimore.
18     Q    When was the last time you spoke to
19  Mr. Nelson?
20     A    An estimated three years ago.
21     Q    Did you ever have any discussions with
22  Mr. Nelson about asbestos-containing components
23  that were in any of the labs where you were?
24     A    No.
25     Q    And Mr. Osterburg, is he still alive?
```

Page 89

```
 1            Christian Holinka     145
 2     A    Yes.
 3     Q    Where is he currently?
 4     A    In Los Angeles.
 5     Q    When was the last time you spoke with him?
 6     MR. DARCHE:  Three years ago.
 7     A    About half a year ago.
 8     MR. SCHAFFER:  We talked about Mr. Nelson
 9  before.
10     MR. DARCHE:  Sorry about that.
11     MR. SCHAFFER:  We are talking about
12  Osturburg.
13     MR. DARCHE:  Sorry about that.
14     Q    Is Mr. Osterburg aware of your physical
15  condition?
16     A    Yes, I told him.
17     Q    Did you and he have any discussions whether
18  there were any materials or products in the labs that
19  may have exposed you to asbestos?
20     A    We did not talk about it.
21     Q    Is there anyone that you have talked about
22  with respect to your time at USC LA?
23     A    USC, please.
24     Q    I'm sorry, forgive me.
25     A    Two different universities.
```

Page 90

```
1            Christian Holinka      146
2    Q    My apologies.
3         Have you ever discussed the brand, trade or
4    manufacturer's names of any of the materials that you
5    believe contained asbestos that you encountered at USC
6    besides with representatives from your law firm?
7    A    No.
8         MR. DARCHE:  Off the record.
9         (Discussion held off the record)
10   Q    Sir, I forgot to ask you, where does
11   Mr. Nelson currently live?
12   A    San Antonio, Texas.
13   Q    Separate and apart from your research that
14   you did at USC, do you believe that you were exposed
15   to asbestos when you were doing the teaching aspect of
16   your post-doctoral fellow work out there?
17   A    I do not know but I do not think so.
18   Q    And did that work result in any additional
19   degrees of any type as a post-doctoral fellow?
20   A    No.
21   Q    When in 1977 did you leave USC LA?
22   A    In July.
23        MR. DARCHE:  How are you feeling?
24        THE WITNESS:  Okay.
25        MR. SCHAFFER:  Let's go off the record a
```

Page 91

```
1            Christian Holinka      147
2    second.
3         (Discussion held off the record)
4         (Whereupon, at 12:20 P.M., a lunch recess
5    was taken)
6         (Back on the record at 1:25 P.M.)
7    Q    Sir, we are back on the record and I just
8    want to go back over one or two things before we move
9    forward to your time at Mount Sinai if I may.
10   A    Yes.
11   Q    And I am not sure if I have asked you this
12   question before or if my colleague did or did not, so
13   if I did I apologize.
14        With respect to the mittens that you used
15   when you were at the lab at USC Los Angeles, do you
16   know who specifically manufactured them?
17   A    No, I do not.
18   Q    Do you know who specifically supplied those
19   mittens that you used at that location?
20   A    No, I do not.
21   Q    Let's move forward, your next job was
22   where?
23   A    May I make a small addition to a previous
24   statement?
25   Q    Yes.
```

Page 92

```
1            Christian Holinka      148
2    A    Regarding the diameter of the asbestos
3    inset to the Bunsen burner covers, the diameter
4    probably was closer to 8 inches.  I said 3 or 4, I
5    believe, I thought in the metric system and it was
6    closer to 8 inches.
7    Q    And let me then ask you this:  If the
8    diameter of the pad was 8 inches, what was the length
9    across of the meshing itself when you counted all the
10   meshing?
11   A    An estimated 1 more inch on each side, so
12   it would be about 10 inches.
13   Q    And were those mesh pieces typically square
14   or rectangular?
15   A    Typically square.
16   Q    After the lunch break looking back, is
17   there anything else that you need to amplify or
18   correct from this morning's testimony?
19   A    No, there isn't.
20   Q    Why did you leave the fellow position at
21   USC?
22   A    I had a job offer at Mount Sinai School of
23   Medicine in New York City.
24   Q    How did you come to get that offer?
25   A    At a scientific meeting.
```

Page 93

