Exhibit E

SUPREME COURT:  ALL COUNTIES
WITHIN THE STATE OF NEW YORK

054 559 022  Post-it® eFlags

IN RE:  NEW YORK CITY
      ASBESTOS LITIGATION       :

                           :  DEPOSITION UPON

This Document Applies To:    :  ORAL EXAMINATION

                           :       OF

      CHRISTIAN HOLINKA        :  CHRISTIAN HOLINKA

                           :   (VOLUME III)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - :


        T R A N S C R I P T of the deposition of

CHRISTIAN HOLINKA, called for Oral Examination in the

above entitled action, said deposition being taken

pursuant to Rules governing Civil Practice in the Courts

of New York, by and before KERRY D. HALPERN, a Notary

Public and Shorthand Reporter of the State of New York,

at the LAW OFFICES of WEITZ & LUXENBERG, P.C., 120 Wall

Street, 15th floor, New York, New York 10038, on

Thursday March 1, 2007, commencing at 10:35 a.m.


Priority-One Court Reporting Services
899 Manor Road
Staten Island, New York  10314
(718) 983-1234

## Page 249

1    IT IS HEREBY STIPULATED AND AGREED
2  by and between the attorneys for the respective parties
3  hereto that filing, sealing and certification of the
4  within Examination Before Trial be waived; that all
5  objections, except as to form, are reserved to the time
6  of trial.
7    IT IS FURTHER STIPULATED AND AGREED
8  that the transcript may be signed before any Notary
9  Public with the same force and effect as if signed before
10  a Clerk or Judge of the Court.
11    IT IS FURTHER STIPULATED AND AGREED
12  that the within examination may be utilized for all
13  purposes as provided by the CPLR and Part 221 of the
14  Uniform Rules for the Conduct of Depositions.
15    IT IS FURTHER STIPULATED AND AGREED
16  that all rights provided to all parties by the CPLR shall
17  not be deemed waived and the appropriate sections of the
18  CPLR shall be controlling with respect thereto.
19    IT IS FURTHER STIPULATED AND AGREED by and
20  between the attorneys for the respective parties hereto
21  that a copy of this Examination shall be furnished,
22  without charge, to the attorney representing the witness
23  testifying herein.
24
25

## Page 250

1  A P P E A R A N C E S.
2    FOR THE PLAINTIFF:
3    WEITZ & LUXENBERG, P.C.
      BY  BENJAMIN DARCHE, ESQ
4    180 Maiden Lane
     17th Floor
5    New York, New York 10038
6
7    FOR THE DEFENDANT FISHER SCIENTIFIC:
8    HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
     BY: KRISTY KULINA LYONS, ESQ.
     40 Paterson Street
9    Box 480
     New Brunswick, New Jersey 08903
10
11   FOR THE DEFENDANT BAXTER HEALTHCARE:
12   DRINKER, BIDDLE & REATH, LLP
     BY: TIMOTHY J. FRASER, ESQ.
13   500 Campus Drive
     Florham Park, New Jersey 07932-1047
14
15   FOR THE DEFENDANT VWR INTERNATIONAL:
     UNIVAR USA:
16
     DRINKER, BIDDLE & REATH, LLP
17   BY:  DAVID F. ABERNETHY, ESQ.
     500 Campus Drive
18   Florham Park, New Jersey 07932-1047
19
     FOR THE DEFENDANT KEWAUNEE SCIENTIFIC CO.:
20
     MALABY, CARLISLE & BRADLEY, LLC
21   BY:  DAVID SCHAFFER, ESQ.
     150 Broadway
22   New York, New York 10038
23
24
25

## Page 251

1    FOR THE DEFENDANT CBS:
     FOR THE DEFENDANT ADIENCE:
2
     MALABY, CARLISLE & BRADLEY, LLC
3    BY:  KOO LEE, ESQ.
     150 Broadway
4    New York, New York 10038
5    FOR THE DEFENDANT A.W. CHESTERTON:
6
     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
7    BY:  TODD DeSIMONE, ESQ.
     150 East 42nd Street
8    New York, New York 10017
9
     FOR THE DEFENDANT LENNOX INDUSTRIES, INC.:
10
     DARGER & ERRANTE, LLP
11   BY:  CRAIG GLANTZ, ESQ.
     116 East 27th Street
12   12th Floor
     New York, New York 10016
13
14   FOR THE DEFENDANT AMCHEM:
     FOR THE DEFENDANT CERTAINTEED:
15
     ANDERSON, KILL & OLICK, P.C.
16   BY:  JONATHAN KROMBERG, ESQ.
     1251 Avenue of the Americas
17   New York, New York 10020-1182
18
19   FOR THE DEFENDANT BECKMAN COULTER INSTRUMENTS:
     McGIVNEY & KLUGER, P.C.
20   BY:  EYAL EISIG, ESQ.
     80 Broad Street
21   20th Floor
     New York, New York 10007
22
23
24
25

## Page 252

1  FOR THE DEFENDANT MANOR CARE HEALTH SERVICES:
2  REED SMITH, LLP
   BY:  GREG A. DADIKA, ESQ.
3  The Legal Center
   One Riverfront Plaza
4  Newark, New Jersey 07102
5
6  FOR THE DEFENDANT DuPONT:
7  LEADER & BERKON, LLP
   BY:  GLORIA KOO, ESQ.
8  630 Third Avenue
   New York, New York 10017
9
10  FOR THE DEFENDANT INGERSOLL RAND:
11  PEHLIVANIAN, BRAATEN & PASCARELLA, LLC:
    BY:  MICHELE MITTLEMAN, ESQ.
12  2430 Route 34
    Manasquan, New Jersey 07963
13
14
15
16
17
18
19
20
21
22
23
24
25

2  (Pages 249 to 252)

Page 253

1          I N D E X
2
3   WITNESS: CHRISTIAN HOLINKA
4   EXAMINATION                    PAGE
5   MS. KULINA LYONS            255, 318
6   MR. FRASER                 287
7   MR. SCHAFFER               314, 318
8   MR. DARCHE                 315
9   MR. ABERNETHY              319
10  MR. DADIKA                 319
11
12
13  EXHIBITS:
                DEFENDANTS'
14  NUMBER      DESCRIPTION        PAGE
15
16
17  QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
18      PAGE LINE
19      None
20
21  INFORMATION TO BE SUPPLIED:
22      PAGE LINE
23      304-12
24      308-17
25      312-20

Page 254

1   MOVE TO STRIKE:
2       PAGE LINE
3       None
4
5
6   MARK FOR RULING:
7       PAGE LINE
8       None
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 255

1              CHRISTIAN HOLINKA,
2       having first been duly sworn, was
3       examined and testified as follows:
4
5              EXAMINATION
6   BY MS. KULINA LYONS:
7       Q.    Good morning, Mr. Holinka.  My name is
8   Kristy Lyons.  I am from the law firm of Hoagland, Longo,
9   Moran, Dunst & Doukas.  I have several questions for you
10  today mostly surrounding the actual labs that you worked
11  in.
12             I will try to be as brief as I can.  I
13  will be asking the same questions for each job site that
14  you worked at, and it will start to get into a routine.
15  So, let's try not to talk over each other, okay?
16      A.    Okay.
17      Q.    And the same rules are in effect as the
18  last deposition.
19             Are you taking any medications today?
20      A.    No.
21      Q.    I know the last time we spoke you were
22  going to see Dr. Moline this week.
23      A.    Yes.
24      Q.    Did you go see her?
25      A.    Yes, I did.

