Exhibit B

```
0001                        0412castlemanbarry
 1    WITNESS NAME
 2
 3     1         IN THE CIRCUIT COURT OF ADAMS COUNTY, MISSISSIPPI
 4     2
 5     3    BOBBY G. HALL, ET AL.,      )
 6     4              Plaintiffs,       )
 7     5    v.                          )   Civil Action No.
 8     6    A.O. SMITH, ET AL.,         )   02-KV-0187-J
 9     7              Defendants.       )
10     8
11     9
12    10         IN THE CIRCUIT COURT OF COVINGTON COUNTY, MISSISSIPPI
13    11
14    12    CLAUDE RHINES, ET AL.,      )
15    13              Plaintiffs,       )
16    14    v.                          )   Civil Action No.
17    15    A.O. SMITH, ET AL.,         )   2202-191C
18    16              Defendants.       )
19    17
20    18              (CASES CONTINUED ON PAGE 2)
21    19
22    20    ********************************************
23    21              ORAL DEPOSITION OF
24    22              BARRY I. CASTLEMAN
25    23              April 12, 2004
26    24              ORIGINAL
27    25    ********************************************
28
29         HENJUM GOUCHER REPORTING SERVICES, L.P. 1-880-656-DEPO
0002
 1         IN THE CIRCUIT COURT OF LAWRENCE COUNTY, MISSISSIPPI
 2
 3    WENDELL R. LAMBERT, ET AL., )
 4              Plaintiffs,       )
 5    v.                          )   Civil Action No.
 6    A.O. SMITH, ET AL.,         )   2002-0105
 7              Defendants.       )
 8         IN THE CIRCUIT COURT OF COPIAH COUNTY, MISSISSIPPI
 9
10    HUBERT D. STUART, ET AL.,   )
11              Plaintiffs,       )
12    v.                          )   Civil Action No.
13    A.O. SMITH, ET AL.,         )   2002-0333
14              Defendants.       )
15
16
17         IN THE CIRCUIT COURT OF JASPER COUNTY, MISSISSIPPI
18
19    MARION C. BENTLEY, SR.,     )
20    ET AL.,                     )
21              Plaintiffs,       )
22    v.                          )   Civil Action No.
23    ALLEN BRADLEY CO., ET AL.,  )   11-0064
24              Defendants.       )
25
0003
 1
 2
 3    ********************************************
 4              ORAL DEPOSITION OF
 5              BARRY I. CASTLEMAN
 6              April 12, 2004
                    Page 1
```

```
                              0412castlemanbarry
 7                              ORIGINAL
 8    ********************************************
 9
10        ORAL DEPOSITION OF BARRY I. CASTLEMAN,
11    produced as an expert witness at the instance of the
      Plaintiffs, and duly sworn, was taken in the
12    above-styled and numbered cause on the 12th of April,
13    2004, from 10:15 a.m. to 3:48 p.m., before
      JANA MULHOLLAN, Registered Professional Reporter and
14    Notary Public in and for the State of Maryland,
15    reported by machine shorthand, at the Doubletree
      Hotel, 1750 Rockville Pike, Rockville, Maryland,
16    pursuant to the Mississippi Rules of Civil Procedure
17    and the provisions stated on the record or attached
18    hereto.
19
20
21
22
23
24
25
0004
 1                        A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFFS:
            MS. STACEY LEA SIMS
 4          MORRIS, SAKALARIOS & BLACKWELL
            201 Hardy Street
 5          Hattiesburg, Mississippi  39401
            Phone:  601-544-3343
 6          E-Mail: msbasbestos@hotmail.com
                 - AND -
 7      MR. QUENTIN A. DANIELS
        DANIELS & GENTRY
 8      Post Office Box 5584
        Jackson, Mississippi  39296
 9      Phone:  601-991-2755
        E-Mail:  comet@netdoor.com
10
      FOR THE DEFENDANTS Armstrong International, Inc.,
11    Ladish Co., Inc. and Ameron International
      Corporation:
12          MR. MEADE W. MITCHELL
            MR. PHIL B. ABERNETHY
13          BUTLER, SNOW, O'MARA, STEVENS & CANNADA
            17th Floor, AmSouth Plaza
14          210 East Capitol Street
            Jackson, Mississippi  39201
15          Phone:  601-948-5711
            E-Mail: meade.mitchell@butlersnow.com
16
      FOR THE DEFENDANTS Met-Pro Corporation
17    and Albany International:
            MR. MICHAEL E. WHITEHEAD
18          PAGE, MANNINO, PERESICH & McDERMOTT
            759 Vieux Marche Mall
19          Biloxi, Mississippi  39533
            Phone:  228-374-2100
20          E-Mail: michaelw@pmp.org
21    FOR THE DEFENDANTS Crouse-Hinds, et al:
            MR. MONTE L. BARTON, JR.
22          COPELAND, COOK, TAYLOR & BUSH
            200 Concourse, Suite 200
23          1062 Highland Colony Parkway
            Ridgeland, Mississippi  39157
                                            Page 2
```

```
                                              0412castlemanbarry
24              Phone: 601-856-7200
                E-Mail: mbarton@cctb.com
25
0005
 1                  A P P E A R A N C E S (Continued)
 2
 3    FOR THE DEFENDANT, General Electric
      (Rhines case only):
 4         MR. THOMAS A. BICKERS
           PAINE, TARWATER, BICKERS and TILLMAN
 5         1100 First Tennessee Plaza
           800 South Gay Street
 6         Knoxville, Tennessee  37929
           Phone:  865-525-0880
 7         E-Mail: tab@painetar.com
 8    FOR THE DEFENDANTS Tyco International, Ltd.,
      Tyco International (US), Grinnell Corporation
 9    and Keystone International:
           MS. L. NICOLE CLINKSCALES
10         ABBOTT, SIMSES & KUCHLER
           10th Floor, AmSouth Plaza
11         210 East Capitol Street
           Jackson, Mississippi  39201
12         Phone:  601-352-9393
           E-Mail: nclinkscales@abbott-simses.com
13
      FOR THE DEFENDANTS American Optical Corporation,
14    Watts Industries, Pfizer, Inc. and Quigley Company:
           MR. W. ROBERT COLEMAN, JR.
15         CLARK, SCOTT & STREETMAN
           725 Avignon Drive
16         Ridgeland, Mississippi  39157
           Phone:  601-607-4800
17
      FOR THE DEFENDANT, Howden Buffalo:
