

Exhibit C

DOUGLAS POHL                          9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

                                                                    Page 1

1              IN THE COUNTY COURT AT LAW NUMBER THREE
                       EL PASO COUNTY, TEXAS
2                   CAUSE NUMBER:  2004-526
3
    EMMA H. GARDEA, Individually
4   and as Personal Representative
    of the Heirs and Estate of
5   Jose C. Gardea, Deceased,
6              Plaintiff,
    vs.
7
    ABLE SUPPLY COMPANY, et al.,
8
               Defendants.
9   _____/
10                    - - -
                DEPOSITION OF THE WITNESS
11            DOUGLAS A. POHL, M.D., Ph.D.
              TAKEN BY THE DEFENDANTS,
12       PHELPS DODGE REFINING CORPORATION
             AND PHELPS DODGE INDUSTRIES
13                    - - -
14        5 North A1A
          Jupiter, Florida
15        Thursday, September 29, 2005
          12:26 p.m. - 4:06 p.m.
16        Before Janette P. Hert, RPR, RMR, CRR
          and Notary Public, State of Florida
17
18  APPEARANCES:
19
        On behalf of the Plaintiff:
20
          RICHARDSON, PATRICK, WESTBROOK &
21          BRICKMAN, LLC
          By KARL E. NOVAK, ESQUIRE
22        1037 Chuck Dawley Boulevard
          Mount Pleasant, South Carolina  29464
23        (843) 727-6660
          knovak@rpwb.com
24
25  APPEARANCES Continued on Page 2.

DOUGLAS POHL    9/29/2005    EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

**Page 2**

```
1  APPEARANCES Continued:
2
3     On behalf of the Defendants, Phelps Dodge
      Refining Corporation, and Phelps Dodge
4     Industries, Inc.:
5     KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
      By: PAUL J. ZOELLER, ESQUIRE
6     700 Louisiana Street
      Houston, Texas 77001
7     (713) 220-8831
      pzoeller@kasowitz.com
8
9     On behalf of the Defendant, Cross Company:
10    KIRKPATRICK & LOCKHART, NICHOLSON,
      GRAHAM, LLP
11    By: JOHN W. PETEREIT, ESQUIRE
      2828 North Harwood Street
12    Suite 1800
      Dallas, Texas 75201-6966
13    (214) 939-4907
      jpetereit@klng.com
14
15    On behalf of the Defendant, Kelly Moore Paint:
16    BROWN McCARROLL, LLP
      By: E. SCOTT SHEPHERD, ESQUIRE
17    111 Congress Avenue, Suite 1400
      Austin, Texas 78701
18    (512) 479-1147
      sshepherd@mailbmc.com
19
20    On behalf of the Defendants, Texaco, Inc.,
      Conoco Phillips Company, and Chevron:
21    HAYS, McCONN, RICE & PICKERING, P.C.
      By: STEPHEN R. RICE, ESQUIRE
22    1233 Smith Street
      400 Two Allen Center
23    Houston, Texas 77002
      (713) 752-4200
24    srice@haysmcconn.com
25    APPEARANCES Continued on Page 3.
```

**Page 3**

```
1  APPEARANCES Continued:
2
3     On behalf of the Defendants, Garlock and
      Guard Tweed:
4     SEGAL, McCAMBRIDGE, SINGER & MAHONEY,
      LTD.:
5     By: JOHN A. LaBOON, ESQUIRE
      100 Congress, Suite 700
6     Austin, Texas 78701
      (512) 651-0200
7     jlaboon@SMSM.com
      (via telephone)
8
9     On behalf of the Defendant, Zurn Industries:
10    FORMAN, PERRY, WATKINS, KRUTZ & TARDY,
      LLP
11    By: KYLE STEELE, ESQUIRE
      2001 Bryan Street
12    Bryan Tower, Suite 1300
      Dallas, Texas 75201
13    (214) 965-3024
      ksteele@fpwk.com
14    (via telephone)
15
16    On behalf of the Defendant, Santa Fe Braun:
17    EDWARD, BURNS & BRAZIER, LLP
      By: KATHRYN BERNAL, ESQUIRE
18    1000 Louisiana, Suite 1300
      Houston, Texas 77002
19    (832) 629-8415
      kathrynbernal@bnaglobal.net
20    (via telephone)
21
22
23
24
25
```

**Page 4**

```
1            INDEX
2
3   WITNESS:
4
5   DOUGLAS A. POHL, M.D., Ph.D.
6
7                                           Page
8
9   DIRECT EXAMINATION BY MR. ZOELLER         6
    CROSS-EXAMINATION BY MR. PETEREIT        38
    CROSS-EXAMINATION BY MR. RICE           134
10  CROSS-EXAMINATION BY MR. SHEPHERD       143
    CROSS-EXAMINATION BY MR. LaBOON        146
11  RECROSS-EXAMINATION BY MR. RICE        147
12
13
14
15
16          EXHIBITS
17           Marked
18
19  Defendants' Deposition Exhibit No. 1     5
20  Defendants' Deposition Exhibit No. 2     5
    Defendants' Deposition Exhibit No. 3     5
    Defendants' Composite Deposition
21    Exhibit No. 4                          8
22  Defendants' Deposition Exhibit No. 5    41
    Defendants' Deposition Exhibit No. 6    49
23  Defendants' Deposition Exhibit No. 7   115
    Defendants' Deposition Exhibit No. 8   122
24
25
```

**Page 5**

```
1      (Defendants' Deposition Exhibit Nos. 1,
2   2 and 3 were marked for identification by the
3   reporter.)
4      MR. NOVAK: I have not introduced myself
5   to everyone here this morning. I'm Karl Novak
6   with Richardson, Patrick out of Charleston.
7      Obviously we'll be conducting this deposition
8   pursuant to the Texas rules, which there's no need
9   to go out and specify what they are. We all know
10  what they are.
11     We'll attach as Exhibit Number 1 a copy
12  of the Notice to the deposition. I think there
13  are multiple notices, so we'll attach any and all
14  of the Notices to the deposition.
15     MR. ZOELLER: That's fine. I gave the
16  court reporter the latest one, but we can attach
17  the remainder ones.
18     MR. NOVAK: That's fine.
19     I don't have anything else to add.
20  Please feel free to ask your questions.
21     THE REPORTER: Okay. Doctor, if you'll
22  please raise your right hand, I'll swear you in.
23     DR. POHL: Okay.
24
25  THEREUPON,
```

512-320-0185    RLS LEGAL SOLUTIONS    2 (Pages 2 to 5)    512-391-0269

DOUGLAS POHL                    9/29/2005  EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 6

1   DOUGLAS A. POHL, M.D., Ph.D.,
2   called as a witness by the Defendants, Phelps
3   Dodge Refining Corporation and Phelps Dodge
4   Industries and being by the undersigned Notary
5   Public first duly sworn, testified as follows:
6       THE WITNESS: I do.
7       THE REPORTER: Thank you.
8
9       DIRECT EXAMINATION
10  BY MR. ZOELLER:
11      Q. Dr. Pohl, good afternoon.
12      A. Good afternoon.
13      Q. My name is Paul Zoeller with the Law
14  Firm of Kasowitz, Benson, Torres & Friedman
15  representing Phelps Dodge Industries.
16      I know you've given a lot of depositions
17  before. I've read a lot of them. So we'll try to
18  keep the preliminary short and sweet and move this
19  along.
20      The usual ground rules apply. If you
21  don't understand my question, please let me know;
22  I'll ask it again. And we'll try to not jump on
23  each other so the court reporter can stay sane.
24      A. Understand.
25      Q. Okay. First, the court reporter has

Page 7

1   marked as Defendant's 1 here the Notices of
2   deposition on this case.
3       I'd ask her to hand you a copy of that.
4       Have you seen that before?
5       A. Yes.
6       Q. Okay. You'll notice that there's a
7   subpoena duces tecum attached to the back of it
8   requesting production of numerous documents; is
9   that correct?
10      A. Yes.
11      Q. Have you seen that before?
12      A. Within the last 24 hours, yes.
13      Q. Okay. Do you have any documents to
14  produce at this period of time pursuant to that
15  subpoena?
16      A. I do.
17      Q. Will you please produce or identify
18  those documents that you have at this period of
19  time?
20      A. What I brought is my file in the case of
21  Mr. Gardea. The file contains a variety of
22  different things. I also brought the expert
23  witness offer for deposition and two copies of my
24  curriculum vitae.
25      MR. ZOELLER: Can we have those marked

Page 8

1   sequentially?
2       THE REPORTER: Sure.
3       MR. NOVAK: Do you want to do them as a
4   group?
5       MR. ZOELLER: Yes, I think we'll take
6   his file as one group.
7       MR. NOVAK: That's easier, isn't it?
8   We'll just keep them in the file.
9       THE WITNESS: Okay.
10      (Defendants' Composite Deposition
11  Exhibit No. 4 was marked for identification by the
12  reporter.)
13      MR. ZOELLER: Can we take a look at
14  what's in the file, please?
15      MR. NOVAK: (Hands file.)
16      This is off the record.
17      THE REPORTER: Okay.
18      (Thereupon, there was a discussion held
19  off the record.)
20      MR. ZOELLER: Just for the sake of the
21  record, the file contains the following:
22  Dr. Pohl's consultant report, a copy of the Notice
23  of Deposition, a letter dated September 20th,
24  2005, from Leslie Henry at Hays, McConn, and then
25  enclosed is another Notice of Deposition of

Page 9

1   Dr. Pohl, Hissey Kientz's letter dated September
2   19th, 2005, setting the location and time of the
3   deposition, one copy of the curriculum vitae —
4       MR. NOVAK: As a courtesy, there's
5   someone on the phone that is making some noise.
6   Would it be possible for them to put their phone
7   on mute?
8       Thank you.
9       MR. ZOELLER: — a copy of a Fed Ex
10  transmittal to Guy Smith at the Kientz Law Firm
11  presumably from Dr. Pohl, an original of
12  Dr. Pohl's report, a facsimile transmittal sheet
13  from Dr. Pohl to Guy Smith, and a — strike that,
14  a letter dated March 22nd, 2005, enclosing various
15  materials sent from Hissey Kientz to Dr. Pohl, and
16  a copy of the pneumoconiosis evaluation offered by
17  Dr. Segarra, and that's the full contents of the
18  file.
19      And just give me one second. I want to
20  take a look at this transmittal.
21      I'll pass this to you guys when I'm
22  done.
23      It didn't take long to read it.
24      Q. (BY MR. ZOELLER) Let's launch ahead,
25  Dr. Pohl.

3 (Pages 6 to 9)

DOUGLAS POHL                9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 10

1    Your curriculum vitae that you handed
2  us, that's current and up to date?
3    A.  Yes.
4    Q.  Your practice as a pulmonologist, is it
5  split between working as an expert in clinical
6  work or solely as an expert?
7    A.  Well, first of all, I'm a pathologist,
8  not pulmonologist.
9    Q.  Oh, I'm sorry.  I misspoke.
10    A.  And I practice pathology at the
11  Cleveland Clinic in Weston, Florida, and spend a
12  lesser amount of time in evaluating cases that
13  involve asbestos injury.
14    Q.  Roughly what percentage of your time is
15  spent evaluating cases involving asbestos injury?
16    A.  About 15 percent.
17    Q.  Is that for plaintiffs and defendants,
18  all for plaintiffs?
19    A.  Mostly for plaintiffs.  I have done a
20  couple cases for defendants.
21    Q.  In the area of asbestos, have you ever
22  done any work for defendants?
23    A.  That's what I was alluding to, yes.
24    Q.  Okay.  For who did you do such work?
25    A.  It was an attorney in Maine who had a

Page 11

1  couple cases of mesothelioma with a short latency
2  period between exposure and development of the
3  disease.
4    Q.  Okay.  And what was the nature of your
5  testimony in that matter, if you recall?
6    A.  Essentially that an exposure within
7  seven years of the development of the disease
8  would not have contributed to the patient's
9  mesothelioma.
10    Q.  Dr. Pohl, what states are you licensed
11  to practice medicine in?
12    A.  Maine, Florida, and Massachusetts.
13    Q.  And what specialties do you hold at this
14  time?
15    A.  I'm a specialist in clinical pathology,
16  anatomic pathology, and cytopathology.
17    Q.  Going back to your work as an expert,
18  you've testified, I know, in depositions.
19  Approximately how many?
20    A.  Certainly at this point in time, more
21  than 50 times.
22    Q.  Okay.  Any of that testimony again for
23  defendants?
24    MR. NOVAK:  Excuse me, I want to make a
25  clarification as relates to the question.

Page 12

1    You assume that, in the deposition, he's
2  only testifying at the request of defendants today
3  and at other times.
4    When you make the distinction, are you
5  making the distinction as it relates to plaintiff
6  cases or at the request of whoever took the dep?
7    Q.  In any of the depositions you testified,
8  were you retained by plaintiff's counsel — I mean
9  by defendant's counsel, I'm sorry?
10    A.  I don't believe so.
11    Q.  Okay.  Same question as to trials:  On
12  any of the trials, were you retained by
13  defendant's counsel?
14    A.  No.
15    Q.  And how many trials have you testified
16  in?
17    A.  I'd estimate probably 20 to 30 over the
18  years.
19    Q.  Okay.  I take it you're not licensed in
20  the State of Texas, Doctor?
21    A.  That's correct.
22    Q.  Have you ever had your license suspended
23  or any privileges suspended in any way?
24    A.  No.
25    MR. NOVAK:  Excuse me, John — or Paul.

Page 13

1    There is someone on the phone that is
2  doing something that's very distracting.  Whoever
3  it is, I think you're writing, and you're writing
4  next to the phone.
5    As a courtesy, we've put the speaker
6  right next to the doctor so you can hear what he
7  says, but we'll move it if we continue to have to
8  listen to somebody that's on the other end of the
9  phone.
10    Q.  (BY MR. ZOELLER)  Okay.  Roughly,
11  Doctor, on average, how much time do you spend per
12  month in hours working as an expert witness?
13    A.  It would just be a guess.  I'd have to
14  say maybe 16 hours a month, something like that.
15    Q.  Okay.  You've stated that most of your
16  specialties are in the field of pathology and
17  related fields.
18    I take it you're not an oncologist,
19  Doctor?
20    A.  That's correct.
21    Q.  And you're not a pulmonologist, correct?
22    A.  Correct.
23    Q.  Okay.  You're not a certified B-reader?
24    A.  That's correct.
25    Q.  Are you an industrial hygienist, Doctor?

