

Exhibit F

polito trial transcript 11-21-03

```
1                                                      509
2    STATE OF NEW YORK    :
3    COUNTY OF MONROE     :    SUPREME COURT
4    ----------------------------------------x
5    CONSTANCE F. POLITO, Individually and   :
6    as Executrix for THE ESTATE OF          :
7    SALVATORE T. POLITO,                    :    Index No.
8                    Plaintiff,              :    I-2001-008216
9                                            :
10       -versus-                            :
11                                           :
12   DAIMLERCHRYSLER CORPORATION,            :
13   FORD MOTOR COMPANY,                     :
14   GENERAL MOTORS CORPORATION, et al.,     :
15                    Defendants.            :
16   ----------------------------------------x   Jury Trial
17                          Hall of Justice
18                          Rochester, New York 14614
                            November 21, 2003
19
20   B e f o r e:      THE HONORABLE RAYMOND E. CORNELIUS
21                          Presiding Justice
22
23
24
25   R e p o r t e d   B y:  JUDY A. GING, RDR, CSR, CRR
                             Official Court Reporter
```

Page 1

polito trial transcript 11-21-03

0

```
 1                                                    S10
 2   A p p e a r a n c e s :
 3   ON BEHALF OF THE PLAINTIFF:
 4                WEITZ & LUXENBERG, P.C.
 5                BY:  JAMES C. LONG, JR., ESQ.
 6                AND:  DOUGLAS D. VON OISTE, ESQ.
 7                180 Maiden Lane
 8                New York, New York  10038-4925
 9
10   ON BEHALF OF THE DEFENDANTS DAIMLERCHRYSLER, FORD AND GENERAL
11   MOTORS:
12                GIBSON, MCASKILL & CROSBY, LLP
13                BY:  TERRANCE P. FLYNN, ESQ.
14                69 Delaware Avenue, Suite 900
15                Buffalo, New York  14202-3866
16
17   DUANE MORRIS
18                BY:  SHARON L. CAFFREY, ESQ.
19                One Liberty Place
20                Philadelphia, Pennsylvania  19103-7396
21
22   HAWKINS, PARNELL & THACKSTON
23                BY:  ROBERT E. THACKSTON, ESQ.
24                4514 Cole Avenue, Suite 550
25                Dallas, Texas 75205
```

Page 2

polito trial transcript 11-21-03

n

```
 1              DR. CASTLEMAN - DX BY MR. LONG              511
 2  (Jury present at 9:40 a.m.)
 3              THE COURT:  Good morning, Members of the Jury.
 4              MR. LONG:  May I, your Honor?
 5              THE COURT:  Yes, please.
 6              MR. LONG:  Plaintiffs call Dr. Barry Castleman.
 7  B A R R Y   C A S T L E M A N, called herein as a witness,
 8  first being duly sworn, testified as follows:
 9              MR. LONG:  May I your Honor?
10              THE COURT:  Yes.
11  DIRECT EXAMINATION
12  BY MR. LONG:
13      Q.  Good morning, Dr. Castleman, how are you?
14      A.  Good morning.
15      Q.  Dr. Castleman, I'm going to start out by helping my
16  adversaries here, and I'm going to ask you to tell the jury
17  what year I were born.
18      A.  I was born in 1946.  It's based on hearsay.
19      Q.  That makes you 57 years old?
20      A.  Yes.
21      Q.  What's your profession, Dr. Castleman?
22      A.  I'm an environmental consultant.  My field is toxic
23  substances control.
24      Q.  Are you a medical doctor?
25      A.  No, my field is public health.
```

Page 3

polito trial transcript 11-21-03

0

|   |   | |
|---|---|---|
| 1 | DR. CASTLEMAN - DX BY MR. LONG | 512 |

2    Q.  Can you explain just very briefly for the jury the
3  difference and relationship between public health and medicine.
4    A.  Sure. I went to Johns Hopkins School of Public Health.
5  Johns Hopkins also has a medical school. The difference is in
6  public health, the patient is the population, and there's much
7  more of a focus on preventing disease than just managing and
8  trying to cure people who are already sick. So my field
9  within -- within public health is occupational and
10  environmental health. There are other areas like maternal and
11  child health care, for example, and many others within the
12  field of public health.
13    Q.  How long have you worked in the field of occupational
14  and environmental health?
15    A.  Since 1972.
16    Q.  Can you tell us, please -- I'm going to come to the
17  asbestos litigation in a minute -- other than the asbestos
18  litigation, what kind of things you do in your field and where
19  you do them.
20    A.  You mean today?
21    Q.  Presently, yes.
22    A.  I do a lot of international work with people around
23  the world, people who are trying to get asbestos banned in
24  other countries. There are over 30 countries that have banned
25  asbestos. I have worked with other kinds of organizations,

Page 4

polito trial transcript 11-21-03

u

```
 1              DR. CASTLEMAN - DX BY MR. LONG         513
 2   including governmental agencies.  I was at a conference in
 3   Vietnam last week, and as a speaker there, I discussed the
 4   questions I thought that a developing country should be asking
 5   foreign investors before they allow them to construct new
 6   chemical plants in their countries.
 7         Q.  When you travel to these countries, are you there by
 8   invitation, or are you compensated?  Exactly what's the
 9   arrangement?
10         A.  Usually I'm there by invitation, and I'm not
11   compensated.  I go at my own expense.
12         Q.  Okay.  Now, you are compensated for your work in
13   testifying in asbestos cases; is that correct?
14         A.  Yes.
15         Q.  Such as this one?
16         A.  Right.
17         Q.  And what percentage of your gross income do your fees
18   generated by your acting as an expert witness in asbestos cases
19   make up?
20         A.  It is over ninety percent of my work — most of my
21   time is spent on things that pay very little or not.
22         Q.  And how frequently do you testify on a weekly or
23   monthly basis?
24         A.  On average, about one trial a month, and then there
25   are occasional depositions in addition to that.
```

