polito trial transcript 11-21-03

10    A.  Yes.

11    Q.  Who was he?

12    A.  Donnelly was seeing cases of asbestosis in -- he

13 reported seeing a number of cases in the Carolinas and reported

14 this in medical journals, and urged greater efforts to protect

15 asbestos workers.

16         MR. THACKSTON:  Your Honor, I will object to the

17         responsiveness.

18         THE COURT:  I will strike the last part about

19         urging greater efforts.

20    Q.  In what publication did Dr. Donnelly publish his work,

21 if you recall?

22    A.  I don't recall off the top of my head.

23    Q.  Okay.  In 1933, did Merewether publish again?

24    A.  Yes, he did, he published a several part article

25 called a memorandum on asbestosis.


1         DR. CASTLEMAN - DX BY MR. LONG              548

2    Q.  Where did that appear?

3    A.  British journal called Tubercle.  The article was

4 widely cited in subsequent literature on asbestos disease.

5    Q.  In that 1933 publication, did Dr. Merewether make any

6 reference to brake linings?

7         MR. THACKSTON:  Objection.

8         THE COURT:  Grounds?

9         MR. THACKSTON:  Hearsay.

Page 40

polito trial transcript 11-21-03

10    A.  Yes.

11    Q.  Who was he?

12    A.  Donnelly was seeing cases of asbestosis in -- he

13  reported seeing a number of cases in the Carolinas and reported

14  this in medical journals, and urged greater efforts to protect

15  asbestos workers.

16          MR. THACKSTON:  Your Honor, I will object to the

17          responsiveness.

18           THE COURT:  I will strike the last part about

19          urging greater efforts.

20    Q.  In what publication did Dr. Donnelly publish his work,

21  if you recall?

22    A.  I don't recall off the top of my head.

23    Q.  Okay.  In 1933, did Merewether publish again?

24    A.  Yes, he did, he published a several part article

25  called a memorandum on asbestosis.

0

1           DR. CASTLEMAN - DX BY MR. LONG      548

2    Q.  Where did that appear?

3    A.  British journal called Tubercle.  The article was

4  widely cited in subsequent literature on asbestos disease.

5    Q.  In that 1933 publication, did Dr. Merewether make any

6  reference to brake linings?

7          MR. THACKSTON:  Objection.

8          THE COURT:  Grounds?

9          MR. THACKSTON:  Hearsay.

Page 40

polito trial transcript 11-21-03

10          THE COURT: Sustained.

11    Q.  You told us that in 1930, Dr. Merewether published an

12  article, and part of what he had investigated at that time was

13  dust arising from the use of brakes; is that correct?

14          MR. THACKSTON: Objection, leading.

15          THE COURT: I'm sorry?

16          MR. THACKSTON: Leading, form.

17          THE COURT: Sustained.

18    Q.  In addition to what you have told us already, Doctor,

19  what topics did Dr. Merewether include in his 1933 publication

20  on asbestos and asbestos-related disease?

21          MR. THACKSTON: Objection.

22          THE COURT: Grounds?

23          MR. THACKSTON: Hearsay, for one.

24          THE COURT: Sustained.

25          MR. LONG: May we approach at side bar, your

0

1           DR. CASTLEMAN - DX BY MR. LONG          549

2       Honor?

3           THE COURT: I think it is about time for a

4       morning recess, anyway. Members of the jury, about

5       fifteen minutes.

6   (Jury excused at 10:48 p.m.)

7           MR. LONG: I wanted to make a statement on the

8       record.

Page 41

polito trial transcript 11-21-03

9       THE COURT: Yes.

10      MR. LONG: I was under the impression that there

11      had been a ruling already that since these documents

12      were not being sought to be introduced for the truth

13      of the matter asserted but only to serve as potential

14      notice to anyone who was working with asbestos

15      products that they could be dangerous, that at least

16      some of the content was admissible.

17      THE COURT: Was that in a motion in limine?

18      MR. LONG: I thought it was.

19      MR. FLYNN: I don't believe so. I don't believe

20      a ruling to that extent, no.

21      (Discussion held off the record.)

22      THE COURT: I don't think the order comports

23      with what my notes indicate.

24      MR. FLYNN: I submitted it to plaintiff's

25      attorney, so obviously your ruling, whatever you

1       DR. CASTLEMAN - DX BY MR. LONG          550

2       decide, but both sides reached it, so I don't know.

3       THE COURT: Well, I don't understand.

4       MR. FLYNN: That order has been reviewed by both

5       sides, but obviously it is subject to your approval

6       is what I'm trying to say.

7       THE COURT: What I'm saying is the proposed

8       order simply reserves until the time of trial, and

Page 42

polito trial transcript 11-21-03

9   that's not what my notes indicate.

10      MR. FLYNN:  okay, as you may recall the day I

11  did the argument, I was standing at the podium, and

12  there were a lot of arguments going on, and I was

13  trying to get clarification of the ruling after.

14      THE COURT:  Was there an agreement on that

15  issue?

16      MR. FLYNN:  I don't believe there was on that

17  motion.  There were quite a few agreements, but that

18  one required some ruling or reservation until the

19  time of trial.

20      THE COURT:  My notes indicate it was denied, but

21  the -- I'm going to have to look -- if you have the

22  motion itself, because I think the question is to

23  what extent -- are medical and scientific treatise

24  and periodicals and pamphlets asserted to demonstrate

25  notice, to what extent it may be utilized, and I

0

1      DR. CASTLEMAN - DX BY MR. LONG            551

2   don't think it was necessarily addressed.

3      MR. THACKSTON:  If your Honor gets to it, I do

4   have a response to Mr. Long's assertion, but I will

5   save that.

6      THE COURT:  What's your assertion -- what's your

7   response to his assertion?

