M.S. # 09 Order

At IAS Part 11 of the Supreme Court of the State of New York, held in and for the County of New York at the Courthouse located at 60 Centre Street, New York, New York on the 22 day of August, 2007.

PRESENT:     **JOAN A. MADDEN**
             _____
             Justice of the Supreme Court

**EX PARTE MOTION OFFICE**

SUPREME COURT OF THE STATE OF NEW YORK     **APPROVED**           020346
COUNTY OF NEW YORK                         **FOR THE PAYMENT**
-----------------------------------------x **OF MOTION FEE**
IN RE: NEW YORK CITY ASBESTOS LITIGATION   **ONLY**
-----------------------------------------x

This Document Relates To:

CHRISTIAN HOLINKA,

                    Plaintiff,
                                           Index No.: 114120-06
       -against-
                                           **ORDER TO SHOW CAUSE**
A.W. CHESTERTON et al.,

                    Defendants.
-----------------------------------------x

UPON the annexed Affirmation of Carol M. Tempesta, Esq., sworn to the 20th day of August 2007, the exhibits attached thereto and upon all prior pleadings and proceedings heretofore had herein, and good cause having been shown, it is hereby:

ORDERED, that the plaintiffs show cause before IAS Part 11 to be held at the New York County Courthouse in Room 351, located at 60 Center Street, New York, New York, before the Honorable Joan Madden, JSC on the 12th day of September, 2007, at 9:30 A.M. of that day, or as soon thereafter as counsel may be heard, why an Order should not be made, granting the motion *in limine* of Defendants, VWR International, Inc., Univar USA Inc., Baxter Healthcare Corporation (alleged to be a successor in interest to American Hospital Supply Corp. and

American Scientific Products) ("Baxter"), ManorCare Health Services, Inc. (alleged to be a successor in interest to Central Scientific Company, a division of Cenco, Inc.) ("ManorCare") and Fisher Scientific International Inc. ("Fisher"),(collectively, "Defendants") individually or to the defendants collectively as an "asbestos defendant", "asbestos defendants," "asbestos companies," "the asbestos industry," "conspirators" and "co-conspirators" at the trial of this action and for such other and further relief as the Court may deem appropriate, and it is further

ORDERED, that sufficient cause having been alleged, let service of a copy of this Order and supporting papers on which it is based, on or before August 24, 2007, by personal and facsimile service upon attorney for plaintiffs and by facsimile upon all other parties who are remaining in this action shall be deemed good and sufficient service.

ORDERED, that answering papers, if any, shall be served via facsimile at least two (2) days before the return of this motion.

ENTERED:

_____
JOAN A. MADDEN
JOAN MADDEN, JSC
Justice of the Supreme Court

{NY030567.1}2