M.S# 015 · Order

At I.A.S. Part 11 of the Supreme Court of the State of New York, held in and for the County of New York on the 24 day of August, 2007

**PRESENT:** _____
Hon. Joan Madden, J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---

CATHARINA BIANCO, as Executrix for the Estate of FRANK BIANCO, and CATHARINA BIANCO, Individually,

    Plaintiff,

- against -

A.O. SMITH WATER PRODUCTS CO., et al.,

    Defendants.

---

This document relates to

| | |
|---|---|
| Frank Bianco | Index No. 115546-06 |
| Karl Felten | Index No. 114005-06 |
| Christian Holinka | Index No. 114120-06 |
| Frederick Ritzer | Index No. 111328-06 |
| Joseph Saccomano | Index No. 113299-06 |

I.A.S. Part 11 (Madden, J.)

Index No. 115546-06

**ORDER TO SHOW CAUSE**

APPROVED FOR THE PAYMENT OF MOTION FEE ONLY

020585

VAL 3
INDEX NUMBER 115546   YEAR 2006
15 MOTIONS       45.00
TOTAL            45.00
CHECK            45.00
CONS CASHIER   DATE   TIME  TEL
-22298 3000   07 AUG ..  4:18 PM

Upon the annexed affirmation of Sandra K. Steinman, ~~sworn to on the~~ 22nd day of August, 2007, it is:

ORDERED that the above-captioned plaintiffs SHOW CAUSE before the Honorable Joan Madden, at I.A.S. Part 11 at the Courthouse located at 60 Centre Street, Room 351, New York, New York on the 12th day of September, 2007, at 10:00 a.m., or as soon thereafter as counsel may be heard, why an Order should not be made and entered herein granting Union Carbide Chemicals and Plastics Company, Inc.'s

NYDOCS1-870175.1



Motion *In Limine* for Forty-Eight Hour Pre-Disclosure of Documents and Witnesses, Respectively; and

ORDERED, that a copy of this Order and the papers on which it is based shall be served by Federal Express counsel for plaintiffs and by regular mail upon all parties who have appeared in this action and are entitled to notice before the close of business on or before August 28, 2007. Reply papers by Sept 10, 2007

ENTER:

_____
/s/ J.S.C.

**JOAN A. MADDEN**

TO: Weitz & Luxenberg P.C.
Attorneys for Plaintiff
180 Maiden Lane
New York, New York 10038

See Annexed Service List

NYDOCS1-870175.1                -2-