M.S.H 010
PRE

At I.A.S. Part 11 of the Supreme Court of the State of New York, held in and for the County of New York on the 2Y day of August, 2007

**PRESENT:** _____
Hon. Joan Madden, J.S.C.

APPROVED FOR THE PAYMENT OF MOTION FEE ONLY

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| CATHARINA BIANCO, as Executrix for the Estate of FRANK BIANCO, and CATHARINA BIANCO, Individually, | I.A.S. Part 11 (Madden, J.) |
| Plaintiff, | Index No. 115546-06 |
| - against - | **ORDER TO SHOW CAUSE** |
| A.O. SMITH WATER PRODUCTS CO., et al., | |
| Defendants. | 020589 |

This document relates to
| | |
|---|---|
| Frank Bianco | Index No. 115546-06 |
| Karl Felten | Index No. 114005-06 |
| Christian Holinka | Index No. 114120-06 |
| Frederick Ritzer | Index No. 111328-06 |
| Joseph Saccomano | Index No. 113299-06 |

```
INDEX NUMBER 115546  YEAR 2006
IS MOTIONS                    45.00
TOTAL                         45.00
CHECK                         45.00

CONS CASHIER    DATE      TIME  TEI
-22302 3000   07 AUG 22  4:15 PM 6
```

Upon the annexed affirmation of Sandra K. Steinman, ~~sworn to on~~ dated the

22nd day of August, 2007, it is:

ORDERED that the above-captioned plaintiffs SHOW CAUSE before the

Honorable Joan Madden, at I.A.S. Part 11 at the Courthouse located at 60 Centre

Street, Room 351, New York, New York on the 12th day of September, 2007, at 10:00

a.m., or as soon thereafter as counsel may be heard, why an Order should not be made

and entered herein granting Union Carbide Chemicals and Plastics Company, Inc.'s

NYDOCS1-870178.1

Motion *In Limine* to Preclude Evidence Regarding Union Carbide's Corporate Structure or its Relationship to the Dow Chemical Company; and

ORDERED, that a copy of this Order and the papers on which it is based shall be served by Federal Express counsel for plaintiffs and by regular mail upon all parties who have appeared in this action and are entitled to notice before the close of business on or before August 28, 2007. Reply papers by Sept. 10, 2007

Opp.

ENTER:

_____
JOAN A. MADDEN
J.S.C.

TO: Weitz & Luxenberg P.C.
Attorneys for Plaintiff
180 Maiden Lane
New York, New York 10038

See Annexed Service List

NYDOCS1-870178.1

-2-