M.S.#| Oi|
Other

At I.A.S. Part 11 of the Supreme Court of the State of New York, held in and for the County of New York on the ___ day of August, 2007

**PRESENT:** _____
Hon. Joan Madden, J.S.C.

APPROVED
FOR THE PAYMENT
OF MOTION FEE
ONLY

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

CATHARINA BIANCO, as Executrix for the Estate of FRANK BIANCO, and CATHARINA BIANCO, Individually,

                    Plaintiff,

- against -

A.O. SMITH WATER PRODUCTS CO., et al.,

                    Defendants.

This document relates to
| | |
|---|---|
| Frank Bianco | Index No. 115546-06 |
| Karl Felten | Index No. 114005-06 |
| Christian Holinka | Index No. 114120-06 |
| Frederick Ritzer | Index No. 111328-06 |
| Joseph Saccomano | Index No. 113299-06 |

I.A.S. Part 11 (Madden, J.)

Index No. 115546-06

**ORDER TO SHOW CAUSE**

020583

VOL 3

INDEX NUMBER 115546  YEAR 2006
15 MOTIONS                 45.
TOTAL                      45.
CHECK                      45.

CONS CASHIER  DATE     TIME
-22301 3000   07 AUG 22  4:16 PM

Upon the annexed affirmation of Sandra K. Steinman, sworn to on the 22nd day of August, 2007, it is:

ORDERED that the above-captioned plaintiffs SHOW CAUSE before the Honorable Joan Madden, at I.A.S. Part 11 at the Courthouse located at 60 Centre Street, Room 351, New York, New York on the 12th day of September, 2007, at 10:00 a.m., or as soon thereafter as counsel may be heard, why an Order should not be made and entered herein granting Union Carbide Chemicals and Plastics Company, Inc.'s

NYDOCS1-870278.1

Notice of Joinder and Joinder to All Co-Defendants' Motions *In Limine* and Opposition to Plaintiff's Motions *In Limine*; and

ORDERED, that a copy of this Order and the papers on which it is based shall be served by Federal Express counsel for plaintiffs and by regular mail upon all parties who have appeared in this action and are entitled to notice before the close of business on or before August 28, 2007. Reply papers by Sept 10, 2007.

ENTER:

_____
J.S.C.

**JOAN A. MADDEN**

TO:  Weitz & Luxenberg P.C.
     Attorneys for Plaintiff
     180 Maiden Lane
     New York, New York 10038

     See Annexed Service List

NYDOCS1-870276.1                    -2-