SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| CATHARINA BIANCO, as Executrix for the Estate of FRANK BIANCO, and CATHARINA BIANCO, Individually,<br><br>Plaintiff,<br><br>- against -<br><br>A.O. SMITH WATER PRODUCTS CO., et al.,<br><br>Defendants.<br><br>This document relates to<br>Frank Bianco    Index No. 115546-06<br>Karl Felten    Index No. 114005-06<br>Christian Holinka    Index No. 114120-06<br>Frederick Ritzer    Index No. 111328-06<br>Joseph Saccomano    Index No. 113299-06 | I.A.S. Part 11 (Madden, J.)<br><br>Index No. 115546-06<br><br>**AFFIRMATION OF SANDRA K. STEINMAN IN SUPPORT OF UNION CARBIDE CHEMICALS AND PLASTICS COMPANY, INC.'S MOTION *IN LIMINE*** |

       SANDRA K. STEINMAN, an attorney duly admitted to practice before the courts of this state, affirms the following to be true under penalties of perjury:

       1.    I am an attorney with the law firm Anderson Kill & Olick, P.C., counsel in the above-captioned action for defendant Union Carbide Chemicals and Plastics Company, Inc. I am fully familiar with the facts and circumstances set forth herein.

       2.    I respectfully submit this affirmation in support of Union Carbide Chemicals and Plastics Company, Inc.'s motion *in limine* for an order seeking to Union Joinder to All Co-Defendants' Motions *In Limine* and Opposition to Plaintiff's Motions *In Limine*, together with such other and further relief as the Court deems just and proper.

NYDOCS1-870278.1

3. Based on all pleadings herein and argument to be made before this Court, Union Carbide Chemicals and Plastics Company, Inc.'s motion should be granted in its entirety.

WHEREFORE, Union Carbide Chemicals and Plastics Company, Inc. respectfully requests that this Court issue an Order granting Union Carbide Chemicals and Plastics Company, Inc.'s motion *in limine*, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
August 22, 2007

ANDERSON KILL & OLICK, P.C.

By: _____
Sandra K. Steinman
1251 Avenue of the Americas
New York, New York 10020-1182
(212) 278-1000

Attorneys for Union Carbide Chemicals and Plastics Company, Inc.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| CATHARINA BIANCO, as Executrix for the Estate of FRANK BIANCO, and CATHARINA BIANCO, Individually,<br><br>              Plaintiff,<br><br>- against -<br><br>A.O. SMITH WATER PRODUCTS CO., et al.,<br><br>              Defendants. | I.A.S. Part 11 (Madden, J.)<br><br>Index No. 115546-06<br><br>**DEFENDANT'S NOTICE OF JOINDER AND JOINDER TO ALL CO-DEFENDANTS' MOTIONS *IN LIMINE* AND OPPOSITIONS TO PLAINTIFFS' MOTIONS *IN LIMINE*** |

This document relates to

| | |
|---|---|
| Frank Bianco | Index No. 115546-06 |
| Karl Felten | Index No. 114005-06 |
| Christian Holinka | Index No. 114120-06 |
| Frederick Ritzer | Index No. 111328-06 |
| Joseph Saccomano | Index No. 113299-06 |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

Defendant Union Carbide Corporation (hereinafter "Union Carbide") hereby join in each and every Motion *in Limine* exchanged, filed, and/or served by each and every co-defendant and incorporate them by reference, as if the same were herein set forth in full.[1]

---

[1] At this time, there has been no identification of products containing Union Carbide's Calidria asbestos in any of the five cases represented by the above-styled caption. It is on this basis that Union Carbide submits this consolidated motion *in limine*. However, should Plaintiffs offer evidence of product identification that could implicate Union Carbide's Calidria asbestos in any of the five (5) cases, Union Carbide reserves the right to oppose the consolidation of said cases at that time.

NYDOCS1-870258.1

Further, Union Carbide joins in each and every Opposition to Plaintiff's Motions *in Limine* exchanged, filed, and/or served by each and every co-defendant and incorporates them by reference, as if the same were herein set forth in full.

Dated: New York, New York
August 22, 2007

Respectfully submitted,

ANDERSON KILL & OLICK, P.C.

_____
Judith A. Yavitz
Sandra K. Steinman
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

Attorneys for Union Carbide Chemicals and Plastics Company, Inc.