M. S# 016:
Other

At I.A.S. Part 11 of the Supreme Court
of the State of New York, held in and for
the County of New York on the 24 day
of August, 2007.

**PRESENT:** _____
Hon. Joan Madden, J.S.C.

**APPROVED
FOR THE PAYMENT
OF MOTION FEE
ONLY**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| CATHARINA BIANCO, as Executrix for the Estate of FRANK BIANCO, and CATHARINA BIANCO, Individually,<br><br>Plaintiff,<br><br>- against -<br><br>A.O. SMITH WATER PRODUCTS CO., et al.,<br><br>Defendants. | I.A.S. Part 11 (Madden, J.)<br><br>Index No. 115546-06<br><br>**ORDER TO SHOW CAUSE**<br><br>020583 |

This document relates to

| | |
|---|---|
| Frank Bianco | Index No. 115546-06 |
| Karl Felten | Index No. 114005-06 |
| Christian Holinka | Index No. 114120-06 |
| Frederick Ritzer | Index No. 111328-06 |
| Joseph Saccomano | Index No. 113299-06 |

Upon the annexed affirmation of Sandra K. Steinman, sworn to the [INDEX NUMBER] 115546 YEAR 2006
15 MOTIONS    45.0
22nd day of August, 2007, it is:                                                          TOTAL       45.0
                                                                                          CHECK       45.0

ORDERED that the above-captioned plaintiffs SHOW CAUSE before the

Honorable Joan Madden, at I.A.S. Part 11 at the Courthouse located at 60 Centre

Street, Room 351, New York, New York on the 12th day of September, 2007, at 10:00

a.m., or as soon thereafter as counsel may be heard, why an Order should not be made

NYDOCS1-870174.1

and entered herein granting Union Carbide Chemicals and Plastics Company, Inc.'s Motion *In Limine* and Proposed Order of Court; and

ORDERED, that a copy of this Order and the papers on which it is based shall be served by Federal Express counsel for plaintiffs and by regular mail upon all parties who have appeared in this action and are entitled to notice before the close of business on or before ~~August 24,~~ 2007. AUG. 28, 2007. ~~Reply~~ Opp. papers by SEPT. 10, 2007.

ENTER:

_____
JOAN A. MADDEN

TO: Weitz & Luxenberg P.C.
Attorneys for Plaintiff
180 Maiden Lane
New York, New York 10038

See Annexed Service List

NYDOCS1-870174.1                                2