SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

I.A.S. Part 11
Supreme Court of the State of New York, held in and for the County of New York, at the County Court House, on the ___ day of August, 20__
Present: _Madden_, Justice

IN RE: NEW YORK COUNTY ASBESTOS LITIGATION

020788
NYCAL
I.A.S. Part 11
(Madden J.)

This document Relates to:
CHRISTIAN F. HOLINKA.,

    Plaintiff,

v.

A.W. CHESTERTON COMPANY, et al.,

    Defendants.

Index. No. 114120/06

**ORDER TO SHOW CAUSE** M.S. #019: Other

PLEASE TAKE NOTICE that, upon the annexed Affirmation of Daniel B. Carroll, Esq., and the Affidavit of David B. Sudzus, Esq., and sufficient cause having been shown, it is

ORDERED, that counsel for the plaintiff and co-defendants show cause in IAS, part 11, Room 351, of the Supreme Court of New York, County of New York, located at 60 Centre Street, New York, New York, before the Honorable Joan A. Madden, J.S.C. on the 12 day of Sept, 2007, at 9:30 a.m. or as soon thereafter as counsel may be heard, why an Order should not be entered permitting David B. Sudzus, Esq. to be admitted *pro hac vice* to advise and represent defendant Baxter Healthcare Corporation it the trial(s) or arguments of all matters in which this defendant has an interest before this Court.

ORDERED, that movant file with the court by the return date a Certificate of Good Standing from the State of Illinois as to David B. Sudzus.

ORDERED, that service of copies of this Order to Show Cause and supporting papers be made to all parties before the 28 day of Aug, 2007, by serving a copy thereof by personal

service on counsel for plaintiff, Benjamin Darche, Esq., at Weitz & Luxenberg and by facsimile on counsel for all remaining parties, such service shall be deemed sufficient notice.

Enter s

Hon. Joan A. Madden, J.S.C

*Reply papers by Sept 10, 2007*