SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------------x

In Re: NEW YORK CITY ASBESTOS LITIGATION,

------------------------------------------------------------------------x

This Document Relates To:                                    Index No.: 114120-06

CHRISTIAN HOLINKA,

                              Plaintiff,                     **AFFIDAVIT OF SERVICE**

        -against-

A.W. CHESTERTON COMPANY, et al.,

                              Defendants.
------------------------------------------------------------------------x

STATE OF NEW YORK      )
                       )   ss.:
COUNTY OF NEW YORK  )

        **KACEY E. NERO**, being duly sworn, deposes and says that deponent is not a

party to this action, is over 18 years of age and is employed by Reed Smith, LLP, 599 Lexington

Avenue, New York, New York  10022.

        On August 24, 2007, deponent personally served by hand the within Order To

Show Cause and Affirmation of Greg A. Dadika, Esq. with an exhibit thereto upon:

                **Benjamin Darche, Esq.**
                **Weitz & Luxenburg, P.C.**                AUG 3 0 2007
                **180 Maiden Lane**
                **New York, New York  10038**        COUNTY CLERK'S OFFICE
                                                          NEW YORK

                                            _____
                                                    KACEY E. NERO

Sworn to before me this
___ day of August, 2007

_____
Notary Public

GIL FEDER
Notary Public, State of New York
No. 02FE5004311
Qualified in Westchester County
Commission Expires Nov. 16, 2010

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------------x
                                                    :
In Re: NEW YORK CITY ASBESTOS LITIGATION            :    Hon. Joan Madden
                                                    :    (Part 11)
                                                    :
------------------------------------------------------------------x
This Document Relates To:                           :
                                                    :
THE FOLLOWING PLAINTIFFS FROM THE WEITZ             :    **AFFIDAVIT OF SERVICE**
& LUXENBERG MAY 2007 NYCAL *IN EXTREMIS*            :
CLUSTER:                                            :
                                                    :
FRANK BIANCO (Index No. 11546-06)                   :
JAMES DIRECTOR (Index No. 115923-06)                :
KARL FELTEN (Index No. 114005-06)                   :
HARVEY HELFAND (Index No. 117176-06)                :
CHRISTIAN HOLINKA(Index No. 114120-06)              :
JACK NACHT (Index No. 114274-06)                    :
FREDERICK RITZER (Index No. 11328-06)               :
JOSEPH SACCOMANO (Index No. 113299-06)              :
ROBERT SHEPPARD (Index No. 117513-06)               :
                                                    :
------------------------------------------------------------------x

STATE OF NEW JERSEY:

COUNTY OF MERCER:

     I, April LeGros, being a person over the age of 18 years, attest that on August 27, 2007, for and on behalf of Defendant ManorCare Health Services, Inc. (alleged to be a successor in interest to Central Scientific Company, a division of Cenco, Inc.) ("ManorCare"), I served the Affirmation of Greg A. Dadika, Esq. in Support of ManorCare Health Services Inc.'s Motion *In Limine* to Exclude All Evidence Relating to Precision Cosmet Company, Inc. (with exhibit) and Order To Show Cause entered August 23, 2007, *via* facsimile transmission and regular mail to all counsel on the attached service list.

                                           April LeGros

Sworn to me this 27th day
of August, 2007

_____
Notary Public

    **SHARI M. CARBONE**
**Notary Public State of New Jersey**
**Commission Expires 8/23/09**

FILED

AUG 3 0 2007

COUNTY CLERK'S OFFICE
NEW YORK

## CHRISTIAN F. HOLINKA SERVICE LIST
(As of 07/11/07)

Benjamin Darche, Esq.
Weitz & Luixenberg
180 Maiden Lane
New York, NY 10038-4925
(Counsel for Plaintiff)

Julie Evans, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker
150 East 42nd Street
New York, NY 10017-5639
(Counsel for A.W. Chesterton Co.)

