SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X    NYCAL
IN RE NEW YORK CITY                                              I.A.S. Part 39
ASBESTOS LITIGATION                                              (Freedman, J.)
------------------------------------------------------------X
This document Relates to:                                        Index No. 114120-06
CHRISTIAN F. HOLINKA

    Plaintiff,

    -against-                                            **AFFIDAVIT OF SERVICE**

A.W. CHESTERTON COMPANY, et al.,

    Defendants.
------------------------------------------------------------X

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF NEW YORK   )

Alfred L. Monico, being duly sworn, deposes and says:

1. I am over the age of eighteen and I am not a party to this action.

2. On August 23, 2007, I caused a true and correct copy of the Order To Show Cause, Defendants' Statement of Undisputed Facts, Defendants' Brief in Support of Summary Judgment and Affidavit of Timothy J. Fraser to be served via Hand Delivery upon the following:

    Benjamin Darche, Esq.
    Weitz & Luxenberg
    180 Maiden Lane
    New York, New York 10038-4925
    (counsel for plaintiff)

3. On August 23, 2007, I caused a true and correct copy of the Order To Show Cause, Defendants' Statement of Undisputed Facts, Defendants' Brief in Support of Summary Judgment and Affidavit of Timothy J. Fraser to be served via Regular Mail upon the following:

    Judith Yavitz, Esq.
    Anderson, Kill, Olick & Oshinsky

*FILED SEP 05 2007 NEW YORK COUNTY CLERK'S OFFICE*

        1251 Avenue of the Americas
        New York, New York 10020-1000
        (counsel for Amchem Products, Inc. and Union Carbide Corp.)

        Gregg Borri, Esq.
        Law Offices of Gregg J. Borri, Esq.
        61 Broadway, Suite 2125
        New York, NY 10006
        (counsel for Georgia acific Co.)

        Lawrence McGivney, Esq.
        McGivney & Kluger, P.C.
        80 Broad Street, 23rd Floor
        New York, New York 10004
        (counsel for Beckman Coulter, Inc.)

        McCarter & English
        245 Park Avenue, 27th Floor
        New York, NY 10167-2801
        (counsel for O.I.)

this being their last known address.

4.     These documents are being served on behalf of "defendants Baxter Healthcare Corporation (alleged to be a successor in interest to American Hospital Supply Corp. and American Scientific Products), ManorCare Health Services, Inc. (alleged to be a successor in interest to Central Scientific Company, a division of Cenco, Inc.), Fisher Scientific International Inc., VWR International, Inc. and Univar USA Inc."

                                                                _____
                                                                Alfred L. Monteo

Sworn to and subscribed before me on
this 23rd day of August, 2007

_____
Notary Public

GERTRUDE SOFMAN
Notary Public, State of New York
No. 01SO6092095
Qualified in New York County
Commission Expires July 29, 2011

SFNY1 109321v1                                       - 2 -

COUNTY OF NEW YORK

IN RE: NEW YORK COUNTY
ASBESTOS LITIGATION

NYCAL
I.A.S. Part 
(Freedman, J.)

CHRISTIAN F. HOLINKA

Plaintiff,

Index No. 06-

-against-

A.W. CHESTERTON COMPANY, et al.,

Defendants.

AFFIDAVIT OF SERVICE

DRINKER BIDDLE & REATH LLP
Attorneys at Law
Attorneys for Defendants
Univar USA, Inc.
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140