

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X
IN RE NEW YORK CITY
ASBESTOS LITIGATION
------------------------------------------------------------X
This document Relates to:
CHRISTIAN F. HOLINKA

   Plaintiff,

   -against-

A.W. CHESTERTON COMPANY, et al.,

   Defendants.
------------------------------------------------------------X

NYCAL
I.A.S. Part 11
(Madden, J.)

Index No. 114120-06

**AFFIDAVIT OF SERVICE**

FILED
SEP 05 2007
NEW YORK
COUNTY CLERK'S OFFICE

STATE OF NEW YORK )
         ) ss:
COUNTY OF NEW YORK )

  Daniel K. Gadzanku, being duly sworn, deposes and says:

  1. I am over the age of eighteen and I am not a party to this action.

  2. On August 28, 2007, I caused a true and correct copy of the Order To Show Cause, Memorandum of Law in Support of Defendants' Joint Motion *in Limine* to Preclude Reference to the Products in Issue as "Asbestos Product", Affirmation of Kenneth S. Weinberg, and Affirmation of Timothy J. Fraser in Support to be served via Hand Delivery upon the following:

    Benjamin Darche, Esq.
    Weitz & Luxenberg
    180 Maiden Lane
    New York, New York 10038-4925
    (counsel for plaintiff)

  3. On August 28, 2007, I caused a true and correct copy of same to served via Regular Mail upon the following:

        Judith Yavi, Esq.
        Anderson, Kill, Olick & Oshinsky
        1251 Avenue of the Americas
        New York, New York 10020-1000
        (counsel for Amchem Products, Inc. and Union Carbide Corp.)

        Gregg Borri, Esq.
        Law Offices of Gregg J. Borri, Esq.
        61 Broadway, Suite 2125
        New York, NY 10006
        (counsel for Georgia acific Co.)

        Lawrence McGivney, Esq.
        McGivney & Kluger, P.C.
        80 Broad Street, 23rd Floor
        New York, New York 10004
        (counsel for Beckman Coulter, Inc.)

        McCarter & English
        245 Park Avenue, 27th Floor
        New York, NY 10167-2801
        (counsel for O.I.)

this being their last known address.

4.    These documents are being served on behalf of defendants Baxter Healthcare Corporation (alleged to be a successor in interest to American Hospital Supply Corp. and American Scientific Products), ManorCare Health Services, Inc. (alleged to be a successor in interest to Central Scientific Company, a division of Cenco, Inc.), Fisher Scientific International Inc., VWR International, Inc. and Univar USA Inc.

                                                _____
                                                Daniel K. Gadzanku

Sworn to and subscribed before me on
this 28 day of August, 2007

_____
Notary Public

GERTRUDE SOFMAN
Notary Public, State of New York
No. 01SO6092096
Qualified in New York County
Commission Expires July 23, 2011

SFNY1 109321v2                          - 2 -

COUNTY OF NEW YORK

IN RE NEW YORK COUNTY
ASBESTOS LITIGATION

NYCAL
I.A.S. Part 39
(Freedman, J.)

-------------------------------------X

CHRISTIAN F. HOLINKA,

Index No. 06-114120

Plaintiff,

-against-

A.W. CHESTERTON COMPANY, et al.,

Defendants.

-------------------------------------X

FILED
SEP 05 2007
NEW YORK
COUNTY CLERK'S OFFICE

## AFFIDAVIT OF SERVICE

DRINKER BIDDLE & REATH LLP
Attorneys at Law
Attorneys for Defendants
Univar USA, Inc.
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140