SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

| | |
|---|---|
| IN RE: NEW YORK COUNTY ASBESTOS LITIGATION | NYCAL<br>I.A.S. Part 39<br>(Freedman, J.) |
| This document Relates to:<br>CHRISTIAN F. HOLINKA., <br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>　　　　　　　Defendants. | Index. No. 114120/06<br><br>**ORDER OF ADMISSION<br>PRO HAC VICE** |

*FILED SEP - 7 2007 NEW YORK COUNTY CLERK'S OFFICE*

　　DAVID B. SUDZUS, ESQ, having applied to this Court for admission *pro hac vice* to represent defendant Baxter Healthcare Corporation (alleged to be a successor in interest to American Hospital Supply Corp. and American Scientific Products) ("Baxter") in this action, Mr. Sudzus having submitted an affirmation of Daniel B. Carroll, Esq., a member of the Bar of the State of New York and attorney of record for Baxter, an affidavit of Mr. Sudzus dated August 23, 2007, and a Certificate of Good Standing from the State of Illinois, and counsel for Plaintiff have consented to the admission of Mr. Sudzus, Esq. *pro hac vice*, and the Court having reviewed the foregoing submissions and due deliberation having been had, it is now therefore

　　ORDERED that the motion is granted and David B. Sudzus, Esq. is permitted to appear and to participate in this action on behalf of Baxter; and it is further

　　ORDERED that Mr. Sudzus shall at all times be associated herein with counsel who is a member in good standing of the Bar of the State of New York and attorney of record for the part in question and all pleadings, briefs and other papers filed with the Court shall be signed by the

attorney of record, who shall be held responsible for such papers and for the conduct of this action; and it is further

ORDERED that, pursuant to Section 520.11 of the Rules of the Court of Appeals and Section 602.2 of the Rules of the Appellate Division, First Department, Mr. Sudzus shall abide by the standards of professional conduct imposed upon members of the New York Bar, including the Rules of the Courts governing the conduct of attorneys and the Disciplinary Rules of the Code of Professional Responsibility; and it is further

ORDERED that Mr. Sudzus shall be subject to the jurisdiction of the courts of the State of New York with respect to any acts occurring during the course of his/her participation in this matter; and it is further

ORDERED that said counsel shall notify the court immediately of any matter or event in this or any other jurisdiction which affects Mr. Sudzus' standing as a member of the Bar.

HELEN E. FREEDMAN

_____
Hon. Helen E. Freedman, J.S.C.

Dated: September 6, 2007

FILED
SEP - 7 2007
NEW YORK
COUNTY CLERK'S OFFICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------X
IN RE: NEW YORK COUNTY                    NYCAL
ASBESTOS LITIGATION                       I.A.S. Part 39
                                          (Freedman, J.)
---------------------------------------X
CHRISTIAN F. HOLINKA,
                                          Index No. 06-114120
              Plaintiff,

    -against-

A.W. CHESTERTON COMPANY, et al.,

              Defendants.
---------------------------------------X

### ORDER OF ADMISSION PRO HAC VICE

DRINKER BIDDLE & REATH LLP
Attorneys at Law
Attorneys for Defendants
Univar USA, Inc.
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140

SEP 10 2007