Christian Holinka

Holinka v. Asbestos
February 12, 2007

Page 1

```
 1
 2    SUPREME COURT
 3    ALL COUNTIES WITHIN THE STATE OF NEW YORK
 4
 5    IN RE: NEW YORK CITY ASBESTOS LITIGATION
 6
 7
 8
 9         DEPOSITION UNDER ORAL
10             EXAMINATION OF
11          CHRISTIAN HOLINKA
12
13
14
15
16    This Document Applies To:
17    CHRISTIAN HOLINKA
18    INDEX NO.: 114120-06
19
20
21
22         PRIORITY ONE COURT REPORTING SERVICES, INC.
23                    899 Manor Road
24              Staten Island, New York 10314
25                     (718) 983-1234
```

Page 2

```
 1                        2
 2         Transcript of the deposition of the Plaintiff,
 3    called for Oral Examination in the above-captioned
 4    matter, said deposition being taken pursuant to
 5    Federal Rules of Civil Procedure by and before
 6    CHERYL F. BAREN, a Notary Public and Shorthand
 7    Reporter, at the Offices of Weitz & Luxenberg, 180
 8    Maiden Lane, New York, New York, on Monday, February
 9    12, 2007, commencing at approximately 11:00 in the
10    forenoon.
```

Page 3

```
 1                        3
 2    APPEARANCES:
 3
 4    WEITZ & LUXENBERG, P.C.
          Attorneys for Plaintiff
 5        180 Maiden Lane, 17th Floor
          New York, New York 10038
 6    BY: BENJAMIN DARCHE, ESQ.
 7
 8    PEHLIVANIAN, BRAATEN & PASCARELLA, LLC.
          Attorneys for Defendant Ingersoll Rand Co.
 9        2430 Route 34
          Manasquan, New Jersey 08736
10    BY: KATE MCCLINTOCK, ESQ.
11
12    LEADER & BERKON, LLP
          Attorneys for DuPont
13        630 Third Avenue, 17th Floor
          New York, New York 10017
14    BY: JUDITH A. JOSEPH JENKINS, ESQ.
15
16    DARGER & ERRANTE, LLP
          Attorneys for Defendant Lennox
17        116 East 27th Street, 12th Floor
          New York, New York 10016
18    BY: CRAIG GLANTZ, ESQ.
19
20    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
          Attorneys for Defendant A.W. Chesterton
21        150 East 42nd Street
          New York, New York 10017
22    BY: TODD DESIMONE, ESQ.
```

Page 4

```
 1                        4
 2    DRINKER, BIDDLE & REATH, LLP
          Attorneys for Defendant Baxter
 3        500 Campus Drive
          Florham Park, New Jersey 07932
 4    BY: TIM FRASER, ESQ.
 5
 6    HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
          Attorneys for Defendant Fisher Scientific
 7        40 Paterson Street
          P.O. Box 480
 8        New Brunswick, New Jersey 08903
      BY: KRISTY KULINA LYONS, ESQ.
 9
10
11    ANDERSON, KILL & OLICK, P.C.
          Attorneys for Defendants
12        Amchem and Certainteed
          1251 Avenue of the Americas
13        New York, New York 10020-1182
      BY: CRAIG BLAU, ESQ.
14
15    DRINKER, BIDDLE & REATH, LLP
          Attorneys for Defendants VWR, Univer
16        500 Campus Drive
          Florham Park, New Jersey 07932
17    BY: DAVID F. ABERNETHY, ESQ.
18
19    MALABY, CARLISLE & BRADLEY, LLC
          Attorneys for Defendants Adience, CBS,
20        and Kewannee Scientific
          150 Broadway
21        New York, New York 10038
      BY: CORI LEAVITT, ESQ.
22        KOO LEE, ESQ.
```

1 (Pages 1 to 4)

b048b916-a47b-4600-8755-886027942f48

Holinka v. Asbestos
February 12, 2007

Christian Holinka

### Page 5

```
 1                        5
 2   REED SMITH, LLP
         Attorneys for Defendant Manor Health Care
 3       599 Lexington Avenue
         New York, New York 10022
 4   BY:  GREG A. DADIKA, ESQ.
 5
 6   McGIVNEY & KLUGER, P.C.
         Attorneys for Defendant Beckman Coulter
 7       80 Broad Street, 23rd Floor
         New York, New York 10004
 8   BY:  LAURA HOLLMAN, ESQ.
 9
10   LAW OFFICES OF IAN R. GRODMAN, PC
         Attorneys for Defendant
11       Rheem Manufacturing Co.
         515 Valley Street, Suite 107
12       Maplewood, New Jersey 07040
     BY:  IAN R. GRODMAN, ESQ.
13
14                * * *
15
...
25
```

### Page 6

```
 1                        6
 2       IT IS HEREBY STIPULATED AND AGREED by and between
 3   the attorneys for the respective parties hereto that
 4   filing, sealing and certification of the within
 5   Examination Before Trial be waived; that all
 6   objections, except as to form, are reserved to the
 7   time of trial.
 8       IT IS FURTHER STIPULATED AND AGREED that the
 9   transcript may be signed before any Notary Public with
10   the same force and effect as if signed before a Clerk
11   or Judge of the Court.
12       IT IS FURTHER STIPULATED AND AGREED that the
13   within examination may be utilized for all purposes as
14   provided by the CPLR.
15       IT IS FURTHER STIPULATED AND AGREED that all
16   rights provided to all parties by the CPLR shall not
17   be deemed waived and the appropriate sections of the
18   CPLR shall be controlling with respect thereto.
19       IT IS FURTHER STIPULATED AND AGREED by and
20   between the attorneys for the respective parties
21   hereto that a copy of the Examination shall be
22   furnished, without charge, to the attorney
23   representing the witness testifying herein.
24
25
```

### Page 7

```
 1           Christian Holinka       7
 2       C H R I S T I A N  H O L I N K A, the
 3   Plaintiff herein, after having first been duly
 4   sworn by a Notary Public of the State of New
 5   York, was examined and testified as follows:
 6       THE REPORTER:  State your name for the
 7   record, please.
 8       THE WITNESS:  Christian Holinka.
 9       THE REPORTER:  State your present home
10   address for the record, please.
11       THE WITNESS:  299 West 12th Street,
12   Apartment 9-J, New York, New York 10014.
13   DIRECT EXAMINATION
14   BY MS. LEAVITT:
15       Q   Hello, Mr. Holinka.  My name is Cori
16   Leavitt and I am an attorney with the law firm of
17   Malaby, Carlisle and Bradley.  I represent a few of
18   the defendants that have been sued in your lawsuit.
19           I am going to be asking most of the
20   questions today.  When I am done asking all of the
21   questions that I need to, some of the other attorneys
22   in the room might have some questions.
23           First, I want to tell you a few ground
24   rules at depositions.  As a courtesy we should wait
25   until each person is done speaking because the Court
```

