Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

57

```
 1
 2    SUPREME COURT
 3    ALL COUNTIES WITHIN THE STATE OF NEW YORK
 4
 5    IN RE:   NEW YORK CITY ASBESTOS LITIGATION
 6
 7
 8
 9              DEPOSITION UNDER ORAL
10              EXAMINATION OF
11              CHRISTIAN HOLINKA
12              (VOLUME II)
13
14
15
16    This Document Applies To:
17    CHRISTIAN HOLINKA
18    INDEX NO.:  114120-06
19
20
21
22        PRIORITY ONE COURT REPORTING SERVICES, INC.
23              899 Manor Road
24        Staten Island, New York  10314
25              (718) 983-1234
```

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Christian Holinka
ROUGH DRAFT

Page 2

58

1
2    Transcript of the deposition of the Plaintiff,
3    called for Oral Examination in the above-captioned
4    matter, said deposition being taken pursuant to
5    Federal Rules of Civil Procedure by and before
6    CHERYL F. BAREN, a Notary Public and Shorthand
7    Reporter, at the Offices of Weitz & Luxenberg, 120
8    Wall Street, New York, New York, on Thursday, February
9    22, 2007, commencing at approximately 10:30 in the
10   forenoon.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

60

1
2    DRINKER, BIDDLE & REATH, LLP
        Attorneys for Defendant Baxter Health Care
3        500 Campus Drive
         Florham Park, New Jersey 07932-1047
4    BY:  TIMOTHY J. FRASER, ESQ.
5
6    HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, ESQS.
        Attorneys for Defendant Fisher Scientific
7        40 Patterson Street
         P.O. Box 480
8        New Brunswick, New Jersey 08901
     BY:  KRISTY KULINA LYONS, ESQ.
9
10
     McGIVNEY & KLUGER, P.C.
11       Attorneys for Defendant Beckman Coulter
         80 Broad Street, 20th Floor
12       New York, New York 10007
     BY:  LAURA HOLLMAN, ESQ.
13
14
     WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
15       Attorneys for Defendant A.W. Chesterton
         150 East 42nd Street
16       New York, New York 10017
     BY:  TODD DESIMONE, ESQ.
17
18
     MALABY, CARLISLE & BRADLEY, LLC
19       Attorneys for Defendants Adience, CBS,
         and Kewanee Scientific
20       150 Broadway
         New York, New York 10038
21   BY:  DAVID P. SCHAFFER, ESQ.
         KOO LEE, ESQ.
22
23
24
25

Page 3

59

1
2    A P P E A R A N C E S:
3
4    WEITZ & LUXENBERG, P.C.
        Attorneys for Plaintiff
        180 Maiden Lane, 17th Floor
        New York, New York 10038
5
6    BY:  BENJAMIN DARCHE, ESQ.
7
8    DRINKER, BIDDLE & REATH, LLP
        Attorneys for Defendants VWR International,
9        Inc. and Univar USA, Inc.
         One Logan Square
10       18th and Cherry Streets
         Philadelphia, Pennsylvania, 19103-6996
11   BY:  DAVID F. ABERNETHY, ESQ.
12
13   REED SMITH, LLP
         Attorneys for Defendant Manor Health Care
14       Princeton Forrestal Village
         136 Main Street, Suite 250
15       P.O. Box 7839
         Princeton, New Jersey 08543-7839
16   BY:  GREG A. DADIKA, ESQ.
17
18   PEHLIVANIAN, BRAATEN & PASCARELLA, LLC.
         Attorneys for Defendant Ingersoll Rand Co.
19       2430 Route 34
         Manasquan, New Jersey 08736
20   BY:  SYLVIA K. LEE, ESQ.
21
22   DARGER & ERRANTE, LLP
         Attorneys for Defendant Lennox Industries
23       116 East 27th Street, 12th Floor
         New York, New York 10016
24   BY:  CRAIG GLANTZ, ESQ.
25

Page 5

61

1
2    ANDERSON, KILL & OLICK, P.C.
        Attorneys for Defendants
3        Amchem and Certainteed
         1251 Avenue of the Americas
4        New York, New York 10020-1182
     BY:  SANDRA STEINMAN, ESQ.
5
6
7    LEADER & BERKON, ESQS.
        Attorneys for DuPont
         630 Third Avenue, 17th Floor
8        New York, New York 10017
     BY:  JUDITH A. JOSEPH JENKINS, ESQ.
9
10
11   DARGER & ERRANTE, LLP
         Attorneys for Defendant Lennox Industries
12       116 East 27th Street, 12th Floor
         New York, New York 10016
     BY:  MICHAEL T. LEWANDOWSKI, ESQ.
13
14
15
16
17
18
19
20
21
22
23
24
25

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Christian Holinka
ROUGH DRAFT

62

1
2    IT IS HEREBY STIPULATED AND AGREED by and between
3  the attorneys for the respective parties hereto that
4  filing, sealing and certification of the within
5  Examination Before Trial be waived; that all
6  objections, except as to form, are reserved to the
7  time of trial.
8      IT IS FURTHER STIPULATED AND AGREED that the
9  transcript may be signed before any Notary Public with
10 the same force and effect as if signed before a Clerk
11 or Judge of the Court.
12     IT IS FURTHER STIPULATED AND AGREED that the
13 within examination may be utilized for all purposes as
14 provided by the CPLR.
15     IT IS FURTHER STIPULATED AND AGREED that all
16 rights provided to all parties by the CPLR shall not
17 be deemed waived and the appropriate sections of the
18 CPLR shall be controlling with respect thereto.
19     IT IS FURTHER STIPULATED AND AGREED by and
20 between the attorneys for the respective parties
21 hereto that a copy of the Examination shall be
22 furnished, without charge, to the attorney
23 representing the witness testifying herein.
24
25

Christian Holinka    64

1  If you do not understand any of my
2  questions, will you be sure to tell me?
3      A    Yes.
4      Q    All of your responses do also have to be
5  verbal because the Court Reporter over here cannot
6  take down physical gestures or things like that.
7          Have you had an opportunity to read the
8  transcript or typed up version of the testimony that
9  you gave a couple of weeks ago?
10     A    Yes, I have.
11     Q    And in review of that, were there any
12 significant changes or alterations that you feel were
13 not properly reflected in the testimony you gave?
14     A    No significant changes.
15     Q    As was the case a couple of weeks ago, if
16 at the moment I ask you a question you do not know the
17 answer to it but then at some point later on it comes
18 to you, that is fine, just let us know and we will
19 deal with it at that time.  We want to make sure there
20 is an accurate record and give you every option to
21 make an accurate record.
22         Did you take any medications before coming
23 here today?
24     A    No.

Christian Holinka    63

1
2      CHRISTIAN HOLINKA, the
3  Plaintiff herein, after previously having been
4  duly sworn by a Notary Public of the State of New
5  York, was examined and testified as follows:
6  CONTINUED DIRECT EXAMINATION
7  BY MR. SCHAFFER:
8      Q    Good morning, sir.
9      A    Good morning.
10     Q    My name is David Schaffer, we met off the
11 record just a moment ago.  I am with the law firm of
12 Malaby, Carlisle and Bradley, and I am here to
13 continue the questioning that was started by my
14 colleague a couple of weeks ago, Cori Leavitt, who
15 could not be here.
16         I have read your transcript from the
17 testimony you gave a couple of weeks ago and I am
18 going to try not to repeat things.  To the extent that
19 I do, please bear with me and we will get through this
20 as quickly as we can.
21         The same ground rules that Ms. Leavitt went
22 over with you apply.  Please, wait until I finish my
23 question completely before you start your answer.  I
24 will afford you the same courtesy and wait for you to
25 finish your answer before I start my next question.

Christian Holinka    65

1      Q    When did you review the transcript of the
2  last session?
3      A    Today.
4      Q    How long did you go over it?
5      A    About ten minutes.
6      Q    Besides possibly representatives of your
7  law firm, did you talk with anyone else about the
8  testimony you gave and plan to give today?
9      A    No.
10         MR. SCHAFFER:  Off the record.
11         (Discussion held off the record)
12     Q    It is my understanding, sir, that you came
13 to the United States in around 1956 after finishing
14 the boarding school in Oldenburg; is that right?
15     A    That's correct.
16     Q    Now, when you came to the United States,
17 what was the first employment that you had?
18     A    I worked briefly as an elevator operator
19 for about five weeks.
20     Q    And where was that job?
21     A    That was at the Commodore Hotel in New York
22 City.
23     Q    And was that in 1956?
24     A    Yes.
25

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Christian Holinka
ROUGH DRAFT

Page 10

                    Christian Holinka    66
1
2       Q    Do you know approximately when?  Even a
3   season would be fine.
4       A    November of '56.
5       Q    And did that employment carry through into
6   1957?
7       A    No.
8       Q    Do you believe that you were exposed to
9   asbestos in any way while you were working as an
10  elevator operator?
11      A    I do not know.
12      Q    What were your duties as an elevator
13  operator?
14      A    Operate the elevator.
15      Q    Bringing individuals up and down the floors
16  of the hotel?
17      A    Yes.
18      Q    Did you run only the passenger elevators as
19  opposed to cargo elevators?
20      A    Only passenger.
21      Q    What was the next job that you held after
22  being an elevator operator?
23      A    United States Army.
24      Q    And when did you join the Army?
25      A    In November 1956.

Page 11

                    Christian Holinka    67
1
2       MR. DARCHE:  Off the record.
3       (Discussion held off the record)
4       Q    And you left the Army at what point, sir?
5       A    In 1959, July or August.
6       Q    And at that point, sir, did you hold any
7   other jobs before going on to UC Berkeley?
8       A    Yes.
9       Q    Can you tell me what was the next
10  employment you had after you were discharged?
11      A    Booth Memorial Hospital in New York, in
12  Queens.
13      Q    When did you start at Booth Memorial?
14      A    In late 1959, I think September.
15      Q    And if Ms. Leavitt did not give you this
16  instruction last time, I will give it to you now:  To
17  the extent that I am asking you about things that
18  happened to some degree decades even in the past, if
19  there is a way that you can give me your best estimate
20  if you do not know precisely, that is fine,
21  understood?  If you are just flat-out guessing, nobody
22  here wants you to do that.  Tell me you do not know
23  and we will move forward.  But we are entitled to a
24  best estimate and sometimes if you can tie things like
25  dates or events into either events in your personal

Page 12

                    Christian Holinka    68
1
2   life or events going on in the world, that helps us
3   work with a timeline a little bit.
4       A    Understood.
5       Q    How long did you work at Booth?
6       A    Three and a half months.
7       Q    What was your position there when you
8   started?
9       A    A laboratory technician.
10      Q    And did you hold that same position
11  throughout the entire time you were there?
12      A    Yes.
13      Q    What were your duties as a laboratory
14  technician?
15      A    Clinical chemistry, analysis of human
16  material serum, urine to an extent.
17      Q    Were you as a technician responsible for
18  screening for any particular types of illnesses or
19  problems with respect to the human materials?
20      A    No.
21      Q    Do you know if your screening involved the
22  screening of any contagions of any type?
23      A    No.
24      Q    You do not know?
25      A    No, I didn't screen for any contagious

Page 13

                    Christian Holinka    69
1
2   material.
3       Q    Who was your supervisor when you were
4   working at Booth?
5       A    Dr. Blaustein.
6       Q    Do you remember Dr. Blaustein's first name?
7       A    Ansel.
8       Q    Is Dr. Blaustein still alive, if you know?
9       A    No.  No, he's not still alive.
10      Q    I try not to ask questions in an ambiguous
11  fashion but please, clarify as you are doing.
12           Besides yourself were there other
13  laboratory technicians working alongside you with
14  similar duties?
15      A    The section head of the laboratory.
16      Q    And who was that?
17      A    Her name is Olga, first name, last name
18  Bzrorad.  I'm going to try to spell it.
19      Q    Okay, thank you.
20      A    B-Z-R-O-R-A-D.  I'm not sure of the
21  spelling.
22      Q    And is Olga still alive?
23      A    Yes -- I don't know but — I don't know.
24      Q    When was the last time you had any contact
25  with her?

