

# W E I T Z

## &

# L U X E N B E R G

A PROFESSIONAL CORPORATION
• LAW OFFICES •

180 MAIDEN LANE • NEW YORK, NY 10038-4925
TEL. 212-558-5500        FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG
ROBERT J. GORDON ††

| | | | |
|---|---|---|---|
| EDWARD R. BOSEK | STUART R. FRIEDMAN | HANNAH LIM †† | CHRIS ROMANELLI †† |
| EDWARD BRADFF †† | STEVEN J. GERMAN †††§ | JAMES C. LONG, JR. ∞ | JILLIAN ROSEN |
| JOHN M. BROADDUS ¢ | LAWRENCE GOLDHIRSCH ** | VICTORIA MANIATIS †† | DAVID ROSENBAND |
| DANIEL G. BURKE | ROBIN L. GREENWALD | CURT D. MARSHALL | JIM ROSS ∞ |
| PATTI BURENTYM ‡ | EDWARD J. NANS* | RICHARD E. McGOWAN* ‡‡ § | SHELDON SILVER* |
| LISA NATHANSON BUSCH | CATHERINE MEACOX †† | C. SANDENS HANEV *b | FRANKLIN P. SOLOMON § |
| BRIAN BUTCHER ¢ | RENEE L. HENDERSON ∞ | WILLIAM A MUERRI | SHERI L. TARR * |
| DAVID A. CHANDLER | MARIE L. MARSELLO ‡ | ANGELA PACHECO ∞ | JAMES B. THOMPSON †† |
| VINCENT CHENIS | SAM JACOBS | MICHAEL E. PEDERSON | JOSHUA VIRDY |
| EILEEN CLARKE | GARY R. KLEIN †† | PAUL J. PENNOCK ‡ | DOUGLAS D. von DIESTE ‡ |
| THOMAS COMERFORD †† | JERRY KRISTAL ∞§ | STUART E. PERRY† | JOSEPH PATRICK WILLIAMS |
| ADAM R. COOPER | DEBBI LANDAU | EILEEN RELIGN *∞ | NICHOLAS WISE |
| BENJAMIN DARCHE | ROMERTO LANACUENTE * | STEPHAN J. RIEDEL | ALLAN ZELIKOVIC |
| CHARLES M. FERGUSON | DIANNE LE VERRIER | MICHAEL P. ROBERTS | GLENN ZUCKERMAN |

| * Of Counsel |
|---|
| ∞ Also admitted in CT |
| § Also admitted in FL |
| ‡‡ Also admitted in MA |
| †† Also admitted in NJ |
| ‡ Also admitted in DC |
| † Also admitted in MJ and CT |
| ∞ Also admitted in NJ and PA |
| ~ Also admitted in NJ and DC |
| § Admitted only in NJ and PA |
| ¶ Also admitted in VA and NJ |
| ¢ Also admitted in DC and TX |
| £ Also admitted in DC, MD, PA and VA |
| * Also admitted in DC and VA |
| b Admitted only in CO |
| bb Admitted only in TX |

*Via Regular Mail*                    April 13, 2007

TO: All Counsel per attached rider

    Re:    Plaintiffs' Expert Witness List
    _____

Dear Counselors:

    Enclosed please find Plaintiffs' Expert Witness List for the May 2007, *in extremis* trial cases.

    Please be advised that plaintiffs reserve their right to (1) amend and/or supplement this list, as necessary and applicable; (2) call witnesses named in defendants' witness lists, answers to interrogatories and depositions; (3) amend and/or supplement this list as to those defendants who have failed to respond to Interrogatories as provided in the Amended Case Management Order; and (4) adopt any witness list set forth by any other plaintiff's firm and call any witness listed thereto.

    If you have any questions regarding this matter, please feel free to contact the undersigned.

                                        Sincerely,

                                        WEITZ & LUXENBERG, P.C.


                                        Richard Cabo Jr.


W-INCH-30

*printed 4/12/07*

210 LAKE DRIVE EAST, SUITE 101 • CHERRY HILL, NJ 08002 • TEL 856-755-1115 • FAX 856-755-1995
76 SOUTH ORANGE AVENUE, SUITE 201 • SOUTH ORANGE NJ 07079 • TEL 973-761-8995 • FAX 973-763-4020
215 MONARCH STREET, SUITE 202 • ASPEN, CO 81611 • TEL 970-925-6101 • FAX 970-925-6095
100 E. 15TH STREET, SUITE 400 • FORT WORTH, TX 76102 • TEL 817-885-7815 • FAX 817-882-8585

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
————————————————————————x    Index #: 116650/03

IN RE: NEW YORK CITY ASBESTOS LITIGATION    **EXPERT WITNESS
DISCLOSURE
PURSUANT TO
CPLR 3101 (d)**

ALL MAY 2007 IN-EXTREMIS CASES

————————————————————————x

    PLEASE BE ADVISED, that plaintiffs intend at the time of Trial to call to the witness stand,

live or by deposition, the following individuals:

***CHARLES AY***

    a) Mr. Ay is a former asbestos worker/insulator who worked in that trade at various locations

including, shipyards, power plants, refineries and commercial construction sites.  He would be called

to testify only in those cases in which the plaintiff alleges exposure to asbestos used in connection

with pumps, turbines, boilers and related equipment which exposure is challenged by defendant(s) or

may be challenged by defendant(s).

    b)  He is certified by the United States Environmental Protection Agency to detect

asbestos in place and on the proper removal methods of such asbestos.  His certification and training

includes methods of industrial hygiene, detection and identification of asbestos and non-asbestos

materials, and on the risks posed by asbestos.

    c)  He received training from the U.S. Navy on methods of asbestos detection and removal on

board ships and in shore side facilities.  Mr. Ay may testify as to plaintiff's circumstance, opportunity

for exposure and generally to practices, procedures, the types of ships, the types of asbestos products

used in shipyards, on board ships, in Marine construction and at industrial sites, including but not

limited to refineries and commercial building sites.  He may testify as to the manner in which asbestos

containing products were used, the tendencies of asbestos-containing products to release dust into the

atmosphere, and the manner of proper removal and disposal.

### *BARRY CASTLEMAN, Sc.D*

Dr. Castleman is an environmental consultant and may testify as to state-of-the-art issues. Specifically, Dr. Castleman will testify concerning the availability of scientific information as to the hazards of asbestos, when information concerning those hazards became available, the nature of the information that became available, the form of available scientific information and methods of its retrieval. Specifically, Dr. Castleman will trace the history of knowledge of asbestos hazards from the earliest of times, and in the modern era and will talk about the roles of any publications by various trade associations including, but not limited to the Industrial Hygiene Foundation, The National Safety Council, The American Society of Mechanical Engineers and The American Ceramics Society. In addition, Dr. Castleman may testify as to the propensity of various asbestos containing products to release asbestos dust into the atmosphere, as well as the levels at which asbestos will produce various diseases. Dr. Castleman has been deposed and has previously testified on these issues on many occasions and such testimony is available to defendants. Dr. Castleman will also testify as to corporate knowledge of the hazards of asbestos and conduct, including attempts to suppress knowledge and conspiratorial efforts, and trade association's knowledge, conduct and suppression of information. Dr. Castleman's book on the above subjects details the scope of his testimony and is publicly available.

### *RICHARD L. HATFIELD*

Mr. Hatfield is an industrial hygienist who specializes in the analysis of asbestos in various types of environments. He will testify regarding tests performed relating to the nature and qualification of asbestos that is released as a result of working with asbestos-containing materials. Specifically, Mr. Hatfield will testify regarding the general background levels of asbestos release; bystander levels of exposure of the fiber release; air samples in the personal breathing zone generated from the fiber release; and fiber release and contamination on clothing and other personal contamination. Mr. Hatfield has been deposed and has previously testified on these issues on many occasions and such testimony is available to defendants.

### WILLIAM LONGO, PH.D.

a) Dr. Longo received his Bachelor of Science from the University of Florida in 1977. He received his Masters of Science in Materials Science and Engineering from the University of Florida in 1980 and his Ph.D. in Materials Science and Engineering from the University of Florida in 1983.

b) Dr. Longo is a scientist specializing in the measurement and analysis of materials and determining the constituent ingredients in materials, and characterizing those materials and ingredients. Dr. Longo has examined and tested various asbestos products. Dr. Longo has examined the amount of dust released by mixing and/or manipulating various asbestos-containing products. These analyses include current and past techniques used to measure asbestos content in dust. Dr. Longo may testify on his results from the release of asbestos-containing dust from the various products that he has tested by either, the mixing, application, removal or normal use of those products. Dr. Longo has quantified the asbestos release generated from the aforementioned uses of these materials. Dr. Longo may testify regarding the general background levels of asbestos release, bystander levels of exposure of the fiber release, air samples in the personal breathing zone generated from the fiber release and fiber release and contamination on clothing and other personal contamination. He may compare his result of these dust studies by analysis using both particles per cubic foot, fibers per cc, as well as current and past techniques used to analyze asbestos content in dust. Dr. Longo may testify that the levels of asbestos dust measured during these tests exceeded established TLV's and PEL's in many instances. Dr. Longo may compare and contrast his findings with other scientific findings. Dr. Longo may offer opinions concerning testing which has been performed on behalf of defendants or the lack of testing of defendants' products. Dr. Longo will testify regarding his workplace simulations for gasket removal and installation, brake work and tile work. Dr. Longo will testify consistent with the reports available for each test.

c) Dr. Longo's testimony is based upon his education, expertise, experience, review of literature, digests, case materials, records, notes, pleadings and documents produced in asbestos litigation.

