SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X
IN RE NEW YORK CITY
ASBESTOS LITIGATION
---------------------------------------------------------------X
This document Relates to:
CHRISTIAN F. HOLINKA

    Plaintiff,

    -against-

A.W. CHESTERTON COMPANY, et al.,

    Defendants.
---------------------------------------------------------------X

NYCAL
I.A.S. Part 11
(Madden, J.)

Index No. 114120-06

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY  )
                             ) ss:
COUNTY OF MORRIS     )

TIMOTHY J. FRASER, being duly sworn, deposes and says:

1.     I am over the age of eighteen and I am not a party to this action.

2.     On September 10, 2007, I caused a copy of the Laboratory Supply Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion In Limine Seeking To Preclude Expert Testimony of Exposure Assessment and the Case Specific Reports of Drs. Rabinovitz and Weinberg, Affidavit of Timothy J. Fraser, Affidavit of Robert C. Adams, M.S., C.I.H., C.S.P. and Affirmation of Kenneth S. Weinberg, Ph.D. (collectively, the "Opposition Papers") to be served via Hand Delivery upon the following:

        Hon. Joan A. Madden, J.S.C.
        New York State Supreme Court, New York County
        60 Centre Street
        New York, New York 10007

>Benjamin Darche, Esq.
>Weitz & Luxenberg
>180 Maiden Lane
>New York, New York 10038-4925
>(counsel for plaintiff)

3.  On September 10, 2007, I caused a copy of the Opposition Papers to be served via Federal Express upon the following:

>Judith Yavi, Esq.
>Anderson, Kill, Olick & Oshinsky
>1251 Avenue of the Americas
>New York, New York 10020-1000
>(counsel for Amchem Products, Inc. and Union Carbide Corp.)
>
>Gregg Borri, Esq.
>Law Offices of Gregg J. Borri, Esq.
>61 Broadway, Suite 2125
>New York, NY 10006
>(counsel for Georgia acific Co.)
>
>Lawrence McGivney, Esq.
>McGivney & Kluger, P.C.
>80 Broad Street, 23rd Floor
>New York, New York 10004
>(counsel for Beckman Coulter, Inc.)
>
>McCarter & English
>245 Park Avenue, 27th Floor
>New York, NY 10167-2801
>(counsel for O.I.)
>
>Carol M. Tempesta, Esq.
>Marks, O'Neill, O'Brien & Courtney, P.C.
>530 Saw Mill River Road
>Elmsford, NY 10523
>(counsel for Univar USA, Inc. and VWR International, Inc.)

Kristy K. Lyons, Esq.
Hoagland, Longo, Moran, Dunst & Doukas
40 Patterson Street
P.O. Box 480
New Brunswick, NJ 08903
(counsel for Fisher Scientific International Inc.)

this being their last known address.

_____
Timothy J. Fraser

Sworn to and subscribed before me on
this 10th day of September, 2007

_____
Notary Public

PATRICIA M. IOANNOU
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES FEB. 17, 2010

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------X
IN RE NEW YORK CITY
ASBESTOS LITIGATION
-------------------------------------------------------------X
This document Relates to:
CHRISTIAN F. HOLINKA

      Plaintiff,

      -against-

A.W. CHESTERTON COMPANY, et al.,

      Defendants.
-------------------------------------------------------------X

NYCAL
I.A.S. Part 11
(Madden, J.)

Index No. 114120-06

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY  )
                           ) ss:
COUNTY OF MORRIS    )

TIMOTHY J. FRASER, being duly sworn, deposes and says:

1. I am over the age of eighteen and I am not a party to this action.

2. On September 10, 2007, I caused a copy of the Laboratory Supply Defendants' Joint Memorandum of Law in Opposition to Plaintiffs' Motion In Limine Seeking To Preclude Expert Testimony of Exposure Assessment and the Case Specific Reports of Drs. Rabinovitz and Weinberg, Affidavit of Timothy J. Fraser, Affidavit of Robert C. Adams, M.S., C.I.H., C.S.P. and Affirmation of Kenneth S. Weinberg, Ph.D. (collectively, the "Opposition Papers") to be served via Hand Delivery upon the following:

      Hon. Joan A. Madden, J.S.C.
      New York State Supreme Court, New York County
      60 Centre Street
      New York, New York 10007

>
> Benjamin Darche, Esq.
> Weitz & Luxenberg
> 180 Maiden Lane
> New York, New York 10038-4925
> (counsel for plaintiff)

3. On September 10, 2007, I caused a copy of the Opposition Papers to be served via Federal Express upon the following:

> Judith Yavi, Esq.
> Anderson, Kill, Olick & Oshinsky
> 1251 Avenue of the Americas
> New York, New York 10020-1000
> (counsel for Amchem Products, Inc. and Union Carbide Corp.)
>
> Gregg Borri, Esq.
> Law Offices of Gregg J. Borri, Esq.
> 61 Broadway, Suite 2125
> New York, NY 10006
> (counsel for Georgia acific Co.)
>
> Lawrence McGivney, Esq.
> McGivney & Kluger, P.C.
> 80 Broad Street, 23rd Floor
> New York, New York 10004
> (counsel for Beckman Coulter, Inc.)
>
> McCarter & English
> 245 Park Avenue, 27th Floor
> New York, NY 10167-2801
> (counsel for O.I.)
>
> Carol M. Tempesta, Esq.
> Marks, O'Neill, O'Brien & Courtney, P.C.
> 530 Saw Mill River Road
> Elmsford, NY 10523
> (counsel for Univar USA, Inc. and VWR International, Inc.)

- 3 -

                        Kristy K. Lyons, Esq.
                        Hoagland, Longo, Moran, Dunst & Doukas
                        40 Patterson Street
                        P.O. Box 480
                        New Brunswick, NJ 08903
                        (counsel for Fisher Scientific International Inc.)

this being their last known address.

                                                       Timothy J. Fraser

Sworn to and subscribed before me on
this 10th day of September, 2007

_____
Notary Public

                    PATRICIA M. IOANNOU
                       NOTARY PUBLIC
                    STATE OF NEW JERSEY
           MY COMMISSION EXPIRES FEB. 17, 2010