SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------------------------X
                                                                :  Hon. Joan Madden
In Re: NEW YORK CITY ASBESTOS LITIGATION   :  (Part 11)
----------------------------------------------------------------X
This Document Relates To:                           : **AFFIRMATION OF**
                                                                : **CAROL M. TEMPESTA**
CHRISTIAN HOLINKA,                             :
                                                                :  Index No. 114120-06
                                      Plaintiff           :
                                                                :
            -against-                                       :
                                                                :
A.W. CHESTERTON COMPANY, et al.,       :
                                                                :
                                      Defendants.    :
                                                                :
----------------------------------------------------------------X

   CAROL M. TEMPESTA, an attorney duly admitted to practice before the Courts, of the State of New York, hereby affirms:

1.   I am an associate with the law firm of MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C., attorneys for defendant UNIVAR USA INC. AND VWR INTERNATIONAL, INC., in the above entitled action.

2.   Defendant, Union Carbide Chemicals and Plastics Company, Inc., submitted a motion *in limine* for: 1) an order seeking forty-eight hour disclosure of documents and witnesses, respectively; and 2) an order seeking disclosure of information regarding previous settlements, together with such other and further relief as the Court deems just and proper, under the generic caption of Frank Bianco v. A.C.& S., et al, Index No 115546-06 which refers to the Frank Bianco, Karl Felten, Christian Holinka, Jack Nacht, Frederick Ritzer and Joseph Saccomano matters.

3. On behalf of Defendants UNIVAR USA INC. AND VWR INTERNATIONAL, INC., I submit this Affirmation joining in Union Carbide Chemicals and Plastics Company, Inc., motion *in limine* for: 1) an order seeking forty-eight hour disclosure of documents and witnesses, respectively; and 2) an order seeking disclosure of information regarding previous settlements, together with such other and further relief as the Court deems just and proper.

                                                                                       CAROL M. TEMPESTA

Dated: Elmsford, New York
        September 11, 2007

## SERVICE LIST

Marc S. Gaffrey, Esq.
HOAGLAND, LONGO MORAN
DUNST & DOUKAS
40 Paterson Street
New Brunswick, New Jersey 08903

Timothy Frasier, Esq.
DRINKER BIDDLE & REATH, LLP
500 Campus Drive
Florham Park, New Jersey 07932

Ben Darche, Esq.
WEITZ & LUXENBERG
180 Maiden Lane
New York, New York 10038-4925

Judith Yavitz, Esq.
ANDERSON, KILL, OLICK
& OSHINSKY
1251 Avenue of the Americas
New York, New York 10020

MCCARTER & ENGLISH
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

MCGIVNEY & KLUGER
80 Broad Street, 23rd Floor
New York, NY 10004

{NY030564.1}