Hoagland Longo          9/11/2007 4:58    PAGE 003/006    Fax Server

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------
IN RE: NEW YORK CITY ASBESTOS LITIGATION
-----------------------------------------------------------------X    Index No.: 114120-06
CHRISTIAN HOLINKA

                (Hon. Joan A. Madden, J.S.C.)

                Plaintiffs,

vs.                                      **AFFIRMATION OF**
                                      **KRISTY KULINA LYONS, ESQ.**

**A.C.&S., ET AL**

                **Defendants,**

-----------------------------------------------------------------X

      KRISTY KULINA LYONS, an attorney duly admitted to practice before the Courts, of the State of New York, hereby affirms:

    1.    I am an associate with the law firm of Hoagland, Longo, Moran, Dunst & Doukas, LLP, attorneys for defendant Fisher Scientific International, Inc., in the above entitled action.

    2.    Plaintiff submitted a motion in limine to preclude experts under the generic caption of <u>Frank Bianco v. A.C.& S.</u>, et al, Index No 115546-06 which refers to the Frank Bianco, James Director, Karl Felten, Harvey Helfand, Christian Holinka, Jack Nacht, Frederick Ritzer, Joseph Saccomano and Robert Sheppard matters.

    3.    On behalf of Defendant Fisher Scientific International, Inc., I submit this Affirmation joining in Defendant Mannington Mills' opposition to preclude defendant experts submitted in the Jack Nacht and Harvey Helfand matters.

    4.    Further, on behalf of Fisher Scientific International, Inc., I join in all other opposition papers filed by all defendants.

Hoagland, Longo,
Moran, Dunst
& Doukas, LLP
Attorneys at Law

156 Williams Street
11th Floor
New York, NY 10035

                                    _____
                                    KRISTY KULINA LYONS, ESQ.

DATED: September 11, 2007

## AFFIDAVIT OF SERVICE

MARIE FIORELLO, being duly sworn deposes and says I am an employee of Hoagland, Longo, Moran, Dunst & Doukas, LLP, the attorneys for Defendant, Fisher Scientific International, Inc.

That on the 11th day of September, 2007 a copy of the within Affirmation of Kristy Kulina Lyons was served, via hand delivery to James Long, Esq., Weitz & Luxenberg, 180 Maiden Lane, New York NY 10038 via process server and one copy by fax to the following attorneys on the attached service list via facsimile.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

## SERVICE RIDER

Judith Yavitz, Esq.
Anderson, Kill & O'Lick, P.C.
1251 Avenue of the Americas
New York, NY 10020
**Counsel for Amchem Products, Inc. and Certain Teed Corporation**

Timothy Fraser, Esq.
Drinker, Biddle & Reath, LLP
500 Campus Drive
Florham Park, NJ 07932-1047
**Counsel for Baxter Healthcare Corporation**

Lawrence McGivney, Esq.
McGivney & Kluger, PC
80 Broad Street, 23rd Floor
New York, NY 10004
**Counsel for Beckman Coulter, Inc.**

Gregg Borri, Esq.
Law Offices of Gregg Borri
61 Broadway, Suite 2125
New York, NY 10006
**Counsel for Georgia-Pacific**

Hoagland, Longo,
Moran, Dunst
& Doukas, LLP
Attorneys at Law

156 Williams Street
11th Floor
New York, NY 10035

Carol M. Tempesta, Esq.
Marks, O'Neill, O'Brien & Courtney, P.C.
530 Saw Mill River Road
Elmsford, NJ 10523
**Counsel for VWR International, Inc. and Univar USA Inc.**

McCarter & English
245 Park Avenue, 27th Floor
New York, NY 10167-2801


HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
Attorneys for Defendant, Fisher Scientific International Inc.

_____
MARIE FIORELLO


Sworn to before me this 10th day of
September, 2007

_____
NOTARY PUBLIC

DENISE A. BORINO
A Notary Public Of New Jersey
My Commission Expires July 07, 2008

---

Hoagland, Longo,
Moran, Dunst
& Doukas, LLP
Attorneys at Law

156 Williams Street
11th Floor
New York, NY 10035

Hoagland Longo          9/11/2007 4:58     PAGE 006/006     Fax Server

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF

Index No.   114120/06

Year 2006

THIS DOCUMENT RELATES TO:
CHRISTIAN HOLINKA

Plaintiff(s)

-v-

A.C.&S., et al

Defendant(s)

AFFIRMATION OF KRISTY KULINA LYONS

HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP

Attorney(s) for Defendant,

Office Address & Tel. No. 156 Williams Street, 11th Floor
New York, NY 10038

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State, certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed document are not frivolous.

Dated:

Signature ..................

Print Signer's Name     KRISTY KULINA LYONS

Service of a copy of the within     is hereby admitted.

Dated:

Attorney(s) for Defendant

PLEASE TAKE NOTICE

☐ NOTICE OF ENTRY    that the within is a (certified) true copy of a entered in the office of the clerk of the within named Court on

☐ NOTICE OF SETTLEMENT    that an Order of which the within is a true copy will be presented for settlement to the Hon.                         one of the judges of the within Court,
at
on              , at              M.

Dated:

Attorney(s) for

Office Address & Tel. No.:

To:

Attorney(s) for