ORIGINAL

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------- x
In Re: NEW YORK CITY ASBESTOS LITIGATION       : Hon. Joan Madden
                                               : (Part 11)
-------------------------------------------------------------------- x
This Document Relates To:                      : Index No. 114120-06
                                               :
CHRISTIAN HOLINKA,                             :
                                               :   **NOTICE OF FILING OF**
    Plaintiff                                  :   **NOTICE OF REMOVAL**
                                               :
    -against-                                  :
                                               :
A.W. CHESTERTON COMPANY, et al.,               :
                                               :
    Defendants.                                :
-------------------------------------------------------------------- x

TO THE CLERK OF THE SUPREME COURT OF THE STATE OF NEW YORK, COUNTY OF NEW YORK, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

PLEASE TAKE NOTICE that on September 12, 2007, defendant Baxter Healthcare Corporation (alleged to be a successor in interest to American Hospital Supply Corp. and American Scientific Products), noticed removal of this action to the United States District Court for the Southern District of New York by filing a Notice of Removal in that Court. A copy of

/ / /

/ / /

/ / /

[ FILED ]

SEP 12 2007



COUNTY CLERKS OFFICE
NEW YORK

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

In Re: NEW YORK CITY ASBESTOS LITIGATION            Hon. Joan Madden
                                                    (Part 11)
-----------------------------------------------x
This Document Relates To:                           Index No. 114120/06

CHRISTIAN HOLINKA,

                Plaintiff,

        against

A.W. CHESTERTON COMPANY, et al.,

                Defendants.
-----------------------------------------------x

RECEIVED
SEP 12 2007
COUNTY CLERK'S OFFICE
NEW YORK

NOTICE OF FILING OF NOTICE OF REMOVAL

DRINKER BIDDLE & REATH LLP
Attorneys at Law
140 Broadway, 39th Floor
New York, New York 10005
(212) 248-3140

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X
IN RE NEW YORK CITY
ASBESTOS LITIGATION
------------------------------------------------------------X
This document Relates to:
CHRISTIAN F. HOLINKA

      Plaintiff,

-against-

A.W. CHESTERTON COMPANY, et al.,

      Defendants.
------------------------------------------------------------X

NYCAL
I.A.S. Part 11
(Madden, J.)

Index No. 114120-06

**AFFIDAVIT OF SERVICE**

**FILED**
SEP 12 2007
NEW YORK
COUNTY CLERKS OFFICE

STATE OF NEW YORK  )
                              ) ss:
COUNTY OF NEW YORK  )

ALFRED L. MONICO, being duly sworn, deposes and says:

1. I am over the age of eighteen and I am not a party to this action.

2. On September 11, 2007, I caused a copy of the ORDER TO SHOW CAUSE, AFFIRMATION OF DANIEL B. CARROLL, ESQ., and AFFIDAVIT OF DONALD F. ZIMMER, JR., ESQ. to be served via Hand Delivery upon the following:

> Benjamin Darche, Esq.
> Weitz & Luxenberg
> 180 Maiden Lane
> New York, New York 10038-4925
> (counsel for plaintiff)

3. On September 11, 2007, I caused a copy of the above-mentioned papers to be served via Facsimile upon the following: