UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: NEW YORK CITY ASBESTOS LITIGATION<br>This Document Relates To:<br><br>CHRISTIAN HOLINKA,<br><br>    Plaintiff<br><br>    -against-<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>    Defendants. | Case No. 07-8019<br><br>**Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for VWR International, LLC, formerly known as VWR International, Inc., (private non-governmental party) certified that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: VWR International, LLC is wholly owned by VWR Funding, Inc. (formerly CDRV Investors, Inc.), a Delaware corporation. VWR Funding, Inc. is wholly owned by VWR Investors, Inc., a Delaware corporation. No publicly held corporation owns ten percent (10%) or more of VWR's stock.

Date:     October 3, 2007

                                                         Signature of Attorney
                                                         Attorney Bar Code: CT8514