UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: NEW YORK CITY ASBESTOS LITIGATION<br>This Document Relates To:<br><br>CHRISTIAN HOLINKA,<br><br>    Plaintiff<br><br>    -against-<br><br>A.W. CHESTERTON COMPANY, et al.,<br><br>    Defendants. | Case No. 07-8019<br><br><br>**Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **Univar USA Inc.** ( private non-governmental party) certified that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: Univar USA Inc is owned by Univar North America Corporation. Univar North America Corporation is owned by Univar Inc. Univar Inc. is owned by Univar NV. Univar NV's common stock is listed on the Euronext stock exchange in Amsterdam the Netherlands.

Date:    October 3, 2007                            /s/ Carol Jenpurts
                                                              Signature of Attorney

                                                              Attorney Bar Code: CT8514