UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN HOLINKA, | : |
| Plaintiff, | : Case No. 07 CIV 8019 |
| -v- | : |
| BAXTER HEALTHCARE CORPORATION, et al. | : Rule 7.1 Statement |
| Defendant | : |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Fisher Scientific International Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publically held: Thermo Fisher Scientific, Inc. is the parent company of Fisher Scientific International Inc.  Fisher Scientific International Inc. is a wholly owned subsidiary of Thermo Fisher Scientific, Inc. a publically traded company, with ticker symbol "TMO".

Date: October 5, 2007

_James J. Nowak_
JAMES NOWAK
Attorney Bar Code __JN0923__