Stein, T

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/07

Timothy J. Fraser, Esq. (TF 8021)
DRINKER BIDDLE & REATH LLP
*A Delaware Limited Liability Partnership*
500 Campus Drive
Florham Park, New Jersey 07932-1047
Tel. (973) 360-1100
Attorneys for Defendant
Baxter Healthcare Corporation

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN HOLINKA, | ECF CASE |
| Plaintiff, | Civil Action No. 07 CIV 8019 (SHS) |
| v. | ~~PROPOSED~~ ORDER GRANTING APPLICATION FOR STAY |
| BAXTER HEALTHCARE CORPORATION, FISHER SCIENTIFIC INTERNATIONAL, INC., VWR INTERNATIONAL, INC., and UNIVAR USA, INC., | |
| Defendants. | |

dated 9/14/07

The Application to Stay Proceedings Pending Transfer to Multidistrict Litigation, filed on behalf of defendant Baxter Healthcare Corporation, *and Fisher Scientific joining that by letter of 10/23* having been considered by the Court, *and* good cause appearing, the Court STAYS this action, pending a decision by the Judicial Panel on Multidistrict Litigation on Baxter's request to include this action as a "tag along" to be transferred to MDL 875, *In Re Asbestos Products Liability Litigation*. *The parties are to report to the Court in writing every 30 days starting Dec 1 on the status of Baxter's application to the MDL Panel.*

IT IS SO ORDERED.

Dated: 10/24/07

Hon. Sidney H. Stein, U.S.D.J.

SFNJ1 1193336v1