# DrinkerBiddle&Reath LLP

Timothy J. Fraser
973-549-7265
timothy.fraser@dbr.com

Law Offices
140 Broadway
39TH Floor
New York, NY
10005-1116

212-248-3140
212-248-3141 fax
www.drinkerbiddle.com

PHILADELPHIA
WASHINGTON
LOS ANGELES
SAN FRANCISCO
CHICAGO
PRINCETON
FLORHAM PARK
BERWYN
WILMINGTON

November 30, 2007

**VIA ECF & FEDERAL EXPRESS**

Hon. Sidney H. Stein, U.S.D.J.
United States District Court,
    Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 1010
New York, New York 10007

Re:   Holinka v. Baxter Healthcare Corporation, et al.
      Civil Action No. 07-8019

Dear Judge Stein:

Our firm represents defendant Baxter Healthcare Corporation ("Baxter"). Pursuant to Your Honor's October 24, 2007 Order staying this matter, we provide this report on the status of Baxter's application to transfer this case to the Asbestos MDL.

Plaintiff filed a motion to vacate the Condition Transfer Order on October 30, 2007. Defendants timely opposed that motion, on November 19, 2007. Plaintiff did not file a reply.

Respectfully submitted,

Timothy J. Fraser

cc:   Stephen J. Riegel, Esq. (via ECF & first class mail)
      James S. Nowak, Esq. (via ECF & first class mail)
      Carol M. Tempesta, Esq. (via ECF & first class mail)

Established 1849