# DrinkerBiddle&Reath
### L L P

Timothy J. Fraser
973-549-7265
timothy.fraser@dbr.com

Law Offices

500 Campus Drive
Florham Park, NJ
07932-1047

973-360-1100 phone
973-360-9831 fax
www.drinkerbiddle.com

A Delaware Limited
Liability Partnership

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON D.C.
WISCONSIN

December 27, 2007

**VIA ECF & FEDERAL EXPRESS**

Hon. Sidney H. Stein, U.S.D.J.
United States District Court,
   Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 1010
New York, New York 10007

Re:    Holinka v. Baxter Healthcare Corporation, et al.
        Civil Action No. 07-8019

Dear Judge Stein:

    Our firm represents defendant Baxter Healthcare Corporation ("Baxter"). Pursuant to Your Honor's October 24, 2007 Order staying this matter, we provide this report on the status of Baxter's application to transfer this case to the Asbestos MDL.

    Plaintiff filed a motion to vacate the Condition Transfer Order on October 30, 2007. Defendants timely opposed that motion, on November 19, 2007. The MDL Panel is scheduled to consider the matter at its January 30, 2008 hearing.

                                Respectfully submitted,

                                Timothy J. Fraser

cc:    Stephen J. Riegel, Esq. (via ECF & first class mail)
        James S. Nowak, Esq. (via ECF & first class mail)
        Carol M. Tempesta, Esq. (via ECF & first class mail)

Edward A. Gramigna, Jr.
Partner responsible for
Florham Park Office

Established 1849