# DrinkerBiddle&Reath
LLP

Timothy J. Fraser
973-549-7265
timothy.fraser@dbr.com

Law Offices
140 Broadway
39TH Floor
New York, NY
10005-1116

212-248-3140
212-248-3141 fax
www.drinkerbiddle.com

PHILADELPHIA
WASHINGTON
LOS ANGELES
SAN FRANCISCO
CHICAGO
PRINCETON
FLORHAM PARK
BERWYN
WILMINGTON

February 15, 2008

**VIA ECF & FEDERAL EXPRESS**

Hon. Sidney H. Stein, U.S.D.J.
United States District Court,
 Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 1010
New York, New York 10007

Re:  Holinka v. Baxter Healthcare Corporation, et al.
     Civil Action No. 07-8019

Dear Judge Stein:

Our firm represents defendant Baxter Healthcare Corporation ("Baxter") in the above-referenced matter. We write to inform Your Honor that the Judicial Panel on Multidistrict Litigation has granted Baxter's application to transfer this action to the Asbestos MDL in the Eastern District of Pennsylvania. A copy of the Transfer Order is attached.

Thank you for your consideration in this matter.

Respectfully submitted,

Timothy J. Fraser

Enclosure
cc:  Stephen J. Riegel, Esq. (via ECF & first class mail)
     James S. Nowak, Esq. (via ECF & first class mail)
     Carol M. Tempesta, Esq. (via ECF & first class mail)

*Established* 1849