```
1            Christian Holinka      149
2    Q    And when did you start at Mount Sinai?
3    A    August 1977.
4    Q    And how long did you work there?
5    A    Until July 1989.
6    Q    And what was your position there?
7    A    Initially an instructor and then assistant
8    professor in obstetrics, gynecology and reproductive
9    science.
10   Q    How long would you have been an instructor
11   first there at Mount Sinai approximately?
12   A    Approximately two to three years.
13   Q    And the balance of the time that you were
14   there approximately nine or ten years was as an
15   assistant professor?
16   A    Yes.
17   Q    As an instructor there what were your hours
18   typically, if there was such a thing?
19   A    Forty to sixty hours.
20   Q    And would you teach classes both day and
21   night as needed?
22   A    I did not regularly teach classes at Sinai
23   except one or two years a part of a course in
24   reproductive biology to medical students.
25   Q    I'm sorry, I misinterpreted what you meant
```

24 (Pages 90 to 93)

Page 94

1          Christian Holinka          150
2   by instructor then. Can you tell me what your duties
3   were as an instructor?
4       A    Research, the principal duties were
5   research.
6       Q    When did you conduct the research as an
7   instructor there?
8       A    During the period 1977 to '89.
9       Q    When you were an instructor, yes.
10      A    When I was an instructor and thereafter
11  when I was an assistant professor.
12      Q    Where physically within the premises of
13  Mount Sinai did you do the research work as an
14  instructor?
15      A    The Annenberg Building, 20th floor.
16      Q    And was there a separate portion of the
17  floor such as a lab or other area within the 20th
18  floor that you worked at?
19      A    Yes. There were several laboratories on
20  the floor.
21      Q    Did you work in one of them or all of them?
22      A    Principally in two different rooms.
23      Q    And did these rooms have any numerical or
24  other designation?
25      A    Yes.

Page 95

1          Christian Holinka          151
2       Q    What were they called, if you remember?
3       A    I don't remember.
4       Q    And did you work in both of these rooms
5   during the time that you held the position of
6   instructor?
7       A    Yes.
8       Q    Do you believe that you were exposed to
9   asbestos at Mount Sinai in the course of your work as
10  an instructor those first two or three years?
11      A    Yes.
12      Q    And how during that time period do you
13  believe you were exposed to asbestos?
14      A    By asbestos pads, Bunsen burner pads and
15  mittens.
16      Q    Did you work yourself with the pads as an
17  instructor?
18      A    Yes.
19      Q    And what would you do with them?
20      A    Well, you use them all the time for heating
21  the agents, heating water, heating media. It was the
22  only heat source at the laboratory.
23      Q    Did you have on occasion the need to
24  replace the pads that you were using when you were an
25  instructor?

Page 96

1          Christian Holinka          152
2       A    Yes.
3       Q    Over the two or three years, can you
4   estimate how many times you would have replaced the
5   pads?
6       A    About once every two months.
7       Q    You said that there were two rooms, did
8   both of these rooms have Bunsen burners?
9       A    Yes.
10      Q    Can you tell me how many were in each room?
11      A    Correction, three rooms.
12      Q    Fair enough.
13      A    When we did histology work I used a
14  different room.
15           The answer to your question, between two
16  and five.
17      Q    Were there more Bunsen burners in the
18  histology room or not, if you know?
19      A    About the same.
20      Q    Now, was there anything different about the
21  physical appearance of these Bunsen burner pads that
22  you used there as opposed to those that you had
23  encountered prior in your career?
24      A    No.
25      Q    Did these pads have any words or logos or

Page 97

1          Christian Holinka          153
2   printing or anything on them that would identify their
3   manufacturer?
4       A    They did not.
5       Q    Or their supplier.
6       A    They did not.
7       Q    As an instructor did you have the
8   responsibility for ordering any pads that were used at
9   Mount Sinai?
10      A    No.
11      Q    If you needed to pick up a replacement pad
12  at Mount Sinai, where would you go?
13      A    There was a central room for supplies for
14  the laboratory.
15      Q    Was that also located on the 20th floor?
16      A    Yes. It was really a large set of cabinets
17  in one of the laboratories.
18      Q    Was it located in one of the three rooms
19  that you were in as an instructor?
20      A    In one, yes.
21      Q    If I asked you which one could you tell me?
22      A    I believe a storage unit.
23      Q    Do you know which particular room it was in
24  or you believe it was in one of them?
25      A    I think it was in one.