Page 256

1       Q.    What did that exam involve?
2       A.    An oral history and a physical
3   examination.
4       Q.    Did she take a chest x-ray?
5       A.    No.
6       Q.    Did she advise you of any opinions?
7       A.    No.
8       Q.    When did you go see her?
9       A.    On Monday.
10      Q.    Monday?
11      A.    Yes.
12      Q.    This past Monday?
13      A.    This week, yes.
14      Q.    Have you seen any other doctors since
15  the last time we spoke?
16      A.    No.
17      Q.    I think that we are clear, but just so
18  the record is clear, various times throughout your
19  testimony, you referred to mittens and gloves
20  interchangeably.
21      A.    That's correct.
22      Q.    I just want to make sure that you were
23  always talking about mittens, correct?
24      A.    I was always talking about mittens.
25      Q.    You have never worn a glove where all

Page 257

```
1   your fingers were able to move around?
2       A.      No.
3       Q.      You taught at NYU?
4       A.      Yes, I did.
5       Q.      How long did you teach there?
6       A.      Two separate years as an adjunct faculty
7   member.
8       Q.      Did you teach in the same building?
9       A.      No.
10      Q.      What buildings did you teach in?
11      A.      Tisch Hall.
12      Q.      Where is that?
13      A.      And I believe the Brown building.
14      Q.      Where is that?
15      A.      On the campus in the village.
16      Q.      Do you know the address of Tisch Hall?
17      A.      No.
18      Q.      And the Brown building?
19      A.      No.
20      Q.      Is that something that someone who went
21  to NYU would know where the Brown building is?
22      A.      Yes.
23      Q.      I will ask my husband.
24              Is anybody financially dependent upon
25  you?
```

Page 258

```
1       A.      No.
2       Q.      The friend that you have that lives in
3   your condo, does he pay rent?
4       A.      Some.
5       Q.      Okay.
6               What does he pay per month?
7       A.      About $400.
8       Q.      Does anyone live with you currently?
9       A.      No.
10      Q.      When you were in Germany living with
11  your aunt and cousin at various times, were you also
12  living with your mom?
13      A.      No.
14      Q.      Did you ever live with your mom?
15      A.      When I was very small.
16      Q.      So, your aunt raised you?
17      A.      Yes.
18      Q.      When you were in basic training in the
19  Army, what were you doing exactly?
20      A.      Push-ups, pull ups, learn how to shoot,
21  run and receive instructions on military matters.
22      Q.      So, mainly physical?
23      A.      Yes.
24      Q.      Where did you sleep when you were in
25  basic training?
```

Page 259

```
1       A.      In billets or in tents.
2       Q.      In billets?
3       A.      Barracks really.  We called them
4   billets.
5       Q.      Was there any piping running through the
6   barracks?
7       A.      I don't remember.
8       Q.      When you were in the Army and you were
9   stationed in Fort Sam, where were you sleeping?
10      A.      In military quarters.
11      Q.      Where were they located?
12      A.      At Fort Sam Houston.
13      Q.      I am sorry?
14      A.      At Fort Sam Houston.
15      Q.      Do you know if there was any piping
16  running through those barracks?
17      A.      No, I don't.
18      Q.      When you were in Germany at the 98th
19  General Hospital, where did you sleep?
20      A.      At the hospital billets.
21      Q.      Do you know if there was any piping
22  where you slept?
23      A.      No, I don't.
24      Q.      When you were in medical school in
25  Canada, where did you reside?
```

Page 260

```
1       A.      At a private house.
2       Q.      Do you know the address?
3       A.      No.
4       Q.      Do you know what town it was in?
5       A.      Montvale.
6       Q.      Do you know if any home renovation work
7   was done to that residence while you lived there?
8       A.      I don't.
9       Q.      Have you personally ever performed any
10  home renovations?
11      A.      No.
12      Q.      I want to talk to you a little bit about
13  the time that you were in the Army at Fort Sam.
14              Where was the laboratory that you worked
15  in?
16      A.      At Fort Sam Houston.
17      Q.      What building was it in?
18      A.      I don't remember.
19      Q.      Do you remember how large the building
20  was?
21      A.      No, I don't.
22      Q.      Do you remember anything specific about
23  the building, how many floors it was?
24      A.      No, I don't.
25      Q.      Okay.
```

Page 261

1      Do you know where the lab was located in
2  the building?
3      A.    I don't remember.
4      Q.    Do you recall the dimensions of the lab
5  that you worked in?
6      A.    No, I don't.
7      Q.    Do you know if it was more than one lab
8  that you worked in while you were at Fort Sam?
9      A.    Yes, I do.
10     Q.    How many labs?
11     A.    Two laboratories.
12     Q.    And they were both in the same building?
13     A.    I don't remember.
14     Q.    Do you know if there was any sort of
15 ventilation in those laboratories?
16     A.    I don't know.
17     Q.    Do you recall how many workstations were
18 in the labs?
19     A.    About 25.
20     Q.    25 workstations per laboratory?
21     A.    No, in one laboratory.  It was a
22 classroom.
23     Q.    There would be 25 work areas --
24     A.    About 25.
25     Q.    -- in each laboratory?

Page 262

1      A.    No.  The other one was pathology.
2      Q.    Okay.
3          So, one laboratory had 25 workstations.
4      A.    Yes.
5      Q.    The other lab was pathology.
6      A.    Yes.
7      Q.    How many workstations were in the
8  pathology lab?
9      A.    When you autopsy people, one doesn't
10 really refer to it as workstations.  There were two or
11 three autopsy tables.
12     Q.    And that's fine, sir.  I haven't
13 personally worked in these labs, so that's fine to
14 correct me --
15     A.    Sorry.
16     Q.    -- because I don't always understand and
17 visualize that the same way as you.  So, thank you for
18 telling me that.
19         What kind of work would you be doing in
20 the lab with the 25 workstations?
21     A.    Hematology, biochemistry, urinalysis.  I
22 was a student there.
23     Q.    Do you recall how many students were in
24 the classroom with you?
25     A.    Approximately 25.

Page 263

1      Q.    Do you recall any of the names of those
2  students?
3      A.    No.
4      Q.    How about when you worked in pathology,
5  what were you doing?
6      A.    Assisting at autopsies.
7      Q.    Do you know who you were assisting?
8      A.    No.
9      Q.    Would you have used any of the Bunsen
10 burners in the pathology department?
11     A.    No.
12     Q.    Would you have ever worn the mittens in
13 the pathology department?
14     A.    No.
15     Q.    How much of your time was spent in the
16 classroom versus the pathology department?
17     A.    The pathology period followed the
18 classroom instructions --
19     Q.    Okay.
20         So, you were -- I am sorry.
21     A.    -- and about two months pathology, about
22 four months class work.
23     Q.    I thought you were at Brooks Medical
24 Center for two months.
25         Is that incorrect then?  Were you there

Page 264

1  longer?
2      A.    No.  I was there longer.
3      Q.    Okay.
4          How long were you there?
5      A.    Approximately four and a half to five
6  months.
7      Q.    So, you were in the classroom for
8  approximately four months and then you moved to the
9  pathology --
10     A.    Approximately three months classroom and
11 approximately six weeks pathology.
12     Q.    Did you ever wear a mask or a respirator
13 at Fort Sam?
14     A.    A respirator, no.  A mask, yes.
15     Q.    What kind of mask did you wear?
16     A.    Just a normal surgical mask.
17     Q.    Why would you wear a surgical mask?
18     A.    When you worked with formaldehyde.
19     Q.    Would that only be in the pathology
20 department?
21     A.    Yes.
22     Q.    Did you wear a lab coat?
23     A.    Oh, yes.
24     Q.    In both departments?
25     A.    Yes.

5 (Pages 261 to 264)

Page 265

1  Q.    Did you wear goggles or a shield?
2  A.    A shield of what sort?
3  Q.    Well, did you wear any goggles?
4  A.    No.
5  Q.    Did you wear anything covering your
6  face?
7  A.    No.
8  Q.    When you worked in the classroom, where
9  were the mittens kept?
10  A.    I don't remember.
11  Q.    Were you assigned a certain pair of
12  mittens that were your mittens?
13  A.    No.
14  Q.    Do you know where the supplies were kept
15  at Fort Sam?
16  A.    No.
17  Q.    Then, you went to the 98th General
18  Hospital?
19  A.    Yes.
20  Q.    And you worked at --
21  A.    No -- yes. I am sorry.
22  Q.    Okay.
23        You worked in one lab consisting of
24  different divisions. Is that correct?
25  A.    That's correct.

Page 266

1  Q.    How large is the one open area?
2  A.    The lab consisted of several rooms of
3  different sizes.
4  Q.    Do you recall how many different rooms?
5  A.    Five or six.
6  Q.    Was each room set up for a different
7  purpose?
8  A.    Yes.
9  Q.    Did you work in all of the rooms?
10  A.    Yes.
11  Q.    Do you know the dimensions of any of the
12  rooms?
13  A.    Not exactly, but approximately.
14  Q.    Okay.
15        Why don't you first tell me what were
16  the five or six rooms for, what different departments?
17  A.    Hematology, clinical chemistry,
18  bacteriology, histology and pathology.
19  Q.    Okay.
20        The pathology room, do you recall the
21  dimensions of that room?
22  A.    Approximately 300 square feet.
23  Q.    And the histology room?
24  A.    Approximately 300 to 400 square feet.
25  Q.    I am sorry. What was the other one?