18         MR. ERIC F. HATTEN
           BURR & FORMAN
19         201 East Capitol Street, Suite 700
           Jackson, Mississippi  39201
20         Phone:  601-355-3434
           E-Mail: ehatten@burr.com
21
      FOR THE DEFENDANTS FMC, ACF, Buffalo Pumps, Aerofin,
22    Duriron and Anchor Darling:
           MR. JEFFREY P. HUBBARD
23         WELLS, MOORE, SIMMONS & HUBBARD
           Highland Bluff North, Suite 200
24         4450 Old Canton Road
           Jackson, Mississippi  39211
25         Phone:  601-354-5400
           E-Mail: jphub1@wellsmoore.com
0006
 1                  A P P E A R A N C E S (Continued)
 2
 3    FORMAN, PERRY, WATSON, KRUTZ & TARDY
      FOR THE DEFENDANTS in the below-indicated cases:
 4
      BENTLEY:
 5    Dezurik, Fairbanks, Gardner Denver, Inc., Nibco, Inc.
 6    HALL:
      Asten Group, Gorman-Rupp Company, Illinois Tool
 7    Works, Keeler-Door/Oliver, Mueller Steam, Ransburg,
      Tuthill Corporation, United Industrial, Yuba Heat
                                Page 3
```

```
                                  0412castlemanbarry
  8   Transfer Company
  9   LAMBERT:
        Acco Chain & Lifting, Asten Group, Cooper Alloy
 10   Corporation, Dezurik, Dover Corporation, Durametallic
      Corporation, Gardner Denver, Inc., Gorman-Rupp
 11   Company, Green Tweed, Komp Equipment Company, Laurel
      Machine & Foundry Company, Nibco, Inc., Robbins &
 12   Myers, Inc., Rogers Corporation, Roth Pump Company,
      Tuthill Corporation, Velan Valve Corporation,
 13   Yeoman's Chicago Corporation and Yuba Heat Transfer
      Company
 14
      RHINES:
 15   Acco Chain & Lifting, AR Wilfley, Aurora Pumps,
      Baldor, Cooper Alloy Corporation, Detroit Stoker,
 16   Dezurik, Dover Corporation, Durametallic Corporation,
      Gardner Denver, Inc., Gast Manufacturing Company,
 17   Gorman-Rupp Company, Green Tweed, Hammond Valve,
      Illinois Tool Works, Keeler-Dorr/Oliver, Komp
 18   Equipment Company, Lawrence Pumps, Layne & Bowler
      Pump Company, McMaster-Carr, Mueller Stream, Nibco,
 19   Inc., Nikko Materials d/b/a Goulds Electronics,
      NL Industries, NVF Manufacturing, Patterson Kelley,
 20   Phoenix Specialty, Robbins & Myers, Inc., Rogers
      Corporation, Roth Pump Company, Schutte & Koerting,
 21   LLC, Stuart Irby, United Gilsonite, United
      Industrial, Viking Pump and Warren Pumps
 22
      STUART:
 23   Aurora Pumps, Dezurik, Gardner Denver, Inc., Illinois
      Tool Works, Komp Equipment Company, Marsh, Nibco,
 24   Inc., Robbins & Myers, Inc., Rogers Corporation and
      SPX
 25
0007
  1                A P P E A R A N C E S (Continued)
  2
  3   FOR THE DEFENDANTS in the above-indicated cases:
  4       MR. RICHARD M. CRUMP
          MS. LAURA GOODSON
  5       MR. REN WILKES (Via Telephone Communication)
          FORMAN, PERRY, WATSON, KRUTZ & TARDY
  6       One Jackson Place, Suite 200
          188 East Capitol Street
  7       Jackson, Mississippi  39201
          Phone:  601-969-4272
  8       E-Mail: crumprm@fpwk.com
  9   FOR THE DEFENDANT, Yarway Corporation:
          MR. ROBERT L. REDFEARN
 10       SIMON, PERAGINE, REDFEARN & WATSON
          300 Energy Centre
 11       1100 Poydras Street
          New Orleans, Louisiana  70163
 12       Phone:  504-569-2994
          E-Mail: redfearn@spsr-law.com
 13
      FOR THE DEFENDANTS Emerson Electric
 14   and Fisher Controls:
          MR. ROBERT P. THOMPSON
 15       COPELAND, COOK, TAYLOR & BUSH
          200 Concourse, Suite 200
 16       1062 Highland Colony Parkway
          Ridgeland, Mississippi  39157
                                                Page 4
```

```
                                        0412castlemanbarry
17              Phone: 601-856-7200
                E-Mail: bthompson@cctb.com
18      --
        FOR THE DEFENDANT, The Goodyear Tire & Rubber
19      Company:
                MS. NINA I. WEBB-LAWTON
20              VORYS, SATER, SEYMOUR AND PEASE
                52 East Gay Street
21              Columbus, Ohio 43216
                Phone: 614-464-8389
22              E-Mail: niwebblawton@vssp.com
23      FOR THE DEFENDANT, The William Powell Company:
                MR. TERRELL S. WILLIAMSON
24              PHELPS DUNBAR LLP
                111 East Capitol Street, Suite 600
25              Jackson, Mississippi 39201
                Phone: 601-360-9353
0008
 1              A P P E A R A N C E S (Continued)
 2
 3      FOR THE DEFENDANT, Leslie Controls:
                MR. FRANCIS P. ACCARDO
 4              (Via Telephone Communication)
                MONTGOMERY, BARNETT, BROWN, READ,
 5                 HAMMOND & MINTZ
                3200 Energy Centre
 6              1100 Poydras Street
                New Orleans, Louisiana 70163
 7              Phone: 504-585-7664
                E-Mail: faccardo@monbar.com
 8
        FOR THE DEFENDANT, U.S. Natural Resources Company:
 9              MS. SHELLY G. BURNS
                (Via Telephone Communication)
10              CURRIE, JOHNSON, GRIFFIN, GAINES & MYERS
                1044 River Oaks Drive
11              Jackson, Mississippi 39232
                Phone: 601-969-1010
12
        FOR THE DEFENDANTS in the below-indicated cases:
13
        HALL:
14      Milton Roy Company
15      LAMBERT:
        Sepco Corporation, Furon Company and Milton Roy
16      Company
17      RHINES:
        Sepco Corporation and Milton Roy Company
18
                MR. WALTER DUKES
19              MR. WILLIAM SYMNES
                (Via Telephone Communication)
20              DUKES, DUKES, KEATING & FANECA
                2909 Thirteenth, 6th Floor
21              Gulfport, Mississippi 39501
                Phone: 228-868-1111
22              E-Mail: walter@ddkf.com
23
24
25
0009
 1              A P P E A R A N C E S (Continued)
 2
                              Page 5
```