4 (Pages 10 to 13)

DOUGLAS POHL                          9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 14

1    A.  No.
2    Q.  Epidemiologist?
3    A.  No.
4    Q.  Toxicologist?
5    A.  Toxicology is a part of clinical
6  pathology, so, yes, I'm familiar with toxicology.
7    Q.  Well, my question is:  Would you
8  consider yourself a toxicologist?
9    A.  I'm not a Ph.D. level toxicologist,
10  no.
11    Q.  When were you first retained to
12  represent -- I'm sorry, to work for the plaintiffs
13  in this case?
14    A.  According to the file, I believe it was
15  early summer of this year to look at the Gardea
16  case.
17    Q.  Okay.  And what specifically were you
18  asked to do regarding the Gardea case?
19    A.  My recollection is I was forwarded a
20  collection of medical records related to
21  Mr. Gardea as well as cytology slides from a
22  pleural fluid that was obtained from Mr. Gardea.
23  I was also provided with a fairly comprehensive
24  occupational history.
25        And the initial request was that I

Page 15

1  evaluate Mr. Gardea's lung cancer and determine
2  whether his lung cancer was in any way related to
3  his prior asbestos exposure.
4    Q.  Had Mr. Gardea, at the time you were
5  retained, been diagnosed with lung cancer?
6    A.  It's my recollection that he had not.
7    Q.  Okay.  So how did the notion of him
8  having lung cancer arise?  You were asked to
9  evaluate the causes of it.
10    A.  Well, that was actually the question
11  that I raised with one of the paralegals.  I think
12  that there were clinical findings of bilateral
13  lung masses, and I think Mr. Gardea expired before
14  any further evaluation could be undertaken.
15        So I was being asked to review the
16  available cytology and determine whether there was
17  a lung cancer in Mr. Gardea and whether his
18  asbestos exposure played a role.
19    Q.  Now I want to be very clear and concise
20  about this.  Could you list to me, A, what exact
21  pathology, cytology were you given?
22        If you need to refer to your report,
23  that's fine.
24    A.  That would be helpful.
25    Q.  Well, let me --

Page 16

1    A.  Actually I have a copy of it here.
2        MR. RICE:  Do you need the letter
3  from --
4        THE WITNESS:  Not at present.
5        I was forwarded four H&E stained slides
6  and two smears that were labeled SL:CY02:124.
7    Q.  (BY MR. ZOBLLER)  Okay.  Were you given
8  any other materials to evaluate Mr. Gardea?
9    A.  I was also provided with a paraffin
10  block with the same -- actually with a different
11  designation.  It was SL:CY97:27.
12    Q.  Okay.  Were you given any other medical
13  records at all?
14    A.  Yes, I was given a collection of medical
15  records that were forwarded to me.
16    Q.  Can you specify what records you were
17  given, please, Doctor?
18    A.  They're pretty much summarized in my
19  clinical summary.  They were the reports of
20  Dr. Shahar, who is a pulmonologist, and the
21  medical records from East Houston Medical Center
22  concerning Mr. Gardea's care.
23    Q.  When you refer to the medical records
24  from Dr. Shahar, that's the medical records of
25  2-20-97?

Page 17

1    A.  Yes.
2    Q.  Did you see anything else from
3  Dr. Shahar?
4    A.  No, I didn't have any office notes from
5  Dr. Shahar.
6    Q.  Okay.  As to the East Houston Medical
7  Center, again, I see a notation related to
8  documents -- to records dated June 25th, 2002.
9        Is that the only medical records you
10  received from East Houston?
11    A.  Yes, they were the medical records
12  concerning that hospital admission and the care
13  during that admission.
14    Q.  Okay.  Did you see any other medical
15  records at all relating to Mr. Gardea?
16    A.  I did not.
17    Q.  Were you given any other information
18  regarding Mr. Gardea's medical history?
19    A.  No, just what was contained in those
20  records.
21    Q.  I note also -- were you given the report
22  of Dr. Segarra?
23    A.  Yes, I was.
24    Q.  And did that come with the original
25  materials?

5 (Pages 14 to 17)

DOUGLAS POHL                    9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

**Page 18**

1   A. It did.
2   Q. Was there anything else other than we
3   mentioned that you were provided regarding
4   Mr. Gardea in terms of rendering your opinion?
5   A. I'd like to look at the cover sheet, if
6   I could.
7   MR. RICE: (Hands documents.)
8   THE WITNESS: No, that's a copy of my
9   reports.
10   MR. RICE: Oh, I'm sorry.
11   MR. NOVAK: Would it be possible if he
12   just gets his file back?
13   MR. ZOELLER: Yes, I gave him the file
14   back except for the cover sheet, which Mr. Rice
15   was looking at.
16   MR. NOVAK: Okay. Thank you.
17   THE WITNESS: I don't believe so. The
18   only other thing I remember is that I did receive
19   an e-mail from a paralegal at the firm that asked
20   me to expedite the case, but that's the only other
21   communication I had.
22   Q. (BY MR. ZOELLER) There's nothing else
23   at all that was relevant to your rendering an
24   opinion in this case?
25   A. That's correct.

**Page 19**

1   Q. I take it then based on that you've
2   never seen any depositions in this case?
3   A. Not at present, that's correct.
4   Q. Okay. I notice in your report you
5   relate a work history for Mr. Gardea.
6   Am I right to assume that that work
7   history was what was contained in the cover letter
8   sent to you by Hissey Kientz?
9   A. That's correct.
10   Q. Did you see any other information at all
11   regarding Mr. Gardea's work history?
12   A. No.
13   Q. Okay. So any recitation that's based
14   in your report is based solely on counsel's
15   representations concerning work history, correct?
16   A. And also the summary that was in
17   Dr. Colelia's report as well.
18   Q. Which report would that be, sir?
19   A. It was the one that was -- I'm sorry,
20   Dr. Segarra.
21   Q. Okay. Do you know the source of
22   Dr. Segarra's information regarding work history?
23   A. I don't.
24   Q. Does it largely agree with the work
25   history you were provided?

**Page 20**

1   A. It's similar, but it's much more
2   detailed. It gives some insight into the types of
3   activities that he engaged in and how he was
4   specifically exposed to asbestos.
5   Q. Let me ask the question a different way,
6   Doctor.
7   Were your understandings about his work
8   history any different from those referenced in
9   Dr. Segarra's report?
10   A. In terms of the sites of exposure, I
11   think it's consistent with what was provided with
12   the cover letter from Hissey Kientz.
13   But, as I said, it seems to me that
14   Dr. Segarra either spoke to Mr. Gardea directly or
15   had other information because he talked
16   specifically about the types of things that he
17   did, which is not contained in the cover letter.
18   Q. In your view, Doctor, was the work
19   history of Mr. Gardea important to your diagnosis,
20   sir?
21   A. To the diagnosis, no.
22   Q. Okay. Was it considered at all in
23   reaching your diagnosis of malignant mesothelioma?
24   A. No.
25   Q. Do you agree with the proposition then,

**Page 21**

1   Doctor, that some mesotheliomas occur without
2   exposure to asbestos?
3   A. Yes. By definition, spontaneous or
4   idiopathic mesotheliomas are those that occur in
5   patients with no documented history of asbestos
6   exposure in the past.
7   Q. Okay. And do you believe that that
8   actually means that they were not exposed to
9   asbestos, Doctor?
10   A. What it means is that, despite best
11   efforts, there are cases that are found where no
12   asbestos exposure can be documented.
13   Q. Fair enough.
14   Okay. What basically -- well, let me
15   backtrack.
16   What exactly was your opinion in this
17   case, Doctor, regarding Mr. Gardea's condition?
18   A. Well, to be honest with you, when I
19   initially reviewed the medical records, I called
20   the law firm of Hissey Kientz and raised my
21   concern that there was absolutely no mention in
22   the records of any lung cancer; and, therefore, I
23   voiced my concern that perhaps this man had no
24   malignancy at all.
25   Subsequent to that discussion, I went

Page 22

ahead and reviewed the cytology and found that, in fact, he did have a malignancy.
Q. Was this case sent to you as a lung cancer case? Were you told it was a cancer claim?
A. Yes. I think the cover letter speaks for itself. Mr. Gardea was diagnosed with lung cancer in July of 2002.
Q. Okay. Now, again though, I want to go back. One, the prior question, I ask it be struck as nonresponsive, and I'll ask you the question again, which is: What was your diagnosis in this case?
A. In this case, the diagnosis is malignant pleural mesothelioma.
Q. And what did you base that diagnosis on?
A. On the evaluation of the pleural fluid cytology slides that were sent to me.
Q. Was there any other factor other than the fluid cytology that was important to your diagnosis, sir?
A. No.
Q. Okay. And, just so we're clear, so the sole basis is the cytology, correct?
A. That's correct.
Q. Now, in your report, Doctor, you opine

Page 23

that the cause of this mesothelioma was occupational, correct?
A. Yes.
Q. And, again, that was based on the work history you received, correct?
A. That's correct.
Q. And what particularly in that work history led you to believe that it was an occupational exposure history here? What factors were important to you?
A. The description of the types of work that was done: carpenter, sandblaster, painter, and insulators.
These are occupations which, at the point time in time that Mr. Gardea was working in those professions, would have come into contact with asbestos materials.
In addition, as I have already mentioned, Dr. Segarra and his information give more pointed descriptions of the types of materials that Mr. Gardea worked with, for example, drywall and sheetrock material, which were known to contain asbestos, as well as insulating materials.
So the information provided by Hissey

Page 24

Kientz and Dr. Segarra form the basis of my understanding that Mr. Gardea was exposed to asbestos.
Q. Okay. Is it your position that carpentry is a profession with a high incidence of exposure to asbestos?
A. Absolutely. In fact, Dr. Selikoff, way back in the '60s, remarked and named specifically carpenters as being the type of bystander occupation that had inadvertent bystander exposure to asbestos.
Q. That would be limited to certain industrial settings, wouldn't it, Doctor?
A. It depends on the type of carpentry work and the industrial or residential setting, yes.
Q. And that's my point; you'd need to know a lot about what was going on around the carpentry to make that conclusion that carpentry was a profession with a high likelihood of asbestos exposure, correct?
MR. NOVAK: Object to the form of the question. Argumentative.
THE WITNESS: I think it's clear from the medical literature and multiple depositions that I've read over the years that carpenters were

Page 25

often exposed to asbestos, maybe not constantly, but certainly in certain job sites, they did sustain asbestos exposure.
Q. (BY MR. ZOELLER) And my question was simply: But that would be dependent upon what was going on around the particular carpenter, correct?
A. Not necessarily because carpenters also do plaster work, drywall work, and so some carpenters working directly with asbestos containing drywall materials would have been directly exposed to asbestos.
Q. Okay. So you're very comfortable with the generalization that carpentry itself is a high exposure potential occupation?
A. Yes, I am.
Q. Okay. Now, again, going back to your statement linking the diagnosis of malignant mesothelioma to occupational exposure, would your opinion change if his work history was substantially different?
A. Of course it would. If someone stated that he had no asbestos exposure, it would change my opinion.
Q. Well, for instance, if an individual was

DOUGLAS POHL                    9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 26

1   not performing insulation work and you believed
2   they were, would that be something that may change
3   your opinion on causation?
4       A. It's possible, but I'd have to have more
5   detail if certainly there were other exposures
6   that occurred in addition to the insulation.
7       Q. But if the facts as you understand them
8   are materially different, where this man was doing
9   different types of tasks than you had been told by
10  Hissey Kientz, that would impact your diagnosis,
11  correct?
12      A. Not the diagnosis.
13      Q. I'm sorry, your opinion on causation?
14      A. I'd have to have more information to
15  answer that question.
16      Q. And assuming what is in those reports is
17  incorrect, is not a correct recitation of this
18  man's job history, would that negate your opinion
19  as to causation?
20          MR. NOVAK: Object to the form of the
21  question. Calling for speculation.
22      Q. (BY MR. ZOBLLER) It's a hypothetical.
23  Hypothetically, if you had a completely different
24  work history or a materially different work
25  history, would that impact your opinion?

Page 27

1       A. If the work history was such that there
2   was absolutely no asbestos exposure at all during
3   this man's occupational career, yes.
4       Q. Now you mentioned a number of samples
5   that you received, some fluid cytology and a
6   paraffin block, correct?
7       A. Yes.
8       Q. Did you review all of those samples?
9       A. Yes, I did.
10      Q. Were all of those samples relevant to
11  your determination of this being malignant
12  mesothelioma?
13      A. Only the six slides from the pleural
14  fluid. Those are the only relevant samples.
15      Q. We'll get back to that a little bit
16  later.
17          When you reviewed the slides to make
18  your diagnosis, what methodology did you use in
19  that review?
20      A. It's no different than what I do in my
21  day-to-day practice of pathology.
22          First, I look at the individual slides
23  to see what they are. I look at their accession
24  number and compare it to the original report to
25  make sure I have the slides from the right patient

Page 28

1   and the right procedure.
2       And then I systematically evaluate the
3   slides microscopically for the underlying disease
4   process, and that's exactly what I did in this
5   case.
6       Q. When you're looking, what equipment are
7   you using to review those slides?
8       A. I have an Olympus microscope which is
9   fitted with a digital electronic camera that's
10  capable of taking photographs.
11      The range of magnifications in the
12  microscope are forty to one thousand-fold
13  magnification. The microscope can do both light
14  microscopy and phase contrast microscopy.
15      Q. By the way -- I want to go back. You
16  looked at those slides.
17      -- would other pathology have been
18  helpful to you in reaching a diagnosis here?
19      A. Certainly it would have been nice if a
20  thoracotomy or a pleural biopsy or some other
21  procedure had been done, but that had not been
22  done in Mr. Gardea, so I worked with what I had.
23      Q. Are the items you just mentioned more
24  reliable diagnostically for mesothelioma?
25      A. I'm not sure I understand the term "more

Page 29

1   reliable."
2       Q. In other words, is it easier to get a
3   definitive diagnosis, for instance, using biopsy
4   or using a tissue sample than cytology?
5       A. Sometimes, but the whole purpose of
6   cytology is to avoid more invasive procedures, and
7   cytology is widely recognized as a highly accurate
8   diagnostic discipline within pathology that, in
9   many cases, eliminates the need for biopsy.
10      Q. By the way, when you were looking at the
11  slides, did you look to see or is it possible to
12  look to see if there was fiber present, asbestos
13  fiber?
14      A. Certainly if it had been present, I
15  would have noted it. I don't believe it was
16  present in this case.
17      Q. So you did not see any asbestos fiber in
18  the samples you reviewed, correct?
19      A. That's correct.
20      Q. By the way, were all the slides you
21  reviewed slides of the -- they were all cytology,
22  correct?
23      A. Yes.
24      Q. So none of them were slides of the
25  aborted tumor, correct?