Page 5

polito trial transcript 11-21-03

```
 1              DR. CASTLEMAN - DX BY MR. LONG            514
 2        Q.  And is the bulk of your work done at the request of
 3   people who represent plaintiffs like me?
 4        A.  The trial testimony, the depositions are usually taken
 5   at the request of defendants.
 6        Q.  Okay.  Have you ever been asked to consult -- to act
 7   as a consultant with a defense law firm in the asbestos
 8   litigation?
 9        A.  Yes.
10        Q.  How often does that happen?
11        A.  Not very often, but I have occasionally been asked to
12   testify in various circumstances where the parties asking for
13   my testimony were defendants, including the United States
14   Government in one case.
15        Q.  Do you submit a bill that's based on an hourly rate?
16        A.  Yes.
17        Q.  What's your hourly rate?
18        A.  Three hundred dollars.
19        Q.  Doctor, where did you do your undergraduate work?
20        A.  At the Johns Hopkins University.
21        Q.  And in what field is your undergraduate degree?
22        A.  Chemical engineering.
23        Q.  Did you then go on and get a master's?
24        A.  Yes.
25        Q.  In what field?
```

Page 6

polito trial transcript 11-21-03

8

```
1              DR. CASTLEMAN - OX BY MR. LONG              515
2       A.  Environmental engineering, air pollution control.
3       Q.  And from what institution were you issued your
4   diploma, your masters?
5       A.  That was also Johns Hopkins University in Baltimore.
6       Q.  Did you have to write a thesis to get your masters?
7       A.  Yes.
8       Q.  What was it called?
9       A.  It was called, "Asbestos, Effects on Health," and it
10  was written in 1970 and 1971 about what was known at that time
11  about the hazards of asbestos.
12      Q.  From there, Doctor, did you go on to receive your
13  doctorate?
14      A.  Yes.
15      Q.  Where?
16      A.  Ten years after I had been out of school, I went back
17  to Johns Hopkins at the School of Public Health in 1981, and I
18  received my doctorate in 1985.
19      Q.  Did you write a thesis in order to get your doctorate?
20      A.  Yes.
21      Q.  What was the title of your thesis?
22      A.  "Asbestos, a Historical Case Study of Corporate
23  Response to an Industrial Health Hazard."
24      Q.  Doctor, some of the jurors may know what the procedure
25  is to obtain a doctorate and to prepare a thesis and submit it
```

Page 7

polito trial transcript 11-21-03

0

1             DR. CASTLEMAN - OX BY MR. LONG            516
2    for critical review, but would you just tell us, generally,
3    what the procedure is and the process that you go through.
4         A.  Well, the student comes up with an idea which he or
5    she is proposing to do the doctoral thesis on and writes up a
6    written proposal.  This goes before a faculty committee at the
7    university, and then the faculty committee meets with the
8    student and works out just what the -- what the idea is going
9    to be.  What is the student going to do in writing his thesis?
10   What is the focus on it -- of it going to be and so on.  And
11   after getting the approval to proceed, the student can then go
12   ahead and do the research, write the thesis, and usually, as in
13   my case, three years or so later, come back with a thesis,
14   present it to the faculty committee, whereupon the faculty
15   committee reads the thesis and then has an occasion to question
16   the student about it, and this is called oral defense of a
17   thesis.
18        And then the faculty committee has the option of telling
19   the student that the thesis is accepted as is, or it needs more
20   work, change this and that, or rejecting it.
21        Q.  And what happened in your case?     :
22        A.  In my case, it was accepted as submitted.
23        Q.  Now, how did you go about doing the research for your
24   thesis?
25        A.  I investigated every source I could think of for
                        Page 8

polito trial transcript 11-21-03

n

```
1              DR. CASTLEMAN - DX BY MR. LONG           517
2    information that was both published and unpublished about the
3    history of asbestos as a public health program and a history of
4    corporate response as more became known about the hazards of
5    asbestos.
6        Q.  Do you have any idea how many articles or published
7    items and unpublished items you reviewed in formulating your
8    thesis?
9        A.  No, of course I didn't keep counts, but there were
10   thousands of things like this, of this kind that I looked at.
11   There were publications in medical journals, medical textbooks,
12   medical abstracting publications, engineering journals,
13   business trade magazines, insurance industry publications,
14   popular magazines, newspapers, the legal literature of law
15   cases.  Those are just the published sources.  Then there were
16   archives of scientists, archives of institutions, U. S.
17   government archives.  There were workers' compensation records
18   in the states across the United States where claims had been
19   filed involving workers claiming they had asbestosis or cancer
20   from asbestos.
21       These are the kinds of things -- and then there were
22   internal corporate documents that also surfaced at a certain
23   point, because I was involved with attorneys such as you, and
24   lawyers have, in litigation, access through legal discovery to
```

Page 9

polito trial transcript 11-21-03
25  things that are not in the public domain.  And so defendant

n

1                    DR. CASTLEMAN - DX BY MR. LONG              518

2  corporations were prevailed upon to produce documents from

3  their files about their internal knowledge about hazards of

4  asbestos, historically, medical records, examinations,

5  industrial hygiene reports, various types of memos regarding

6  such subjects as warning labels on their products, and internal

7  trade association minutes, as well.

8      Many of the companies were members of trade associations,

9  where they would get together sometimes talking about asbestos

10  hazards and how to deal with that.  So these are the kinds of

11  documents that I had access to in writing the thesis.