Page 43

polito trial transcript 11-21-03

8      MR. THACKSTON:  Your Honor, my response is the
9  witness is supposed to be here to say this article
10  appeared in the medical literature this year.  Now,
11  when he -- and perhaps here's the title of the
12  article, and here's where it was published, but when
13  he starts saying that they recommended this, or they
14  recommended that, then he's -- he is giving
15  interpretations, industrial hygiene, and medical
16  interpretations of those articles, which he is not
17  qualified to give.  We had a doctor on the stand
18  yesterday.  They qualified that doctor to talk about
19  literature.
20      THE COURT:  I haven't sustained your objections
21  on qualifications.
22      MR. THACKSTON:  I understand, your Honor, but
23  the hearsay problem is an expert can rely on hearsay
24  when it is reasonably relied upon by that expert in
25  the field.  He is not an expert in those fields.

U

                DR. CASTLEMAN - DX BY MR. LONG          552
1
2  industrial hygiene and medicine.  He cannot rely on
3  hearsay.  He can only say this article was published,
4  and this was the name of it, but he can't interpret
5  the content.
6      THE COURT:  I disagree with your -- you're
7  combining a number of different evidentiary concepts
                Page 44

polito trial transcript 11-21-03

8    in New York, and I don't necessarily agree with your
9    analysis. The fact of the matter is that whether an
10   expert or not, he is -- what the substance of what is
11   contained in an article is hearsay. He has not been
12   asked to give an opinion, per se, and then -- and
13   that is where -- if he were asked to give an opinion
14   on some subject, there might be an issue about
15   whether the material upon which he relied is the type
16   that is relied upon by experts in the field,
17   so-called professional reliability exception in New
18   York.
19        I don't think -- I think at this point to the
20   extent that I have sustained your objections, it has
21   been on grounds of hearsay or, in some instances,
22   interpretation.
23        MR. THACKSTON:  I think when he says that they
24   said industrial hygiene measures ought to be in
25   place, and that would take care of this, then he is

R

1        DR. CASTLEMAN - DX BY MR. LONG            553
2    giving his interpretation, and therefore his opinion
3    about the content of the article.
4        I think if they want to lay the article down,
5    and he can say this is what they wrote --
6        THE COURT:  Mr. Thackston, that may be true, but

Page 45

polito trial transcript 11-21-03

7   more basic, assuming it is not an interpretation, it

8   is relating what is contained in a document. That's

9   hearsay.

10          MR. THACKSTON:  You're exactly right, your

11   Honor.

12          MR. LONG:  My position --

13          MR. THACKSTON:  I'm overcomplicating things.

14          MR. LONG:  My position is, your Honor, it is not

15   hearsay.  We are not offering it for the truth of the

16   matter asserted.  Our burden is to prove there was

17   sufficient information available for anyone who cared

18   to look at it prior to 1948 to conclude that asbestos

19   could cause disease.  And if Dr. Castleman is

20   prevented from talking generally about what the

21   authors report, there's no way I can establish the

22   defendants are on notice.

23          I think it is admissible perhaps with a limiting

24   instruction, saying the plaintiff is not offering

25   this to prove that you had to educate a worker to a

0

1          DR. CASTLEMAN - DX BY MR. LONG          554

2   sane appreciation of the risk, just that's what this

3   man published, and it is there for notice purposes

4   only.

5          THE COURT:  Well, if it is not being offered for

6   the truth of what is contained, what's the relevance?

polito trial transcript 11-21-03

7           MR. LONG: The notice issue, your Honor, that
8       there were certain information out there, in public
9       libraries, that everybody had access to it.
10          THE COURT: But if it's not being offered for
11      the truth, what is the value of the notice?
12          MR. LONG: You don't necessarily have to include
13      that Merewether was correct and what he published
14      constituted the last word on that particular issue.
15      What I'm saying is, anybody reading it would say to
16      themselves, "Hm, this guy is saying you have to
17      control dust in the work place and tell the worker it
18      is dusty. That's something we should think about in
19      formulating our policy going forward."
20          I'm not offering it for asserting it for the
21      truth of the matter. Just he had this out there as a
22      principle of public hygiene that anybody reading the
23      article could have taken into consideration in
24      formulating their policy.
25          THE COURT: You may be able to independently

n

1           DR. CASTLEMAN - DX BY MR. LONG          555
2       introduce that evidence. I don't know how, but
3       theoretically by establishing when something was
4       published, perhaps there's some documentary
5       exception, but you're having in this case -- in this

Page 47

polito trial transcript 11-21-03

6   instance, you're having a witness relate what is

7   contained in an article.

8        MR. LONG:  I agree, but not -- we are not saying

9   that it is necessarily truthful.  The jury can reject

10  all of it if they want to.

11       THE COURT:  I'm sure, Mr. Long, you have had

12  numerous other cases involving the same issue, so

13  during the recess, if you have some case law, just

14  give it to me.

15  (Recess taken from 10:55 a.m. to 11:25 a.m.)

16       THE COURT:  I apologize for the delay.  Counsel,

17  the record should reflect that there had been a

18  motion on limine in this issue, and my records

19  indicate that the Court had denied the motion, and I

20  have signed an order to the effect that the motion in

21  limine seeking an order prohibiting plaintiff from

22  making any direct or indirect reference to the

23  medical and scientific treatises, periodicals and

24  pamphlets listed on plaintiff's exhibit list is

25  denied without prejudice to making appropriate


1        DR. CASTLEMAN - DX BY MR. LONG              556

2   objections at the time of trial.  I signed that

3   order.

4        However, that does not resolve the issue,

5   because we are back -- the objections have now been

Page 48

polito trial transcript 11-21-03

6   made. I have reviewed some federal case law

7   submitted by Mr. Long. Those cases occur to be based

8   upon Federal Rules of Evidence, and again, if there

9   was any New York law supporting the admission, I will

10  certainly review that authority.