Judith Yavitz, Esq.
Anderson, Kill & O'Lick, P.C.
1251 Avenue of the Americas
New York, NY 10020
(Counsel for Amchem Products, Inc. and Certain Teed Corporation)

Theodore Eder, Esq.
Segal, McCambridge, Singer & Mahoney
805 Third Ave.
19th Fl.
New York, NY 10022
(Counsel for Anchor Packing Co., Inc. and Garlock Sealing Technologies LLC)

Cori L. Leavitt, Esq.
William Bradley, Esq.
Joseph Carlisle, Esq.
Mary Ellen Connor, Esq.
Malaby, Carlisle & Bradley LLC
150 Broadway
New York, NJ 10038
(Counsel for Aqua-Chem, Inc., CBS Corporation, J.H. France Refractories Co.,
Kewaunce Scientific Corp., and Premier Refractories, Inc.)

Lawrence McGivney, Esq.
Monakee Griffin, Esq.
McGivney & Kluger, P.C.
80 Broad Street, 23rd Floor
New York, NY 10004
(Counsel for Beckman Coulter, Inc.)

Carol M. Tempesta, Esq.
Marks, O'Neill, O'Brien & Courtney, P.C.
530 Saw Mill River Road
Elmsford, NJ 10523
(Counsel for Corning Glass, k/n/a Corning Incorporated
VWR International, Inc. and Univar USA Inc.)

Joseph Colao, Esq.
Helen Chung, Esq.
Leader & Berkon LLP
630 3rd Avenue, 17th Floor
New York, NJ 10017
(Counsel for E.I. DuPont de Nemours and Company)

Marc S. Gaffrey, Esq.
Hoagland, Longo, Moran, Dunst & Doukas
40 Patterson Street
Post Office Box 480
New Brunswick, NJ 08903
(Counsel for Fisher Scientific International Inc.)

Lisa M. Pascarella, Esq.
Pehlivanian, Braaten & Pascarella, LLC
2430 Route 34
Manasquan, NJ 08736
(Counsel for Ingersoll-Rand Co.)

Jennifer Darger, Esq.
Vincent A. Errante, Jr., Esq.
Darger & Errante, LLP
116 East 27th Street, 12th Floor
New York, NJ 10016
(Counsel for Lennox Industries, Inc.)

Greg A. Dadika, Esq.
Reed Smith LLP
136 Main Street, Suite 250
Princeton Forrestal Village
Princeton, NJ 08540
(Counsel for Manorcare Health Services, Inc., d/b/a Manor Care, Inc.)

Linda Yassky, Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020
(Counsel for Rapid America Corporation)

Ian Grodman, Esq.
Law Offices of Ian R. Grodman, P.C.
515 Valley Street, Suite 170
Maplewood, NJ 07040
(Counsel for Rheem Manufacturing Company, Inc.)

Jonathan E. Polonsky, Esq.
Thelen Reid & Priest LLP
875 Third Avenue
New York, NY 10022
(Counsel for Univar USA, Inc.)

Timothy Fraser, Esq.
Drinker, Biddle & Reath, LLP
500 Campus Drive
Florham Park, NJ 07932-1047
 (Counsel for Baxter Healthcare Corporation)

Gregg Borri, Esquire
Law Offices Gregg J. Borri, Esquire
61 Broadway, Suite 2125
New York, NY 10006
(Counsel for Georgia Pacific Co.)

- 3 -

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

This Document Relates To:

CHRISTIAN HOLINKA,

Plaintiff

-against-

A.W. CHESTERTOWN COMPANY, et al.,

Defendant.

FILED

AUG 3 0 2007

COUNTY CLERK'S OFFICE
NEW YORK

---

### AFFIDAVITS OF SERVICE

---

### REED SMITH LLP

Attorney(s) for          Defendant

Office Address & Tel. No.
599 Lexington Avenue
New York, New York 10022-7650
(212) 521-5400

---

*Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.*

Dated: ...................          Signature ...........................................

                                    Print Signer's Name ...........................

---

*Service of a copy of the within is*                          *is hereby admitted*

*Dated:*

...........................................................

*Attorney(s) for*

---

## PLEASE TAKE NOTICE

ck Applicable Box

☐
NOTICE OF
ENTRY

that within is a (certified) true copy of a
entered in the office of the clerk within named Court on
                                                              20

☐

that an Order of which the within is a true copy will be presented for settlement to the