### Page 8

```
 1           Christian Holinka       8
 2   Reporter cannot take everything down if we are talking
 3   on top of each other, okay?  When I ask a question,
 4   all my questions require responses.  So, nodding your
 5   head the Court Reporter cannot take down, so you will
 6   have to say yes or no; do you understand that?
 7       A   Yes.
 8       Q   If you do not understand one of my
 9   questions, please just let me know and I will try to
10   rephrase it so that you do understand my question.
11   And I do not want you to guess with any of your
12   answers.  If you have a best recollection or a best
13   estimate, that is fine but we do not want you to
14   guess.  We are just here to find out what you remember
15   today; do you understand?
16       A   Yes.
17       Q   And if at any time you need a break, please
18   just let me know and we will be happy to give you a
19   break.
20       A   Thank you, I will.
21       Q   Mr. Holinka, am I saying your name
22   properly?
23       A   Holinka.
24       Q   Have you been known under any name other
25   than Christian Holinka?
```

PRIORITY ONE REPORTING   (718) 983-1234

b048b916-a47b-4600-8755-886027942148

Christian Holinka

Holinka v. Asbestos
February 12, 2007

**Page 9**

1            Christian Holinka   9
2   A   No. My middle name is Franz, Christian
3  Franz Holinka.
4   Q   Do you have any nicknames?
5   A   No.
6   Q   And how old are you?
7   A   Sixty-nine.
8   Q   And can you please tell me your birthday.
9   A   July 7, 1937.
10  Q   And your Social Security number, please.
11  A   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.
12  Q   Am I correct that you presently reside at
13 299 West 12th Street, Apartment 9-J in New York City?
14  A   That's correct.
15  Q   Have you taken any medications today?
16  A   No.
17  Q   Are you married?
18  A   No.
19  Q   Have you ever been married?
20  A   Yes.
21  Q   And can you tell me who you were married
22 to?
23  A   Yes. Her name is Hilka Veth; V-E-T-H. She
24 lived -- well,...
25  Q   Did she use the same last name as you when

**Page 10**

1            Christian Holinka   10
2  you were married?
3   A   Yes, she did.
4   Q   Is she presently alive?
5   A   Yes.
6   Q   And how did that marriage end?
7   A   Divorce.
8   Q   Does she still use the last name Holinka?
9   A   No.
10  Q   What is her present last name?
11  A   V-E-T-H.
12  Q   And when did you get divorced?
13  A   1978.
14  Q   Do you know where she lives presently?
15  A   Yes. In Hamburg in Germany.
16  Q   Did she ever live in the United States with
17 you?
18  A   Yes.
19  Q   When did she move back to Hamburg, Germany?
20  A   In 19 -- late 1974, may have been early
21 '75.
22  Q   Were you separated at that time?
23  A   No, we lived together.
24  Q   Is Hilka Veth in any way financially
25 dependent upon you at this time?

**Page 11**

1            Christian Holinka   11
2   A   No.
3   Q   Do you know how her health is now?
4   A   Good.
5   Q   Was Hilka a smoker when you were married to
6  her?
7   A   Very briefly for perhaps half a year and
8  then she quit.
9   Q   When did you and Hilka get married?
10  A   In 1970.
11  Q   Was Hilka your first and only marriage?
12  A   Yes.
13  Q   Do you know if Hilka has any lung or
14 breathing problems?
15  A   No, no, she doesn't.
16  Q   Do you know if -- let me rephrase that --
17 has Hilka ever been diagnosed with any type of cancer?
18  A   No.
19  Q   Do you and Hilka have any children
20 together?
21  A   No.
22  Q   Do you have any children?
23  A   No.
24  Q   Can you tell me the name of your father,
25 please.

**Page 12**

1            Christian Holinka   12
2   A   Yes. Herbert Kalke; K-A-L-K-E.
3   Q   Is your father deceased?
4   A   Yes.
5   Q   How old was your father when he died?
6   A   In his early 30's.
7   Q   What did your father die from?
8   A   He was killed in the war.
9   Q   World War II?
10  A   Uh-huh.
11  Q   You have to say yes.
12  A   Sorry, yes.
13  Q   Was he a military man?
14  A   He was drafted, not, not career.
15  Q   Prior to being drafted into the military,
16 what did your father do for a living?
17  A   He was a business person. I know for when
18 -- may I say something? I know very little about him
19 because my mother was not married to him.
20  Q   Do you know anything about your father's
21 health?
22  A   No.
23  Q   Do you know if your father was a smoker?
24  A   No, I don't know.
25  Q   Did your father have any lung or breathing

3 (Pages 9 to 12)

Holinka v. Asbestos
February 12, 2007

Christian Holinka

**Page 13**

```
 1              Christian Holinka      13
 2   problems?
 3       A    I don't know.
 4       Q    How old were you when your father passed
 5   away?
 6       A    Five-years-old.
 7       Q    Were there any other father figures in your
 8   life?
 9       A    No.
10       Q    Is your mother living or deceased?
11       A    Deceased.
12       Q    And what was your mother's name?
13       A    Maria Holinka.
14       Q    How old was your mother when she passed
15   away?
16       A    Ninety-five.
17       Q    And what did your mom die from?
18       A    No specific cause.  Old age I guess you
19   might say.
20       Q    How was your mother's health?
21       A    Excellent.
22       Q    Was your mother a smoker?
23       A    No.
24       Q    What is it your mother -- did your mother
25   work?
```

**Page 14**

```
 1              Christian Holinka      14
 2       A    Yes, she did.
 3       Q    What did she do?
 4       A    She worked as an administrator in a hotel.
 5       Q    Was that hotel in Germany?
 6       A    Yes.
 7       Q    Do you know what part of Germany?
 8       A    Well, actually generically she worked as an
 9   administrator in hotels, she worked in perhaps two or
10   three near Cologne, I don't remember the exact
11   addresses.
12       Q    Did your mother have any lung or breathing
13   problems?
14       A    No.
15       Q    Can you give me the address of the first
16   home you recall living in?
17       A    I can give you the street and the town.
18       Q    Okay.
19       A    In fact, I know the number also.  The
20   street is One Erzberger Strasse.
21       Q    Can you spell that?
22       A    E-R-Z-B-E-R-G-E-R, and then Strasse,
23   street.
24       Q    How old were you when you lived there?
25       A    I was about 10 to 14.
```