Page 14

Christian Holinka    70

1
2    A    In 1960.
3    Q    So, over 40 years ago?
4    A    Uh-huh.
5    Q    That is a yes, right?
6    A    Yes.
7    Q    So, was the chain of command you would
8    report to Olga and then Dr. Blaustein supervised
9    everybody?
10    A    Yes, that's correct.
11    Q    Did anybody else work with you at Booth
12    during that three and a half months?
13    A    Yes.
14    Q    Who else did?
15    A    I don't remember their names.
16    Q    Did they have duties similar to yours as a
17    lab technician?
18    A    Yes.
19    Q    What were your shift or hours typically?
20    A    Nine to five, day shift.
21    Q    Monday to Friday?
22    A    Yes.
23    Q    How did you get that job?
24    A    I applied for it at the hospital. Being
25    trained in the Army as a medical laboratory

Page 15

Christian Holinka    71

1
2    technologist I was qualified.
3    Q    During the time that you were at Booth, do
4    you believe that you were exposed to asbestos in any
5    way?
6    A    Yes.
7    Q    Do you believe that you personally handled
8    any materials that contained asbestos while at Booth?
9    A    Yes.
10    Q    Can you tell me all the different types of
11    materials that you handled that you believe contained
12    asbestos when you worked there?
13    A    Bunsen burner pads that had a center round
14    asbestos component to diffuse the heat, distribute the
15    heat uniformly. And heat mittens that were used to
16    handle hot glass work from drying ovens or otherwise
17    hot.
18    Q    How do you believe that you were exposed to
19    asbestos from the Bunsen burner pads at Booth?
20    A    The asbestos gradually becomes brittle due
21    to the high heat and the heat moves the air really and
22    one would expect that dust particles would be
23    generated. Also once the Bunsen burner pad was no
24    longer usable because the center piece became brittle,
25    you dispose of it.

Page 16

Christian Holinka    72

1
2    Q    And replace it?
3    A    And replace it, yes.
4    Q    Can you give us any sort of a
5    quantification as to how long a Bunsen burner pad
6    would last?
7    A    It depends on the frequency of its use.
8    And usually a Bunsen burner is the principle heat
9    source of all the laboratories I've worked in.
10    Usually it's used pretty frequently, meaning certainly
11    daily, very frequently. I would guess, and that's not
12    a precise answer, that certainly every few days you
13    would replace it. But again, it depends upon the
14    frequency of use.
15    Q    Understood. Would it also depend on the
16    temperature of the flame that was being used in any
17    application?
18    A    I would say the flame temperature is pretty
19    constant. It's gas that comes right out of a burner.
20    Q    Do you know what the temperature of the gas
21    typically was out of those Bunsen burners?
22    A    No. Interesting question.
23    Q    Do you know what the fuel source of the gas
24    was?
25    A    I would imagine the same fuel source that

Page 17

Christian Holinka    73

1
2    was used in households for gas flames.
3    MR. DARCHE: Don't guess.
4    A    I don't know.
5    Q    And I am just asking you what you know.
6    How many Bunsen burners were in the lab
7    when you worked there?
8    A    Half a dozen.
9    Q    If there was an occasion as you described
10    that the pad had to be replaced, where would you get
11    the replacement pad from?
12    A    It was standard equipment at a laboratory.
13    There was a supply cabinet and I took it from there.
14    Q    Do you recall what the supply cabinet at
15    Booth looked like?
16    A    No.
17    Q    Do you recall what color the pads were at
18    Booth? Let's start with the new ones first.
19    A    Well, the metal grid was grayish metal,
20    fine grayish metal, and the center round pad was tan,
21    whitish-tan, whitish-gray.
22    Q    And the metal portion, was that like a
23    mesh?
24    A    Yes.
25    Q    How far across in diameter would the pad

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

---

Page 18

Christian Holinka    74

1
2  section of that be?
3      A    About that wide.  (Indicating)
4      Q    Which would be what, sir?  Since the Court
5  Reporter cannot take down that gesture.
6      A    About 3 1/2 inches.
7      Q    And did the material protrude from the
8  plane of the mesh both above and below it?  Do you
9  know what I mean?
10     A    Above, to my recollection mainly above.
11     Q    Any idea how thick the material was?
12     A    A few millimeters.
13     Q    Do you know the brand, trade or
14 manufacturer's name of any of the Bunsen burner pads
15 that you used at Booth Memorial?
16     A    There were standard suppliers to that lab
17 and later during my research career such as Fisher
18 Scientific, American Scientific, Senco, Van Waters and
19 Rogers.  Those were the major suppliers.
20     MS. LYONS:  Could you read that back,
21 please.
22     (Whereupon, at this time, the requested
23 portion was read back by the reporter)
24     Q    And with respect, sir, and just limiting
25 our question right now to the time you were at Booth,

---

Page 19

Christian Holinka    75

1
2  do you know what company supplied the pads that were
3  used at Booth?
4      A    No, I do not.
5      Q    The names that you gave me are names that
6  you associate with supplier's pads throughout your
7  career; is that right?
8      A    Yes.  And if I may say so, Booth was a job.
9  I walked in there in the morning, did my work unlike
10 later my scientific career, did my work and was not
11 really further involved in any of the details of the
12 laboratory.
13     Q    I understand.  Did you have any
14 responsibility for ordering any of the supplies that
15 were used at that lab?
16     A    No.
17     Q    Did you ever see any paperwork that
18 accompanied any of the supplies that were ordered at
19 the lab and present in the supply area?
20     A    No, I didn't.
21     Q    You indicated that you also used heat
22 mittens at Booth?
23     A    Yes.
24     Q    With what frequency would you use the heat
25 mittens?

---

Page 20

Christian Holinka    76

1
2      A    Daily.
3      Q    And I believe you said that you would use
4  them to handle hot glassware; is that right?
5      A    Yes.
6      Q    Did you use them for any other application?
7      A    No.
8      Q    Did the mittens that you used at Booth --
9      MR. SCHAFFER:  Withdrawn.
10     Q    When you first started using the mittens at
11 Booth, what did they look like?  Let's start with
12 color.
13     A    Tanish, light gray.  And they had a thumb
14 compartment and a compartment for the whole hand.
15     Q    So, they did not have individual fingers?
16     A    No.
17     Q    Did they cover just the hand or did they
18 run a length up your arm to some degree?
19     A    Including the wrist.  (Indicating)
20     Q    Did the gloves appear to be made of one
21 continuous piece or did they have a sleeve or anything
22 around the end of them by the wrist?  Do you
23 understand my question?
24     A    Yes.
25     Q    Okay.

---

Page 21

Christian Holinka    77

1
2      A    They did not have a sleeve to the best of
3  my recollection.
4      Q    Were there any words or logos or anything
5  of any nature printed on the gloves themselves that
6  you used at Booth?
7      A    Not to my recollection, no.
8      Q    Did they have a different material on their
9  inside as opposed to their outside?
10     A    By inside you mean inside the glove or on
11 the one side of the glove versus the other?
12     Q    Well, let me start with the portion of
13 glove that you would slide your hand into that was
14 immediately contacting your skin, was that surface
15 similar to the surface that you would see on the
16 outside of the glove?
17     A    To the best of my recollection, yes.
18     Q    And was there a difference in the exterior
19 surface of the glove between the portion that covered
20 your palm as opposed to the portion that covered the
21 back of your hand?
22     A    To the best of my recollection, no.
23     Q    Do you have any information as to the
24 brand, trade, manufacturer's name or supplier of the
25 gloves that were used at Booth, specifically at Booth?

Christian Holinka
ROUGH DRAFT

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Page 22

Christian Holinka    78

1
2    A    They were standard suppliers that were used
3    by the laboratory.
4        Q    When you say standard suppliers, sir, let
5    me ask you as with the Bunsen burner pads, did you
6    have any responsibility to order the gloves that were
7    used at the lab?
8        A    No, I didn't.
9        Q    Do you know who did have that
10    responsibility?
11        A    No.
12        Q    And I can appreciate the fact that that was
13    just a job for you, sir, but specifically with respect
14    to Booth, do you know who manufactured or supplied any
15    of the gloves that you used there?
16        A    There were major suppliers for laboratory
17    equipment and those suppliers supplied a broad
18    spectrum of what was needed at the laboratory.
19        Q    Understood.  But with respect to Booth, do
20    you know who specifically supplied the gloves you used
21    there?
22        A    No, I do not.
23        Q    Besides the gloves and the Bunsen burner
24    pads, do you believe you personally handled any other
25    types of materials at Booth that you think caused you

Page 23

Christian Holinka    79

1
2    to be exposed to asbestos?
3        A    I do not know.
4        Q    How long would a pair of gloves typically
5    last when you were using them?
6        A    Again, it depends on the use of course.  I
7    cannot estimate.
8        Q    And as you sit here today, besides the pads
9    and the mittens — I'm sorry, we have been calling
10    them gloves interchangeably.
11        A    Gloves, mittens, yes.
12        Q    Besides the pads and the mittens, are you
13    aware as you sit here today of any other way that you
14    may have been exposed to asbestos when you worked at
15    the lab at Booth?
16        A    No, I am not aware of any other way.
17        Q    Why did you leave the job at Booth?
18        A    Because I was accepted by the University of
19    California at Berkeley as an undergraduate student.
20        Q    And you went out to Berkeley and began your
21    study; is that right?
22        A    Yes.
23        Q    As an undergraduate student did you have
24    any major or particular field of study that you
25    pursued?

Page 24

Christian Holinka    80

1    A    Physiology and French literature.
2        Q    And did you get your undergraduate degree
3    in four years?
4        A    In two and a half years.
5        Q    Were you in a combined undergraduate and
6    Master's program?
7        A    No.
8        Q    Did you take classes 12 months of the year
9    to accelerate your graduation?
10        A    That's correct.
11        Q    During the time that you were taking
12    undergraduate classes at UC Berkeley, do you believe
13    that you were exposed to asbestos in any way?
14        A    Yes, I was.
15        Q    And again, limiting it to the two and a
16    half years that you were there as an undergraduate,
17    how do you believe that you were exposed to asbestos?
18        A    I worked part-time at a research laboratory
19    with standard equipment including, of course, Bunsen
20    burners, heat mittens.
21        Q    Besides the work part-time at the research
22    laboratory for those two and a half years, do you
23    believe that you were exposed to asbestos in any other
24    way while you were an undergraduate?
25

Page 25

Christian Holinka    81

1    A    Well, as part of your laboratory courses in
2    academia, you do experiments requiring Bunsen burners.
3        Q    Let's talk about then the part-time work
4    you did first.  What was the name of the research
5    laboratory that you did the part-time work at?
6        A    Department of physiology.
7        Q    So, this was a lab that was affiliated with
8    the school?
9        A    Yes.
10        Q    When did you first start working there
11    part-time as an undergraduate?
12        A    In spring 1960.
13        Q    Did you work there continuously part-time?
14        A    Yes.
15        Q    For how long did you work there
16    continuously part-time?
17        A    Until mid-1962.
18        Q    And it was at that point that you had
19    completed your undergraduate work?
20        A    Yes.
21        Q    Where was the department of physiology lab
22    located?
23        A    At the Life Sciences Building on the main
24    campus, University of Cal Berkeley.