## STEVEN MARKOWITZ, M.D.

a) Dr. Markowitz is a Professor and Director of the Center of the Biology of Natural Systems at Queens College, City University of New York.

b) Dr. Markowitz, certified by the American Board of Preventative Medicine in Occupational Medicine and by the American Board of Internal Medicine in Internal Medicine will testify based upon his review of Plaintiff's medical records, Plaintiff's interrogatory responses and other materials as outlined in his reports. Dr. Markowitz may testify with regard to Plaintiff's diagnosis. Dr. Markowitz may also testify that plaintiff's diagnosis and symptoms are related to, and caused by, his exposure to asbestos, may testify generally about the plaintiff's medical treatment history; his asbestos exposure history; the nature of his diagnosis, and its causal relationship with the plaintiff's occupational exposure to asbestos. Dr. Markowitz may also testify that plaintiff's diagnosis and symptoms are related to and caused by his exposure to asbestos (including minimal amounts of asbestos) and that each and every exposure contributed to his diagnosis. Additionally, Dr. Markowitz may testify that plaintiff has incurred medical expenses as a result of his asbestos-related disease and that said medical bills are reasonable and necessary. Dr. Markowitz may testify that Plaintiff has required in the past, treatment and/or hospitalization (and the reasonable medical expenses therefore) as a result of his exposure to asbestos, asbestos-related disease.

c) Additionally, Dr. Markowitz may also testify as to the various diagnostic procedures and treatments provided to the plaintiff, as well as his pain and suffering during the course of such diagnostic and treatment modalities and the pain and suffering commonly associated with progression of the processes until the time of his death. Dr. Markowitz may testify that based on epidemiological studies, plaintiff's asbestos-related disease was caused by his exposure to Defendants' asbestos-containing products. Dr. Markowitz may testify regarding exposure levels of asbestos, at what levels asbestos may cause disease, and as to when this was known in the medical and scientific literature. Dr. Markowitz may also testify as to the hazardous nature of asbestos and asbestos-containing products as a result, that such

asbestos and/or asbestos-containing products are unreasonably dangerous. Further, Dr. Markowitz may testify concerning the increased risk of cancer faced by asbestos exposed workers, including brake workers and the epidemiological link between asbestos and cancer. More specifically, Dr. Markowitz may testify about the medical and scientific literature as it relates to the risk of mesothelioma in human beings and animals in relation to exposure to asbestos, and as such literature relates to issues such as "Low Dose"; "Encapsulation"; "Fosterite"; and the propensity for development of mesothelioma as a result of exposure to Chrysotile asbestos. Dr. Markowitz may testify concerning fiber types of asbestos generally and that all types of asbestos fibers are capable of causing all asbestos-related diseases and all forms of asbestos-related cancers.

    d) Dr. Markowitz may opine as to the causal relationship between occupational asbestos exposure and disease of latency related thereto, such as mesothelioma. Dr. Markowitz is expected to rely on a number of medical articles, his own clinical and medical experience, and his evaluation of the relevant body of medical literature on this subject. Dr. Markowitz's testimony is based upon his experience, education, expertise, review of the medical, scientific and industrial hygiene literature case materials, pleadings, depositions and documents from this and other asbestos litigation.

*JACQUELINE MOLINE, M.D.,MSc*

    a) Dr. Moline, Board Certified in Internal Medicine and Preventative Medicine, with an Occupational Medicine specialty, may testify based upon her clinical experience as a physician, as well as her research in the field.

    b) Dr. Moline, certified by the American Board of Preventative Medicine in Occupational Medicine and by the American Board of Internal Medicine in Internal Medicine will testify based upon his review of Plaintiff's medical records, Plaintiff's interrogatory responses and other materials as outlined in his reports. Dr. Moline may testify with regard to Plaintiff's diagnosis. Dr. Moline may also testify that plaintiff's diagnosis and symptoms are related to, and caused by, his exposure to asbestos, may testify

generally about the plaintiff's medical treatment history; his asbestos exposure history; the nature of his diagnosis, and its causal relationship with the plaintiff's occupational exposure to asbestos. Dr. Moline may also testify that plaintiff's diagnosis and symptoms are related to and caused by his exposure to asbestos (including minimal amounts of asbestos) and that each and every exposure contributed to his diagnosis. Additionally, Dr. Moline may testify that plaintiff has incurred medical expenses as a result of his asbestos-related disease and that said medical bills are reasonable and necessary. Dr. Moline may testify that Plaintiff has required in the past, treatment and/or hospitalization (and the reasonable medical expenses therefore) as a result of his exposure to asbestos, asbestos-related disease.

c)  Additionally, Dr. Moline may also testify as to the various diagnostic procedures and treatments provided to the plaintiff, as well as his pain and suffering during the course of such diagnostic and treatment modalities and the pain and suffering commonly associated with progression of the processes until the time of his death. Dr. Moline may testify that based on epidemiological studies, plaintiff's asbestos-related disease was caused by his exposure to Defendants' asbestos-containing products. Dr. Moline may testify regarding exposure levels of asbestos, at what levels asbestos may cause disease, and as to when this was known in the medical and scientific literature. Dr. Moline may also testify as to the hazardous nature of asbestos and asbestos-containing products as a result, that such asbestos and/or asbestos-containing products are unreasonably dangerous. Further, Dr. Moline may testify concerning the increased risk of cancer faced by asbestos exposed workers, including brake workers and the epidemiological link between asbestos and cancer. More specifically, Dr. Moline may testify about the medical and scientific literature as it relates to the risk of mesothelioma in human beings and animals in relation to exposure to asbestos, and as such literature relates to issues such as "Low Dose"; "Encapsulation"; "Fosterite"; and the propensity for development of mesothelioma as a result of exposure to Chrysotile asbestos. Dr. Moline may testify concerning fiber types of asbestos generally and that all types of asbestos fibers are capable of causing all asbestos-related diseases and all forms of asbestos-related cancers.

d) Dr. Moline may opine as to the causal relationship between occupational asbestos exposure and disease of latency related thereto, such as mesothelioma. Dr. Moline is expected to rely on a number of medical articles, her own clinical and medical experience, and her evaluation of the relevant body of medical literature on this subject. Dr. Moline testimony is based upon her experience, education, expertise, review of the medical, scientific and industrial hygiene literature case materials, pleadings, depositions and documents from this and other asbestos litigation.

### ELAINE PANITZ, MD, MPH, FACP, FCPM

a) Dr. Panitz received her bachelor's degree from Vassar College in 1968. She received her medical degree from Harvard in 1972 and her Master's in Public health from Wisconsin in 1998.

b) Dr. Panitz, certified by the American Board of Preventative Medicine in Occupational Medicine and by the American Board of Internal Medicine in Internal Medicine will testify based upon his review of Plaintiff's medical records, Plaintiff's interrogatory responses and other materials as outlined in his reports. Dr. Panitz may testify with regard to Plaintiff's diagnosis. Dr. Panitz may also testify that plaintiff's diagnosis and symptoms are related to, and caused by, his exposure to asbestos, may testify generally about the plaintiff's medical treatment history; his asbestos exposure history; the nature of his diagnosis, and its causal relationship with the plaintiff's occupational exposure to asbestos. Dr. Panitz may also testify that plaintiff's diagnosis and symptoms are related to and caused by his exposure to asbestos (including minimal amounts of asbestos) and that each and every exposure contributed to his diagnosis. Additionally, Dr. Panitz may testify that plaintiff has incurred medical expenses as a result of his asbestos-related disease and that said medical bills are reasonable and necessary. Dr. Panitz may testify that Plaintiff has required in the past, treatment and/or hospitalization (and the reasonable medical expenses therefore) as a result of his exposure to asbestos, asbestos-related disease.

c) Additionally, Dr. Panitz may also testify as to the various diagnostic procedures and treatments provided to the plaintiff, as well as his pain and suffering during the course of such diagnostic and treatment modalities and the pain and suffering commonly associated with progression of the processes until the time of his death. Dr. Panitz may testify that based on epidemiological studies, plaintiff's asbestos-related disease was caused by his exposure to Defendants' asbestos-containing products. Dr. Panitz may testify regarding exposure levels of asbestos, at what levels asbestos may cause disease, and as to when this was known in the medical and scientific literature. Dr. Panitz may also testify as to the hazardous nature of asbestos and asbestos-containing products as a result, that such asbestos and/or asbestos-containing products are unreasonably dangerous. Further, Dr. Panitz may testify concerning the increased risk of cancer faced by asbestos exposed workers, including brake workers and the epidemiological link between asbestos and cancer. More specifically, Dr. Panitz may testify about the medical and scientific literature as it relates to the risk of mesothelioma in human beings and animals in relation to exposure to asbestos, and as such literature relates to issues such as "Low Dose"; "Encapsulation"; "Fosterite"; and the propensity for development of mesothelioma as a result of exposure to Chrysotile asbestos. Dr. Panitz may testify concerning fiber types of asbestos generally and that all types of asbestos fibers are capable of causing all asbestos-related diseases and all forms of asbestos-related cancers.

d) Dr. Panitz may opine as to the causal relationship between occupational asbestos exposure and disease of latency related thereto, such as mesothelioma. Dr. Panitz is expected to rely on a number of medical articles, her own clinical and medical experience, and her evaluation of the relevant body of medical literature on this subject. Dr. Panitz testimony is based upon her experience, education, expertise, review of the medical, scientific and industrial hygiene literature case materials, pleadings, depositions and documents from this and other asbestos litigation.

**DOUGLAS POHL, M.D., Ph.D.**

a) Dr. Pohl may testify as to the general medical concepts relating to asbestos diseases, their causation and the issue of the state-of-the-art of knowledge about the dangers of asbestos.

b) Specifically, Dr. Pohl will testify concerning the availability of scientific information as to the hazards of asbestos, when information concerning those hazards became available, the nature of the information that became available, the form of available scientific information and methods of its retrieval. Specifically, Dr. Pohl will trace the history of knowledge of asbestos hazards from the earliest of times, and in the modern era.

c) In addition, Dr. Pohl may testify as to the propensity of various asbestos containing products to release asbestos dust into the atmosphere, the levels at which asbestos will produce various diseases, as well as the propensity of all fiber types to produce disease. Dr. Pohl has been deposed and has previously testified on these issues on many occasions and such testimony is available to defendants. Dr. Pohl will also testify as to corporate knowledge of the hazards of asbestos and conduct, including attempts to suppress knowledge and conspiratorial efforts, and trade association's knowledge, conduct and suppression of information.

d. Dr. Pohl's testimony is based upon his experience, education, expertise, review of the medical, scientific and industrial hygiene literature case materials, pleadings, depositions and documents from this and other asbestos litigation.