Page 267

1  A.    Clinical chemistry and bacteriology
2  combined approximately 400 square feet.
3  Q.    You had hematology --
4  A.    Hematology approximately 200 square
5  feet.
6  Q.    There was another one too. I missed it.
7  What was it, arc --
8        MR. DARCHE: Archeology.
9        MS. KULINA LYONS: Could you
10  read it back?
11        (The following testimony was
12  read back:
13        "Answer: Hematology, clinical
14  chemistry, bacteriology, histology and
15  pathology.")
16  A.    Bacteriology and clinical chemistry were
17  combined in one room?
18  Q.    And that was 400 square feet?
19  A.    That was the largest. That's about 400
20  feet.
21  Q.    Do you know if any of the rooms had any
22  ventilation?
23  A.    I don't.
24  Q.    Did any of the rooms have windows?
25  A.    Yes.

Page 268

1  Q.    Did they all have windows?
2  A.    I don't remember.
3  Q.    Do you recall which different areas had
4  windows?
5  A.    No.
6  Q.    Did you ever have the windows open while
7  you were working in the lab?
8  A.    I don't remember.
9  Q.    Was there one area that you spent more
10  time versus another?
11  A.    Overall, no.
12  Q.    So, you equally spent your time
13  throughout?
14  A.    Yes.
15        MR. DARCHE: I am sorry.
16        Could we just take a break?
17        (A short recess was taken.)
18  Q.    Sir, when you were in the Army at 98th
19  General Hospital, you generally mentioned autoclaves and
20  sterile hoods.
21        Do you recall that testimony?
22  A.    They were part of the laboratory, yes.
23  Q.    Did you ever see anyone doing any
24  repairs to any of the equipment in the laboratory?
25  A.    No, I didn't.

Page 269

1   Q.   Did you ever wear a mask or a respirator
2 when you were at 98th General Hospital?
3   A.   A mask.
4   Q.   Was that in the pathology department as
5 well?
6   A.   Yes, and in bacteriology.
7   Q.   What kind of mask did you wear in
8 bacteriology?
9   A.   Surgical mark.
10   Q.   And a surgical mask in pathology as
11 well?
12   A.   Yes.
13   Q.   Did you wear a lab coat?
14   A.   Yes.
15   Q.   Did you ever wear goggles?
16   A.   No.
17   Q.   Did you ever wear anything that covered
18 your face at all?
19   A.   No.
20   Q.   Where were the mittens kept when you
21 were at 98th General?
22   A.   I don't remember.
23   Q.   Do you know where any of the supplies
24 were kept when you were at 98th General?
25   A.   There was a supply room.

Page 270

1   Q.   Where was that?
2   A.   It was part of the laboratory.
3   Q.   Did you have a set pair of mittens that
4 were assigned to you to wear?
5   A.   No.
6   Q.   Moving on to Booth Memorial.
7   A.   Yes.
8   Q.   Was that just one laboratory that you
9 worked in?
10   A.   Yes.
11   Q.   Do you recall the dimensions of that
12 laboratory?
13   A.   About 400 square feet.
14   Q.   Was it just one big open room?
15   A.   Yes.
16   Q.   Was there any ventilation in that room?
17   A.   I don't know.
18   Q.   Were there windows?
19   A.   I don't remember.
20   Q.   Do you know how many work areas there
21 were in that room?
22   A.   Two or three benches.
23   Q.   Were you assigned a workbench?
24   A.   No.
25   Q.   Do you know how many Bunsen burners

Page 271

1 there would be?
2       MR. DARCHE:  Don't guess.
3   A.   No, I don't.
4   Q.   Would each workbench have a Bunsen
5 burner?
6   A.   Yes.
7   Q.   Would there be more than that for each
8 workbench?
9   A.   I don't remember.
10   Q.   Did you ever wear a mask or respirator
11 while you were there?
12   A.   No.
13   Q.   What kind of work were you actually
14 doing there?
15       MR. DARCHE:  I am just going
16   to object that we went over this
17   already.
18       But, you can answer again.
19   Q.   That's okay.  I do have it in my notes.
20   A.   Serum analysis principally.
21   Q.   Did you wear a lab coat while you were
22 there?
23   A.   Yes.
24   Q.   Did you ever wear goggles?
25   A.   No.

Page 272

1   Q.   Did you ever wear anything that shielded
2 your face?
3   A.   No.
4   Q.   Did you know where the mittens were kept
5 there?
6   A.   No.
7   Q.   Were you assigned a pair of mittens?
8   A.   No.
9   Q.   Where were the supplies kept at Booth?
10   A.   I don't know.
11   Q.   Then, you went to U.C. Berkeley and you
12 worked in the Life Sciences Building?
13   A.   Yes.
14   Q.   Can you tell me a little bit about the
15 Life Sciences Building, how many floors that is?
16   A.   Four floors, a huge building.
17   Q.   Is this where all of the laboratory work
18 was done?
19   A.   Yes.
20   Q.   You mentioned working in two
21 laboratories during that time.
22       Do you know if there was any ventilation
23 in those laboratories?
24   A.   No, I don't.
25   Q.   Do you know if there were any windows?

7 (Pages 269 to 272)

Page 273

1   A.   Yes, there were.
2   Q.   Did each room have windows?
3   A.   Yes.
4   Q.   Do you know if they were ever kept open?
5   A.   Yes, they were.
6   Q.   How many windows did each room have?
7   A.   One.
8   Q.   Was there more than one entrance to
9   these rooms?
10   A.   No.
11   Q.   Where would you obtain your mittens on a
12   daily basis?
13   A.   There was a central supply.
14   Q.   And that is where you would get them
15   every day?
16   A.   Not every day. They were at the
17   laboratory. You had a pair at the lab.
18   Q.   So, where were they kept within the
19   laboratory?
20   A.   On the workbench somewhere.
21   Q.   There were two rooms. What were you
22   doing in each laboratory?
23   A.   Analysis of California soils.
24   Q.   Okay.
25       In both of them?

Page 274

1   A.   Yes.
2   Q.   Were you assigned a certain workbench?
3   A.   No.
4   Q.   Were you assigned a pair of mittens
5   there?
6   A.   No.
7   Q.   Moving to the time when you were in the
8   actual classrooms --
9   A.   Yes.
10   Q.   You had mentioned that you believe there
11   was about a half dozen lab courses that you had?
12   A.   Yes, approximately.
13   Q.   Do you recall any of the names of the
14   classes that you took, the subject matter?
15   A.   Chemistry, physiology. That is it.
16   Q.   Were those classes also held in the Life
17   Sciences Building?
18   A.   Physiology, yes. Chemistry, no.
19   Q.   Where was chemistry?
20   A.   I don't remember. In the chemistry
21   building but --
22   Q.   Okay.
23       Besides the Life Sciences Building and
24   the chemistry building, do you remember taking classes in
25   any other building at Berkeley?

Page 275

1   A.   Yes.
2   Q.   What other buildings, laboratory classes
3   only?
4   A.   No. Well, I did not take laboratory
5   classes in any other building.
6   Q.   Besides the chemistry building?
7   A.   Right.
8   Q.   And the Life Sciences Building?
9   A.   Right.
10   Q.   Were all the classrooms relatively the
11   same size?
12   A.   Yes.
13   Q.   Do you know how big they were?
14   A.   Yeah. I would like to correct this, no.
15   They were not. Some were auditoriums very large and
16   others were small classrooms.
17   Q.   I just want to clarify. I am only
18   talking about the laboratories, so I only want to know
19   about the lab sizes?
20   A.   The laboratories were approximately the
21   same size.
22   Q.   Do you recall the dimensions of the
23   laboratories?
24   A.   400 square feet.
25   Q.   Did the classrooms have any ventilation?

Page 276

1   A.   I don't remember.
2   Q.   Do you know if there were windows in the
3   classroom?
4   A.   I don't remember.
5   Q.   Do you know where the mittens were kept
6   when you were in the classroom?
7   A.   No, I don't.
8   Q.   Were you assigned mittens in the
9   classroom?
10   A.   No.
11   Q.   Did you wear a lab coat when you were in
12   the classroom?
13   A.   Yes.
14   Q.   Did you ever wear a respirator when you
15   were in the classroom?
16   A.   No.
17   Q.   When you were working in the lab, just
18   working -- not in the classroom at U.S. Berkeley, did you
19   wear a lab coat?
20   A.   Yes.
21   Q.   Did you wear goggles ever?
22   A.   No.
23   Q.   Did you wear a mask or a respirator?
24   A.   No.
25   Q.   Then, you went to Hunter College.