0412castlemanbarry

```
 3   FOR THE DEFENDANT, Stebbins Engineering and
     Manufacturing Company:
 4        MR. JAMES L. FLETCHER, JR.
          (Via Telephone Communication)
 5        MONTGOMERY, BARNETT, BROWN, READ,
            HAMMOND & MINTZ
 6        3200 Energy Centre
          1100 Poydras Street
 7        New Orleans, Louisiana  70163
          Phone:  504-585-3200
 8        E-Mail: jfletcher@monbar.com
 9   FOR THE DEFENDANT, E.I. du Pont de Nemours and
     Company, Cytec Industries, Cytec-Fiberite and
10   American Cyanamid:
          MR. JOSEPH H. HART, IV
11        (Via Telephone Communication)
          ABBOTT, SIMSES & KUCHLER
12        400 Lafayette Street, Suite 200
          New Orleans, Louisiana  70130
13        Phone:  504-568-9393
          E-Mail: jhart@abbott-simses.com
14
     FOR THE DEFENDANT, Elliott Turbomachinery Co., Inc.:
15        MS. CHRISTY C. HENDRIX
          (Via Telephone Communication)
16        SULZER AND WILLIAMS
          201 Holiday Boulevard, Suite 335
17        Covington, Louisiana  70433
          Phone:  985-898-0608
18        E-Mail: chendrix@sulzerandwilliams.com
19   FOR THE DEFENDANT, Monsanto Company:
          MR. JAMES J. JONES
20        (Via Telephone Communication)
          BAKER, DONELSON, BEARMAN,
21          CALDWELL & BERKOWITZ
          Meadowbrook Office Park
22        4268 I-55 North
          Jackson, Mississippi  39211
23        Phone:  601-351-2400
          E-Mail: jjones@bakerdonelson.com
24
25
0010
 1
 2            A P P E A R A N C E S (Continued)
 3   FOR THE DEFENDANT, John Crane:
          MS. JACKIE MILLER
 4        (Via Telephone Communication)
          O'Connell & Associates
 5        645 Tollgate Road, Suite 220
          Elgin, Illinois  60123
 6        Phone:  847-741-4603
          E-Mail: jmiller@djoalaw.com
 7
     FOR THE DEFENDANT, Nash Engineering:
 8        MS. GINA MUSHMECHE-BURAS
          (Via Telephone Communication)
 9        SPYRIDON, KOCH, PALERMO & DORNAN
          Lakeway III, Suite 3010
10        3838 North Causeway Boulevard
          Metairie, Louisiana  70002
11        Phone:  504-830-7800
          E-Mail: gmushmeche@skwp.com
```