8 (Pages 26 to 29)

DOUGLAS POHL                9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

**Page 30**

1    A. If there were slides of a tumor, I'm not
2 aware that they exist. I never saw any.
3    Q. Okay. You've testified in a number
4 of -- I'm sorry, you testified that you've
5 testified for the plaintiffs in a number of
6 asbestos lawsuits, correct?
7    A. Yes.
8    Q. How many of them would have been
9 mesothelioma cases?
10    A. Probably most of them. It just seems
11 like most of the cases that finally wind up in
12 court are mesothelioma cases. So I would estimate
13 80 percent.
14    Q. Now let me broaden this a little bit.
15 In this case, you've testified that you reached
16 your diagnosis on the basis of cytology alone,
17 correct?
18    A. Yes.
19    Q. How many other cases have you been
20 retained in where you reached a diagnosis of
21 mesothelioma based solely on cytology?
22    A. Well, understanding that those would be
23 specific cases in which cytologic material only
24 was available, I'd say about ten percent of all
25 the mesothelioma cases are of that type.

**Page 31**

1    Q. I'm asking specifically, Doctor, where
2 you rendered the diagnosis. Would you say ten
3 percent of the cases that you diagnosed were based
4 on cytology alone?
5    A. In my primary practice of pathology?
6    Q. I'm talking about solely litigated
7 cases, Doctor.
8    A. Again, I said it was about ten percent
9 of the cases in which I was asked to render an
10 opinion at trial involved cytology only.
11    Q. Do you have records that would indicate
12 what those cases were?
13    A. I certainly keep records. I'd have to
14 go back and look at them. But, for example, the
15 very first case that I ever testified in was a
16 cytology-only case in South Florida.
17    Q. Okay. What I'd like you to do, Doctor,
18 is -- we will leave a space open in the deposition
19 for any cases where you rendered a diagnosis based
20 on cytology alone.
21    I'd like identifying information about
22 that litigation, please, to the extent you can
23 provide it.
24    MR. NOVAK: I'm not sure what you're
25 asking. You're asking him to --

**Page 32**

1    MR. ZOELLER: What I'm asking is, I want
2 to know what cases he was retained in where he
3 rendered a diagnosis solely on the basis of
4 cytology.
5    MR. NOVAK: All right. So you want him
6 to take the time to research all his past case
7 work to make a determination as to the percentage
8 of the cases that were based on cytology?
9    MR. ZOELLER: I want the names of the
10 cases where he rendered a diagnosis based solely
11 on cytology.
12    MR. NOVAK: And you want him to take the
13 time to go back and do that?
14    MR. ZOELLER: Absolutely.
15    MR. NOVAK: All right. And are you
16 willing or is your client willing to pay for him
17 to perform those services?
18    MR. ZOELLER: Yeah, absolutely.
19    MR. NOVAK: Okay.
20    MR. ZOELLER: Okay. If the doctor would
21 give me an estimate of how much time it will take,
22 I'd be glad to arrange appropriate payment, but
23 I'd like the names of all such cases.
24    MR. NOVAK: Are you capable of doing
25 that?

**Page 33**

1    THE WITNESS: I think it's going to be a
2 massive undertaking. I've seen probably 500 cases
3 of mesothelioma So I'd have to review each and
4 every one of those cases to see which ones were
5 cytology only.
6    MR. NOVAK: And do you have a general
7 understanding, I mean just general understanding
8 of approximately how much time it might take to do
9 that?
10    THE WITNESS: Days.
11    MR. NOVAK: Do you have the time to be
12 able to do that?
13    THE WITNESS: I really don't.
14    MR. NOVAK: If you were to have the time
15 to do that, how much time -- based upon your
16 scheduling, how far out into the future would it
17 take to get that done?
18    THE WITNESS: Probably it would take me
19 somewhere around a month, the next month to get
20 that completed.
21    MR. NOVAK: Are you able to live with a
22 month?
23    MR. ZOELLER: I'm able to live with a
24 month. As long as it gives me lead time before
25 the trial, that's fine.

9 (Pages 30 to 33)

DOUGLAS POHL                    9/29/2005    EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 34

1  MR. NOVAK: All right. If you can do
2  that -- I mean why don't you make a determination
3  what you think it would cost for billing, because
4  if he's going to do it, he needs to be able to be
5  prepared to pay for that.
6  THE WITNESS: I understand.
7  MR. ZOELLER: That's fine.
8  Q. (BY MR. ZOELLER) Okay. When you
9  reviewed the slides, what factors, what aspects of
10  the cells that you reviewed led you to the
11  diagnosis of malignant mesothelioma?
12  A. Well, I think it's summarized in my
13  report. As I said earlier, when I went into the
14  case, I didn't think the slides were going to show
15  any evidence of malignancy.
16  So I was surprised when I saw the
17  pleural fluid and the fact that malignant cells
18  were present. So I set about the work of
19  determining what types of cells they were.
20  Just briefly summarizing, clearly they
21  had mesothelial features. This is typical of
22  malignant mesothelial cells that are exfoliated
23  into a pleural fluid specimen.
24  The cells were round and looked very
25  much like the benign mesothelioma cells around

Page 35

1  them.
2  But the reason that they appeared
3  malignant was the twofold variation or greater in
4  nuclear size, the indentation of the nuclei, the
5  nuclear chromatin pattern, the presence of
6  enlarged nuclei, the altered nuclear cytoplasmic
7  ratio, and then structurally the fact that the
8  tumor cells were forming acinar and papillary
9  structures, which is quite typical of an
10  epithelioid malignant mesothelioma
11  Q. Now I take it you'd expect to find
12  mesothelioma cells, correct, in --
13  A. Yes.
14  Q. -- cytology?
15  A. And, in fact, I did find them.
16  Q. Okay. And those are the cells you're
17  testifying that you found some abnormalities in,
18  correct?
19  A. No. There was a population of benign
20  mesothelioma cells in the background, and then
21  intermixed with them were the malignant
22  mesothelioma cells which were quite different.
23  Q. Were there other cells that showed any
24  atypia, in your view?
25  A. Well, a small number of the benign

Page 36

1  mesothelioma cells showed what we term reactive
2  features. So reactive atypia is a term we use in
3  cytology for those types of cells.
4  Q. Okay. And you distinguished those
5  atypia how again, Doctor?
6  A. The reactive cells still retain pretty
7  much the benign architecture of their totally
8  benign counterparts. They don't show the other
9  characteristics of malignancy that I just
10  described.
11  Q. As a general proposition, Doctor, would
12  you agree that it's often difficult to separate
13  mesotheliomas from other malignancies of the
14  pleuroperitoneum?
15  A. No, I disagree with that. I think the
16  science has matured substantially in the last 20
17  years, and we can now diagnose malignant
18  mesothelioma with great precision and
19  differentiate it from other metastatic lesions in
20  pleura.
21  Q. Okay. Doctor, what I'd like to ask you
22  is, I'd like to know all support you have for the
23  proposition, in the medical literature, textbooks,
24  wherever, for the notion that you can diagnose
25  malignant mesothelioma solely through cytology.

Page 37

1  A. Well, I think there's a large volume of
2  literature. I was not asked to bring that
3  literature today.
4  But certainly the standard textbooks by
5  Koss, for example, and other world-renowned
6  cytopathologists indicate that the diagnosis of
7  mesothelioma can be readily rendered through
8  cytology.
9  If you look at multiple editions of the
10  American Journal of Cytopathology over the past
11  ten years, you'll see repeated articles describing
12  the primary diagnosis of malignant mesothelioma by
13  cytology. So --
14  Q. I hear you. Can you name --
15  MR. NOVAK: Excuse me. Hold on just a
16  second.
17  Are you finished with your answer?
18  THE WITNESS: Yes.
19  MR. NOVAK: Okay. Thank you.
20  Q. (BY MR. ZOELLER) Please name one or
21  more of these articles, if you would.
22  A. Well, I can't do that because I didn't
23  know I was going to be asked that question; but I
24  can certainly, after this deposition, provide you
25  with five or ten of the key articles that describe

512-320-0185                    RLS LEGAL SOLUTIONS                    512-391-0269

10 (Pages 34 to 37)

DOUGLAS POHL                    9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 38

1  this science and the ability to make that
2  diagnosis cytologically.
3       Q.  I'll take you up on your offer on that,
4  Doctor.  I'd call for you to produce any such
5  studies that you're aware of, or other documents,
6  treatises, et cetera.
7       A.  I'd be glad to.
8       Q.  Okay.  Fine.
9       MR. ZOELLER:  At this point, knowing
10  some other people have some questions, I'm going
11  to pass.  I'll probably get back to a couple
12  things later according to where they go.
13       THE WITNESS:  Okay.
14
15            CROSS-EXAMINATION
16  BY MR. PETEREIT:
17       Q.  Dr. Pohl, it's a pleasure to finally
18  meet you.  My name is John Petereit.  I'm here
19  today on behalf of Crane Company.
20       Were you provided any medical records
21  from the LBJ General Hospital?
22       A.  If I was, I don't recollect receiving
23  them.
24       Q.  It would have been about 192 pages
25  worth.

Page 39

1       A.  I don't think so.
2       Q.  And what you have is in front of you
3  that has been provided to you, or does he —
4       MR. PETEREIT:  Do you have the file?
5       THE WITNESS:  The file is right here
6  (indicating).
7       Q.  (BY MR. PETEREIT)  The file is right
8  here.
9       This is the extent of the medical
10  records you've been provided?
11       A.  No.  I did not bring the medical
12  records.
13       Q.  Okay.  Do you have an approximation
14  as to how many pages of medical records you
15  reviewed?
16       A.  My recollection is it was about
17  three-quarters of an inch thick.
18       Q.  Have you discussed this case with
19  Dr. Segarra?
20       A.  No, I have not.
21       Q.  Have you been made aware that Dr. Roggli
22  has also reviewed the pathology in this case and
23  issued a report?
24       A.  I have not.
25       Q.  What is your opinion as far as

Page 40

1  Dr. Roggli and his capacity and respectability as
2  a pathologist in the field, the relevant, legal —
3  I mean the scientific community.
4       MR. NOVAK:  Why don't you start over
5  again —
6       MR. PETEREIT:  Sure.
7       MR. NOVAK:  — because I'm not sure if
8  you're asking about the legal community or the
9  scientific community right now.
10       MR. PETEREIT:  Strike the whole
11  question.
12       Q.  (BY MR. PETEREIT)  What is your
13  professional opinion as to how Dr. Roggli is
14  received in the professional community as a
15  pathologist?
16       A.  I've been asked that question before,
17  and my honest answer is, I don't know what his
18  diagnostic skills are on a day-to-day basis as he
19  works at the Veterans Administration Hospital
20  where his primary work site is.
21       I do know that Dr. Roggli is not a board
22  certified cytopathologist, and I further know that
23  Dr. Roggli is of the view that you cannot diagnose
24  mesothelioma by cytology.
25       Q.  What about Dr. Sporn, do you know if

Page 41

1  Dr. Sporn is board certified in cytopathology?
2       A.  I don't know him.
3       Q.  What about Dr. Ory, do you know if
4  Dr. Ory is board certified in cytopathology?
5       A.  No, I don't.
6       Q.  Other than yourself, are you aware of
7  any other pathology experts in the asbestos
8  litigation that has a certification in
9  cytopathology?
10       A.  Any other experts?
11       Q.  Yes, that you're familiar with.
12       A.  I wouldn't know one way or another.
13       Q.  Once you've taken a test — I assume
14  there's a test or something to go through to get a
15  certification in cytopathology, or cytology,
16  whatever —
17       A.  It's the board examination administered
18  by the American Board of Pathology.
19       Q.  Is that a test that has to be retaken
20  with any frequency or regularity?
21       A.  No, there's no recertification for it.
22       Q.  And you took the test for that.  What
23  year was that?
24       A.  It's in my CV.  I believe it was around
25  1997.

DOUGLAS POHL                    9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 42

```
 1          (Defendants' Deposition Exhibit No. 5
 2  was marked for identification by the reporter.)
 3      Q.  (BY MR. PETERBIT)  I'll hand you
 4  Dr. Roggli's report in this case.  Certainly I
 5  want you to have a chance to look at it.
 6          Does it appear, my first question, that
 7  the pathologic materials reviewed by Dr. Roggli
 8  were the same pathologic materials that you
 9  reviewed based on the accession numbers?
10      A.  Yes, they are.
11      Q.  And obviously Dr. Roggli's conclusion in
12  this matter is that this — well, actually if you
13  could read into the record, what does Dr. Roggli
14  conclude?
15      A.  He says:  These slides show atypical
16  epithelial cells, suspicious for malignancy.
17          He goes on to say:  The above cytologic
18  findings are suggestive but not diagnostic for
19  carcinoma of the lung.  A diagnosis of
20  mesothelioma cannot be made from this material,
21  and, indeed, mesothelioma should not be diagnosed
22  based on cytologic specimens alone.
23      Q.  He gives two references for that last
24  opinion, that mesothelioma should not be
25  diagnosed — I don't think he says could but
```

Page 43

```
 1  should not be diagnosed based on cytologic
 2  specimens alone.
 3          The first one appears to be his second
 4  edition of his book, treatise on
 5  Asbestos-Associated Diseases.
 6          Are you familiar with the second
 7  article?
 8      A.  Yes.
 9      Q.  Okay.  Are you familiar enough with that
10  second article cited by Dr. Roggli to state
11  whether or not you believe that that article also
12  would indicate that the diagnosis from
13  cytopathology alone is not sufficient?
14      A.  I don't think that's what that article
15  stated.
16      Q.  And, by the way, that second article,
17  this is actually an article written by — every
18  single author was a member of the United States
19  Canadian Mesothelioma Panel?
20      A.  That's correct.  That's what the article
21  was, was a discussion arising from that panel on
22  the diagnosis of benign versus malignant
23  mesothelial proliferations.
24      Q.  I actually have that with me, and I
25  think I do agree with you at least inasmuch as the
```

Page 44

```
 1  article — the authors indicate — the comments
 2  here concern tissue specimens.
 3          We have purposely chosen not to cover
 4  the issue of purely cytologic diagnosis because
 5  there is considerable disagreement about its
 6  accuracy, which, in some reports, is relatively
 7  low.
 8          Did I read that correctly?
 9      A.  Yes, you did.
10      Q.  Okay.  Now when they say that — they
11  cite to an article for that statement that:  In
12  some reports, is relatively low, regarding the
13  accuracy.
14          And the cite is 15, and that's an
15  article by a group of authors, including
16  Dr. Sugarbaker, which I'm sure you're familiar
17  with.
18          We have 15 right here (indicating).  Are
19  you familiar with this article?
20      A.  I am.  Two of the authors are surgeons,
21  and so they're not pathologists and not skilled in
22  the diagnosis of mesothelioma.
23      Q.  And, for the record, cite 15 is an
24  article by lead author Renshaw entitled The Role
25  of Cytologic Evaluation of Pleural Fluid in the
```