12              MR. THACKSTON:  Your Honor, I object to the

13              responsiveness of the answer.

14          THE COURT:  Overruled.

15      Q.  Incidentally, Dr. Castleman, have you ever testified,

16  either at a deposition or in court, at my request previously?

17      A.  Yes, in deposition.

18      Q.  Okay.  How many times?

19      A.  I don't know, a few.

20      Q.  And how about the other members of my law firm, have

21  you been asked by other members of my law firm to testify

22  before?

23      A.  Yes, a few times.

24      Q.  Okay.  Now, Doctor, what was going on between 1972

                        Page 10

polito trial transcript 11-21-03

25    when you got -- is that when you got your master's?

n

1                 DR. CASTLEMAN - DX BY MR. LONG                 519
2    A.   The degree was formally awarded in 1972.
3    Q.   And then you got the doctorate in 1981?
4    A.   '85.
5    Q.   You went back in '81 to start the doctorate?
6    A.   Right.
7    Q.   What was happening in those intervening years for you
8    professionally?
9                 MR. THACKSTON:  Your Honor, may we approach?  I
10        object, and I'd like to approach.
11   (Discussion held off the record at the side bar.)
12                MR. THACKSTON:  Your Honor, I object to the form
13        of the question.
14                THE COURT:  sustain.
15   Q.   Doctor, could you tell the members of the jury what
16   types of activities you were engaging in professionally between
17   1972 when you got your master's and 1981 when you returned to
18   Johns Hopkins for your -- to begin your doctorate?
19                : MR. THACKSTON:  Object to the form.
20                THE COURT:  Overruled.
21   A.   Well, my first employment was as a public health
22   official.  I worked as -- in the division of industrial hygiene
23   and air pollution for Baldwin County Health Department for

Page 11

polito trial transcript 11-21-03
24    about a year and a half, during which time I was involved in
25    enforcing state regulations having to do with industrial air

0

```
1                    DR. CASTLEMAN - DX BY MR. LONG              520
2    pollution.  And I did special project investigations for the
3    head of the health department on toxic substances, and I also
4    initiated a number of activities having to do with asbestos,
5    providing warnings to breweries to stop using asbestos filters.
6                    THE COURT:  I think that goes beyond the
7                    question.
8    Q.  All right.
9                    THE COURT:  You simply asked him to outline his
10                   activities during the ten or fifteen --
11                   MR. LONG:  Fine, I will move to another
12                   question.
13   Q.  What's the black book on the ledge in front of you?
14   A.  That's a book I wrote.  It's called Asbestos, Medical
15   and Legal Aspects.  It is in its fourth edition.  It was
16   originally published in 1984.  This edition was published in
17   1996, and it is about the public health history of asbestos.
18   Q.  Could you just hold it up so the jury can see what it
19   looks like.
20   A.  (Indicating.)
21   Q.  How many editions have there been?
22   A.  This is the fourth edition.
23   Q.  Have there been additions that you made to the book
```

page 12

polito trial transcript 11-21-03

24    between editions of the book?

25        A.  Sure, basically the subsequent editions after it was

n

1                    DR. CASTLEMAN - DX BY MR. LONG              521

2    first published have been expansions along the original

3    framework of the book.  Once I had a structure from tha first

4    edition, I just added to it as more information came to light,

5    so the structure of the book is essentially the same, and the

6    material just accumulated.  I think I added about three hundred

7    pages since the first edition.

8        Q.  Okay.  Now, in addition to your consulting work for

9    attorneys, have you ever done any consulting work at the

10    request of the United States Government?

11        A.  Yes.

12        Q.  Can you tell us what agencies or branches of the

13    government you have consulted with?

14        A.  Yes, I have been a consultant to the U. S.

15    Environmental Protection Agency, the Occupational Safety and

16    Health Administration, Federal Trade Commission, Consumer

17    Products Safety Commission, U. S. Department of Justice and the

18    Congress's Office of Technology Assessment.

19        Q.  How about the state level, have you acted as a

20    consultant at the state level at all?

21        A.  I have been a consultant for the State of Maryland

22    Attorney General's Office, in connection with asbestos

Page 13

polito trial transcript 11-21-03
23  litigation, asbestos in state buildings.

24      Q.  Doctor, have you testified before Congress?

25      A.  Yes.



                    DR. CASTLEMAN - DX BY MR. LONG            522

1

2       Q.  How frequently have you done that?

3       A.  Maybe half a dozen times, written statements and

4   oral -- and oral testimony before congressional committees of

5   the Senate and House.

6       Q.  In addition to your theses and your book, have you

7   published other articles that address the issue of asbestos

8   generally?

9       A.  Yes.

10      Q.  Could you give us a flavor for what you have done.

11      A.  Well, I have investigated certainly the history of the

12  asbestos problem.  I have investigated the global scope of the

13  asbestos program and written a lot of articles about -- along

14  the lines of the export of hazardous industries to developing

15  countries.  I have talked about the regulation of asbestos.

16  I've been involved --

17              MR. THACKSTON:  Your Honor, excuse me, I object.

18          This is beyond the scope of the qualifications.

19              THE COURT:  I will sustain the objection.  I

20          don't understand the question, flavor -- I don't know

21          what you meant by that.