11      MR. LONG:  I have no cases from the New York

12  State Courts, your Honor. I would like to note the

13  citations of the two cases that I gave you for the

14  record, as well as a third one that I have in my

15  hand, because I think the Court is erring in

16  preventing us from getting into the -- some of the

17  substance of the articles.

18      The case I have in my hand is entitled In Re:

19  Joint Eastern and Southern District Asbestos

20  Litigation. It is an eastern -- it is reported as a

21  United States District Court case, Eastern and

22  Southern District of New York, 1991. It was found at

23  762 Fed. Supp. 519. This case, interestingly enough,

24  was a Weitz and Luxenberg case, in which there was a

25  defense verdict. Weitz and Luxenberg appealed, and

1       DR. CASTLEMAN - DX BY MR. LONG            557

2   the defense verdict was upheld.

3       The Court spends a lot of time talking about the

4   favorable state of the art evidence that was admitted

Page 49

polito trial transcript 11-21-03

5     by the defendant in this case and cites certain

6     passages from some of the articles that are going to

7     come up today, and then at the end, they cite with

8     approval the charge of the jury, which includes such

9     statements as this:  Should have known means, as I

10    have told you, that a manufacturer or distributor is

11    held to that level of knowledge which experts had and

12    the level of knowledge which was available to or

13    could have been obtained by an expert in view of the

14    state of medical and scientific research and

15    literature during the period of plaintiff's exposure

16    to a particular defendant's product.

17          Under the circumstances, a defendant is charged

18    with the knowledge and information, if any, that

19    would have been revealed had it conducted a more

20    thorough investigation within the parameters of

21    scientific feasibility of the time and is liable for

22    its failure to take adequate steps to warn of the

23    potential nature of the harm in that event.

24          It is our position that the jury cannot

25    possibly --

0

1          DR. CASTLEMAN - DX BY MR. LONG            558

2          THE COURT:  By the way, I don't necessarily

3     disagree with that statement.  I think that's a

4     correct statement, and indeed, I had denied the

Page 50

polito trial transcript 11-21-03

```
5   motion in limine to preclude, in effect, state of the
6   art evidence.
7       The issue is an evidentiary issue, is how you
8   introduce that proof, and the specific —
9   specifically, should you be permitted to have a
10  witness testify verbally as to what he -- first of
11  all, as to what he observed or read in some
12  literature, and then further, the import or the
13  conclusions drawing therefrom in summary form.
14  That's the essence of the objection, and I will be
15  happy to review any authority, New York authority
16  permitting such.
17      MR. LONG:  Just so the record is clear, I do not
18  intend, and I told Dr. Castleman that I did not want
19  him to render his interpretations of these articles
20  before the jury, merely to repeat whatever it was
21  from the article that he considered to be important
22  in helping the jury to assess whether there was
23  sufficient information available to the defendants to
24  trigger the responsibility to test their product
25  further, and perhaps warn.
```

```
1           DR. CASTLEMAN - DX BY MR. LONG          559
2           THE COURT:  And I think you have been -- you
3   have elicited from him the fact these articles were
```

Page 51

polito trial transcript 11-21-03

4   published, the subject of the articles, the specific

5   subject of the studies, but then beyond that, it --

6   it is difficult to distinguish between his

7   interpretation and actually reporting what was

8   contained in the article, and I think that's the

9   trouble we have had.

10      MR. LONG:  The only other way I could do that

11  would be to put the article on the screen and publish

12  it for the jury, which seems to me to create a worse

13  case of hearsay than having the doctor repeat to the

14  jury what few passages in each article he finds are

15  instructive on this particular issue.  And I think

16  the jury cannot possibly assess whether the defendant

17  is liable or not without this evidence, and the

18  authors are dead.  I can't call Merewether to say

19  what he said; he's dead.  I can't think of any other

20  way that we could possibly put the notice issue

21  before the jury than to either publish the article

22  itself or have the doctor testify about what's in the

23  article.

24      So at this point, since I don't have any other

25  alternative, I will request leave to publish the

1       DR. CASTLEMAN - DX BY MR. LONG           560

2   articles themselves.

3       MR. THACKSTON:  We would object to that.  The

Page 52

polito trial transcript 11-21-03

4   articles are hearsay.  That's the problem in the

5   first place.

6        THE COURT:  Well, they may -- I think you need

7   to establish a foundation to do that, Mr. Long, and

8   I'm not sure you can do it through this witness.  I

9   mean all -- as I understand it, all he did was --

10  he's read the articles.

11       MR. LONG:  Well, Judge, you are repeating

12  Mr. Thackston's position, which apparently is that

13  nobody except a doctor or certified industrial

14  hygienist is qualified to testify in an asbestos

15  case.

16       THE COURT:  No, that's --

17       MR. LONG:  This man has a doctorate in public

18  health.  These are public health documents he's

19  referring to.  I can't imagine anybody who has more

20  expertise to comment on this than Dr. Castleman, who

21  has written a document on this very topic.

22       THE COURT:  You're missing the point.  Why isn't

23  it hearsay?

24       MR. LONG:  It is not offered for the truth of

25  the matter asserted, as I have said over and over

DR. CASTLEMAN - DX BY MR. LONG              561

1

2   again.  We are showing it was available to be looked

Page 53

polito trial transcript 11-21-03

3    at, and a company who is responsible for testing

4    their product to make sure it is safe is supposed to

5    keep abreast of all the medical and scientific

6    developments with respect to their product as they

7    become available to them.

8         Therefore it is not -- I'm not asking the jury

9    to conclude Dr. Merewether was right, merely he made

10   this comment, and if the defendants had looked at his

11   article and said, "We manufacture a brake that people

12   are exposed to, because it creates dust, maybe we

13   should be wetting down the product and putting a

14   warning on the box." The jury may accept that was

15   something the defendants should be charged with the

16   responsibility to do, and I don't see it as being as

17   offered for a matter of -- the truth of the matter

18   asserted at all.