**Page 15**

```
 1              Christian Holinka      15
 2       Q    Was that in Germany?
 3       A    It's in Germany.
 4       Q    Where in Germany?
 5       A    In West Germany.
 6       Q    Is there a specific town?
 7       A    Yes, Olpe; O-L-P-E.
 8       Q    Was that during wartime that you lived
 9   there?
10       A    No, that was after the war.  It was 1950 to
11   '54.  To '53 actually.
12       Q    From approximately 1937 to approximately
13   1950, where did you live?
14       A    Until I was 7-years-old in what's now
15   Poland, Bad Altheide.
16       Q    Can you spell that?
17       A    I can give you the name of the town.
18       Q    Yes, please.
19       A    B-A-D, new word, A-L-T-H-E-I-D-E.
20       Q    And that is now considered Poland?
21       A    It's now considered Poland, yes.
22       Q    And what was it considered when you lived
23   there?
24       A    Germany.
25       Q    Were you attending school at that time?
```

**Page 16**

```
 1              Christian Holinka      16
 2       A.   No.
 3       Q    Do you have any siblings?
 4       A    No.
 5       Q    Who did you live with there?
 6       A    With my aunt.
 7       Q    What kind of home was it?
 8       A    It was a family home, rental.
 9       Q    Was it a one-family home or was it in an
10   apartment building?
11       A    It was a medium size building, about six
12   units, six apartments.
13       Q    How was the unit that you lived in heated?
14       A    I think gas, I do not recall.  Or steam,
15   very likely steam heating because that was the general
16   case at the time but I do not recall.
17       Q    Did you ever handle any coal with respect
18   to the heating at this house?
19       A    I think so.  I do not recall exactly.
20       Q    What was the condition of the unit that you
21   lived in?
22       A    It was very good, it was a new building
23   when we moved in.
24       Q    Between age 7 and age 10 before you moved
25   to Olpe in West Germany, where did you live?
```

Christian Holinka

Holinka v. Asbestos
February 12, 2007

**Page 17**

1           Christian Holinka    17
2  A    Well, there was about a year prior to that
3  also in Olpe. You ask me the first address I remember
4  there, I don't remember the address.
5  Q    But it was in the same town?
6  A    It was in the same town.
7  Q    And who did you live with?
8  A    Also my aunt and my cousin.
9  Q    What was your aunt's full name?
10 A    First name is Erna; E-R-N-A, last name
11 J-A-K-U-S-Z-I-T.
12 Q    And your cousin's name?
13 A    Her first name is Petra; P-E-T-R-A.
14 Q    Same last name?
15 A    No, she's married now, so she uses her
16 married name Rottenbacher; R-O-T-T-E-N-B-A-C-H-E-R.
17 Q    And is Petra still alive?
18 A    Yes.
19 Q    And where does she presently live?
20 A    Cologne, Germany.
21 Q    Do you known her address?
22 A    I know the street.
23 Q    Can you please tell me the street?
24 A    Yes. I can spell it.
25 Q    Yes, please.

**Page 18**

1           Christian Holinka    18
2  A    R-O-S-E-N-T-H-A-L, and then Strasse,
3  street.
4  Q    If at a later time you remember the
5  specific address on that street, can you please let
6  your attorney know and provide that information for
7  us.
8       And what kind of residence did you live in
9  for that one year?
10 A    It was an older building. Also, well, I
11 can't say apartment building because, you know, you
12 had 70 million refugees from the east. So, what
13 happened is people were required to share a room with
14 refugees from the east. So, it was really a private
15 building of two parties that lived there permanently
16 and we were quartered there if you want. The building
17 I would say was built in about 1925, mid-20's.
18 Q    Were there any coal burning stoves at that
19 residence?
20 A    Yes.
21 Q    Did you ever have to bring the coal from
22 somewhere into the residence for heating purposes?
23 A    Well, usually from the basement, the
24 cellar, yes.
25 Q    So, there was coal in the cellar of this

**Page 19**

1           Christian Holinka    19
2  residence?
3  A    Yeah. And it was mainly what's called
4  briquette, this pressed coal, light brown coal.
5  Q    How often, if you can estimate for me,
6  would you have to bring the coal from the basement?
7  A    Once a week, twice a week, estimated.
8  Q    And did you also have to bring the coal
9  into the residence when you were living in what is --
10 I am not going to be able to pronounce it -- so what
11 is now considered the Poland address that you gave us?
12 A    No.
13 Q    And who did you live with when you resided
14 at One Erzberger Strasse in Olpe, West Germany?
15 A    My aunt and my cousin.
16 Q    And what type of residence was that?
17 A    It was a new building, meaning it was well
18 built in the early 50's.
19 Q    Was that heated with coal?
20 A    There certainly was one stove that used
21 coal.
22 Q    And was the coal stored in the basement?
23 A    I would imagine so, yes.
24 Q    And did you have to bring the coal from the
25 basement up to the area where this stove was?

**Page 20**

1           Christian Holinka    20
2  A    Occasionally I did.
3  Q    Would that be approximately once a week?
4  A    Probably less, I don't recall exactly.
5  Q    Can you tell me, because I've never had to
6  bring coal from one place to another, what is it that
7  you would have to do; was there a wheelbarrow that
8  helped you or can you explain the process to me?
9  A    No. You just had a little basket and you
10 put some of these coal, the best kind of light coal,
11 you put five or six or eight briquettes in there and
12 you took them upstairs.
13 Q    In approximately 1953 where did you move
14 to?
15 A    To a boarding school.
16 Q    And what was the name of the boarding
17 school?
18 A    I don't even think it had a name.
19 Q    Where was it located?
20 A    In Oldenburg; O-L-D-E-N-B-U-R-G. And I --
21 you want the address?
22 Q    Please.
23 A    Eferdemarkt; E-F-E-R-D-E-M-A-R-K-T, One.
24 Q    Oldenburg is the town?
25 A    Yes.