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Christian Holinka
ROUGH DRAFT

---

Page 26

Christian Holinka     82

1
2    Q    Do you know if that building is still
3    there?
4    A    Yes.
5    Q    It is?
6    A    Yes, it is.
7    Q    And when was the last time that you had an
8    opportunity to be in that building?
9    A    About a year and a half ago, two years ago.
10   Q    Did you have the opportunity to go to the
11   space where you worked out of in your last visit?
12   A    I had the opportunity but I did not go into
13   the laboratories. The building has been completely
14   changed and renovated.
15   Q    So, you understand that the physical layout
16   of the area where you were working part-time has
17   changed from the time that you were there?
18   A    Yes.
19   Q    When you were there can you give me an idea
20   of the size of the laboratory that you were in?
21   A    In square feet?
22   Q    Or by length and width, height, anything
23   you can do.
24   A    It was two different rooms about 4 to 600
25   square feet.

---

Page 27

Christian Holinka     83

1
2    Q    And did you work in both rooms?
3    A    Yes.
4    Q    Were the Bunsen burners in one room or both
5    rooms?
6    A    In both.
7    Q    How many Bunsen burners were in the rooms?
8    A    About two each.
9    Q    Did these Bunsen burners in their physical
10   appearance seem similar to those that you encountered
11   when you were at Booth?
12   A    Yes.
13   Q    How do you believe that you were exposed to
14   asbestos from the Bunsen burners as a part-time worker
15   at UC Berkeley?
16   A    As the flame when it was used frequently,
17   the insert became brittle, it generated dust and it
18   had to be exposed -- disposed of and replaced by
19   another pad.
20   Q    Was there anything different about the
21   nature you believe you were exposed from those Bunsen
22   burners at UC Berkeley as opposed to those you
23   encountered at Booth?
24   A    No.
25   Q    Did you ever have any responsibility for

---

Page 28

Christian Holinka     84

1
2    replacing these spent pads while you were working
3    part-time at Berkeley?
4    A    Yes.
5    Q    And where would you get the replacement
6    pads from?
7    A    The departmental supply cabinet.
8    Q    And thinking back to the lab at Berkeley,
9    where was that located?
10   A    At the Life Sciences Building in the
11   physiology department.
12   Q    Was it located within the physical space of
13   the two rooms that comprised the lab?
14   A    It was in a separate room, the supply room.
15   Q    Down a hallway or something like that?
16   A    Down a hallway, yes.
17   Q    How many times do you recall picking up
18   replacement pads?
19   A    I do not recall exactly.
20   Q    Was there --
21   A    An estimate is once every two or three
22   weeks.
23   Q    And the replacement process would entail
24   removing the old pad, then what would happen with it?
25   A    You dispose the old pad in general garbage,

---

Page 29

Christian Holinka     85

1
2    trash. There was to my knowledge no precaution
3    required at the time.
4    Q    In order to remove the pad, did you have to
5    remove any screws or snaps or anything to take it away
6    from the rest of the burner itself?
7    A    No, I didn't.
8    Q    Just lifted it right up and it went?
9    A    Yes.
10   Q    Do you know the brand, trade or
11   manufacturer's name first of any of the Bunsen burner
12   pads that you replaced at Berkeley?
13   A    I do not. We had standard suppliers and
14   the big suppliers were Fisher Scientific, American
15   Scientific, Van Waters and Rogers, Senco.
16   Q    How do you spell Senco?
17   A    S-E-N-C-O.
18   Q    Do you know that each of those companies
19   was a separate of materials generally to the lab that
20   you worked at part-time?
21   A    Yes.
22   Q    How did you know that each of them supplied
23   materials of whatever nature?
24   A    They were major suppliers and I know they
25   were used for a number of materials for the

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Page 30

Christian Holinka    86

1   laboratory.
2       Q    What I am trying to find out, sir, is why
3   you believe that those companies supplied materials of
4   any nature to that lab, how did you come into that
5   knowledge?
6       A    Because they were standard suppliers.
7       Q    How did you know that they were standard
8   suppliers?
9       A    Well, among other things I ordered from
10  them.
11      Q    When you were at the lab.
12      A    Yes.
13      Q    As a part-timer.
14      A    Yes.
15      Q    Did these companies have catalogs of their
16  material available?
17      A    Very conspicuously, yes.
18      Q    Did each one of those companies have
19  catalogs at the lab?
20      A    I do not specifically recall at Berkeley
21  during my undergraduate days.
22      Q    Did the physical appearance of the pads
23  that you used at Berkeley seem similar to those that
24  you encountered at Booth?
25

Page 31

Christian Holinka    87

1
2       A    Yes, they did.
3       Q    Same diameter of the pad area within the
4   mesh?
5       A    Yes.
6       Q    And same width too?
7       A    Yes.
8       Q    How often would you be required to use heat
9   mittens when you were part-time at the lab?
10      A    Several times a week.
11      Q    And for what application at the lab as a
12  part-time worker would you use the mittens?
13      A    To handle hot glass work.
14      Q    And where would the glass work be coming
15  from?
16      A    Standard glass work at the laboratory that
17  they used for research.  Erlenmeyer flasks, other
18  flasks, beakers, standard glass material.
19      Q    What application would require you to use
20  the gloves to handle these standard pieces of
21  glassware?
22      A    When you have a flask you put it on the
23  Bunsen burner pad, you heat water or whatever liquid,
24  you swirl it, obviously you have to use the glove
25  because the glass is hot.

Page 32

Christian Holinka    88

1       Q    To transport it from point A to point B?
2       A    Or even to swirl it while it is being
3   heated.
4       Q    I see, to grab the flask itself?
5       A    To dissolve the material.  And you also use
6   the mittens when you dry glassware in a hot drying
7   oven at very high temperatures and then you handle it.
8   If you want to cool it, you take it fast, you take it
9   out into the open space.
10      Q    Besides the Bunsen burners and the mittens,
11  do you believe that you personally used any other
12  materials that contained asbestos while part-time in
13  the lab?
14      A    I don't know.
15      Q    Is there anything that as you sit here
16  today leads you to believe that there was other
17  products that you handled that may have contained
18  asbestos there?
19      A    I don't know.
20      Q    Besides the products that you handled, do
21  you believe that you were exposed to asbestos in any
22  other way when you were working part-time at the lab?
23      A    I don't know.
24      Q    You cannot give me any other specific way
25

Page 33

Christian Holinka    89

1
2   that you think you may have been exposed to asbestos
3   when you were at the lab?
4       MR. DARCHE:  Objection to the form.
5       MR. SCHAFFER:  I will rephrase the
6   question.
7       Q    Looking back is there any other way that
8   you can think of at this time that you may have been
9   exposed to asbestos there?
10      A    I do not know what other equipment may or
11  may not have contained asbestos.
12      Q    Did you --
13      A    If yes then --
14      MR. DARCHE:  Don't guess.
15      Q    Going to the mittens for a moment, did
16  these resemble those that you had encountered at
17  Booth?
18      A    Yes.
19      Q    Was there anything different about their
20  physical appearance in terms of their color or their
21  size or anything at all that distinguished them from
22  those at Booth?
23      A    No, they were similar.
24      Q    Do you know specifically the brand, trade
25  or manufacturer of the mittens that were used when you

9 (Pages 30 to 33)

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Christian Holinka
ROUGH DRAFT

Page 34

Christian Holinka    90

1  were at the lab part-time?
2     A    No.
3     Q    Do you believe that they were supplied by
4  one of the companies that you have identified?
5     A    Yes.
6     Q    Do you know which of those companies, if
7  any, actually supplied the mittens while you were
8  there?
9     A    I do not know any specific company. Again,
10 they were standard suppliers.
11    Q    You said that as a part --
12    MR. SCHAFFER: Withdrawn.
13    Q    You said that while working there part-time
14 you had some responsibility for ordering supplies; is
15 that right?
16    A    Yes.
17    Q    Do you specifically recall ordering any
18 Bunsen burner pads?
19    A    No, I never did.
20    Q    Do you specifically recall ordering any
21 mittens while you were there part-time?
22    A    No, I never did order any.
23    Q    While you were there part-time, do you know
24 who had that responsibility when you were there?

Page 35

Christian Holinka    91

1     A    I don't know.
2     Q    Did you work with other people there?
3     A    No, I didn't.
4     Q    Were there other students who held
5  part-time positions similar to you?
6     A    Yes, at other laboratories.
7     Q    At other laboratories located on the
8  campus?
9     A    In the physiology department, yes, on the
10 campus.
11    Q    Were there additional laboratories in this
12 building where other students worked where you did not
13 work?
14    A    I don't know.
15    Q    Did the two room laboratory in the Life
16 Sciences Building have any specific name or room
17 number or designation or anything like that?
18    A    A room number.
19    Q    Yes.
20    A    Certainly.
21    Q    Do you remember what that was?
22    A    No.
23    Q    You mentioned also that you took lab
24 courses while you were an undergraduate.

Page 36

Christian Holinka    92

1     A    Yes.
2     Q    How many lab courses did you take?
3     MR. SCHAFFER: I'm sorry, I will withdraw
4  the question.
5     Q    My question is how many lab courses did you
6  take that you believe may have involved asbestos
7  exposure.
8     A    About a half a dozen.
9     Q    What type of courses were these?
10    A    Chemistry, physiology.
11    Q    Did you take these classes in the Life
12 Sciences Building?
13    A    In several buildings, physiology and the
14 Life Sciences Building.
15    Q    Were the physiology classes taken at least
16 in part in the same lab where you worked part-time?
17    A    No.
18    Q    Different space entirely?
19    A    Yes.
20    Q    Just going back for a moment to when you
21 were a part-time worker, about how many hours on
22 average did you put in there?
23    A    Between 12 and 20 hours a week.
24    Q    And who was your supervisor when you were

Page 37

Christian Holinka    93

1  there?
2     A    Dr. Cook.
3     Q    Do you know Dr. Cook's first name?
4     A    Sherburne.
5     Q    And is Dr. Cook still alive?
6     A    No.
7     Q    The classes that you took in chemistry and
8  physiology, how do you believe you were exposed to
9  asbestos through taking those classes?
10    A    The asbestos pad, as I said, when exposed
11 to high heat disintegrated eventually. There were
12 cracks in it and it generated fine dust. I did not
13 dispose, that was somebody else's job.
14    Q    So, it would have been through your use of
15 the Bunsen burners and these pads --
16    A    Yes.
17    Q    -- at times while taking these classes?
18    A    Yes.
19    Q    Was there a standard amount of Bunsen
20 burners present in the labs that you would take these
21 classes in?
22    A    One per workbench.
23    Q    Would you typically work at the same
24 workbench each class or would it just be random?

Page 38

Christian Holinka        94

1    A    In a given course the same workbench.
2
3    Q    Did you wind up taking different courses,
4 say in chemistry, that wound up being in the same room
5 but different work spaces?
6    A    I don't think the same room and, therefore,
7 also different work spaces.
8    Q    And then going to the physiology classes,
9 did you take different courses in physiology where you
10 used these Bunsen burners?
11    A    Yes.
12    Q    Were they all in the same classroom or
13 different classrooms?
14    A    Different laboratories.
15    Q    And different work spaces?
16    A    Yes.
17    Q    Do you know the brand, trade or
18 manufacturer's name of any of the pads that were used
19 on the Bunsen burners that you encountered in any of
20 these classes?
21    A    Of the pads you're saying?
22    Q    Yes, of the pads.
23    A    I do not specifically know the brand names.
24    Q    Do you know who was the supplier of those
25 pads that you encountered specifically in those rooms?