Dated:     New York, New York
           April 13, 2007

WEITZ & LUXENBERG, PC
Attorneys for Plaintiff
180 Maiden Lane
New York, New York 10018
(212) 558-5500

By: _____
      ERIK JACOBS

To:    All Defendants per Attached Rider

As of 3/8/07

## May 07 In-Extremis Service Rider

NANCY MCDONALD, ESQ.
McELROY, DEUTCH & MULVANEY
1300 MOUNT KEMBEL AVENUE
MORRISTOWN, NJ 07962-2075
PHONE # (973) 993-8100
FAX # (973) 425-0161
COUNSEL FOR A.O. SMITH WATER PRODUCTS CO., AND EATON CORPORATION, as successor in interest to CUTLER
HAMMER, INC.

JULIE EVANS, ESQ.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
150 EAST 42ND STREET
NEW YORK, NY 10017-5639
PHONE # (212) 490-3000
FAX # (212) 490-3038
JULIE.EVANS@WILSONELSER.COM
COUNSEL FOR A.W. CHESTERTON CO., AVIATION MANUFACTURING CORPORATION, individually and as successor in
interest to SPENCE HEATER, AND UNION PUMP CO.

JUDITH YAVITZ, ESQ.
ANDERSON, KILL, OLICK & OSHINSKY
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1000
PHONE # (212) 278-1000
FAX # (212) 278-1733
JYAVITZ@ANDERSONKILL.COM
COUNSEL FOR AMCHEM PRODUCTS, INC., n/k/a RHONE POULENC AG CO., n/k/a BAYER CROPSCIENCE INC., CERTAIN
TEED CORPORATION,  AND UNION CARBIDE CORP.

ARTHUR G. COHEN, ESQ.
GORDON & SILBER, P.C.
355 LEXINGTON AVENUE
NEW YORK, NY 10017
PHONE # (212) 834-0600
FAX# (212) 490-0035
COUNSEL FOR AMERICAN BILTRITE COMPANY, AMERICAN BILTRITE, INC., individually and as successor to AMTICO
FLOORS, AMTICO, a division of AMERICAN BILTRITE, ANDPREFERRED UTILITIES MANUFACTURING CORPORATION

FRANCIS F. QUINN, ESQ.
LAVIN, O'NEIL RICCI, CEDRONE & DISIPIO
420 LEXINGTON AVENUE, SUITE 2900
GRAYBAR BUILDING
NEW YORK, NY 10170
PHONE # (212) 319-6898
FAX # (212) 319-6932
COUNSEL FOR AMERICAN HONDA MOTOR CO., GENERAL MOTORS CORP., NISSAN NORTH AMERICA, INC.,
TOYOTA MOTOR CORP., AND INTERNATIONAL TRUCK and ENGINE CORP., 3M

ROBERT M. GOODMAN, ESQ.
GREENBAUM, ROWE, SMITH & DAVIS LLP
6 BECKER FARM RD
ROSELAND, NJ 07068
PHONE (973) 535-1600
FAX (973) 535-1698
COUNSEL FOR AMERICAN HONDA MOTOR CO., INC.

MICHAEL GRIDER, ESQ.
PAUL, HASTINGS, JANOFSKY & WALKER, LLP
600 PEACHTREET STREET, NE
SUITE 2400
ATLANTA, GA 30308
PHONE # (404) 815-2400
FAX # (404) 815-2424
COUNSEL FOR AMTICO INTERNATIONAL, INC.

PEGGY CHATEAUNEUF
MCCARTER & ENGLISH
FOUR GATEWAY CENTER
100 MULBERRY STREET
NEWARK, NJ 07102
PHONE # (973) 622-4444
FAX # (973) 624-7070
COUNSEL FOR AMERICAN OPTICAL CORP., AND EIS BRAKE PARTS DIVISION, AND STANDARD MOTOR PRODUCTS INC.

1

As of 3/8/07

YVETTE HARMON, ESQ.
PHILIP GOLDSTEIN, ESQ.
MCGUIRE WOODS LLP
1345 AVENUE OF THE AMERICAS, 7TH FLOOR
NEW YORK, NY 10105
PHONE # (212) 548-2100
FAX # (212) 715-2315
YHARMON@MCGUIREWOODS.COM
COUNSEL FOR AMERICAN STANDARD, INC., BELL & GOSSETT CO., ITT INDUSTRIES, INC., ITT INDUSTRIES, INC., as
successor to BELL & GOSSETT COMPANY and as successor to KENNEDY VALVE MANUFACTURING CO., INC., and as
successor to GRINNELL VALVE CO., INC.

THEODORE EDER, ESQ.
CHRIS GANNON, ESQ.
ROB KENNEY, ESQ.
McCAMBRIDGE SINGER & MAHONEY
830 THIRD AVENUE, SUITE 400
NEW YORK, NY 10022
PHONE # (212) 651-7500
FAX # (212) 651-7499
TEDER@SMSM.COM
COUNSEL FOR ANCHOR PACKING CO., BW/IP INTERNATIONAL, INC., f/k/a BORG WARNER INDUSTRIAL PRODUCTS,
successor to BYRON JACKSON PUMPS, BYRON JACKSON PUMPS, H.B. FULLER CO.,THE PORT AUTHORITY OF NEW
YORK AND NEW JERSEY, GARLOCK SEALING TECHNOLOGIES LLC f/k/a GARLOCK, INC., AND GARDNER DENVER, INC.

ART BROMBERG, ESQ.
WEINER LESNIAK LLP
529 PARSIPPANY ROAD
P.O. BOX 438
PARSIPPANY, NJ 07054-0438
PHONE # (973) 403-1100
FAX # (973) 403-0010
ABROMBERG@WEINERLESNIAK.COM
COUNSEL FOR BMCE, INC. f/k/a UNITED CENTRIFUGAL PUMP, AND PEERLESS INDUSTRIES, INC.

THUY T. BUI, ESQ.
TIMOTHY FRASER, ESQ.
DRINKLE BIDDLE & REATH, LLP
140 BROADWAY, 39TH FLOOR
NEW YORK, NY 10005
PHONE # (212) 248-3140
FAX # (212) 248-3141
COUNSEL FOR BAXTER HEALTHCARE CORPORATION, individually and as successor in interest to AMERICAN SUPPLY
CORP. and HOSPITAL SUPPLY CORP. and AMERICAN SCIENTIFIC PRODUCTS., AND BAXTER INTERNATIONAL INC.,
individually and as successor in interest to AMERICAN HOSPITAL SUPPLY CORP., and AMERICAN SCIENTIFIC
PRODUCTS., AND VWR INTERNATIONAL, INC.

SUZANNE HALBARDIER, ESQ.
ROBERT GORIS, ESQ.
BARRY, MCTIERNAN & MOORE
2 RECTOR STREET, 14TH FLOOR
NEW YORK, NY 10006
PHONE # (212) 608-8999
FAX # (212) 608-8902
SHALBARDIER@BMMFIRM.COM
COUNSEL FOR BLACKMAN PLUMPING SUPPLY COMPANY, INC., DOMCO PRODUCTS TEXAS, LP, individually and as
successor to AZROCK INDUSTRIES, INC., AND DOMCO, INC., AND UTICA BOILERS, INC., individually and as successor to
UTICA RADIATOR CORP.

ANNA DILONARDO, ESQ.
WEINER LESNIAK, LLP
888 VETERAN'S MEMORIAL HIGHWAY, SUITE 540
HAUPPAUGE, NY 11788
PHONE # (631) 232-6130
FAX # (631) 232-6184
ADILONARDO@WEINERLESNIAK.COM
COUNSEL FOR BORG-WARNER CORP., n/k/a BURNS INTERNATIONAL SERVICES CORP., LOCKHEED MARTIN CORP.,
individually, as successor by merger to LOCKHEED CORP., AND ROBERT A. KEASBEY CO.

As of 3/8/07

JOSEPH D'AVANZO, ESQ.
PHILLIP A. TUMBARELLO, ESQ.
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
3 GANNETT DRIVE
WHITE PLAINS, NY 10604-3407
PHONE # (914) 323-7000
FAX # (914) 323-7001
JOSEPH.DAVANZO@WILSONELSER.COM
PHILLIP.TUMBARELLO@WILSONELSER.COM
COUNSEL FOR BOEING CO., individually and as successor in interest to rockwell and as successor by merger to NORTH
AMERICAN AVIATION and ROCKWELL-STANDARD CORPORATION

JEFFREY LEAVELL, S.C.
723 SOUTH MAIN STREET
RACINE, WI 53403
PHONE # (262) 633-7322
FAX # (262) 633-7323
COUNSEL FOR BONSTONE, INC.

ROBERT D. DONOHUE, ESQ.
DONOHUE & PARTNERS, P.C.
90 BROAD STREET, SUITE 1502
NEW YORK, NEW YORK 10004
PHONE (212) 972-5252
FAX (212) 697-2737
WWW.DPLAW-PC.COM
COUNSEL FOR BONSTONE MATERIALS CORPORATION

STUART R. SCHROEDER, ESQ.
THE SCHROEDER GROUP, S.C.
CROSSROADS CORPORATE CENTER
20800 SWENSON DRIVE, SUITE 475
WAUKESHA, WI 53186
PHONE # (262) 798-8220
FAX # (262) 798-8232
COUNSEL FOR BONSTONE MATERIALS CORPORATION

EDWARD WILBRAHAM, ESQ.
JOHN HOWARTH, ESQ.
WILBRAHAM, LAWLER & BUBA
1818 MARKET STREET, SUITE 3100
PHILADELPHIA, PA 19103
PHONE # (215) 564-4141
FAX # (215) 564-4385
EWILBRAHAM@WLBDEFLAW.COM
COUNSEL FOR BUFFALO PUMPS, INC.