8  (Pages 273 to 276)

Page 277

1    A.    Yes.
2    Q.    There was one lab that you worked in at
3  the Park Avenue Building. Is that correct?
4    A.    Yes, that's correct. As a student.
5    Q.    Do you know the dimensions of the
6  classroom that you were in?
7    A.    No.
8    Q.    Do you know if there was any
9  ventilation?
10   A.    I don't know.
11   Q.    Do you know how many workstations were
12 in the classroom?
13   A.    Four or five benches.
14   Q.    Do you know how many Bunsen burners
15 would be in the classroom?
16   A.    I don't recall.
17   Q.    Were you assigned a certain workstation
18 when you were in the classroom?
19   A.    I do not remember.
20   Q.    Did you obtain mittens from a certain
21 area in the laboratory when you used them?
22   A.    I don't remember.
23   Q.    Then, you returned to U.C. Berkeley for
24 the graduate program -- oh, no.
25        First, you went there and worked in the

Page 278

1  same lab that we previously talked about?
2    A.    Yes, that's correct.
3    Q.    And then you went and you were in the
4  graduate program and you were working in the Life
5  Sciences Building again?
6    A.    Yes.
7    Q.    And at that time you were on the same
8  floor, but in a different lab?
9    A.    Yes.
10   Q.    Do you recall the dimensions of that
11 lab?
12   A.    Approximately 600 square feet.
13   Q.    Do you know if there was any ventilation
14 in that laboratory?
15   A.    I don't know.
16   Q.    Do you know if there were windows?
17   A.    I don't know.
18   Q.    What kind of experiments or research
19 were you doing at that time?
20   A.    Research in rats endocrinology of the
21 brain.
22   Q.    Were you wearing a lab coat?
23   A.    Yes.
24   Q.    Did you ever wear a mask or a
25 respirator?

Page 279

1    A.    A mask, yes. A respirator, no.
2    Q.    What kind of mask?
3    A.    Surgical mask.
4    Q.    Did I ask you if there were any windows
5  in that room?
6    A.    Yes, you did. I do not remember.
7    Q.    Okay, thank you.
8        Did you wear any goggles?
9    A.    No.
10   Q.    Then at SUNY, you worked in one lab on
11 the first floor in the anatomy department?
12   A.    That's correct.
13   Q.    And you described that lab previously as
14 a medium size laboratory?
15   A.    Yes.
16   Q.    Do you recall the dimensions at all?
17   A.    400 square feet.
18        MR. DARCHE: Don't guess.
19   Q.    Do you know if there was any ventilation
20 in that laboratory?
21   A.    I don't know.
22   Q.    Were there windows in that room?
23   A.    Yes.
24   Q.    How many windows?
25   A.    I believe one.

Page 280

1    Q.    Was it ever kept open?
2    A.    I don't remember.
3    Q.    Did you ever wear a mask or a
4  respirator?
5    A.    I don't remember.
6    Q.    What kind of work were you doing in that
7  laboratory?
8    A.    I was working on rats in a hormonal
9  control of the maternal paramount.
10   Q.    What kind of experiments would that
11 entail?
12   A.    They were basically behavioral
13 experiments.
14   Q.    Did you have a set spot where you kept
15 your mittens?
16   A.    No.
17   Q.    Did you have an assigned set of mittens
18 there?
19   A.    No.
20   Q.    I just missed two questions.
21        When you were in the graduate program at
22 U.C. Berkeley, did you have an assigned set of mittens?
23   A.    No.
24   Q.    Do you know where the mittens were kept
25 there?

9 (Pages 277 to 280)

```
1    A.    No.
2    Q.    Then, you went to Columbia University?
3    A.    Yes.
4    Q.    That was the building on 168th Street?
5    A.    Yes.
6    Q.    Where was the lab in that building?
7    A.    I don't remember.
8    Q.    Was it more than one lab?
9    A.    No.
10   Q.    Do you remember the dimensions of the
11  lab?
12   A.    No.
13   Q.    Do you recall if there was any
14  ventilation in the lab?
15   A.    No. I do not recall.
16   Q.    Do you know if there were any windows in
17  the lab?
18   A.    I do not remember.
19   Q.    Did you wear a mask or a respirator
20  while you were there?
21   A.    No.
22   Q.    What kind of research were you doing
23  there?
24   A.    It was not research. It was a job.
25   Q.    Okay.
```

```
1    A.    Animal work and biochemical analysis.
2    Q.    Was there any ventilation in those
3   rooms?
4    A.    I don't know.
5    Q.    Do you know if there were any windows in
6   those rooms?
7    A.    Yes.
8    Q.    Did all the rooms have windows?
9    A.    I don't remember.
10   Q.    Did you ever keep the windows open?
11   A.    They did not open.
12   Q.    Okay.
13         Did you wear a lab coat when you were in
14  there?
15   A.    Yes.
16   Q.    Did you ever wear a mask or a
17  respirator?
18   A.    A mask, yes. A respirator, no.
19   Q.    What kind of mask?
20   A.    Surgical mask.
21   Q.    Did you wear a lab coat?
22   A.    Yes.
23   Q.    Did you ever wear goggles?
24   A.    No.
25   Q.    Did you ever wear anything to shield
```

```
1    A.    Analysis of human serum plasma.
2    Q.    Did you ever wear goggles while you were
3   there?
4    A.    No.
5    Q.    Did you wear a lab coat?
6    A.    Yes.
7    Q.    Where were the mittens kept in that
8   laboratory?
9    A.    I don't know.
10   Q.    Then, you went to the University of
11  California in Los Angeles, correct?
12   A.    University of Southern California.
13         MR. DARCHE: U.S.C.
14   A.    U.S.C.
15   Q.    I knew I was going to do that.
16         There, you worked in four rooms on the
17  second floor?
18   A.    Yes.
19   Q.    Do you recall the dimensions of any of
20  those rooms?
21   A.    No.
22   Q.    Can you tell me what each room was used
23  for, if you remember?
24   A.    No. I do not.
25   Q.    What kind of work were you doing there?
```

```
1   your face?
2    A.    No.
3    Q.    Where would you keep the mittens when
4   you worked there?
5    A.    I don't remember.
6    Q.    Then, finally, you were at Mount Sinai?
7    A.    Yes.
8    Q.    And that was in the Annenberg building?
9    A.    That's correct.
10   Q.    You said that you worked principally in
11  three laboratories in that building?
12   A.    Yes.
13   Q.    On the 20th floor?
14   A.    Yes.
15   Q.    What else was going on throughout that
16  building?
17         MR. DARCHE: I am just going
18      to object to the form.
19         You can answer.
20   A.    The whole thing has 25 floors and there
21  was a variety of activities going on.
22   Q.    On the 20th floor, was that comprised of
23  mostly laboratories?
24   A.    Laboratories and offices.
25   Q.    Was there any ventilation in the
```

Page 285

```
 1   laboratories that you worked in?
 2       A.    I don't know.
 3       Q.    Did you have any windows?
 4       A.    Yes.
 5       Q.    Were those windows ever open?
 6       A.    No.
 7       Q.    Did you wear a lab coat?
 8       A.    Yes.
 9       Q.    Did you ever wear a mask?
10       A.    Yes.
11       Q.    What kind of mask?
12       A.    Surgical mask.
13       Q.    What kind of work were you doing?
14       A.    Animal research, biochemical research in
15   women's health care.
16       Q.    Did each of the three labs that you
17   worked in have different purposes?
18       A.    No.
19       Q.    Did you spend an equal amount of time in
20   each room?
21       A.    No.
22       Q.    What room did you spend more time in?
23       A.    Two rooms out of the three.
24       Q.    Were they all the same size?
25       A.    No.
```

Page 286

```
 1       Q.    Okay.
 2             Can you tell me the size of the
 3   different rooms?
 4       A.    Approximately 200 square feet, one, and
 5   approximately 350 square feet, the other two.
 6       Q.    Which ones were you spending more time
 7   in, the 350 square feet or the 200?
 8       A.    The 200.
 9       Q.    And one of the 350 square feet?
10       A.    Yes.
11       Q.    Did you have an office in that --
12       A.    Yes.
13       Q.    How much of your time was spent in the
14   office?
15       A.    About approximately one-quarter of my
16   time.
17       Q.    What kind of work would you be doing in
18   the office?
19       A.    Writing manuscripts, analyzing data,
20   reviewing grant applications, reviewing manuscripts on a
21   peer review basis.
22       Q.    What kind of research were you doing at
23   Mount Sinai?
24       A.    Animal research and biochemistry,
25   biochemical analysis.
```