Page 6

```
12                              0412castlemanbarry
     FOR THE DEFENDANT, Lamons Metal Gasket Company:
13         MR. GEORGE H. RITTER
           (Via Telephone Communication)
14         WISE, CARTER, CHILD & CARAWAY
           401 East Capitol Street, Suite 600
15         Jackson, Mississippi  39201
           Phone: 601-968-5526
16         E-Mail: ghr@wisecarter.com
17   FOR THE DEFENDANT, Alfa Laval, Inc.:
           MR. PETER A. SANTOS
18         (Via Telephone Communication)
           DICKIE, MCCAMEY & CHILCOTE
19         Bank of America Plaza
           101 South Tryon Street, Suite 2610
20         Charlotte, North Carolina  28280
           Phone: 704-334-1108
21         E-Mail: santosp@dmclaw.com
22
23
24
25
0011
1
2             A P P E A R A N C E S (Continued)
3    FOR THE DEFENDANT, The Goodyear Tire & Rubber Company
     (Rhines case only):
4          MS. FRANCES L. SPINELLI
           (Via Telephone Communication)
5          EVERT & WEATHERSBY
           3405 Piedmont Road, Suite 225
6          Atlanta, Georgia  30305
           Phone: 404-233-8718
7          E-Mail: flspinelli@eandwlaw.com
8    FOR THE DEFENDANT, Rockwell Automation:
           MR. JOHN E. WADE, JR.
9          (Via Telephone Communication)
           BRUNINI, GRANTHAM, GROWER & HEWES
10         1400 Trustmark Building
           248 East Capitol Street
11         Jackson, Mississippi  39201
           Phone: 601-948-3101
12         E-Mail: jwade@brunini.com
13   FOR THE DEFENDANTS in the below-indicated cases:
14   BENTLEY:
     Crane and Monsey Products
15
     HALL:
16   Beazer East
17   LAMBERT:
     Beazer East
18
     RHINES:
19   Beazer East, Strahman Valve and Tenneco Automotive
20         MR. MICHAEL D. WATSON, JR.
           (Via Telephone Communication)
21         DOGAN & WILKINSON
           734 Delmas Avenue
22         Pascagoula, Mississippi  39568
           Phone: 228-762-2272
23         E-Mail: mwatson@doganwilkinson.com
24
25
                          Page 7.
```

```
0012                           0412castlemanbarry
 1                    A P P E A R A N C E S  (Continued)
 2
 3   FOR THE DEFENDANTS Nooter Corporation, Mississippi
     Rubber and Coastal Rubber:
 4        MS. STACIE E. ZORN
          (Via Telephone Communication)
 5        COLINGO, WILLIAMS, HEIDELBERG,
             STEINBERGER & MCELHANEY
 6        711 Delmas Avenue
          Pascagoula, Mississippi  39568
 7        Phone: 228-762-8021
          E-Mail: szorn@colingowilliams.com
 8
     ALSO PRESENT:
 9
          MS. JANA MULHOLLAN
10        The Court Reporter
11
12
...
25
```