Page 45

```
 1  Diagnosis of Malignant Mesothelioma from the
 2  Journal of Chest, 1997, Volume 111, Pages 106 to
 3  109.
 4          Would you consider that article to be
 5  reliable, a peer-reviewed journal?
 6      A.  Concerning what issue though?
 7      Q.  Well, its topic.
 8      A.  Well, I think that it's an article that
 9  addresses a variety of different issues related to
10  the diagnosis of mesothelioma.
11          But I believe that any assertion that
12  the diagnosis cannot be rendered on cytologic
13  material is inconsistent with the specialty of
14  cytopathology and the experts worldwide that
15  practice that discipline.
16      Q.  So do you dispute the statement that, in
17  some reports, the accuracy of purely cytologic
18  diagnosis of mesothelioma is relatively low?
19      A.  There are some reports.  Those reports
20  are looking at general pathologists, such as
21  Dr. Roggli, rendering a diagnosis of mesothelioma
22  on routine cytology without the skill set to do
23  that.
24          I think if you look at other
25  publications in which cytopathologists are
```

12 (Pages 42 to 45)

DOUGLAS POHL                    9/29/2005  EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

**Page 46**

1  rendering the diagnosis, the accuracy is quite
2  high and is often equivalent to tissue diagnosis.
3  Q.  And that's in the materials that you'll
4  be providing to us?
5  A.  Absolutely.
6  Q.  By the way, did you take any pictures --
7  A.  I did.
8  Q.  -- any photomicrographs?
9  A.  Yes.  I have an electronic version of
10  them, and what I would offer is to e-mail them to
11  the court reporter for you to review.
12  Q.  Do you know how many you took?  I didn't
13  see a notation of how many.
14  A.  Approximately eight or ten
15  photomicrographs.
16  Q.  Did you perform any additional stains to
17  the slides that you had been provided?
18  A.  No, I did not have a paraffin block
19  available.
20  Q.  I thought you said -- I thought number 2
21  in your report said you had a paraffin block.
22  A.  That's from the bronchial washings taken
23  during bronchoscopy.  It's not from the pleural
24  fluid.
25  Q.  Would you have been able to make slices

**Page 47**

1  on that block and do preparations and do some
2  staining?
3  A.  I could have, but I would not have found
4  it useful because the differential diagnosis in
5  this case is clearly one of malignant versus
6  benign mesothelial proliferation.
7  So doing special stains would only be
8  helpful in distinguishing an adenocarcinoma from a
9  mesothelioma and, from a cytologic perspective,
10  this is clearly a mesothelial tumor.
11  Q.  Bronchogenic carcinoma has no
12  mesothelioma origin?
13  A.  That's correct.
14  Q.  Have you seen the certificate of death
15  in this case?
16  A.  I have not.
17  Q.  Do you know if an autopsy was performed?
18  A.  I don't believe it was.
19  Q.  You mentioned earlier that there was --
20  that there was no other sources of material, but
21  an autopsy could have been done in this case and
22  wasn't, true?
23  A.  I don't know if an autopsy could or
24  couldn't have been done.  There's nothing in the
25  records that indicate that the treating physicians

**Page 48**

1  requested one or saw a need for one.
2  Q.  I'll hand you the certificate of death
3  listing pulmonary -- or respiratory failure and
4  pulmonary carcinoma as the cause of death.
5  Did I read that correctly?
6  MR. NOVAK:  You incorrectly read it.
7  THE WITNESS:  It says:  Respiratory
8  failure and pulmonary cancer.
9  Q.  (BY MR. PETEREIT)  Pulmonary cancer, I
10  apologize.
11  MR. NOVAK:  So what's your question?
12  Q.  (BY MR. PETEREIT)  The doctors --
13  everyone treating Mr. Gardea up to his passing had
14  essentially written this off as a bronchogenic
15  carcinoma or pulmonary cancer?
16  A.  From the records I had, that's not the
17  case.  I found no evidence in the records that
18  anybody has diagnosed him as having lung cancer.
19  Q.  Was that the number one suspicion in the
20  medical records that you reviewed?
21  A.  I certainly think there was some concern
22  about it because of the bilateral hilar masses,
23  but the physicians repeatedly stated that they had
24  been stable for five years, which would be
25  inconsistent with a malignancy, and, therefore,

**Page 49**

1  they did not feel that he had a malignancy.
2  MR. PETEREIT:  Can we make that an
3  exhibit as well, please?
4  THE REPORTER:  Sure.
5  (Defendants' Deposition Exhibit No. 6
6  was marked for identification by the reporter.)
7  Q.  (BY MR. PETEREIT)  Did you see any
8  reference in the medical records you reviewed of
9  the doctors based on that five-year consistency in
10  the two tumors or apparent tumors, the masses --
11  let's call them lung masses -- that was more
12  suggestive of silicosis?
13  A.  I think that was discussed, that it was
14  a benign process, quote, like silicosis.
15  Q.  And silicosis can cause death, can it
16  not, advanced?
17  A.  If it produces pulmonary silicosis, yes.
18  I saw no evidence of that in Mr. Gardea.
19  Q.  What would you have been looking for or
20  seen to show you that there was -- that it had
21  this pulmonary aspect?
22  A.  On x-ray, you see what's been termed a
23  reticulonodular pattern on x-ray, and the x-ray
24  reports that I reviewed never mentioned anything
25  of that type.

13 (Pages 46 to 49)

DOUGLAS POHL                    9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 50

1  Q. Dr. Segura, in fact, did he not call
2  this a mixed dust pneumoconiosis, including
3  silicosis?
4  A. Yes.
5  Q. Dr. Segura, being board certified in
6  pulmonary medicine and a NIOSH certified B-reader
7  diagnosed silicosis in this case, did he not?
8  A. Silico-anthracosis is very common.
9  That's found probably in you and I. He called it
10 chronic simple silicosis.
11 Q. And pulmonary asbestosis?
12 A. Yes.
13 Q. To a degree of medical certainty,
14 reasonable medical certainty?
15 A. Correct.
16 Q. He also found chronic obstructive
17 pulmonary disease with bullous emphysema, true?
18 A. Yes.
19 Q. Both of those are caused not by asbestos
20 but more likely by smoking, true?
21 A. That's correct.
22 Q. And Mr. Gardea had a very significant
23 long history of smoking, did he not?
24 A. Thirty-two years worth, yes.
25 Q. And if you feel qualified to give this

Page 51

1  opinion, do you believe that that is a significant
2  enough smoking history to produce bullous
3  emphysema, or would you normally expect a much
4  higher pack-year history?
5  A. No, that's about the level of smoking
6  that would produce emphysema.
7  Q. When did Mr. Gardea pass away, if you
8  know?
9  A. He died on 9-12-02.
10 Q. Did you note that Mr. Gardea had a
11 reported history of asthma in any of the medical
12 records you reviewed?
13 A. Yes.
14 Q. Did you note that his father died of
15 silicosis at the age of 56?
16 A. Yes.
17 Q. What is your opinion as to whether or
18 not Mr. Gardea may have been exposed to secondary
19 silica dust from any clothing that his father may
20 have brought home?
21 A. I don't have any evidence one way or
22 another. I just don't know.
23 Q. Is it possible?
24 MR. NOVAK: Object to the form of the
25 question. Calling for speculation.

Page 52

1  THE WITNESS: I don't know.
2  Q. (BY MR. PETEREIT) Have you ever given
3  an opinion in a case of mesothelioma in which it
4  was an alleged household exposure?
5  A. Yes.
6  Q. And your opinion, I assume, was that the
7  wives or the children that had developed
8  mesothelioma had obtained their dose from the
9  clothing of their husbands, spouses, boyfriends,
10 brothers, and sisters?
11 A. That's correct.
12 Q. So my question is: Taking that to the
13 silica side, is it possible then that if
14 Mr. Gardea's father had enough exposure to kill
15 him at the age of 56 that he could have been
16 bringing home silica dust to his family?
17 MR. NOVAK: Object to the form of the
18 question. It's calling for speculation, and
19 you're extrapolating one against the other.
20 That's why it's inappropriate.
21 MR. PETEREIT: It's "objection to form"
22 in Texas, Counsel.
23 MR. NOVAK: I'm allowing you to -- I'm
24 giving you more specifics so you can try to fix it
25 if you want. Otherwise, you're going at your own

Page 53

1  peril.
2  THE WITNESS: The literature on
3  household mesothelioma exposure is very rich, but
4  I'm unaware of any literature of any significance
5  concerning household silica exposure. So I just
6  don't think so.
7  Q. (BY MR. PETEREIT) Would you defer to an
8  industrial hygienist or somebody familiar with the
9  way that dusts may be placed into the air, put
10 into breathing zones, their retention on clothing,
11 and any studies done in that regard?
12 A. Specific to silica, sure.
13 Q. Do you know anything about the actual
14 physical features of a silica dust versus an
15 asbestos dust to indicate that it would behave
16 differently in the air or in its deposition upon
17 clothing?
18 A. Yes.
19 Q. What is that?
20 A. Silica tends to be round. It's not
21 retained or aerodynamic in the air, whereas
22 asbestos is more thin and needle-like and,
23 therefore, is aerodynamic. Therefore, asbestos
24 stays in the breathing zone longer than silica.
25 The other issue is that asbestos readily

14 (Pages 50 to 53)

DOUGLAS POHL       9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 54

1   transmigrates from the lung to the pleura, whereas
2   silica does not.
3       So there's been no study that shows that
4   silica plays any role in mesothelioma whereas
5   clearly asbestos does.
6     Q. When Dr. Segarra refers to this as
7   chronic simple silicosis and pulmonary asbestosis,
8   in your opinion, the "simple" word, does that
9   modify both silicosis and asbestosis?
10    A. To be honest with you, I don't know what
11   he means by that term.
12     MR. NOVAK: If we can find him after
13   this hurricane, we'll all ask him. Last I heard
14   he was clutching to his chimney on his house.
15     Q. (BY MR. PETERBIT) Did you note
16   anything, any social history or work history,
17   occupational history in the medical records that
18   you reviewed that Mr. Gardea had worked in gold
19   mines for between 10 and 20 years?
20    A. No.
21     Q. Would that have been significant to you
22   with regard to any potentialities for dust
23   exposures?
24    A. Well, certainly in a mining environment,
25   he would have had dust exposure, but I would need

Page 55

1   to know more.
2     Q. That wasn't reported to you by the
3   Hissey Kientz Law Firm in his work history?
4    A. That's correct.
5     Q. It wasn't in Dr. Segarra's report?
6    A. Correct.
7     Q. All I have is my computer with me.
8   Since you don't have those medical records, if you
9   don't mind, I'd like to bring this up to you just
10   to review a couple medical records.
11    A. Sure.
12     Q. You're probably getting used to this.
13   As technology comes along, I guess lawyers have to
14   adapt too.
15     MR. NOVAK: Are you going to put an
16   exhibit sticker right there (indicating)?
17     MR. PETERBIT: I'll be more than glad
18   to --
19     MR. NOVAK: I want to attach that.
20     MR. PETERBIT: I'm going to call these
21   out by page numbers, and if you'd like for me to
22   get a copy of these to the court reporter,
23   Mr. Novak, I'd be certainly willing to do that.
24     MR. NOVAK: Let's just see what your
25   questions are first.

Page 56

1     MR. PETERBIT: Sure.
2     Q. (BY MR. PETERBIT) Doctor, can you see
3   my screen okay? I'll make sure I've got the
4   brightness all the way up.
5    A. Yes, I sure can.
6     Q. Okay. Let's first go up here to the top
7   so you can see the authenticating affidavit from
8   the records custodian.
9       Well --
10     MR. NOVAK: Why don't you just ask your
11   questions. I'm not going to worry about
12   authentication right at the moment.
13     MR. PETERBIT: Well, okay. But I guess
14   it needs to see the CD to review the records.
15     MR. NOVAK: Somehow I think Weinstein on
16   evidence still hasn't taken this into
17   consideration.
18     MR. ZOELLER: Safe bet.
19     Q. (BY MR. PETERBIT) It's not going to
20   cooperate now. Let's just do it again.
21      Don't give me that.
22     MR. NOVAK: John, is there a particular
23   question?
24     MR. PETERBIT: There's a lot of
25   questions. There's a lot of them here. I'm

Page 57

1   sorry. Just bear with me here.
2     Q. (BY MR. PETERBIT) Okay. Here we go,
3   the records from Lyndon Baines Johnson General
4   Hospital in Houston, Texas.
5      And my first record I'd like to point
6   out to you -- actually have you seen any
7   indications in the medical records that you
8   reviewed of a prior finding of pneumonia in
9   Mr. Gardea?
10    A. Yes.
11     Q. Pneumonia can cause fibrotic changes in
12   the interstitial lung spaces, true?
13    A. Yes.
14     Q. I'll go to Page 27 of 192.
15     MR. NOVAK: Off the record.
16      (Thereupon, there was a discussion held
17   off the record.)
18     Q. (BY MR. PETERBIT) Okay. Page 27, this
19   is a discharge summary. Let's see where it's
20   from. Doctors Kamal Gupta and Bavaray Arusha
21   (phonetic). It appears the admission date was
22   January 4th of 2000 and a discharge of January
23   12th.
24      Under the heading of Social History,
25   you'll note that it says: He was a construction

DOUGLAS POHL                    9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 58

1  worker in the United States, and he relates a
2  history of exposure to silicosis after working in
3  the mines in Mexico for 20 years but, during the
4  construction, did not give any history of exposure
5  to asbestos.
6        Do you see that?
7        (Mr. Zoeller left the room.)
8        THE WITNESS: Yes.
9        Q. (BY MR. PETEREIT)  And this was a time
10 that Mr. Gardea had not sought legal counsel.  He
11 was merely trying to get better by talking to his
12 doctors, true?
13       A. I don't know the circumstances, but
14 clearly he reports working in the mines, I assume,
15 when he was very young in Mexico and then was
16 unaware that he had been exposed to asbestos in
17 the construction industry.
18       Q. It also relates that his father had died
19 of silicosis at the age of 56 under the family
20 history?
21       A. Yes.
22       Q. By the way, what is pulmonary edema, and
23 did that in any way come into your differential
24 diagnosis in this case?
25       A. Pulmonary edema is the accumulation of

Page 59

1  water in the lung, and it did not enter into my
2  diagnostic consideration.
3        Q. Further down in this report, this is on
4  Page 28, the doctor is -- let's see what he's
5  doing here.  This is the Hospital Course heading,
6  Page 3 of 3.
7        A. Yes.
8        Q. The report that a CT scan had been read
9  as showing a right hilar mass consistent --
10       THE REPORTER:  A right what mass, I'm
11 sorry?
12       MR. PETEREIT:  Hilar, h-i-l-a-r.
13       THE REPORTER:  Thank you.
14       MR. NOVAK:  You can see it right there
15 (indicating).
16       Q. (BY MR. PETEREIT) -- mass consistent
17 with bronchogenic carcinoma, bilateral dependent
18 pleural effusion, and, what is that, approximately
19 1.8 centimeters right lower paratracheal and
20 periaortic lymph nodes.
21       (Mr. Zoeller entered the room.)
22       Q. (BY MR. PETEREIT)  What does the lymph
23 node reference there?  You have to bring me up to
24 speed on what they're talking about.
25       A. In the middle part of the chest is

Page 60

1  called the mediastinum.  The trachea, which is the
2  main airway that extends back there, it has lymph
3  nodes along it, and so he's referring to the ones
4  in the lower part of the trachea as well as lymph
5  nodes that surround the aorta that runs right near
6  the trachea.
7        Q. Is it saying that that's where the
8  effusion was found, or is it merely just
9  describing the size of those lymph nodes?
10       A. No, I think what he's describing is the
11 pleural effusion and then separately lymph nodes
12 that were almost two cm. in size.
13       Q. What is a dependent pleural effusion as
14 compared to an independent pleural effusion?
15       A. It means that it flows with gravity.  So
16 if somebody is standing, it will be in the lower
17 part of the chest.  If they lay down, it will be
18 in the posterior part of the chest.
19       Q. Thank you.
20       Let's jump down here to Page 53 of 192.
21 These appear to be dated January 9th of 2000.
22 These would appear to be progress notes from, it
23 says, Team MS3, Roman numeral III, Team D Progress
24 Note.
25       A. No, that means it's a medical student.