22              MR. THACKSTON:  Your Honor, so you understand

                            Page 14

polito trial transcript 11-21-03

23    the basis of my objection, he's here to talk about
24    1940 --
25        MR. LONG:  Judge, could we not have speeches in

DR. CASTLEMAN - DX BY MR. LONG                523

2     front of the jury?
3         THE COURT:  I understand that, Mr. Thackston.
4     The form of the question is poor, and so when you
5     object on the grounds it is non-responsive, it is
6     difficult to make that determination because of the
7     manner in which the question was asked.  Why don't
8     you ask another question.
9   Q.  What topics involving asbestos, generally, in addition
10  to what you have already told us about -- I don't want you to
11  go back to the beginning -- have you written on with respect to
12  asbestos?
13        MR. THACKSTON:  Objection.
14  A.  .I have also --
15        THE COURT:  Grounds.
16        MR. THACKSTON:  Relevance to the testimonies
17  here and calls for a narrative.
18     :  THE COURT:  Overruled.
19  Q.  Doctor.
20  A.  I have also written about my own attempts to warn
21  brake mechanics in the early --

Page 15

polito trial transcript 11-21-03

22    MR. THACKSTON: Objection.

23    THE COURT: Sustained. There's a difference

24    between testifying about the substance. You're

25    asking him generally his activities and his writings.

1    DR. CASTLEMAN - DX BY MR. LONG    524

2    MR. LONG: I'm trying not to lead. Let me do it

3    this way.

4    THE COURT: It's not leading. There's a

5    difference between testifying as to the substance of

6    what might be in something he has written about or

7    done and his professional background.

8    MR. LONG: I understand, your Honor. Let me try

9    to be more precise with these next couple of

10    questions.

11    Q. Without getting into any of the details or content of

12    anything you have written, have you contributed publications to

13    the world literature regarding asbestos in brake shoes or

14    automobiles?

15    A. Yes.

16    MR. THACKSTON: Objection.

17    THE COURT: Overruled.

18    Q. Have you written any articles on what's called

19    threshold limit values?

20    A. Yes.

21    Q. How many?

Page 16

polito trial transcript 11-21-03

22     A.  About ten articles on threshold limit values in

23  medical and scientific journals.

24     Q.  Okay.  All right, Doctor.  Let's get into the

25  substance of your testimony.

1            DR. CASTLEMAN - DX BY MR. LONG            525

2          MR. THACKSTON:  Your Honor --

3          THE COURT:  Yes.

4          MR. THACKSTON:  May I briefly voir dire this

5     witness so we can be exactly clear on what he is here

6     to testify about -- voir dire, I'm sorry.

7          THE COURT:  I think we know what he's here to

8     testify about.  Members of the jury, would you step

9     down for just a few minutes.

10         (Jury excused at 9:55 a.m.)

11         THE COURT:  Counsel, I understand the nature of

12     the defense's position regarding state of the art

13     1948 before and after.  Is that what you're -- I mean

14     I believe that the witness is here to testify as to

15     the state of the art, I think.

16         MR. THACKSTON:  Your Honor, as I understand it,

17     counsel and I have the agreement, and that's the only

18     agreement we could have --

19         THE COURT:  I was about to ask you, there were a

20     number of motions in limine before the trial, and

Page 17

polito trial transcript 11-21-03

21  looking at my outline, I had reserved on three in the

22  written decision. There was an agreement on I

23  believe someone withdrawing or reserving until the

24  time of trial, but there were a number in which there

25  were consent orders and orders that had to be

1           DR. CASTLEMAN - DX BY MR. LONG           526

2   submitted. I don't think any orders have been

3   submitted to me for signature, but there were a

4   number of  --

5       MR. FLYNN:  Yes, they were submitted for your

6   signature, Judge.

7       THE COURT:  They were. .

8   (Discussion held off the record.)

9       THE COURT:  One of them I think pertains to this

10  issue.

11      MR. LONG:  Judge, I have told Mr. Thackston, and

12  I told the jury that I have no intention of going any

13  further than 1948, and that's what I have told Dr.

14  Castleman, and he understands that. I honestly do

15  not understand what this controversy is about.

16      MR. THACKSTON:  Your Honor, my concern is the

17  witness's non-responses, what he is trying to do,

18  which is to say I tried to warn mechanics in the

19  1970s about the dangers of asbestos. We are not here

20  to talk about the 1970s. We are here to talk about

                    Page 18

polito trial transcript 11-21-03

21  what's in the published literature before 1948.

22      THE COURT:  I understand.

23      MR. THACKSTON:  He's not qualified -- that's not

24  the proper subject of expert testimony to say what

25  companies were thinking based on a document here and

n

1          DR. CASTLEMAN - DX BY MR. LONG          527

2  there.

3      THE COURT:  I think to the extent that he

4  testified about that and you objected, I sustained

5  the objection.  I think up to this point, he simply

6  listed his qualifications and what he's done in the

7  realm of public health.

8      MR. THACKSTON:  Well, your Honor, the

9  interpretation of the documents is what I have a

10  concern about and what I was asking to voir dire the

11  witness on.  He's not a industrial hygienist.  He's

12  not a doctor.  He's read articles.  He can see in

13  1930 Merewether published something.  In 1938 Dresser

14  published something.  In 1946 Fleischer-Drinker

15  published something.  If he starts saying what that

16  meant, it meant this or that, he's not qualified to

17  do that.  He is not an industrial hygienist.

18      If he says, "Here's what was said," and puts it

19  on the screen, that's fine, but when he starts saying

polito trial transcript 11-21-03
20    "My interpretation -- this means the company should
21    have known this based on that," that's not the proper
22    subject for the expert.
23        THE COURT: Mr. Thackston, I don't know what
24    he's going to say.
25        MR. THACKSTON: Well, I do.