19        THE COURT: Well, it is 11:30. I will be glad

20   to send the jury to lunch, and if you want to do some

21   research, give me some law.

22        MR. LONG: There is no research to be done. The

23   George case is the seminal case. I completely

24   disagree it does not represent New York law. I think

25   the Court is committing error by not following

1         DR. CASTLEMAN - DX BY MR. LONG              562

2    George. There's no state cases, because it's never

Page 54

polito trial transcript 11-21-03

3      been objected to before.  Therefore it can't go up on

4      appeal, because it's never been an appellate issue.

5           THE COURT:  Bring in the jury.

6    (Jury present at 11:37.)

7  BY MR. LONG:

8       Q.  Let me return to the Merewether and Price publication

9    of 1930 for a minute or so.  Do you have an opinion regarding

10   whether that particular publication provided notice to a

11   manufacturer or distributor of an asbestos product that it was

12   important to control the dust that was being created by a use

13   of such a product and to advise the user of the product of a

14   sane appreciation of its risk?

15           MR. THACKSTON:  Objection.

16           THE COURT:  Sustained.

17           MR. LONG:  To the question yes or no, does he

18    have an opinion?

19           THE COURT:  Well, the — that's not necessarily

20    relevant, unless the opinion is elicited, and I will

21    sustain the objection.

22     Q.  Do you know who Dr. Legge was?

23     A.  Yes.

24     Q.  Has he published anything prior to 1948 which

25   addressed the issue of asbestos and disease?

1                DR. CASTLEMAN - DX BY MR. LONG      563

polito trial transcript 11-21-03

2    A.  Yes.

3    Q.  What did he publish?

4    A.  He published a textbook on occupational diseases in

5  1934.  He was the first medical inspector of factories with the

6  factory inspector in England.

7              MR. THACKSTON:  Your Honor, excuse me, I object

8              to the responsiveness.  The question was what did he

9              publish, not who was he.

10             THE COURT:  Overruled.

11   Q.  Go ahead, Doctor.

12   A.  Dr. Legge's book discussed asbestosis as an old

13  problem in 1934.

14             MR. THACKSTON:  Objection, your Honor, move to

15             strike.

16             THE COURT:  I will permit it.  Overruled.

17   Q.  In 1935, are you familiar with a publication of a

18  physician named Paige, P-a-i-g-e?

19   A.  Yes.

20   Q.  Did he write an article on asbestos and disease?

21   A.  Yes, it was published in the American medical

22  literature.

23   Q.  Do you recall the specific subject of the article?

24   A.  I recall one subject, a clerical worker with

25  asbestosis in an asbestos plant being among the cases before.

1              DR. CASTLEMAN - DX BY MR. LONG          564
             Page 56

polito trial transcript 11-21-03

2    not production worker, but clerical worker.

3              MR. THACKSTON:  Objection to responsiveness.

4              THE COURT:  Overruled.

5         Q.  Doctor, do you have an opinion regarding whether the

6    Paige article which addressed the issue of asbestosis in a

7    clerical worker provided notice to a manufacturer or

8    distributor of asbestos that a bystander or someone who was not

9    working directly with an asbestos product could get sick?

10             MR. THACKSTON:  Objection.

11        Q.  By being in the vicinity of someone who was?

12             MR. THACKSTON:  Objection.

13             THE COURT:  Sustained.

14             MR. THACKSTON:  Your Honor, also, object to any

15        further commentary disguised as a question, leading

16        question.

17             THE COURT:  No, overruled. Mr. Thackston, you

18        object to specific questions, and I will make rulings

19        on your objections.

20        Q.  Doctor, were there any other publications in 1935

21   about asbestos and disease that you consider noteworthy?

22        A.  Yes.

23        Q.  Can you tell us which one or ones?

24        A.  Yes, there were articles published by Gloyne in

25   England and by Lynch and Smith in the United States.

n

Page 57

polita trial transcript 11-21-03
DR. CASTLEMAN - DX BY MR. LONG                    565

1
2       Q.   The subject of them was what?
3       A.   Lung cancer and asbestosis in the same individuals,
4   individuals who had developed asbestosis, but who had also
5   developed cancer of the lung.  These were the first case
6   reports published in the medical literature about occupational
7   cancer from asbestos.
8       Q.   Doctor, do you have an opinion regarding whether those
9   publications that you just talked about in 1935 put a
10  manufacturer or distributor of an asbestos product on notice
11  that cancer could result from working with asbestos?
12              MR. THACKSTON:  Objection.
13              THE COURT:  Sustained.
14      Q.   Did Dr. Donnelly write another article in 1936?
15      A.   Yes, he did.
16      Q.   What was the subject of that?
17      A.   More cases of asbestosis in the Carolinas among
18  asbestos plant workers, and the issue of compensation for them,
19  the disability and disease.
20      Q.   Who were Egbert and Geiger?
21      A.   They were doctors at Yale University School of
22  Medicine.
23      Q.   Did they publish on this topic?
24      A.   They did.
25      Q.   What was the specific nature of their publication, the

n

polito trial transcript 11-21-03

1           DR. CASTLEMAN - DX BY MR. LONG                566
2   subjects?
3        A.   A case of lung cancer and asbestosis, published in
4   1936 in the American medical literature.
5        Q.   Are you familiar with a German physician named
6   Nordmann?
7        A.   Yes.
8        Q.   Did he publish on this particular topic, that is the
9   relationship between asbestos and disease?
10       A.   Yes, he did.
11       Q.   In what year?
12       A.   1938.
13       Q.   In what country?
14       A.   Germany.
15       Q.   Did he ever publish in the United States?
16       A.   The article was the subject of an abstract in the
17  United States; that is to say there was a several paragraph
18  study published in the Journal of Industrial Hygiene in the
19  United States of Nordmann's article which was titled, "The
20  Occupational Cancer of Asbestos Workers."
21       Q.   Who were Drs. Holcomb and Angrist?
22       A.   They were doctors in the New York -- in the State of
23  New York.  They published a report in 1942 in the archives of
24  pathology.
25       Q.   The subject of which was what?