Holinka v. Asbestos
February 12, 2007

Christian Holinka

**Page 21**

1          Christian Holinka   21
2   Q   And is that also in West Germany?
3   A   Yes. In the north of West Germany, western
4 Germany.
5   Q   Did your Aunt Erna work when you lived with
6 her?
7   A   No.
8   Q   Other than your aunt and your cousin Petra,
9 did you live with any other family members from up
10 until age 14?
11   A   No.
12   Q   For how long did you attend the boarding
13 school?
14   A   Three years, 1954 through 1956.
15   Q   While at boarding school did you have any
16 type of vocational training?
17   A   No.
18   Q   The education that you received at boarding
19 school, was it all academics?
20   A   Yes.
21   Q   Did you work at all while attending
22 boarding school?
23   A   No.
24   Q   What type of residence did you live in at
25 the boarding school?

**Page 22**

1          Christian Holinka   22
2   A   It was a very large building, partly office
3 building. Built, I would imagine, around 1910.
4   Q   Were there any renovations ongoing while
5 you were at the boarding school?
6   A   No.
7   Q   Did you graduate from the boarding school?
8   A   Yes.
9   Q   And what type of degree did you get?
10   A   It was essentially the equivalent to high
11 school graduation, that's now direct equivalent.
12   Q   After boarding school where did you live?
13   A   In New York.
14   Q   So, am I correct that in 1956 you left the
15 northwestern part of Germany?
16   A   Yes.
17   Q   And moved to the United States?
18   A   I immigrated to the United States, yes.
19   Q   Did you come here with anyone?
20   A   No. I had relatives in Queens.
21   Q   My math is not good, so can you tell me
22 approximately how old you were at that time?
23   A   Nineteen.
24   Q   Did you serve in the military at any time
25 while in Germany?

**Page 23**

1          Christian Holinka   23
2   A   No.
3   Q   Are you a citizen of the United States?
4   A   Yes.
5   Q   When did you become a citizen?
6   A   I don't recall the exact year. I think it
7 was 1966. I can validate this with my attorney.
8   Q   Thank you.
9        When you came to the United States in
10 approximately 1956, can you tell me where you lived?
11   A   No, definitely 1956, October 26th.
12   Q   Where did you live?
13   A   I briefly lived with my uncle and aunt in
14 Queens.
15   Q   Just to back up for a minute, how did you
16 get to the United States?
17   A   By applying for an immigration visa
18 sponsored by my relatives.
19   Q   How did you actually transport yourself to
20 the United States?
21   A   Flying.
22   Q   Are either your aunt or your uncle
23 presently alive?
24   A   No.
25   Q   Do you know where in Queens you lived with

**Page 24**

1          Christian Holinka   24
2 them?
3   A   I have the address, 10413 89th Avenue,
4 Richmond Hill.
5   Q   Is that a single-family home?
6   A   It was a two-family home.
7   Q   Did you live with any cousins at that
8 address?
9   A   No.
10   Q   How was that house heated?
11   A   I don't know.
12   Q   Were any renovations ongoing while you
13 lived there?
14   A   No.
15   Q   You might have answered this but I just do
16 not remember: For how long did you live there with
17 your aunt and uncle?
18   A   About six weeks.
19   Q   What did your uncle do for a living during
20 the six week period that you lived there?
21   A   He worked at a grocery store.
22   Q   Did your aunt work during that time?
23   A   No.
24   Q   Where did you live after that six week
25 period?

PRIORITY ONE REPORTING   (718) 983-1234

b048b916-a47b-4600-8755-886027942148

Holinka v. Asbestos
February 12, 2007

Christian Holinka

**Page 25**

1    Christian Holinka    25
2    A   In the United States Army. That's not a
3    living place but I can give you the various stations.
4    Q   During what time period were you in the
5    Army?
6    A   November '56 to July '59. May have been
7    August '59.
8    Q   Did you receive an honorable discharge?
9    A   Yes.
10   Q   Can you tell me where you were stationed in
11   the Army, please.
12   A   Yes. Fort Dix, New Jersey for basic
13   training, eight weeks.
14   Q   During the eight weeks of basic training,
15   were you exposed to asbestos in any way?
16   A   Not to my knowledge.
17   Q   Were you exposed to any type of chemicals
18   or fumes during the eight weeks of basic training?
19   A   I don't know.
20   Q   Were you exposed to any types of gas during
21   the eight weeks of basic training?
22   A   Not to my knowledge.
23   Q   What about radiation?
24   A   Not to my knowledge, no.
25   Q   After the eight weeks of basic training,

**Page 26**

1    Christian Holinka    26
2    where were you stationed?
3    A   Fort Sam, Houston, Texas.
4    Q   Is that Fort Sam?
5    A   Fort Sam.
6    Q   And for how long were you there?
7    A   Well, Brooks Army Medical Center is the
8    unit I was associated with.
9    Q   For how long were you there?
10   A   About two months.
11   Q   Did you have a rank or a title at that
12   time?
13   A   Private. At the end I think I was promoted
14   to a PFC, Private First Class.
15   Q   When you say "at the end," are you saying
16   at the end of those two months?
17   A   Yeah. That was a specialty training
18   program and I believe at the end or shortly thereafter
19   I was promoted.
20   Q   And what was the specialty that you were
21   training in?
22   A   Medical laboratory technician.
23   Q   Had you had any prior experience with
24   medical laboratories prior to this two month period?
25   A   No.

**Page 27**

1    Christian Holinka    27
2    Q   Were you exposed to asbestos during the two
3    month period at Fort Sam?
4    A   It is likely.
5    Q   Can you explain to me why it was likely or
6    how it was likely?
7    A   The training was, the training of a medical
8    laboratory technician and in doing so we used Bunsen
9    burners with Bunsen burner pads that had the center
10   round asbestos parts to uniformly distribute heat. We
11   used incubators to an extent but at that period in a
12   minor way because it was a matter of training, not
13   full-time work at the laboratory.
14   Q   How much of your time during the two months
15   at Fort Sam was spent on academics, classroom?
16   A   Perhaps two hours a day, theoretical
17   training.
18   Q   And how much time was spent in the
19   laboratories training?
20   A   The rest about five, six hours.
21   Q   Out of the five, six hours a day, can you
22   estimate how much time was spent on the Bunsen burner,
23   working with Bunsen burners?
24   A   Relatively little. During training I would
25   say perhaps two hours a week divided by five is per