Page 39

Christian Holinka        95

1    A    There were standard suppliers also to the
2 physiology department.
3    Q    As a student you did not have
4 responsibilities for ordering supplies, right?
5
6    A    No, I did not.
7    Q    Besides encountering the Bunsen burner
8 pads, are there any other ways that you think you were
9 exposed to asbestos during the course work that you
10 took at UC Berkeley?
11    A    We did use heat mittens but otherwise to my
12 knowledge, no.
13    Q    How often would you need to use a heat
14 mitten during the course of a class?
15    A    At a given session several times.
16    Q    Did you need to use them during every
17 session?
18    A    No.
19    Q    And a session or a period was how long,
20 sir, about?
21    A    Typically about twice a week for 12 weeks.
22    Q    And each session twice a week would be
23 about how long?
24    A    About three hours.
25    Q    And do you know the brand, trade or

Page 40

Christian Holinka        96

1 manufacturer's name of any of the mittens that you
2 used in any of these courses?
3    A    No.
4    Q    Were they similar in appearance to the
5 mittens that you encountered while working part-time
6 in the lab?
7    A    Yes, they were.
8    Q    Anything distinguishing in your mind about
9 them as opposed to what you saw in the lab?
10    A    To my knowledge, no.
11    Q    That is all I am asking is to your
12 knowledge.
13    A    Okay.
14    Q    Outside of the Bunsen burner pads and the
15 mittens, do you believe that you were exposed to
16 asbestos in any other way while taking the classes as
17 an undergraduate?
18    A    I do not know.
19    Q    Can you, as you sit here today, give me any
20 other specific way that you think you may have been
21 exposed to asbestos from the classes besides what you
22 told me?
23    A    No, I cannot.
24    Q    Besides the course work in the labs, are

Page 41

Christian Holinka        97

1 there any other ways that you believe that you were
2 exposed to asbestos as an undergraduate at UC Berkeley
3 through your studies as opposed to work?
4    A    I do not believe so.
5    Q    What degree did you get?
6    A    A BA.
7    Q    In what?
8    A    French literature and physiology as a
9 minor.
10    Q    After you graduated did you become employed
11 at the school?
12    A    No, I did not.
13    Q    What was your next, after you obtained your
14 undergraduate degree, what was next in your
15 professional career?
16    A    I started, I worked as a graduate student
17 in physiology, I was a graduate student in physiology.
18    Q    And when did you -- you graduated, I'm
19 sorry, undergrad in middle 1962?
20    A    Yes.
21    Q    And that would have been sometime in the
22 summer?
23    A    Yes.
24    Q    And did you go right into the graduate

11 (Pages 38 to 41)

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Christian Holinka
ROUGH DRAFT

Page 42

Christian Holinka        98
1
2  student program at that time?
3      A    No, I did not.
4      Q    What happened in between the time that you
5  left undergrad and you started graduate studies?
6      A    I was in New York part-time for a period of
7  time not involving any laboratory.
8      Q    Well, how long were you in New York after
9  you finished undergrad?
10     A    For about six months.
11     Q    Taking us from when to when?
12     A    Taking us from the end of the year -- well,
13  there was a very brief period I was in medical school.
14     Q    Okay.
15     A    But not really in a major, about three
16  months.
17     Q    So, let's kind of break it down a little
18  bit more.  You finished your undergraduate degree in
19  the middle of 1962, and then you started med school,
20  would that be in the fall of 1962?
21     A    There is a kind of a hiatus.
22     Q    All right.
23     A    I was at Hunter -- from New York, from
24  Berkeley I was at Hunter College as a student for two
25  semesters.

Page 43

Christian Holinka        99
1
2      Q    Let me then, what I want to try to do, sir,
3  is keep it as ordered chronologically as much as we
4  can.  So, after you leave UC Berkeley --
5          MR. SCHAFFER:  Withdrawn.
6      Q    After you graduate from UC Berkeley, did
7  you move to New York at that time?
8      A    Yes, I did.
9      Q    So, you moved to New York.
10     A    Yes.
11     Q    When do you get to New York approximately?
12     A    In the fall -- late summer of that year,
13  1962.
14     Q    From the time that you graduated until you
15  came to New York, did you work at all in California?
16     A    No.
17     Q    Why did you come to New York?
18     A    I like New York.
19     Q    And when you came to New York, is that when
20  you began your studies at Hunter?
21     A    Yes.
22     Q    Were those full-time studies?
23     A    Yes.
24     Q    And what degree or types of course work
25  were you pursuing at that time?

Page 44

Christian Holinka        100
1
2      A    Graduate work, graduate studies.
3      Q    And you started that course work in the
4  fall of 1962?
5      A    Yes.
6      Q    And you took it for two semesters?
7      A    Yes.
8      Q    That would take us into the late spring or
9  early summer of 1963?
10     A    That's correct.
11     Q    What was the nature of the studies that you
12  were pursuing at Hunter at that time?
13     A    Biology.
14     Q    Were you accepted into a graduate program?
15     A    Yes.
16     Q    Do you believe that you were exposed to
17  asbestos in any of the courses that you took over
18  those two semesters at Hunter?
19     A    Yes.
20     Q    And how do you believe that you were
21  exposed to asbestos while attending the course work at
22  Hunter for those two semesters?
23     A    There was one chemistry laboratory that had
24  practical sessions, laboratory sessions.
25     Q    And how do you believe you were exposed to

Page 45

Christian Holinka        101
1
2  asbestos taking those sessions?
3      A    By using Bunsen burners.  I do not recall
4  using heat mittens.
5      Q    What building was the laboratory in, if you
6  know?
7      A    On the Park Avenue building.
8      Q    And was this one class that you took or
9  more than one class in the laboratory?
10     A    I believe it was only one class.
11     Q    And do you know whether this was in your
12  first semester or second semester there?
13     A    I don't remember.
14     Q    How long did that class typically last?
15     A    One semester, approximately four months.
16     Q    And each week how many sessions and how
17  long were they?
18     A    I believe one session.
19     Q    And how many hours would the session be?
20     A    Three hours.
21     Q    And do you believe that you were exposed to
22  asbestos from the Bunsen burners at this laboratory in
23  a fashion similar to those that you described in your
24  prior employments and course work?
25     A    Yes.

12 (Pages 42 to 45)

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Page 46

Christian Holinka     102

2    Q    Was there anything physically different
3    about the Bunsen burners there as opposed to ones you
4    had encountered before?
5    A    No.
6    Q    Do you know the brand, trade or
7    manufacturer's name of any of the Bunsen burners or
8    any of their components that you saw at the chemistry
9    lab at Hunter?
10   A    No.
11   Q    Do you know who supplied any of the Bunsen
12   burners or Bunsen burner components that you used
13   there at that lab?
14   A    No, I don't.
15   Q    Did you ever have to replace any of the
16   Bunsen burner pads there in a fashion similar to what
17   you told us before?
18   A    No; I did not.
19   Q    Are there any other ways --
20        MR. SCHAFFER:  Withdrawn.
21   Q    Are there any other ways that you believe
22   you were exposed to asbestos while attending school at
23   Hunter?
24   A    Not to my knowledge.
25   Q    Why did you stop attending Hunter?

Page 47

Christian Holinka     103

1
2    A    I was accepted to medical school.
3    Q    And what medical school?
4    A    McGill University, Montreal.
5    Q    And were you accepted to begin course work
6    in the fall of 1963?
7    A    That's correct.
8    Q    From the time you left your graduate
9    studies at Hunter until the time that you --
10        MR. SCHAFFER:  Withdrawn.
11   Q    Did you actually start medical school at
12   McGill?
13   A    Yes, yes, I did.
14   Q    From the time you left Hunter until the
15   time you went to Montreal to begin medical school,
16   what type of employment did you have, if any?
17   A    I did not have any employment.
18   Q    That summer you did not work?
19   A    Right.
20   Q    What did you do?
21   A    Read.
22   Q    To get ready --
23   A    Listen to music.
24        MR. DARCHE:  Could we take a quick break,
25   please.

Page 48

Christian Holinka     104

1
2    (Whereupon, at 11:20 A.M., a short recess
3    was taken)
4    (Back on the record at 11:30 A.M.)
5    Q    Sir, we are back on the record and I think
6    we had your chronology up to when you were starting
7    medical school at McGill in the fall of 1963.  You
8    told us that you were in medical school for
9    approximately three months?
10   A    That's correct.
11   Q    Until around the holiday season of 1953?
12   A    No, '63.
13   Q    I'm sorry, '63.
14   A    Early '64, I believe.
15   Q    Did you finish one semester there and start
16   another?
17   A    Yes.  I did not start another.
18   Q    During the time that you were there for
19   that one semester, what types of course work did you
20   take?
21   A    Mainly lecture courses and one laboratory
22   course.
23   Q    Do you believe that any of your course work
24   while you were attending medical school at McGill
25   caused you to be exposed to asbestos?

Page 49

Christian Holinka     105

1
2    A    No, I am not, I do not believe having been
3    exposed to asbestos.
4    Q    And did you leave medical school for
5    academic reasons?
6    A    No.
7    Q    Why did you leave medical school?
8    A    Because I didn't like the medical
9    curriculum.
10   Q    While you were attending medical school at
11   McGill, was there any time to hold part-time work?
12   A    No.
13   Q    And after you left medical school, what did
14   you do next?
15   A    I went back to Berkeley, California.
16   Q    You had mentioned at one point that you
17   were in New York part-time for about six months
18   although we had not discussed that yet, are we still
19   before that period of time happens?
20   A    We are before that period of time.
21   Q    So, you went back to Berkeley and --
22   A    And it was longer than six months.
23   Q    Then when you went back to Berkeley, what
24   did you do when you went back to Berkeley?
25   A    I worked at the same research laboratory

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Page 50

```
1              Christian Holinka    106
2   that I had worked in as an undergraduate under
3   essentially the same conditions and the same space.
4       Q    Were you taking classes at this time when
5   you went back to Berkeley?
6       A    No.
7       Q    So, you were an employee of the school; is
8   that fair to say?
9       A    Yes.
10      Q    And when you went back to work at the lab
11  at Berkeley, it was in the same physical space, the
12  two rooms that you discussed in the Life Sciences
13  Building?
14      A    That's correct.
15      Q    As a full-time employee what was your shift
16  there?
17      A    Depended on the project.  I worked
18  full-time essentially during the day.
19      Q    Let me ask --
20      A    But it was flexible.
21      Q    Let me ask it a different way:  On average
22  how many hours a week did you put in?
23      A    Forty hours.
24      Q    And how long did you hold this position as
25  an employee of the university working in the lab?
```

Page 51

```
1              Christian Holinka    107
2       A    Until approximately August of that year,
3   1964.
4       Q    Did you go right back to Berkeley after you
5   ended your studies at McGill?
6       A    Yes.
7       Q    So, the total time back at Berkeley is
8   somewhere in the seven or eight month range; is that
9   fair, sound about right?
10      A    So far, yes.
11      Q    Right.
12      A    Where we are now.
13      Q    Where we are now.
14      A    Yes.
15      Q    During the time that you were back at the
16  laboratory as an employee of the school working
17  full-time, do you believe that you were exposed to
18  asbestos?
19      A    Yes.
20      Q    Do you believe that you were exposed to --
21           MR. SCHAFFER:  Withdrawn.
22      Q    For this six month period how do you think
23  you were exposed to asbestos?
24      A    By Bunsen burner pads and heat insulating
25  mittens.
```

Page 52

```
1              Christian Holinka    108
2       Q    During this time that you were working for
3   the school at the lab, did you have responsibility for
4   ordering any of these materials that were used during
5   this period?
6       A    No, I did not.
7       Q    Was there anything different about the
8   Bunsen burner pads in terms of their physical
9   appearance during this employment as compared to those
10  you had seen previously?
11      A    No.
12      Q    Was there anything different about the
13  appearance of the mittens?
14      A    No.
15      Q    And do you know the brand, trade or
16  manufacturer's names of any of the pads that you
17  encountered during this time that you were employed by
18  the school up to 1964, August?
19      A    It was standard suppliers.
20      Q    But specifically with respect to the pads
21  that you used or encountered during that period in
22  1964, do you know who made or supplied them?
23      A    No, I don't.  But they were routinely
24  ordered from standard suppliers, the companies; Fisher
25  Scientific, American Scientific, Senco, Van Waters and
```

Page 53

```
1              Christian Holinka    109
2   Rogers.
3       Q    Do you know who had the responsibility for
4   ordering materials that were used during that time
5   period in 1964 that you were working at the lab?
6       A    No, I do not.  They were centrally ordered.
7       Q    Do you know specifically the brand, trade
8   or manufacturer's name of the mittens that you used
9   during that time period in 1964?
10      A    No, I do not.
11      Q    Did you use or encounter both of those
12  materials --
13           MR. SCHAFFER:  Withdrawn.
14      Q    Was there anything different about the
15  frequency that you used these materials while you were
16  employed as opposed to that when you were working
17  part-time?
18      A    I used them proportionately more frequent.
19      Q    As a full-time person?
20      A    Yes.
21      Q    Who was your supervisor or the person you
22  reported to there?
23      A    Dr. Cook, Professor Sherburne S. Cook.
24      Q    How would you spell Sherburne?
25      A    S-H-E-R-B-U-R-N-E.
```

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

**Page 54**

Christian Holinka    110

1
2    Q    Are there any other -- as you sit here
3    today, do you believe that you were exposed to
4    asbestos in any other way working at the lab as a
5    full-time employee in 1964?
6    A    I do not know.
7    Q    You cannot tell me any other specific ways
8    at this time?
9    A    No.
10    Q    The number of burners were the same in both
11    rooms as you had seen before?
12    A    Yes.
13    Q    Was the attendant equipment the same as it
14    had been before?
15    A    Yes.
16    Q    What happened next after you were working
17    full-time in August of 1964?
18    A    I was accepted as a graduate student in
19    physiology by the University of California, Berkeley.
20    Q    And did you ultimately obtain your graduate
21    degree?
22    A    Yes.
23    Q    When did you get the graduate degree?
24    A    1968.
25    Q    When about?