JOHN J. FANNING, ESQ.
ROSA LEE, ESQ.
CULLEN & DYKMAN
177 MONTAGUE STREET
BROOKLYN, NY 11201
PHONE # (718) 855-9000
FAX # (718) 935-1509
JFANNING@CULLENANDDYKMAN.COM
COUNSEL FOR BURNHAM, LLC as successor to BURNHAM CORP., BURNHAM CORPORATION, individually and as
Successor-in-Interest to FEDERAL BOILER and RADIATOR CO. GOULDS PUMPS, INC., AND MARIO & DIBONO
PLASTERING CO., INC., LESLIE CONTROLS, INC.

CORI L. LEAVITT, ESQ.
WILLIAM BRADLEY, ESQ.
JOSEPH CARLISLE, ESQ.
MARY ELLEN CONNOR, ESQ.
MALABY, CARLISLE & BRADLEY LLC
150 BROADWAY
NEW YORK, NY 10038
PHONE # (212) 791-0285
FAX # (212) 791-0286
WBRADLEY@MCBLLC.ORG
COUNSEL FOR CBS CORPORATION, a Delaware Corp., f/k/a VIACOM INC., successor by merger to CBS CORPORATION,
a Pennsylvania Corp., f/k/a WESTINGHOUSE ELECTRIC CORP., CLEAVER BROOKS CO., J.H. FRANCE REFRACTORIES
CO., MORSE/DIESEL, INC., SUPERIOR BOILER WORKS, INC., WARREN PUMPS, INC., WEIL-MCLAIN, a division of THE
MARLEY CO., VIKING PUMP, INC., ALLWOOD DOOR CO., AQUA-CHEM, INC., PREMIER REFRACTORIES, INC. f/k/a
ADIENCE/BMI, SEARS-ROEBUCK CO., AND KEWAUNEE SCIENTIFIC CORPORATION

As of 3/8/07

FRANK A CECERE, ESQ.
AHMUTY, DEMERS & MCMANUS
200 I.U. WILLETS ROAD
ALBERTSON, NY 11507
PHONE # (516) 625-4733
FAX # (516) 625-4712
FRANK.CECERE@ADMLAW.COM
COUNSEL FOR CARRIER CORP., as successor in interest to BRYANT HEATING & COOLING SYSTEMS, AND TISHMAN
REALTY & CONSTRUCTION CO., INC., YORK INDUSTRIES, INC.

ANDREW CZEREPAK, ESQ.
CONSOLIDATED EDISON
FOUR IRVING PLACE
NEW YORK, NY 10003
PHONE # (212) 460-2164 or 2158
FAX # (212) 780-6483
COUNSEL FOR CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.

CAROL M. TEMPESTA, ESQ.
MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.
530 SAW MILL RIVER ROAD
ELMSFORD, NEW YORK 10523
PHONE # (914) 345-3701
FAX # (914) 345-3743
COUNSEL FOR CORNING GLASS, k/n/a CORNING INCORPORATED

KIRSTEN A. KNEIS, ESQ.
MICHAEL WALLER, ESQ.
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
ONE NEWARK CENTER, 10TH FLOOR
NEWARK, NJ 07102
PHONE # (973) 848-4000
FAX # (973) 848-4001
KIRSTEN.KNEIS@KLGATES.COM
COUNSEL FOR CRANE CO., JENKINS VALVES, INC., AND SCHNEIDER ELECTRIC CO.

LAWRENCE MCGIVNEY, ESQ.
MONAKEE GRIFFIN, ESQ.
MCGIVNEY & KLUGER, P.C.
80 BROAD ST., 23RD FLOOR
NEW YORK, NY 10004
PHONE  212 509-3456
FAX  212 509-4420
LMCGIVNEY@MCGIVNEYANDKLUGER.COM
COUNSEL FOR COURTER & COMPANY INCORPORATED, PATTERSON PUMP CO., TACO, INC., TREADWELL CORP.,
GEORGE A. FULLER COMPANY, THE FAIRBANKS CO., AND SID HARVEY INDUSTRIES, INC., individually and as
successor to or f/k/a/ SID HARVEY SALES CO., AURORA PUMP CO., ZURN INDUSTRIES, INC., BECKMAN COULTER, INC.,
ALGOMA HARDWOODS, INC., individually and as successor in interest to ALGOMA PLYWOOD & VENEER CO., AND
STOCKHAM VALVES, as a division of THE CRANE VALVE GROUP

JOHN J. KOT, ESQ.
WATERS, MCPHERSON & MCNEIL
300 LIGHTING WAY, 7TH FLOOR
SECAUCUS, NJ 07096
PHONE # (201) 863-4400
FAX # (201) 863-2866
JKOT@LAWWMM.COM
COUNSEL FOR DB RILEY, INC., ELLIOTT TURBOMACHINERY CO., AND TURNER CONSTRUCTION CO.

JOHN BRIDGER, ESQ.
STRONG PIPKIN BISSELL & LEDYARD LLP
1111 BAGBY, SUITE 2300
HOUSTON, TEXAS 77002-2546
PHONE # (713) 651-1900
FAX # (713) 651-1920
COUNSEL FOR DDMCO PRODUCTS TEXAS, LP, individually and as successor to AZROCK

4

As of 3/8/07

PETER C. SEGAL, ESQ.
PETER LANGENUS, ESQ.
SCHNADER HARRISON SEGAL & LEWIS LLP
140 BROADWAY, SUITE 3100
NEW YORK, NY 10005
PHONE # (212) 973-8000
FAX # (212) 972-8798
COUNSEL FOR DUNHAM-BUSH, INC., FORT KENT HOLDINGS, INC., F/K/A DUNHAM-BUSH, INC., AND WILLIAMSBURG
STEEL PRODUCTS CO., INC., AND WJW STEEL PROPERTIES LTD.

WILLIAM MUELLER, ESQ.
CLEMENTE, DICKSON & MUELLER
218 RIDGEDALE AVENUE
MORRISTOWN, NJ 07961
PHONE # (973) 455-8008
FAX # (973) 455-8118
WMUELLER@CMT-LAW.COM
COUNSEL FOR DURABLA MANUFACTURING COMPANY

WILLIAM GALLAGHER, ESQ.
RACHEL FLEMING-CAMPBELL, ESQ
MCMAHON, MARTINE & GALLAGHER
90 BROAD STREET
NEW YORK, NY 10004
PHONE # (212) 747-1230
FAX # (212) 747-1239
WGALLAGHER@MMGLAWYERS.COM
COUNSEL FOR EASTERN REFRACTORIES CO., INC., AND TISHMAN REALTY & CONSTRUCTION CO., INC.

JAMES P. CONNORS, ESQ.
JONES HIRSCH CONNORS & BULL P.C.
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
PHONE # (212) 527-1350
FAX # (212) 527-1680
COUNSEL FOR ECR INTERNATIONAL CORP., f/k/a DUNKIRK RADIATOR CORP.

STEVE KEVELSON, ESQ.
ONE COZINE AVENUE
BROOKLYN, NY 11201
PHONE # (718) 648-4600
FAX # (718) 649-4902
COUNSEL FOR EMPIRE ACE INSULATION MFG. CORP.

DIANE MILLER, ESQ.
MARIN GOODMAN, LLP
40 WALL STREET
NEW YORK, NY 10005
TEL: (212) 661-1151
FAX: (212) 661-1141
COUNSEL FOR THE FAIRBANKS CO., AND ZY-TECH GLOBAL INDUSTRIES, INC.

CHARLES S. BIERNER, ESQ.
WOLF, BLOCK, SCHORR & SOLIS-COHEN, LLP
250 PARK AVENUE
NEW YORK, NY 10177
PHONE # (212) 986-1116
FAX # (212) 986-0604
COUNSEL OF FEDERAL PUMP CORPORATION

MARK FEINSTEIN, ESQ.
AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP
757 THIRD AVENUE
NEW YORK, NY 10017
PHONE # (212) 593-6700
FAX # (212) 593-6970
COUNSEL FOR FORD MOTOR COMPANY, AND GENERAL MOTORS CORP.

As of 3/8/07

MICHAEL A. TANENBAUM, ESQ.
SEDWICK, DETERT, MORAN & ARNOLD LLP
THREE GATEWAY CENTER, 12th FLOOR
NEWARK, NJ 07102-5311
PHONE: (973) 242-0002
FAX: (973) 242-8099
MICHAEL.TANENBAUM@SDMA.COM
COUNSEL FOR FOSTER WHEELER, L.L.C., FMC CORPORATION, individually and as successor through acquisition of CHICAGO PUMP CO. & NORTHERN PUMP CO., GENERAL ELECTRIC CO., AND MCNALLY INDUSTRIES, INC. as successor to the NORTHERN PUMP COMPANY, EXXON MOBIL CORP.


CHRISTOPHER HANNAN, ESQ.
KELLEY JASONS MCGOWAN SPINELLI & HANNA, LLP
120 WALL STREET
30TH FLOOR
NEW YORK, NY 10005
PHONE: 212-344-7400
FAX: 212-344-7402
CHANNAN@KJMSH.COM
COUNSEL FOR FMC CORPORATION, individually and as successor through acquisition of CHICAGO PUMP CO. & NORTHERN PUMP CO.


DAVE SPEZIALI, ESQ.
SPEZIALI, GREENWALD & HAWKINS, P.C.
P.O. BOX 1086
1981 WINFLOW RD.
WILLIAMSTOWN, NJ 08094
PHONE # (856)728-3600
FAX # (856)728-3996
TRIAL COUNSEL FOR FOSTER WHEELER L.L.C., AND GENERAL ELECTRIC CO.


GREGG BORRI, ESQ.
LAW OFFICES OF GREGG J. BORRI, ESQ.
51 BROADWAY, SUITE 2125
NEW YORK, NY 10006
PHONE # (212) 980-8866
FAX # (212) 208-0969
COUNSEL FOR GEORGIA PACIFIC CO.