Page 287

```
 1       Q.    Were you utilizing any chemicals while
 2   you were working at Mount Sinai?
 3       A.    Yes.
 4       Q.    What kind of chemicals?
 5       A.    Salts, acids, hormones.  Chemicals
 6   usually used in this type of analysis.
 7       Q.    Okay.
 8             MS. KULINA:  I think that is
 9   all I have for you, sir.
10             Thank you.
11   BY MR. FRASER:
12       Q.    Good morning, Mr. Holinka.
13       A.    Good morning.
14       Q.    Do you need to take a break before we
15   switch?
16             MR. DARCHE:  Whatever you want
17   to do.
18             THE WITNESS:  Just a few
19   minutes.
20             MR. FRASER:  That's fine.
21             (A short recess was taken.)
22             Mr. Holinka, my name is Tim Fraser from
23   Drinker, Biddle & Reath.  We represent Baxter Health Care
24   in this matter.
25             I am going to ask you a few questions
```

Page 288

```
 1   about the people that you worked with at these various
 2   different sites.
 3             I realize that you already answered some
 4   questions on this subject and I will try to avoid
 5   duplicating anything that we have covered in the past.
 6       A.    Thank you.
 7       Q.    Starting with Booth Memorial Hospital.
 8       A.    Yes.
 9       Q.    You had testified that your supervisor
10   was, let me put it this way, your supervisor was
11   Dr. Blaustein.
12             Is that correct?
13       A.    That's correct.
14       Q.    The section head was Olga Bzrorad?
15       A.    That is correct.
16       Q.    You testified that you didn't recall any
17   co-workers' names, but were there any other people who
18   worked in the lab who didn't necessarily work for Olga
19   Bzrorad or Dr. Blaustein?
20       A.    I don't remember.
21       Q.    Do you recall whether there was
22   anyone -- do you recall anyone else who worked on that
23   same floor?
24       A.    No, I don't.
25       Q.    No, you do not?
```

Page 289

1  A.    No, I do not.
2  Q.    Do you know or remember anyone who was
3  responsible for purchasing pads and mittens at Booth
4  Memorial Hospital?
5  A.    No. I do not.
6  Q.    Do you know anyone who might know the
7  manufacturer, brand name or trade name of the pads and
8  mittens at Booth Memorial Hospital?
9        MR. DARCHE: Objection.
10       Other than what he's already
11  testified to?
12       MR. FRASER: I am asking if he
13  knows the names of anybody there. I
14  mean, yes. Subject to what he has
15  testified to. But, this is all
16  subject to what he has testified to.
17       MR. DARCHE: I got you.
18  Q.    Do you know the names of anyone who may
19  know the manufacturer, trade name or brand name of the
20  pads and mittens used at Booth Memorial?
21  A.    No. I do not.
22  Q.    Do you know anyone who might know the
23  supplier or distributor from whom the pads and mittens
24  were purchased for Booth Memorial Hospital?
25  A.    No. I do not.

Page 290

1  Q.    Moving on to the Berkeley Research
2  Laboratory where you worked for approximately two and a
3  half years starting in 1960.
4        Your supervisor was Dr. Sherburne Cook.
5  Is that correct?
6  A.    That's correct.
7  Q.    Do you recall how many people worked in
8  the lab with you?
9  A.    In the research lab, myself and for a
10  brief period and undergraduate student.
11  Q.    Do you recall the name of that
12  undergraduate student?
13  A.    No, I don't.
14  Q.    Do you recall the name of anyone else
15  who worked in the labs at the Life Sciences Building
16  during that time?
17  A.    No, I don't.
18  Q.    Do you know the name of anyone who had
19  responsibility for purchasing pads and mittens at
20  Berkeley during that time?
21  A.    No.
22  Q.    Do you know the name of anyone who might
23  know the manufacturer, brand name or trade name of pads
24  or mittens used at that research lab?
25       MR. DARCHE: Objection to the

Page 291

1  form.
2  A.    No.
3        MR. DARCHE: You can answer.
4  A.    No. I do not.
5  Q.    Do you know the name of anyone who might
6  know the supplier or distributor for whom the pads and
7  mittens were purchased at that lab?
8  A.    No, I don't.
9  Q.    Now, I would like to ask you a few
10  questions about the undergraduate lab courses that you
11  took at Berkeley, and I believe you had testified that
12  you took approximately a half dozen.
13       Does that sound correct to you?
14  A.    Yes.
15  Q.    If I am mischaracterizing anything,
16  please let me know. I am just trying to move this along
17  as quickly as possible.
18       Do you remember the names of any of the
19  teachers or professors for any of those classes?
20  A.    No, I don't.
21  Q.    Do you remember names of any of the
22  students who took those classes with you?
23  A.    No.
24  Q.    Do you know the name of anyone who had
25  responsibility for purchasing the pads and mittens used

Page 292

1  in those classes?
2  A.    No.
3  Q.    Do you know the name of anyone who might
4  know the manufacturer, brand name or trade name of the
5  pads and mittens used in those classes?
6  A.    No.
7  Q.    Do you know the name of anyone who might
8  know the supplier or distributor for whom the pads and
9  mittens used in those classes were purchased?
10  A.    No.
11  Q.    Sir, with respect to Hunter College, am
12  I correct in understanding that you took one class at
13  Hunter College?
14  A.    One laboratory class.
15  Q.    One laboratory class, thank you.
16       Do you remember the name of the teacher
17  or the professor who taught that class?
18  A.    Dr. Schwartz.
19  Q.    Is Dr. Schwartz a man or a woman?
20  A.    A man.
21  Q.    Do you remember Dr. Schwartz's first
22  name?
23  A.    No.
24  Q.    When was the last time you spoke to
25  Dr. Schwartz?

Page 293

1      A.      At the time I took the course.
2      Q.      Do you remember the names of any of the
3  students who took that class with you?
4      A.      No, I don't.
5      Q.      Do you know the names of anyone who had
6  responsibility for purchasing the pads and mittens used
7  in that class?
8      A.      No, I don't.
9      Q.      Do you know the names of anyone who
10  might know the manufacturer, brand name or trade name of
11  the pads and mittens used in that class?
12      A.      No, I don't.
13      Q.      Do you know anyone who might know the
14  supplier or distributors from whom or from which those
15  pads and mittens used in that class were purchased?
16      A.      No, I don't.
17      Q.      After Hunter College, you went back to
18  work at the research lab at U.C. Berkeley.
19          Is that correct?
20      A.      That's correct.
21      Q.      Dr. Sherburne Cook was still your
22  supervisor.
23          Is that correct?
24      A.      That's correct.
25      Q.      When you were first working at that

Page 294

1  research lab, there was an undergraduate student who
2  worked with you.
3          Am I correct in recalling your
4  testimony?
5      A.      He worked for Dr. Cook.
6      Q.      For Dr. Cook.
7          Do you know whether that undergraduate
8  student was still there at that time?
9      A.      I don't recall.
10      Q.      Was there anyone else who was working in
11  the lab at that time?
12      A.      No.
13      Q.      Can you remember the name of anyone else
14  who worked in the labs at the Life Sciences Building
15  during that time?
16      A.      No.
17      Q.      Do you know the name of anyone who had
18  responsibility for purchasing the pads and mittens used
19  in that research lab during that time?
20      A.      No.
21      Q.      Do you know the name of anyone who might
22  know the manufacturer, brand name or trade name of the
23  pads and mittens used in the research lab during that
24  time?
25      A.      No.