## INDEX

| | PAGE |
|---|---|
| Appearances | |
| Stipulations | 4-12 |
| WITNESS: BARRY I. CASTLEMAN | 15 |
| By Mr. Mitchell | 16 |
| By Mr. Whitehead | 93 |
| By Mr. Crump | 111 |
| By Mr. Williamson | 124 |
| By Mr. Bickers | 125 |
| By Ms. Webb-Lawton | 130 |
| By Mr. Hubbard | 131 |
| By Mr. Barton | 141 |
| By Mr. Thompson | 142 |
| By Mr. Redfearn | 146 |
| By Mr. Dukes | 153 |
| By Mr. Ritter | 155 |
| By Mr. Jones | 167 |
| By Ms. Burns | 197 |
| By Mr. Accardo | 202 |
| By Ms. Hendrix | 204 |
| By Mr. Mitchell | 205 |
| By Mr. Abernethy | 206 |
| Afternoon Session | 111 |
| Reporter's Certificate | 207 |

## EXHIBITS

| EXHIBIT | PAGE MARKED |
|---|---|
| 1 | 17 |

```
                         0412castlemanbarry
 4    2 ............................................
 5    3 ............................................  18
 6    4 ............................................  54
 7    5 ............................................  54
 8    6 ............................................  54
 9    7 ............................................ 112
10                                                    112
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
0015
 1                      A G R E E M E N T S
 2        IT IS HEREBY agreed by and between the parties
 3    hereto, through their attorneys appearing herein,
 4    that examination and signature of the witness was
 5    waived by the witness.
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
0016
 1                    BARRY I. CASTLEMAN,
 2    having been first duly sworn, testified as follows:
 3                         EXAMINATION
 4          BY MR. MITCHELL:
 5        Q. Dr. Castleman, my name is Meade Mitchell.
 6           MR. MITCHELL: For the record, we're
 7    taking this deposition pursuant to the Mississippi
 8    Rules of Civil Procedure. We're going to be
 9    reserving all objections except to the form of the
10    question until such time that this deposition or any
11    part thereof has been introduced into evidence.
12           Is that acceptable, Stacey?
13           MS. SIMS: Yes.
14           MR. MITCHELL: I'm going to reserve
                              Page 9
```