Page 61

1  A year three medical student wrote the progress
2  note.
3        Q. Would that have been something that a
4  doctor was dictating to him to write down in usual
5  practice, or this is just something from his
6  observation?
7        A. This is his progress note.  Typically
8  they're cosigned by somebody at the bottom after
9  the medical student signs it.  I don't know if
10 that was the case here.
11       (Mr. Shepherd left the room.)
12       Q. (BY MR. PETEREIT)  Okay.  We can look
13 down at that.
14       Can you read where it says:  He reports
15 this morning that he was -- I'm sorry:  That he,
16 something, worked in the mines before for
17 approximately ten years, from approximately 1947
18 to 1957, and that he has silicosis, no other
19 complaints?
20       A. Yes, I see that.
21       MR. RICE:  What page is that?
22       Q. (BY MR. PETEREIT)  You probably read
23 doctor scribble better than I do.
24       MR. RICE:  What page is that?
25       MR. PETEREIT:  That's Page 53 of 192.

16 (Pages 58 to 61)

DOUGLAS POHL                         9/29/2005    EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 62

1   MR. NOVAK:  They do their best work at 5
2  a.m.
3       MR. PETEREIT:  He was burning the
4  midnight oil on that one.
5       Q. (BY MR. PETEREIT)  Let's see if there
6  was actually somebody that signed off on this one.
7       A. Yes, multiple.
8       Q. Going on to Page 55 of 192, a pulmonary
9  fellow addendum, dated 1-9 of 2000 at, what, 2:10
10  in the afternoon, reports of a long tobacco
11  history.  Suspect COPD.  And then it says:  Who
12  worked as a cement worker.
13       Is this the first -- your first
14  indication that he may have been working as a
15  cement worker?
16       A. Yes.
17       Q. Is there the potential for exposure to
18  airborne asbestos fibers, from your experience, to
19  cohorts of cement workers?
20       A. If they were working with a cement-based
21  asbestos product, absolutely.
22       Q. That's been repeatedly -- one would have
23  no problem finding articles in peer-reviewed
24  medical literature regarding asbestos-exposed
25  cement worker populations?

Page 63

1       A. That's correct.
2       MR. RICE:  I'm sorry, could you repeat
3  the page number on that again?
4       MR. PETEREIT:  55 of 192.
5       MR. RICE:  Thank you.
6       Q. (BY MR. PETEREIT)  Let's go to 61 of 192
7  now, a continued doctor's note from 1-10 of 2000.
8       Do you see here:  On further
9  consultation -- I don't know what that means.
10       A. Conversation with Mr. Gardea.
11       Q. Does that say "he reports"?
12       A. Uh-huh.
13       Q. And what does that -- well, he
14  reports --
15       (Mr. Shepherd entered the room.)
16       Q. (BY MR. PETEREIT) -- something past
17  occupational history?
18       A. It almost looks like "intensity" or
19  "industry past occupational history."
20       MR. NOVAK:  "Interesting"?
21       THE WITNESS:  Or "interesting past
22  occupational history."
23       MR. PETEREIT:  Good job.  Good job.
24       Q. (BY MR. PETEREIT)  Underneath there are
25  two bolded points, one gold mining for ten years

Page 64

1  between 10s and 20s ago --
2       A. Correct.
3       Q. -- in other words, when he was very
4  young, and then:  Cement business -- I have no
5  idea what that says in parentheses -- for 40
6  years.  "Paving" maybe.
7       MR. NOVAK:  It looks like "pouring."
8       Q. (BY MR. PETEREIT)  So we have another
9  reference to a doctor taking an occupational
10  history of a 40-year cement business work history,
11  true?
12       A. Yes.
13       Q. And in none of -- still, we have yet to,
14  in any of these occupational histories being taken
15  by his doctors, see any reference to insulation
16  petrochemical refinery work, or asbestos exposure,
17  true?
18       A. Not in these records, that's correct.
19       Q. But based on what you've been told and
20  represented about this case, certainly by 2000, he
21  had been reported to have been working as an
22  insulator in foundries and refineries, true?
23       A. That was reported to me later, after
24  these notes.
25       Q. Do you know -- well, 1960 to 1978, is

Page 65

1  that about when it says that he would have been
2  working in these locations?
3       A. Yes.
4       Q. And those were all prior to 2000 --
5       A. Correct.
6       Q. -- when he gave his past occupational
7  history to his physicians?
8       A. Yes.
9       Q. Do you know the source, by the way, of
10  that block that we were -- the pathologic block,
11  paraffin block, did that come from pleural fluid?
12  Do you know if that was from a needle biopsy?
13       A. Bronchial washings.
14       Q. Okay.  It was bronchial washings.
15       That will help me out then here.  Do you
16  see that -- there's a reference to his history of
17  silicosis, and he's undergone --
18       A. Workup by CT, bronchoscopy, and
19  transthoracic needle biopsy about three years ago.
20  At this time, told this was either cancer or
21  silica.
22       MR. RICE:  What page is this?
23       MR. NOVAK:  61.
24       MR. PETEREIT:  This is 61 still.
25       Q. (BY MR. PETEREIT)  So there appears to

DOUGLAS POHL                    9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

**Page 66**

1  have been a needle biopsy. That would have
2  actually been a core, needle core biopsy of some
3  actual tissue?
4      A. That's correct.
5      Q. That might still exist out there for us
6  to potentially do some pathologic evaluation on?
7      A. Possibly. The implication from the note
8  is that it was non-diagnostic.
9      MR. RICE: Is that talking about the
10  '80s biopsy?
11      MR. PETEREIT: This is in 2000. It says
12  approximately three years ago. So I'm assuming
13  that's the '97 time frame.
14      MR. RICE: Okay.
15      Q. (BY MR. PETEREIT) They talk about chest
16  x-rays A&P?
17      A. Yes, assessment and plan.
18      Q. Okay. Nodular chest x-rays. Changes
19  bilaterally.
20      Help me read this.
21      A. Left upper lobe and right hilum. It
22  seems only minimally changed over the past three
23  years. These findings are most consistent with
24  progressive massive fibrosis with coalescence into
25  nodules seen in silica and/or other inhalational

**Page 67**

1  dust injuries.
2      Q. Do you agree with that?
3      A. Yes.
4      Q. Now they also talk about something
5  complicating --
6      A. To complicate matters, he has an
7  increased Co2, which limits --
8      MR. NOVAK: Infectious?
9      (Mr. Rice left the room.)
10      MR. NOVAK: That's a tough one.
11      Q. (BY MR. PETEREIT) I won't make you try
12  and do it, but it limits something also.
13  Recommend CT from 1-97 to 1-2000.
14      What's a PPD status?
15      A. That's a tuberculin skin test.
16      Q. Thoracentesis to be com-- --
17      A. Completed.
18      Q. -- completed. No plan for bronchoscopy
19  at this time?
20      A. Correct.
21      Q. Going to Page 66 of 192 -- and actually
22  before I -- would you appreciate the ability to
23  review this additional set of medical records,
24  and, in doing so, do you think it would assist in
25  your providing maybe a supplemental or an addendum

**Page 68**

1  report to your initial report in this case?
2      A. I certainly can add to the database of
3  knowledge I have at present by reviewing these
4  notes, although it won't change my diagnostic
5  impression in this case.
6      Q. Here we have a 1-11-2000, under the --
7  of an abbreviation for what I assume is
8  "respiratory." The signing doctor indicates,
9  Dr. Gupta, I believe --
10      A. Yes.
11      Q. -- that they have compared the '97 and
12  2000 CT scan and radiology attendings, and there
13  is no change in the lung masses over the last
14  three years, making malignancy very unlikely?
15      A. Correct.
16      Q. I assume they're talking about the
17  masses?
18      A. That's correct. And I agree with that.
19      Q. It says: The bilateral pleural
20  effusions are now but are likely transudative.
21      What does that mean, versus exudative?
22      A. When the pleural surface is irritated,
23  fluid will weep across almost as if you were
24  scraping your skin; you get that weeping of fluid
25  off of the skin. Well, that happened inside.

**Page 69**

1  That's a transudate.
2      (Mr. Rice entered the room.)
3      THE WITNESS: An exudate is actually a
4  thicker, more proteinaceous fluid that accumulates
5  as a consequence of cells migrating into the
6  pleural space.
7      Q. (BY MR. PETEREIT) With a pleural
8  effusion in the case of malignant mesothelioma,
9  are they traditionally transudative or exudative?
10      A. They can be either. It depends on the
11  mesothelioma and the extent. But, for the record,
12  I don't believe his effusions in 2000 had anything
13  to do with a mesothelioma.
14      Q. You believe the mesothelioma was --
15  actually, do you have an opinion as to when that
16  would have -- when the onset of that disease was?
17      A. Two years later, in 2002.
18      Q. Let's go to Page 90 of 192. This is a
19  December 18th, '97, letter to Dr. Denson from a
20  Dr. Julio Shahar, who reported to be, on his
21  letterhead, a Diplomate, American Board of
22  Internal and Pulmonary Medicine. It appears to be
23  a pulmonary consult.
24      And, again, he reports that there were
25  x-rays and CAT scans done in '85 to '87 time frame

18 (Pages 66 to 69)

DOUGLAS POHL                          9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 70

1   which suggested lung cancer, but they're similar
2   to the current pictures in '97; that there was
3   biopsies done apparently in the '85 to '87 time
4   frame, that they were negative for malignancy.
5   Similarly a bronchoscopy with biopsy in '97 were
6   again negative for malignancy.
7        Is that what he reports?
8        A.  Yes.
9        Q.  His impression then follows that:
10  Although malignancy suggested, the fact lung
11  changes -- although malignancy was suggested, the
12  fact that lung changes are persistently without .
13  changes, it looks more for chronic scarring and
14  inflammatory changes.
15       Agree or disagree?
16       A.  I would agree with that.
17       Q.  It also indicates the patient is
18  refusing the biopsy procedures, true?
19       A.  Yes.
20       Q.  Do you know what he means when he says:
21  Clinical picture of bronchitis?
22       A.  The typical clinical picture is somebody
23  with a chronic cough that produces sputum.
24       Q.  I'm sorry.  Thank you very much for
25  bearing with me on that one.

Page 71

1        A.  No problem.
2        MR. PETEREIT:  Do you want to take a
3   break?  We've been going --
4        MR. NOVAK:  Let's take an eye break.
5   How about ten minutes?
6        MR. PETEREIT:  That's fine.
7        (A recess was taken at 1:45 p.m.)
8        (Mr. Zoeller left the room.)
9        (Back on the record at 2:03 p.m.)
10       Q.  (BY MR. PETEREIT)  Dr. Pohl, we're back
11  on the record.  Do you, by any chance -- from the
12  cytologic material you reviewed, were you able to
13  give a more specific histologic diagnosis as to
14  what type of mesothelioma this would be?
15       A.  By definition, the cells that were
16  present are the type that would be derived from a
17  tubulocpithelial variant of mesothelioma.
18       Q.  And you stated earlier you believe the
19  diagnosis -- or that the onset of mesothelioma as
20  best you can stage it or place it, is probably in
21  the 2002 time frame?
22       A.  Yes.
23       Q.  Within six months of his passing, I
24  believe?
25       A.  That's when it first clinically

Page 72

1   manifested itself.  It probably arose a year and a
2   half before that.
3        Q.  Would you agree with me that epithelial
4   mesotheliomas typically obliterate the pleural
5   space and encase the lung?
6        A.  In late stages, that's absolutely
7   correct.
8        Q.  Is it your opinion then that
9   Mr. Gardea's mesothelioma was not in the late
10  stages?
11       A.  Certainly there wasn't evidence of that
12  kind of encasement and caking, and that happens
13  quite often, that the mesothelioma kills the
14  patient for other reasons long before it gets to
15  that late stage.
16       Q.  In fact, it's typically the course with
17  mesothelioma patients that some other process, not
18  the actual mesothelioma which kills them, true?
19       A.  I think that's partially true.  Even to
20  this day, it's hard to determine what in a
21  malignancy actually kills a person.
22       It's usually its complications:
23  respiratory failure, pneumonia, invasion of blood
24  vessels, those types of things.
25       Q.  Would you agree that there are a wide

Page 73

1   variety of histologic patterns in mesothelioma?
2        A.  Yes, there are.
3        Q.  And several of those histologic patterns
4   can and do resemble several other types of
5   malignant neoplasms?
6        A.  Yes.
7        Q.  The materials that you were provided,
8   the pathologic materials, were they of sufficient
9   amount and quality to be able to perform
10  ultrastructural studies?
11       A.  No.  Potentially they could be done by
12  doing a removal of a small amount of tissue from
13  the paraffin block, but I didn't have access to
14  that.
15       (Mr. Zoeller entered the room.)
16       Q.  (BY MR. PETEREIT)  And you've already
17  indicated that because this was merely formal and
18  fixed slides there would have been no way to
19  perform any immunohistochemistry?
20       A.  Well, they weren't formal and fixed --
21  well, let me rephrase that.  The cell block would
22  have been formal and fixed.  The smears would have
23  been alcohol fixed.
24       Q.  I guess there was no way we could
25  have -- that anything could have been taken, any