1            DR. CASTLEMAN - DX BY MR. LONG            528
2        THE COURT: And I don't understand why that is
3    subject to a voir dire at this point.
4        MR. THACKSTON: Okay, that --
5        THE COURT: If you want to object --
6        MR. THACKSTON: And maybe I'm doing it the wrong
7    way --
8        THE COURT: And if you want to raise the issue
9    and talk about it outside the presence of the jury at
10    that time, that's fine, but I don't think necessarily
11    a voir dire is going to serve that purpose.
12        MR. THACKSTON: This is my clumsy way of trying
13    to give the court a head's up that I'm about to be on
14    my feet a lot.
15        THE COURT: That's fine. That's fine.
16        MR. THACKSTON: Okay, your Honor, that's fine.
17    The order -- the order that the Court is referencing
18    is the order that says that post 1948 does not come
19    in. Maybe the witness should be apprised --
                    Page 20

polito trial transcript 11-21-03

20      MR. LONG: Judge -- I have apprised my witness.

21  Mr. Thackston.

22      MR. THACKSTON: I'm talking to the Court.

23      MR. LONG: I am talking to you. I have apprised

24  my witness already.

25      THE COURT: Mr. Long, please.

1           DR. CASTLEMAN - DX BY MR. LONG         529

2      MR. THACKSTON: I'm addressing the Court, and

3  I'm asking the Court whether the Court would consider

4  apprising the witness of the Court's prior order in

5  the case.

6      THE COURT: Mr. Long has represented, as an

7  officer of the court, that he has done so.

8      MR. THACKSTON: I wasn't aware of that.

9      MR. LONG: You are aware of that, Mr. Thackston.

10  I just said that five minutes ago.

11      THE COURT: Mr. Long, please, address your

12  comments to me.

13      MR. LONG: I'm sorry, your Honor. I would also

14  like --

15      THE COURT: Let me see the order first.

16      MR. LONG: Also, on this issue of Dr. Castleman

17  volunteering information, the reason I did not ask

18  him have you published on brakes is because I was

Page 21

polito trial transcript 11-21-03

19  afraid the defendants would object I was leading.  So
20  I tried to ask an open-ended question, and it was
21  stricken.  But he's not going to make speeches.
22  There's no evil intent here, your Honor, with this
23  witness.
24        MR. THACKSTON:  Your Honor, I'm not criticizing
25  Mr. Long, and I'm not criticizing the witness.  We

n

DR. CASTLEMAN - DX BY MR. LONG                    530
1
2   just have orders that have been entered in this case.
3         THE COURT:  I understand.
4   (Jury present 10:12 a.m.)
5         JUROR:  Could we ask the witness to speak up a
6   little.  It is very difficult to understand him.
7         MR. LONG:  The jury has asked that Dr. Castleman
8   speak up.
9         THE COURT:  The court reporter also had the same
10  request.  If we have a problem, we can obtain the
11  mike, the microphone.
12        MR. LONG:  May we suggest to any of the jurors,
13  your Honor, if his voice drops, they raise their
14  hand --
15        THE COURT:  Same thing with defense counsel.
16        MR. LONG:  May I, your Honor?
17        THE COURT:  Yes.
18  Q.  Doctor, in connection with your theses, the

Page 22

polito trial transcript 11-21-03

19  preparation of your theses and the writing of your book, you

20  did research into the history of the relationship between

21  asbestos and disease; is that correct?

22      A.  Right.

23      Q.  What were the earliest published articles that you

24  found in doing your research?

25      A.  They were just before the turn of the last century.

 1                  DR. CASTLEMAN - DX BY MR. LONG          531

 2  They were medical report -- or the -- government reports of the

 3  British government, annual reports of the chief inspector of

 4  factories and workshops for the years 1898 and 1899.

 5      Q.  Who was the chief inspector of factories, not his

 6  name, but what was his role?

 7      A.  Well, he was -- he ran an agency of the British

 8  government that was initially set up to -- back in the 1830s,

 9  to stop the worst abuses of child labor, and then came to

10  include such things as protection of workers from occupational

11  disease hazards.

12      Q.  What information in that particular article did you

13  find helpful with respect to the relationship between asbestos

14  and disease?

15              MR. THACKSTON:  Objection.

16              THE COURT:  Sustained.

17      Q.  What was the significance of that article, Doctor?

Page 23

polito trial transcript 11-21-03

18          MR. THACKSTON:  Objection.

19          THE COURT:  Sustained.

20          Q.  What did that article report on?

21          A.  It reported on various hazards that the factory

22   inspector had investigated, including asbestos.

23          Q.  Okay.  Was there a particular disease that was being

24   reported in that publication?

25          A.  No, the article talked about lung difficulties that

n

1              DR. CASTLEMAN - DX BY MR. LONG          532

2    workers in asbestos factories were suffering from, but there

3    was no name given to the disease.

4          Q.  How did you find that article?

5          A.  It was referenced in something else that I read.

6          Q.  When you prepared for the publication of your theses

7    and your book, did you make use of something called the index

8    medicus?

9          A.  Yes.

10         Q.  What is the index medicus?

11         A.  This has been published since 1879.  It is a

12   continuously published index of articles that appear in medical

13   journals around the world, and it is indexed by subject and

14   author.  So if you're interested in asbestosis, all you have to

15   know is how to spell asbestosis to be able to start using the

16   index medicus and find articles on that.

17         Q.  Where do you find the index medicus?

Page 24

polito trial transcript 11-21-03

18    A.  In every medical library I have ever walked into.

19    Q.  Doctor, can you tell the members of the jury what the

20  earliest article was that you found during your research which

21  indicated that there was a relationship between exposure to

22  asbestos and cancer of any kind?

23                MR. THACKSTON:  Objection.

24                THE COURT:  Sustained.

25    Q.  when you were doing your research, Doctor, did you

1                DR. CASTLEMAN - DX BY MR. LONG            533

2  find any articles that addressed the issue of the potential for

3  asbestos to cause cancer?