D

Page 59

polito trial transcript 11-21-03

DR. CASTLEMAN - DX BY MR. LONG                    567

1
2      A.  Two cases of lung cancer in combination with
3  asbestosis in asbestos pipe coverers, insulation workers, uses
4  of asbestos insulation products.
5      Q.  Doctor, do you have an opinion regarding whether the
6  Holcomb and Angrist publication provided notice to a
7  manufacturer or distributor of an asbestos product that lung
8  cancer could occur in end use -- in end users of asbestos as
9  opposed to plant workers?
10                 MR. THACKSTON:  Objection.
11                 THE COURT:  Sustained.
12     Q.  Did you know a doctor named Bill Hueper?
13     A.  Will Hueper, yes.
14     Q.  Did you know him personally?
15     A.  I did.  I visited him on a number of occasions.  I was
16  30, and he was 82 when we first met.
17     Q.  Did he publish a paper in 1942 on the topic of
18  asbestos and disease?
19     A.  He published a nine hundred page book in 1942 which
20  included a short section on -- several pages on asbestos and
21  cancer of the lung.  The book was about occupational cancer.
22     Q.  And he was an American physician; is that right?
23     A.  He was in the United States.  He was trained in
24  Germany, but he was in the United States from 1929 until he
25  died in 1978.

Page 60

polito trial transcript 11-21-03

```
 1              DR. CASTLEMAN - DX BY MR. LONG                568
 2       Q.  For whom did he work?
 3              MR. THACKSTON:  Objection.
 4              THE COURT:  I will permit it.  Overruled.
 5       A.  He was the first chief of the environmental cancer
 6   section of the U. S. National Cancer Institute, starting in
 7   1948.  Previous to that, he had worked for DuPont and for a
 8   drug company.
 9       Q.  In that paper in 1942, did Dr. Hueper comment at all
10   on the potential for asbestos to cause cancer?
11              MR. THACKSTON:  Objection.
12              THE COURT:  Leading, sustained.
13       Q.  What did Dr. Hueper say in his 1942 paper that you
14   considered instructive or noteworthy with respect to the
15   propensity or the possibility that asbestos could cause
16   disease?
17              MR. THACKSTON:  Objection.
18              THE COURT:  Sustained.
19       Q.  Did Dr. Hueper publish again after 1942?
20       A.  Yes, he published on a number of occasions in the
21   1940s.
22       Q.  And do you recall the names of any of his
23   publications?
24       A.  I think one was called management -- "Industrial
25   Management and Prevention of Occupational Cancer," something
```

Page 61

polito trial transcript 11-21-03

```
 1              DR. CASTLEMAN - DX BY MR. LONG              569
 2    along those lines, in the Journal of the American Medical
 3    Association in 1946; another one on environmental cancer
 4    published in 1943, something with a title like, "The Bulletin
 5    of the American Society for the Prevention of Cancer,"
 6    editorials in the Journal of the American Medical Association,
 7    including one in 1944 on environmental cancer, which was
 8    unsigned but written by Hueper and stood as a statement of the
 9    editor of the Journal of the American Medical Association.
10        Q.  Do you recall what substances or diseases he included
11    among his writings on occupational disease?
12              MR. THACKSTON:  objection.
13              THE COURT:  I will permit it.  overruled.
14        A.  He mentioned occupational cancer from asbestos in all
15    of these articles.
16        Q.  Who was --
17              MR. THACKSTON:  Your Honor, move to strike,
18            object to the responsiveness.
19              THE COURT:  I will permit it.  Overruled.
20        Q.  Who is Dr. Wedler?
21        A.  Dr. Wedler was a German physician who published about
22    asbestosis on a number of occasions, starting in the 1930s.
23        Q.  Did he address any particular diseases in his
24    publications?
25        A.  He talked about -- he wrote about asbestosis and
```

Page 62

polito trial transcript 11-21-03

```
 1              DR. CASTLEMAN - DX BY MR. LONG              570
 2   cancers of the lung and the 1943 cancer of the pleura. in
 3   addition to cancer of the lung, all those occupational cancers,
 4   according to him.
 5        Q.   Occupational cancers resulting from what?
 6        A.   Asbestos.
 7              MR. THACKSTON:  objection.
 8              THE COURT:  overruled.
 9        Q.   was the wedler article on occupational cancers from
10   asbestos and pleural tumors ever published in the United
11   States?
12        A.   It was originally published in the German literature.
13   There were abstracts published in the United States, summaries
14   published in the Industrial Hygiene Digest in 1945 and in the
15   Journal of Industrial Hygiene I think in November of 1944.
16        Q.   or. Kueper published in 1946, too; is that right?
17              MR. THACKSTON:  objection.
18        A.   Yes.
19        Q.   Did you already tell us about that?
20        A.   Yes.
21        Q.   How about a publication in 1947 by Kennaway and
22   Kennaway, are you familiar with that one?
23        A.   Yes, published in a British journal called Cancer.
24        Q.   were they physicians?
25        A.   Yes.
```

0



polito trial transcript 11-21-03

| | | |
|---|---|---|
| 1 | DR. CASTLEMAN - DX BY MR. LONG | 571 |

2  Q.  What was the topic they addressed in their
3  publication?
4         MR. THACKSTON:  I object.
5         THE COURT:  I will permit, overruled.
6  A.  Industrial causes of cancer were among the things they
7  discussed.
8  Q.  Let's talk a minute about the American College of
9  Governmental Industrial Hygienists.  Are you familiar with any
10  publications done by them?
11  A.  Excuse me, yes.
12  Q.  What's the first one that you recall?
13  A.  Well, the ones that I was paying attention to were
14  reports of something called a subcommittee on threshold limits
15  starting in 1942, and then the publication of what were called
16  maximum allowable concentrations or threshold limit values
17  started annually in 1946.
18  Q.  Did the paper on threshold limit values include
19  asbestos as one of the industrial dusts on which they
20  recommended a threshold value?
21  A.  Yes.
22  Q.  In order to comply with the threshold limit value set
23  by the ACGIH, how would you comply with that?
24         MR. THACKSTON:  Objection.
25         THE COURT:  Sustained.