**Page 28**

1    Christian Holinka    28
2    day.
3    Q   Why would you have to use a Bunsen burner?
4    A   To heat media, to heat water. It's a
5    ubiquitous thing, just like a gas stove in a kitchen.
6    Q   Were you actually using the Bunsen burners
7    or were you watching the teachers use the Bunsen
8    burners?
9    A   Both.
10   Q   Now, you told us that there were pads on
11   the Bunsen burners, what was it about your, what was
12   it about these pads that you believe --
13       MS. LEAVITT: Strike that.
14   Q   What was it about the work that you were
15   doing with the Bunsen burners that you believe caused
16   you to be exposed to asbestos?
17   A   A part of the pad that you placed on a
18   flame to uniformly distribute heat was known to
19   contain asbestos.
20   Q   Did you have to do any work with that pad?
21   A   Well, you handled it. Certainly if it was
22   new, you put it on and if it became brittle and
23   somewhat dusty, you disposed of it and put on another
24   one.
25       Now, I would like to emphasize that that

7 (Pages 25 to 28)

Christian Holinka

Holinka v. Asbestos
February 12, 2007

**Page 29**

Christian Holinka    29

1  was relatively minimal during training but later
2  during my work in the year I worked with it every day.
3      MR. DARCHE: Just answer, she will ask
4  that.
5      THE WITNESS: Okay.
6  Q    Can you tell us what kind of work you would
7  do on or with incubators during this two month period?
8  A    Bacterial cultures.
9  Q    I'm sorry?
10 A    Bacterial cultures.
11 Q    Would you take the cultures and put them
12 into the incubator?
13 A    Yes.
14 Q    Just to go backwards, do you know who
15 manufactured any of the Bunsen burners that you worked
16 on during this two month period at Fort Sam?
17 A    I do not recall.
18 Q    Do you know the manufacturer of any of the
19 pads that were on the Bunsen burners during the two
20 month period at Fort Sam?
21 A    I do not recall.
22 Q    How do you believe you were exposed to
23 asbestos as a result of the incubators during the two
24 month period at Fort Sam?

**Page 30**

Christian Holinka    30

1  A    By handling them.
2  Q    I want to make sure I understand. Do you
3  mean by handling the incubators or by handling the
4  bacterial cultures?
5  A    By handling the incubators.
6  Q    Can you describe the size of the incubators
7  that you are talking about?
8  A    They typically would be about 3 feet x 3
9  feet and perhaps 4 feet in depth but I cannot describe
10 them exactly.
11 Q    What was it about handling the incubators
12 that caused you exposure to asbestos?
13 A    Opening the doors, put in cultures, cell
14 cultures, bacterial cultures inside, closing the
15 doors. By the door, I should say.
16 Q    Was there a particular part of the
17 incubator that you believe contained asbestos?
18 A    I don't know.
19 Q    So, why do you think that you were exposed
20 to asbestos from the incubator?
21 A    To my knowledge incubators at a time
22 contained as a component asbestos.
23 Q    Do you know where on an incubator?
24 A    I don't know the exact, no.

**Page 31**

Christian Holinka    31

1  Q    Do you know for sure that the incubators
2  that were at Fort Sam during that two month period
3  contained asbestos?
4  A    No.
5  Q    Do you know the manufacturer of the
6  incubators at Fort Sam?
7  A    No.
8  Q    Do you recall the names of any co-workers
9  at Fort Sam?
10 A    No.
11 Q    Other than the Bunsen burners or the pads
12 on the Bunsen burners, were you exposed to asbestos in
13 any other way while at Fort Sam?
14 A    I don't know.
15 Q    After your training at Fort Sam, where did
16 you go?
17 A    I was stationed at the 98 General Hospital
18 in, I will spell the name, Neubruecke, Germany;
19 N-E-U-B-R-U-E-C-K-E, in Germany.
20 Q    That was while you were in the U.S. Army,
21 correct?
22 A    Yes.
23 Q    And during what time period were you there?
24 A    July 1957 to July or August 1959.

**Page 32**

Christian Holinka    32

1  Q    So, did you spend the duration of your time
2  in the Army at the 98 General Hospital?
3  A    Yes.
4  Q    And what was your rank or title while you
5  were there?
6  A    Private First Class and in the end
7  specialist for Spec 4.
8  Q    When did you become a specialist?
9  A    About -- I don't know the exact date. The
10 year about 1956, in the middle of my station at
11 Neubruecke.
12 Q    You told us that you were at General
13 Hospital from '57 to '59?
14 A    Uh-huh.
15 Q    Did you become a specialist while you were
16 at the hospital?
17 A    Yes.
18 Q    So, 1956 would not be accurate because you
19 said you were there from '57 to '59.
20 A    Oh, I'm sorry, sorry.
21 Q    So, can you --
22 A    I stand corrected. As I said in the middle
23 of my tenure at the 98 General Hospital, so it would
24 be 1958.

8 (Pages 29 to 32)

PRIORITY ONE REPORTING    (718) 983-1234

Holinka v. Asbestos
February 12, 2007

Christian Holinka

**Page 33**

Christian Holinka 33

1
2  Q   Can you tell me what type of work you did
3  as a Private First Class from approximately July '57
4  to 1958?
5  A   Yes. I worked in all branches of a
6  clinical medical laboratory including bacteriology,
7  biochemistry and hematology. And I should say
8  pathology also.
9       MR. DARCHE: Could we take a two minute
10  break, please?
11      MS. LEAVITT: Sure.
12      (Whereupon, at 11:43 A.M., a short recess
13  was taken)
14      (Back on the record at 11:55 A.M.)
15  Q   Mr. Holinka, I just want to go backwards
16  for a minute and then we will come back to the
17  hospital.
18      When you were at Fort Sam for those two
19  months, do you know who supplied the Bunsen burners to
20  Fort Sam?
21  A   No, I don't.
22  Q   Do you know who supplied the incubators to
23  Fort Sam?
24  A   No, I don't.
25  Q   While working as a Private First Class at

**Page 34**

Christian Holinka 34

1
2  the General Hospital, were you exposed to asbestos in
3  any way?
4  A   Yes.
5  Q   Can you tell me how you believe you were
6  exposed to asbestos while working as a Private First
7  Class at 98 General Hospital?
8  A   Yes. Bunsen burner pads, mittens to shield
9  from heat. Whenever you had shield glass work, you
10  put on those mittens and eventually with use because
11  of the heat and otherwise they became brittle and to
12  my knowledge they contained asbestos as an insulator.
13      MS. LEAVITT: Can you read that back,
14  please.
15      (Whereupon, at this time, the requested
16  portion was read back by the reporter)
17  Q   Why do you believe you were exposed to
18  asbestos from the Bunsen burner pads?
19  A   You handled them regularly, you replaced
20  them. As they were exposed to heat, the center part
21  decomposed, became brittle and you had to dispose of
22  the pad and replace it with a new unit.
23  Q   And earlier you told us that you worked in
24  all branches of the clinical medical lab including
25  biochemistry, hematology, pathology and some other