**Page 55**

Christian Holinka    111

1
2    A    Summer, I think in August 1968.
3    Q    And what was the nature of the graduate
4    degree?
5    A    Physiology.
6    Q    Did you go to classes full-time during the
7    time period you were a graduate student?
8    A    I did full-time research and involving some
9    courses.
10    Q    During the time period August 1964 to
11    August 1968, did you hold any employment at all?
12    A    Yes.
13    Q    Were you working at the lab again?
14    A    No. Perhaps it -- probably, if I may
15    suggest, it would be easier to go chronical.
16    Q    That would be fine and I would appreciate
17    that.
18         When you started in August of 1964, were
19    you taking courses full-time?
20    A    Courses and research full-time.
21    Q    And how long did that remain constant,
22    courses and classes full-time?
23    A    Until 1966.
24    Q    During the time 1964 to 1966, did you hold
25    any employment, did you work at all?

**Page 56**

Christian Holinka    112

1
2    A    No.
3    Q    Were you a full-time student?
4    A    Yes.
5    Q    Do you believe that you were exposed to
6    asbestos being a full-time graduate student from 1964
7    to 1966?
8    A    Yes, I was.
9    Q    And how do you believe you were exposed to
10    asbestos during that timed period?
11    A    Bunsen burner pads and heat insulating
12    mittens.
13    Q    And were these items located within the
14    same Life Sciences Building laboratory that we have
15    been discussing?
16    A    Not the same laboratory but the same
17    building, the same floor.
18    Q    Then let's talk about the room that this
19    took place. What did this laboratory look like, first
20    in terms of the number of rooms?
21    A    It was one room, a large laboratory.
22    Q    How many Bunsen burners were in there?
23    A    An estimated six to eight.
24    Q    Was there anything different about how
25    these Bunsen burners and their pads appeared as

**Page 57**

Christian Holinka    113

1    opposed to those you had encountered in the other lab
2    in the building?
3    A    No, there wasn't.
4    Q    Was there anything different about the
5    appearance of the mittens that you had encountered?
6    A    No, there wasn't.
7    Q    As a full-time graduate student you were
8    taking courses in the labs; is that right?
9    A    Courses in the classroom and research, my
10    own research project at the laboratory.
11    Q    Did you have to complete a dissertation of
12    some sort to get your degree?
13    A    Yes, I did.
14    Q    What was your dissertation?
15    A    Estrogen receptors in the hypothalamus of
16    the brain.
17    Q    And that required you to do research in the
18    lab in order to complete your paper?
19    A    Yes, I did.
20    Q    Did you have a faculty advisor that you
21    were required to report the status of your project to?
22    A    Yes, I did.
23    Q    And did that person work with you --
24    MR. SCHAFFER: Withdrawn.
25

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Christian Holinka
ROUGH DRAFT

Page 58

```
 1              Christian Holinka    114
 2      Q    Did that person have responsibility to be
 3   with you while you were conducting the research side
 4   of the paper?
 5      A    She was the head of the laboratory and
 6   supervised my research, the answer is yes.
 7      Q    Who was that?
 8      A    Dr. Paola Timiras.  Should I spell it?
 9      Q    Yes, that would be great.
10      A    First name P-A-O-L-A, last name
11   T-I-M-I-R-A-S.
12      Q    And would you have any information as to
13   whether she is still alive?
14      A    No, I don't.
15      Q    But the last time you would have spoken
16   with her had been when you were at the university at
17   some point?
18      A    No, it wasn't.
19      Q    When was it?
20      A    It was about six years ago.
21      Q    Where was she living at the time?
22      A    In Berkeley, California.
23      Q    Was she still at the school?
24      A    That was the occasion of her retirement but
25   she remained an active emeritus professor.
```

Page 59

```
 1              Christian Holinka    115
 2      Q    Do you know specifically the brand, trade
 3   or manufacturer's name of any of the Bunsen burner
 4   pads that you encountered while a graduate student
 5   during this time period 1964 to 1966?
 6      A    They were ordered from standard suppliers,
 7   the names I have mentioned before.
 8      Q    You were not responsible for doing the
 9   ordering during this period?
10      A    No, I was not.
11      Q    Who was?
12      A    A simple supply person.
13      Q    I do not understand what that means.  Can
14   you give me an idea what you are talking about when
15   you use that term?
16      A    Well, typically in the department there was
17   a technician who was responsible for supplies.  If you
18   needed specific research supplies for your own
19   research, you looked at the catalog, Fisher
20   Scientific, the main catalogs, Van Waters and Rogers,
21   and picked out the things you needed very specifically
22   for your research.  General supplies were ordered
23   centrally periodically because they were standard
24   supplies at each laboratory.
25      Q    And when you use the term "standard
```

Page 60

```
 1              Christian Holinka    116
 2   supplies," would it be fair to say that these were
 3   items regularly used that would try to be kept in
 4   stock for use in the labs?
 5      A    That is correct to say.
 6      Q    Was the stockroom that supported this other
 7   one room lab you are in the same stockroom that
 8   supported the lab we talked about before?
 9      A    To an extent, yes, the answer is yes.
10      Q    Did you while you were a full-time graduate
11   student need to replace any of the pads?
12      A    Yes, I did.
13      Q    When you needed to replace them, where
14   would you go to get the replacement pads?
15      Q    From the supply room.
16      Q    The same supply room we talked about?
17      A    Yes.
18      Q    Are there any other specific ways that you
19   believe that you were exposed to asbestos while
20   working at this lab from 1964 to 1966?
21      A    I do not know.
22      Q    As you sit here today, do you have any
23   reason to believe that you were exposed to asbestos in
24   any other way besides what you have told us with
25   respect to this lab?
```

Page 61

```
 1              Christian Holinka    117
 2      A    I do not know.
 3      Q    You obtained your graduate degree in --
 4           MR. SCHAFFER:  Withdrawn.
 5      Q    What happens in 1966?
 6      A    In 1966 I was admitted to graduate school
 7   at Berkeley in comparative literature.
 8      Q    So, in 1966 did you get your graduate
 9   degree in physiology?
10      A    Yes.
11      Q    And this was the degree that had the paper
12   you told us about associated with that.
13      A    Yes.
14      Q    And then you went on for another graduate
15   degree there?
16      A    Yes, I did.
17      Q    And did you get that second degree?
18      A    Yes, I did.
19      Q    And is that the degree you got in August of
20   1968?
21      A    Yes, that's correct.
22      Q    During the time that you were going for
23   this additional graduate degree, did you work at all?
24      A    As a teaching assistant.
25      Q    Did you do any work in the lab at all?
```

16 (Pages 58 to 61)

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Page 62

Christian Holinka     118

1
2      A      No.
3      Q      Do you believe that you were exposed to
4  asbestos in any way from the time period 1966 to
5  August 1968?
6      A      I do not believe so but I don't know.
7      Q      We are in August of 1968 now. Did you go
8  on to take any other classes at Berkeley once you had
9  obtained these two graduate degrees on top of your
10 undergraduate degree?
11     A      I continued as a graduate student.
12     Q      And were you continuing as a full-time
13 graduate student starting in August of 1968?
14     A      Yes. Together with teaching as a teaching
15 assistant.
16     Q      And what types of course work were you
17 involved in as a teaching assistant?
18     A      French language.
19     Q      More associated with your literature
20 graduate degree?
21     A      Yes.
22     Q      And how long did you take additional
23 courses and also work as a teaching assistant?
24     A      And do library research until 1971.
25     Q      Did you obtain another degree?

Page 63

Christian Holinka     119

1
2      A      No, I didn't. However, during that period
3  I had a stipend for a year in Paris and I do have a
4  certificate, a degree from the Sorbonne.
5      Q      From the time frame of August of 1968 until
6  1971, do you believe that you were exposed to asbestos
7  in any way?
8      A      I do not know but I don't believe so.
9      Q      Besides working as a teaching assistant,
10 did you hold any other for-pay employments during this
11 time period?
12     A      I taught intermittently language at the
13 Berlitz School and a course in literature in Berkeley
14 above the level of teaching assistant.
15     Q      And during that time period do you recall
16 holding any other jobs aside from what you told us?
17     A      No.
18     MR. SCHAFFER:  Off the record for one
19 second.
20     (Discussion held off the record)
21     Q      When did you finish this period of time in
22 your life when you were teaching literature and taking
23 graduate classes, you told us it was in 1971, I am
24 trying to find out when.
25     A      Yes. In the spring semester ending in May

Page 64

Christian Holinka     120

1
2  or June.
3      Q      And after that what was the next thing that
4  you did in your life?
5      A      I was accepted as a graduate student in
6  biological sciences at the State University of New
7  York at Stony Brook.
8      Q      And how long did you attend graduate school
9  at SUNY Stony Brook?
10     A      Until 1974.
11     Q      What month did you finish there?
12     A      In July, end of June or July.
13     Q      Did you get a degree from SUNY Stony Brook?
14     A      Yes, I did.
15     Q      What was that degree?
16     A      PhD.
17     Q      In what?
18     A      Biological sciences.
19     Q      Was this full-time academic studies?
20     A      It was full-time academic studies but I
21 also worked part-time in addition.
22     Q      Where did you work part-time?
23     A      Columbia University Presbyterian Medical
24 Center, clinical chemistry.
25     Q      When did you start doing the part-time work

Page 65

Christian Holinka     121

1
2  at Columbia?
3      A      1971.
4      Q      Would it have been contemporaneous with the
5  course work at SUNY?
6      A      Yes, it was.
7      Q      Did you get the job through connections at
8  SUNY?
9      A      No, I did not.
10     Q      How did you come to get that job?
11     A      I applied personally through somebody, a
12 professor there who I knew.
13     Q      How long did you work in the clinical
14 chemistry department at Columbia University?
15     A      Until 1974.
16     Q      And was it basically employment there
17 continuous with the time that you were taking the
18 studies at SUNY Stony Brook?
19     A      Yes.
20     Q      During the time that you were out at Stony
21 Brook, do you believe that you were exposed to
22 asbestos while taking your studies?
23     A      Yes, I was.
24     Q      During the time that you were working for
25 Columbia, do you believe that you were exposed to

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Christian Holinka
ROUGH DRAFT

---

**Page 66**

1    Christian Holinka    122
2  asbestos?
3       A    Yes, I was exposed.
4       Q    We are going to break them both down then.
5       When you were taking the courses at SUNY
6  Stony Brook, did you also take course work during the
7  summers?
8       A    Yes.
9       Q    And how do you believe that you were
10  exposed to asbestos when you were taking the graduate
11  school studies at Stony Brook?
12       A    In my research for my degree.
13       Q    And how do you believe in conducting this
14  research you were exposed to asbestos?
15       A    Through Bunsen burner pads and heat
16  insulating mittens.
17       Q    With what frequency would you be --
18       MR. SCHAFFER:    Withdrawn.
19       Q    Did you handle both of these types of
20  items --
21       A    Yes.
22       Q    -- while you were at SUNY Stony Brook?
23       A    Yes, I did.
24       Q    With what frequency would you be handling
25  Bunsen burner pads?