PATRICK J. DWYER, ESQ.
SMITH, STRATTON, WISE, HEHER & BRENNAN
2 RESEARCH WAY
PRINCETON, NEW JERSEY 08540
PHONE # (609) 924-6000 or 6683
FAX # (609) 987-6651
COUNSEL FOR GOODRICH CORPORATION, f/k/a a THE B.F. GOODRICH COMPANY, individually, and as successor in interest to THE CLEVELAND PNEUMATIC COMPANY, a Division of the PNEUMO ABEX CORP., a wholly owned subsidiary of ABEX, INC.


SCOTT R. EMERY, ESQ.
LYNCH DASKAL EMERY LLP
264 WEST 40TH STREET
NEW YORK, NEW YORK 10018
PHONE # (212) 302-2400
FAX # (212) 302-2210
EMERY@LAWLYNCH.COM
COUNSEL FOR GOODYEAR CANADA, INC., GOODYEAR TIRE & RUBBER CO.,  AND DAIMLER CHRYSLER CORPORATION


PETER STASZ, ESQ.
H.B. SMITH COMPANY, INC.
47 WESTFIELD INDUSTRIAL PARK RD.
WESTFIELD, MA 01085
PHONE # (413) 568-3148
FAX # (413) 568-0525
GENERAL COUNSEL H.B. SMITH CO., INC.


RICHARD MENCHINI, ESQ.
HOLLAND & KNIGHT LLP
195 BROADWAY 24TH FLOOR
NEW YORK, NY 10007
PHONE# (212) 513-3200
FAX# (212) 385-9010
COUNSEL FOR HARRIS CORPORATION, f/k/a HARRIS-INTERTYPE CO., HARRIS CORPORATION, individually, and as successor to HARRIS-SEYBOLD-POTTER CO. and PREMIER-POTTER CO., AND HARRIS-INTERTYPE COMPANY


6

As of 3/8/07

MICHAEL E. HUTCHINS, ESQ.
MICHAEL W. KITCHENS, ESQ.
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1360 PEACHTREE STREET N.E  SUITE 1150
ATLANTA, GA 30309
PHONE # (404) 260-6102
FAX # (404) 260-6081
COUNSEL FOR HEIDELBERG USA, INC., AND HEIDELBERG USA, INC., as successor in interest to MERGENTHALER
LINOTYPE CO.

DONALD PUGLIESE, ESQ.
McDERMOTT, WILL & EMERY
340 MADISON AVENUE
NEW YORK, NY 10020
PHONE # (212) 547-5400
FAX # (212) 547-5444
COUNSEL FOR HONEYWELL INTERNATIONAL, INC., f/k/a ALLIED SIGNAL, INC. / BENDIX

JOSEPH COLAO, ESQ.
HELEN CHUNG, ESQ.
LEADER & BERKON LLP
630 3RD AVENUE, 17TH FLOOR
NEW YORK, NY 10017
PHONE # (212) 486-2400
FAX # (212) 486-3099
JCOLAO@LEADERBERKON.COM
COUNSEL FOR IMO INDUSTRIES, INC., AND E.I. DUPONT DE NEMOURS AND COMPANY

LISA M. PASCARELLA, ESQ.
PEHLIVANIAN, BRAATEN & PASCARELLA, LLC
2430 ROUTE 34
MANASQUAN, NJ 08736
PHONE # (732) 528-8888
FAX # (732) 528-4445
LP@PEHLI.COM
COUNSEL FOR INGERSOLL-RAND CO.

JOHN S. RAND, ESQ.
CLARK, GAGLIARDI & MILLER, P.C.
99 COURT STREET
WHITE PLAINS, NY 10601
PHONE # (914) 946-8900
FAX (914) 946-8960
JRAND@CGMLAW.COM
COUNSEL FOR INTERNATIONAL PAPER COMPANY, individually and as successor to CHAMPION INTERNATIONAL
CORPORATION, as successor to UNITED STATES PLYWOOD CORPORATION

CHRISTIAN J. SOLLER ESQ.
ALAN MURAIDEKH, ESQ.
HODGSON RUSS, LLP
677 BROADWAY
ALBANY NY 12207
PHONE # (518) 465-2333
FAX # (518) 465-1567
COUNSEL FOR JELD-WEN, INC., AND MORGAN MANUFACTURING COMPANY.

DANIEL J. MCNAMARE, ESQ
DeCICCO, GIBBONS & McNAMARA, P.C.
14 EAST 38TH STREET, 5TH FLOOR
NEW YORK, NY 10016
PHONE # (212) 447-1222
FAX # (212) 689-0153
COUNSEL FOR KAISER GYPSUM COMPANY, INC.

CYNTHIA WEISS ANTONUCCI, ESQ.
HARRIS, BEACH LLP
805 THIRD AVENUE, 20TH FLOOR
NEW YORK, NY 10022
PHONE # (212) 687-0100
FAX # (212) 687-0659
CANTONUCCI@HARRISBEACH.COM
COUNSEL FOR KENTILE FLOORS, INC., AND PACCAR, INC., individually and through its division, PETERBILT MOTORS
CO.

7

As of 3/8/07

RICHARD MARIN, ESQ.
MARIN GOODMAN, LLP
40 WALL STREET
NEW YORK, NY 10005
TEL: (212) 661-1151
FAX: (212) 661-1141
RMARIN@MARINGOODMAN.COM
COUNSEL FOR KEELER/DORR-OLIVER BOILER CO.

JOHN A. SMYTH, III, ESQ.
MAYNARD, COOPER & GALE, P.C.
1901 SIXTH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2618
PHONE # (205) 254-1000
FAX # (205) 254-1999
JSMYTH@MAYNARDCOOPER.COM
COUNSEL FOR KENNEDY VALVE MANUFACTURING CO., INC.

ELISA M. PUGLIESE, ESQ.
KEYSPAN
LEGAL DEPARTMENT
175 EAST OLD COUNTRY ROAD
HICKVILLE, NEW YORK 11801
PHONE # (516) 545-4161
FAX # (516)545-5029
COUNSEL FOR KEYSPAN GENERATION LLC, f/k/a LONG ISLAND POWER AUTHORITY

MARC S. GAFFREY, ESQ.
LAURA SICLARI, ESQ.
JOAN WEISBLATT, ESQ.
HOAGLAND, LONGO, MORAN, DUNST & DOUKAS
40 PATTERSON STREET
P.O. BOX 480
NEW BRUNSWICK, NJ 08903
PHONE # (732) 545-4717
FAX # (732) 545-4579
MGAFFREY@HOAGLANDLONGO.COM
COUNSEL FOR KOHLER CO., YORK INTERNATIONAL, AND YORK INTERNATIONAL, INC., as successor in interest to
LUXAIRE, INC., AND MANNINGTON MILLS, INC., MANNINGTON CARPETS, INC., FISHER SCIENTIFIC INTERNATIONAL INC.

JENNIFER DARGER, ESQ.
VINCENT A. ERRANTE, JR., ESQ.
DARGER & ERRANTE LLP
116 EAST 27TH STREET, 12TH FLOOR
NEW YORK, NY 10016
PHONE # (212) 452-5300/5303
FAX # (212) 452-5301
COUNSEL FOR LENNOX INDUSTRIES, INC.

SARAH FANG, ESQ.
LANDMAN, CORSI BALLAINE & FORD P.C.
ONE GATEWAY CENTER, SUITE 400
NEWARK, NJ 07102-5388
PHONE # (973) 623-2700
FAX # (973) 623-2496
COUNSEL FOR LONG ISLAND RAILROAD, d/b/a MTA LONG ISLAND RAILROAD (LIRR)

MICHAEL A. CERUSSI, ESQ.
THOMAS M. CRISPI, ESQ.
CERUSSI & SPRING
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NY 10601
PHONE # (914) 948-1200
FAX # (914-948-1579
MCERUSSI@CERUSSILAW.COM
CO-COUNSEL FOR 3M

TOM MAIMONE, ESQ.
MAIMONE & ASSOCIATES PLLC
170 OLD COUNTRY ROAD - SUITE 502
MINEOLA, NY  11501
PHONE # (516) 390-9595
FAX # (516) 877-0321
COUNSEL FOR MACK TRUCKS, INC.

8

As of 3/8/07

KEVIN L. KELLY, ESQ.
BRADLEY J. LEVIEN, ESQ.
MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS
39 BROADWAY, SUITE 950
NEW YORK, NY 10006
PHONE # (212) 968-8300
FAX # (212) 968-9840
BLEVIEN@DEFENSECOUNSEL.COM
COUNSEL FOR MANSFIELD PLUMBING PRODUCTS, LLC.

KEVIN L. KELLY, ESQ.
BRADLEY J. LEVIEN, ESQ.
MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS
39 BROADWAY, SUITE 950
NEW YORK, NY 10006
PHONE # (212) 968-8300
FAX # (212) 968-9840
BLEVIEN@DEFENSECOUNSEL.COM
COUNSEL FOR MANSFIELD PLUMBING PRODUCTS, LLC.

GREG A. DADIKA, ESQ.
REED SMITH LLP
136 MAIN STREET, SUITE 250
PRINCETON FORRESTAL VILLAGE
PRINCETON, NJ 08540
PHONE (609) 987-0050
FAX # (609) 951-0824
COUNSEL FOR MANORCARE HEALTH SERVICES, INC., d/b/a MANOR CARE, INC., individually and as successor to
PRECISION-COSMET COMPANY, INC., CENTRAL SCIENTIFIC COMPANY, a division of CENCO INCORPORATED;
CENTRAL SCIENTIFIC COMPANY, a division of CENCO INSTRUMENTS CORPORATION

JAMES WILLIAMS, ESQ.
EPSTEIN BECKER & GREEN
250 PARK AVENUE
NEW YORK, NY 10017
PHONE # (212) 351-4580
FAX # (212) 661-0989
COUNSEL FOR MIDLAND ROSS CORP.