Page 295

1      Q.      When I say "during that time," I am
2  referring to the six or seven months in 1964 that you
3  were working in that lab?
4      A.      I understand.
5      Q.      Do you know the name of anyone who might
6  know the supplier or distributor from which the pads and
7  mittens used in the research lab during that time were
8  purchased?
9      A.      No, I don't.
10      Q.      Okay.
11          Moving on to your graduate research in
12  physiology which, as I understand, was conducted at the
13  Life Sciences Building.  Is that correct?
14      A.      That's correct.
15      Q.      And that was conducted on the same floor
16  as the research lab.
17          Is my understanding correct?
18      A.      Yes.
19      Q.      Am I correct in understanding that the
20  head of the lab and/or your supervisor was Dr. Timirus?
21      A.      That's correct.
22      Q.      Was there anyone else who worked in that
23  lab at the same time that you were there?
24      A.      Yes.
25      Q.      About how many people, other people,

Page 296

1  worked in that lab?
2      A.      Three to four.
3      Q.      Were those other grad students?
4      A.      Yes.
5      Q.      Do you know the names of any of those
6  other students?
7      A.      Yes.
8      Q.      How many names do you remember?
9      A.      Two.
10      Q.      Okay.
11          What are their names?
12      A.      Gabriel Maletta.
13      Q.      How do you spell Gabriel's last name?
14      A.      M-A-L-E-T-T-A.
15      Q.      What is the second person's name?
16      A.      Nancy Sherwood.
17      Q.      Please spell Nancy's last name?
18      A.      S-H-E-R-W-O-O-D.
19      Q.      When was the last time you spoke to Mr.
20  Maletta?
21      A.      At the time I worked in the laboratory.
22      Q.      Did Mr. Maletta have any responsibility
23  for ordering pads and mittens?
24      A.      No.
25      Q.      Is it Ms. Sherwood?

Page 297

1    A.    Yes.
2    Q.    When was the last time you spoke to her?
3    A.    Approximately 12 years ago.
4    Q.    What was the occasion on which you spoke
5    to her?
6    A.    At a scientific meeting.
7    Q.    Where was the scientific meeting?
8    A.    At Berkeley, California.
9    Q.    Do you remember the subject of this
10   meeting?
11   A.    Reproductive endocrinology.
12   Q.    Do you remember how many days this
13   meeting was?
14   A.    One day.
15   Q.    Did Ms. Sherwood have any responsibility
16   for ordering pads and mittens?
17   A.    I don't know.
18   Q.    Do you know whether she is still alive?
19   A.    Yes.
20   Q.    Is she alive?
21   A.    I believe so. I don't know 100 percent.
22   Q.    Do you know where she lives?
23   A.    No.
24   Q.    What makes you believe that she is alive
25   or suspect that she is alive?

Page 298

1    A.    I don't know. I withdraw my previous
2    answer. I don't know whether she is still alive.
3    Q.    Okay.
4          At the graduate research lab that you
5    were working at or studying at from 1964 to 1966, did you
6    know anyone who had responsibility for purchasing pads
7    and mittens?
8    A.    No.
9    Q.    Did you know the name -- strike that.
10         Do you know the name of anyone who might
11   know the manufacturer, brand name or trade name of the
12   pads and mittens used in that lab at that time?
13   A.    No.
14   Q.    Do you know the name of anyone who might
15   know the supplier or distributor from which the pads and
16   mittens used in that lab were purchased?
17   A.    No.
18   Q.    During that two and a half years, give
19   or take, did you know anyone else who worked in the Life
20   Sciences Building other than Ms. Sherwood, Mr. Maletta
21   and Dr. Timirus?
22   A.    Yes.
23   Q.    Who else worked in that building?
24   A.    I don't recall the names.
25   Q.    Sir, I would like to ask you a few

Page 299

1    questions about SUNY Stony Brook which is where you went
2    after working as a graduate student at U.C. Berkeley. Is
3    that correct?
4    A.    That's correct.
5    Q.    You were at SUNY Stony Brook from 1971
6    to 1974. Is that correct?
7    A.    That's correct.
8    Q.    Was there somebody to whom you were
9    reporting when you were working at SUNY Stony Brook?
10   A.    Yes.
11   Q.    To whom were you reporting?
12   A.    Albert Carlson.
13   Q.    Do you recall what Albert Carlson's
14   position was?
15   A.    Professor and department head biological
16   sciences.
17   Q.    Was there anyone else that you reported
18   to?
19   A.    No.
20   Q.    Was there anyone who you worked with and
21   who also reported to Albert Carlson?
22   A.    No.
23   Q.    Was there anyone who worked for you?
24   A.    No.
25   Q.    Was there anyone else who worked in that

Page 300

1    lab at the time that you were working there?
2    A.    No.
3    Q.    When was the last time you spoke with
4    Mr. Carlson?
5    A.    The early 80s.
6    Q.    On what occasion did you speak to him?
7    A.    A visit to the department.
8    Q.    And he was still working in the same
9    lab?
10   A.    In the same position.
11   Q.    Okay.
12         Do you know where Mr. Carlson lives?
13   A.    No.
14   Q.    Did Mr. Carlson have any responsibility
15   for ordering pads and mittens?
16   A.    I don't know.
17   Q.    Do you know anyone who had
18   responsibility -- strike that.
19         Do you know the names of anyone who had
20   responsibility for purchasing pads and mittens at SUNY
21   Stony Brook?
22   A.    No, I don't.
23   Q.    Do you know the names of anyone who
24   might know the manufacturer, brand name or trade name of
25   pads and mittens you used at Stony Brook?

Page 301

1   A.   No, I don't.
2   Q.   Do you know the name of anyone who might
3   know the supplier or distributor from which the pads and
4   mittens used at Stony Brook were purchased?
5   A.   No. I do not.
6   Q.   While you were at SUNY Stony Brook, you
7   were also working at Columbia University. Is that
8   correct?
9   A.   Yes.
10   Q.   Was there somebody to whom you reported
11   while working at Columbia University?
12   A.   Yes.
13   Q.   Do you remember the name of that person?
14   A.   No.
15   Q.   How many people worked with you at
16   Columbia University, if any?
17   A.   For most of the time, none.
18   Q.   Was there a period of time where you had
19   somebody working with you?
20   A.   Yes.
21   Q.   Do you know the name of that person?
22   A.   No.
23   Q.   Was that person a co-worker or was that
24   somebody who reported to you?
25   A.   A co-worker.

Page 302

1   Q.   Was there anyone else, other than
2   yourself, and the supervisor, and this co-worker to
3   whom you just made reference, is there anyone else who
4   worked in this lab during the period that you worked
5   there?
6   A.   Yes.
7   Q.   And how many other people worked in this
8   lab while you were there?
9   A.   I do not recall.
10   Q.   Was it more than five?
11   A.   I don't know.
12   Q.   Okay.
13        Do you know the names of any of the
14   other people who worked in that lab?
15   A.   No.
16   Q.   Do you know the names of anyone who
17   worked in that building, in any other lab in that
18   building, during that time?
19   A.   No, I don't.
20   Q.   Do you know the name of anyone who had
21   responsibility for purchasing pads and mittens at
22   Columbia University?
23   A.   No, I don't.
24   Q.   Do you know anyone who might know the
25   manufacturer, brand name or trade name of the pads and

Page 303

1   mittens used at Columbia University while you were there?
2   A.   No, I don't.
3   Q.   Do you know the name of anyone who might
4   know the supplier or distributor from which the pads and
5   mittens used at Columbia University were purchased?
6   A.   No, I don't.
7   Q.   The University of Southern California,
8   you were there from 1974 to 1977. Is that correct?
9   A.   That's correct.
10   Q.   You had testified -- actually, I am
11   going to back up before we go on to the University of
12   Southern California.
13        You mentioned Dr. Timirus do you have
14   Dr. Timirus's address?
15   A.   No, I don't.
16   Q.   Do you have Dr. Sherburne Cook's
17   address?
18   A.   No, I don't. He is deceased.
19   Q.   Do you have Olga Bzrorad's address?
20   A.   I do not.
21   Q.   Going back to the University of Southern
22   California.
23        You had testified before that the chief
24   technician was Heinz Osterburg. Is that correct?
25   A.   That's correct.