0412castlemanbarry

18  from your CV that your area that you testify about is
19  occupational and environmental health policy.
20  -- Can you explain for me that field in
21  general?
22     A.  Yes. That's a public health way of
23  describing a field. It distinguishes it from other
24  branches of public health like maternal and child
25  health care, for example.
0029
 1          I refer to it in more plain English as
 2  toxic substances control because, although I'm
 3  interested in things like ergonomics and safety
 4  hazards, my main work has been in the area of health
 5  hazards with toxic chemicals.
 6     Q.  And I know that you've written a book,
 7  Dr. Castleman. I've read it.
 8          Is your work primarily -- does it primarily
 9  consist of the review of available literature and
10  other information concerning products and then, based
11  upon that review, you make a -- you reach opinions as
12  to what -- how various different chemicals should be
13  used?
14     A.  I don't think you could really --
15     Q.  I may have oversimplified it.
16     A.  Yeah. I mean, I don't think that my life's
17  work fits into that description. Some of it does.
18     Q.  Yes, sir.
19     A.  But, you know, I get involved in quite a
20  variety of things. You can see from the CV and from
21  the list of publications and their titles, for
22  example, the kinds of things I've worked on.
23     Q.  I do understand a couple of things, and let
24  me make sure I'm right.
25          You are not an industrial hygienist?
0030
 1     A.  That's right. Although I have some
 2  training in industrial hygiene. I've taken, for
 3  example, a course in industrial ventilation design.
 4     Q.  But you do not consider yourself an
 5  industrial hygienist or an expert in that field?
 6     A.  Well, not in the conventional sense of the
 7  term, not an industrial hygienist.
 8     Q.  Do you ever conduct product testing?
 9     A.  No.
10     Q.  You're not an epidemiologist either,
11  correct?
12     A.  I have training in epidemiology and I've
13  argued about the weight that should be given to
14  epidemiological publications in the arena of
15  regulations for over 30 years, but I don't work as an
16  epidemiologist who conducts epidemiology studies and
17  chases down government grants to finance that kind of
18  work.
19     Q.  And you haven't been to school to be
20  trained to be an epidemiologist?
21     A.  Well, I have taken courses in epidemiology
22  at the Johns Hopkins School of Public Health. I've
23  taken courses in basic epidemiology and cancer
24  epidemiology and environmental epidemiology. So I do
25  have some training in this area -- formal training.
0031
 1     Q.  You have some training, but you do not
 2  consider yourself an expert in the area of

Page 15

0412castlemanbarry

3  epidemiology, do you?
4      A.  Well, I'm not a specialist in epidemiology.
5  The way I refer to it is it's one of the tools of the
6  trade. I'm trained in epidemiology, I'm trained in
7  biostatistics and I'm trained in toxicology and in
8  industrial hygiene, but these are not things that I
9  specialize in.
10     Q.  Have you ever done any epidemiological --
11 epidemiological studies?
12     A.  No.
13     Q.  And you're not a medical doctor, correct?
14     A.  That's correct.
15     Q.  And is it reasonable that I should not
16 expect to hear any opinions from you concerning
17 medical causation as to any plaintiff?
18     A.  I do not testify about causation in these
19 cases regarding specific plaintiffs. That's correct.
20     Q.  Do you have any specific training
21 concerning air sampling analysis?
22     A.  I took some course work in this, but it's
23 not something that I'm a specialist or a professional
24 worker in that field, no.
25     Q.  How about product exposure assessments?
0032
1      A.  I do this by reading things that are
2  available, at least as to asbestos products, for
3  example. And I've published stuff like that in my
4  book, but it's not work that I do. I rely on other
5  people for that primary information about this.
6      Q.  Okay. Dr. Castleman, how many times do you
7  think that you've provided trial testimony in
8  asbestos cases?
9      A.  I think a little over 250 trials over the
10 last 25 years.
11     Q.  Starting in around 1979. Is that right?
12     A.  Right.
13     Q.  Has any court ever excluded you as an
14 expert witness?
15     A.  There have been a few back in -- well, let
16 me see. 1989 is the one I remember best. There was
17 some federal judge in Chicago who apparently didn't
18 understand what public health was all about and said
19 that I couldn't testify because I didn't have an M.D.
20 and I would be referring to medical articles.
21     Q.  Do you know the style of that case?
22     A.  No.
23     Q.  Do you know who the plaintiff's lawyer in
24 that case was?
25     A.  Not anymore. I don't think I've heard from
0033
1  him since.
2      Q.  Do you have the name or the style of that
3  case at your office?
4      A.  Maybe. The judge was named Grady. All of
5  the defense lawyers know about that case. You
6  shouldn't have any trouble chasing it down.
7      Q.  I probably would. If you have that
8  information at your office, it's something that I
9  would ask that you simply let Ms. Sims know.
10         Will you agree to do that for me, please,
11 sir?
12     A.  You can put it on the list, but I don't
13 agree to anything until I've seen what the whole list