19 (Pages 70 to 73)

DOUGLAS POHL                    9/29/2005    EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 74

1 pathologic material could have been taken from the
2 slides and further immunohistochemical stains
3 performed?
4      A. That's untrue. The slides themselves
5 could be destained and immunohistochemical stains
6 performed, but there would have to be agreement on
7 all sides to the destruction of that material.
8      Q. So that is a possibility that remains in
9 this case?
10     A. Yes.
11     Q. Now I noted that you had indicated
12 receipt -- well, actually you say four H&E stained
13 cell block preparations and two smears. So a
14 total of six slides?
15     A. Yes.
16     Q. And did you take photomicrographs of all
17 six slides?
18     A. I did.
19     Q. If we're able to come to an agreement in
20 this case on all sides and destroy what tissue
21 exists on those slides to perform
22 immunohistochemical stains, would that tissue also
23 be sufficient for ultrastructural studies?
24     A. I think there would be too much
25 artifact, but before you go ahead and destroy

Page 76

1      Q. So we wouldn't able to look at any type
2 of DNA analysis here to see if -- do what is
3 referred to in pathology as a ploidy analysis?
4      A. That could be done from the paraffin
5 block, yes.
6      Q. Would you agree or disagree that a DNA
7 ploidy analysis can be used to distinguish a
8 mesothelioma from other pulmonary carcinomas?
9      A. I would disagree. It can be used to
10 determine a malignant condition from a benign
11 condition in a subset of cases.
12     Q. Are you familiar with the studies or do
13 you agree that mesotheliomas are typically DNA
14 euploid, whereas most adenocarcinomas are
15 aneuploid?
16     A. Correct.
17     Q. You're familiar with Dr. Samuel Hammar?
18     A. Yes, I am.
19     Q. Dr. Hammar is another well-respected
20 pulmonary pathologist which coincidentally also
21 testifies typically for plaintiffs in asbestos
22 litigation?
23     A. That's my understanding.
24     Q. I have in my hand a textbook by
25 Mr. Hammar and Dial --

Page 75

1 these, I would look for the cell block first.
2      Q. Okay.
3      A. It must exist somewhere.
4      Q. You believe there would have been a cell
5 block from the pleural fluid that would have made
6 it to a beam or --
7      A. That's correct. That's what those H&E
8 stained slides were prepared from, and so there
9 must be a paraffin block somewhere.
10     Q. So start with the paraffin block first.
11 If not, we possibly could dissolve, I guess, the
12 slides and get material for immunohistochemical
13 stains?
14     A. That's correct.
15     Q. That word gets me all the time.
16       Is the material that -- from the slides,
17 could you -- are you able to observe under the
18 microscope, at the magnification you're using, DNA
19 or chromosomal changes?
20     A. No.
21     Q. Would that require some type of
22 cytogenic testing?
23     A. Cytogenetic testing, that's correct.
24 Typically that's not done on processed tissue
25 though. It's done on fresh tissue.

Page 77

1       MR. NOVAK: Dr. Hammar, you mean?
2      Q. (BY MR. PETEREIT) -- Dr. Hammar and
3 Dr. Colby and Dial -- Dail -- is it Dail?
4      A. Dail.
5      Q. -- entitled Pulmonary Pathology Tumors.
6       Do you have this treatise in your
7 offices?
8      A. No.
9      Q. Have you ever referenced it or reviewed
10 portions of it?
11     A. Yes.
12     Q. Do you find it to be authoritative?
13     A. Portions of it, yes.
14     Q. On Page 496 of this treatise,
15 specifically in the chapter written by Dr. Hammar
16 on pleural diseases, he states that: Of concern
17 to pathologists and clinicians is the accurate
18 identification of malignant cells in pleural fluid
19 and, in some instances, differentiation of
20 reactive mesothelioma cells from malignant
21 mesothelioma cells or other malignant cells. Our
22 solution to this problem is to study abnormal
23 cells in pleural fluid by electron microscopy and
24 immunohistochemistry.
25       Have you ever seen that before?

20 (Pages 74 to 77)

DOUGLAS POHL                    9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 78

1      I'll show it to you.
2    A. Yes, I'm very familiar with that
3 literature and the attempt to differentiate benign
4 from malignant conditions by a variety of
5 different techniques.
6    Q. Would that be a good thing to do in
7 this case if we're able to, is follow up with
8 immunohistochemistry and ultrastructural studies?
9    A. My own opinion is, in this case, they
10 would not be helpful.
11    Q. And what is the basis of that opinion?
12    A. The fact that I think the cells that
13 are present, from a cytopathologist's view, are
14 clearly malignant, and their histogenesis is
15 clearly from a mesothelioma cell. Therefore,
16 those studies would not add anything to this
17 case.
18    Q. If there were the ability and we are
19 able to, in this case, do an immunohistochemistry,
20 is there a particular battery of stains that you
21 would find particularly useful or more of
22 assistance with cytologic fluid specimens as
23 compared to tissue specimens?
24    A. Well, I think it's important to
25 understand that the reason you'd undertake those

Page 79

1 studies is to differentiate an adenocarcinoma from
2 a mesothelioma.
3      So if we all agree that malignant cells
4 are present, those stains would be helpful in
5 delineating what type of cancer is present in
6 Mr. Gardea.
7    Q. You say, if we all agree they're
8 malignant.
9      Staining would be of no use in
10 differentiating malignant from nonmalignant
11 spots?
12    A. That's correct, because the cells are
13 a mixture of mesothelioma cells, reactive
14 mesothelial cells, and what I believe are
15 malignant mesothelioma cells, and they would all
16 stain the same way with the typical battery used
17 for adenocarcinoma versus mesothelioma
18    Q. Based on any of the stains, the H&E
19 stains were done, would that -- what is the
20 purpose of doing an H&E stain?
21    A. That's the standard stain that's used in
22 pathology. It's a differential stain that stains
23 both proteins and nucleic acids within cells, so
24 it allows a pathologist and cytopathologist to
25 discern the fine cellular detail of a cell to

Page 80

1 determine the disease process.
2    Q. How would we be able to detect the
3 presence of hyaluronic acid in any of the
4 pathology materials we have for Mr. Gardea?
5    A. That's typically done with an alcian
6 blue stain.
7    Q. We could potentially do that from maybe
8 the block or the slides in this case?
9    A. That's correct.
10    Q. And if we did that, would you agree that
11 that would be of assistance in differentiating
12 potential malignant mesothelioma from a metastatic
13 malignant neoplasm?
14    A. I would not. That stain was used in
15 an earlier era, but it's proved to be not very
16 consistent or reliable. So I would not rely on
17 it.
18    Q. Are you familiar with Dr. Henderson's
19 scheme of investigation of suspected
20 mesotheliomas?
21    A. I believe I've seen it. I think it's
22 outdated. He published that some time ago.
23    Q. It was published in '92.
24    A. Right.
25    Q. I want to show it to you. It's listed

Page 81

1 as Figure 5-121 on Page 504 of Dr. Hammar's book.
2      With respect to effusions being present,
3 there's a little sub- -- the graph goes on to the
4 effusion.
5      In the level-one investigation, it
6 references what you have performed, cytopathology.
7      It then references doing a mucin stain,
8 a CEA stain, an EMA stain, electronmicroscopy --
9 what does that say?
10    A. And like the hyaluronic acid stain,
11 immunohistochemistry, and CEA.
12    Q. And then we go on to an evaluation, and
13 then we have no diagnosis or a definitive
14 diagnosis?
15    A. Correct.
16    Q. Of the four or five things listed here
17 on Dr. Henderson's chart, you believe that
18 cytopathology alone is sufficient?
19    A. I do. Again, this chart is almost 14
20 years old. There have been great advances since
21 that point in time, and cytopathology at that
22 point in time was certainly far less precise than
23 it is today.
24    Q. Not being an expert on cytopathology
25 myself, is there anything about the histologic

DOUGLAS POHL                    9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 82

1  features you've reported as seeing on the
2  microscope that would be -- could and would be
3  seen in other cancers?
4      A.  Certainly the variation in nuclear size,
5  the nuclear cytoplasmic ratio changes.
6      The chromatin pattern and nucleoli can
7  be seen in other cancers, but it's also the
8  architecture of the cells that lead you to their
9  histogenesis.
10     So while a zebra and an elephant may
11 both have four legs, they are obviously distinctly
12 different creatures.
13     Q.  Did you actually review any x-ray or CT
14 films?
15     A.  No.
16     Q.  You've reviewed reports of such films
17 and CTs?
18     A.  That's correct.
19     Q.  Do you have any opinion one way or the
20 other as to the diagnosis by Dr. Segarra of
21 asbestosis and silicosis in this case?
22     A.  Only insofar as he's the expert.  I
23 would defer to his opinion on that issue.
24     Q.  Are you familiar with the ILO or the
25 NIOSH B-read form?

Page 83

1      A.  Yes, I am.
2      Q.  Do you have Dr. Segarra's report in
3  front if you?
4      A.  I believe it was here.
5      I have it.
6      Q.  Okay.  First of all, the film quality
7  reported by Dr. Segarra of the chest x-ray is a
8  grade three.
9      Do you see that?
10     A.  Yes.
11     Q.  Would you agree that a grade three
12 film, the definition of that is poor, with some
13 technical defect, and still acceptable for
14 purposes of classification?
15     A.  That's correct.
16     MR. NOVAK:  Hold on just a second.
17     I think I've just heard the third beep,
18 which means, if my math is correct, there's no one
19 else left on the phone.
20     If there is someone on the phone, would
21 they let us know?  Otherwise, we're going to hang
22 up.
23     MR. STEELE:  I'm on the phone.
24     MR. NOVAK:  Thank you.
25     MS. BERNAL:  I am too.  This is Kathryn

Page 84

1  Bernal.
2      Q.  (BY MR. PETEREIT)  On the actual B-read
3  form, Section 4B, Other Symbols, there are several
4  symbols listed down there that the physician can
5  check or cross through.
6      A.  Yes.
7      Q.  And, in this case, Dr. Segarra has
8  crossed through the BU, which is bulla, true?
9      A.  Correct.
10     Q.  The CA, which is cancer of lung or
11 pleura, true?
12     A.  Yes.
13     Q.  And EF, which is effusion?
14     A.  Correct.
15     Q.  Given that Dr. Segarra notes effusions
16 or opacities in all three lung zones on both
17 sides, would you agree that we have a situation
18 here of advanced, progressive fibrotic changes?
19     A.  Yes.
20     Q.  And this would be indicative of late
21 stage or very -- late stage or very serious
22 asbestosis or silicosis?
23     A.  Yes.
24     Q.  Because those typically begin in the
25 lower zones and work their way up; isn't that

Page 85

1  true?
2      A.  That's correct.
3      Q.  Do you entertain any possibility that
4  Mr. Gardea's asbestosis and silicosis may have
5  killed him?
6      A.  No.
7      Q.  In your opinion, that's not even a
8  possibility, in the realm of possibilities?
9      A.  I think it's inconsistent with his
10 clinical history.  He'd been evaluated for these
11 changes which remain consistently stable over the
12 years, and they did not produce his death.
13     It was only upon developing his
14 malignant pleural effusion and mesothelioma that
15 he actually died.
16     Q.  What is your opinion as to whether
17 silica is a direct acting carcinogen or a
18 cocarcinogen?
19     A.  Well, I think that that's been
20 documented in the medical literature for a number
21 of years, but its ability to cause lung cancer
22 specifically is far less than other carcinogens.
23     Q.  The IARC classifies silica as a 2A,
24 which is probably carcinogenic in humans.
25     Is that your understanding?

DOUGLAS POHL.                    9/29/2005    EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

**Page 86**

1  A. Yes.
2  Q. Have you seen any reference in the CT or
3  x-ray reports that you have reviewed that there
4  was any nodular studding in the pleural surface
5  that is indicative of a pleural mesothelioma?
6  A. No.
7  Q. Would you agree that solitary masses is
8  not the typical clinical presentation of a
9  mesothelioma?
10  A. It can be, but that's less common.
11  Usually you don't see anything.
12  Q. And, again, so we're clear, you did not
13  see any evidence of obliteration of the pleural
14  space in any of the records, notations, or
15  radiologic reports?
16  A. By a tumor growth, no, I did not. The
17  pleural space was filled with fluid.
18  Q. Are you able to tell from the pathology
19  material itself whether there was invasion into
20  other tissues?
21  A. No.
22  Q. You would agree that that could be seen
23  if we had some type of a tissue specimen to
24  observe?
25  A. Certainly.

**Page 87**

1  Q. An invasion into other spaces and
2  tissues is highly diagnostic for malignant
3  mesothelioma, true?
4  A. Correct. That's one way you diagnose
5  it.
6  Q. Would you agree that cigarette smoking
7  individuals have a higher incidence of asbestosis?
8  A. No.
9  Q. Do you agree that smoking, at least
10  theoretically, increases the fiber dose retention
11  and rate of penetration?
12  A. I know that's been proposed, but it's
13  never been shown scientifically that that occurs.
14  Q. Does it theoretically make sense based
15  on what smoking does to the body's clearance
16  mechanisms?
17  A. Biologically, it makes sense, but,
18  again, studies of these workers have not shown any
19  difference between the smokers and nonsmokers.
20  Q. Do you know if the United States
21  Canadian Mesothelioma Panel have written with
22  regard specifically to the use of cytopathology
23  for the diagnosis of mesothelioma?
24  A. I don't know. I have not seen anything
25  from them.