4                MR. THACKSTON:  Objection.

5                THE COURT:  Sustained.

6    Q.  Doctor, are you familiar with a textbook written by an

7  individual named Oliver?

8    A.  Yes.

9    Q.  When was that published?

10   A.  Thomas Oliver wrote three books on occupational

11  diseases in 1902, 1908, and I think 1916.

12   Q.  Do you recall what the one in 1902 was called?

13   A.  I think it was called diseases of occupation.

14   Q.  And did you review that particular publication in

15  preparation for your writings?

16   A.  Yes.

Page 25

polito trial transcript 11-21-03

17    Q.  What did Oliver report on?

18          MR. THACKSTON:  Objection.

19          THE COURT:  Grounds?

20          MR. THACKSTON:  Beyond the scope of his

21    expertise.

22          THE COURT:  Overruled on that ground.

23          MR. THACKSTON:  I'm sorry?

24          THE COURT:  Overruled on that ground.

25    A.  Oliver reported that the ancient Romans had recognized

n

1          DR. CASTLEMAN - DX BY MR. LONG          534

2    some of the hazards which were thought to be, by 1902, at

3    least, among the most serious hazards that workers faced, and

4    they mentioned mercury poisoning, lead poisoning and asbestos.

5          Q.  Are you familiar with an author named Montague Murray?

6          A.  Yes.

7          Q.  Do you recall -- well, did you read any publications

8    that were written by Montague Murray?

9          A.  There was one publication in which Dr. Murray was --

10    there was a transcription of Dr. Murray's testimony before a

11    committee of parliament in 1906 describing a case of an

12    individual who died with lung scarring attributed to his

13    occupation, working in a factory, making asbestos textiles.

14          MR. THACKSTON:  Object to the responsiveness --

15          I'm sorry, I didn't mean to interrupt.  Object to the

16          responsiveness.

Page 26

polito trial transcript 11-21-03

17          THE COURT:  On that specific ground, overruled.

18     Q.  Doctor, do you know of any publications written by an

19  American doctor named Pancoast?

20     A.  Yes.

21     Q.  who was he?

22     A.  He was a radiologist in Philadelphia, and publications

23  included 1917 and 1918, 1925 and 1931 articles on

24  pneumoconioses, lung scarring diseases caused by dusts, and he

25  wrote about asbestos as one of the dusts causing such diseases

o

1              DR. CASTLEMAN — DX BY MR. LONG              535

2  in all of those publications.

3     Q.  Was that the earliest publication that you found in

4  the American literature with respect to this particular topic?

5     A.  The 1917 report would have been the earliest in the

6  American literature, yes.

7     Q.  Are you able to tell the members of the jury whether

8  the Oliver, Murray and Lady Inspector publications were

9  available in the United States?

10          MR. THACKSTON:  Objection.

11          THE COURT:  Sustained.

12     Q.  Was the Montague Murray publication ever republished

13  in the United States?

14     A.  It was described in the United States in 1918.

15     Q.  In what?

Page 27

polito trial transcript 11-21-03

16    A.  In a publication of the United States Government

17  published by the U. S. Bureau of Labor Statistics, authored by

18  Frederick Hoffman, an actuary with the Prudential Insurance

19  Company, called mortality in dusty trades, and it had a section

20  on asbestos and a section on the dangers of asbestos.

21    Q.  Okay.  Are you familiar with an English physician

22  named Cooke?

23    A.  Yes.

24    Q.  What contributions, if any, to the literature on this

25  topic did he make that you reviewed that you found noteworthy

1                DR. CASTLEMAN - DX BY MR. LONG              536

2  in preparation for your writings?

3              MR. THACKSTON:  Object to the form.

4              THE COURT:  Sustained as to form.

5    Q.  Who is Dr. Cooke?

6    A.  He was a pathologist in England who published articles

7  on asbestosis.

8    Q.  What did he -- how many articles did he write that

9  you're aware of before 1948?

10    A.  I can think of articles in 1924, 1927 and 1931.  There

11  may have been others.

12    Q.  Was there a particular individual who was the subject

13  of his publications?

14    A.  At least in the first two, yes.

15    Q.  What was his or her name?

Page 28

polito trial transcript 11-21-03

16 A. The name was Nellie Kershaw, a woman who died at the

17 age of 33.

18 Q. What did Dr. Cooke report with respect to Nellie

19 Kershaw?

20   MR. THACKSTON: Objection.

21   THE COURT: Sustained.

22 Q. What was the general topic of Dr. Cooke's 1924

23 publication?

24   MR. THACKSTON: Objection.

25   THE COURT: Grounds?

1   DR. CASTLEMAN - DX BY MR. LONG   537

2   MR. THACKSTON: Sorry, your Honor?

3   THE COURT: Grounds?

4   MR. THACKSTON: Hearsay, not the proper --

5   THE COURT: Sustained.

6   MR. THACKSTON: It's outside --

7   THE COURT: Sustained.

8 Q. Did you -- did Dr. Cooke publish after 1924?

9 A. Yes.

10 Q. When was the next time?

11 A. He published an article called "Pulmonary Asbestosis"

12 in 1927.

13 Q. Up until that time, in everything that you have

14 reviewed, had you seen the term "pulmonary asbestosis" used

Page 29

polito trial transcript 11-21-03

15  previously?

16      A.  No, that was the first time that term was used, in the

17  December issue of the British Medical Journal where Cooke and

18  two other authors published articles about this disease.