Page 64

polito trial transcript 11-21-03

```
1              DR. CASTLEMAN - OX BY MR. LONG              572
2        Q.  Can you comply with a threshold limit value without
3   taking dust measurements in the area where the exposure is
4   occurring?
5              MR. THACKSTON:  Objection.
6              THE COURT:  Sustained.
7        Q.  Did the American College of Governmental Industrial
8   Hygienists address that issue about taking dust measurements?
9              MR. THACKSTON:  Objection.
10             THE COURT:  I will permit it.  Overruled.
11       A.  Yes, they specified —
12             MR. THACKSTON:  Your Honor, excuse me --
13             THE COURT:  That answers the question.  Thank
14        you.
15       Q.  Were the threshold limit values commented on in a
16  paper in 1946 written by Fleisher and Drinker?
17       A.  The one for asbestos was commented on.
18       Q.  What was the subject of the Fleisher-Drinker report?
19       A.  It was a survey of asbestosis in shipyard workers in
20  the United States, mostly people whose employment had been only
21  during World War II.  It was published in 1946 in the Journal
22  of Industrial Hygiene.
23       Q.  The authors of that paper reach any conclusions about
24  the pipe covering trade?
25       A.  They found three cases of asbestosis among people with
```

Page 65

polito trial transcript 11-21-03

a

```
 1              DR. CASTLEMAN — DX BY MR. LONG              573
 2    more than 20 years in the trade, cases described as moderate
 3    and advanced, and they wrote the conclusion that -- it said
 4    they wrote four conclusions, one recommending dust control for
 5    band saw, cutting, grinding and cement mixing.  They published
 6    exposure measurements showing high levels of exposure from
 7    these activities, and in the end they said since they found
 8    only three cases of asbestosis in this work force, they didn't
 9    think that insulation work was particularly hazardous.
10         Q.  Did you agree with that conclusion?
11         A.  That's what they wrote.
12              MR. THACKSTON:  Objection.
13              THE COURT:  Sustained.
14         Q.  Doctor, after Wedler's publication in 1943, were there
15    any other papers or articles of any kind prior to 1948 that
16    concerned mesothelioma?
17         A.  Yes, there was a -- a publication by Mallory and his
18    coworkers in the New England Journal of Medicine, very widely
19    available medical journal in this country.
20         Q.  When Mr. Thackston spoke to the jury on Monday or
21    Tuesday, he suggested that the disease mesothelioma was first
22    discovered, first named in the 1950s.  Is that historically
23    accurate as far as your review of the literature is concerned?
24              MR. THACKSTON:  Objection, your Honor.
25              THE COURT:  Well, sustained.  It is leading and
```

Page 66

polito trial transcript 11-21-03

```
 1              DR. CASTLEMAN - DX BY MR. LONG              574
 2         it is improper to ask the question about counsel's --
 3         counsel's opening.
 4    Q.   Are you familiar with an author named Osborne from the
 5    State of Connecticut?
 6    A.   Yes.
 7    Q.   Did he publish anything that you reviewed regarding
 8    the relationship between asbestos -- I'm sorry, the
 9    relationship between brake linings and creation of dust from
10    brake linings?
11    A.   Yes.
12    Q.   When was that done?
13    A.   1934.  It was a government report in the State of
14    Connecticut.
15    Q.   And what was the topic of the paper?
16              MR. THACKSTON:  Objection.
17              THE COURT:  Permit it, overruled.
18    A.   It was a government reported annual -- I think an
19    annual report of the -- the state department of labor and
20    industries, and they talked about inspections they had done,
21    including one in a plant where brake linings were made.
22              MR. THACKSTON:  Your Honor --
23              THE COURT:  I will permit it.  Overruled.
24    Q.   Were you finished with your answer?
25    A.   No.
```

Page 67

polito trial transcript 11-21-03

0

```
 1              DR. CASTLEMAN - DX BY MR. LONG              575
 2     Q.  Go ahead, please.
 3     A.  They talked about the dust exposures and said that --
 4              THE COURT:  I will sustain then.
 5     Q.  Did Dr. Lanza publish on the topic of brake and clutch
 6   plant workers in 1935?
 7     A.  He did.
 8     Q.  And what was the topic on which he published?
 9     A.  He was describing asbestosis --
10              MR. THACKSTON:  Excuse me, Judge, he asked about
11          the topic.  He said yes, and now he's asked him to
12          repeat what was in the article.
13              THE COURT:  No, the question was and what was
14          the topic on which he published.
15              MR. THACKSTON:  Objection to anything other than
16          the topic, not a description of the article.
17              THE COURT:  The answer wasn't finished, so I'm
18          not --
19              MR. THACKSTON:  I'm sorry, your Honor?
20              THE COURT:  Why don't you ask the question
21          again.
22     Q.  What was the topic on which he published?
23     A.  He was publishing about asbestosis in a number of
24   plants, including a brake plant.
25     Q.  Also in 1935, are you familiar with a publication by a
```

Page 68

polito trial transcript 11-21-03

DR. CASTLEMAN - DX BY MR. LONG                    576

2  man named Fulton?