**Page 35**

Christian Holinka 35

1
2  areas. Can you tell me when you were working with the
3  Bunsen burner pads what type of work you were doing?
4  A   In chemistry you would make solutions, you
5  would put them on the Bunsen burner pad to heat them
6  to dissolve your ingredients. In bacteriology you
7  would make agar for bacterial cultures that needed to
8  be heated in. In histology you also made solutions
9  that needed to be heated for the dye to dissolve.
10  Many dyes dissolve only at a certain temperature.
11  Q   About how much of your time was spent
12  handling or disposing of Bunsen burner pads?
13      MR. DARCHE: You can answer if you know.
14  A   I don't know. It is so routine, I don't
15  want to elaborate too much, it is so routine that
16  whenever you needed to replace it, you did so.
17  Q   How long did it take on average to replace
18  a Bunsen burner pad?
19  A   I don't know. It depends on its use. If
20  it's used less frequent I'd say once a week,
21  estimated. If it is used very frequent, probably more
22  frequently.
23  Q   In order to dispose of a pad, would that
24  take seconds, minutes, hours?
25  A   Seconds.

**Page 36**

Christian Holinka 36

1
2  Q   And would the only reason you would have to
3  handle a Bunsen burner pad would be to dispose of it?
4  A   To manually handle it, yes.
5  Q   Do you know the manufacturer of the Bunsen
6  burners that you worked with while working as a
7  Private First Class at 98 General Hospital?
8  A   No.
9  Q   Do you know who supplied the Bunsen burners
10  to the hospital?
11  A   I don't.
12  Q   Do you know who manufactured the pads that
13  were on the Bunsen burners at General Hospital when
14  you were a Private First Class?
15  A   I don't.
16  Q   Do you know who supplied the pads?
17  A   I don't.
18  Q   Can you tell me why you believe you were
19  exposed to asbestos from mittens at 98 General
20  Hospital while working as a Private First Class?
21  A   By frequently using them.
22  Q   Did you have to use the mittens at any time
23  other than when shielding from glass work?
24  A   No.
25  Q   How often would you have to shield from

9 (Pages 33 to 36)

**Page 37**

Christian Holinka 37

1
2 glass work?
3 A Frequently, certainly daily.
4 Q And would that take seconds, minutes or
5 hours?
6 A Minutes.
7 Q Do you know who manufactured the mittens
8 that you used while working as a Private First Class
9 at the hospital?
10 A I don't.
11 Q Do you know who supplied the mittens to the
12 hospital?
13 A I don't.
14 Q Do you recall the name of any co-workers
15 that worked with you while you were a Private First
16 Class at the hospital?
17 A I don't.
18 Q While working as a specialist starting in
19 1958 until 1959, July or August of 1959, were you
20 exposed to asbestos in any way?
21 A The work was exactly the same as
22 previously, so if you want me to specifically answer
23 to the best of my knowledge, yes.
24 Q Was there any difference between the work
25 that you did as a specialist and the work that you did

**Page 38**

Christian Holinka 38

1
2 as a Private First Class?
3 A No.
4 Q The only difference was the title changed?
5 A Yes.
6 Q So, all of the questions that I just asked
7 you about Bunsen burners, the Bunsen burner pads and
8 the mittens would all --
9 MS. LEAVITT: Strike that.
10 Q Would all of your answers with respect to
11 the Bunsen burners, the Bunsen burner pads and the
12 mittens while you were working as a Private First
13 Class at 98 General Hospital apply to the time that
14 you also worked as a specialist?
15 A Yes, that's correct.
16 Q Do you recall the names of any co-workers
17 that you worked with when you were a specialist?
18 A I don't.
19 Q Did you work in one laboratory or was there
20 more than one laboratory at General Hospital?
21 A It was one laboratory consisting of
22 different divisions.
23 Q Were you in any particular division?
24 A Most of my work was in biochemistry, in
25 bacteriology and in histology, pathology.

**Page 39**

Christian Holinka 39

1
2 Q Where was the laboratory located in the
3 hospital?
4 A One of the wings of the hospital.
5 Q Was there any ongoing renovation while you
6 worked at the hospital?
7 A Not to my knowledge.
8 Q Were you exposed to any chemicals and fumes
9 while working in the laboratory at the hospital?
10 MR. DARCHE: I am going to object to the
11 form of the question.
12 But you can answer.
13 A I used chemicals all the time for
14 solutions, making solutions, making dyes with the
15 necessary caution.
16 Q Would you have inhaled any of the fumes
17 from these chemicals?
18 MR. DARCHE: Objection.
19 You can answer.
20 THE WITNESS: I can answer?
21 MR. DARCHE: Yes, you can answer.
22 A Minimally because we were very careful.
23 Q And what types of precautions did you take?
24 A With strong fumes of acids you did it under
25 a sterile hood which would suck up the fumes, so to

**Page 40**

Christian Holinka 40

1
2 speak.
3 Q And what about with fumes that were not
4 quite as strong?
5 A I work at the bench.
6 Q Did you wear any type of mask or respirator
7 when you were working at the bench?
8 A For bacterial cultures, certainly, yes.
9 Q What about for non-bacterial cultures?
10 A Generally no.
11 Q When others were working nearby with strong
12 fumes such as acids, would you wear any type of mask
13 or respirator?
14 A No.
15 Q Other than acids what would you classify as
16 strong fumes?
17 MR. DARCHE: Objection to the form.
18 You can answer.
19 A Organic solvents, for example, alcohol or
20 toluene, a whole number of.
21 Q Were acids used by yourself on a daily
22 basis?
23 A No.
24 Q Were they used by others in the laboratory
25 on a daily basis?