---

**Page 67**

1         Christian Holinka    123
2       A    Regularly.
3       Q    Any way to quantify what "regularly" would
4  be?
5       MR. DARCHE:    Don't guess.
6       A    Daily, daily.  The days I was at the
7  laboratory obviously.
8       Q    Where was the laboratory that you used
9  these pads at SUNY Stony Brook?
10       A    In the anatomy department.
11       Q    Did you work out of one lab in the anatomy
12  department?
13       A    Yes.
14       Q    Do you know if that lab had any other type
15  of designation by room number or name or something
16  like that?
17       A    By room number, I don't recall the name.
18       Q    Was it the first floor, second floor or
19  something like that?
20       A    First floor.
21       Q    Describe for me what that lab looked like
22  first in terms of its dimensions.
23       A    Medium size, square feet I cannot estimate.
24       Q    Did it have work stations or tables?
25       A    About three large benches.

---

**Page 68**

1    Christian Holinka    124
2       Q    And how many Bunsen burners were in there?
3       A    I would estimate three.
4       Q    One per bench you think?
5       A    Yes, pretty much.
6       Q    How do you believe that you were exposed to
7  asbestos from the Bunsen burner pads there?
8       A    As the Bunsen burner experienced heat, the
9  material degenerated, cracked and emitted dust.
10       Q    Did these pads that we are talking about
11  appear similar in their appearance to those that you
12  had encountered previous to that?
13       A    Yes, they did.
14       Q    Was there anything different about their
15  size, their shape, their consistency of the material
16  or anything else from those that you had encountered
17  previously?
18       A    To my knowledge, no.
19       Q    Did the circumference of the material
20  inside the mesh look the same to you?
21       A    Yes.
22       Q    Did you have to at any time replace those
23  pads that you encountered at the lab in the anatomy
24  department at Stony Brook?
25       A    Yes, I did.

---

**Page 69**

1         Christian Holinka    125
2       Q    And where would you go to get replacement
3  pads on those occasions?
4       A    The supply room in biology.
5       Q    And where would that be in relation to the
6  anatomy department that you were in?
7       A    That was in a different building.
8       Q    How often do you recall getting replacement
9  pads over that period of time that you were working
10  out of that lab?  I'm sorry, doing research out of
11  that lab.
12       A    About no more than once a month.
13       Q    Did the pads when you picked them up from
14  the supply area come packaged in any way?
15       A    No.
16       Q    How were they stored there?
17       A    I do not know how the supplier supplied
18  them.  I would --
19       Q    Let me see if I understand the process.
20  You would walk into the supply room and would there be
21  somebody there supporting the supply room?
22       A    Yes.
23       Q    And would you ask the person in there I
24  need X-Y-Z and that person would go get it?
25       A    Exactly, yes.

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Page 70

Christian Holinka    126

1
2    Q    And you would not have an opportunity to
3  see how they were stored there, right?
4    A    No.
5    Q    Did you have any responsibility for
6  ordering any Bunsen burner pads when you were doing
7  your research at this lab?
8    A    No, I did not.
9    Q    Do you know the brand, trade or
10  manufacturer's name specifically of those pads that
11  were supplied to you and used there?
12    A    They were supplied by standard suppliers.
13    Q    I guess my question, sir, is if you did not
14  do the ordering of the supplies, do you know
15  specifically who supplied the --
16    A    Specifically I --
17         MR. DARCHE:  I am going to object to the
18      form as being argumentative.
19    Q    And I do not mean to be argumentative, sir.
20  I am just trying to establish that you did not order
21  the pads, right?
22    A    That is correct.
23    Q    And was there anything about the pads
24  identifying who supplied them on the pad itself?
25    A    No, there wasn't.

Page 71

Christian Holinka    127

1
2    Q    No logos or writing --
3    A    No.
4    Q    -- or anything imprinted or embossed on the
5  material?
6    A    No.
7    Q    How often would you encounter the --
8         MR. SCHAFFER:  Withdrawn.
9    Q    How often would you use the mittens when
10  you were doing your research at this lab?
11    A    About once every two days.
12    Q    Did you ever have to replace the mittens
13  that you were using at the lab?
14    A    Yes.
15    Q    And would you when you needed to get
16  replacement mittens go to the same supply person in
17  the supply room?
18    A    Yes.
19    Q    Do you know specifically the brand, trade
20  or manufacturer's name of the mittens that you used
21  there?
22    A    No.
23    Q    Do you know who supplied specifically those
24  mittens that you used there?
25    A    No.

Page 72

Christian Holinka    128

1
2    Q    Did those mittens appear similar to those
3  that you had encountered previously in your career?
4    A    Yes.
5    Q    They were one thumb and then one unit
6  covering all of the fingers?
7    A    That's correct.
8    Q    And did they go approximately the same way
9  up your hand?
10    A    That's correct.
11    Q    And in terms of their consistency and
12  color, everything was similar to that which you had
13  seen before?
14    A    Yes.
15    Q    Let me ask you with respect to the pads at
16  this anatomy department, why do you think that they
17  contained asbestos?
18    A    It was general knowledge that the centers
19  contained asbestos.
20    Q    And how did you first become aware of this
21  general knowledge that the center was asbestos?
22    A    I could not tell you the time.
23    Q    Can you tell me how you came to this
24  general knowledge?
25    A    Through colleagues, co-workers.

Page 73

Christian Holinka    129

1
2    Q    Did they specifically, whoever it was,
3  advise you that the material did contain asbestos?
4    A    No.
5    Q    Do you know what, if any, other materials
6  might provide the same sort of abilities as asbestos
7  that may have been used on these pads?
8         MR. DARCHE:  Objection.
9    Q    But did you understand my question, sir?
10    A    Yes.
11    Q    You can answer the question then.
12    A    Can I?
13    Q    Yes.
14    A    No, I don't know.
15    Q    And why do you believe that the mittens
16  that you used at the anatomy department contained
17  asbestos?
18    A    I believe it was specified in the catalog,
19  "asbestos mittens."
20    Q    You did not have the responsibility for
21  ordering the mittens, right?
22    A    No, I did not.
23         MR. DARCHE:  Objection, asked and answered.
24      If I object wait for me to object before
25.  you answer.

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Christian Holinka
ROUGH DRAFT

---

Page 74

Christian Holinka        130

1
2      Q    When was the first time that you came to
3  believe that the mittens that you were using contained
4  asbestos?
5      A    I do not recall the exact time.
6      Q    Can you give me, looking back up to where
7  we are right now, whether it was before you were
8  taking your course work at SUNY Stony Brook or after
9  that?
10         MR. DARCHE:  I am just going to object.
11  Don't guess.
12         The witness has already testified as to
13  what he recalls.
14         MR. SCHAFFER:  Well, I am asking him the
15  basis for his recollection that they actually
16  were asbestos.
17         MR. DARCHE:  So ask him that.
18     Q    Why do you believe the mittens --
19         MR. DARCHE:  You already asked him that.
20         MR. SCHAFFER:  Right.
21     Q    And my question is when was the first time
22  that you came to the belief that mittens that you used
23  contained asbestos.
24         MR. DARCHE:  I am just going to object to
25  the form.

---

Page 75

Christian Holinka        131

1
2  You can answer, if you can.
3      A    I do not recall the exact time.
4      Q    And this is one of those times, sir, that I
5  am entitled to probe a little further and try and get
6  a best estimate as to when you came to this knowledge.
7         MR. DARCHE:  But don't guess.
8      Q    Right, nobody is asking you to guess.
9      A    I would have to guess.
10     Q    That is fair. Nobody wants you to.
11         When you would receive the mittens from the
12  supply person, did they come packaged in any way?
13     A    No, not to my knowledge.
14     Q    And would you have any understanding as to
15  how long a pair of mittens would last when you were
16  doing your research at SUNY Stony Brook?
17     A    Relatively long because I was the only
18  person at the laboratory, that's the only person using
19  them. Relatively long, I would guess four months.
20     Q    And when the mittens got to a point where
21  you felt that they had to be replaced, what would you
22  do with them?
23     A    I would dispose of them and get a new one,
24  set from the supply room.
25     Q    As you sit here today are there any other

---

Page 76

Christian Holinka        132

1
2  specific ways that you believe you were exposed to
3  asbestos when you were doing your research work at the
4  SUNY Stony Brook anatomy department lab?
5      A    I do not know.
6      Q    Was the physical layout of the benches and
7  equipment that may have been in the lab constant from
8  when you first started doing your research there until
9  when you left?
10     A    Yes.
11     Q    Can you estimate how many hours per week
12  you would put in part-time at the Columbia University
13  clinical chemistry department during the time you were
14  there?
15     A    Approximately 12 hours.
16     Q    And this was located where on Columbia
17  Presbyterian's grounds?
18     A    The main building on 168th Street.
19     Q    What floor was the area where you worked?
20     A    I don't remember.
21     Q    Was it in a laboratory as well?
22     A    Yes.
23     Q    And did you work in this one laboratory the
24  entire --
25     A    Yes.

---

Page 77

Christian Holinka        133

1
2      Q    -- time that you were working there?
3      A    Yes.
4      Q    And how do you believe you were exposed to
5  asbestos there?
6      A    I used Bunsen burners and heat insulating
7  mittens.
8      Q    While you were doing this part-time work at
9  Columbia, did you have responsibility for ordering
10  either of those materials that you used?
11     A    No, I did not.
12     Q    Did you use any other materials in the
13  course of your part-time work there that you believe
14  caused you to be exposed to asbestos?
15     A    I do not know.
16     Q    Do you believe that you were exposed to
17  asbestos from the Bunsen burner pads in a fashion
18  similar to that as you told us at the other places you
19  talked about?
20     A    That's correct.
21     Q    Anything different about the way you think
22  you were exposed?
23     A    No.
24     Q    Was there anything different physically
25  about how the Bunsen burner pads looked as opposed to

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Page 78

Christian Holinka    134

1    what you encountered before?
2
3    A    No.
4    Q    While you were doing the part-time work at
5    Columbia University, did you have to on occasion
6    replace the pads?
7    A    Yes.
8    Q    How many times did you do that?
9    A    I want to modify this. They were replaced,
10   I did not replace them myself.
11   Q    How would the replacement process work
12   there then?
13   A    I do not know.
14   Q    Would it be a situation where you would
15   show up one day and it would appear to be a new pad
16   present?
17   A    Yes.
18   Q    Do you know where the new pads would come
19   from?
20   A    I don't.
21   Q    Did you have to replace any of the heat
22   mittens that was used there at any time?
23   A    No.
24   Q    The heat mittens that you used there, how
25   often would you use them?

Page 79

Christian Holinka    135

1
2    A    No more than once every two weeks.
3    Q    You told us that you averaged about 12
4    hours a week there during this part-time work?
5    A    Yes.
6    Q    Would that be broken over one day or
7    several days or how did that typically fall?
8    A    Two days.
9    Q    Two six-hour days on average?
10   A    Yes.
11   Q    Perhaps --
12   A    That makes it 18 hours a week, I worked
13   from midnight to nine in the morning.
14   Q    So, you worked there three times a week,
15   midnight to nine?
16   A    Twice a week.
17   Q    The lab was open continuously?
18   A    Yes, sure.
19   Q    Do you know the brand, trade or
20   manufacturer's name of the mittens that you used at
21   Columbia Presbyterian?
22   A    No, I do not.
23   Q    Do you know the brand, trade or
24   manufacturer's name of the Bunsen burner pads that
25   were present at Columbia?