SYLVIA K. LEE, ESQ.
KENT & MCBRIDE, P.C.
420 LEXINGTON AVENUE
THE GRAYBAR BUILDING
SUITE 2900  29TH FLOOR
NEW YORK, NY 10170
PHONE # (212) 588-3460
FAX # (212) 588-9818
COUNSEL FOR NATIONAL BOILER WORKS, INC.

BARBARA HOPKINS KELLY , ESQ.
WILSON, ELSER MOSKOWITZ, EDELMAN & DICKER, LLP
33 WASHINTON STREET
NEWARK, NEW JERSEY 07102-5003
PHONE # - (973) 624-0800
FAX # - (973) 624-0799
COUNSEL FOR OAKFABCO, INC.

JAN MICHAEL RYFKOGEL, ESQ.
ANDREW SAPON, ESQ.
BIVONA & COHEN, P.C.
88 PINE STREET
NEW YORK, NY  10005
PHONE # (212) 363-3100
FAX # (212) 363-9624
COUNSEL FOR O'CONNOR CONSTRUCTORS & CO., INC. t/k/a THOMAS O'CONNOR & CO., INC., COMPUDYNE
CORPORATION, successor to YORK SHIPLEY, INC., AND ALUMINUM COMPANY OF AMERICA (ALCOA)

PAUL A. SCRUDATO, ESQ.
SCHIFF HARDIN & WAITE
623 FIFTH AVENUE, SUITE 2800
NEW YORK, NY 10022
PHONE # (212) 753-5000
FAX # (212) 753-5044
PSCRUDATO@SCHIFFHARDIN.COM
COUNSEL FOR OWENS-ILLINOIS, INC., AND THE STROBER ORGANIZATION, INC.

9

As of 3/8/07

KATHLEEN COLLINS, ESQ.
PORT AUTHORITY OF NEW YORK AND NEW JERSEY
225 PARK AVENUE SOUTH
NEW YORK, NEW YORK 10003
PHONE # (212) 435-3565
FAX # (212) 435-3834
COUNSEL FOR THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY

JAMES SMITH, ESQ.
SMITH ABBOT
115 BROADWAY, 19TH FLOOR
NEW YORK, NY 10006
PHONE # (212) 981-4501
FAX # (212) 981-4502
COUNSEL FOR PNEUMO ABEX CORP., Individually and as successor in interest to ABEX CORP.

LINDA YASSKY, ESQ.
SONNENSCHEIN NATH & ROSENTHAL
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020
PHONE # (212) 398-5297
FAX # (212) 768-6800
LYASSKY@SONNENSCHEIN.COM
COUNSEL FOR RAPID AMERICAN CORPORATION

LORI ELLIOT GUZMAN, ESQ.
HUTTON & WILLIAMS
RIVERFRONT PLAZA EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219
PHONE #(804) 788-8362
FAX # (804) 788-8218
COUNSEL FOR REYNOLDS METALS CO. as successor in interest to ATLANTIC ASBESTOS CORP.

IAN GRODMAN, ESQ.
LAW OFFICES OF IAN R. GRODMAN, P.C.
515 VALLEY STREET, SUITE 170
MAPLEWOOD, NJ 07040
PHONE # - (973) 313-2424
FAX # - (973) 313-9712
COUNSEL FOR RHEEM MANUFACTURING COMPANY, INC., individually and as successor to RHEEM MANUFACTURING
COMPANY, as successor by merger to CIVESTCO, INC.

LORING FENTON, ESQ.
GREENBERG TRAURIG, LLP
MET LIFE BUILDING
200 PARK AVENUE
NEW YORK, NY 10166
PHONE # (212) 801-9200
FAX # (212) 801-6400
FENTONL@GTLAW.COM
TRIAL COUNSEL FOR ROBERT A. KEASBEY CO.

ZACHARY W. CARTER, ESQ.
DORSEY & WHITNEY LLP
250 PARK AVENUE
NEW YORK, NY 10177-1500
PHONE # (212) 415-9345
FAX # (212) 953-7201
CARTER.ZACHARY@DORSEY.COM
TRIAL COUNSEL FOR ROBERT A. KEASBEY CO.

DANIEL MORETTI, ESQ.
LANDMAN CORSI BALLAINE & FORD
120 BROADWAY, 27TH FLOOR
NEW YORK, NY 10271
PHONE # (212) 238-4800
FAX # (212) 238-4848
COUNSEL FOR SEQUOIA VENTURES, INC. f/k/a BECHTEL CORP.

As of 3/8/07

NORMAN J. GOLUB, ESQ.
MARSHALL, CONWAY & WRIGHT, P.C.
116 JOHN STREET
NEW YORK, NY 10038
PHONE # (212) 619-4444
FAX # (212) 962-2647
COUNSEL FOR SLANT/FIN CORPORATION

JASON L. BECKERMAN, ESQ.
COZEN O'CONNOR
45 BROADWAY, 16TH FLOOR
NEW YORK, NY 10006
PHONE # (212) 509-9400
FAX # (212) 509-9492
COUNSEL FOR STARRETT CORPORATION

PAUL JOSEPHS, ESQ.
FABIANI & COHEN LLP
570 LEXINGTON AVE.
NEW YORK, NEW YORK 10022
PHONE # (212) 644-4420
FAX # (212) 752-8053
JOSEPHSP@FCLLP.COM
COUNSEL FOR TISHMAN LIQUIDATING CORP.

JONATHAN E. POLONSKY, ESQ.
THELEN REID & PRIEST LLP
875 THIRD AVENUE
NEW YORK, NY 10022
PHONE # (212) 603-2000
FAX # (212) 603-2001
COUNSEL FOR UNIVAR USA INC., Individually and as successor to VAN WATERS & ROGERS INC., BRAUN CHEMICAL
COMPANY and WILL SCIENTIFIC, INC.

ANTHONY J. MARINO, ESQ.
GARRITY, GRAHAM, FAVETTA & FLYNN
ONE LACKAWANNA PLAZA
MONTCLAIR, NJ 07042-8205
PHONE # (973) 509-7500
FAX # (973) 509-0414
COUNSEL FOR UNITED CONVEYOR CORP.

JOSEPH A. CHURGIN, ESQ
HERZFELD & RUBIN, P.C.
40 WALL STREET
NEW YORK, NY 10005
PHONE # (212) 471-8500 / (212) 471-8519
FAX # (212) 344-3333
COUNSEL FOR VOLKSWAGON OF AMERICA, INC.

FRANK MONTBACH, ESQ.
ELLEN MARGOLIS, ESQ.
MOUND, COTTON, WOLLAN & GREENGRASS
1 BATTERY PARK PLAZA
NEW YORK, NY 10004
PHONE# (212) 804-4200
FAX # (212) 344-8066
COUNSEL FOR VIAD CORP., as successor in interest to GRISCOM RUSSEL CO.

JAMES S. NOWAK, ESQ.
KENNEY, SHELTON, LIPTAK & NOWAK, LLP
SUITE 510 RAND BUILDING
14 LAFAYETTE SQUARE
BUFFALO, NY 14203
PHONE # (718) 853-3801
FAX # (718) 853-0265
COUNSEL FOR WAYNE COMBUSTION SYSTEMS F/K/A WAYNE HOME EQUIPMENT

ERIK K. LINDEMANN, ESQ./ JOHN D. ZAREMBA, ESQ.
CLAUSEN MILLER P.C.
ONE CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005
PHONE # (212) 805-3900
FAX # (212) 805-3939
COUNSEL FOR WAYNE COMBUSTION SYSTEMS F/K/A WAYNE HOME EQUIPMENT

11

As of 3/8/07

GENEVIEVE MacSTEEL, ESQ.
PHILIP GOLDSTEIN, ESQ.
MCGUIRE WOODS LLP
1345 AVENUE OF THE AMERICAS, 7TH FLOOR
NEW YORK, NY 10105
PHONE # (212) 548-2100
FAX # (212) 715-2315
COUNSEL FOR WEYERHAEUSER CO.

PETER C. SEGAL, ESQ.
PETER LANGENUS, ESQ.
SCHNADER, HARRISON, SEGAL & LEWIS LLP
140 BROADWAY, SUITE 3100
NEW YORK, NY 10005-1101
PHONE # (212) 973-8000
FAX # (212) 972-8798
COUNSEL FOR WILLIAMSBURG STEEL PRODUCTS CO., INC., AND WJW STEEL PROPERTIES LTD.

JOHN RONCA, JR. ESQ.
RONCA, MCDONALD & HANLEY
5 SOUTH REGENT STREET, SUITE 517
LIVINGSTON, NJ 07039
PHONE # (973) 994-2030
FAX # (973) 994-2113
COUNSEL FOR YORK INDUSTRIES CORP.