Page 304

1   Q.   Do you have Mr. Osterburg's address?
2   A.   No, I don't.
3   Q.   You also testified that there was a
4   graduate student with whom you worked named -- well, you
5   mentioned a James Nelson.
6        Did he work for you or with you?
7   A.   With me.
8   Q.   Do you know Mr. Nelson's address?
9   A.   Yes, I do. But, I do not have it not
10   here.
11   Q.   Okay.
12        I will ask that after the deposition you
13   give the name to your attorney, and I will send a letter
14   requesting it.
15        Monty Heckland, was that an
16   undergraduate assistant?
17   A.   Yes.
18   Q.   Did Mr. Heckland work for you?
19   A.   Yes.
20   Q.   Do you have Mr. Heckland's address?
21   A.   No, I don't.
22   Q.   To whom did you report at the University
23   of Southern California?
24   A.   Dr. Finch, Caleb Finch.
25   Q.   Could you spell his first and last name

Page 305

1  for me, please?
2      A.      C-A-L-E-B F-I-N-C-H.
3      Q.      When did you last speak with Mr. Finch?
4      A.      Approximately ten years ago.
5      Q.      What was his position at the lab at
6  U.S.C.?
7      A.      He was the head of the laboratory and a
8  faculty member.
9      Q.      Did he have responsibility for ordering
10 pads and mittens?
11     A.      I don't know.
12     Q.      On what occasion did you speak with
13 Mr. Finch ten years ago?
14     A.      A visit to the laboratory.
15     Q.      Did he still have the same position that
16 he had back when you worked there?
17     A.      I don't know.
18     Q.      Was he still working in the same lab?
19     A.      I don't know.
20     Q.      Was he still employed by the University
21 of Southern California?
22     A.      I don't know.
23     Q.      Do you know whether he was working at
24 that time?
25     A.      At the time I worked at the laboratory?

Page 306

1      Q.      No. Ten years ago.
2      A.      Yes.
3      Q.      He was still working at U.S.C. at that
4  time?
5      A.      Yes.
6      Q.      Ten years ago, did you know where he
7  lived?
8      A.      Yes.
9      Q.      Where was he living at that time?
10     A.      In Altadena.
11     Q.      Can you spell that for me?
12     A.      A-L-T-E-D-E-N-A.
13     Q.      Is that in California?
14     A.      California.
15     Q.      Do you know whether he has maintained
16 that same address?
17     A.      I don't know.
18     Q.      Was there anyone else working in the lab
19 at U.S.C. with you other than Mr. Finch, Mr. Osterburg,
20 Mr. Nelson and Mr. Heckland?
21     A.      Not with me, but in the same premises.
22     Q.      About how many other people were working
23 in that lab at the same time?
24     A.      Three.
25     Q.      Do you know any of their names?

Page 307

1      A.      Yes.
2      Q.      How many names do you know?
3      A.      One.
4      Q.      What is that name?
5      A.      Beth Schachter, S-C-H-A-C-H-T-E-R.
6      Q.      What was her position or title, if you
7  know?
8      A.      Graduate student.
9      Q.      Do you know if Ms. Schachter had any
10 responsibility for ordering pads and mittens?
11     A.      I don't know.
12     Q.      When was the last time you spoke with
13 Ms. Schachter?
14     A.      About two weeks ago.
15     Q.      Do you maintain regular contact with
16 Ms. Schachter?
17     A.      Yes.
18     Q.      Is this business, or pleasure or social?
19     A.      Personal.
20     Q.      How regularly do you speak with
21 Ms. Schachter?
22     A.      Regularly.
23     Q.      On a weekly basis?
24     A.      Weekly to monthly basis.
25     Q.      What is -- is she working today

Page 308

1  currently?
2      A.      Yes.
3      Q.      What is her current job or profession?
4      A.      She is a scientific journalist.
5      Q.      Where does she work?
6      A.      She has her own firm.
7      Q.      Do you know what the name of that is?
8      A.      No.
9      Q.      Do you know where she lives?
10     A.      Yes.
11     Q.      Where does she live?
12     A.      In New York City.
13     Q.      Do you have her address?
14     A.      Yes.
15     Q.      At home?
16     A.      At home.
17     Q.      We will also make a request that you
18 provide us with her address.
19             Did Ms. Schachter have any
20 responsibility for purchasing pads and mittens at U.S.C.?
21             MR. DARCHE: Objection.
22             Asked and answered.
23             MR. FRASER: If he did, I
24 apologize. I just don't remember the
25 answer.

16 (Pages 305 to 308)

Page 309

1      MR. DARCHE: He said he didn't
2  know.
3      MR. FRASER: Thank you.
4      Q.    Do you know who had responsibility for
5  purchasing pads and mittens at U.S.C.?
6      A.    I do not know.
7      Q.    Okay.
8      Do you know the name of anyone who might
9  know the manufacturer, brand name or trade name of the
10  pads and mittens used at U.S.C. from 1974 to 1977?
11      A.    In the context of might know, might
12  know, subjunctive, Hansel Supa (phonetic).
13      Q.    Is there anyone other than Mr. Osterburg
14  who might know the supplier or distributor from whom the
15  pads and mittens used at U.S.C. were purchased?
16      A.    I don't know.
17      Q.    Moving on finally to Mount Sinai School
18  of Medicine.
19      Your supervisor at Mount Sinai was
20  Dr. Gurpide. Is that correct?
21      A.    That's correct.
22      Q.    And there was a technician named Mila
23  DePena. Is that correct?
24      A.    That's correct.
25      Q.    Was there anyone else who worked with

Page 310

1  you at Mount Sinai?
2      A.    Yes.
3      Q.    How many people?
4      A.    Several.
5      Q.    Several, more or less than five, if you
6  can recall?
7      A.    Fewer than five.
8      Q.    Okay.
9      Do you know the names of any of those
10  people?
11      A.    Yes.
12      Q.    How many names do you know?
13      A.    Two.
14      Q.    Okay.
15      What is the first person's name?
16      A.    Hiroki Hata.
17      Q.    I am going to ask you to spell that,
18  please?
19      A.    H-I-R-O-K-I H-A-T-A.
20      Q.    What is the name of the second person?
21      A.    Yuzuru Anzai, Y-U-Z-U-R-U A-N-Z-A-I.
22      Q.    Let's start with Hiroki Hata, is that a
23  man or a woman?
24      A.    A man.
25      Q.    Mr. Hata, what was his position?

Page 311

1      A.    Post doctorate fellow.
2      Q.    Do you know whether he had any
3  responsibility for ordering pads and mittens?
4      A.    No. He did not.
5      Q.    When was the last time you spoke with
6  Mr. Hata?
7      A.    In 1986.
8      Q.    Did he stop working at Mount Sinai at
9  that time?
10      A.    Yes.
11      Q.    Do you know where Mr. Hata lived at the
12  time that he was working at Mount Sinai?
13      A.    In New York City.
14      Q.    Do you have Mr. Hata's address?
15      A.    No.
16      Q.    With regards to the second person, was
17  that a man or a woman?
18      A.    Man.
19      Q.    With regards to Mr. Anzai, what was his
20  position or title?
21      A.    Post doctorate fellow.
22      Q.    Do you know if Mr. Anzai had any
23  responsibility for purchasing pads or mittens?
24      A.    No. He did not.
25      Q.    When was the last time you spoke with

Page 312

1  Mr. Anzai?
2      A.    About four weeks ago.
3      Q.    On what occasion did you speak with
4  Mr. Anzai?
5      A.    Social occasion.
6      Q.    How frequently do you see or communicate
7  with Mr. Anzai?
8      A.    Infrequently. Communicate once a year.
9      Q.    Is he currently working?
10      A.    Yes.
11      Q.    Do you know where he is currently
12  working?
13      A.    In New York City.
14      Q.    Do you know the name of the employer?
15      A.    He is a gynecologist. He has his own
16  office.
17      Q.    Do you know the address of either where
18  he lives or his office?
19      A.    His apartment address, I know.
20      Q.    Again, I will ask that you provide that
21  to your attorney after today.
22      Is there anyone else other than Dr.
23  Gurpide, Mila DePena, Mr. Hata and Mr. Anzai who worked
24  in the lab at Mount Sinai School of Medicine while you
25  were there?

17  (Pages 309 to 312)

Page 313

1    A.    Dr. Schachter, Ed Schachter.
2    Q.    Okay.
3          Anyone else who worked in the lab?
4    A.    Yes.
5    Q.    Who else would that be?
6    A.    Several graduate students and one or two
7    post doctorate fellows.
8    Q.    Do you know the names of any of those
9    people?
10   A.    No.
11   Q.    Do you know the name of anyone who had
12   responsibility for purchasing pads and mittens at Mount
13   Sinai School?
14   A.    No, I don't.
15   Q.    Do you know the name of anyone who might
16   know the manufacturer, brand name or trade name of the
17   pads and mittens used at Mount Sinai?
18   A.    Dr. Gurpide.
19   Q.    Anyone else that you can think of?
20   A.    No.
21   Q.    Is there anyone who might know the
22   supplier or distributor from which the pads and mittens
23   used at Mount Sinai were purchased?
24   A.    I don't know.
25   Q.    Do you have the address for Dr. Gurpide?