Page 16

0412castlemanbarry

20  documents that you referenced. I know that you have
21  spent the better part of the last 30 years reading
22  about every document that you could find on the
23  history of asbestos.
24          Would that be an accurate statement?
25      A.  On the history, yes. I mean, I don't try

0058
1   to read current literature in the same way. But
2   things that are published about the history of
3   asbestos and health and documents that relate to
4   particularly corporate knowledge and corporate
5   response on the issue of asbestos and health have
6   been a continuing matter of interest to me since
7   completing my doctoral thesis almost 20 years ago.
8       Q.  Okay. In the course of your review of
9   those documents, have you found any literature in the
10  1950s relating work on gaskets to asbestos disease?
11      A.  Nothing comes to mind about gaskets. You
12  mean the final -- finished products, the gaskets
13  themselves as a machinist would encounter them?
14      Q.  Right. I'm not talking about the factory
15  production. I'm talking about installation of
16  gaskets and the removal of gaskets from machinery.
17      A.  I don't think I have seen anything
18  published on the exposures associated with that kind
19  of work or any disease associated, strictly speaking,
20  with gasket exposure back that early.
21      Q.  Okay. So obviously, then, you wouldn't
22  have seen anything in the '30s and '40s?
23      A.  That's right.
24      Q.  Are you aware of any literature in the
25  1960s relating to work on gaskets to asbestos

0059
1   disease?
2       A.  No, I don't think so.
3       Q.  Are you aware of any literature in the
4   1970s relating work on gaskets to asbestos disease?
5       A.  I think at that time the U.S. Navy started
6   to look at this and issue some documentation -- some
7   memoranda. I have a file called packings and gaskets
8   which is available to you if you want to order it --
9   not from me.
10      Q.  Dr. Castleman, I have a list that was
11  provided to me by Ms. Sims of documents which were
12  available through Albert H. Donnay, and on that list
13  is: Packings and gaskets including OSHA standard.
14          Is that the documents that you're referring
15  to? And I'll show you the list, and it's got a
16  little tab by it.
17      A.  Yes. Packings and gaskets would be the --
18  I don't know why he says including OSHA standard
19  there. But in any case, that's the file I'm
20  referring to.
21      Q.  Is that the only place in this body of
22  information that Mr. Donnay retains where I would
23  find information concerning gaskets and packings?
24      A.  Yes. I mean, that's the general file on
25  that type of product exposure. Now, some of these

0060
1   documents might be duplicated in other files, but
2   that's the place to look for that kind of
3   documentation.
4       Q.  It says quantity 29.