**Page 88**

1  Q. Of any of the individuals on the panel
2  which we've referenced this 2000 article from the
3  American Journal of Surgical Pathology earlier, do
4  you know if any of them, that being Dr. Churg,
5  Dr. Colby, Dr. Cagle, Dr. Corson, Dr. Gibbs,
6  Dr. Gilks, Dr. Grimes, Dr. Hammar, Dr. Roggli, or
7  Dr. Travis, have a specialty concentration in
8  cytopathology?
9  A. I don't believe any of them do.
10  Q. Do you have any familiarity with how
11  prevalent that specialty is as far as people
12  obtaining certification?
13  A. It's quite prevalent. In fact, in the
14  last five years, there's been an active move by
15  pathology groups nationwide to hire a
16  cytopathologist to work within their groups. I
17  believe in pathology, it is the most common
18  subspecialty.
19  Q. Do you believe that cytopathology is far
20  enough along that it has replaced actual tissue
21  specimens as the gold standard for diagnosis?
22  A. In many areas. For example, I evaluate
23  thyroid aspirates on a regular basis for the
24  Cleveland Clinic, and that is widely acknowledged
25  as a diagnostic entity that prevents people from

**Page 89**

1  having thyroidectomies unnecessarily.
2  Q. Would you agree that observations
3  regarding the gross distribution and morphologic
4  features of a tumor or tumors is very – are very
5  important elements in the diagnosis of malignant
6  mesothelioma?
7  A. In certain difficult cases, that's true,
8  but certainly most cases are straightforward and
9  do not require that kind of investigation.
10  Q. Are they important elements though?
11  That's my question.
12  A. They can be.
13  Q. Can be.
14  And you would agree that parenchymal
15  pulmonary masses are uncommon in malignant
16  mesotheliomas except maybe in late-stage disease?
17  A. That's true.
18  Q. Would you agree that dominant pulmonary
19  masses should raise suspicions regarding the
20  diagnosis of mesothelioma?
21  A. Not necessarily. Certainly every case
22  is different. In this case, it's clear that those
23  masses are not malignant, and so they have
24  absolutely nothing to do with this man's
25  underlying malignancy.

DOUGLAS POHL                           9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 90

1    Q.  What did you do to exclude a metastatic
2  tumor diagnosis in this case?
3    A.  I don't think there's any evidence in
4  this individual clinically or cytologically of a
5  primary tumor that would have spread to the
6  pleura.
7        And the appearance of the tumor in that
8  pleural fluid is quite different from what you
9  would expect in a metastatic carcinoma from some
10  other site.
11    Q.  What would you expect to find
12  cytologically in a metastatic carcinoma?
13    A.  They tend to be quite pleomorphic.  So
14  the cells have a striking variability in
15  appearance.  That's probably the key feature.
16        And then just the cytologic architecture
17  of the cells, they tend to be cells that don't
18  have the perfectly round and regular architecture
19  of mesothelial cells but rather they show
20  considerable variation in the cytoplasmic and
21  nuclear features.
22    Q.  When you're referring to perfectly
23  round, are you talking about the cytoplasmic
24  borders or the actual nuclear contour?
25    A.  Both.  Typically the mesothelial cells,

Page 91

1  the cytoplasm has a nice, round, regular contour,
2  and the nuclei are oriented within the center of
3  the cytoplasm, which is quite different than
4  metastatic tumors where the nuclei are placed in
5  multiple different locations within the cytoplasm,
6  and there's a lot of variation in cytoplasmic and
7  nuclear architecture.
8    Q.  In the material you observed under the
9  microscope, did you note any necrosis present in
10  the pathology?
11    A.  No, I did.
12    Q.  Did you note or were you able to note
13  mitoses or mitotic changes?
14    A.  Yes, there were mitoses in some of the
15  cells.
16    Q.  How would you — frequent mitoses?
17  Rare?  How would you describe them?
18    A.  I would say an occasional cell showed
19  it.
20    Q.  So you would say an occasional
21  mitoses?
22    A.  Yes.
23    Q.  In your opinion, would you expect — is
24  that what you would expect to find as far as the
25  rate of mitotic changes in a mesothelioma?

Page 92

1    A.  You should expect to see some mitoses,
2  but it depends on the growth rate of the tumor,
3  and so I don't rely entirely on mitotic activity
4  as an index of malignancy.
5    Q.  Let me ask you this question:  You would
6  agree that it has been reported that malignant
7  neoplasms, including mesotheliomas can become
8  dormant for a number of years; would you agree
9  with that?
10    A.  I've never heard that.
11    Q.  You've never heard that?
12    A.  No.
13    Q.  There's no way in your — based on your
14  understanding of pathology, there's no way that
15  this could have been a mesothelioma or an
16  adenocarcinoma back in the '85, '86 time frame
17  that laid dormant until later years?
18    A.  No.
19        (Mr. Shepherd left the room.)
20    Q.  (BY MR. PETEREIT)  What is different
21  about the cytology that you reviewed and saw that, in
22  your mind, enables you to rule out a reactive
23  mesothelioma change?
24    A.  I think we've been through this before.
25  Even in an exuberant, reactive condition, you'll

Page 93

1  never see more than a twofold variation in nuclear
2  size.  That's one of the key features.
3        Typically in a reactive process, not
4  only do the nuclei get larger but the cytoplasm
5  enlarges proportionately with it, whereas in a
6  malignant process, the cytoplasm stays the same in
7  volume.  The nuclei get bigger, causing what we
8  call an increased N/C ratio.
9        And then there's the chromatin pattern
10  in the nuclei.  Remember that when a cell becomes
11  malignant, the DNA is irregularly distributed
12  within the chromatin.
13        So it produces a darker and more clumped
14  appearing chromatin pattern, whereas in reactive
15  cells, the chromatin, because it is normal,
16  remains finely distributed throughout the nuclei.
17        So these are some of the cytologic
18  features that we look for.
19    Q.  Dr. Roggli, in his second edition of his
20  treatise, Asbestos-Associated Diseases — or
21  Pathology of Asbestos-Associated Diseases, makes a
22  statement on Page 115 of Chapter 5 on mesothelioma
23  and I should note that this is authored by
24  Drs. Sporn and Roggli — they state that:
25  Although now commonplace usage — although with

24 (Pages 90 to 93)

DOUGLAS POHL                    9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

**Page 94**

1   the now commonplace usage of immunocytochemistry
2   in the evaluation of cytologic material, the
3   pathologist may become highly suspicious of the
4   diagnosis of mesothelioma.  It remains our
5   practice and that of others to treat exfoliative
6   and aspiration biopsy specimens as screening tests
7   and to rely on tissue test specimens to secure the
8   diagnosis.
9         Agree or disagree?
10  A.  I know they state that, but that's their
11  view of the world.  It certainly is inconsistent
12  with those who specialize in cytopathology and
13  practice it on a day-to-day basis.
14  Q.  I note that one of the cites to his
15  statement that others practice that as well is --
16  I'll show you.
17        At the end of his little string cite
18  where he says that it is the practice of others
19  to -- do you see where he cites to footnote or
20  endnote 2, 15, and then 139 through 152?
21  A.  Yes.
22        (Mr. Shepherd entered the room.)
23  Q.  (BY MR. PETE)  If you go to the endnote
24  section, I note that 15 is by Dr. Hammar.
25        MR. NOVAK:  So what's your question?

**Page 95**

1   Q.  (BY MR. PETEREIT)  Do you see that
2   chapter?  It's a chapter on pleural diseases from
3   Pulmonary Pathology, second edition?
4   A.  From 1994, that's an ancient textbook.
5   Of course Dr. Hammar in that point in time would
6   have, as I would have, would have recommended
7   tissue biopsy.
8   Q.  Have you spoken with Dr. Hammar — I'm
9   sorry, did I cut you off?
10  A.  No.
11  Q.  Have you spoken with Dr. Hammar recently
12  to update what you believe his opinions are
13  regarding the usage of cytopathology for
14  diagnostic purposes?
15  A.  I have not spoken to him directly, but
16  I've certainly read some of his deposition
17  transcripts, and I believe, in 2005, his opinion
18  would be quite different.
19        I think that he would say that there are
20  cytologic specimens in which a diagnosis of
21  mesothelioma can be rendered to a hundred percent
22  degree of certainty.
23  Q.  Do you know if Dr. Hammar has been
24  consulted in this case?
25  A.  I don't know.

**Page 96**

1   Q.  Do you have any specific case names
2   that come to the top of your mind as to case
3   depositions you've reviewed of Dr. Hammar in which
4   he has given you an indication that would be his
5   position today?
6   A.  I don't remember them offhand, but it
7   was a case from Goldberg, Persky that I read his
8   deposition in.
9   Q.  Goldberg, Persky being a law firm?
10  A.  Yes.
11  Q.  Do you know what state they're out of?
12        MR. NOVAK:  Pittsburgh, Pennsylvania.
13        MR. PETEREIT:  Thank you, Mr. Novak.
14  Q.  (BY MR. PETEREIT)  Do you know what year
15  that deposition was given?
16  A.  It was last year, 2004.
17  Q.  Did you, by any chance, attend the
18  International Academy of Pathologists conference
19  in Amsterdam last year?
20  A.  No.
21  Q.  Have you reviewed any of the materials
22  that came out of that conference?
23  A.  No.
24  Q.  Do you know if cytopathology and the
25  diagnosis of mesothelioma was a topic of

**Page 97**

1   discussion?
2   A.  I don't know.
3   Q.  How often do you attend or are you
4   required to attend continuing legal education type
5   courses?
6   A.  Continuously.
7        MR. NOVAK:  Legal?
8   Q.  (BY MR. PETEREIT)  I'm sorry, continuing
9   professional.  I'm so used to doing CLEs.  I
10  apologize.
11        How frequently are you required or do
12  you, as just a matter of course, attend
13  professional learning and continuing learning
14  education courses?
15        (Mr. Rice left the room.)
16        THE WITNESS:  Well, it depends on the
17  licensure requirements of the state, but most
18  states require, during biannual reappointment, at
19  least 80 or 100 continuing medical education
20  hours.
21        (Mr. Rice entered the room.)
22        THE WITNESS:  So I, for a comparison,
23  usually rack up about 250 to 300 during a two-year
24  period.  So I'm very active in pursuing continuing
25  education.

25 (Pages 94 to 97)

DOUGLAS POHL                    9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 98

1  Q. (BY MR. PETERBIT) What states are you
2  currently licensed in to practice medicine?
3  A. Maine.--
4  Mr. NOVAK: Asked and answered.
5  MR. PETERBIT: I'm sorry.
6  THE WITNESS: Maine, Florida, and
7  Massachusetts.
8  Q. (BY MR. PETERBIT) Have you ever been
9  licensed in Texas?
10  A. No.
11  Q. Do you still practice primarily out of
12  Maine?
13  A. No, Florida.
14  Q. Florida now.
15  It's probably on your CV, and if it is,
16  just tell me. How many articles have you specific
17  written regarding the use of cytopathologic
18  materials for the diagnosis of malignant
19  mesothelioma
20  A. None.
21  Q. Have you authored any articles with any
22  potential relevance to the use of cytopathology
23  in the diagnosis of tumors?
24  A. No. Others have done that, but not
25  me.

Page 100

1  are most commonly due to metastatic
2  adenocarcinomas of the lung or breast?
3  A. Yes.
4  Q. Number three, I believe, would be
5  lymphomas as far as percentage-wise?
6  A. I'm not -- I don't believe. In my
7  experience, lymphomas are quite rare in the
8  pleural space.
9  Q. No, I meant as far as when you see
10  malignant pleural effusions, would you agree that,
11  where you see them, typically the top two would be
12  metastatic adenocarcinoma; number two would be
13  breast cancer; number three would be probably
14  lymphomas, or do you see malignant --
15  A. No, I think number three would be upper
16  gastrointestinal malignancies, and number four
17  would be gynecologic malignancies in women.
18  Q. Is the cytology we looked at here what
19  you would call an exfoliative cytology?
20  A. Yes, that's exactly what it is.
21  Q. In Dr. Roggli's book -- again, this is
22  Chapter 9 entitled Cytopathology of
23  Asbestos-Associated Diseases, by Dr. Sporn --
24  under the heading Benign Effusions, Dr. Sporn
25  writes that: Benign effusions may result in the

Page 99

1  Q. Do you -- I'll let you produce what
2  you're going to produce instead of asking you
3  what the most recent one that you're familiar
4  with was.
5  What is blebbing?
6  A. It's when the airspaces in the lung
7  break down, forming larger airspaces that grossly
8  look like bubbles beneath the pleura, and that's a
9  bleb.
10  Q. Would you agree or disagree that there's
11  a greater risk in an ex-smoker than of a nonsmoker
12  of being diagnosed with lung cancer even 20-plus
13  years after quitting smoking?
14  A. Yes, there is persistent risk even 20
15  years out.
16  Q. Would you agree or disagree that the
17  interpretation of pleural fluid cytology specimens
18  can be hindered by regional inflammation or
19  infection which may lead to the false-positive
20  diagnosis of malignancy?
21  A. I would disagree. In the hands of a
22  competent cytopathologist, they would be aware of
23  those changes.
24  Q. Would you agree that between 40 and 80
25  percent of pleural effusions that are malignant

Page 101

1  exfoliation of mesothelioma cells with striking
2  cytologic atypia, including large size and nuclear
3  abnormalities such as multinucleation.
4  Misinterpretation of reactive changes in
5  mesothelium as malignant mesothelioma or carcinoma
6  constitutes a major pitfall in exfoliative
7  cytology.
8  Do you agree or disagree with that
9  statement?
10  A. I agree. General pathologists not
11  trained in cytopathology may incorrectly render
12  diagnoses of malignancy, and I've seen that on
13  multiple occasions.
14  That's why the cytologic diagnosis of
15  mesothelioma should be reserved to
16  cytopathologists who are skilled in making that
17  diagnosis.
18  Q. I assume you disagree with his statement
19  on Page 239 that: On cytologic grounds alone, it
20  may be difficult or impossible to distinguish
21  metastatic adenocarcinoma from primary
22  malignancies of the serosal membranes, i.e.,
23  malignant mesothelioma.
24  A. In certain cases, that's absolutely
25  correct.

26 (Pages 98 to 101)

DOUGLAS POHL                    9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 102

1    Q. Did the cytology you reviewed have a
2  three-dimensional feature to the cells?
3    A. Parts of it, in the papillary clusters
4  and the acinar clusters, but most of it was a thin
5  section, so it wasn't three-dimensional.
6    Q. Would you characterize the cells as
7  being tight, a tight pattern, groupings together
8  in the population you described?
9    A. Well, it's a mixture. Some of them were
10 separated from each other, and others were formed
11 into papillary and acinar structures.
12   Q. Did you observe a high nuclear to
13 cytoplasmic ratio?
14   A. Yes, I did.
15   Q. Did you note nuclear membrane
16 irregularities?
17   A. I did.
18   Q. Pleomorphism?
19   A. Yes.
20   Q. Hyperchromasia?
21   A. Yes.
22   Q. Prominent nucleoli?
23   A. In some of the cells, yes.
24   Q. I guess we wouldn't be able to —
25 without doing stains, you wouldn't be able to talk

Page 103

1  about the demonstration of mucin in any of the
2  cells, right?
3    A. Well, certainly the cytoplasm didn't
4  show any vacuoles, so I wouldn't expect to find
5  mucin.
6    Q. Would you agree that the demonstration
7  of mucin in cells is strongly suggestive of
8  malignancy?
9    A. In a pleural effusion, yes.
10   Q. We just went through some of the
11 pathologic features that you found in this
12 pathology, including the high nuclear to
13 cytoplasmic ratios, nuclear membrane
14 irregularities, pleomorphism, hyperchromasia, and
15 prominent nucleoli.
16   Dr. Sporn, on Page 238, going on to Page
17 239, gives every single one of those and describes
18 them as being characteristic of carcinomatous
19 pleural effusions?
20   A. Which is another term for malignant.
21 They can be — carcinoma is a malignancy.
22 Mesothelioma is a carcinoma.
23   Q. Thank you.
24   Would you agree that no cytologic
25 feature is diagnostic of malignant mesotheliomaNo

Page 104

1  single cytologic feature, that's correct. You
2  have to collect the data, the view of the cells to
3  come up with that diagnosis.
4    Q. Would you agree that papillary
5  aggregates within the cytologic specimen can be
6  seen in both the pleural mesothelioma and also
7  adenocarcinoma?
8    A. Yes.
9    Q. In your opinion, can papillary
10 aggregates be found in benign effusions?
11   A. On occasion, you can see what's called
12 papillary mesothelial hyperplasia, so then
13 cytologic appearance of the cells becomes very
14 important.
15   Q. Would you describe the population of
16 exfoliated cells in the cytology reviewed as being
17 uniform?
18   A. No.
19   Q. Agree or disagree that a uniform
20 population of exfoliated cells favors mesothelioma
21 over adenocarcinoma?
22   A. I disagree. Usually when they're —
23   (Dial tone.)
24   MR. NOVAK: Just turn it off.
25   (A recess was taken at 2:49 p.m.)