19      Q.  Was that Cooke article ever published in the United

20  States?

21      A.  It was referenced one month later in an editorial in

22  the Journal of the American Medical Association.

23      Q.  Okay.  Now, in 1927, did Dr. Oliver publish again

24  anything noteworthy that you took into consideration or that

25  you included in your publications?

0

1               DR. CASTLEMAN - DX BY MR. LONG          538

2      A.  Yes.

3      Q.  What was the topic of the 1927 publication?

4      A.  The clinical appearance of people with this condition,

5  asbestosis.

6      Q.  What do you mean by clinical appearance?

7              MR. THACKSTON:  Objection.

8              THE COURT:  Sustained.

9      Q.  Did Dr. Oliver write about something he called a

10  clinical appearance?

11      A.  Yes.

12              MR. THACKSTON:  Same objection.

13              THE COURT:  I will allow it, overruled.

14      Q.  When you were in -- when you were doing your

                        Page 30

polito trial transcript 11-21-03

15   doctorate, either your work for your masters or work for your

16   doctorate, did you take any courses which addressed the

17   clinical diagnosis of disease?

18        A.   I took a course on occupational lung diseases at the

19   Johns Hopkins School of Public Health.

20        Q.   And what diseases of the lung were included in your

21   course on occupational lung diseases?

22        A.   Well, it included the pneumoconioses and other

23   conditions attributed to occupational -- employment.

24        Q.   Is asbestosis a pneumoconiosis?

25        A.   Yes.

1                    DR. CASTLEMAN - DX BY MR. LONG            539

2        Q.   Did your course materials include anything regarding

3   the clinical appearance of pneumoconiosis, including

4   asbestosis?

5                    MR. THACKSTON:  Objection.

6                    THE COURT:  Sustained.

7        Q.   Let's go to 1930.  Were there any publications from

8   1930 that you consider noteworthy on this topic?

9        A.   Yes.

10        Q.   Which ones?

11        A.   There was a publication by a Dr. Merewether and his

12   colleague Mr. Price.  This was a lengthy report published by

13   the factory inspector in England.  It was the first published

Page 31

polito trial transcript 11-21-03

14  survey of workers in the asbestos industry, attempting to see

15  the prevalence of asbestosis among people employed in the

16  manufacture of asbestos products.  Merewether and Price found

17  26 percent to have workers that examined asbestosis.  Half the

18  report was dedicated to the engineer Price writing about

19  control measures that should be used to protect workers against

20  the inhalation of asbestos dust on the job.

21      Q.  Were brakes referred to at all in that publication?

22      A.  Yes.

23      Q.  In what manner?

24      A.  The article described the major industries in which

25  asbestos was used and recommendations for each about dust

n

1           DR. CASTLEMAN - DX BY MR. LONG           540

2  control and worker protection.

3      Q.  Okay.

4      A.  And brake lining manufacturers was one of those

5  industries.

6      Q.  Did they make recommendations about dust control in

7  the manufacture of brakes?

8      A.  Yes.

9      Q.  What did they say?

10          MR. THACKSTON:  Objection.

11          THE COURT:  Sustained.

12      Q.  When you reviewed the Merewether and Price publication

13  from 1930, first of all, did you review -- the Merewether and

Page 32

polito trial transcript 11-21-03

14   Price publication become part of either of your two theses or

15   your book?

16        A.  Oh, yes, one of the most widely cited articles in the

17   literature on asbestos.

18        Q.  why did you choose to include it?

19        A.  Because of its -- because of its importance, its

20   obvious importance.

21        Q.  How is it important?

22        A.  It was the first survey -- previous to this, there had

23   been case reports of deaths from asbestosis of individuals, but

24   there was no -- nothing published about the prevalence of the

25   disease among people who worked in the asbestos industry who

                    DR. CASTLEMAN - DX BY MR. LONG              541

2    were still well enough to get up and go to work each day, and

3    so this was a slowly developing disease.

4         And this was described very well by the statistical

5    analysis or the statistics presented by Dr. Merewether, showing

6    the longer the people worked in the industry, the higher their

7    prevalence of the disease.

8                MR. THACKSTON:  Object to the responsiveness.

9                THE COURT:  On those grounds, overruled.

10        Q.  Did Dr. Merewether address the potential for

11   preventing this disease from occurring in the work place?

12        A.  Yes, he did.

                              Page 33

polito trial transcript 11-21-03

13    Q. In what manner?

14         MR. THACKSTON: Objection.

15         THE COURT: Sustained.

16    Q. Did Dr. Merewether and Mr. Price make recommendations

17 for the control of dust in the asbestos industry?

18         MR. THACKSTON: Objection.

19         THE COURT: Sustained.

20    Q. Was there anything else, except -- besides what you

21 have told us so far, that you observed in reading the

22 Merewether and Price report, which was germane to the issue of

23 asbestos and its propensity for causing disease?

24         MR. THACKSTON: Objection.

25         THE COURT: Sustained.

1              DR. CASTLEMAN - DX BY MR. LONG           542

2    Q. Did Merewether and/or Price address the issue of

3 informing the employee or the worker of the dangers of working

4 with asbestos?

5         MR. THACKSTON: Objection.

6         THE COURT: Sustained.

7    Q. Other than what you have told us before -- so far

8 about Merewether and Price, was there any other information

9 about that publication that you considered to be important with

10 respect to the development of literature over the time

11 regarding the relationship between asbestos and disease?

12    A. Yes.

Page 34

polito trial transcript 11-21-03

13            MR. THACKSTON:  Objection.

14            THE COURT:  I will allow that answer to stand.

15    Q.  What was it?

16            MR. THACKSTON:  Objection.

17            THE COURT:  Sustained.

18    Q.  In addition to the issues that you already informed us

19    about in this particular paper, were there other issues

20    relating to the creation of dust in the asbestos textile plants

21    that were made by Merewether and Price?