3      A.  Yeah.

4      Q.  Was he a doctor or a layman?

5      A.  I'm not sure.  There were four authors.

6      Q.  To that particular --

7      A.  They were government -- state government officials in

8  the State of Pennsylvania.

9      Q.  And the subjects of their publication was what?

10     A.  Survey of asbestosis in asbestos plants in

11 Pennsylvania.  I think four plants were included in the study.

12 Twenty-five percent of the workers had asbestosis.  At least

13 one of the plants was a brake plant.

14          MR. THACKSTON:  Your Honor, I object to the

15          response.

16          THE COURT:  Overruled.

17     Q.  In 1939 was there a publication by Dr. George which

18 addressed the issue of asbestos and disease?

19     A.  Yes.

20     Q.  Beyond that general subject, what were the topics that

21 Dr. George addressed in his paper?

22     A.  Asbestosis in workers making asbestos -- automotive

23 brakes containing asbestos.

24     Q.  Who was Dr. Moses Stone?

25     A.  He was another American physician who published on a

Page 69

polito trial transcript 11-21-03

```
 1                  DR. CASTLEMAN - DX BY MR. LONG           577
 2    rather large number of cases of asbestosis in brake lining
 3    manufacturing plant workers in 1940 in this country.
 4        Q.  And how about Dr. Brockman (phon)?
 5        A.  Brockman was a German physician.
 6                  MR. THACKSTON:  I object to anything after that.
 7        Q.  Did Dr. Brockman --
 8                  THE COURT:  I'm not sure.
 9                  MR. LONG:  I will ask another question.
10                  MR THACKSTON:  The pattern is who was he, and
11              it's who he was and everything he ever did.  I object
12              to anything --
13                  THE COURT:  Well, no, I think he's going to ask
14              him when he published.
15        Q.  When did Dr. Brockman publish on the subject of
16    asbestosis and disease?
17        A.  He published an article in 1941.  I think it was
18    titled "Asbestos in Brake Grinders."
19        Q.  In what country?
20        A.  Germany.
21        Q.  Was that publication ever republished in the United
22    States?
23        A.  Yes, it was the subject of an abstract published in
24    English.
25        Q.  In what year; do you recall?
```

Page 70

polito trial transcript 11-21-03

```
 1                   DR. CASTLEMAN - DX BY MR. LONG              578
 2        A.  I think 1942.
 3        Q.  And are you familiar with a man named Castrop?
 4        A.  Yes.
 5        Q.  Are you familiar with any publications that he wrote
 6   on the issue of the creation of dust from the use of asbestos
 7   products?
 8                   MR. THACKSTON:  Objection, leading.
 9                   THE COURT:  Sustained.
10        Q.  Did Mr. Castrop publish anything in 1948 on the topic
11   of asbestos dust?
12        A.  Yes.
13        Q.  Beyond the general topic of asbestos dust, was there
14   anything specific he addressed in his paper about dust from
15   asbestos?
16                   MR. THACKSTON:  Objection, your Honor.
17                   THE COURT:  Overruled.
18                   MR. THACKSTON:  Calls for hearsay.
19        Q.  He was the industrial hygienist for General Motors,
20   and he wrote about dust and fume hazards in the industry,
21   including asbestos hazards from such things as grinding and
22   surfacing of brake linings as part of the manufacturing
23   process.  It was published in National Safety News, the
24   bulletin of the National Safety Council, which many large
25   companies were members of.
```

Page 71

polito trial transcript 11-21-03

0

|  |  |  |
|---|---|---|
| 1 | DR. CASTLEMAN - DX BY MR. LONG | 579 |

2     THE COURT:  I will strike the last -- you are

3  going to object?

4     MR. THACKSTON:  I object, your Honor, not

5  responsive.

6     THE COURT:  I will strike the last part of the

7  answer.

8  Q.  What were trade organizations, Dr. Castleman?

9     MR. THACKSTON:  Objection.

10     THE COURT:  Overruled at this point.

11  A.  Trade associations are associations of companies that

12  are in similar business, type of business activity.  Every type

13  of business has trade associations.  They get together for such

14  information as standardization of products and grading of

15  products, like asbestos textiles, for example, just so there's

16  a common language in the industry of what each company is

17  selling.  And they also sometimes talk about health hazards.

18  Q.  And you--

19     MR. THACKSTON:  object to the responsiveness,

20     your Honor.

21     THE COURT:  Overruled.

22  Q.  In your research on asbestos and disease, did you

23  discover articles in any trade association publications?

24  A.  Yes, there was -- yes, I did.

25  Q.  Such as what organizations?

Page 72

polito trial transcript 11-21-03

```
 1              DR. CASTLEMAN - DX BY MR. LONG          580
 2              MR. THACKSTON:  Objection, your Honor.
 3              THE COURT:  Time, when?
 4      Q.  Before 1948.
 5      A.  Well the --
 6              MR. THACKSTON:  Your Honor, I have an objection
 7          to the question, your Honor, even limited to 1948.
 8              THE COURT:  Grounds?
 9              MR. THACKSTON:  No evidence, no relevant
10          evidence in this case.  It is relevant -- relevance,
11          at this point.
12              THE COURT:  Overruled.
13      Q.  Doctor.
14      A.  Well, the chemical industry trade association was
15  called the Manufacturing Chemists' Association, and in '45
16  or '46, maybe both years, they published a manual on warning
17  labels for different types of hazards associated with the use
18  of chemical products.
19      Q.  Are you familiar with an organization called the
20  Industrial Hygiene Foundation?
21      A.  Yes.
22      Q.  Prior to 1948, did you review any possible indications
23  from the Industrial Hygiene Foundation which addressed the
24  issue of asbestos and disease?
```