Holinka v. Asbestos
February 12, 2007

Christian Holinka

### Page 41

```
 1              Christian Holinka       41
 2     A    No.
 3     Q    How often, if you can estimate for me,
 4  would you use acids?
 5     A    Estimated once every two weeks.
 6     Q    And how often would others in the
 7  laboratory use acids?
 8     A    About the same.
 9     Q    And how often would you use organic
10  solvents?
11     A    Regularly.
12     Q    Can you define that, please?
13     A    In histology on a daily basis and my
14  overall work in histology during that period was
15  approximately eight months, six to eight months.
16     Q    And is that the same for your co-workers?
17     A    Yes.
18     Q    Do you know the manufacturer of any of the
19  acids?
20     A    No.
21     Q    Do you know the manufacturer for any of the
22  organic solvents?
23     A    No.
24     Q    Were you exposed to asbestos in any --
25          MS. LEAVITT: Strike that.
```

### Page 42

```
 1              Christian Holinka       42
 2     Q    Other than the Bunsen burner pads and the
 3  mittens that you have already told us about, were you
 4  exposed to asbestos in any other way while working at
 5  98 General Hospital?
 6     A    I don't know. I understand there is
 7  equipment that may or may not have contained asbestos
 8  but that was beyond my judgment.
 9     Q    Where did you get this understanding that
10  there may or may not have been equipment with
11  asbestos-containing products?
12     A    It was generally understood, I could not
13  give you a specific, a specific source.
14          MS. LEAVITT: Can you strike the word
15     products from that last sentence, please.
16     A    And could I amend the somewhat products may
17  be misleading also. Scientific instruments like
18  autoclave or sterile hoods.
19     Q    Well, I am just going to reask the
20  question. Were there any other ways that you believe
21  you were exposed to asbestos while working at 98
22  General Hospital?
23     A    I can --
24          MR. DARCHE: Without guessing do you know
25     of any other ways?
```

### Page 43

```
 1              Christian Holinka       43
 2     A    I don't.
 3     Q    Can you tell me where you lived after you
 4  left the military in 1959?
 5     A    I lived in Queens.
 6     Q    Where?
 7     A    Don't recall the address. I rented a room
 8  for about three and a half, four months.
 9     Q    Was that in a private home?
10     A    Yes.
11     Q    Were you exposed to asbestos in any way
12  while living for the three or four months in that
13  private home?
14     A    Not to my knowledge.
15     Q    Was there any ongoing renovations on that
16  home while you were there?
17     A    No, not to my knowledge.
18     Q    After the three or four months, where did
19  you live?
20     A    In Berkeley, California.
21     Q    Do you remember a street address?
22     A    2242 Carlton Street.
23     Q    And what years did you live at the Carlton
24  Street address?
25     A    1960 to 1962.
```

### Page 44

```
 1              Christian Holinka       44
 2     Q    What type of residence was this?
 3     A    A private home.
 4     Q    Were you renting or did you own?
 5     A    The top floor was rented out by students.
 6     Q    Were you one of the students on the top
 7  floor?
 8     A    Yes.
 9     Q    Where were you a student at that time?
10     A    University of California, Berkeley.
11     Q    Were there any renovations ongoing at the
12  Carlton Street address while you lived there?
13     A    No.
14     Q    Where did you live after the Carlton Street
15  address?
16     A    At various addresses in Berkeley,
17  California.
18     Q    Was that while you were still a student?
19     A    As a graduate student in physiology.
20     Q    Were you exposed to asbestos in any way
21  while residing at these various addresses?
22     A    In working at the different laboratories --
23          MR. DARCHE: In your addresses where you
24     lived.
25     Q    At the residence.
```

11 (Pages 41 to 44)

Holinka v. Asbestos
February 12, 2007

Christian Holinka

Page 45

Christian Holinka  45

2  A   No, no, not to my knowledge.
3  Q   Do you recall any renovations being done at
4  any of those various addresses?
5  A   I don't recall.
6  Q   Once you graduated where did you live?
7  A   In part in Berkeley, for the most part in
8  Berkeley, California and for about a year in Europe,
9  mainly in France.
10 Q   When did you graduate from Berkeley?
11 A   1962.
12 Q   Where did you live in Europe for that year?
13 A   Mostly in Paris.
14 Q   Did you reside in a private residence, in a
15 private home or in an apartment building?
16 A   It was an apartment building.
17 Q   Do you recall the address?
18 A   No.
19 Q   Were you exposed to asbestos in any way
20 while residing in the apartment building in Paris?
21 A   Not to my knowledge.
22 Q   Was there any ongoing renovations while you
23 lived at the apartment building in Paris?
24 A   No.
25 Q   Did you live in only one apartment building

Page 46

Christian Holinka  46

1  in Paris --
3  A   Yes.
4  Q   -- or more than one?
5  A   Yes, one.
6  Q   After living in that apartment building in
7  Paris, where did you then reside?
8  A   Berkeley, California.
9  Q   Do you recall the exact address?
10 A   There were several addresses, I don't
11 recall the exact numbers.  I recall several streets.
12 Q   Can you tell me the street names?
13 A   College Avenue, Blake Street, Center
14 Street.
15 Q   Did you live at those addresses in that
16 order?
17 A   Yes.
18 Q   For how long did you live at the College
19 Avenue location?
20 A   About a year and a half.
21 Q   And for how long did you live at the Blake
22 Street location?
23 A   Also about a year and a half to two years.
24 Q   And how long did you reside at the Center
25 Street location?

Page 47

Christian Holinka  47

2  A   Approximately two years.
3  Q   Were you working or attending school while
4  living at these three addresses?
5  A   Both.
6  Q   Was this still for your graduate degree in
7  physiology?
8  A   Until 1966, yes.
9  Q   Were you exposed to asbestos in any way
10 while residing at the College Avenue, Blake Street
11 and/or Center Street locations?
12 A   To the best of my knowledge, no.
13 Q   Did you own or rent these residences?
14 A   Rent.
15 Q   Were there any ongoing renovations while
16 you resided at these addresses?
17 A   I do not recall but I do not believe so.
18 Q   And can you tell me after the Center Street
19 location where you lived?
20 A   In New York.
21 Q   Did you move to New York in approximately
22 1971?
23 A   Yes.
24 Q   And did you reside at 284 West 12th Street?
25 A   That's correct.

Page 48

Christian Holinka  48

2  Q   Did you own 284 West 12th Street?
3  A   No, I rented it.
4  Q   Did you continue to reside at the West 12th
5  Street location until approximately 1977?
6  A   That's correct.
7  Q   Were you exposed to asbestos in any way
8  while living at the West 12th Street location?
9  A   Not to my knowledge.
10 Q   Did you do any renovations at the West 12th
11 Street location?
12 A   No.
13 Q   Were there any renovations done at the
14 building during the time that you lived there?
15 A   No.
16 Q   Did you ever do any work in the basement of
17 that building?
18 A   No.
19 Q   Do you know what a riser is?
20 A   A riser?
21 Q   A riser, in an apartment building.
22 A   No, I don't.
23 Q   Are you familiar with piping that goes from
24 the ceiling to the floor?
25 A   Yes.