Page 80

Christian Holinka    136

1
2    A    I do not.
3    Q    Can you tell me any other specific ways
4    that you believe you may have been exposed to asbestos
5    while working part-time at Columbia University?
6    A    No, I cannot tell you.
7    Q    In 1974 you got your PhD; is that right?
8    A    Yes.
9    MR. SCHAFFER:  Off the record for a second.
10   (Discussion held off the record)
11   Q    In July of 1974 you get your degree from
12   SUNY Stony Brook, your PhD and what happens next in
13   the course of your professional career?
14   A    I became a post-doctoral fellow at the
15   University of Southern California.
16   Q    And was this at Berkeley again or --
17   A    Los Angeles.
18   Q    And how long were you a post-doctoral
19   fellow?
20   A    Until 1977.
21   Q    And what types of things did you do as a
22   post-doctoral fellow there?
23   A    Biological research and teaching.
24   Q    What portion or percentage of your time was
25   dedicated to research as opposed to teaching?

Page 81

Christian Holinka    137

1
2    A    About 90 percent research, 90 to 95
3    percent.
4    Q    When you were doing your research, did you
5    conduct it in one particular area of USC Los Angeles?
6    A    Yes.  At the Gerontology Building.
7    Q    And where within the Gerontology Building
8    did you do this research?
9    A    Second floor.
10   Q    What were the dimensions or the layout of
11   the space you worked out of?
12   A    Four rooms, variable size ranging from an
13   estimated 400 square feet to 800 square feet,
14   estimated.
15   Q    And were these rooms comprised of both
16   offices and laboratories?
17   A    Offices were separate.
18   Q    So, the four rooms, were they all labs?
19   A    Yes.
20   Q    Did you work in all of those rooms?
21   A    Yes.
22   Q    Did you have graduate assistants working
23   with you during this time period?
24   A    Yes, I did.
25   Q    What were their names of some of these

21 (Pages 78 to 81)

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Christian Holinka
ROUGH DRAFT

Page 82

Christian Holinka    138

1  people?
2
3      A      Monty Heckland (phonetic), undergraduate
4  assistant.
5      Q      Anybody else?
6      A      Not as undergraduate or graduate assistant.
7      Q      How about any other people who assisted you
8  in any way?
9      A      You usually had to do the research
10  yourself. James Nelson.
11      Q      And what was his position or how did he
12  help you?
13      A      Graduate student.
14      Q      Anybody else?
15      A      No.
16      Q      During the time that you were working at
17  USC Los Angeles in the Gerontology Building, do you
18  believe you were exposed to asbestos?
19      A      Yes.
20      Q      In what ways do you believe you were
21  exposed to asbestos there?
22      A      Through Bunsen burner pads and heat
23  insulating mittens.
24      Q      Were there Bunsen burners present in each
25  of the four rooms that you were conducting your

Page 83

Christian Holinka    139

1
2  research in?
3      A      Yes.
4      Q      How many were in each room?
5      A      An estimated two to five.
6      Q      Did the room that you worked out of have
7  any other numerical designation or name that you can
8  recall?
9      A      Room numbers I do not recall.
10      Q      Not named in honor of somebody or
11  so-and-so's lab or anything like that?
12      A      I believe one or two were.
13      Q      As you sit here today, do you know who they
14  may have been referring to?
15      A      No.
16      Q      Were there similar labs on the same floor
17  of that building?
18      A      Yes.
19      Q      Did you have a responsibility as a
20  post-doctoral fellow for ordering any of the Bunsen
21  burner pads that you used there?
22      A      No, I did not.
23      Q      Did you have a responsibility for ordering
24  any of the heat mittens that you used there?
25      A      No.

Page 84

Christian Holinka    140

1
2      Q      Did the Bunsen burner pads that you used
3  there appear similar in their shape and color when
4  compared to the ones you had encountered earlier in
5  your career?
6      A      Yes.
7      Q      Was there anything physically different
8  about them that you can recall at this time as opposed
9  to the others?
10      A      No.
11      Q      Do you know the brand, trade or
12  manufacturer's name of those Bunsen burner pads?
13      A      No.
14      Q      Do you know who specifically supplied those
15  pads that you used as a post-doctoral fellow at the
16  Gerontology Building?
17      A      We had standard suppliers, I do not know
18  which individual standard supplier supplied them.
19      Q      Did you need to get replacement pads on
20  occasion during those three years you were doing
21  research?
22      A      Yes.
23      Q      Where would you get them from?
24      A      From the laboratory supply cabinet.
25      Q      Which would have been located where?

Page 85

Christian Holinka    141

1
2      A      At the laboratory in one of the four rooms.
3      Q      Did you personally obtain new pads on
4  occasion during the three years that you were doing
5  research?
6      A      Yes, I did.
7      Q      And you would go to the storage area and
8  take them yourself?
9      A      Yes.
10      Q      When you would take them out, did they come
11  in any sort of packaging?
12      A      No.
13      Q      They were loose?
14      A      Not to my recollection, no.
15      Q      Your recollection is they were loose?
16      A      Yes.
17      Q      Stacked on top of each other or lined up
18  side by side?
19      A      I believe stacked on top of each other.
20      Q      Did you ever see any paperwork indicating
21  who specifically supplied those pads that you used
22  there?
23      A      I did not.
24      Q      Do you recall a replacement stock of these
25  pads coming in and being placed in that storage area?

22 (Pages 82 to 85)

**Page 86**

Christian Holinka    142

1
2    A    Not specifically, no.
3    Q    Did you ever encounter a situation there
4    where you had run out of pads and had to arrange to
5    have more pads brought over?
6    A    No.
7    Q    Did you use one set of mittens during the
8    three years there or more than one set?
9    A    Set, you mean --
10    Q    Pair.
11    A    -- individual --
12    Q    Pair I guess is the best way to put it.
13    A    Many more than one. May I add something?
14    Q    Yes, absolutely.
15    A    To an extended response to your question
16    about collaborators.
17    Q    Yes.
18    A    The chief technician helped the laboratory.
19    Q    Who was that?
20    A    Heinz; H-E-I-N-Z, Osterburg;
21    O-S-T-E-R-B-U-R-G.
22    Q    Did Mr. Osterburg have the responsibility
23    for ordering any replacement supplies?
24    A    Yes.
25    Q    Did you ever have a conversation with

**Page 87**

Christian Holinka    143

1
2    Mr. Osterburg advising that the lab or labs needed
3    more pads or mittens?
4    A    No.
5    Q    If you needed a replacement pair of
6    mittens, would you get them from the same supply area
7    located in one of those labs?
8    A    Yes.
9    Q    Do you recall how the replacement mittens
10    were stored in this area?
11    A    No.
12    Q    Was there anything different about the
13    physical appearance of these mittens as opposed to
14    mittens that you had encountered earlier in your
15    career?
16    A    No.
17    Q    Can you tell me any other specific type of
18    materials that you believe contained asbestos that you
19    handled there?
20    A    No, I cannot tell you.
21        MR. DARCHE: Just one second.
22        (Discussion held off the record)
23    Q    Did Mr. Heckland and Mr. Nelson and
24    Mr. Osterburg also use these types of materials in the
25    course of supporting you in your research?

**Page 88**

Christian Holinka    144

1
2    A    Yes.
3    Q    When was the last time you were in touch
4    with Mr. Heckland?
5    A    About three months ago, four months ago.
6    Q    Is Mr. Heckland aware of your current
7    physical situation?
8    A    Yes.
9    Q    Did you have any discussions with
10    Mr. Heckland about the types of products that you used
11    together while you were at USC Los Angeles?
12    A    No.
13    Q    Did you have any discussion with respect to
14    any products that may have contained asbestos?
15    A    No.
16    Q    Where does he currently live?
17    A    In Baltimore.
18    Q    When was the last time you spoke to
19    Mr. Nelson?
20    A    An estimated three years ago.
21    Q    Did you ever have any discussions with
22    Mr. Nelson about any asbestos-containing components
23    that were in any of the labs where you were?
24    A    No.
25    Q    And Mr. Osterburg, is he still alive?

**Page 89**

Christian Holinka    145

1
2    A    Yes.
3    Q    Where is he currently?
4    A    In Los Angeles.
5    Q    When was the last time you spoke with him?
6        MR. DARCHE: Three years ago.
7    A    About half a year ago.
8        MR. SCHAFFER: We talked about Mr. Nelson
9    before.
10        MR. DARCHE: Sorry about that.
11        MR. SCHAFFER: We are talking about
12    Osterburg.
13        MR. DARCHE: Sorry about that.
14    Q    Is Mr. Osterburg aware of your physical
15    condition?
16    A    Yes, I told him.
17    Q    Did you and he have any discussions whether
18    there were any materials or products in the labs that
19    may have exposed you to asbestos?
20    A    We did not talk about it.
21    Q    Is there anyone that you have talked about
22    with respect to your time at USC LA?
23    A    USC, please.
24    Q    I'm sorry, forgive me.
25    A    Two different universities.

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Christian Holinka
ROUGH DRAFT

---

Page 90

Christian Holinka    146

1
2    Q    My apologies.
3        Have you ever discussed the brand, trade or
4    manufacturer's names of any of the materials that you
5    believe contained asbestos that you encountered at USC
6    besides with representatives from your law firm?
7    A    No.
8        MR. DARCHE: Off the record.
9        (Discussion held off the record)
10    Q    Sir, I forgot to ask you, where does
11    Mr. Nelson currently live?
12    A    San Antonio, Texas.
13    Q    Separate and apart from your research that
14    you did at USC, do you believe that you were exposed
15    to asbestos when you were doing the teaching aspect of
16    your post-doctoral fellow work out there?
17    A    I do not know but I do not think so.
18    Q    And did that work result in any additional
19    degrees of any type as a post-doctoral fellow?
20    A    No.
21    Q    When in 1977 did you leave USC LA?
22    A    In July.
23        MR. DARCHE: How are you feeling?
24        THE WITNESS: Okay.
25        MR. SCHAFFER: Let's go off the record a

---

Page 91

Christian Holinka    147

1
2    second.
3        (Discussion held off the record)
4        (Whereupon, at 12:20 P.M., a lunch recess
5    was taken)
6        (Back on the record at 1:25 P.M.)
7    Q    Sir, we are back on the record and I just
8    want to go back over one or two things before we move
9    forward to your time at Mount Sinai if I may.
10    A    Yes.
11    Q    And I am not sure if I have asked you this
12    question before or if my colleague did or did not, so
13    if I did I apologize.
14        With respect to the mittens that you used
15    when you were at the lab at USC Los Angeles, do you
16    know who specifically manufactured them?
17    A    No, I do not.
18    Q    Do you know who specifically supplied those
19    mittens that you used at that location?
20    A    No, I do not.
21    Q    Let's move forward, your next job was
22    where?
23    A    May I make a small addition to a previous
24    statement?
25    Q    Yes.

---

Page 92

Christian Holinka    148

1
2    A    Regarding the diameter of the asbestos
3    inset to the Bunsen burner covers, the diameter
4    probably was closer to 8 inches. I said 3 or 4, I
5    believe, I thought in the metric system and it was
6    closer to 8 inches.
7    Q    And let me then ask you this: If the
8    diameter of the pad was 8 inches, what was the length
9    across of the meshing itself when you counted all the
10    meshing?
11    A    An estimated 1 more inch on each side, so
12    it would be about 10 inches.
13    Q    And were those mesh pieces typically square
14    or rectangular?
15    A    Typically square.
16    Q    After the lunch break looking back, is
17    there anything else that you need to amplify or
18    correct from this morning's testimony?
19    A    No, there isn't.
20    Q    Why did you leave the fellow position at
21    USC?
22    A    I had a job offer at Mount Sinai School of
23    Medicine in New York City.
24    Q    How did you come to get that offer?
25    A    At a scientific meeting.