ACE JUTE PACKING COMPANY
218 E. CHESTNUT STREET
HANOVER , PA 17331

ALGOMA DOOR, INC.
C/O WENDELL E ELLSWORTH
2634 HILLSIDE HEIGHTS
GREEN BAY, WI 54311

AMERI-DOOR, INC., as successor-in-interest to and f/k/a ALGOMA DOOR, INC.
C/O WENDELL E ELLSWORTH
2634 HILLSIDE HEIGHTS
GREEN BAY, WI 54311

ATLANTIC STEEL BOILER CORPORATION
22ND STREET & WASHINGTON AVENUE
PHILADELPHIA, PA 19147

AMERICAN FINANCIAL GROUP, INC., f/k/a AMERICAN PREMIER UNDERWRITERS, INC., Individually and as successor in
liability to NEW YORK CENTRAL RAILROAD
1 EAST 4TH STREET, SUITE 919
CINCINNATI, OH 45202-3717

AMERICAN PREMIER UNDERWRITERS
C/O BURNS WHITE HICKTON
2400 5TH AVENUE
BLDG. 120
PITTSBURGH, PA 15222

AMERICAN PREMIER UNDERWRITERS, INC.
1 EAST 4TH STREET, SUITE 919
CINCINNATI, OH 45202-3717

CONSOLIDATED RAIL CORPORATION
CT CORPORATION SYSTEM
1635 MARKET STREET
PHILADELPHIA, PA 19103

CLAYTON INDUSTRIES, INC.
41 STATE STREET
ALBANY , NY 12207

DAVIS & WARSHOW, INC.
57-22 49TH STREET
MASPETH, NY 11378

DUSING ASSOCIATES, INC., INDIVIDUALLY AND AS SUCCESSOR IN INTEREST AND  F/K/A DUSING & HUNT, INC.
(1ST DIR.) FREDERICK C. DUSTING
393 HUMBOLD & PARKWAY
BUFFALO, NY 14208

As of 3/8/07

EIGEN SUPPLY CO., INC.
238 WEST 17 STREET
NEW YORK, NY 10011-5302

GIANT SUPPLY CORP.
20 BROOKLYN AVENUE
MASSAPEQUA, NY 11758

GLAUBER PLUMBING SUPPLY CO., INC.
DREYER & TRAUB
90 PARK AVENUE
NEW YORK, NY 10016

GLAUBER, INC.
DREYER & TRAUB
90 PARK AVENUE
NEW YORK, NY 10016

GREENPOINT FRIEDLAND STEEL CORP.
UNKNOWN AT PRESENT TIME

GREENPOINT STEEL WAREHOUSE CORP.
C/O BENJAMIN HEFFNER
60 WALL STREET
NEW YORK, NY 10005

H.C. OSWALD SUPPLY CO., INC.
120 EAST 124 STREET
NEW YORK, NY 10035

HARCO LABORATORIES, INC., AS SUCCESSOR BY MERGER TO HARRIS INDUSTRIES, INC.
733 SUMMER STREET
STAMFORD, CT 06901

HEIDELBERG USA, INC., as successor in interest TO HARRIS CORPORATION, and as successor to HARRIS-SEYBOLD-
POTTER COMPANY and PREMIER-POTTER COMPANY
3391 TOWN POINT DRIVE
SUITE 400
KENNESAW, GA 30144

HONDA MOTOR CO LTD.
2-1-1 MINAMI AOYAMA, MINATO-KU
TOKYO 107-8556- JAPAN

HONDA MOTOR PARTS SERVICE CO, LTD.
NO. 27-8, 6-CHOME JINGUMAE
SHIBUYA-KU 150
TOKYO, JAPAN

HONDA MOTOR PARTS SERVICE CO., LTD.
NO. 27-8, 6-CHOME JINGUMAE
SHIBUYA-KU 150
TOKYO, JAPAN

L BURACK, INC.
FANNY BURACK (1ST DIR.)
46 SOUTH 14TH AVENUE
MOUNT VERNON, NY 10550

INTERNATIONAL HEATING AND AIR CONDITIONING CORPORATION, as successor in interest to
INTERNATIONAL HEATER COMPANY
THE CORPORATION TRUST CO.
277 PARK AVENUE
NEW YORK, NY 10017

J.A. GREEN CONSTRUCTION CORP.
UNKNOWN AT PRESENT TIME

MARSHFIELD DOOR SYSTEMS, INC.
1401 EAST FOURTH STREET
MARSHFIELD , WI 54449-7780

MAZDA MOTOR CORP.
7755 IRVINE CENTER
IRVINE, CA 92618

13

As of 3/8/07

MAZDA MOTOR CORP.
3-1 SHINCHI, FUCHU-CHO
AKI-GUN, HIROSHIMA

MORGAN MANUFACTURING COMPANY
523 OREGON STREET
P.O. BOX 2446
OSHKOSH, WI 54903

PUMA GENERAL CONTRACTING, INC.
GERARD GRACI
312 PRESTON AVENUE
STATEN ISLAND, NY 10312

QUIMBY EQUIPMENT CO., INC.
35 CENTRAL DRIVE
EAST FARMINGDALE, NEW YORK 11735
PHONE# (631)454-8411
FAX # (631) 454-8417

SEALITE CORP., INC.
112 OLD CONNECTICUT PATH E
WAYLAND, MA 01778

SQUARE D COMPANY
1415 SOUTH ROSELLE ROAD
PALATINE, IL 60067-7399

THE BETHLEHEM CORPORATION, f/k/a THE FEDERAL BOILER COMPANY (no good - no forwarding address)
25TH AND LENNOX STREETS
EASTON, PA 18045

THE BETHLEHEM CORPORATION
41 STATE STREET
ALBANY, NY 12207

VENTNORE ASBESTOS CO., INC.
SECRETARY OF STATE
41 STATE STREET
ALBANY, NY 12207

VOLKSWAGON A.G.
BERLINER RING 1
D-38436
WOLFSBURG, GERMANY

VOLKSWAGON, as successor in interest to AUDI
JOSEPH S. FOLZ
3800 HAMLIN RD.
AUBURN HILLS, MI 48326

14

Exhibit A

## CURRICULUM VITAE

### SHELDON H. RABINOVITZ, Ph.D., C.I.H.

**Work History:**
**1989-Present**

Vice President
Sandler Occupational Medicine Associates
Rockville, MD

- Manage all SOMA industrial hygiene and toxicology projects including indoor air quality evaluations, lead and asbestos exposure and remediation projects, chemical risk assessments and recommended controls, worker right-to-know, hazardous waste evaluation and remediation projects, and respirator programs including selection, fit testing, and program design; in-plant evaluations to identify, quantify and control health hazards; and provide expert witness services. Expert witness services include product liability, workers' compensation, and exposure modeling.

- Provide occupational health training to governmental agencies and private companies. Prepare Material Safety Data Sheets (MSDSs) and warning labels for products. Periodically assist governmental agencies in support of their occupational health programs. Identify exposure profiles by reconstruction and other data evaluation for epidemiology studies.

- Manage budgets, direct associates (part-time consultants to the company), and develop marketing strategies for the division. Set- up SOMA instrument laboratory.

**1989-1992**

Consultant Expert, (part-time employee) Environmental Protection Agency
Washington, D.C.

- Assist Agency in protecting the health of its employees.

**1987-1989**

Manager, Industrial Hygiene and Safety
Environmental Protection Agency
Washington, D.C.

- Develop and implement industrial hygiene and safety programs to protect the health and safety of all EPA employees. Such programs include laboratory chemical evaluations; indoor air pollution surveys; evaluations of health and safety concerns at hazardous waste sites; recommendations for protecting EPA inspectors at manufacturing sites, service industries, and building renovations; and demolitions involving asbestos.



S-SIX-5

*printed 11/13/06*

Sheldon H. Rabinovitz, Ph.D., C.I.H.
Page 2

- Participate in EPA research programs involving hazardous waste activities including sampling procedures and use of personal protective equipment.

- Participate in the development of training modules for EPA employees as part of the overall health and safety program.

- Perform audits to determine compliance of various EPA facilities to applicable standards.

- Participate in EPA Asbestos Action and hazardous waste committees.

**1984-1987**      Senior Scientist
National Institute for Occupational Safety and Health
Cincinnati, OH

General Responsibilities:

- Review and assist in preparation of criteria documents, current intelligence bulletins relating to occupational safety and health conditions, and other NIOSH informational publications for accuracy and provide additional input where applicable.

- Serve on committee to establish NIOSH priorities, needs and policies.

- Review technical materials from an industrial hygiene, safety, and toxicological standpoint.

- Assist in the preparation of NIOSH position papers and interact with other Federal Agencies to coordinate government occupational health and safety policies.

- Serve as a resource expert for inquiries to Center for Disease Control on asbestos and several other topics.

Specific Assignments:

- Chairman of NIOSH Respiratory Protection Committee, which prepared revised Respirator Decision Logic published in 1987.

- Chairman of an interagency work group including NIOSH, EPA, Occupational Safety and Health Administration (OSHA) and the U.S. Coast Guard which completed its first task of preparing a comprehensive manual entitled "Occupational Safety and Health Guidance Manual or Hazardous Waste Site Activities."

Sheldon H. Rabinovitz, Ph.D., C.I.H.
Page 3

- Prepare a hazard alert on the effects of acute exposures to certain halogenated solvents.

**1984-1989**    Private Consultant Services

- Perform expert witness services including product liability and warning labels, indoor air pollution, and workers' compensation.

- Conduct facility walkthroughs as well as chemical and physical agent sampling surveys to identify and correct health and safety hazards in both occupational and residential settings.

**1978-1984**    Manager, Industrial Hygiene Services, Science Applications International Corporation, (formerly JRB Associates)
McLean, VA

- Manage all SAIC commercial industrial hygiene and indoor air pollution projects. Project sizes ranged from the OSHA Louisiana Small Business Health and Safety Consultation Program and a comprehensive survey of a major oil refinery to office air quality studies. These projects involved work in a wide range of industries including: chemical, foundry, glass, pharmaceutical, textile, printing, aerospace, assembly, ship building and repair, paint, and others. Hazard evaluations included both ionizing and nonionizing radiation, chemical exposures, lasers, heat stress, confined space hazards, eye protection, explosions, and fire.

- Prepare proposals, marketing strategy, and advertising material including brochures. Cost all projects and assume responsibility for product delivery within budget. Hire and train personnel.

- Set up and manage an instrument laboratory and assist in obtaining American Industrial Hygiene Association (AIHA) accreditation for the company's trace chemistry laboratory.

- Prepare sampling strategies, position papers, and corporate policies; review company reports and criteria documents for the Consumers Product Safety Commission (CPSC), EPA, Office of Toxic Substances, NIOSH and private companies.

- Conduct investigations, case reviews, and industrial hygiene surveys in preparation to provide expert witness services.

Sheldon H. Rabinovitz, Ph.D., C.I.H.
Page 4

| 1973-1978 | Industrial Hygienist (1973-1974) |
|---|---|
| | Senior Industrial Hygienist (1974-1978) |
| | Ford Motor Company |
| | Dearborn, MI |

- Supervise up to six industrial hygienists with responsibility to provide industrial hygiene services to one-half of the company's North American Operations, including approximately 50 plants employing up to 5,000 persons per plant.