Page 314

1    A.    No, I don't.
2    Q.    Do you have the address for Mila DePena?
3    A.    No, I don't.
4          MR. FRASER:  I pass the
5    witness.
6          Thank you, sir.
7          MR. DARCHE:  Is that it?
8    BY MR. SCHAFFER:
9    Q.    Sir, I just have one or two questions
10   for you.
11         Have you ever been diagnosed with any
12   illnesses associated with your immune system?
13   A.    No.
14         MR. SCHAFFER:  That is all I
15   have.
16         Thank you.
17         MR. DARCHE:  Just note my
18   objection to that last question.
19         I am going to take a few
20   minute break, and then I have a few
21   questions.  And we will get out of
22   here.
23         (A short recess was taken.)
24   BY MR. DARCHE:
25   Q.    Mr. Holinka, you previously testified

Page 315

1    today that during the course of your career you at times
2    wore a mask.
3          Is that a fair characterization of your
4    prior testimony today?
5    A.    Yes, that's correct.
6    Q.    Did you wear a mask during the course of
7    your career while you were using or working with Bunsen
8    burners?
9    A.    No.  I did not.
10   Q.    Did you wear a mask during the course of
11   your career while you were working with Bunsen burner
12   covers?
13   A.    No.  I did not.
14   Q.    Did you wear a mask during the course of
15   your career while you would have to change the Bunsen
16   burner cover?
17   A.    No.  I did not.
18   Q.    Did you wear a mask during the course of
19   your career when you were using asbestos mittens?
20   A.    No.  I did not.
21   Q.    Did you wear a mask over the course of
22   your career when you had to change your asbestos mittens?
23   A.    No.  I did not.
24   Q.    Just so the record is clear, can you
25   describe how you were exposed to asbestos from your work

Page 316

1    with the Bunsen burner covers?
2    A.    The Bunsen burner covers are subjected
3    to high heat to the flame of the Bunsen burner, and the
4    material becomes brittle and generates dust.
5    Q.    How often did you work with Bunsen
6    burners and Bunsen burner covers over the course of your
7    career?
8          MS. KULINA:  Objection.
9    Q.    You can answer.
10   A.    Regularly.  Over the course of my career
11   frequently.
12   Q.    How often did you work with Bunsen
13   burner covers during the course of your career?
14   A.    Regularly, frequently.
15   Q.    How often during the course of your
16   career did you observe these Bunsen burner covers to be
17   dusty and flaky?
18   A.    Regularly.
19   Q.    Over the course of your career, how
20   often did you work with asbestos mittens?
21   A.    Regularly.
22   Q.    During the course of your career, how
23   often would you work with these mittens when you observed
24   the flaking and dusting?
25         MR. SCHAFFER:  Objection.

Page 317

1    MR. KROMBERG: Objection.
2    DEFENSE COUNSEL: Objection.
3    Q.    You can answer.
4    A.    Often.
5    Q.    I am just going to rephrase because of
6    the objection.
7    Mr. Holinka, you have testified that you
8    worked during the course of your career with asbestos
9    mittens.
10    Is that a fair characterization of your
11    testimony?
12    A.    That's correct, yes.
13    Q.    During the course of your career, how
14    often did you work with these mittens?
15    A.    Regularly.
16    Q.    Can you describe how you believe --
17    withdrawn.
18    Can you describe how you were exposed to
19    asbestos from these mittens, again, please?
20    A.    The mittens were used to handle hot
21    glass work. Heat disintegrates materials including the
22    materials of the mittens --
23    Q.    And what, if anything, would happen?
24    A.    And that generates dust and debris.
25    Q.    Do you believe that you breathed in that

Page 318

1    dust?
2    A.    Yes.
3    Q.    Over the course of your career, how
4    often did you work with these asbestos mittens?
5    A.    Regularly.
6    MR. DARCHE: I have no further
7    questions.
8    BY MR. SCHAFFER:
9    Q.    Sir, do you know at what temperature
10    asbestos disintegrates?
11    MR. DARCHE: Objection.
12    If you know.
13    Q.    If you know.
14    A.    I don't know.
15    MR. SCHAFFER: Thank you.
16    BY MS. KULINA LYONS:
17    Q.    I have one.
18    Sir, were there times when you used
19    mittens when they were new?
20    A.    Yes.
21    MS. KULINA LYONS: That is all
22    I have.
23    Thank you.
24    MR. DADIKA: I have one quick
25    question.

Page 319

1    BY MR. DADIKA:
2    Q.    Mr. Holinka, my name is Greg Dadika. I
3    am an attorney with the law firm of Reed Smith. I have
4    just one quick question for you.
5    MR. DARCHE: The intro counts.
6    MR. DADIKA: I didn't phrase
7    it in the form of a question.
8    Q.    Your attorney just used the term Bunsen
9    burner covers.
10    Is that what you have been referring to
11    throughout your deposition as Bunsen burner pads?
12    A.    Yes, that's correct.
13    Q.    So, those are interchangeable terms?
14    A.    Yes, they are.
15    MR. DADIKA:
16    Q.    That's all I wanted to know.
17    MR. ABERNETHY: I have a
18    couple of questions in response
19    specifically to your counsel's
20    questions.
21    BY MR. ABERNETHY:
22    Q.    You repeatedly used the word in response
23    to his question regularly in describing the frequency of
24    certain activity.
25    Can you describe what you mean by

Page 320

1    regularly more specifically in terms of how many times
2    per day, per week, per month or how much time?
3    MR. DARCHE: I am going to
4    object to the form of question.
5    You can answer if you can.
6    A.    Several times weekly.
7    Q.    You also used the word "frequently,"
8    does that mean something different than regularly?
9    MR. DARCHE: Object to the
10    form.
11    It means what it means.
12    Obviously -- objection to the form.
13    MR. ABERNETHY: I am entitled
14    to probe what he means in specific
15    terms.
16    MR. DARCHE: If you can
17    answer, so ahead.
18    A.    Yes. I can offer my interpretation.
19    Q.    Well, you used the word.
20    What I am asking is, do you mean
21    something different by frequently than you mean by
22    regularly?
23    A.    Frequently, I referred to my overall
24    career. Regularly, I thought of the daily use or weekly
25    use, used per time.

19  (Pages 317 to 320)

Page 321

1    Q.    You also used the word "often" in
2  describing certain activities or observation.
3         Does that mean something different to
4  you than regularly or frequently?
5    A.    No.
6         MR. ABERNETHY:  All right.
7         I will leave it at that.
8         Thank you.
9         (The testimony was concluded
10  at 11:55 a.m.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 323

1  STATE OF            )
2  COUNTY OF           ) SS.
3
4
5         I, the undersigned, declare under penalty of
6  perjury that I have read the foregoing transcript, and I
7  have made any corrections, additions, or deletions that I
8  was desirous of making; that the foregoing is a true and
9  correct transcript of my testimony contained therein.
10
11
12  EXECUTED this _____ day of _____, 2007, at
13  _____, _____.
         City          State
14
15
16
         WITNESS:
17         CHRISTIAN HOLINKA
18
19
20
21
22
23
24
25

Page 322

1         REPORTER'S CERTIFICATE
2
3         I, Kerry D. Halpern, Shorthand Reporter,
4  certify;
5         That the foregoing proceedings were taken
6  before me at the time and place therein set forth, at
7  which time the witness was put under oath by me;
8         That the testimony of the witness and all of
9  the objections made at the time of the examination were
10  recorded stenographically by me and were thereafter
11  transcribed;
12         That the foregoing is a true and correct
13  transcript of my shorthand notes so taken.
14         I further certify that I am not a relative or
15  employee of any attorney or of any of the parties, nor
16  financially interested in the action.
17         I declare under penalty of perjury under the
18  laws of the State of New York that the foregoing is true
19  and correct.
20         Dated this 11th day of March, 2007.
21
22
23         KERRY D. HALPERN, Shorthand Reporter
24
25

Page 324

1  REPORTER'S CERTIFICATION OF CERTIFIED COPY
2
3         I, KERRY D. HALPERN, Shorthand Reporter in the
4  State of New York, certify that the foregoing pages 248
5  through 323, constitute a true and correct copy of the
6  original deposition of CHRISTIAN HOLINKA, taken on March
7  1, 2007.
8         I declare under the penalty of perjury under
9  the laws of the State of New York that the foregoing is
10  true and correct.
11         Dated the 11th day of March, 2007.
12
13
14         KERRY D. HALPERN, Shorthand Reporter
15
16
17
18
19
20
21
22
23
24
25