Page 27

0412castlemanbarry

```
 1  exposure appears to be in the use of gasketing
 2  material in a dry cleaning plant, which this worker
 3  worked at.
 4      Q.  That was that meso case, it was not an
 5  asbestosis case --
 6      A.  That's right.
 7      Q.  -- or a cancer case?
 8      A.  That's right.
 9      Q.  Are you aware of any article that considers
10  working with gaskets and/or packing to present a
11  significant exposure to asbestos?
12      A.  I think definitely the answer is yes to
13  that.  There are articles that have been published in
14  the '90s and since.
15          There was an article published in 2002
16  by -- I think James Millette was one of the authors,
17  and it talks about exposures in a worst-case scenario
18  situation where you've got adhering gasketing
19  material on flanges.  And this is being removed by
20  abrasive tools, and the asbestos exposures are
21  measured, the airborne asbestos exposures of the
22  worker.
23          And you get significant and -- significant
24  exposures, and these are recorded in the article.
25      Q.  And that was in the 1990s?
0066
 1      A.  That was, I think, 2002.
 2      Q.  Anything before that?
 3      A.  There are other articles with lesser levels
 4  of exposure reported, but I don't think any of them
 5  preceded 1990.
 6      Q.  All right.  Are you aware of any literature
 7  in the 1950s relating work with liquid paints to
 8  asbestos disease?
 9      A.  No.
10      Q.  1960s?
11      A.  No.
12      Q.  '70s?
13      A.  By the 1970s people were concerned about
14  what were called textured paints.  And Consumer
15  Reports ran an article about this in 1976 describing
16  the use of asbestos in these products, and this
17  caused considerable alarm to people like me.
18          The asbestos was used as kind of a
19  thickening agent that -- well, they called it
20  textured paints because the paints wouldn't form a
21  flat surface but would have kind of a roughened
22  appearance, and that was because of the bulk material
23  asbestos.  And I don't know what else that they
24  incorporated into these coatings.
25      Q.  Are you talking about spray-on asbestos?
0067
 1      A.  No.  It was called textured paints.  And I
 2  think some of these things may have even been sold as
 3  powders to be mixed with water.  But I'm not sure
 4  about that.
 5      Q.  What, in particular, did the study say?
 6      A.  That you could get exposure from using
 7  these products, and it caused some alarm, as far as I
 8  was concerned, that the asbestos was used in such
 9  products.
10      Q.  What exposures did they say that you could
11  get?
```

Page 30

0412castlemanbarry

11  the various government regulatory agencies starting
12  in the 1970s.
13
14          And I've also interviewed a number of
15  old-timers, although I wouldn't think that their
16  stories to me really would be factors in my testimony
17  but they do round out my knowledge about this history
18  of what went on.
19      Q.  Well, in terms of your testimony with
20  respect to the history of asbestos, the knowledge of
21  potential dangers, the actual dangers caused by
22  asbestos, that information comes from various
23  documents that you've collected over the years and
24  read, correct?
25      A.  It basically does come from documents and
    the analysis of those documents, given what I know
0148
1   about the history of the field of occupational
2   medicine as well to understand the personalities, the
3   institutions, the governmental agencies and how it
4   all sort of went together.
5       Q.  First off, the documents, where did you get
6   those from?
7       A.  Numerous sources.  The time that I could
8   remember where all of my documents came from has long
9   passed.  They came from plaintiffs lawyers, they came
10  from defense lawyers, they came from various
11  libraries, things like that.
12      Q.  Have you verified the authenticity of all
13  of these documents you've relied on?
14      A.  I haven't individually done that.  But I
15  have never had any reason to believe that any
16  document that I've been presented with was a
17  fraudulent or falsified document in all of these
18  years.
19      Q.  How about, do you know whether it's
20  complete or not?
21      A.  Well, very often they're not complete.  You
22  know, they might be pages in a deposition or
23  something like that.  I'm not trying to make some
24  kind of world record in the volume of files that I
25  keep on all of this stuff.
0149
1       Q.  These various documents you've relied on,
2   have you reviewed -- have you talked to the authors
3   of these documents?
4       A.  In some cases I have.  In most cases I
5   haven't.
6       Q.  And when you've collected these documents,
7   you said in reviewing them you perform some analysis.
8           If I understood it, from what you said, the
9   analysis you perform deals with your understanding of
10  how the public regulatory bodies work?
11      A.  Among other things, yes.
12      Q.  What else in addition to that?
13      A.  Well, in looking at the history of
14  occupational and environmental health, one is -- I
15  was struck by the extent to which there was very
16  little by way of employment available to people
17  outside of industry in industrial hygiene and
18  industrial medicine, that basically the people who
19  really got to do the work of professionals in these
20  fields in any kind of a free way were people who did
21  it -- who worked for industry.

Page 64