Page 105

1    (Mr. Rice left the room.)
2    (Mr. Zoeller left the room.)
3    (Back on the record at 2:50 p.m.)
4    MR. PETERET: We're back. Is everybody
5  still here?
6    MR. LaBOON: Yes.
7    MR. PETERET: Sorry about that.
8    MR. LaBOON: Okay. Thanks.
9    MR. PETERET: We're going to take a, I
10 think, two-minute break.
11   MR. SHEPHERD: We'll just gather the
12 guys.
13   (Mr. Shepherd left the room.)
14   MR. NOVAK: Just keep going. They
15 walked out on their own. If they want to walk out
16 in the middle of the dep, that's their business.
17   THE WITNESS: I need to finish my
18 answer.
19   Q. (BY MR. PETERET) Yes. Please do.
20   A. The answer was no, and the uniform
21 population of cells characterizes a benign
22 process, not a mesothelioma or a malignant
23 metastatic tumor.
24   (Mr. Shepherd entered the room.)
25   Q. (BY MR. PETERET) So when Dr. Sporn,

27 (Pages 102 to 105)

DOUGLAS POHL                    9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

**Page 106**

1  on Page 240, says:  A uniform population of
2  exfoliated cells favors mesothelioma over
3  adenocarcinoma, but this is also a feature of
4  benign effusions, you partially agree, partially
5  disagree?
6      A. Well, I think we're talking about two
7  different things. One is that, in mesothelioma
8  and I had talked about this earlier -- the
9  malignant population of cells appears uniform.
10     They have a cytologic architecture which
11 is less anaplastic and pleomorphic than a
12 metastatic tumor.
13     But the other issue is that, for benign
14 conditions, the cells are small, resemble their
15 cell of origin, they're uniform --
16     (Mr. Zoeller entered the room.)
17     THE WITNESS: -- and you can rule out a
18 malignancy based upon those features.
19     Q. (BY MR. PETEREIT)  Did you find
20 peripheral cytoplasmic blebbing in the cytology
21 you reviewed?
22     A. I don't believe I saw that, no.
23     Q. Would you agree that that would be
24 suggestive of mesothelioma?
25     A. It can be seen in a small population of

**Page 107**

1  cases, but, in my experience, it's not commonly
2  present.
3      Q. What is cell-to-cell apposition?
4      A. It's one cell touching another cell.
5      Q. Did you see that in the cytology in this
6  matter?
7      A. In some areas, yes.
8      Q. Was there the formation of intercellular
9  windows in the pathology that you saw?
10     A. I don't know what he means by that term.
11     Q. Okay.. What about cell cannibalism, do
12 you understand what he means by that?
13     A. Yes. On occasion, a malignant cell will
14 consume another malignant cell. I believe there
15 was some cannibalism of red cells, but I didn't
16 see one malignant cell cannibalizing another.
17     Q. Would you agree with Dr. Spom that
18 cell-to-cell apposition and cell cannibalism are
19 other findings suggestive of mesothelioma?
20     A. Yes.
21     Q. Agree or disagree: The diagnosis of
22 mesothelioma based solely on examination of
23 cytologic specimens even with ancillary studies
24 remains fraught with hazards?
25     A. In some cases, it can be, certainly not

**Page 108**

1  the majority of cases.
2      Q. I believe you testified earlier -- if
3  you didn't, tell me -- that you would certainly
4  have advocated in this case, if possible, the
5  obtaining of a needle biopsy or some type of a
6  tissue specimen?
7      A. Well, in a perfect world, a tissue
8  diagnosis is always preferred by pathologists in
9  general practice over cytology, but when tissue is
10 not available, then you use the best material you
11 have available to render a diagnosis.
12     Q. Dr. Spom says that:  The confirmation
13 of positive cytologic findings with surgical
14 biopsy is advocated by other centers with
15 extensive experience in the care of mesothelioma
16 patients.
17     (Mr. Rice entered the room.)
18     Q. (BY MR. PETEREIT)  It cites to endnote
19 number 45, and I believe that's the Sugarbaker
20 article again.
21     Would you agree with that statement?
22     A. Well, I think it's inconsistent with my
23 own experience.  One of the cases which I will be
24 providing is a diagnosis of malignant mesothelioma
25 was rendered cytologically.  It was confirmed at

**Page 109**

1  the hospital in Boston that Dr. Sugarbaker works
2  on.  And, based upon that diagnosis, he took the
3  patient to surgery and did an extrapleural
4  pneumonectomy.
5      Q. Do you have any familiarity or
6  recollection as to the radiographic presentation
7  of the tumors in that case?
8      A. It was very similar to this one, just a
9  unilateral pleural effusion that was drained.
10     Q. No, but I mean, do you know, was there
11 the typical nodular studding and encasement of a
12 lung or obliteration into the pleural case?
13     A. No. In fact, that was absent, and
14 that's why they undertook the extrapleural
15 pneumonectomy because it was an early stage
16 mesothelioma.
17     Q. Certainly you would agree or advocate
18 that it's necessary, especially in the
19 medical/legal context, to have all possible
20 diagnostic tests performed on tissue, on the tumor
21 tissue, in order to ensure diagnostic certainty?
22     A. Again, I don't believe that's necessary
23 in all cases. In many of the cases, the diagnosis
24 is straightforward.  It doesn't require any
25 special stains.

28 (Pages 106 to 109)

DOUGLAS POHL                    9/29/2005   EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

**Page 110**

1   And, in fact, from large centers like
2   M.D. Anderson and other cancer centers, those
3   straightforward cases never have any
4   immunohistochemistry done on them.
5       Q.  Have you ever done any work for the
6   Motley firm, Motley, Rice?
7       A.  No.
8       Q.  Are you familiar with the issue lung
9   treatise, Pathology of the Lung, by Thurlbeck and
10  Churg?
11      A.  I have a copy of it.
12      Q.  It's a pretty heavy book; that's why I
13  only brought some selected pages today.
14      Did you, by any chance -- actually I
15  believe you found what you would call sharp
16  cytoplasmic boundaries in this cytology.
17      A.  Yes, I did.
18      Q.  You found voluptuous nuclei, otherwise
19  referred to as irregular nuclear contours?
20      A.  That's a funny term, but, yes, I did see
21  that.
22      Q.  I used their word.  They put it in
23  parentheses, "voluptous nuclei."
24      A.  Yes.
25      Q.  I note, in Chapter 32 on Diagnostic

**Page 111**

1   Cytology by Greenberg and Amy, there is a
2   discussion about different lung cancers,
3   adenocarcinomas, and general cytologic features
4   that they would find for those type of tumors.
5       I note that on Page 137 here, when
6   discussing features of adenocarcinomas, they say
7   that acinar and papillary adenocarcinomas are
8   cytologically similar?
9       A.  Yes.
10      Q.  And when talking about the general
11  features of an adenocarcinoma, they talk about the
12  cell arrangements being in cell balls, acinar
13  groups, branching or papillary structures,
14  correct?
15      A.  Correct.
16      Q.  Which is what you have described as
17  being diagnostic of mesothelioma in this case, or
18  at least one that you --
19      A.  One feature contributing to that
20  diagnosis, yes.
21      Q.  They also describe that the nuclei are
22  round to ovoid, which would encompass your
23  findings in this case, true?
24      A.  Yes.
25      Q.  They also describe irregular, smooth

**Page 112**

1   nuclear contours, voluptous nuclei.  You've
2   described that in the case of this cytopathology,
3   true?
4       A.  Yes.
5       Q.  They also describe prominent nucleoli,
6   which you found in this cytopathology, true?
7       A.  No.
8       Q.  You did not?
9       A.  No.
10      Q.  I thought your report did.
11      A.  I think what I described was
12  inconspicuous nucleoli, and that's a major
13  differentiating point between an adenocarcinoma
14  which has very large nucleoli and mesothelioma
15  which has very small nucleoli.
16      Q.  Let's find your report.
17      Prominent and small nucleoli?
18      A.  Small nucleoli.
19      Q.  So when it says prominent nucleoli, you
20  think it means large?
21      A.  Yes.  You can see it from the picture
22  underneath here (indicating).
23      Q.  You pointed me to a picture here.
24      What is the acinar -- because it says:
25  Note acinar grouping and cytoplasmic vacuole.

**Page 113**

1   Can you, with your pen, draw on that for
2   me what they mean by the acinar grouping?
3       A.  It's this round structure (indicating).
4   There is a center, lumen, and then the cells are
5   arranged around it.
6       And then the vacuole that they're
7   talking about is here (indicating).
8       Q.  And they talk about finely to coarsely
9   granular chromatin.  How does that correspond to
10  the chromatin description that you found in this
11  case?
12      A.  Well, what they're saying is it can vary
13  in the adenocarcinomas, and what I found was that
14  it was a very fine chromatin pattern, not a
15  coarse, granular chromatin pattern.
16      Q.  Okay.  I wanted to use your words though
17  because your description of the -- I just see:
18  Nuclear chromatin is condensed?
19      A.  That's correct.
20      Q.  That means it's fine as compared to
21  being coarse?
22      A.  Yes, it means the DNA is diffusely
23  distributed but it's darker when you look at it.
24      Q.  Would you characterize the cytoplasm in
25  this -- in what you reviewed for Mr. Gardea as

29 (Pages 110 to 113)

DOUGLAS POHL                          9/29/2005    EMMA GARDEA v. ABLE SUPPLY COMPANY, ET AL.

Page 114

1   being delicate or wispy?
2       A. No.
3       Q. Would you describe the cytoplasm in
4   Mr. Gardea as be finely to coarsely vacuolated?
5       A. It was not.
6       Q. Did you see any nuclear grooving in the
7   nuclei?
8       A. Not really. It was more irregular
9   nuclear contours and indentation.
10      Q. When it references eccentric location of
11  nuclei in the cytoplasm, what does that mean?
12      A. And that's another key distinguishing
13  feature. The nuclei are offset to the edge of the
14  cytoplasm, whereas in mesothelioma the nuclei are
15  centrally oriented in the cytoplasm.
16      Q. And so I can just draw in — that dark
17  spot at the edge of the cells is what you're
18  referring to? It's not centered?
19      A. No, the cytoplasm around it — and it's
20  hard to see in this picture, but if we could draw
21  a cell in an adenocarcinoma, the nuclei would be
22  here at the edge (indicating), whereas in a
23  mesothelioma, it's located in the center.
24      Q. And in this case, you noted central
25  features of nuclei?

Page 115

1       A. Uniformly in almost all the cells.
2       Q. Did you see any intranuclear cytoplasmic
3   inclusions?
4       A. No.
5       Q. Getting back up to the cell arrangement,
6   did you note any nuclei that overlapped but did
7   not mold around one another?
8       A. I don't recollect that, no.
9       Q. Common cell borders in cell clusters, is
10  that characteristic of what you saw?
11      A. No.
12      Q. Occasional single cells?
13.     A. Certainly more than occasional. It
14  was — predominantly most of them were single
15  cells.
16      MR. PETEREIT: Can I mark that as an
17  exhibit?
18      THE REPORTER: Sure.
19      (Defendants' Deposition Exhibit No. 7
20  was marked for identification by the reporter.)
21      Q. (BY MR. PETEREIT) You're familiar with
22  Dr. Phillip Cagle, I'm sure?
23      A. Yes.
24      Q. Do you, by any chance, have this
25  treatise or this textbook (indicating) in your

Page 116

1   collection or library?
2       A. I do not.
3       Q. And I'm referring to a book edited by
4   Dr. Cagle, Diagnostic Pulmonary Pathology, Volume
5   142.
6       Page 557 of this — and I've actually
7   got two copies, so I don't have to keep standing
8   over you on this one.
9       I'll wait until you get organized.
10      It's page 557. It should be in the
11  first couple pages. There we go.
12      Do you note where Dr. Cagle states that:
13  Identification of true invasion into the adjacent
14  lung or subpleural soft tissue is the most
15  reliable finding to confirm a diagnosis of a
16  well-differentiated malignancy, particularly
17  mesothelioma?
18      A. I see where he states that.
19      Q. Do you agree or disagree with that
20  statement?
21      A. I disagree with it.
22      Q. What is your basis?
23      A. Again, in cytopathology, there are
24  cellular changes that allow you to render a
25  diagnosis of a well-differentiated malignancy,

Page 117

1   including a well-differentiated mesothelioma.
2       So the presence or absence of invasion,
3   which is something we don't even consider in
4   cytology, is not important in the cytologic
5   diagnosis.
6       Q. Would you characterize the mitoses
7   that you saw in this case as being normal or
8   abnormal?
9       A. In terms of abnormal mitotic figures,
10  I believe that they were occasional and typical
11  of what you would see in a malignant cell.
12      Q. Would you expect to find normal or
13  abnormal in a malignant cell?
14      A. Well, the difficulty I'm having is what
15  you mean by "abnormal." For example, there can
16  be tripolar and tetrapolar mitoses which are
17  clearly abnormal or there can be mitotic figures
18  where you have a telophase plate in both malignant
19  and benign cells.
20      All I saw were splayed mitotic figures,
21  which you can see in both benign and malignant
22  conditions.
23      Q. Would you call the cytologic atypia in
24  this case extensive, mild, or moderate?
25      A. In the malignant cells, it varied from

30 (Pages 114 to 117)