22            MR. THACKSTON:  Objection.

23            THE COURT:  Grounds?

24            MR. THACKSTON:  Calling for interpretation of

25            the article, beyond the scope of expertise, calls for

1                DR. CASTLEMAN - DX BY MR. LONG            543

2    narrative, calls for speculation and relevance.

3            THE COURT:  All those grounds are overruled.

4    Q.  Go ahead, Doctor.

5    A.  Well, the report described methods of dust controlling

6    that could be applied in textile plants, wetting of the

7    material, use of localized exhaust ventilation to keep the dust

8    from being blown in the faces of the workers who were standing

9    over the production equipment, and educating the employees to a

10   sane appreciation of the risk, as Merewether put it.

11            MR. THACKSTON:  Object.

Page 35

polito trial transcript 11-21-03

12  THE COURT: Sustained.

13  MR. THACKSTON: Move to strike.

14  THE COURT: Sustain. I will strike the answer.

15  Q. Doctor, is the answer that you just gave us your

16  interpretation of what Merewether and Price said, or is it what

17  Merewether and Price said in their publication in 1930?

18  MR. THACKSTON: objection.

19  THE COURT: Sustained.

20  Q. We will come back to Merewether and Price. What's the

21  International Labor Office?

22  A. This was set up as part of the League of Nations

23  around 1919, and the International Labor Office is an

24  international organization where unions, governments and

25  employers are the three tripartite members of the organization

n

1          DR. CASTLEMAN - DX BY MR. LONG          544

2  from each member country, and the International Labor

3  organization has published materials over the years relating to

4  occupational diseases and their prevention.

5  Q. Do you recall the first time that they published on

6  that particular topic?

7  A. Yes, 1930 they published the first volume of their

8  encyclopedia Occupation and Health. It has a section on

9  asbestos, and this related information about the health effect

10  of asbestos and the reluctance of insurance companies to sell

11  life insurance to asbestos workers.

Page 36

polito trial transcript 11-21-03

12          MR. THACKSTON:  Object to the responsiveness.

13          THE COURT:  Grounds.

14          MR. THACKSTON:  Went far beyond the scope of the

15      question.  The question was what was their

16      publication.

17          THE COURT:  No, that wasn't the question.

18          MR. THACKSTON:  And hearsay.

19          THE COURT:  Well, I will strike the last part of

20      the question concerning the reluctance of insurance

21      companies.  I will strike that part.

22      Q.  Was the Merewether-Price article published in the

23  United States at any time?

24      A.  Yes, Merewether published an article, a lengthy two

25  part article in the Journal of Industrial Hygiene.  In the same

 

1          DR. CASTLEMAN - DX BY MR. LONG          545

2  year his article — his report was submitted to the Parliament

3  through official government channels in England, 1930.

4      Q.  The subject of the publication was what?

5      A.  Pulmonary asbestosis.  It was the survey data and

6  analysis of his evaluations of asbestosis in several hundred

7  workers in the asbestos industry.

8      Q.  Which asbestos industry?

9      A.  The British asbestos industry.

10      Q.  Okay.  Was it the same data that he had written on in

Page 37

polito trial transcript 11-21-03

11    1930?

12       A.  Basically the database was the same.  The text wasn't

13    exactly the same, but the underlying material was.

14       Q.  And did that publication appear in the United States

15    in the Journal of Industrial Hygiene?

16       A.  Yes.

17       Q.  What type of publication is that?

18       A.  That's what you might call a specialty journal in

19    public health or medicine for people who are interested in

20    occupational health.  They consisted -- the first half of each

21    issue would be articles, and the second half would be abstracts

22    or summaries of articles that had appeared in other places

23    around the world.

24       And so the abstracts would be one or two paragraph

25    summaries of these articles, and between the articles and the

8

1                    DR. CASTLEMAN - DX BY MR. LONG            546

2    abstracts that appeared in the Journal of Industrial Hygiene,

3    it was really the best single source of such information

4    available in the United States, between 1919 and 1949, the

5    years of its publication.

6       Q.  Were there any other publications which appeared in

7    1931 regarding the relationship between asbestos and disease?

8                    MR. THACKSTON:  Objection.

9                    THE COURT:  Grounds?

10                   MR. THACKSTON:  Foundation.

                              Page 38

polito trial transcript 11-21-03

11        THE COURT: Overruled on that ground.

12        A. One comes to mind in the archives of pathology by Dr.

13   Harold Stewart and his co-workers describing two cases of

14   asbestosis, one in an individual who only worked nine months in

15   the asbestos industry, and nine years later was seen at autopsy

16   with a severe degree of asbestosis.

17        Q. Who was Dr. Ellman?

18        A. Dr. Ellman was another British authority on the

19   subject of asbestos who published in both British and American

20   journals in 1933 and in 1944, he described among others --

21        Q. What did he describe?

22        A. An insulation worker who had developed asbestosis, a

23   user of asbestos products.

24        Q. Anything else?

25        A. Ellman also talked about -- wrote about a dog that had

n

1              DR. CASTLEMAN - DX BY MR. LONG              547

2   worked -- that had worked -- a dog had been in an asbestos

3   factory. They used the dog as a rat catcher, and the dog had

4   developed such extreme shortness of breath after a time that

5   the dog was, as the authors put it, lethal in its own

6   interests. And then the dog was subject to examination, and

7   asbestosis was identified as the cause of death.

8        Q. Are you familiar with the publication in 1933 by an

9   American doctor named Donnelly?

Page 39