Page 73

polito trial transcript 11-21-03

25    A. Yes.

```
 1              DR. CASTLEMAN - DX BY MR. LONG              581
 2    Q. How many were there?
 3              MR. THACKSTON: Your Honor. objection.
 4              THE COURT: Overruled.
 5    A. Probably between ten and twenty-five abstracts,
 6    talking about abstracts they published in the industrial
 7    hygiene digests, which went to libraries like the Johns Hopkins
 8    Medical Library. It went to member companies, companies that
 9    were members of the Industrial Hygiene Foundation, including
10    some of the defendants.
11    Q. Well. in your research did you learn whether any of
12    the defendants in this case, Chrysler, Ford or General Motors,
13    were members of the IHF?
14              MR. THACKSTON: Objection.
15              THE COURT: Sustained.
16    Q. Are you familiar with an organization called the
17    National Safety Council?
18    A. Yes.
19    Q. What was the National -- or what is the National
20    Safety Council?
21    A. The National Safety Council was set about around 1912
22    mainly to -- as a first effort by heavy industry, primarily in
23    this country, to deal with the problem of accident prevention.
24    By the 1930s, they were also quite concerned with industrial
```

Page 74

polito trial transcript 11-21-03

25    dusts and health hazards associated with industrial dusts.

1              DR. CASTLEMAN - DX BY MR. LONG              582
2    including asbestos, and this is reflected in the publication.
3         Q.  And were the publications available to non-members?
4         A.  Sure.
5         Q.  How so?
6         A.  Well, they were in libraries.  The National Safety
7    News, for example, was in medical libraries -- was in
8    scientific libraries, libraries, general libraries, university
9    libraries.
10        Q.  Did any of the -- well, first of all, were the
11   publications from the National Safety Council abstracts or full
12   articles, both or neither?
13        A.  They were full articles, for the most part.  That
14   included annual conference proceedings as well, that have what
15   they call national safety congresses.  Every year they would
16   meet, and they would publish the proceedings and send copies of
17   these proceedings to member companies.  In the 1930s, as I say,
18   they talked about asbestos repeatedly.
19        Q.  Did any of the articles in the thirties in which they
20   talked about asbestos also address the relationship between
21   asbestos and disease?
22        A.  Yes, they talked about asbestosis and dust control.
23        Q.  Doctor, are you familiar with a publication entitled

                              Page 75

polito trial transcript 11-21-03
24  industrial medicine?

25      A.  Yes.

1                    DR. CASTLEMAN - OX BY MR. LONG                583

2       Q.  How are you familiar with that?

3       A.  It's one of the reference sources that I used in my

4   research.  It is basically the journal of the Company Doctors'

5   Association in the United States, and I think it started in the

6   19 -- early 1930s.

7       Q.  Have you actually reviewed the publications

8   themselves?

9       A.  Oh, yeah.

10      Q.  Do you know whether the publications themselves

11  indicate whether any of the defendants in this case, Chrysler,

12  Ford or General Motors, are members of that organization that

13  publish the journal called Industrial Medicine?

14                  MR. THACKSTON:  Objection.

15                  THE COURT:  Sustained.

16      Q.  Do you know who is on the publishing committee of the

17  Industrial Medicine publication?

18                  MR. THACKSTON:  Objection.

19                  THE COURT:  Sustained.

20      Q.  Do the members of the organization that publish

21  Industrial Medicine and the people who were on the publication

22  committee actually appear in the journals themselves?

23      A.  Yes.

                        Page 76

polito trial transcript 11-21-03

24      Q.  Doctor, what significance, if any, do workers'

25  compensation statutes and legal decisions have, in your

n

1                    DR. CASTLEMAN - DX BY MR. LONG            584

2  opinion, with respect to providing notice that asbestos could

3  cause disease?

4                    MR. THACKSTON:  Objection.

5                    THE COURT:  Sustained.

6      Q.  Prior to 1948, did any states have enacted as law

7  workers' compensation laws which included asbestosis as a

8  compensable disease?

9                    MR. THACKSTON:  Objection.

10                   THE COURT:  Sustained.

11     Q.  In your research, Doctor, have you seen any reported

12  court decisions, not workers' compensation decisions now, which

13  address compensation -- before 1948 -- for people exposed to

14  asbestos and developing disease?

15                   MR. THACKSTON:  Objection.

16                   THE COURT:  Sustained.

17                   MR. THACKSTON:  Object to the line of

18                   questioning.

19                   THE COURT:  I don't take objections to a line of

20                   questioning.  I take objections to the specific

21                   questions, and I will rule on the specific

22                   objections.

Page 77

polito trial transcript 11-21-03

23        MR. THACKSTON:  Thank you.

24    Q.  Do you have an opinion, Dr. Castleman, regarding

25  whether prior to 1949, producers and sellers of asbestos brake

1              DR. CASTLEMAN - CX BY MR. THACKSTON     585

2  products were on notice that use of the products and creation

3  of dust from the products could cause disease?

4           MR. THACKSTON:  Objection.

5           THE COURT:  Sustained.

6           MR. LONG:  No further questions.

7           THE COURT:  Mr. Thackston.

8           MR. THACKSTON:  Is this a good time?

9           THE COURT:  Yes, we will recess at 12:30.

10  CROSS-EXAMINATION

11  BY MR. THACKSTON:

12    Q.  Good afternoon.

13    A.  Good afternoon.

14    Q.  This is certainly not your first time to testify in

15  court, is it, sir?

16    A.  No.

17    Q.  Now, in fact, you have testified in court over two

18  hundred and fifty times, haven't you, sir?

19    A.  In the last twenty-five years.

20    Q.  And you have given so many depositions, you don't know

21  what the count is anymore?

22    A.  I have been subjected to approximately three hundred

Page 78