12 (Pages 45 to 48)

PRIORITY ONE REPORTING  (718) 983-1234

Holinka v. Asbestos
February 12, 2007

Christian Holinka

**Page 49**

    Christian Holinka    49
2   Q   And there is heat in it.
3       MR. DARCHE: I am going to just object to
4   the form. The witness testified he does not know
5   what it is.
6       You can answer.
7   Q   Are you familiar with that, sir?
8   A   Well, sometimes you see it in public
9   spaces, so I guess. But I did not have this in any of
10  my apartments.
11  Q   How was the West 12th Street apartment
12  heated?
13  A   I believe steam heating, I'm not certain.
14  Q   Did you live at the West 12th Street
15  location with your ex-wife?
16  A   Yes.
17  Q   Where did you live after the West 12th
18  Street location?
19  A   In Los Angeles.
20  Q   Do you recall the address?
21  A   Yes. Hayworth Avenue, I do not recall the
22  number, in West Hollywood.
23  Q   Can you spell Hayworth?
24  A   H-A-Y-W-O-R-T-H.
25  Q   How long did you live there?

**Page 50**

    Christian Holinka    50
2   A   From 1974 to 1977.
3   Q   Were you living in New York and Los Angeles
4   back and forth at the same time?
5   A   No.
6   Q   You had told us that you lived at the West
7   12th Street location from 1971 to 77?
8   A   '74.
9   Q   Was the Hayworth Avenue residence a
10  single-family home?
11  A   No, it was a small apartment building.
12  Q   Were you exposed to asbestos in any way
13  while living at the Hayworth Avenue apartment?
14  A   Not to my knowledge.
15  Q   Were there any ongoing renovations to your
16  apartment?
17  A   No.
18  Q   What about to the apartment building?
19  A   Not to my knowledge.
20  Q   Did you ever do any work in the basement of
21  that building?
22  A   No.
23  Q   Did you live at that residence with your
24  wife?
25  A   No.

**Page 51**

1       Christian Holinka    51
2   Q   Where did you live after the Hayworth
3   Avenue location?
4   A   In New York City.
5   Q   You moved back to New York in approximately
6   1977?
7   A   In 1977, yes.
8   Q   And do you recall where the residence that
9   you moved back to, where that was?
10  A   I do.
11  Q   Okay.
12  A   299 West 12th Street, Apartment 8-A.
13  Q   Was that where you continued to reside?
14  A   The address, yes. The apartment, no. As
15  of 1979 is 9-J.
16  Q   You moved right down the block from where
17  you were?
18  A   Yes. You know, New York.
19  Q   Did you do any renovations to Apartment
20  8-A?
21  A   No.
22  Q   Were there any renovations done in the
23  building from 1977 to 1979 when you lived in Apartment
24  8-A?
25  A   Not to my knowledge.

**Page 52**

1       Christian Holinka    52
2   Q   And did you do any renovations in Apartment
3   9-J since moving in in 1979?
4   A   No.
5   Q   Has the building undergone any renovations
6   since 1979?
7   A   Yes.
8   Q   What type?
9   A   There was new electricity, television. I
10  do not recall exactly what cables were laid with
11  drilling that generated a lot of dust.
12  Q   When was that done?
13  A   Approximately 12 years ago, I'm not exactly
14  sure as to the year.
15  Q   Did they have to drill in your apartment at
16  all?
17  A   Yes.
18  Q   What were the walls made of in your
19  apartment, if you know?
20      (All defendants object)
21  A   I don't know.
22  Q   You continue to reside in Apartment 9-J?
23  A   Yes.
24  Q   Has anyone else lived with you during the
25  time that you lived at 299 West 12th Street?

13 (Pages 49 to 52)

Holinka v. Asbestos  
February 12, 2007

Christian Holinka

Page 53

```
 1              Christian Holinka      53
 2     A    Yes, a friend.
 3     Q    Do they continue to live with you?
 4     A    No.
 5     Q    During what time period did your friend
 6   live with you?
 7     A    1982 to 2000.
 8     Q    Can you tell me the name of your friend?
 9     A    James Johnson.
10     Q    Are you okay, do you need a break?
11     A    In a little while.
12     Q    Because if you need a break, this would be
13   a good time before I get into work exposure.
14          MR. DARCHE:  Why don't we take like a half
15   hour, 45 minutes, just grab some lunch.
16          (Whereupon, at 12:30 P.M., a lunch recess
17   was taken)
18          (Back on the record at 1:00 P.M.)
19          MR. DARCHE:  We are going to stop, come
20   back and finish up on another day.
21          (Whereupon, at 1:00 P.M., the
22   examination of this witness was concluded)
23
24
25
```

Page 54

```
 1              Christian Holinka      54
 2
 3       W I T N E S S   C E R T I F I C A T I O N
 4
 5       I have read the foregoing transcript of my
 6   testimony and find it to be true and accurate to
 7   the best of my knowledge and belief.
 8
 9
10   _____
             CHRISTIAN HOLINKA
11
12   Subscribed and sworn to
13   before me on this _____ day
14   of _____, 2007.
15
16
17   _____
             NOTARY PUBLIC
18
19
20
21
22
23
24
25
```

Page 55

```
 1                   55
 2              INDEX TO TESTIMONY
 3                              Page    Line
 4   Direct Examination by Ms. Leavitt    7     15
 5
 6              INDEX TO REQUESTS
 7                              Page    Line
 8   Request is made to provide the      18     4
     specific address on Rosenthal Strasse
 9   if it can be obtained
10
```

Page 56

```
 1         CERTIFICATE OF NOTARY      56
 2
 3       I, CHERYL F. BAREN, a Stenotype Shorthand
 4   Reporter and Notary Public within and for the State of
 5   New York, do hereby certify that the within
 6   Examination Before Trial of CHRISTIAN HOLINKA was held
 7   before me and I faithfully and impartially recorded
 8   stenographically the questions, answers and colloquy.
 9
10       I further certify that after said examination was
11   recorded stenographically by me, it was reduced to
12   typewriting under my supervision, and I hereby submit
13   that the within contents of said examination are true
14   and accurate to the best of my ability.
15
16       I further certify that I am not a relative of nor
17   an attorney for any of the parties connected with the
18   aforesaid examination, nor otherwise interested in the
19   testimony of the witness.
20
21
22   _____
             CHERYL F. BAREN
```