---

Page 93

Christian Holinka    149

1
2    Q    And when did you start at Mount Sinai?
3    A    August 1977.
4    Q    And how long did you work there?
5    A    Until July 1989.
6    Q    And what was your position there?
7    A    Initially an instructor and then assistant
8    professor in obstetrics, gynecology and reproductive
9    science.
10    Q    How long would you have been an instructor
11    first there at Mount Sinai approximately?
12    A    Approximately two to three years.
13    Q    And the balance of the time that you were
14    there approximately nine or ten years was as an
15    assistant professor?
16    A    Yes.
17    Q    As an instructor there what were your hours
18    typically, if there was such a thing?
19    A    Forty to sixty hours.
20    Q    And would you teach classes both day and
21    night as needed?
22    A    I did not regularly teach classes at Sinai
23    except one or two years a part of a course in
24    reproductive biology to medical students.
25    Q    I'm sorry, I misinterpreted what you meant

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Christian Holinka
ROUGH DRAFT

---

Page 94

Christian Holinka    150

1
2 by instructor then.  Can you tell me what your duties
3 were as an instructor?
4    A    Research, the principle duties were
5 research.
6    Q    When did you conduct the research as an
7 instructor there?
8    A    During the period 1977 to '89.
9    Q    When you were an instructor, yes.
10    A    When I was an instructor and thereafter
11 when I was an assistant professor.
12    Q    Where physically within the premises of
13 Mount Sinai did you do the research work as an
14 instructor?
15    A    The Annenberg Building, 20th floor.
16    Q    And was there a separate portion of the
17 floor such as a lab or other area within the 20th
18 floor that you worked at?
19    A    Yes.  There were several laboratories on
20 the floor.
21    Q    Did you work in one of them or all of them?
22    A    Principally in two different rooms.
23    Q    And did these rooms have any numerical or
24 other designation?
25    A    Yes.

---

Page 95

Christian Holinka    151

1
2    Q    What were they called, if you remember?
3    A    I don't remember.
4    Q    And did you work in both of these rooms
5 during the time that you held the position of
6 instructor?
7    A    Yes.
8    Q    Do you believe that you were exposed to
9 asbestos at Mount Sinai in the course of your work as
10 an instructor those first two or three years?
11    A    Yes.
12    Q    And how during that time period do you
13 believe you were exposed to asbestos?
14    A    By asbestos pads, Bunsen burner pads and
15 mittens.
16    Q    Did you work yourself with the pads as an
17 instructor?
18    A    Yes.
19    Q    And what would you do with them?
20    A    Well, you use them all the time for heating
21 the agents, heating water, heating media.  It was the
22 only heat source at the laboratory.
23    Q    Did you have on occasion the need to
24 replace the pads that you were using when you were an
25 instructor?

---

Page 96

Christian Holinka    152

1
2    A    Yes.
3    Q    Over the two or three years, can you
4 estimate how many times you would have replaced the
5 pads?
6    A    About once every two months.
7    Q    You said that there were two rooms, did
8 both of these rooms have Bunsen burners?
9    A    Yes.
10    Q    Can you tell me how many were in each room?
11    A    Correction, three rooms.
12    Q    Fair enough.
13    A    When we did histology work I used a
14 different room.
15         The answer to your question, between two
16 and five.
17    Q    Were there more Bunsen burners in the
18 histology room or not, if you know?
19    A    About the same.
20    Q    Now, was there anything different about the
21 physical appearance of these Bunsen burner pads that
22 you used there as opposed to those that you had
23 encountered prior in your career?
24    A    No.
25    Q    Did these pads have any words or logos or

---

Page 97

Christian Holinka    153

1
2 printing or anything on them that would identify their
3 manufacturer?
4    A    They did not.
5    Q    Or their supplier.
6    A    They did not.
7    Q    As an instructor did you have the
8 responsibility for ordering any pads that were used at
9 Mount Sinai?
10    A    No.
11    Q    If you needed to pick up a replacement pad
12 at Mount Sinai, where would you go?
13    A    There was a central room for supplies for
14 the laboratory.
15    Q    Was that also located on the 20th floor?
16    A    Yes.  It was really a large set of cabinets
17 in one of the laboratories.
18    Q    Was it located in one of the three rooms
19 that you were in as an instructor?
20    A    In one, yes.
21    Q    If I asked you which one could you tell me?
22    A    I believe a storage unit.
23    Q    Do you know which particular room it was in
24 or you believe it was in one of them?
25    A.    I think it was in one.

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Christian Holinka
ROUGH DRAFT

Page 98

Christian Holinka    154

1
2    Q    When you would go to this storage area, did
3    you see how the pads were kept in it?
4    A    I saw it but I don't remember whether they
5    were stacked or next to each other.
6    Q    And do you recall if there was any
7    packaging associated with any of these new pads that
8    you would take?
9    A    I don't remember.
10    Q    Do you know the brand, trade or
11    manufacturer's name of any of those pads?
12    A    I do not know a specific brand.
13    Q    Do you know who supplied those pads to
14    Mount Sinai during those years that you were an
15    instructor?
16    A    Well, we had basically four suppliers,
17    Fisher Scientific, Van Waters and Rogers, American
18    Scientific, Senco.  They were big catalogs, they
19    looked like a book with in the back their names.  And
20    there were other companies also that I don't recall
21    who supplied highly specific parts, supplies but those
22    were the main companies and we may even have had a
23    standing account with one, two or three of them.
24    Q    When you say "we," are you talking about
25    Mount Sinai itself or your particular department where

Page 99

Christian Holinka    155

1
2    you worked?
3    A    In my department, my laboratory.
4    Q    If there was such a standing type of
5    relationship within your department, who within your
6    department would have been the contact to deal with
7    with respect to that?
8    A    The main person, Dr. Gurpide.
9    Q    Doctor who?
10    A    Erlio; E-R-L-I-O, G-U-R-P-I-D-E.
11    Q    And is Dr. Gurpide still alive?
12    A    Yes.
13    Q    Is he still at Mount Sinai?
14    A    No.
15    Q    Do you know where he lives?
16    A    I don't.  He's in a retirement home
17    somewhere in the midwest.
18    Q    When would have been the last time you had
19    occasion to have any contact with him?
20    A    About ten years ago, eight years ago
21    probably.
22    Q    How often would you use the mittens as an
23    instructor at Mount Sinai?
24    A    Regularly.
25    Q    Can you define that?

Page 100

Christian Holinka    156

1
2    A    Once a day, whenever there was something
3    hot to touch, once a day, once every two days, twice a
4    day.
5    Q    Did the physical appearance of these
6    mittens to you seem the same as those as you had
7    encountered earlier in your career?
8    A    Yes.
9    Q    Was there anything different about what
10    those mittens looked like as compared to the earlier
11    ones?
12    A    Not to my recollection, no.
13    Q    Besides those mittens did you use any other
14    types of gloves or mittens during your time as an
15    instructor?
16    A    No.
17    Q    Do you know the brand, trade or
18    manufacturer's name of any of those mittens that you
19    used while you were an instructor?
20    A    No.
21    Q    Do you know specifically who supplied any
22    of those mittens that you used as an instructor?
23    A    Specific suppliers I don't know.
24    Q    And you have mentioned four companies that
25    you believe generally provided supplies --

Page 101

Christian Holinka    157

1
2    A    Yes.
3    Q    -- when you were in that position.
4    A    Yes.
5    Q    Can you tell me any other ways that you
6    specifically believe that you were exposed to asbestos
7    while you were working as an instructor in these three
8    rooms in the Annenberg Building?
9    A    No, I cannot.
10    Q    Did you have a supervisor or some sort of a
11    boss that you had to report to for those two or three
12    years?
13    A    Dr. Gurpide.
14    Q    Did you typically work alone or with other
15    people?
16    A    I had a technician for most of the period.
17    Q    And what was the technician's name?
18    A    Mila de la Pena; MILA, D-E, L-A, and
19    capital P-E-N-A.
20    Q    And is that assistant still alive?
21    A    Yes.
22    Q    And do you know -- is it he or she?
23    A    She.
24    Q    Do you know where she currently lives?
25    A    Somewhere on Long Island, I don't know the

Christian Holinka v. Asbestos - ROUGH DRAFT
February 22, 2007

Page 102

Christian Holinka      158

1
2   town.
3      Q      Do you know if she is still affiliated with
4   Sinai?
5      A      No, she's not.
6      Q      Do you know who she works for?
7      A      She works for their own company not related
8   to clinical research or not related to laboratories.
9      Q      She has her own business?
10     A      Yes.
11     Q      You told us that after two or three years
12  your position changed and you became an assistant
13  professor; is that right?
14     A      Yes.
15     Q      And that was the position you held the
16  balance of your time at Mount Sinai?
17     A      Yes.
18     Q      During your career there as an assistant
19  professor, do you believe that you were exposed to
20  asbestos?
21     A      Yes.
22     Q      And in what ways do you believe you were
23  exposed to asbestos during that nine to ten year
24  period?
25     A      Via pads, Bunsen burner pads and heat

Page 103

Christian Holinka      159

1
2   insulating mittens.
3      Q      As an assistant professor did you typically
4   hold classes in one location or in a variety of
5   locations on the campus?
6      A      I gave guest lectures on the campus but not
7   full classes, not full courses.
8      Q      As an assistant professor were your duties
9   different than those of an instructor that you had
10  told us about?
11     A      No, they were not.
12     Q      Basically a change in pay or a change in
13  grade; is that right?
14     A      Yes, that's correct.
15     Q      Did your use of the pads increase, decrease
16  or stay approximately the same during the time period
17  that you were an assistant professor?
18     A      Stayed approximately the same.
19     Q      Did your use of the mittens decrease,
20  increase or stay about the same?
21     A      Stayed about the same.
22     Q      Did you have any additional technicians
23  that assisted you over these nine years besides the
24  woman you mentioned before?
25     A      No.

Page 104

Christian Holinka      160

1
2      Q      She stayed with you the entire time?
3      A      Almost the entire time for about nine
4   years, something like that.
5      Q      And did Dr. Gurpide maintain the position
6   of your supervisor the entire time you were there?
7      A      Yes, he did.
8      Q      And just so the record is clear, do you
9   know the brand, trade or manufacturer's name of any of
10  the pads that you would have used during this time
11  period?
12     A      No, I do not.
13     Q      Do you know the brand, trade or
14  manufacturer's name of any of the gloves that you used
15  during this time period?
16     A      No, I don't.
17     Q      Do you specifically know which of the
18  companies supplied either of those products to your
19  lab when you were working there in that position?
20     A      Specifically I don't but we had standard
21  suppliers.
22     Q      And you mentioned when you were --
23         MR. SCHAFFER:  Withdrawn.
24     Q      When you were doing the assistant professor
25  position, was that located within the same premises on

Page 105

Christian Holinka      161

1
2   the 20th floor of the Annenberg Building?
3      A      It was.
4      Q      Did you ever work anywhere else at Mount
5   Sinai during the entire time that you were there
6   outside of teaching courses in the halls?
7      A      No, I did not.
8      Q      And when you were teaching the courses in
9   the halls, do you have any reason to believe you were
10  exposed to asbestos during that --
11     A      No, I do not have any reason.
12     Q      So, it was physically in Mount Sinai where
13  you are alleging asbestos exposure on the 20th floor
14  of the Annenberg Building.
15     A      Yes.
16     Q      When was the last time you were up there?
17     A      About two years ago.
18     Q      Did you have an opportunity to view a
19  portion of the floor where you used to work?
20     A      Yes, I did.
21     Q      And in terms of its physical layout
22  currently, is it the same, different or something
23  else?
24     A      It has slightly changed.
25     Q      Did you get a chance to see the layout of