- Review all chemicals used in maintenance operations and some production materials from a toxicological standpoint to provide warning labels, recommend personal protection and engineering controls based on intended use.

- Conduct comprehensive industrial hygiene surveys to appraise management of health hazards and degree of OSHA compliance and recommended solutions to insure a healthful working environment. Surveys were often conducted with the assistance of local safety engineers to identify all safety and health hazards.

- Prepare and conduct training seminars for company safety engineers and union health and safety representatives in the recognition and measurement of certain industrial hygiene hazards; also prepare and conduct training programs to fulfill OSHA training requirements.

- Provide expert witness services to the Office of General Council.

- Assist in providing corporate guidelines for compliance with OSHA Standards.

| 1972-1973 | Industrial Hygienist and Toxicologist |
|---|---|
| | BASF Wyandotte Corporation |
| | Wyandotte, MI |

- Conduct comprehensive industrial hygiene surveys including analysis of heavy metals, acids and bases, and spectrophotometric analysis of solvent vapors and isocyanates.

- Inform management of identified health hazards and recommend corrective actions.

- Provide industrial hygiene consultative services for company customers.

- Perform toxicological evaluation of in-plant chemicals and prepare recommendations for the safe use of company products by customers.

Sheldon H. Rabinovitz, Ph.D., C.I.H.
Page 5

| | |
|---|---|
| 1970-1972 | Chemist (part-time)<br>HI-Kemron (formerly Environmental Health Laboratories)<br>Farmington, MI |

- Perform quantitative analysis of water, air and biological samples.

| | |
|---|---|
| 1964-1967 | Chemist (part-time)<br>Department of Occupational and Environmental Health<br>College of Medicine<br>Wayne State University<br>Detroit, MI |

- Perform routine quantitative calorimetric analyses of biological specimens and air samples for heavy metals. Assist in research projects to develop new analytical methods.

**Certifications:** Certified Industrial Hygienist, 1974, #853
Certified Asbestos Inspector (EPA AHERA Regulation) Jan., 1989
Certified Asbestos Management Planner (EPA AHERA Regulation), January, 1989

**Education:** B.S., Chemistry, Wayne State University, Detroit, MI, 1966, Major: Analytical Chemistry

M.S., Occupational and Environmental Health, College of Medicine, Wayne State University, Detroit, MI, 1969, Major: Industrial Hygiene

Ph.D., Physiology and Pharmacology, College of Medicine, Wayne State University, Detroit, MI, 1972, Major: Toxicology

**Short Courses:** Industrial Ventilation Conference, Michigan State University, Lansing, MI, 1973
Noise Control Engineering, Institute of Noise Control, Bethlehem, PA, Certificate Number 385, 1973
Principles and Practices of Industrial Toxicology, College of Medicine, Wayne State University, Detroit, MI, 1976 (36 hours of continuing medical education)
Hazardous Waste Remedial Action Course, Environmental Protection Agency, Cincinnati, Ohio, 1987 (40 hours)

**Awards:**

- Public Health Service Fellowship, 1967-1971

- NIOSH Special Service Award, 1985

- U.S. EPA Assistant Administrator's Award, 1988

Sheldon H. Rabinovitz, Ph.D., C.I.H.
Page 6

**Teaching:**

| | |
|---|---|
| 1985-1995 | NIOSH Respirator Protection Course, Course Development and Instruction |
| 1996-Present | University of Maryland, College Park, Maryland, Biosystems Responses to Environmental Stimuli, Course #484, Develop and Provide lecture on Toxicological Aspects of Environmental Stimuli |
| 1978-1982 | George Washington University, Washington, D.C., Environmental Health Graduate Program, Guest Lecturer |
| 1977 | Michigan Department of Public Health, Detroit, MI, Workplace Monitoring Seminar, Guest Lecturer |
| 1975-1978 | Henry Ford Community College, Dearborn, MI, Instructor |

- Develop and teach courses including noise control, industrial toxicology, and air pollution.

| | |
|---|---|
| 1973-Present | Wayne State University, College of Medicine, Department of Occupational and Environmental Health, Detroit, MI, Guest Lecturer |
| 1981-1982 | Northern Virginia Community College, Alexandria, VA, Instructor |

**Professional Societies and Memberships:**

American Academy of Industrial Hygiene, member

American Industrial Hygiene Association (AIHA), member

Invited panel member of mycotoxin workshop AIHA, March 1998

Baltimore-Washington Local section of the AIHA, member

Respirator Protection Committee, AIHA, member

Respirator training subcommittee of Respiratory Protection Committee AIHA - chairman

Indoor air quality committee, AIHA, corresponding member

Subcommittee of IAQ Committee, AIHA on review of Health Hazards from Exposure to Mycotoxin Fungi in indoor environments, member

Sheldon H. Rabinovitz, Ph.D., C.I.H.
Page 7

Professional Societies and Memberships - Cont'd:

Hazardous Waste Subcommittee of the AIHA Respirator Committee, former chairman

American Conference of Governmental Industrial Hygienists (AIHA), member

Michigan Industrial Hygiene Association, former member

Board of Directors of the Michigan Industrial Hygiene Society, 1975-1977, member

Henry Ford Community College Advisory Industrial Health and Safety Council, former member

Motor Vehicles Manufacturer Association ad hoc Committee to review the NIOSH Sulfuric Acid Criteria Documents, former chairman

Motor Vehicles Manufacturer Association ad hoc Committee for NIOSH Criteria Documents on Beryllium, Benzene and Chromates, former member

Mid-Maryland American Lung Association, former board member

Sigma Xi, scientific research society, member

Publications and Presentations:

Rabinovitz, S.H., "Interpreting Health Standards to Identify The Most Cost-Effective Protection," Asbestos Abatement Report, Editorial Analysis, March 1992.

Rabinovitz, S.H. "Health Effects of Carbon Monoxide," Contract Number CPSC-C-79-1052 for the Consumer Products Safety Commission, 1980.

Rabinovitz, S.H., Kleiner, G., Weitzman, D. and Wiltshire, G. Occupational Safety and Health Guidance Manual for Hazardous Waste Site Activities, DHHS (NIOSH) Publication No. 85-115, 1985.

Keane, L. and Rabinovitz, S.H. Draft Report, "Strategies for Setting Standards for Short-Term High-Level Exposures," Contract Number DAMD 17-79-C-9159 for the United States Army, 1980.

Author of chapter on Respiratory Protection in Hazardous Chemicals Desk Reference by Sax, I.R. and Lewis, R.J., Van Nostrand Reinhold Company, New York, 1987.

Sheldon H. Rabinovitz, Ph.D., C.I.H.
Page 8

**Publications and Presentations -- Cont'd:**

NIOSH Respiratory Protection Committee, Sheldon H. Rabinovitz, Chairman. NIOSH Respirator Decision Logic, DHHS (NIOSH) Publication Number 87-108, 1987.

Rabinovitz, S.H. "Mercury in the Brains of Gerbils Chronically Exposed to Mercury Vapor and to Mercuric Nitrate," (update of doctoral thesis), presented at the American Industrial Hygiene Conference, Miami, 1974.

Piper, Stephen and Rabinovitz, Sheldon, "Quantification of Asbestos Airborne Emissions Associated with Renovation Projects," ECON, Environmental Contractor, February, 1990.

Ludington, J.A., Rabinovitz, S.H. and Mahar, H. "Determination of Organic and Inorganic Mercury Emissions, Employee Exposures, and Waste Stream Concentrations During Use of Methyl Mercury Hydroxide as a Denaturing Agent," presented at the American Industrial Hygiene Conference, Cincinnati, 1982.

Contributing Author for Respiratory Protection:  A Manual and Guideline, 2nd Edition, American Industrial Hygiene Association, June, 1991.

Co-Author of a paper on "OSHA-Required Employee Training under the Coke-Oven Emissions Standard," presented at the American Public Health Association Conference, Washington, D.C., 1977.

Rabinovitz, Sheldon and Weitzman, David, et al. Health and Safety Guidelines for EPA Asbestos Inspectors, (revised), Office of Administration and Resource Management, U.S. EPA, 1991.

NIOSH. Criteria for Recommended Standard Welding, Brazing and Thermal Cutting, U.S. Dept. of Health and Human Services, Pub. No. 88-110, 1988, contributing author.

NIOSH. A Recommended Standard for Occupational Exposure to Radon Progeny in Underground Mines, U.S. Department of Health and Human Services, 1987, contributing author.

NIOSH. Recommendations for Control of Occupational Safety and Health Hazards...Foundries, U.S. Department of Health and Human Services, 1985, contributing author.

NIOSH. Pocket Guide to Chemical Hazards, U.S. Department of Health and Human Services, fifth printing, 1985, contributing author.

**Publications and Presentations -- Cont'd:**

Sheldon H. Rabinovitz, Ph.D., C.I.H.
Page 9

United States Congress, present testimony and respond to questions at a
congressional hearing on H.R. 2919 entitled the "Indoor Air Act of 1993" on
November 1, 1993, on behalf of the National Association of Manufacturers.

Occupational Safety and Health Administration, present testimony and respond to
questions on behalf of the Workplace Health and Safety Council at the OSHA
hearings for their proposed Standard on Indoor Air Quality (29 CFR Parts 1910,
1915, 1926 and 1928).

Forum on a Critical Review of Health Hazards from Exposure to Mycotoxic Fungi
in Indoor Environments presented at the American Industrial Hygiene conference,
Orlando, Florida, 2000 (panel speaker).



I.A.S. Part 39

Index No. 114120-06

IN RE: NEW YORK CITY
ASBESTOS LITIGATION

CHRISTIAN F. HOLINKA,

                    Plaintiff,

against

A. W. CHESTERTON COMPANY, et al.,

                    Defendants.

**AFFIDAVIT OF TIMOTHY J. FRASER**

DRINKER BIDDLE & REATH LLP
140 Broadway, 39th Floor
New York, New York 10005-1116
(212) 248-3140

Attorneys for Defendant, BAXTER HEALTHCARE, INC.